**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KRISTEN MORALES** | * | **CIVIL ACTION NO.: 21-CV-01992** |
| | * | |
| **VERSUS** | * | **SECTION:   L** |
| | * | |
| **CITY OF NEW ORLEANS, OFFICE** | * | **HONORABLE ELDON E. FALLON** |
| **OF OIG THROUGH ED MICHEL,** | * | |
| **INTERIM INSPECTOR GENERAL,** | * | **DIVISION:   5** |
| **AND BOBBI JONES** | * | |
| | * | **HONORABLE MICHAEL B. NORTH** |

*************************************************************************************

**<u>MOTION TO SUBSTITUTE COUNSEL OF RECORD</u>**

NOW INTO COURT, through undersigned counsel, comes Defendant, the City of New Orleans (the "City"), who represents to the Court that Churita H. Hansell is no longer employed by the City of New Orleans Law Department.  Accordingly, the City respectfully moves to withdraw Churita H. Hansell (La. Bar No. 25694) as counsel of record for the City in this matter. Further, the city moves this Honorable Court to substitute Corwin M. St. Raymond (La. Bar No. 31330) of the City of New Orleans Law Department in place of Ms. Hansell.

WHEREFORE, the City respectfully prays that this Honorable Court grant this Motion and that Churita H. Hansell be withdrawn as the City's counsel of record in this matter and Corwin M. St. Raymond be substituted in Ms. Hansell's place.

Respectfully submitted,

*/s/ Jonathan H. Adams*

**JONATHAN H. ADAMS, LSBA #29061**
ASSISTANT CITY ATTORNEY
Email: jonathan.adams@nola.gov
**ELIZABETH S. ROBINS, LSBA #25224**
DEPUTY CITY ATTORNEY
Email: esrobins@nola.gov
**ERAKA W. DELARGE, LSBA #29702**
ASSISTANT CITY ATTORNEY
Email: evwilliams@nola.gov
**CORWIN M. ST. RAYMOND, LSBA #31330**
CHIEF OF LITIGATION
Email: cmstraymond@nola.gov
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
Email: donesia.turner@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

***Counsel for the City of New Orleans***