UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTEN MORALES** | * | **CIVIL ACTION NO.: 21-CV-01992** |
| | * | |
| **VERSUS** | * | **SECTION:   L** |
| | * | |
| **CITY OF NEW ORLEANS, OFFICE OF OIG THROUGH ED MICHEL, INTERIM INSPECTOR GENERAL, AND BOBBI JONES** | * | **HONORABLE ELDON E. FALLON** |
| | * | |
| | * | **DIVISION:  5** |
| | * | |
| | * | **HONORABLE MICHAEL B. NORTH** |

*************************************************************************

## ORDER

**CONSIDERING** the Motion to substitute Corwin M. St. Raymond in place of Churita H. Hansell as counsel of record for Defendant, the City of New Orleans (the "City"):

**IT IS ORDERED** that the Motion is **GRANTED**. Corwin M. St. Raymond (La. Bar No. 31330) is substituted in place of Churita H. Hansell (La. Bar No. 25694) as counsel of record for the City.

New Orleans, Louisiana, this ___ day of _____, 2022.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE