UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | DOCKET NUMBER: 22-00847 |
| **VERSUS** | * | |
| | * | SECTION: L |
| **DERRICK BURMASTER, SHAUN** | * | HONORABLE ELDON E. FALLON |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Defendants, the City of New Orleans and NOPD Superintendent Shaun Ferguson (collectively, "City Defendants"), who represent to the Court that Churita H. Hansell is no longer employed by the New Orleans City Attorney's Office. Accordingly, City Defendants respectfully move to withdraw **Churita H. Hansell** (La. Bar No. 25694) as counsel of record for City Defendants in this matter.

**WHEREFORE**, City Defendants respectfully pray that this Honorable Court grant this Motion and that Churita H. Hansell be withdrawn as counsel of record in this matter.

Respectfully submitted,

*/s/ Jonathan H. Adams*
**JONATHAN H. ADAMS, LSBA #29061**
ASSISTANT CITY ATTORNEY
Email: jonathan.adams@nola.gov
**CORWIN ST. RAYMOND, LSBA #31330**
CHIEF OF LITIGATION
Email: cmstraymond@nola.gov
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
Email: donesia.turner@nola.gov

1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans and NOPD Superintendent Shaun Ferguson*