# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br> <br> VERSUS <br> <br> DERRICK BURMASTER, SHAUN <br> FERGUSON, and the CITY OF <br> NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> DOCKET NUMBER: 22-00847 <br> <br> SECTION: L <br> <br> HONORABLE ELDON E. FALLON <br> <br> DIVISION: 4 <br> <br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**CONSIDERING** the Motion to withdraw Churita H. Hansell as counsel of record for Defendants, the City of New Orleans, and NOPD Superintendent Shaun Ferguson (collectively, "City Defendants"):

**IT IS ORDERED** that the motion is **GRANTED**. Churita H. Hansell (La. Bar No. 25694) is hereby **WITHDRAWN** as counsel of record for City Defendants in these proceedings.

New Orleans, Louisiana, this ___ day of _____, 2022.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE