UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

**********************************************************************

## ORDER

**CONSIDERING** the Motion to withdraw Churita H. Hansell as counsel of record for Defendants, the City of New Orleans, and NOPD Superintendent Shaun Ferguson (collectively, "City Defendants"):

**IT IS ORDERED** that the motion is **GRANTED**. Churita H. Hansell (La. Bar No. 25694) is hereby **WITHDRAWN** as counsel of record for City Defendants in these proceedings.

New Orleans, Louisiana, this 6th day of September, 2022.

HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE