MINUTE ENTRY
FALLON, J.
SEPTEMBER 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **BURMASTER, ET AL** | **SECTION "L" (4)** |

    A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. William Brock Most and Tarak Anada participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. Chester Theodore Alpaugh, III participated on behalf of Defendant Derrick Burmaster. Jonathan Holden Adams participated on behalf of Shaun Ferguson and the City of New Orleans. Counsel discussed the status of the case and procedural plans to move it forward. The parties are finalizing written discovery and will proceed with their discovery plans. The Court will set further status conferences as needed and as requested by parties.

JS10 (00:16)