UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

**Consent Motion to Extend Deadline to Object to Confidentiality Designation**

Now comes Plaintiffs move this Court to extend the deadline to file a motion objecting to the confidentiality designation of a discrete set of documents. Plaintiffs request this relief because they expect that the dispute over the confidentiality designation will become moot, obviating the need for court intervention. City Defendants have consented to this motion.

A. **Background and Discussion**

On July 11, 2022, this Court issued a standard protective order which allows the parties to designate certain documents as confidential. R. Doc. 24. The order requires a party objecting to a confidentiality designation to meet and confer, and then file a motion within thirty days. *Id*. at 3. If no motion is filed, the objection is waived. *Id.*

In September 2022, City Defendants produced a set of five documents that they designated as confidential. Plaintiffs object to the designation of those records as confidential. City Defendants indicated, however, that they only intend to keep the records confidential until the completion of the "Chief's Hearing" regarding the discipline of Defendant Burmaster.

That hearing was scheduled for September 27, 2022, but was then rescheduled.

Thus, the dispute over confidentiality is likely to become moot – but the mooting event may happen more than thirty days after the confidentiality designation.

1

B.  **Conclusion**

Thus, for the reasons articulated above, Plaintiffs ask this Court to extend the deadline to file a motion objecting to the confidentiality of the five documents City Defendants designated as confidential. Plaintiffs ask that the deadline be extended to one week after they are informed of the outcome of the "Chief's Hearing" regarding the discipline of Defendant Burmaster.

City Defendants consent to this motion.

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com