# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## ORDER

Considering the foregoing *Consent Motion to Extend Deadline to Object to Confidentiality Designation*, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED.

The deadline for any party to object to the confidentiality designation of the five documents City Defendants designated as confidential in September 2022 shall be extended to one week after a party is informed of the outcome of the "Chief's Hearing" regarding the discipline of Defendant Burmaster.

Signed in New Orleans, Louisiana, on this _____ of _____, 2022.

_____

1