UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN AND JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-847** |
| **DERRICK BURMASTER, SHAUN FERGUSON, AND THE CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

### ORDER

Considering the foregoing *Consent Motion to Extend Deadline to Object to Confidentiality Designation*, and for the reasons stated therein,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

The deadline for any party to object to the confidentiality designation of the five documents City Defendants designated as confidential in September 2022 shall be extended to one week after a party is informed of the outcome of the "Chief's Hearing" regarding the discipline of Defendant Burmaster.

New Orleans, Louisiana, this 19th day of October 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**