UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN,<br><br>               Plaintiffs,<br>v.<br><br>DERRICK BURMASTER, SHAUN FERGUSON,<br>and the CITY OF NEW ORLEANS,<br><br>               Defendants. | CIVIL ACTION NO. 22-0847<br><br>SECTION: L<br><br>HONORABLE ELDON E. FALLON<br><br>DIVISION: 4<br><br>HONORABLE KAREN WELLS ROBY |

**UNOPPOSED MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Derek Brown and Julia Barecki-Brown (collectively "Plaintiffs"), who request leave for Court to file their First Amended Complaint, attached hereto.

Defendants' counsel have reviewed the proposed First Amended Complaint and have advised in writing that Defendants consent to the relief sought herein. Leave is therefore permitted under Rule 15(a)(2). Plaintiffs have in turn consented to the Defendants receiving a 7-day extension of time to respond to the First Amended Complaint.

WHEREFORE, Plaintiffs pray that this motion be granted and the attached First Amended Complaint be filed into the record.

#100728045v2

Respectfully submitted:

*/s/ Tarak Anada*
TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswaker.com

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 24, 2022, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tarak Anada*

2

#100728045v2