# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>DERRICK BURMASTER, SHAUN FERGUSON,<br>and the CITY OF NEW ORLEANS,<br><br>　　　　　　Defendants. | )<br>)  CIVIL ACTION NO. 22-0847<br>)<br>)  SECTION: L<br>)<br>)  HONORABLE ELDON E. FALLON<br>)<br>)  DIVISION: 4<br>)<br>)  HONORABLE KAREN WELLS ROBY<br>)<br>) |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File First Amended Complaint;

IT IS HEREBY ORDERED that Plaintiffs Derek Brown and Julia Barecki-Brown are granted leave as requested and that their First Amended Complaint be and is hereby filed into the record herein.

New Orleans, Louisiana this ____ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE ELDON E. FALLON

#100728054v2