UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## Motion to Compel Production of Complaints about Defendant Derrick Burmaster

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who, pursuant to Rule 37(a) of the Federal Rule of Civil Procedure, respectfully move this Honorable Court for an Order compelling Defendant Shaun Ferguson and the City of New Orleans to produce all complaints regarding NOPD officer Derrick Burmaster.

Counsel for Plaintiffs in good faith, but unsuccessfully, conferred with Defendants' counsel via discovery conferences in an effort to resolve this discovery dispute amicably and without court intervention. The parties have been unsuccessful in doing so. As discussed more fully in the Memorandum in Support, good cause exists for this Court to compel Defendants to produce the requested information.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)          TARAK ANADA (#31598)
DAVID LANSER (La. Bar No. 37764)          JONES WALKER LLP
MOST & ASSOCIATES                          201 St. Charles Avenue
201 St. Charles Ave., Ste. 114, # 101      New Orleans, Louisiana 70170-5100
New Orleans, LA 70170                      Telephone: (504) 582-8322
Tel: 504.509-5023                          Facsimile: (504) 589-8322
Email: williammost@gmail.com               E-Mail: tanada@joneswaker.com