## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## **ORDER**

Having duly considered the *Motion to Compel* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. Within two weeks of this order, Defendants Shaun Ferguson and the City of New Orleans ("NOPD Defendants") shall produce all complaints regarding Derrick Burmaster.

Defendants shall pay Plaintiffs' reasonable expenses incurred in making the motion, including attorney's fees. Within one week of the entry of this order, Plaintiff shall submit a bill of costs to Defendants. Within one week of receiving the bill of costs, Defendants shall either pay the costs or file an objection with this Court. The latter may only occur after a meet-and-confer of the parties in a good faith attempt to avoid court intervention.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA