# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 |
| VERSUS | * <br> * | <br> SECTION: L |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * | <br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CITY OF NEW ORLEANS' AND SHAUN FERGUSON'S ANSWERS TO DEREK BROWN'S AND JULIA BARECKI-BROWN'S FIRST SET OF INTERROGATORIES

Via Email: williammost@gmail.com

To:   Mr. Derek Brown and Mrs. Julia Barecki-Brown
      *Though counsel of record*
      William B. Most, Esq.
      Most & Associates
      201 Saint Charles Avenue, Suite 114 # 101
      New Orleans, Louisiana 70170

NOW COME the City of New Orleans and Shaun Ferguson ("City Defendants") who hereby object to and/or answer Derek Brown's and Julia Barecki-Brown's ("Plaintiffs") First Set of Interrogatories as follows:

### GENERAL OBJECTIONS

1. City Defendants object to the definitions to the extent they impose a meaning upon a word or phrase that differs from the common understanding of the meaning of that word or phrase.

2. City Defendants object to the instructions to the extent they impose obligations on City Defendants that exceed those imposed by the Federal Rules of Civil Procedure.

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Please state the name, rank, job title, and badge number of all officers, deputies, detectives, and/or employees, etc. (including animal control professionals) that were present during the incident (and/or aftermath).

**ANSWER TO INTERROGATORY NO. 1:**

City Defendants object to this interrogatory because it is vague. The term "aftermath" is confusing. It does specify the amount of time after the incident in which these individuals were present. The answer to this interrogatory will only cover the night of the incident:

1. Mrs. Julie Barecki-Brown
   *Through counsel*
   William Most, Esq.
   Most & Associates
   201 St. Charles Avenue, Suite 114, # 101
   New Orleans, LA 70170
   (504) 509-5023

2. Mr. Derek Brown
   *Through counsel*
   William Most, Esq.
   Most & Associates
   201 St. Charles Avenue, Suite 114, # 101
   New Orleans, LA 70170
   (504) 509-5023

3. Officer Derrick Burmaster
   *Through counsel*
   C. Theodore Alpaugh, III
   Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
   639 Loyola Avenue, Suite 2130
   New Orleans, LA 70113
   (504) 529-4141

4. Officer John Roussel
   1930 Martin Luther King Blvd
   New Orleans, LA 70113
   (504) 658-6060

5. Sergeant Debra N. Pruitt
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800

6. Sergeant Clinton Givens
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800

7. Officer Daniel Berrincha
   1930 Martin Luther King Blvd
   New Orleans, LA 70113
   (504) 658-6060

8. Ms. Heather Kleen
   530 East Cook
   Columbus, OH 43214

9. Lieutenant John Helou
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800

10. Ms. Lashay Robbins
    Former Crime Scene Investigator
    8901 Callegan Lane
    Morganza, LA 70759

11. Ms. Charmaine Smith
    Crime Scene Investigator
    2761 Gravier Street
    New Orleans, Louisiana 70119
    (504) 658-5068

12. Ariana A. Sparacino
    Former Crime Scene Investigator
    720 Saxony Lane
    Kenner, LA 70065
    504-259-6684

13. Sergeant Clarence Mitchell
    1930 Martin Luther King Blvd
    New Orleans, LA 70113
    (504) 658-6060

14. Officer Michael Franklin
    1930 Martin Luther King Blvd
    New Orleans, LA 70113
    (504) 658-6060

15. Sergeant Shannon Jones-Brewer
    715 South Broad Street
    New Orleans, LA 70119

16. Officer Stephen Fox
    715 South Broad Street
    New Orleans, LA 70119

17. Susan Hutson
    Former Independent Police Monitor
    2800 Perdido Street
    New Orleans, LA 70119

**INTERROGATORY NO. 2:**

Please identify all lawsuits or complaints in which the NOPD and/or any of its employees have been a party pertaining to any employee of the NOPD injuring or killing a nonhuman animal whether in or outside of the line of duty for the last ten (10) years.

**ANSWER TO INTERROGATORY NO. 2:**

City Defendants object to this interrogatory because the term "complaints" is confusing and not defined. City Defendants will not disclose information concerning "complaints" because the term is not defined. Further, the NOPD would not necessarily have knowledge of an officer's injuring or killing of an animal while off duty. This interrogatory assumes NOPD should have knowledge of its members hunting, fishing, and killing household pests and/or vermin. A review of ECF for the U.S. District Court for the Eastern District of Louisiana and Civil District Court Remote Access

using the names of officers known to have discharged their firearms at animals while on duty in the last 10 years reveals no such lawsuits.

### INTERROGATORY NO. 3:

Describe all training that has been provided to Derrick Burmaster pertaining to encountering animals, including but not limited to canines, in the line of duty.

### ANSWER TO INTERROGATORY NO. 3:

Officer Burmaster is responsible for being knowledgeable of all NOPD policies, including NOPD Policy 1.3(32) and NOPD Policy 1.7.1(57)-(64) pertaining to dangerous animals.

### INTERROGATORY NO. 4:

Describe what non-lethal weapons/equipment, including but not limited to tasers, mace, clubs, batons, nightsticks, blackjacks, flash grenades, nets, catch poles, and/or pepper spray, that (1) employees of the NOPD are permitted to carry in the line of duty, (2) are issued to NOPD employees, (3) that employees of the NOPD are required to carry in the line of duty, (4) Derrick Burmaster was equipped with during the incident and (5) Derrick Burmaster was required to carry during the incident

### ANSWER TO INTERROGATORY NO. 4:

Per departmental policy the only non- lethal weapons authorized for carry by Patrol Personnel is the departmental issued C.E.W. / Taser and the Officer's Expandable Baton / (PR-24) which are instruments that are purchased by the individual officers. That being said, the only non-lethal weapons Officer Burmaster was authorized to carry on the date in question was the Departmental Issued C.E.W. Taser and his expandable baton / PR-24.  On the date in question, Officer Burmaster was carrying the departmental issued C.E.W. / Taser.

**INTERROGATORY NO. 5:**

Identify by name and provide the phone number and address of all persons who have knowledge relating to the incident.

**ANSWER TO INTERROGATORY NO. 5:**

1. Mrs. Julie Barecki-Brown
   *Through counsel*
   William Most, Esq.
   Most & Associates
   201 St. Charles Avenue, Suite 114, # 101
   New Orleans, LA 70170
   (504) 509-5023

2. Mr. Derek Brown
   *Through counsel*
   William Most, Esq.
   Most & Associates
   201 St. Charles Avenue, Suite 114, # 101
   New Orleans, LA 70170
   (504) 509-5023

3. Officer Derrick Burmaster
   *Through counsel*
   C. Theodore Alpaugh, III
   Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
   639 Loyola Avenue, Suite 2130
   New Orleans, LA 70113
   (504) 529-4141

4. Officer John Roussel
   1930 Martin Luther King Blvd
   New Orleans, LA 70113
   (504) 658-6060

5. Sergeant Debra N. Pruitt
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800

6. Sergeant Clinton Givens
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800

7. Ms. Heather Kleen
   530 East Cook
   Columbus, OH 43214
   (614) 359-7847

8. Sergeant Shannon Jones-Brewer
   715 South Broad Street
   New Orleans, LA 70119
   (504) 568-6040

9. Lieutenant John Helou
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800

10. Mr. Michael Gottwald
    1432 Felicity Street
    New Orleans, LA 70130
    (804) 317-0918

11. Mr. Travis Hanson
    71783 Colosseum Street, Apt. O
    New Orleans, LA 70130
    (218) 839-33164

12. Ms. Lashay Robbins
    8901 Callegan Lane
    Morganza, LA 70759
    (225) 618-6405

13. Ms. Charmaine Smith
    2761 Gravier Street
    New Orleans, Louisiana 70119
    (504) 658-5068

14. Ms. Kathryn Destreza
    1700 Mardi Gras Boulevard
    New Orleans, LA 70114
    (504) 368-5191

15. James Crosby
    1435 Oak Haven Road
    Jacksonville, FL 32207
    (904) 476-7655

16. Daniel Paulsen, DVM

    Skip Bertman Drive
    Baton Rouge, LA 70803
    (225) 578-9777

18. Officer Daniel Berrincha
    1930 Martin Luther King Blvd
    New Orleans, LA 70113
    (504) 658-6060

19. Ariana A. Sparacino
    720 Saxony Lane
    Kenner, LA 70065
    504-259-6684

20. Sergeant Clarence Mitchell
    1930 Martin Luther King Blvd
    New Orleans, LA 70113
    (504) 658-6060

21. Officer Michael Franklin
    1930 Martin Luther King Blvd
    New Orleans, LA 70113
    (504) 658-6060

22. Officer Stephen Fox
    715 South Broad Street
    New Orleans, LA 70119
    (504) 568-6040

23. Susan Hutson
    2800 Perdido Street
    New Orleans, LA 70119
    (504) 202-9339

17. Any witness identified in Plaintiffs' initial disclosures and discovery responses

18. Any witness identified in Officer Burmaster's initial disclosures and discovery responses

19. Any witness identified in the criminal and administrative investigative reports of the shooting

**INTERROGATORY NO. 6:**

Identify any officer- or citizen-initiated complaint, and any suspension, write-up, probation, reprimand, or other discipline Derrick Burmaster received as an NOPD employee.

**ANSWER TO INTERROGATORY NO. 6:**

City Defendants object to this interrogatory because it seeks irrelevant information. Further, it seeks information that is unfairly prejudicial and will lead to jury confusion. City Defendants will not disclose complaints that were either not sustained, or unfounded, or exonerated. Please see Public Integrity Bureau records (sustained complaints), Officer Burmaster's Civil Service file, and Officer Burmaster's Personnel file produced in response to Plaintiffs' Requests for Production of Documents.

**INTERROGATORY NO. 7:**

Are all denials for lack of sufficient information in Defendants' Answer truthfully based on (1) a reasonable inquiry; and (2) a lack of sufficient information to admit or deny the allegation?

**ANSWER TO INTERROGATORY NO. 7:**

Yes

                                            Respectfully submitted:

*/s/ Jonathan H. Adams*
**JONATHAN H. ADAMS, LSB #29061**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF OF LITIGATION
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
Jonathan.Adams@nola.gov
*Counsel for City Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was transmitted to all parties in this case, through their respective counsels of record, via electronic mail, this 7th day of September 2022.

                    ___/s/ *Jonathan H. Adams*_____
                         Jonathan H. Adams