

William Most <williammost@gmail.com>

# Brown v. Burmaster: Meet and Confer re Discovery Responses

**William Most** <williammost@gmail.com>  Tue, Sep 27, 2022 at 4:18 PM
To: Jonathan H Adams <Jonathan.Adams@nola.gov>
Cc: "Anada, Tarak" <tanada@joneswalker.com>, "Mauer, Christine" <cmauer@joneswalker.com>, Kelley Wierman <Kelley.Wierman@nola.gov>

Jonathan,

Thanks for calling about the status of discovery. What we discussed is in bold below; let me know if any does not match your understanding.

Thank you,

William

did the SDT to Iron Mountain go out? **Will before end of the week.**

- You will withdraw the general objections.

- You will provide a verification page. **Still trying to track down.**

- For Int. # 2, you will provide complaints to PIB or Risk Management Division regarding any employee of the NOPD injuring or killing a nonhuman animal. **Risk Management has none. You will provide the Burmaster and Rotten ones.**

- For Int. # 3, you will provide a revised interrogatory response saying that on information and belief, Officer Burmaster has not received any training specific to handling animals. **Will do.**

- For Int. # 5, you said that the persons represented by counsel are the officers with ranks in front of their name, plus Hanson and Smith.

- For Int. # 6, you are standing on your objection. You noted the FRCP 26 scope of discovery, and 2017 WL 3648315. **There have been 3 unsustained, 2 exonerated complaints about use of force for Burmaster, before the Apollo incident. Not going to provide them.**

- You'll provide the contents of the empty Evidence.com folders. **William will check to see if this has been provided.**

- You'll provide the recordings of Burmaster's two PIB interviews. (One was video, one was audio.) **William will check to see if this has been provided.**

- For RFP #4/5 - you'll talk to the academy to find out about the training, and get back to us next week. **Working on it. Will provide Webinar and whether Burmaster took it.**

- For RFP # 8, you'll run a search for responsive emails to or from any NOPD/PIB/OIPM employee, from the date of the first time Burmaster shot a dog to the present. You'll then get back to us within 15 days about the number of hits that generated, and if it is excessively high we can talk about what to do. **In the IT pipeline.**

- Re: RFP # 12, you have provided us all communications with OIPM. All communications with OCDM were verbal.

- Re: RFP 14: You think the two withheld reports were not for the purpose of seeking legal advice; they were operational. You'll double check, and if operational will get city attorney's office's clearance to share them. **Haven't heard back from City Attorney. So far Cyber attack has not impaired City's ability to provide discovery.**

- You will re-produce the documents to us with the confidential designation removed, except for the PIB administrative investigation documents. PIB wants that document to remain confidential until after the Chief's Hearing, and then you are fine with removing the designation. You also agreed that you would not designate documents as confidential if they were in Plaintiffs' production to you.

  **Note:** Now that I type this up, I realize we might have a problem. The protective order requires us to challenge any improper confidentiality designation within 30 days. So we may need to do a consent motion to extend that time limit for this specific document, so that the dispute can be hopefully mooted by the Chief's hearing. **You consented to a motion to extend the deadline to object to this confidentiality designation until one week after we learn disposition of Chief's hearing.**

- You will re-produce the documents to us with the redactions removed, except for: names of minor children, financial account numbers, SSN and DOBs, and the portion of the UFRB transcript that deals with a different incident.

Regarding Plaintiffs' responses:

- I committed to making sure we produce to you the medical authorizations, insurance cards, and driver's licenses we said we would in our responses. **You said there was a box not checked; just point us to that box and we'll have clients review.**

- I committed to listing in Int. # 1 the known witnesses to the shooting, the persons we know of involved in the investigation, and the medical providers, along with addresses. **William will follow up.**

- I'll confirm with co-counsel, but Plaintiffs won't be claiming money spent on Apollo's bedding, toys, crate, food and medical care as damages. **William will follow up.**

On Tue, Sep 27, 2022 at 3:35 PM William Most <williammost@gmail.com> wrote:
> Jonathan,
>
> Can you provide an update on the topics below? And did the SDT to Iron Mountain go out? **Will before end of the week.**
>
> Thank you!
>
> William
>
> On Fri, Sep 9, 2022 at 3:01 PM William Most <williammost@gmail.com> wrote:
>> Jonathan,
>>
>> Thank you for conducting a productive meet and confer with me. Here's my notes from our conference.
>>
>> Regarding Defendants' responses:
>>
>> - You will withdraw the general objections.
>>
>> - You will provide a verification page. **Still trying to track down.**
>>
>> - For Int. # 2, you will provide complaints to PIB or Risk Management Division regarding any employee of the NOPD injuring or killing a nonhuman animal. **Risk Management has none. Will provide the Burmaster and Rotten ones.**
>>
>> - For Int. # 3, you will provide a revised interrogatory response saying that on information and belief, Officer Burmaster has not received any training specific to handling animals. **Will do.**
>>
>> - For Int. # 5, you said that the persons represented by counsel are the officers with ranks in front of their name, plus Hanson and Smith.
>>
>> - For Int. # 6, you are standing on your objection. You noted the FRCP 26 scope of discovery, and 2017 WL 3648315. **In 22 years, there have been 3 unsustained, 2 exonerated complaints about use of force for Burmaster, before the Apollo incident. Not going to provide them.**
>>
>> - You'll provide the contents of the empty Evidence.com folders. **William will check check**

- You'll provide the recordings of Burmaster's two PIB interviews. (One was video, one was audio.) **William will check.**

- For RFP #4/5 - you'll talk to the academy to find out about the training, and get back to us next week. **Working on it. Will provide Webinar and whether Burmaster took it.**

- For RFP # 8, you'll run a search for responsive emails to or from any NOPD/PIB/OIPM employee, from the date of the first time Burmaster shot a dog to the present. You'll then get back to us within 15 days about the number of hits that generated, and if it is excessively high we can talk about what to do. **In the IT pipeline.**

- Re: RFP # 12, you have provided us all communications with OIPM. All communications with OCDM were verbal.

- Re: RFP 14: You think the two withheld reports were not for the purpose of seeking legal advice; they were operational. You'll double check, and if operational will get city attorney's office's clearance to share them. **Haven't heard back from City Attorney. So far Cyber attack has not impaired**

- You will re-produce the documents to us with the confidential designation removed, except for the PIB administrative investigation documents. PIB wants that document to remain confidential until after the Chief's Hearing, and then you are fine with removing the designation. You also agreed that you would not designate documents as confidential if they were in Plaintiffs' production to you.

- **Note:** Now that I type this up, I realize we might have a problem. The protective order requires us to challenge any improper confidentiality designation within 30 days. So we may need to do a consent motion to extend that time limit for this specific document, so that the dispute can be hopefully mooted by the Chief's hearing. **Consent to**

- You will re-produce the documents to us with the redactions removed, except for: names of minor children, financial account numbers, SSN and DOBs, and the portion of the UFRB transcript that deals with a different incident.

Regarding Plaintiffs' responses:

- I committed to making sure we produce to you the medical authorizations, insurance cards, and driver's licenses we said we would in our responses.

- I committed to listing in Int. # 1 the known witnesses to the shooting, the persons we know of involved in the investigation, and the medical providers, along with addresses. **William will follow up.**

- I'll confirm with co-counsel, but Plaintiffs won't be claiming money spent on Apollo's bedding, toys, crate, food and medical care as damages. **William will follow up.**

[Quoted text hidden]

William
[Quoted text hidden]