William Most <williammost@gmail.com>

## Brown v. Burmaster

**Jonathan H Adams** <Jonathan.Adams@nola.gov>                              Mon, Oct 17, 2022 at 3:21 PM
To: William Most <williammost@gmail.com>
Cc: "Anada, Tarak" <tanada@joneswalker.com>, James M Roquemore <James.Roquemore@nola.gov>

Hi William:

My cite was not a mistake. In Mascagni, I tried to use previously filed lawsuits to establish a pattern of wrongful behavior. The Court rejected my argument holding none of the lawsuits resulted in a verdict that STC engaged in the wrongful behavior. While the facts are not the same, the logic for not producing the not sustained complaints is the same - the alleged wrongdoing was not proven in the not sustained complaints and, therefore, they are not relevant to your claims. I agree to produce the 2012 Burmaster complaint because it concerns use of force against an animal, even though it resulted in the charge not being sustained. As you know, I subpoenaed that from Iron Mountain.

That said, even if I wanted to produce the not sustained non-animal related complaints, I could not do so. I will need a court order.

I'm feeling about the same. Thank you for asking.

Have you received the Rotten (sp?) complaint?

Jonathan H. Adams
*Assistant City Attorney*
City of New Orleans | Law Department
[1300 Perdido St.](), Room 5E03 | New Orleans, LA 70112
O: 504.658.9800 | F: 504.658.9868
[jonathan.adams@nola.gov]()



**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail transmission may be attorney/client privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic message.

---

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, October 17, 2022 2:57 PM
**To:** Jonathan H Adams <Jonathan.Adams@nola.gov>
**Cc:** Anada, Tarak <tanada@joneswalker.com>
**Subject:** Brown v. Burmaster

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Jonathan,

You directed us to what I wrote down as "2017 WL 3648315" for the proposition that the City could refuse to produce records of complaints that it found to be unsustained.

That case is attached .... and I don't think it's the one you meant. Did I write down the citation wrong?

Hope you are feeling okay!

William

 **Mascagni v. Schlumberger Tech Corp._ 2017 U.S. Dist. LE.docx**
48K