UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br> <br> VERSUS <br> <br> DERRICK BURMASTER, SHAUN <br> FERGUSON, and the CITY OF <br> NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 22-00847 <br> <br> SECTION: L <br> <br> HONORABLE ELDON E. FALLON <br> <br> DIVISION: 4 <br> <br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DECLARATION OF WILLIAM MOST**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case.

2. In discovery in this matter, Plaintiffs propounded discovery requests to the City of New Orleans and Chief Ferguson ("NOPD Defendants"). Some of Plaintiffs' interrogatories and requests for production, and Defendants' responses, are attached here as Exhibits A and B.

3. On September 9, 2022, the parties held a meet-and-confer conference by Zoom to discuss the responses.

4. At that conference, Plaintiffs' counsel brought up the City Defendants' refusal to provide complaints that were "not sustained, unfounded, or exonerated." He pointed out that an entity cannot investigate itself and expect its self-investigation to be dispositive of whether a complaint is discoverable in a federal lawsuit. NOPD Defendants' counsel responded that such complaints were outside the scope of discovery, and pointed to a 2017 Fair Labor Standards Act decision.

1

5. Counsel for the NOPD Defendants indicated they were standing on their objection, and would not provide complaints that NOPD determined were "not sustained, unfounded, or exonerated."

6. Exhibit C is a memorialization of that September 9, 2022 conference.

7. On September 27, 2022, the parties held another conference by telephone. At that conference, NOPD Defendants' counsel reported that there were five unsustained or exonerated complaints about use of force by Officer Burmaster. Ex. D is a memorialization of that conference.

8. On October 17, 2022, the parties exchanged correspondence about the discovery dispute. That correspondence is attached as Exhibit E.

9. I certify that the movants have in good faith conferred with NOPD Defendants in an effort to obtain the answer and responses without court action.

10. This good faith conferral was effected through one Zoom and one telephone conference and the exchange of written correspondence.

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

Date: Oct. 24, 2022