# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN,<br><br>                Plaintiffs,<br>v.<br><br>DERRICK BURMASTER, SHAUN FERGUSON,<br>and the CITY OF NEW ORLEANS,<br><br>                Defendants. | CIVIL ACTION NO. 22-0847<br><br>SECTION: L<br><br>HONORABLE ELDON E. FALLON<br><br>DIVISION: 4<br><br>HONORABLE KAREN WELLS ROBY |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File First Amended Complaint;

IT IS HEREBY ORDERED that Plaintiffs Derek Brown and Julia Barecki-Brown are granted leave as requested and that their First Amended Complaint be and is hereby filed into the record herein.

New Orleans, Louisiana this 26th day of October, 2022.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

#100728054v2