UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | DOCKET NUMBER: 22-00847 |
| **VERSUS** | * | |
| | * | SECTION: L |
| **DERRICK BURMASTER, SHAUN** | * | HONORABLE ELDON E. FALLON |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*******************************************************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, comes Jonathan H. Adams, counsel of record in this case for the City of New Orleans and NOPD Superintendent Shaun Ferguson, and on suggesting to the Court that James M. Roquemore [LSA# 40035], Assistant City Attorney for the City of New Orleans, desires to enroll as additional counsel of record on behalf of said Defendants and that Jonathan H. Adams consents to such enrollment.

Respectfully submitted,

/s/ Jonathan H. Adams
**JONATHAN H. ADAMS, LSBA #29061**
ASSISTANT CITY ATTORNEY
Email: jonathan.adams@nola.gov
**CORWIN ST. RAYMOND, LSBA #31330**
CHIEF OF LITIGATION
Email: cmstraymond@nola.gov
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
Email: donesia.turner@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans and NOPD Superintendent Shaun Ferguson*