**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CITY OF NEW ORLEANS' AND SHAUN FERGUSON'S MOTION FOR CONTEMPT AGAINST IRON MOUNTAIN FOR FAILURE TO COMPLY WITH SUBPOENA DUCES TECUM

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson ("Ferguson") and the City of New Orleans ("the City") who, pursuant to Fed. R. Civ. P. 45(g), hereby move this Honorable Court to find Iron Mountain Secure Shredding, Inc. ("Iron Mountain") in contempt of court for the reasons set forth in the attached Memorandum in Support of Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum.

## CONCLUSION

Due to the foregoing reasons, the City and Ferguson pray this Motion be deemed sufficient and same be granted by this Honorable Court; thereby finding Iron Mountain in Contempt of Court and awarding the City and Ferguson costs and reasonable attorneys' fees.

Respectfully submitted:

*/s/ Jonathan H. Adams*
**JONATHAN H. ADAMS, LSB #29061**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**

CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
jonathan.Adams@nola.gov
*Counsel for Shaun Ferguson and the City of*
*New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to Iron Mountain, via certified mail return receipt requested, this 7th day of November 2022.  A copy will be hand delivered to Iron Mountain at least fifteen (15) days before the hearing on the Motion.

___/s/__Jonathan H. Adams_____