UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

**************************************************************************

### CITY OF NEW ORLEANS' AND SHAUN FERGUSON'S MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT AGAINST IRON MOUNTAIN FOR FAILURE TO COMPLY WITH SUBPOENA DUCES TECUM

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson ("Ferguson") and the City of New Orleans ("the City") who, pursuant to Fed. R. Civ. P. 45(g), hereby move this Honorable Court to find Iron Mountain Secure Shredding, Inc. ("Iron Mountain") in contempt of court for the following reasons:

### A. FACTS

This case involves the shooting and killing of Derek Brown's and Julia Barecki-Brown's ("Plaintiffs") dog by NOPD Officer Derek Burmaster while he was responding to a noise complaint at Plaintiffs' home. A neighbor called 911 to report screaming and glass breaking. Officer Burmaster and his back-up entered Plaintiffs' fenced yard which was devoid of any signs that a dog was present. At that time, Plaintiffs opened their front door, and their two dogs charged the officers. Officer Burmaster's back-up fled and closed the gate behind him, trapping Officer Burmaster in the yard. Officer Burmaster drew his pistol and fired at the dog that was charging him, resulting in this federal civil rights lawsuit.

Plaintiffs' attorney propounded discovery requesting copious amounts of documents. A discovery dispute ensued. In an ill-fated attempt to resolve the dispute without Court intervention, the City and Ferguson agreed to produce PIB # 2012-0513-R, which is a complaint filed against Officer Burmaster for shooting a dog in 2012. Officer Burmaster was cleared of any wrongdoing.

PIB # 2012-0513-R is in the custody of Iron Mountain which is currently in a financial dispute with the City and requires a subpoena duces tecum ("SDT") for the release of any records stored on behalf of the City. On October 3, 2022, the City served a SDT for PIB # 2012-0513-R on Iron Mountain's facility located at 900 Distributor Row, New Orleans, LA 70123.[1] Demetrius Smith, a NOPD officer and Orleans Parish Deputy Sheriff assigned to the City Attorney's Office[2], served the SDT on MS. Tran.[3] Officer Smith erroneously put the service date as September 3, 2022. The return date was October 21, 2022.[4]

Iron Mountain has not called or written the City concerning the SDT. On October 31, 2022, the undersigned called Iron Mountain concerning the SDT. After managing to navigate the automated system, the phone rang for approximately 10 minutes before the undersigned discontinued the call. The undersigned called Iron Mountain on November 3, 2022, with the same results. On November 4, 2022, the undersigned called Iron Mountain for a third time and managed to talk with a person. Unfortunately, the conversation was not productive because the customer service representative could not transfer the undersigned to a person who could address the subpoena. The undersigned told the customer service agent that he would seek appropriate relief from the Court.

---

[1] Exhibit A
[2] Officer Smith is over eighteen years-old and he is not a party to this litigation.
[3] Exhibit A, p. 2
[4] Exhibit A, p. 1

B. <u>**LAW AND ARGUMENT**</u>

Fed. R. Civ. P. 45(g) states in pertinent part "[t]he court for the district where compliance is required…may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Since being served with the SDT, Iron Mountain has not attempted to contact the City concerning the SDT. Iron Mountain has not objected. Iron Mountain has not filed a motion to quash. Iron Mountain has not provided an explanation for its failure to comply with the SDT. Accordingly, the City moves this Honorable Court for a order holding Iron Mountain in contempt of court for failure to comply with the SDT to produce PIB # 2012-0513-R. The City also moves this Court for costs and reasonable attorneys' fees.

<u>**CONCLUSION**</u>

Due to the foregoing reasons, the City and Ferguson move this Honorable Court to find Iron Mountain in contempt and award the City and Ferguson costs and reasonable attorneys' fees.

Respectfully submitted:

<u>*/s/ Jonathan H. Adams*</u>
**JONATHAN H. ADAMS, LSB #29061**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
jonathan.adams@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed to Iron Mountain, via certified mail return receipt requested, this 7th day of November 2022.  A copy will be hand delivered to Iron Mountain at least fifteen (15) days before the hearing on the Motion.

          ___/s/__Jonathan H. Adams_____