UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br><br> VERSUS <br><br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 <br><br> SECTION: L <br><br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## NOTICE OF SUBMISSION WITH ORAL ARGUMENT

Please take notice that the City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum will be submitted with oral argument at the following date and location:

Date:   December 7, 2022

Time:   11:00 a.m.

Place:  Honorable Karen Wells Roby
        500 Poydras Street
        Courtroom B431
        New Orleans, LA

                                                  Respectfully submitted:

                                                  */s/ Jonathan H. Adams*
                                                  **JONATHAN H. ADAMS, LSB #29061**
                                                  ASSISTANT CITY ATTORNEY
                                                  **CORWIN ST. RAYMOND, LSB #31330**
                                                  CHIEF DEPUTY CITY ATTORNEY
                                                  **DONESIA D. TURNER, LSB #23338**
                                                  CITY ATTORNEY
                                                  1300 PERDIDO STREET, SUITE 5E03
                                                  NEW ORLEANS, LOUISIANA 70112
                                                  TEL: (504) 658-9800
                                                  FACSIMILE: (504) 658-9868

jonathan.adams@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to Iron Mountain, via certified mail return receipt requested, this 7th day of November 2022.  A copy will be hand delivered to Iron Mountain at least fifteen (15) days before the hearing on the Motion.

___/s/__Jonathan H. Adams_____