UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | DOCKET NUMBER: 22-00847 |
| **VERSUS** | * | |
| | * | SECTION: L |
| **DERRICK BURMASTER, SHAUN** | * | HONORABLE ELDON E. FALLON |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion to enroll as additional counsel of record, it is ordered by the Court that James M. Roquemore [LSA# 40035], Assistant City Attorney for the City of New Orleans, be and is hereby permitted to enroll as additional counsel of record for the City of New Orleans and Shaun Ferguson in these proceedings.

New Orleans, Louisiana, this 7th day of November, 2022.

_____
Hon. Eldon E. Fallon