**PIB Officer Complaint History Short Report**

**SENIOR POLICE OFFICER Derrick Burmaster [00961/012743]**

Windows Username: 012743  Hire date: Aug 13, 2000
Current assignment(s):
    Bureau: FOB - Field Operations Bureau
    District / Division: 6th District
    Division Assignment: Reassignment/LTD


**Public Initiated**                                   **PIB Control Number: 2007-0375-C**
**Received:**      **May 28, 2007**
                                    **Item Number: 070375**
                                    **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 05 - VERBAL INTIMIDATION -  - SUSTAINED -
            Final Disposition: CHARGES PROVEN -
        RULE 3: PROF CONDUCT: PARAGRAPH 01 - PROFESSIONALISM -  - SUSTAINED -
            Final Disposition: CHARGES PROVEN -
    Actions taken:
            Aug 30, 2007 - Letter Of Reprimand   Days/hrs suspended:
            Aug 30, 2007 - Letter Of Reprimand   Days/hrs suspended:

**Public Initiated**                                   **PIB Control Number: 2008-0306-C**
**Received:**      **Apr 24, 2008**
                                    **Item Number: 080306**
                                    **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - NOT SUSTAINED -
            Final Disposition: CHARGES DISPROVEN -
        RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- NOT SUSTAINED -
            Final Disposition: CHARGES DISPROVEN -
    Actions taken:
           - None   Days/hrs suspended:
           - None   Days/hrs suspended:

**Rank Initiated**                                     **PIB Control Number: 2009-0131-R**
**Received:**      **Feb 13, 2009**
                                    **Item Number: 090131**
                                    **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 01 - ADHERENCE TO LAW -  - NOT SUSTAINED -
            Final Disposition: CHARGES DISPROVEN -
    Actions taken:
           - None   Days/hrs suspended:

    RELATIVE TO SIMPLE BATTERY


**Public Initiated**                                   **PIB Control Number: 2010-0673-C**
**Received:**      **May 14, 2010**
                                    **Item Number: 100673**
                                    **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - NOT SUSTAINED -
Dec 03, 2010
            Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
       Actions taken:

            Dec 03, 2010 - None   Days/hrs suspended:
        RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - Dec
03, 2010
            Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
       Actions taken:

            Dec 03, 2010 - None   Days/hrs suspended:

```
                RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- NOT SUSTAINED - Dec 03, 2010
                    Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
                  Actions taken:

                     Dec 03, 2010 - None    Days/hrs suspended:
                RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY -  - NOT SUSTAINED - Dec
03, 2010
                    Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
                  Actions taken:

                     Dec 03, 2010 - None    Days/hrs suspended:
```

**Rank Initiated**                                               **PIB Control Number: 2012-0201-R**
**Received:       Feb 28, 2012**
                                                                 **Item Number:**
                                                                 **Priority: DI-1**

```
        Allegations:
                RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- SUSTAINED - Jun 04, 2012
                    Final Disposition: SUSTAINED - Dec 06, 2012
                  Actions taken:

                     Dec 06, 2012 - Suspended   Days/hrs suspended: 1
```

**Rank Initiated**                                               **PIB Control Number: 2012-0521-R**
**Received:       May 22, 2012**
                                                                 **Item Number:**
                                                                 **Priority: DI-1**

```
        Allegations:
                RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- SUSTAINED - Aug 29, 2012
                    Final Disposition: sus - Feb 19, 2013
                  Actions taken:

                     Feb 19, 2013 - Suspended   Days/hrs suspended: 3

             RULE 4, Performance of Duty, Paragraph 2: Instructions from an Authoritative
             Source. To Wit: NOPD Operations Manual Chapter 17.2, Department Property;
             Paragraphs 9a, 11, & 12; Replacement Cost for the Lost/Stolen Departmental
             Property will be paid by the accused officer.
```

**Rank Initiated**                                               **PIB Control Number: 2012-0513-R**
**Received:       May 23, 2012**
                                                                 **Item Number:**
                                                                 **Priority: DI-1**

```
        Allegations:
                RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - NOT SUSTAINED -
May 31, 2012
                    Final Disp: <Not yet entered>
```

**Rank Initiated**                                               **PIB Control Number: 2012-0531-R**
**Received:       Jun 02, 2012**
                                                                 **Item Number:**
                                                                 **Priority: DI-1**

```
        Allegations:
                RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- SUSTAINED - Sep 12, 2012
                    Final Disposition: SUSTAINED - Feb 19, 2013
                  Actions taken:

                     Feb 19, 2013 - Suspended   Days/hrs suspended: 1

             RULE 4, Performance of Duty, Paragraph 2: Instructions from an Authoritative
             Source. To Wit: NOPD Operations Manual Chapter 13.15: Overtime

                RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- NOT SUSTAINED - Sep 12, 2012
```

```
                    Final Disposition: NOT SUSTAINED - Sep 12, 2012
                  Actions taken:

                     Feb 19, 2013 - None    Days/hrs suspended:
```

**Rank Initiated**                                    **PIB Control Number: 2012-1048-R**
**Received:      Nov 09, 2012**
                                                      **Item Number:**
                                                      **Priority: DI-1**
```
         Allegations:
             RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Verbal Instructions - SUSTAINED - Apr 12, 2013
                    Final Disposition: SUSTAINED - Apr 12, 2013
                  Actions taken:

                     Apr 12, 2013 - Suspended   Days/hrs suspended: 10
             RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY -  - SUSTAINED - Apr 12,
2013
                    Final Disposition: SUSTAINED - Apr 12, 2013
                  Actions taken:

                     Apr 12, 2013 - Suspended   Days/hrs suspended: 3
```

**Rank Initiated**                                    **PIB Control Number: 2013-0234-R**
**Received:      Mar 24, 2013**
                                                      **Item Number:**
                                                      **Priority: DI-1**
```
         Allegations:
             RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C:
Subparagraph 3 - Failing To Advise the Dispatcher on each occasion of his absence from the
patrol vehicle. - SUSTAINED - Oct 07, 2013
                    Final Disposition: SUSTAINED - Oct 07, 2013
                  Actions taken:

                     Oct 07, 2013 - Letter of Reprimand   Days/hrs suspended:

                 RULE 4: Performance of Duty; Paragraph 4(c)(3) Neglect of Duty
```

**Public Initiated**                                  **PIB Control Number: 2013-0233-C**
**Received:      Mar 25, 2013**
                                                      **Item Number:**
                                                      **Priority: DI-1**
```
         Allegations:
             RULE 2: MORAL CONDUCT: PARAGRAPH 01 - ADHERENCE TO LAW -  - UNFOUNDED - May
16, 2013
                    Final Disposition: UNFOUNDED - May 16, 2013
                  Actions taken:

                     May 16, 2013 - None    Days/hrs suspended:
             RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - UNFOUNDED - May 16,
2013
                    Final Disposition: UNFOUNDED - May 16, 2013
                  Actions taken:

                     May 16, 2013 - None    Days/hrs suspended:
```

**Public Initiated**                                  **PIB Control Number: 2013-0398-C**
**Received:      May 19, 2013**
                                                      **Item Number:**
                                                      **Priority: DI-1**
```
         Allegations:
             RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - Jul
23, 2013
                    Final Disposition: NOT SUSTAINED - Jul 23, 2013
                  Actions taken:

                     Jul 23, 2013 - None    Days/hrs suspended:
             RULE 2: MORAL CONDUCT: PARAGRAPH 02 - COURTESY -  - NOT SUSTAINED - Jul 23,
```

```
2013
                Final Disposition: NOT SUSTAINED - Jul 23, 2013
            Actions taken:

            Jul 23, 2013 - None   Days/hrs suspended:
        RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - EXONERATED - Jul
23, 2013
                Final Disposition: EXONERATED - Jul 23, 2013
            Actions taken:

            Jul 23, 2013 - None   Days/hrs suspended:
```

**Public Initiated**                                         **PIB Control Number: 2014-0124-C**
**Received:       Feb 26, 2014**
                                                             **Item Number:**
                                                             **Priority: DI-1**

```
        Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 05 - VERBAL INTIMIDATION -  - NOT SUSTAINED -
Jul 11, 2014
                Final Disposition: NOT SUSTAINED - Jul 11, 2014
            Actions taken:

            Jul 11, 2014 - None - Not Sustained   Days/hrs suspended:
        RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Policy # 400 - Patrol Operations; Policy 440 - PR 440 - Contacts-Detentions and
Photographing Detainees, Paragraph PR440.3 - Reporting, Subparagraph a - SUSTAINED - Jul
11, 2014
                Final Disposition: SUSTAINED - Feb 05, 2015
            Actions taken:

            Feb 05, 2015 - Suspension   Days/hrs suspended: 1
```

**Public Initiated**                                         **PIB Control Number: 2014-0307-C**
**Received:       Apr 24, 2014**
                                                             **Item Number:**
                                                             **Priority: DI-1**

```
        Allegations:
        RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - Aug
29, 2014
                Final Disposition: NOT SUSTAINED - Aug 29, 2014
            Actions taken:

            Aug 29, 2014 - None - Not Sustained   Days/hrs suspended:
        RULE 2: MORAL CONDUCT: PARAGRAPH 05 - VERBAL INTIMIDATION -  - NOT SUSTAINED -
Aug 29, 2014
                Final Disposition: NOT SUSTAINED - Aug 29, 2014
            Actions taken:

            Aug 29, 2014 - None - Not Sustained   Days/hrs suspended:
        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C:
Subparagraph 8 - Failing to thoroughly search for, collect, preserve, and identify evidence
in an arrest or investigative situation. - UNFOUNDED - Aug 29, 2014
                Final Disposition: UNFOUNDED - Aug 29, 2014
            Actions taken:

            Aug 29, 2014 - None - Unfounded   Days/hrs suspended:
        RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Policy # 400 - Patrol Operations; Policy 402 - PR 402 - Discriminatory Policing-Racial
Bias-Based Profiling, Paragraph PR402.1 - Members Responsibility - NOT SUSTAINED - Aug 29,
2014
                Final Disposition: NOT SUSTAINED - Aug 29, 2014
            Actions taken:

            Aug 29, 2014 - None - Not Sustained   Days/hrs suspended:
        RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Policy # 300 - Procedures; Policy 344 - PR344 - Report Preparation; Paragraph 344.1.1 -
Report Preparation - Sustained - Aug 29, 2014
                Final Disposition: SUSTAINED -
            Actions taken:
```

```
                         Dec 08, 2014 - Letter of Reprimand   Days/hrs suspended:
             RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Policy # 400 - Patrol Operations; Policy 446 - PR 446 - Digital Mobile Video Audio
Recordings; Paragraph 446.3.1 - Required Activation of the DMVAR - SUSTAINED - Aug 29, 2014
                   Final Disposition: SUSTAINED -
                 Actions taken:

                         Dec 08, 2014 - Letter of Reprimand   Days/hrs suspended:
```

**Rank Initiated**                                    **PIB Control Number: 2014-0377-R**
**Received:**       **May 22, 2014**
                                                      **Item Number:**
                                                      **Priority: DI-1**

```
         Allegations:
             RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Policy # 300 - Procedures; Policy 348 - PR348 - Court Appearance and Subpoenas -
SUSTAINED - Jul 01, 2014
                   Final Disposition: SUSTAINED -
                 Actions taken:

                         Feb 26, 2015 - Suspension   Days/hrs suspended: 1

              Served suspension 10/7/15
```

**Public Initiated**                                  **PIB Control Number: 2016-0137-P**
**Received:**       **Feb 24, 2016 10:**
                                                      **Item Number:**
                                                      **Priority: DI-1**

```
         Allegations:
             RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - May
24, 2016
                   Final Disposition: NOT SUSTAINED -
                 Actions taken:

                         May 24, 2016 - None - Not Sustained   Days/hrs suspended:
```

**Rank Initiated**                                    **PIB Control Number: 2016-0625-R**
**Received:**       **Sep 23, 2016**
                                                      **Item Number: I-21755-16**
                                                      **Priority: DI-1**

```
         Allegations:
             RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C:
Subparagraph 8 - Failing to thoroughly search for, collect, preserve, and identify evidence
in an arrest or investigative situation. - NEGOTIATED SETTLEMENT  - Sep 29, 2016
                   Final Disposition: NEGOTIATED SETTLEMENT - Mar 26, 2018
                 Actions taken:

                         Mar 26, 2018 - NSA  - Letter of Reprimand   Days/hrs suspended:

              Negotiated Settlement

              Letter received 3/12/2018

             RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C:
Subparagraph 6 - Failing to comply with instructions, oral or written, from any
authoritative source to wit NOPD Policy 804 Evidence and Property;804.3 Evidence and
Property Intake - NEGOTIATED SETTLEMENT  - Sep 29, 2016
                   Final Disposition: NEGOTIATED SETTLEMENT - Mar 26, 2018
                 Actions taken:

                         Mar 26, 2018 - NSA  - Letter of Reprimand   Days/hrs suspended:

              Negotiated Settlement
```

```
        Letter received 3/12/2018
```

**Rank Initiated**                                        **PIB Control Number: 2016-0727-R**
**Received:        Nov 10, 2016**
                                                          **Item Number:**
                                                          **Priority: DI-1**
     Allegations:
        RULE 4: PERF OF DUTY: PARAGRAPH 01 - REPORTING FOR DUTY -  - NEGOTIATED SETTLEMENT  - Dec 20, 2016
          Final Disposition: NEGOTIATED SETTLEMENT -
        Actions taken:

           Dec 20, 2016 - NSA - Suspension   Days/hrs suspended: 1

     Negotiated Settlement


**Public Initiated**                                      **PIB Control Number: 2017-0059-P**
**Received:        Jan 30, 2017**
                                                          **Item Number:**
                                                          **Priority: DI-1**
     Allegations:
        RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - May 15, 2017
          Final Disposition: NOT SUSTAINED - May 16, 2017
        Actions taken:

          May 16, 2017 - None - Not Sustained   Days/hrs suspended:
        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C: Subparagraph 4 - Failing To Make A Written Report When Such Is Indicated - SUSTAINED - May 26, 2017
          Final Disposition: SUSTAINED - May 09, 2018
        Actions taken:

          May 09, 2018 - Suspension   Days/hrs suspended: 2

     via cover letter

     Letter received 4/30/2018
     Served Suspension 5/15-16/2018


**Rank Initiated**                                        **PIB Control Number: 2017-0164-R**
**Received:        Mar 29, 2017 20:**
                                                          **Item Number:**
                                                          **Priority: DI-1**
     Allegations:
        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C: Subparagraph 6 - Failing to comply with instructions, oral or written, from any authoritative source to wit NOPD Procedure 344.4.1 Authorized delay in completing reports - SUSTAINED - Jul 07, 2017
          Final Disposition: SUSTAINED - Mar 26, 2018
        Actions taken:

          Mar 26, 2018 - Suspension   Days/hrs suspended: 5

     Letter received 3/12/2018

     Served suspension 3/18-22/2018

        RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - SUSTAINED - Jul 07, 2017
          Final Disposition: SUSTAINED - Mar 26, 2018
        Actions taken:

          Mar 26, 2018 - Letter of Reprimand   Days/hrs suspended:

        Letter received   3/12/2018

            RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - Policy # 200 - Department Directives; Poilicy 212 - Elecontric Mail, para 2 Management of Email - NOT SUSTAINED - Jul 07, 2017
                Final Disposition: NOT SUSTAINED - Jul 11, 2017
                Actions taken:

                Jul 11, 2017 - None - Not Sustained   Days/hrs suspended:

**Public Initiated**                                     **PIB Control Number: 2017-0208-P**
**Received:        Apr 25, 2017**
                                           **Item Number:**
                                           **Priority: DI-1**
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 13 - Social Networking Websites....etc. -  - SUSTAINED - Aug 18, 2017
                Final Disposition: SUSTAINED - Jan 16, 2018
                Actions taken:

                Jan 16, 2018 - Suspension   Days/hrs suspended: 2

           cover letter attached
           Suspension served 10/14-15/2018

            RULE 2: MORAL CONDUCT: PARAGRAPH 04 - DISCRIMINATION -  - UNFOUNDED - Aug 18, 2017
                Final Disp: <Not yet entered>


**Rank Initiated**                                       **PIB Control Number: 2020-0133-R**
**Received:        Mar 12, 2020**
                                           **Item Number:**
                                           **Priority: DI-1**
        Allegations:
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 42.16 - Preliminary Forensic Drug Testing - SUSTAINED - Jul 27, 2020
                Final Disposition: SUSTAINED - Sep 02, 2020
                Actions taken:

                Aug 21, 2020 - Suspension   Days/hrs suspended: 1

**Rank Initiated**                                       **PIB Control Number: 2020-0170-R**
**Received:        Apr 17, 2020**
                                           **Item Number:**
                                           **Priority: DI-1**
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - SUSTAINED - Aug 07, 2020
                Final Disposition: SUSTAINED - Aug 27, 2020
                Actions taken:

                Sep 10, 2020 - Letter of Reprimand   Days/hrs suspended:

**Rank Initiated**                                       **PIB Control Number: 2020-0241-R**
**Received:        Jun 01, 2020**
                                           **Item Number:**
                                           **Priority: DI-1**
        Allegations:
            RULE 5: REST ACTIVITIES: PARAGRAPH 01 - FICTITIOUS ILLNESS OR INJURY -  - NOT SUSTAINED - Jul 08, 2020
                Final Disposition: NOT SUSTAINED - Sep 21, 2020
                Actions taken:

```
                    Sep 21, 2020 - None - Not Sustained   Days/hrs suspended:
```

**Rank Initiated**                                              **PIB Control Number: 2021-0238-R**
**Received:       Apr 14, 2021**
                                                                **Item Number: D-13802-21**
                                                                **Priority: DI-1**
          Allegations:
              RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 1.3 Use of Force - PENDING INVESTIGATION - Apr 20, 2021
                  Final Disp: <Not yet entered>
              RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 1.3 Use of Force - PENDING INVESTIGATION - Apr 20, 2021
                  Final Disp: <Not yet entered>
              RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 1.3 Use of Force - PENDING INVESTIGATION - Apr 20, 2021
                  Final Disp: <Not yet entered>
              RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 41.10 - Uniform Specifications - PENDING INVESTIGATION - Apr 20, 2021
                  Final Disp: <Not yet entered>

**Public Initiated**                                            **PIB Control Number: 2021-0395-P**
**Received:       Jul 14, 2021**
                                                                **Item Number: F-19262-21**
                                                                **Priority: DI-1**
          Allegations:
              RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - SUSTAINED - Sep 29, 2021
                  Final Disp: <Not yet entered>
               Actions taken:

                    Jan 11, 2022 - Awaiting Hearing   Days/hrs suspended:
              RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 41.3.10 - Body Worn Camera, Paragraph 11 - SUSTAINED - Sep 29, 2021
                  Final Disp: <Not yet entered>
               Actions taken:

                    Jan 11, 2022 - Awaiting Hearing   Days/hrs suspended:

**Rank Initiated**                                              **PIB Control Number: 2021-0329-R**
**Received:       Oct 26, 2021**
                                                                **Item Number:**
                                                                **Priority: DI-1**
          Allegations:
              RULE 4: PERF OF DUTY: PARAGRAPH 01 - REPORTING FOR DUTY -  - PENDING INVESTIGATION - Oct 26, 2021
                  Final Disp: <Not yet entered>

**Rank Initiated**                                              **PIB Control Number: 2021-0707-R**
**Received:       Dec 20, 2021**
                                                                **Item Number:**
                                                                **Priority: DI-1**
          Allegations:
              RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 61.7 Traffic Crash Response and Reporting - NOT SUSTAINED - Mar 07, 2022
                  Final Disposition: NOT SUSTAINED - Apr 25, 2022
                Actions taken:

                    Apr 25, 2022 - None - Not Sustained   Days/hrs suspended:

**Public Initiated**                                            **PIB Control Number: 2022-0008-P**
**Received:       Jan 06, 2022 11:**
                                                                **Item Number:**
                                                                **Priority: DI-1**
          Allegations:

```
             RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - May
06, 2022
             Final Disp: <Not yet entered>
```

**Rank Initiated**                                      **PIB Control Number: 2022-0220-R**
**Received:      May 14, 2022**
                                                        **Item Number:**
                                                        <span style="color:red">**Priority: DI-1**</span>

```
      Allegations:
             RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - PENDING
INVESTIGATION - May 19, 2022
             Final Disp: <Not yet entered>
```

Printed: Jul 06, 2022 13:17   By: SR Special Investigator Audrey Thomas