UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 |
| VERSUS | * <br> * | <br> SECTION: L |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * | <br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## DECLARATION OF JONATHAN H. ADAMS

I, Johnathan H. Adams, declare as follows:

1. I am an attorney employed the City Attorney's Office of the City of New Orleans.

2. I make this declaration in support of the City of New Orleans' and Shaun Ferguson's (the "City Defendants") Opposition to Plaintiffs' Motion to Compel.

3. On September 7, 2022, the City Defendants served written responses to Interrogatories and Requests for Production of Documents upon Plaintiffs.

4. On September 7, 2022, and thereafter, the City Defendants produced to Plaintiffs the following documents: Defendant Derrick Burmaster's entire personnel file; all NOPD Civil Services disciplinary records related to Defendant Burmaster's shooting of Plaintiffs' dog; all reports and body-camera videos related to the incident in which Plaintiffs' dog was shot; Defendant Burmaster's training records; and all policies and procedures of the NOPD relating to interactions with animals.

5. In addition, on September 7, 2022, the City Defendants produced to Plaintiffs Defendant Burmaster's complete "PIB Officer Complaint History Short Report" (the "Short Report").

1

The Short Report identifies any rule alleged to be violated by the officer and shows the disposition of the investigation. A true and accurate copy of the Short Report is attached to The City Defendants' Opposition to Plaintiffs' Motion to Compel Production Of Complaints About Defendant Derrick Burmaster as Exhibit 1.

6. The City Defendants have produced, or agreed to produce, all records of complaints involving dog shootings by NOPD Officers in the last ten years, which consists of two records. Neither complaint was sustained.

7. On September 7, 2022, Plaintiffs' counsel sent a four-page letter containing a long list of "issues" about which he wished to meet and confer. Plaintiffs' counsel predicted, "[i]f we cannot reach resolution, we intend to file a motion to compel and seek attorneys fees." A true and accurate copy of this letter is attached to The City Defendant's Opposition to Plaintiffs' Motion to Compel Production Of Complaints About Defendant Derrick Burmaster as Exhibit 2.

8. Between September 7, 2022, and October 25, 2022, counsel for the City Defendants met and conferred with counsel for Plaintiffs regarding discovery. The City Defendants continue to search their electronic and physical files for relevant and responsive material.

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully submitted:

 /s/ Jonathan H. Adams
**JONATHAN H. ADAMS (La. Bar No. 29061)**

**Date: November 7, 2022.**