### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

### CITY OF NEW ORLEANS' AND SHAUN FERGUSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RULE 12 MOTION IN RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson and the City of New Orleans who, pursuant to LR 7.8, hereby move this Honorable Court for an extension of 7 days to file an answer or Federal Rule of Civil Procedure 12 Motion in response to Plaintiffs' First Amended Complaint (Doc. 36).  The current deadline to file is November 11, 2022.  Accordingly, Defendants move this Court to extend the deadline to November 18, 2022.  Defendants certify that there has been no previous extension of time and Plaintiffs have not filed an objection to an extension of time into the record.  Further, Plaintiffs do not oppose this extension.

### CONCLUSION

WHEREFORE, Defendants Shaun Ferguson and the City of New Orleans pray this Honorable Court grants their Motion giving Defendants an additional 7 days up until and including November 18, 2022 to file an answer or Federal Rule of Civil Procedure 12 Motion in response to Plaintiffs' First Amended Complaint (Doc. 36).

Respectfully submitted:

*/s/ Jonathan H. Adams*
**JONATHAN H. ADAMS, LSB #29061**
ASSISTANT CITY ATTORNEY
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
jonathan.Adams@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*