# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 |
| VERSUS | * <br> * | <br> SECTION: L |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * | <br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion for Extension of Time filed by Shaun Ferguson and the City of New Orleans, it is **ORDERED** that the Motion is **GRANTED**.

Defendants Shaun Ferguson and the City of New Orleans have an additional 7 days up until and including November 18, 2022 to file an answer or Federal Rule of Civil Procedure 12 Motion in response to Plaintiffs' First Amended Complaint (Doc. 36).

Read, Rendered and Signed in New Orleans, Louisiana this 10th day of November, 2022

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE