UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO:    22-847** |
| **DEERICK BURMASTER, SHAUN FERGUSON, and THE CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

## ORDER

**IT IS ORDERED** that Plaintiffs' **Motion to Compel Production of Complaints about Defendant Derrick Burmaster (R. Doc. 34)** shall be heard **by oral argument** on **November 30, 2022, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 10th day of November 2022.

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**