UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | HONORABLE ELDON E. FALLON |
| | * * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CITY OF NEW ORLEANS AND SHAUN FERGUSON'S
## RULE 12(b)(6) MOTION TO DISMISS MONELL CLAIM

Defendants, the City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department, move this Honorable Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of the cause of action alleged in Plaintiffs' Amended Complaint entitled "Six Cause of Action – Monell Liability, Against the City of New Orleans." (Doc. 36, ¶¶112-117) (the "Monell Claim"). As more fully explained in the accompanying memorandum in support, Plaintiffs' Amended Complaint fails to state a claim under 42 U.S.C. § 1983 against the City of New Orleans or Shaun Ferguson, Superintendent of the New Orleans Police Department, or any other federal claim upon which relief may be granted.

**WHEREFORE**, the City of New Orleans and Shaun Ferguson, Superintendent of the New Orleans Police Department, pray that their Motion to Dismiss be granted and the Monell Claim, as alleged in Plaintiffs' Amended Complaint, be dismissed.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*