UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | HONORABLE ELDON E. FALLON |
| | * * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

**NOTICE OF SUBMISSION FOR
CITY OF NEW ORLEANS AND SHAUN FERGUSON'S
RULE 12(b)(6) MOTION TO DISMISS MONELL CLAIM**

This motion shall be submitted for consideration on December 7, 2022.

                                        Respectfully submitted:

                                        */s/ James M. Roquemore*
                                        **JAMES M. ROQUEMORE, LSB #40035**
                                        ASSISTANT CITY ATTORNEY
                                        **CORWIN ST. RAYMOND, LSB #31330**
                                        CHIEF DEPUTY CITY ATTORNEY
                                        **DONESIA D. TURNER, LSB #23338**
                                        CITY ATTORNEY
                                        1300 PERDIDO STREET, SUITE 5E03
                                        NEW ORLEANS, LOUISIANA 70112
                                        TEL: (504) 658-9800
                                        FACSIMILE: (504) 658-9868
                                        James.Roquemore@nola.gov
                                        *Counsel for Shaun Ferguson and the City of New Orleans*