UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **DOCKET NUMBER: 22-00847** |
| **VERSUS** | * | |
| | * | **SECTION: L** |
| **DERRICK BURMASTER, SHAUN** | * | **HONORABLE ELDON E. FALLON** |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | **DIVISION: 4** |
| | * | **HONORABLE KAREN WELLS ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

**NOW INTO COURT**, comes Jonathan H. Adams, Esq., who moves this Honorable Court to

allow him to withdraw as counsel of record for the City of New Orleans and Superintendent Shaun

Ferguson.

Mr. Adams' last day of employment with the City of New Orleans is November 22, 2022.

The City of New Orleans and Superintendent Shaun Ferguson will continue to be represented by the

remaining attorneys identified in the signature block.  James M. Roquemore, Esq. consents to

designation as trial counsel.

Respectfully submitted,

*/s/ Jonathan H. Adams*

**JONATHAN H. ADAMS, LSBA #29061**
ASSISTANT CITY ATTORNEY
Email: jonathan.adams@nola.gov
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
Email: james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSBA #31330**
CHIEF OF LITIGATION
Email: cmstraymond@nola.gov
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
Email: donesia.turner@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03

NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:    (504) 658-9868

*Counsel for the City of New Orleans and NOPD*
*Superintendent Shaun Ferguson*