UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>DERRICK BURMASTER, SHAUN FERGUSON,<br>and the CITY OF NEW ORLEANS,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 22-0847<br><br>SECTION: L<br><br>HONORABLE ELDON E. FALLON<br><br>DIVISION: 4<br><br>HONORABLE KAREN WELLS ROBY |

**UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE ON MOTION TO DISMISS MONELL CLAIM AND INCORPORATED MEMORANDUM IN SUPPORT**

　　Plaintiffs Derek Brown and Julia Barecki-Brown (collectively "Plaintiffs") respectfully move the Court to continue the submission date on the Motion to Dismiss Monell Claim filed by Defendants the City of New Orleans and Shaun Ferguson (R. Doc. 45).

　　The current submission date for the Motion is December 7, 2022. Due to (1) Plaintiffs' counsel Mr. Most having to travel during the end of November and (2) Plaintiffs' counsel Mr. Anada's need to assist his spouse in recovering from a surgical procedure, the Plaintiffs need additional time to prepare their response to the Motion. Plaintiffs therefore respectfully request that the submission date on the Motion be continued to the Court's next available submission date of December 21, 2022.

　　Defendants the City of New Orleans and Shaun Ferguson have confirmed that they consent to this relief.

　　WHEREFORE, Plaintiffs pray that this motion be granted and that the submission date on the Motion to Dismiss Monell Claim filed by Defendants the City of New Orleans and Shaun

#100792096v1

Ferguson (R. Doc. 45) be continued to the Court's next available submission date of December 21, 2022.

Respectfully submitted:

*/s/ Tarak Anada*
TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswaker.com

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2022, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tarak Anada*

#100792096v1