## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN, <br><br> Plaintiffs, <br> v. <br><br> DERRICK BURMASTER, SHAUN FERGUSON, <br> and the CITY OF NEW ORLEANS, <br><br> Defendants. | CIVIL ACTION NO. 22-0847 <br><br> SECTION: L <br><br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

## **ORDER**

Considering the foregoing Unopposed Motion to Continue Submission Date on Motion to Dismiss Monell Claim:

IT IS HEREBY ORDERED that the Motion is granted and the submission date on the Motion to Dismiss Monell Claim filed by Defendants the City of New Orleans and Shaun Ferguson (R. Doc. 45) be continued to the Court's next available submission date of December 21, 2022 at 9:00 am.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON

#100792699v1