UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * | CIVIL ACTION |
| | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * | HONORABLE ELDON E. FALLON |
| | * | |
| | * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

**AFFIDAVIT OF DEMETRIUS SMITH**

LET IT BE KNOWN that before me, the undersigned notary, appeared Demetrius Smith, who is personally known to me, who after being placed under oath stated as follows:

1. I am over 18 years of age, I am not a party to this case, and I am a commissioned Orleans Parish Deputy Sheriff assigned to the City of New Orleans Law Department;

3. On November 10, 2022, I served a copy of the City of New Orleans' and Shaun Ferguson's Motion for Contempt against Iron Mountain Secure Shredding, LLC ("Iron Mountain") as well as the Memorandum in Support Thereof, the Notice of Submission and Exhibit A on Iron Mountain's registered agent for service of process in Louisiana as evidenced by Exhibit 1 attached to this Affidavit; and

5. I have personal knowledge of the facts set forth in this Affidavit.

_____
Demetrius Smith

SWORN TO AND SUBSCRIBED before me this 21st day of November 2022.

_____
Jonathan H. Adams
La. Bar No. 29061
Commission Expires at Death

CITY OF NEW ORLEANS
LAW DEPARTMENT
1300 PERDIDO STREET, 5TH FLOOR EAST
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
TELECOPIER: (504) 658-9868

LaTOYA CANTRELL
MAYOR

DONESIA D. TURNER
CITY ATTORNEY

November 9, 2022

Via Hand Delivery
Iron Mountain Secure Shredding, Inc.
Through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**Re:   Derek Brown, et al v Derrick Burmaster, et al
USDC No.: 2022-00847 ~ Division "L-04"**

Dear Sir/Madam:

Enclosed please find Defendants the City of New Orleans and Shaun Ferguson's Motion for Contempt against Iron Mountain for Failure to Comply with a Subpoena Duces Tecum; Memorandum in Support for Contempt against Iron Mountain for Failure to Comply with Subpoena Duces Tecum; Notice of Submission for **December 7, 2022**; and Exhibit A which is a copy of the served Subpoena Duces Tecum.

Please note the deadline to respond to this motion is **November 29, 2022**. Your personal appearance in Court is not required to respond to the motion.

Sincerely,

Jonathan H. Adams
Assistant City Attorney

JHA:kns
Enclosures

Accepted by ___[signature]___     Date  11/10/22
            Signature

Accepted by  **Mel Yocum**
             Print

**EXHIBIT 1**