UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **DOCKET NUMBER: 22-00847** |
| **VERSUS** | * | |
| | * | **SECTION: L** |
| **DERRICK BURMASTER, SHAUN** | * | **HONORABLE ELDON E. FALLON** |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | **DIVISION: 4** |
| | * | **HONORABLE KAREN WELLS ROBY** |

*************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw, it is **ORDERED** that the Motion is **GRANTED**. Jonathan H. Adams, Esq. (La. Bar No. 29061) is hereby withdrawn as counsel of record for the City of New Orleans and Superintendent Shaun Ferguson in this case. James M. Roquemore (La. Bar No. 40035) is designated as trial counsel.

Read, Rendered and Signed in New Orleans, Louisiana this 22nd day of November 2022.

_____
HONORABLE ELDON E. FALLON