UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | DOCKET NUMBER: 22-00847 |
| **VERSUS** | * | |
| | * | SECTION: L |
| **DERRICK BURMASTER, SHAUN** | * | HONORABLE ELDON E. FALLON |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

# UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR MOTION FOR CONTEMPT AGAINST IRON MOUNTAIN FOR FAILURE TO COMPLY WITH SUBPOENA DUCES TECUM AND INCORPORATED MEMORANDUM IN SUPPORT

Defendants City of New Orleans and Superintendent Shaun Ferguson ("City Defendants") respectfully move the Court to continue the submission date for City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (Doc. 38) (the "Motion").

The current submission date for the Motion is December 7, 2022. The City Defendants and Iron Mountain have have corresponded regarding this Motion and anticipate being able to resolve this matter without judicial intervention. However, additional time is needed for the City Defendants to obtain and provide information to Iron Mountain in order to resolve this matter prior to Iron Mountain's deadline for providing a written response to the Motion. The City Defendants therefore request that the submission date on the Motion be continued to the Court's next available submission date of December 21, 2022.

Respondent Iron Mountain has confirmed that it consents to this relief.

WHEREFORE, the City Defendants pray that this Moton be granted and that the submission date for the City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (Doc. 38) be contined to the Court's

next available submission date of December 21, 2022.

        Respectfully submitted,

        */s/ James M. Roquemore*
        **JAMES M. ROQUEMORE, LSB #40035**
        ASSISTANT CITY ATTORNEY
        Email: james.roquemore@nola.gov
        **CORWIN ST. RAYMOND, LSBA #31330**
        CHIEF OF LITIGATION
        Email: cmstraymond@nola.gov
        **DONESIA D. TURNER, LSBA #23338**
        CITY ATTORNEY
        Email: donesia.turner@nola.gov
        1300 PERDIDO STREET
        CITY HALL - ROOM 5E03
        NEW ORLEANS, LOUISIANA 70112
        TELEPHONE:  (504) 658-9800
        FACSIMILE:    (504) 658-9868

        *Counsel for the City of New Orleans and NOPD Superintendent Shaun Ferguson*