**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEREK BROWN and** | \* | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | \* | |
| | \* | **DOCKET NUMBER: 22-00847** |
| **VERSUS** | \* | |
| | \* | **SECTION: L** |
| **DERRICK BURMASTER, SHAUN** | \* | **HONORABLE ELDON E. FALLON** |
| **FERGUSON, and the CITY OF** | \* | |
| **NEW ORLEANS** | \* | **DIVISION: 4** |
| | \* | **HONORABLE KAREN WELLS ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

Considering the foregoing Unopposed Motion to Continue Submission Date on City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum:

IT IS HEREBY ORDERED that the Motion is granted and the submission date on the City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (R. Doc. 38) be continued to the Court's next available submission date of December 21, 2022 at 9:00 am.

New Orleans, Louisiana this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON