UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **DOCKET NUMBER: 22-00847** |
| **VERSUS** | * | |
| | * | **SECTION: L** |
| **DERRICK BURMASTER, SHAUN** | * | **HONORABLE ELDON E. FALLON** |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | **DIVISION: 4** |
| | * | **HONORABLE KAREN WELLS ROBY** |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Continue Submission Date on City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the submission date on the City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (R. Doc. 38) be continued to January 4, 2023.

New Orleans, Louisiana this 27th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
KAREN WELLS ROBY