MINUTE ENTRY
ROBY, M.J.
November 30, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-847** |
| **DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

**JUDGE KAREN WELLS ROBY, PRESIDING**

| | |
|---|---|
| LAW CLERK: | Amira Harmon |
| COURT REPORTER/RECORDER: | Jodi Simcox |

| | |
|---|---|
| Appearances: | **William Most** for Plaintiff. |
| | **James Roquemore** for City of New Orleans. |

Motion of Plaintiffs—Derek Brown and Julia Barecki-Brown**:**
**Motion to Compel Production of Complaints about Defendant Derrick Burmaster (R. Doc. 34)**

Counsel argued the motion. The Court shall issue an order.

MJSTAR: 00:19