UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **BURMASTER, ET AL** | **SECTION "L" (4)** |

Considering a request by the parties for a status conference,

**IT IS ORDERED** that the parties participate in a telephone status conference on Wednesday, December 7 at 8:30 a.m. C.S.T. The parties are instructed to use the following dial-in information and are expected to be on the line at least five minutes before the scheduled start time.

**Dial-in:** (877) 336-1839

**Access Code:** 4227405

New Orleans, Louisiana, this 6th day of December, 2022.

_____
**UNITED STATES DISTRICT JUDGE**