**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 7, 2022**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **BURMASTER, ET AL** | **SECTION "L" (4)** |

     A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. William Brock Most and Tarak Anada participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. Chester Theodore Alpaugh, III participated on behalf of Defendant Derrick Burmaster. James Roquemore participated on behalf of Shaun Ferguson and the City of New Orleans. Counsel discussed the status of the case and procedural plans to move it forward. Counsel informed the Court that there are ongoing discovery issues and asked that discovery deadlines be continued.

     **IT IS ORDERED** that parties shall confer and, by December 17, 2022, contact the Court with proposed alternate discovery deadlines. The Court will convene another status conference if necessary.

JS10 (00:08)