William Most <williammost@gmail.com>

## Brown v. Burmaster: Interrogatory Response

**James M Roquemore** <James.Roquemore@nola.gov>    Mon, Dec 5, 2022 at 5:03 PM
To: William Most <williammost@gmail.com>
Cc: "Anada, Tarak" <tanada@joneswalker.com>, "C. Theodore Alpaugh III" <cta@gustebarnett.com>

William,

I will do that.

Jim

## James M. Roquemore

**Assistant City Attorney**

City of New Orleans | Law Department

[1300 Perdido St.](), Room 5E03 | New Orleans, LA 70112

O: 504.658.9800 | F: 504.658.9868

[james.roquemore@nola.gov]()



**NOTICE TO PUBLIC**: Please note that any documents or correspondence submitted to the City of New Orleans may become public record pursuant to the provisions of the Louisiana Public Records Law. See La. Rev. Stat. §§ 44:1 – 44:41.

**CONFIDENTIALITY NOTICE**: The information contained in this electronic mail transmission may be attorney/client privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic message.

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, December 5, 2022 5:00 PM

**To:** James M Roquemore <James.Roquemore@nola.gov>
**Cc:** Anada, Tarak <tanada@joneswalker.com>; C. Theodore Alpaugh III <cta@gustebarnett.com>
**Subject:** Brown v. Burmaster: Interrogatory Response

> **EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Jim,

One of your follow up items is to revise the response to Interrogatory No. 3. Jonathan initially told us that Burmaster received no training related to animals; you said the other day, however, that he had.

The difference may be because of the discrepancy between these two documents attached.

The test records indicate that Burmaster took the dog test in Oct. 2019, but Burmaster's training records don't reflect that.

Can you nail down what the answer is, and update the interrogatory accordingly?

Thank you!

William

--

William Most

Most & Associates

mostandassociates.com

(504) 509-5023