**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and  JULIA BARECKI-BROWN | * * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*******************************************************************************

# **ORDER**

Considering the foregoing *Consent Motion for Leave to File Second Amended Complaint*, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED.

Plaintiffs' proposed Second Amended Complaint shall be entered into the record as the operative pleading.

Signed in New Orleans, Louisiana, on this _____ of _____, 2022.

_____