UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## **ORDER**

Considering the foregoing *Consent Motion for Leave to File Second Amended Complaint*, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED.

Plaintiffs' proposed Second Amended Complaint shall be entered into the record as the operative pleading.

Signed in New Orleans, Louisiana, on this 13th day of December, 2022.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE