**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

<u>**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF**</u>
<u>**CITY OF NEW ORLEANS' AND SHAUN FERGUSON'S**</u>
<u>**MOTION TO DISMISS PLAINTIFFS' MONELL CLAIM**</u>

NOW COME Defendants, the City of New Orleans and Shaun Ferguson, who respectfully request that this Honorable Court grant them leave to file a reply memorandum in further support of their Motion to Dismiss Plaintiffs' Monell Claim (R. Doc. 45). Defendants attach their proposed reply memorandum as Exhibit "1". The reply memorandum is responsive to the arguments raised by Plaintiffs in their opposition and will assist the Court in its determination of the issues.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of*
*New Orleans*