# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 |
| VERSUS | * <br> * | <br> SECTION: L |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * <br> * <br> * | <br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

**********************************************************************

## ORDER

**CONSIDERING** the Motion to enroll James M. Roquemore as additional counsel of record for Defendants, the City of New Orleans, and NOPD Superintendent Shaun Ferguson (collectively, "City Defendants"):

**IT IS ORDERED** that the motion is **GRANTED**. James M. Roquemore (La. Bar No. 40035) is hereby **ENROLLED** as additional counsel of record for City Defendants in these proceedings.

New Orleans, Louisiana, this ___ day of _____, 2022.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE