UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION : L(4)** |

AMENDED SCHEDULING ORDER

A Status Conference was held on December 7, 2022.

Participating were:
William Most, Esq. and Tarak Anada, Esq. for plaintiffs
Ted Alpaugh, III, Esq. for defendant Derrick Burmaster
James Roquemore, Esq. for defendants Shaun Ferguson and the City of New Orleans

Pleadings have been completed. Jurisdiction and venue are established.

Counsel shall complete all disclosure of information as follows:

Initial disclosures pursuant to Fed. R. Civ. P. 26 (a)(1) have been completed.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims, shall be filed no later than January 3, 2023, with leave of Court.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Scheduling Order. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than February 13, 2023.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which

they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than March 13, 2023.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than March 18, 2023.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery (except for expert discovery) shall be completed not later than March 15, 2023. If new witnesses or evidence are disclosed after this date, any party may seek leave to take additional discovery.

All pretrial motions other than *Daubert* motions and motions *in Limine* may be filed as soon as practicable but must be filed and served not later than March 20, 2023, and will be assigned a submission date by the Court. The Court will also assign opposition and reply deadlines at the time any such motions are filed.  Any motions filed in violation of this Order shall be deemed waived unless good cause is shown.  Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF. All attachments submitted in support of motions must be legible.

All motions *in limine* and *Daubert* motions regarding the admissibility of expert testimony shall also be filed and served as soon as practicable but must be filed and served no later than  March 23, 2023. The Court shall assign submission dates, and opposition and reply deadlines at the time any such motions are filed.  Motions filed in violation of this order will not be considered unless good cause is shown.

A further settlement conference will be scheduled at any time at the request of any party to this action. Whenever a case is settled or otherwise disposed of, counsel must immediately inform Judge Fallon's chambers via fax (504-589-6966). If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are imposed.

A Final Pretrial Conference will be held on TUESDAY, MARCH 21, 2023, AT 3:30PM. Counsel will be prepared in accordance with the final Pretrial Notice attached (dates in this order shall control to the extent they conflict with deadlines contained in the Pretrial Notice).

Trial will commence on MONDAY, APRIL 3, 2023, AT 8:30AM before the District Judge WITH a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 3-4 day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause.

Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

New Orleans, Louisiana, this 20th day of December, 2022.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE