UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | DOCKET NUMBER: 22-00847 |
| **VERSUS** | * | |
| | * | SECTION: L |
| **DERRICK BURMASTER, SHAUN** | * | HONORABLE ELDON E. FALLON |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SECOND UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR MOTION FOR CONTEMPT AGAINST IRON MOUNTAIN FOR FAILURE TO COMPLY WITH SUBPOENA DUCES TECUM AND INCORPORATED MEMORANDUM IN SUPPORT

Defendants City of New Orleans and Superintendent Shaun Ferguson ("City Defendants") respectfully move the Court to continue the submission date for City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (Doc. 38) (the "Motion").

The original submission date for the Motion was December 7, 2022. On November 28, 2022, the Court granted the City Defendants' Unopposed Motion to Continue Submission Date on City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum and reset the submission date to January 4, 2023.

The City Defendants and Iron Mountain continue to work cooperatively for a resolution of this matter, but will be unable resolve this matter before the current submission date. A continuance of the submission date will reduce costs to the parties and allow the parties to focus on obtaining responsive records.

In addition, this continuance will serve to expedite the production of the documents covered by this Court's Order issued on December 16, 2022 (Doc. 61) (the "Order"). The subpoena that is the subject of the Motion applies to only one of four records covered by the Order, which was issued

after issuance and service of the subpoena. The anticipated agreement between the City Defendants and Iron Mountain will cover all four records.

The City Defendants therefore request that the submission date on the Motion be continued to the Court's next available submission date of January 18, 2023.

Respondent Iron Mountain consents to this relief.

WHEREFORE, the City Defendants pray that this Motion be granted and that the submission date for the City of New Orleans' and Shaun Ferguson's Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (Doc. 38) be continued to the Court's next available submission date of January 18, 2023.

Respectfully submitted,

*/s/ James M. Roquemore*

**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
Email: james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSBA #31330**
CHIEF OF LITIGATION
Email: cmstraymond@nola.gov
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
Email: donesia.turner@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans and NOPD Superintendent Shaun Ferguson*