UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-847** |
| **DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

## ORDER

**IT IS ORDERED** that Defendants' **Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (R. Doc. 38)** shall be heard **by oral argument** on **January 4, 2023 at 10:30 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 29th day of December 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**