# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN<br><br>VERSUS<br><br>DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>DOCKET NUMBER: 22-00847<br><br>SECTION: L<br><br>HONORABLE ELDON E. FALLON<br><br>DIVISION: 4<br><br>HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## ORDER

**CONSIDERING** the Motion by Defendants the City of New Orleans and NOPD Superintendent Shaun Ferguson (collectively, "City Defendants") for Leave to File a Reply Memorandum in Support of Defendants' Motion to Dismiss, at R. Doc. 62:

**IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 22nd day of December, 2022.

_____

HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE