## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | HONORABLE ELDON E. FALLON |
| | * | DIVISION: 4 |
| | * * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

### SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS' RULE 12(b)(6) MOTION TO DISMISS *MONELL* CLAIM AS CONTAINED IN PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants, Shaun Ferguson and the City of New Orleans, move this Honorable Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of the cause of action alleged in Plaintiffs' Second Amended Complaint entitled "Sixth Cause of Action – Monell Liability, Against the City of New Orleans." (Doc. 60, ¶¶112-137) (the "Monell Claim"). As more fully explained in the accompanying memorandum in support, Plaintiffs' Second Amended Complaint fails to state a claim under 42 U.S.C. § 1983, or any other federal claim upon which relief may be granted, against Shaun Ferguson or the City of New Orleans.

**WHEREFORE**, Shaun Ferguson and the City of New Orleans pray that their Motion to Dismiss be granted and the *Monell* Claim, as alleged in Plaintiffs' Second Amended Complaint, be dismissed.

2

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*