**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-847** |
| **DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

## ORDER

Considering the Defense Counsel's email notifying the Court that Defendants have withdrawn their **Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (R. Doc. 38)**,

**IT IS ORDERED** that the Defendants' **Motion for Contempt Against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (R. Doc. 38) is DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that the **Second Unopposed Motion to Continue the Submission Date for Defendants' Motion for Contempt (R. Doc. 64) is DENIED** as **MOOT**.

New Orleans, Louisiana, this 3rd day of January 2023.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**