| | |
|---|---|
| **From:** | James M Roquemore |
| **To:** | eFile-Roby |
| **Cc:** | Claude Schlesinger; Corwin M. St Raymond; C. Theodore Alpaugh III; david.lanser@gmail.com; tanada@joneswalker.com; williammost@gmail.com; Cronin, Kathleen; Kellen Mathews; Donesia D. Turner |
| **Subject:** | RE: 22-847 Brown et al. v. Burmaster et al. Motion for Contempt |
| **Date:** | Tuesday, January 3, 2023 2:39:12 PM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Amira,

This will follow up on our conversation this afternoon regarding the City of New Orleans' Motion for Contempt against Iron Mountain for Failure to Comply with Subpoena Duces Tecum (Doc. 51). As we discussed, the City of New Orleans and Iron Mountain continue to cooperate in an effort to obtain the records that are subject to the subpoena in question, as well as a set of other records that are not subject to the subpoena but are covered by the Court's Order (Doc. 61) which granted in part Plaintiffs' Motion to Compel. Because Iron Mountain has expressed its intention to work with the City to comply with the subpoena, the Motion for Contempt may be premature.

For this reason, the City of New Orleans withdraws its Motion for Contempt (Doc. 51) and requests that the oral argument hearing set for tomorrow, January 4, 2023, at 10:30 a.m. be cancelled. The City of New Orleans reserves its right to seek enforcement of the subpoena at a later date if that becomes necessary.

Counsel for Iron Mountain, Kellen Mathews and Kathleen Cronin, are copied on this correspondence.

Thank you for your attention to this matter.

Jim

# James M. Roquemore
**Assistant City Attorney**
City of New Orleans | Law Department
1300 Perdido St., Room 5E03 | New Orleans, LA 70112
O: 504.658.9800 | F: 504.658.9868
james.roquemore@nola.gov



**NOTICE TO PUBLIC**: Please note that any documents or correspondence submitted to the City of New Orleans may become public record pursuant to the provisions of the Louisiana Public Records Law. See La. Rev. Stat. §§ 44:1 – 44:41.