UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **BURMASTER, ET AL** | **SECTION "L" (4)** |

### ORDER

Given the filing by Defendants Shaun Ferguson and New Orleans City of a new Motion to Dismiss for Failure to State a Claim based on the Plaintiff's Second Amended Complaint;

**IT IS HEREBY ORDERED** that the Motion to Dismiss these Defendants submitted previously, at R. Doc. 45, is **DENIED AS MOOT**. The Court will rule on the newly filed motion, R. Doc. 68, following the submission date.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE