**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * | CIVIL ACTION |
| | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * | |
| | * | HONORABLE ELDON E. FALLON |
| | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF SHAUN FERGUSON'S AND CITY OF NEW ORLEANS' MOTION TO DISMISS PLAINTIFFS' *MONELL* CLAIM AS CONTAINED IN PLAINTIFFS' SECOND AMENDED COMPLAINT

NOW COME Defendants, Shaun Ferguson and the City of New Orleans, who respectfully request that this Honorable Court grant them leave to file a reply memorandum in further support of their Motion to Dismiss Plaintiffs' *Monell* Claim as Contained in Plaintiffs' Second Amended Complaint (R. Doc. 68). Defendants attach their proposed reply memorandum as Exhibit "1" and attach two exhibits to the reply as Exhibits "2" and "3." The reply memorandum and exhibits are responsive to the arguments raised by Plaintiffs in their opposition and will assist the Court in its determination of the issues.

Respectfully submitted:

*/s/ James M. Roquemore*_____
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*