UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

# ORDER

**CONSIDERING THE FOREGOING MOTION FOR LEAVE,**

**IT IS ORDERED THAT** the reply and two attached exhibits of defendants, Shaun Ferguson and the City of New Orleans, to Plaintiffs' Memorandum in Opposition to City of New Orleans and Chief Ferguson's Motion to Dismiss *Monell* Claim (Doc. 71) shall be filed into the court record for consideration by this honorable court.

Signed in New Orleans, Louisiana on this the ___ day of January, 2023.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE