# The Problem of Dog-Related Incidents and Encounters

# Responses to the Problem of Dog-Related Encounters

Basic and in-service training should include:

- Training on dog behavior by qualified professionals

- Partnering with animal control and other animal services

- Training in appropriate use of non-lethal tools and the force continuum

- Information on local resources

- Organizational policies and procedures that facilitate appropriate outcomes

# S.A.R.A.

*… is a problem solving model to assist in <u>Identifying</u> & <u>Resolving</u> problematic dog-related issues:*

- **S**CANNING: *Identifying the problem*

- **A**NALYSIS*: Learning as much as possible about the problem to identify causes*

- **R**ESPONSE: *Looking for long-term, creative, specific solutions*

- **A**SSESSMENT: *Evaluating the effectiveness of the response*

# Dog-Related Encounters

Police shootings of any kind are almost always high-profile events;

Almost all dogs will try to bluff or threaten before resorting to actual contact.

In this sense, their approach is similar to the force continuum used by police officers.

**This __training__ will assist you in making careful assessments when first encountering a dog.**

# Dog's Behavior

- How an officer <u>reads</u> and <u>responds</u> to a <u>dog's behavior</u> is often the most important factor in determining whether a dog will bite, attack, or withdraw.

- It is equally important to assess the dog's environment.

- Many dogs, like people, can be territorial.

# Assessing the Environment

**There are numerous signs that indicate a dog may be present. These include the following:**

_Officers shall be vigilant for …_

- Signs, posters, or window stickers that alert people to the presence of a dog
- Food or water bowls in the yard
- Dog toys or bones
- Worn trails along the fence line
- Chains or tie-outs
- Dog waste
- Barking, whining, or growling

# Assessing the Risk

Before doing a careful assessment of the environment, an officer should assess the risk. **First**, give attention to the behavior of the dog(s) and the situation

**Second,** scan the surroundings for escape routes,  and look for barriers that can be used for protection in case escalation.

# Assessing the Dog's Behavior: Warning Signals versus Friendliness

Dogs are extremely adept at reading human body language

Dogs respond to us by communicating through their own body postures, facial expressions, and vocalizations.

Staring at the dog's face should be avoided, as this can create an eye contact challenge

# The Use of FoRce Continuum

**Force-continuum principles can also be applied to dogs.**

*Officers should understand that no single dog presents a plausible risk of fatality to an able-bodied adult accompanied by other humans.*

**_The Use of FoRce continuum as it relates to people:_**

**_physical presence, verbal commands, chemical agents, hands-on control, impact weapons, and deadly force._**

# Use of FoRce ContinUum

## Chapter 1.3 Use of Force Policy *(see par32, p.10)*

<u>The Use of FoRce Continuum as it relates to animals:</u>
    physical presence, verbal commands,
    mechanical repellants (baton, bite stick),
    electronic repellants (stun gun, Taser®),
    physical capture,  and deadly force.

# Shooting the Dog

Shooting the dog: Shooting a dog should always be the option of **last resort**.

If a responding officer shoots at a dog, however, other harms can result, including **bystanders** and other **officers being shot** by friendly fire.

When an officer kills or injures a dog that is not a serious threat, other significant harms can result. Such incidents often do serious damage to **community trust** and the department is opened to **potential lawsuits** and other **legal action**

# DANGEROUS ANIMALS

*(chap 1.3 UoF  par32 p.10)*

***Officers are authorized to use firearms to stop an animal in circumstances in which the animal reasonably appears to pose an imminent threat to human safety*** and alternative methods are not reasonably available or would likely be ineffective. ***The officer must be cognizant of the surroundings when shooting at an animal and ensure there is no risk to people in the area.*** Under circumstances in which officers have sufficient advance notice that a potentially dangerous animal may be encountered, ***officers should develop reasonable contingency plans*** for dealing with the animal (e.g., fire extinguisher, CEW, animal control officer). Nothing in this Chapter shall prohibit any officer from shooting a dangerous animal ***if circumstances reasonably dictate that a contingency plan has failed*** or becomes impractical.