

# The Problem of Dog-Related Incidents and Encounters

Cynthia Bathurst, Ph.D.

Donald Cleary

Karen Delise

Ledy VanKavage, Esq.

Patricia Rushing, Ed.D.





COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

The opinions contained herein are those of the authors and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific agencies, companies, products, or services should not be considered an endorsement by the authors or the U.S. Department of Justice. Rather, the references are illustrations to supplement discussion of the issues.

The Internet references cited in this publication were valid as of the original date of this publication. Given that URLs and websites are in constant flux, neither the authors nor the COPS Office can vouch for their current validity.

ISBN: 978-1-935676-31-7
August 2011

# The Problem of Dog-Related Incidents and Encounters

**Cynthia Bathurst, Ph.D.**
*Principal Director, Safe Humane Chicago*
*National Director, Project Safe Humane, Best Friends Animal Society*

**Donald Cleary**
*Director, Communications and Publications*
*National Canine Research Council, LLC*

**Karen Delise**
*Director of Research*
*National Canine Research Council, LLC*

**Ledy VanKavage, Esq.**
*Sr. Legislative Attorney, National Manager, Pit Bull Terrier Initiatives*
*Best Friends Animal Society*

**Patricia Rushing, Ed.D.**
*Center for Public Safety and Justice*
*Institute of Government and Public Affairs*
*University of Illinois*

Case 2:22-cv-00847-EEF-KWR   Document 74-2   Filed 01/18/23   Page 4 of 7
se 2:22-cv-00847-EEF-KWR   Document 56-3   Filed 12/13/22   Page 4 of
The Problem of Dog-Related Incidents and Encounters



**COMMUNITY ORIENTED POLICING SERVICES**
**U.S. DEPARTMENT OF JUSTICE**

**The Office of Community Oriented Policing Services** (the COPS Office) is the component of the U.S. Department of Justice responsible for advancing the practice of community policing by the nation's state, local, and tribal law enforcement agencies through information and grant resources. The community policing philosophy promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime. In its simplest form, community policing is about building relationships and solving problems.

The COPS Office awards grants to state, local, and tribal law enforcement agencies to hire and train community policing professionals, acquire and deploy cutting-edge crime-fighting technologies, and develop and test innovative policing strategies. The COPS Office funding also provides training and technical assistance to community members and local government leaders and all levels of law enforcement.

Since 1994, the COPS Office has invested more than $16 billion to add community policing officers to the nation's streets, enhance crime fighting technology, support crime prevention initiatives, and provide training and technical assistance to help advance community policing. More than 500,000 law enforcement personnel, community members, and government leaders have been trained through COPS Office-funded training organizations.

The COPS Office has produced more than 1,000 information products—and distributed more than 2 million publications—including Problem Oriented Policing Guides, Grant Owner's Manuals, fact sheets, best practices, and curricula. And in 2010, the COPS Office participated in 45 law enforcement and public-safety conferences in 25 states in order to maximize the exposure and distribution of these knowledge products. More than 500 of those products, along with other products covering a wide area of community policing topics—from school and campus safety to gang violence—are currently available, at no cost, through its online Resource Information Center at www.cops.usdoj.gov. More than 2 million copies have been downloaded in FY2010 alone. The easy to navigate and up to date website is also the grant application portal, providing access to online application forms.

Case 2:22-cv-00847-EEF-KWR Document 74-2 Filed 01/18/23 Page 5 of 7
se 2:22-cv-00847-EEF-KWR Document 56-3 Filed 12/13/22 Page 5 of
Letter from the Director

# Letter from the Director

Dear Colleagues,

In the United States, dogs are an integral part of society, which means police engage with dogs quite often in the line of duty. There are a variety of circumstances where a dog could be involved in a police call, and it is critical that police departments not only develop effective departmental strategies advocating for the proper handling of dog-related incidents and encounters, but also proactively create tactical-response strategies, ensuring humane treatment of dogs and safety for the public and officers.

The COPS Office understands the importance of dog-related incidents and encounters for the public, law enforcement, and dog owners alike. With the number of dog fatalities by law enforcement on the increase, as well as concerns for officer safety, law enforcement officers must advance beyond automatically using their weapons when encountered by a dog. There are many other ways to ensure public and officer safety through diffusing dog encounters.

With *The Problem of Dog-Related Incidents and Encounters*, law enforcement officers have a valuable resource to help them improve incidents involving dogs—internally, externally, and with political audiences—and to build the knowledge, skills, and awareness necessary to succeed in these encounters. This publication offers an in-depth look into developing effective strategies in assessing a dog's environment; what dog posture, vocalization, and facial expressions mean; options for distracting and escaping from a dog; defensive options in dealing with a dog; asking the right questions in dog investigations; and effective gathering of dog evidence and report writing. Presented here are important findings as well as powerful recommendations for agencies to improve their dog encounter processes and illustrate those processes to the public in a way that promotes safety for officers, the public, and dogs they encounter.

By developing effective strategies in dog relations and communicating these strategies to all officers and the public, law enforcement will gain the advantage of strong relationships with internal, external, and political audiences. Some of you may remember that I served as a law enforcement dog-handler for several years during the 1970s, and I know this would have been a wonderfully useful publication to have back then. I am proud to be able to share this resource with you now, and hope you all reap its benefits.

Bernard K. Melekian, Director
Office of Community Oriented Policing Services

1

# Acknowledgments

*The Problem of Dog-Related Incidents and Encounters* was developed under the auspices of the University of Illinois Center for Public Safety and Justice, Institute of Government and Public Affairs, and made possible by a grant from the National Canine Research Council, LLC.

The authors wish to thank Susan Patterson of the University of Illinois; Kara Gilmore, Manager and General Counsel of the National Canine Research Council; Cliff Froehlich; and Janis Bradley for their generous assistance in the completion of this project.

Case 2:22-cv-00847-EEF-KWR Document 74-2 Filed 01/18/23 Page 7 of 7
se 2:22-cv-00847-EEF-KWR Document 56-3 Filed 12/13/22 Page 7 of
Contents

# Contents

Letter from the Director .................................................. 1

Acknowledgments ........................................................ 2

**CHAPTER 1: The Problem of Dog-Related Incidents and Encounters** ................................................ 5
   Dog-Related Incidents and Encounters Covered in This Guide ...... 5
   General Description of Dog-Related Incidents and Encounters .... 6
      *Extent of Dog Ownership in the Community* ........................ 6
      *Types of Dog-Related Incidents and Encounters* .................... 6
      *Frequency of Dog Shootings by Police Officers* .................... 10
   Factors Contributing to Dog-Related Incidents and Encounters ........................................................... 10
      *Reckless, Uneducated, or Inhumane Owners* ...................... 10
      *Insufficiently Trained Police Officers* ............................. 11
   Harms Resulting From Dog-Related Incidents and Encounters ... 11

**CHAPTER 2: Understanding Your Local Problem** ................. 13
   Asking the Right Questions ........................................... 13
   Measuring Your Effectiveness ........................................ 15

**CHAPTER 3: Responses to the Problem of Dog-Related Incidents and Encounters** .......................................... 17
   General Considerations for an Effective Response Strategy ...... 17
      *Developing Effective Strategies Within the Agency* ................. 17
      *Forming Partnerships in the Community* ......................... 17
      *Responding Properly to the Media* ................................ 18
   Specific Responses to Dog-Related Incidents ..................... 20
      *Effective Police Responses When Encountering Dogs* .............. 20
      *Effective Police Responses When Investigating Dog-Related Incidents* .... 34
      *Responses With Limited Effectiveness* ............................ 40

Suggested Reading ...................................................... 44

Endnotes ................................................................. 45