## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | HONORABLE ELDON E. FALLON |
| | * | DIVISION: 4 |
| | * * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

### NOTICE OF SUBMISSION
### FOR SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER AND REQUEST FOR STATUS CONFERENCE

This motion shall be submitted for consideration on March 1, 2023.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*