# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | HONORABLE ELDON E. FALLON |
| | * | DIVISION: 4 |
| | * * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

### SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS' MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER AND REQUEST FOR STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson and the City of New Orleans (the "City Defendants") who, pursuant to Local Rule 9.8(c), move for an expedited hearing with respect to their Motion for Extension of Time to Comply with Order and Request for Status Conference (Doc. 76).

An expedited hearing is appropriate in this matter given the simple nature of relief sought by the City Defendants, the short extension of time sought by the City Defendants, and because of the upcoming deadlines imposed by the scheduling order in this matter.

WHEREFORE, the City Defendants request that a hearing on this matter, if deemed necessary, be expedited.

Respectfully submitted:

*/s/ James M. Roquemore*_____
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*