## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **DOCKET NUMBER: 22-00847** |
| **VERSUS** | * | |
| | * | **SECTION: L** |
| **DERRICK BURMASTER, SHAUN** | * | **HONORABLE ELDON E. FALLON** |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | **DIVISION: 4** |
| | * | **HONORABLE KAREN WELLS ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion for Expedited Hearing on Motion for Extension of Time to Comply with Order and Request for Status Conference, it is **ORDERED** that the Motion is **GRANTED**.

A hearing on Defendants Shaun Ferguson's and the City of New Orleans' Motion for Extension of Time to Comply with Order and Request for Status Conference (Doc. 76) shall be conducted on February ___, 2023, at _____.

Read, Rendered and Signed in New Orleans, Louisiana this _____ day of January 2023.

_____
HONORABLE KAREN WELLS ROBY