UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

## PLAINTIFFS' MOTION FOR CONTEMPT DUE TO DEFENDANT'S DISCOVERY VIOLATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs Derek Brown and Julia Barecki-Brown, who respectfully move for relief under Fed. R. Civ. Proc. 37(b) in light of the City of New Orleans' (the "City") violation of this Court's Discovery Order of December 16, 2022 (R. Doc. 61). For the reasons discussed in the attached memorandum, the relief sought by Plaintiffs under Rule 37(b) is warranted.

Respectfully submitted,

/s/Tarak Anada
TARAK ANADA (La. Bar No. 31598)
JONES WALKER LLP
201 St. Charles Avenue, Ste. 4900
New Orleans, LA 70170
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswalker.com

/s/William Most
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La Bar No. 37764)
MOST & ASSOCIATES
201 Saint Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Derek Brown and Julia Barecki-Brown*

#100966456v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                              */s/ Tarak Anada*
                                              TARAK ANADA