UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L |
| VERSUS | * <br> * | <br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * <br> * | <br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*************************************************************************

## NOTICE OF SUBMISSION

Plaintiffs Derek Brown and Julia Barecki-Brown respectfully request that their Motion for Contempt Due to Defendant's Discovery Violation be submitted before the Honorable United States Magistrate Judge Karen Wells Roby, United States District Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom B437, New Orleans, Louisiana 70130. Movants request (and provide notice) that this Motion be set for submission at the Court's next available submission date which is March 1, 2023 at 11:00 A.M.

Respectfully submitted,

*/s/Tarak Anada*  
TARAK ANADA (La. Bar No. 31598)  
JONES WALKER LLP  
201 St. Charles Avenue, Ste. 4900  
New Orleans, LA 70170  
Telephone: (504) 582-8322  
Facsimile: (504) 589-8322  
Email: tanada@joneswalker.com  

*/s/William Most*  
WILLIAM MOST (La. Bar No. 36914)  
DAVID LANSER (La Bar No. 37764)  
MOST & ASSOCIATES  
201 Saint Charles Ave., Ste. 114 #101  
New Orleans, LA 70170  
Tel: (504) 509-5023  
Email: williammost@gmail.com  

*Counsel for Derek Brown and Julia Barecki-Brown*

#100966580v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tarak Anada*
TARAK ANADA

#100966580v1