# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION FOR CONTEMPT DUE TO DEFENDANT'S DISCOVERY VIOLATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs Derek Brown and Julia Barecki-Brown, who respectfully request leave of Court to file the attached supplemental memorandum regarding their previously filed Motion for Contempt (R. Doc. 79). The supplemental memorandum is submitted for the purpose of informing the Court of events that transpired since the filing of Plaintiffs' Motion.

WHEREFORE, Plaintiffs Derek Brown and Julia Barecki-Brown respectfully request leave of Court to file the attached supplemental memorandum regarding their previously filed Motion for Contempt.

Respectfully submitted,

| | |
|---|---|
| */s/Tarak Anada* | */s/William Most* |
| TARAK ANADA (La. Bar No. 31598) | WILLIAM MOST (La. Bar No. 36914) |
| JONES WALKER LLP | DAVID LANSER (La Bar No. 37764) |
| 201 St. Charles Avenue, Ste. 4900 | MOST & ASSOCIATES |
| New Orleans, LA 70170 | 201 Saint Charles Ave., Ste. 114 #101 |
| Telephone: (504) 582-8322 | New Orleans, LA 70170 |
| Facsimile: (504) 589-8322 | Tel: (504) 509-5023 |
| Email: tanada@joneswalker.com | Email: williammost@gmail.com |

***Counsel for Derek Brown and Julia Barecki-Brown***

#100972706v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tarak Anada*
TARAK ANADA

#100972706v1