**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON,  and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION FOR CONTEMPT DUE TO DEFENDANT'S DISCOVERY VIOLATION

Plaintiffs Derek Brown and Julia Barecki-Brown (collectively "Plaintiffs") respectfully partially withdraw some of the relief sought in their previously filed Motion for Contempt Due to Defendant's Discovery Violation of the Court's Discovery Order (R. Doc. 79).

After Plaintiffs filed their Motion for Contempt, the City of New Orleans (the "City") produced Officer Burmaster's use of force complaint files at issue. Plaintiffs therefore withdraw their request that the Court order an adverse inference and/or hold that certain facts underlying the Plaintiffs' claims against the City be taken as established.

Plaintiffs do however respectfully request an award of reasonable attorney's fees incurred in connection with the filing of their Motion for Contempt. It was only after the filing of this Motion that the City produced Officer Burmaster's use of force complaint files. An award of reasonable attorney's fees is warranted because the Plaintiffs had to draft and file a Motion for Contempt in order to get the City to abide by this Court's discovery Order, albeit after the Court-ordered production deadline.

Should the Court agree that such relief is warranted, Plaintiffs will first attempt to enter into an agreement with the City as to the quantum of attorney's fees to be paid. If that effort is

#100972705v1

unsuccessful, Plaintiffs request that they be permitted to file a detailed fee petition with the Court

that the City can subsequently respond to.


Respectfully submitted,

| | |
|---|---|
| */s/Tarak Anada* | */s/William Most* |
| TARAK ANADA (La. Bar No. 31598) | WILLIAM MOST (La. Bar No. 36914) |
| JONES WALKER LLP | DAVID LANSER (La Bar No. 37764) |
| 201 St. Charles Avenue, Ste. 4900 | MOST & ASSOCIATES |
| New Orleans, LA 70170 | 201 Saint Charles Ave., Ste. 114 #101 |
| Telephone: (504) 582-8322 | New Orleans, LA 70170 |
| Facsimile: (504) 589-8322 | Tel: (504) 509-5023 |
| Email: tanada@joneswalker.com | Email: williammost@gmail.com |

**Counsel for Derek Brown and Julia Barecki-Brown**


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2023, the foregoing was filed electronically

using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tarak Anada*
TARAK ANADA

2

#100972705v1