# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>DERRICK BURMASTER, SHAUN FERGUSON,<br>and the CITY OF NEW ORLEANS,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 22-0847<br><br>SECTION: L<br><br>HONORABLE ELDON E. FALLON<br><br>DIVISION: 4<br><br>HONORABLE KAREN WELLS ROBY |

## ORDER

Considering the foregoing Motion for Leave to Supplement Plaintiffs' Motion for Contempt (R. Doc. 79);

IT IS HEREBY ORDERED that Plaintiffs Derek Brown and Julia Barecki-Brown are granted leave as requested and that their supplemental memorandum be and is hereby filed into the record herein.

New Orleans, Louisiana this _____ day of February, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　KAREN WELLS ROBY

#100728054v2