# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN, | ) CIVIL ACTION NO. 22-0847 |
| Plaintiffs, | ) SECTION: L |
| v. | ) HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS, | ) DIVISION: 4 |
| Defendants. | ) HONORABLE KAREN WELLS ROBY |

## ORDER

Considering the foregoing Motion for Leave to Supplement Plaintiffs' Motion for Contempt (R. Doc. 79);

IT IS HEREBY ORDERED that Plaintiffs Derek Brown and Julia Barecki-Brown are granted leave as requested and that their supplemental memorandum be and is hereby filed into the record herein.

New Orleans, Louisiana this 7th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
KAREN WELLS ROBY

#100728054v2