UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-847** |
| **DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

## AMENDED ORDER

Considering Defendants Shaun Ferguson's and the City of New Orleans's **Motion for Extension of Deadlines to** *Produce Records/Information as Ordered by Court in Granting in Part Plaintiff's Motion to Compel, and for Status Conference* **(R. Doc. 76)**, and **Defendants' Motion to Expedite** *Hearing on Defendants' Motion to Extend Deadlines and for Status Conference* **(R. Doc. 77)**,

The Court finds that it cannot permit an extension or a status conference. The scheduling order provides that the deadline for completion of discovery is March 15, 2023, and trial is set for April 3, 2023. Therefore, an extension to comply with the Court's Order (R. Doc. 61) would impede the parties' ability to adequately prepare for trial and would interfere with the present scheduling order. The Court has been more than gracious in granting the Defendants the initial 45 days to comply with the Court's Order. Further extension will not be granted.

Accordingly,

**IT IS ORDERED** that the Defendants' **Motion for Extension of Deadlines to** *Produce Records/Information as Ordered by Court in Granting in Part Plaintiff's Motion to Compel, and for Status Conference* **(R. Doc. 76)** is **DENIED.**

**IT IS FURTHER ORDERED** that the Defendants' **Motion to Expedite** *Hearing on Defendants' Motion to Extend Deadlines and for Status Conference* **(R. Doc. 77)** is **DENIED.**

New Orleans, Louisiana, this 7th day of February 2023.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**