UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-847** |
| **DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

# ORDER

Considering **Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion for Contempt Due to Defendant's (City of New Orleans) Discovery Violation (R. Doc. 80)**,

Plaintiffs have informed the Court that after Plaintiffs filed their **Motion for Contempt (R. Doc. 79)**, the City of New Orleans (the "City") produced Officer Burmaster's use of force complaint files. Thus, Plaintiffs withdraw the Motion for Contempt. However, Plaintiffs contend that it was only after the filing of the Motion for Contempt that the City produced the files. Therefore, Plaintiffs allege that an award of reasonable fees is warranted because the Plaintiffs had to draft and file a Motion for Contempt in order to get the City to abide by this Court's discovery Order (R. Doc. 61).

The Court finds that since Plaintiffs have withdrawn the Motion for Contempt, an award of attorney's fees is not warranted.

Accordingly,

**IT IS ORDERED** that the Plaintiffs' **Motion for Contempt Due to Defendant's Discovery Violation (R. Doc. 79)** is **DENIED** as **MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney's fees associated with the filing of their Motion for Contempt Due to Defendant's Discovery Violation (R. Doc. 79) is **DENIED.**

New Orleans, Louisiana, this 14th day of February 2023.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**