## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Motion to Compel and for Discovery Sanctions Against Defendant Derrick Burmaster**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who, pursuant to Rule 37(a) of the Federal Rule of Civil Procedure, respectfully move this Honorable Court for an Order compelling Defendant Burmaster to produce certain documents.

Plaintiffs bring this motion because in the entirety of this lawsuit, Defendant Burmaster has not provided any responsive document to any Request for Production. He has not provided a single email. He has not provided a single text message. He has not provided his contemporaneous written description of the shooting, which he admits exists. He has not provided a single page of financial records, even though he agreed to produce those documents six months ago.

Counsel for Plaintiffs in good faith, but unsuccessfully, conferred with Defendants' counsel via discovery conferences, a letter, and emails in an effort to resolve this discovery dispute amicably and without court intervention. The parties have been unsuccessful in doing so. As discussed more fully in the Memorandum in Support, good cause exists for this Court to compel Defendants to produce the requested information.

This Court should order Burmaster to produce these documents. But given that Defendant Derrick Burmaster's deposition is set for March 10, 2023 and trial is set to begin April 3, 2023,

production is likely to come so late as to significantly prejudice Plaintiffs. Plaintiffs therefore request that appropriate trial sanctions be brought against Defendant Burmaster.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com