**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION FOR MOTION TO COMPEL AND FOR SANCTIONS

This motion shall be submitted for consideration on March 22, 2023.


Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)          TARAK ANADA (#31598)
DAVID LANSER (La. Bar No. 37764)          JONES WALKER LLP
MOST & ASSOCIATES                          201 St. Charles Avenue
201 St. Charles Ave., Ste. 114, # 101      New Orleans, Louisiana 70170-5100
New Orleans, LA 70170                      Telephone: (504) 582-8322
Tel: 504.509-5023                          Facsimile: (504) 589-8322
                                           Email: williammost@gmail.com
                                           E-Mail: tanada@joneswaker.com

1