UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Having duly considered the *Motion to Compel and for Sanctions,* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED. Within three days of this order, Defendant Derrick Burmaster shall produce:

1. All emails, text messages, social media messages, or other electronic communications that contain the terms: ("derrick" OR "Burmaster") AND ("dog" OR "canine" OR "shoot" OR "shot" OR "shooting" OR "force" OR "killed" OR "apollo");

2. Any written description of the shooting, in native electronic format; and

3. All requested financial records.

Defendant Burmaster shall pay Plaintiffs' reasonable expenses incurred in making the motion, including attorney's fees. Within one week of the entry of this order, Plaintiff shall submit a bill of costs to Defendants. Within one week of receiving the bill of costs, Defendants shall either pay the costs or file an objection with this Court. The latter may only occur after a meet-and-confer of the parties in a good faith attempt to avoid court intervention.

In addition, due to the fact that the documents were not provided prior to Defendant Burmaster's deposition, and because of the soon-impending trial scheduled to begin April 3, 2023, the Court will issue sanctions pursuant to its inherent power of the courts to manage their own proceedings and to control the conduct of those who appear before them. *See Hunter v. Geico Insurance Co.*, No.

17-05070, at *5 (E.D. La. Sept. 12, 2018), *citing e.g., Pavelic & LeFlore v. Marvel Entertainment Group*, 493 U.S. 120, 126-27, 110 S.Ct. 456, 459-60 (1989)). Those sanctions consist of:

1.  At trial of this matter, the Court will provide the jury with an adverse inference instruction stating that if the documents in question were produced, they would have been favorable to Plaintiffs' claims and unfavorable to Defendant Burmaster's defenses;

2.  Due to his refusal to provide any financial records, the Court orders that Burmaster may not make any argument about poverty or ability to pay punitive damages; and

3.  The Court hereby strikes any affirmative defenses raised by Defendant Burmaster in this case.

The Court issues the final sanction after noting that Defendant Burmaster was in default at the time of Plaintiffs' Motion, and therefore had no live pleading raising any affirmative defenses. There is therefore little prejudice to Burmaster.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA