## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L |
| VERSUS | * <br> * | <br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * | <br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RULE 37.1 DECLARATION OF WILLIAM MOST IN SUPPORT OF MOTION TO COMPEL AND FOR DISCOVERY SANCTIONS AGAINST DEFENDANT DERRICK BURMASTER

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case.

2. On June 30, 2022, I propounded discovery requests on Defendant Derrick Burmaster in the above-captioned case. The discovery requests took the form of Interrogatories, Requests for Production, and Requests for Admission. A true and correct copy is attached as exhibit B.

3. On July 30, 2022, Burmaster's attorney asked for a thirty-day extension of the time to respond. Plaintiffs' counsel agreed.

4. On August 29, 2022, Burmaster's attorney asked for a three-day extension of the time to respond. Plaintiffs' counsel agreed.

5. Also on August 29, 2022, Burmaster's asked for an additional six-day extension of the time to respond. Plaintiffs' counsel agreed.

6. On September 7, 2022, Defendant Burmaster responded to the discovery requests. A true and correct copy is attached as exhibit C. He provided objections and written responses to some requests. But he did not provide a single page of documents responsive to any of the Requests for Production. Nor did he provide a privilege log.

7. On September 7, 2022, I received Defendant Derrick Burmaster's responses to these discovery requests, and I sent a meet-and-confer letter to Defendant Burmaster's counsel regarding Defendant Burmaster's deficient responses. A true and correct copy is attached as exhibit D.

8. On September 16, 2022, I held a meet-and-confer by telephone with counsel for Defendant Burmaster to address the deficient responses described in my letter, including Defendant Burmaster's failure to provide financial records and responsive emails and text messages. A true and correct copy of my memorializing email is attached as exhibit E.

9. At that meet-and-confer, Burmaster's counsel agreed to have Burmaster provide documents and responses to six discovery requests, and committed to working with Burmaster to see how feasible an ESI search would be.

10. Over the next months, Burmaster did not follow through on any of the items his counsel committed to providing.

11. On February 19, 2023, Plaintiffs' counsel sent an email asking Burmaster's counsel to provide by February 24 the items he committed to producing. A true and correct copy is attached as exhibit F.

12. On February 24, 2023, I held a meet-and-confer by telephone with counsel for Defendant Burmaster regarding Defendant's failure to produce the items discussed at our prior meet-and-confer. Counsel for Defendant Burmaster offered no explanation for why the items,

including the financial information and results of an ESI search, had not been provided. Counsel for Defendant Burmaster stated that he would get back with Plaintiff's counsel regarding this on Monday, February 27, 2023. A true and correct copy of my memorializing email is attached as exhibit G.

13. On February 27, 2023, counsel for Defendant Burmaster provided supplemental discovery responses. A true and correct copy is attached as exhibit H. These responses were deficient in that Defendant Burmaster still refused to conduct an ESI search of his emails and text messages and still has not provided the requested financial information.

14. On February 27 2023, I sent a follow up email regarding information Defendants' counsel promised to supplement. A true and correct copy is attached as exhibit I.

15. To date, I have not received any responsive records to any discovery request from Burmaster. He has not even provided the records he agreed to provide at the September meet-and-confer.

16. I certify that I have made a good faith effort to obtain the requested documents and responses without Court intervention. I have done so through two telephonic meet-and-confers, a letter, and a range of email correspondence.

17. As of the filing of this Motion, Defendant's counsel has not provided documents responsive to any Request for Production.

I declare that the foregoing is true, under penalty of perjury.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)