UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

**PLAINTIFFS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION TO DERRICK BURMASTER**

To:  Derrick Burmaster
     Through his Attorney of Record:
     C. Theodore Alpaugh, III
     Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
     639 Loyola Avenue, Suite 2130
     New Orleans, Louisiana 70113
     cta@gustebarnett.com

Plaintiffs, Derek Brown and Julia Barecki-Brown (collectively "the Browns" or "Plaintiffs"), through undersigned counsel, propound the following Interrogatories and Requests for Production of Documents on Defendant Derrick Burmaster ("Defendant"), to be answered in accordance with the Federal Rules of Civil Procedure, severally, fully, in writing, and under oath. These discovery requests are deemed to be continuing, and Plaintiffs request that Defendant supplement all responses as information changes and becomes available.

**INSTRUCTIONS AND DEFINITIONS**

"You" and "Your" shall refer to Defendant and/or any person acting on their behalf.

"Document" and "documentation" include, but are not limited to, originals where available, or otherwise a carbon copy, Xerox copy or other copy, including each non-identical copy (whether different from the original because of marginal notes, or other material inserted or attached thereto, or otherwise) of each item of correspondence, letters, memoranda, messages, telephone bills, notes, offers, orders,

1

confirmations, contracts, agreements, reports, punch sheets, punch lists, agendas, cables, telegrams, diaries, appointment books, invoices, ledgers, returns, accounts, checks, check stubs, drafts, statements, indexes, data sheets, data processing cards, logs, worksheets, service orders, expense vouchers, maintenance records, inspection reports, licenses, permits, settlement paperwork, printing, pictures, advertisements, slides, film, microfilm, micro fiche and other written matter of every kind and character; notes, memoranda, transcripts, recording tapes, recording disks or other records of oral communications; and graphs, books, charts, tables, prospectuses, tabulations, worksheets, compilations, summaries, minutes, lists, pamphlets, brochures, drawings, renderings, diagrams, sketches, etchings, tracings, plans, blueprints, posters, periodicals, publications, bulletins, computer printouts, studies, electronic mail, information contained in electronic or computer storage media and other papers in the possession, custody or control of You or Your officers, directors, agents, employees, affiliates, subsidiaries, divisions, partners, parents, predecessors, successors, joint venturers, attorneys or representatives, including documents which were prepared by Your officers, directors, agents, employees, affiliates, subsidiaries, divisions, partners, parents, predecessors, successors, joint venturers, attorneys or representatives, which did not leave the custody of the person preparing them.

"Identify" in connection with a document means to:

a) State the type of document (for example, a letter, a memorandum, etc.); state the dates upon which the document was prepared and executed; state the name and address of its author; state the name and address of the recipients and intended recipients of the document or copies of the document.

b) If the document constitutes or memorializes an agreement or contract, state the names of each party to the agreement or contract, the date on which it was entered into, the place where it was confected, its terms and conditions, the present location of any original copies thereof, the name and address of the custodian of each original copy, and the contents thereof. If the agreement or contract has been amended or supplemented, this must be stated and the above information furnished on each such amendment or supplement.

c) State whether You are in possession of the original document and identify the person

having custody. If You do not possess the original document, identify: (i) the person who has the custody of, and (ii) the location of the original document.

"Identify" in connection with a natural person means to:

a) State the person's name, present address, if known, or most recent past address if the present address is not known, and telephone number; and

b) State the person's relationship to You, identify his present employer and the person's position with that employer, and state the person's title which is derived from that position.

"Identify" in connection with a corporation means to:

a) State its full name, its state of incorporation, and its principal place of business; and

b) State the corporation's relationship to You.

Describe" or "specify" means:

a) Set forth the matter which You are asked to describe or specify, and do so fully and in detail, by reference to underlying facts rather than reference to ultimate facts or conclusions of fact or law; and

b) State particulars as to (i) time and (ii) place; and

c) Identify the persons participating, present or involved at any time; and

d) Set forth all facts necessary to a complete understanding of the act, process, or thing in question; and

e) With respect to a document, fully describe the subject matter, contents, date, author and recipients of the document.

The terms "and" and "or" include the conjunctive "and," the disjunctive "or," and the words "and/or."

The terms "material" and "materials" mean any product or other tangible thing that does not fall within the definition of "document" listed above. Furnish all information in Your possession, custody, or control, not merely information within the personal knowledge of the person or persons answering the Interrogatory.

Words herein of any gender shall be deemed to include all other genders, and the singular shall be deemed to encompass the plural.

If any requested document was formerly, but is no longer, in Your possession, custody, or control, or if any document was in existence but is no longer in existence, state the disposition made of the document, including the identity of each person to whom the document was sent; the date of the disposition; the identity of the person(s) who ordered or authorized the disposition; and the identity of the person who made the disposition.

Set forth each Request in full before each response. Provide a separate response to each Request.

The "incident" refers to the April 10, 2021 shooting of the dog Apollo, including the facts and circumstances prompting NOPD to go to Plaintiffs' residence, the events that occurred while the NOPD officers were present at the Plaintiffs' residence, and the aftermath of the shooting.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please identify all lawsuits or complaints to which you were a party, whether in or outside of the line of duty.

**INTERROGATORY NO. 2:**

Describe all training that has been provided to you pertaining to encountering animals, including but not limited to canines.

**INTERROGATORY NO. 3:**

Describe what non-lethal weapons/equipment, including but not limited to tasers, mace, clubs, batons, nightsticks, blackjacks, flash grenades, nets, catch poles, and/or pepper spray, that (1) employees of the NOPD are permitted to carry in the line of duty, (2) are issued to NOPD employees, (3) that employees of the NOPD are required to carry in the line of duty, (4) you were equipped with during the incident and (5) you were required to carry during the incident.

**INTERROGATORY NO. 4:**

Describe in detail what happened to Apollo's body after it was shot, including any care that you provided or attempted to provide.

**INTERROGATORY NO. 5:**

Identify by name and provide the phone number and address of all persons who have knowledge relating to the incident, including each person you spoke to or communicated with about the incident.

**INTERROGATORY NO. 6:**

If you disagree with or contest any portion of any Public Integrity Bureau report regarding the incident, identify which portion and why you disagree.

**INTERROGATORY NO. 7:**

Describe any time a court has affirmed a motion to suppress in a case you testified in, and any time a court ruled that your testimony was not credible.

**INTERROGATORY NO. 8:**

Identify every instance that you received a suspension, probation, reprimand, or other discipline as an NOPD employee.

**INTERROGATORY NO. 9:**

Describe the incident in your own words, with all aspects of your recollection of any interaction with the dog Apollo, the events leading up to that interaction, and the events after.

**INTERROGATORY NO. 10:**

Identify any facts supporting your Third Affirmative Defense.

**INTERROGATORY NO. 11:**

Are all denials for lack of sufficient information in your Answer truthfully based on (1) a reasonable inquiry; and (2) a lack of sufficient information to admit or deny the allegation?

**INTERROGATORY NO. 12:**

Identify every dog that you have killed.

**INTERROGATORY NO. 13:**

Identify all contingency plans and alternative methods you considered before shooting the Brown's dog.

**INTERROGATORY No. 14:**

Provide a full accounting of your assets and liabilities, including (1) the amount of money you have in bank or brokerage accounts; (2) any ownership of stocks, bonds, mutual funds, or other financial assets; (3) your full or partial ownership in any asset valued at or estimated to be over $5,000; (4) any liabilities in excess of $5,000; (3) any retirement, pension, 401(k), or other accounts.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Produce all emails, text messages, social media messages, or other electronic communications that contain the terms: ("derrick" OR "Burmaster") AND ("dog" OR "canine" OR "shoot" OR "shot" OR "shooting" OR "force" OR "killed" OR "apollo").

**REQUEST FOR PRODUCTION NO. 2:**

Produce all records and documents related to the incident.

**REQUEST FOR PRODUCTION NO. 3:**

All documents related to your civil service proceeding related to the incident.

**REQUEST FOR PRODUCTION NO. 4:**

All documents described in any party's Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 5:**

Produce all emails, text messages, social media messages, or other electronic communications sent by you in the hour before the shooting of Apollo, and for the remainder of that day.

**REQUEST FOR PRODUCTION NO. 6:**

All your tax returns for all years 2021 and thereafter.

**REQUEST FOR PRODUCTION NO. 7:**

All documents reflecting a summary of all your assets and liabilities, in any of the years 2021 and thereafter.

**REQUEST FOR PRODUCTION NO. 8:**

All documents reflecting your net worth, in any of the years 2021 and thereafter.

**REQUEST FOR PRODUCTION NO. 9:**

All documents reflecting your full or partial ownership of any asset valued or estimated to be worth over $5,000 that was owned in 2021 or thereafter.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1**

You were acting in the course and scope of your employment during the incident.

**REQUEST FOR ADMISSION NO. 2**

You shot the Browns' dog.

**REQUEST FOR ADMISSION NO. 3**

You did not provide any medical care to the Brown's dog that you shot.

**REQUEST FOR ADMISSION NO. 4**

When you shot the Brown's dog, you had a CEW on your person.

**REQUEST FOR ADMISSION NO. 4**

NOPD policy allows officers to deploy a CEW on a dangerous animal that is causing a continuing public nuisance and needs to be controlled for reasons of public peace and safety.

**REQUEST FOR ADMISSION NO. 5**

7

The CEW has proven to be an effective tool against dangerous animals.[12]

**REQUEST FOR ADMISSION NO. 6**

Before shooting the Brown's dog, you did not ensure there was no risk to people in the area.

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been forwarded this day to all counsel of record, ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☐ by United States mail.

New Orleans, Louisiana, this 30th day of June, 2022. */s/ William Most*

---

[1] NOPD Policy Manual Ch. 1.7.1, ¶ 57.

[2] NOPD Policy Manual Ch. 1.7.1, ¶ 62.