

William Most <williammost@gmail.com>

## Brown v. Burmaster: Meet and Confer re Discovery Responses

**William Most** <williammost@gmail.com>                                              Fri, Sep 16, 2022 at 3:22 PM
To: "C. Theodore Alpaugh III" <cta@gustebarnett.com>, "Anada, Tarak" <tanada@joneswalker.com>

Here are my notes from our call:

Interrogatory # 2: Burmaster will provide a description.

Interrogatory # 3: Burmaster will provide a description.

Interrogatory # 5: The only person Burmaster spoke to outside of NOPD was his wife.

Interrogatory # 6: Burmaster will provide a description.

Interrogatory # 14: Burmaster will provide a description, subject to protective order.

RFP # 1: You will work with Burmaster to see how feasible ESI search is.

RFP # 2: You will provide anything Burmaster has.

RFP # 3: No responsive documents.

RFP # 5: You will discuss with Burmaster.

RFP # 6 to 9: Burmaster will provide, subject to protective order.

We agreed that no privilege log is needed for emails or other correspondence between Burmaster and his attorneys.

Let me know if any of this does not match your understanding.

Thank you!


On Tue, Sep 13, 2022 at 11:00 AM William Most <williammost@gmail.com> wrote:
> Great. I'll call you at 3:00pm Friday. Thank you!

On Tue, Sep 13, 2022 at 10:41 AM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:

> William:
>
> Certainly we can reschedule. However I have a deposition tomorrow morning and a statement Thursday am. I am holding both afternoons open at present to schedule a meeting with a client so I can't commit to either at this time. However Friday is wide open at that time. Would that work for you?
>
> Ted
>
> **From:** William Most <williammost@gmail.com>
> **Sent:** Tuesday, September 13, 2022 9:48 AM

**To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
**Subject:** Re: Brown v. Burmaster: Meet and Confer re Discovery Responses

Ted - I have to cover an appearance for a colleague whose family is sick. Could we move our call to tomorrow or Thursday? I am wide open both days.

On Fri, Sep 9, 2022 at 3:08 PM William Most <williammost@gmail.com> wrote:

> Great! I'll call you then.
>
> On Fri, Sep 9, 2022 at 1:33 PM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:
>
>> That works.  Same time.
>>
>> ---
>>
>> **From:** William Most <williammost@gmail.com>
>> **Sent:** Friday, September 9, 2022 1:00 PM
>> **To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
>> **Subject:** Re: Brown v. Burmaster: Meet and Confer re Discovery Responses
>>
>> Have a depo Monday afternoon. How about Tuesday afternoon?
>>
>> On Fri, Sep 9, 2022 at 10:53 AM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:
>>
>>> Not today. How about Monday at 3 pm?
>>>
>>> Sent from my iPhone
>>>
>>>> On Sep 7, 2022, at 9:59 PM, William Most <williammost@gmail.com> wrote:
>>>>
>>>> Ted,
>>>>
>>>> Would you be available Friday afternoon or Monday morning for a meet-and-confer regarding your client's discovery responses?
>>>>
>>>> Attached is a letter outlining topics to discuss.
>>>>
>>>> Thank you,
>>>>
>>>> William
>>>>
>>>> --
>>>>
>>>> William Most
>>>>
>>>> Most & Associates
>>>>
>>>> mostandassociates.com
>>>>
>>>> (504) 509-5023