**Gmail**                                                                                         William Most <williammost@gmail.com>

## Brown v. Burmaster: Meet and Confer re Discovery Responses

**William Most** <williammost@gmail.com>                                                                Sun, Feb 19, 2023 at 6:15 AM
To: "C. Theodore Alpaugh III" <cta@gustebarnett.com>, "Anada, Tarak" <tanada@joneswalker.com>

Ted,

I am not finding in my files where you provided these items you committed to producing. Please produce them by Friday, Feb 24. If you are personally busy, please have another attorney in your firm work with Mr. Burmaster to produce them.

Thank you,

William

[Quoted text hidden]