Case 2:22-cv-00847-EEF-KWR   Document 86-10   Filed 03/05/23   Page 1 of 1

 Gmail

William Most <williammost@gmail.com>

## Brown v. Burmaster: Meet and Confer re Discovery Responses

**William Most** <williammost@gmail.com>                                    Fri, Feb 24, 2023 at 9:17 AM
To: "C. Theodore Alpaugh III" <cta@gustebarnett.com>, "Anada, Tarak" <tanada@joneswalker.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>

Ted,

Thank you for speaking with me this morning. We discussed the items that had not been provided following our September meet-and-confer, as well as Burmaster's pre-written use of force statement. You did not have an explanation for why nothing had been provided following our September meet-and-confer.  You said you'd get us what you can by Monday. I indicated that due to the shortness of time between now and the close of discovery and trial, we would move to compel and seek sanctions for the items that have not been provided by Monday. You said that you believe the use of force statement Burmaster started to read from his phone is the same as the one in his written statement, but you haven't compared them to be sure of that.

Please let me know if any of this is inaccurate.

Thank you,

William

[Quoted text hidden]