Gmail

William Most <williammost@gmail.com>

## Brown v. Burmaster: Meet and Confer re Discovery Responses

**C. Theodore Alpaugh III** <cta@gustebarnett.com>  Mon, Feb 27, 2023 at 7:16 PM
To: William Most <williammost@gmail.com>
Cc: "Anada, Tarak" <tanada@joneswalker.com>, Hope Phelps <hopeaphelps@outlook.com>

Understood. It may be that he will get back to me and if that happens I will send whatever I can get. I will try to get him in and look at the phone myself regarding the emails. However, unlike the City, Officer Burmaster does not have an IT department to do this.

Ted Alpaugh
Sent from my iPad.

> On Feb 27, 2023, at 6:22 PM, William Most <williammost@gmail.com> wrote:
>
> Ted,
>
> Thank you. I appreciate you providing some partial responses, but this is not acceptable conduct by your client. Five months after our meet and confer, your client has not provided even the documents he committed to producing, without any estimated time of production.
>
> It is also completely not credible that your client has "no way" of searching his emails and text messages. ESI is a typical part of litigation, and your client's refusal even to <u>attempt</u> to comply is not consistent with his obligations.
>
> Given the closeness of his deposition and trial, your client has left us no real option other than to seek sanctions for his discovery violations.
>
> Thank you,
>
> William
>
> On Mon, Feb 27, 2023 at 4:56 PM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:
>
>> William:
>>
>> I attach supplemental discovery responses. I have requested Burmaster's tax returns as well as other financial documents referred to in the responses but so far I have not received anything and I have not been able to reach Burmaster today. If I receive any documents referred to in the Responses I will forward them to you.
>>
>> With regard to the use of force statement, I played the video recording of the criminal statement and compared his narrative to the use of force statement that you have. While Burmaster was eventually cut off by the PIB officers while reading the statement, what he did read is identical to the narrative in the use of force statement.
>>
>> Ted

**From:** C. Theodore Alpaugh III
**Sent:** Friday, February 24, 2023 1:54 PM
**To:** William Most <williammost@gmail.com>; Anada, Tarak <tanada@joneswalker.com>
**Cc:** Hope Phelps <hopeaphelps@outlook.com>
**Subject:** RE: Brown v. Burmaster: Meet and Confer re Discovery Responses

William:

Sorry the supplemental discovery slipped through the cracks. Last fall was quite busy.

I will get you supplemental responses by the close of business on Monday.

Ted

**From:** William Most <williammost@gmail.com>
**Sent:** Friday, February 24, 2023 9:18 AM
**To:** C. Theodore Alpaugh III <cta@gustebarnett.com>; Anada, Tarak <tanada@joneswalker.com>
**Cc:** Hope Phelps <hopeaphelps@outlook.com>
**Subject:** Re: Brown v. Burmaster: Meet and Confer re Discovery Responses

Ted,

Thank you for speaking with me this morning. We discussed the items that had not been provided following our September meet-and-confer, as well as Burmaster's pre-written use of force statement. You did not have an explanation for why nothing had been provided following our September meet-and-confer. You said you'd get us what you can by Monday. I indicated that due to the shortness of time between now and the close of discovery and trial, we would move to compel and seek sanctions for the items that have not been provided by Monday. You said that you believe the use of force statement Burmaster started to read from his phone is the same as the one in his written statement, but you haven't compared them to be sure of that.

Please let me know if any of this is inaccurate.

Thank you,

William

On Wed, Feb 22, 2023 at 8:54 PM William Most <williammost@gmail.com> wrote:

> Ted,
>
> I also don't think you have provided the pre-written Force Statement that Burmaster had on his phone and read to PIB during his criminal investigation. Please send us a native-format copy of it.

3/5/23, 6:34 AM
Gmail - Brown v. Burmaster Meet-and-Confer Discovery Responses
Case 2:22-cv-00847-EEF-KWR Document 86-12 Filed 03/05/23 Page 3 of 5

Thank you,

William

On Sun, Feb 19, 2023 at 6:15 AM William Most <williammost@gmail.com> wrote:

> Ted,
>
> I am not finding in my files where you provided these items you committed to producing. Please produce them by Friday, Feb 24. If you are personally busy, please have another attorney in your firm work with Mr. Burmaster to produce them.
>
> Thank you,
>
> William
>
> On Fri, Sep 16, 2022 at 3:22 PM William Most <williammost@gmail.com> wrote:
>
>> Here are my notes from our call:
>>
>> Interrogatory # 2: Burmaster will provide a description.
>>
>> Interrogatory # 3: Burmaster will provide a description.
>>
>> Interrogatory # 5: The only person Burmaster spoke to outside of NOPD was his wife.
>>
>> Interrogatory # 6: Burmaster will provide a description.
>>
>> Interrogatory # 14: Burmaster will provide a description, subject to protective order.
>>
>> RFP # 1: You will work with Burmaster to see how feasible ESI search is.
>>
>> RFP # 2: You will provide anything Burmaster has.
>>
>> RFP # 3: No responsive documents.
>>
>> RFP # 5: You will discuss with Burmaster.
>>
>> RFP # 6 to 9: Burmaster will provide, subject to protective order.
>>
>> We agreed that no privilege log is needed for emails or other correspondence between Burmaster and his attorneys.

Let me know if any of this does not match your understanding.

Thank you!

On Tue, Sep 13, 2022 at 11:00 AM William Most <williammost@gmail.com> wrote:

> Great. I'll call you at 3:00pm Friday. Thank you!
>
> On Tue, Sep 13, 2022 at 10:41 AM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:
>
>> William:
>>
>> Certainly we can reschedule. However I have a deposition tomorrow morning and a statement Thursday am. I am holding both afternoons open at present to schedule a meeting with a client so I can't commit to either at this time. However Friday is wide open at that time. Would that work for you?
>>
>> Ted
>>
>> **From:** William Most <williammost@gmail.com>
>> **Sent:** Tuesday, September 13, 2022 9:48 AM
>> **To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
>> **Subject:** Re: Brown v. Burmaster: Meet and Confer re Discovery Responses
>>
>> Ted - I have to cover an appearance for a colleague whose family is sick. Could we move our call to tomorrow or Thursday? I am wide open both days.
>>
>> On Fri, Sep 9, 2022 at 3:08 PM William Most <williammost@gmail.com> wrote:
>>
>>> Great! I'll call you then.
>>>
>>> On Fri, Sep 9, 2022 at 1:33 PM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:
>>>
>>>> That works. Same time.
>>>>
>>>> **From:** William Most <williammost@gmail.com>
>>>> **Sent:** Friday, September 9, 2022 1:00 PM
>>>> **To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
>>>> **Subject:** Re: Brown v. Burmaster: Meet and Confer re Discovery Responses

Have a depo Monday afternoon. How about Tuesday afternoon?

On Fri, Sep 9, 2022 at 10:53 AM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:

> Not today. How about Monday at 3 pm?
>
> Sent from my iPhone
>
>> On Sep 7, 2022, at 9:59 PM, William Most <williammost@gmail.com> wrote:
>>
>> Ted,
>>
>> Would you be available Friday afternoon or Monday morning for a meet-and-confer regarding your client's discovery responses?
>>
>> Attached is a letter outlining topics to discuss.
>>
>> Thank you,
>>
>> William
>>
>> --
>>
>> William Most
>>
>> Most & Associates
>>
>> mostandassociates.com
>>
>> (504) 509-5023