# Gmail

William Most <williammost@gmail.com>

## Brown v. Burmaster: Answer

**C. Theodore Alpaugh III** <cta@gustebarnett.com>  Tue, Feb 14, 2023 at 3:13 PM
To: William Most <williammost@gmail.com>
Cc: "Anada, Tarak" <tanada@joneswalker.com>, Hope Phelps <hopeaphelps@outlook.com>

I will give it a shot. I will be tied up in trial prep that week.

**From:** William Most <williammost@gmail.com>
**Sent:** Tuesday, February 14, 2023 3:11 PM
**To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
**Cc:** Anada, Tarak <tanada@joneswalker.com>; Hope Phelps <hopeaphelps@outlook.com>
**Subject:** Re: Brown v. Burmaster: Answer

How about by March 1 to be safe?

On Tue, Feb 14, 2023 at 2:54 PM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:

> Not anytime soon. Between a Fifth Circuit appellant brief, depositions and Mardi Gras, it will be maybe late next week at the earliest.
>
> **From:** William Most <williammost@gmail.com>
> **Sent:** Tuesday, February 14, 2023 11:44 AM
> **To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
> **Cc:** Anada, Tarak <tanada@joneswalker.com>; Hope Phelps <hopeaphelps@outlook.com>
> **Subject:** Brown v. Burmaster: Answer
>
> Ted,
>
> I'm not seeing that Burmaster filed an answer to the Second Amended Complaint. When could you do that by?
>
> Thank you!
>
> William
>
> --
>
> William Most
>
> Most & Associates

mostandassociates.com

(504) 509-5023