**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *EX PARTE* MOTION TO ENROLL HOPE PHELPS
### AS ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS

NOW INTO COURT, respectfully comes the undersigned, who moves pursuant to Local Rule 83(b)(14) that Hope Phelps, of Most & Associates, be enrolled as additional counsel of record for Plaintiffs Derek Brown and Julia Barecki-Brown in the above-captioned matter.

Ms. Phelps' contact information is as follows:

> Hope Phelps (La. Bar No. 37259)
> 201 St. Charles Ave., Ste. 114, # 101
> New Orleans, LA 70170
> T: (504) 500-7974
> E:hopeaphelps@outlook.com

William Most, David Lanser, and Tarak Anada will remain as counsel for Plaintiffs.

Respectfully Submitted:

*/s/ William Most*

| | |
|---|---|
| WILLIAM MOST (La. Bar No. 36914) | TARAK ANADA (#31598) |
| DAVID LANSER (La. Bar No. 37764) | JONES WALKER LLP |
| MOST & ASSOCIATES | 201 St. Charles Avenue |
| 201 St. Charles Ave., Ste. 114, # 101 | New Orleans, Louisiana 70170-5100 |
| New Orleans, LA 70170 | Telephone: (504) 582-8322 |
| Tel: 504.509-5023 | Facsimile: (504) 589-8322 |
| Email: williammost@gmail.com | E-Mail: tanada@joneswaker.com |

1