UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER

Considering the foregoing *Ex Parte Motion to Enroll Hope Phelps as Additional Counsel of Record for Plaintiffs* by Plaintiffs' counsel, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the *Ex Parte Motion to Enroll Hope Phelps as Additional Counsel of Record* is hereby GRANTED. Hope Phelps, of Most & Associates, shall be and is hereby enrolled as additional counsel of record for Plaintiffs in the above-captioned matter.

Signed in New Orleans, Louisiana, on this _____ of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**