UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L |
| VERSUS | * <br> * | <br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * | <br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER

Having duly considered the *Motion in Limine for the Use of Demonstrative Exhibit* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED.

The Court orders that during trial, Plaintiffs shall be allowed to display a puppy similar in size to Apollo.

New Orleans, Louisiana, this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA