

Louisiana Animal Disease Diagnostic Laboratory
Louisiana State University
River Road, Room 1043
Baton Rouge LA 70803
Phone: (225) 578-9777 Fax: (225) 578-9784

Report Date: 5/5/2021

## Final Report

**Date Received:** 4/15/2021          **Case Coordinator:** Dr. Daniel B. Paulsen          **Accession No:**   L2106009

JONES WALKER ATTORNEYS          Email:   tanada@joneswalker.com
TARAK ANADA
LA

## Associated Parties

| Other | Jones Walker Attorneys Tarak Anada | LA |
|---|---|---|
| LSU Internal | Dr. Kristin Vyhnal | Louisiana State University River Road Baton Rouge,  LA 70803 |
| Owner | Derek Brown | 1420 Felicity St. New Orleans,  LA 70130 (504) 813-9428 |
| Other | New Orleans Police Dept. Sgt. Debra Pruitt | LA (504) 931-6506 |
| Veterinarian | LADDL Asst. Director Dr. Maria S. Mitchell | Louisiana State University River Road, Room 1043 Baton Rouge,  LA 70803 |

## Reference Data

Resident: J Lee

## Animal Information

| Name | Taxonomy | Sex |
|---|---|---|
| Apollo | Dog (Domestic) - Catahoula Leopard Dog | Male |

## Diagnosis

Trauma due to multiple gunshot wounds

Penetrating trauma:
1. Through and through wound, entrance dorsal midline, mid cervical region passing between scapula and thorax with thoracic penetration at rib 5, pulmonary laceration, exit of thorax at rib 7, and skin exit over left caudolateral thorax
2. Multiple lacerations of left and right forelimbs and right hindlimb containing metal fragments with slab fracture of medial malleolus of right tibia, 4th and 5th phalanges of right forelimb and distal radius of left forelimb

## Clinical Data

Samples submitted to the police:



Louisiana Animal Disease Diagnostic Laboratory
Louisiana State University
River Road, Room 1043
Baton Rouge LA 70803
Phone: (225) 578-9777 Fax: (225) 578-9784

- Right forelimb 1: metal fragment from medial aspect of the right carpus
- Right forelimb 2: metal fragment from the subcutaneous tissue over the 2nd metacarpal-phalanx joint
- Right forelimb – 4th digit P1
- Right forelimb – skin over 5th digit P3
- Left forelimb (~12): metal fragment from left radius
- Debris with package
- Right hindlimb – piece of jacket
- Left ear (4): metal fragment from the fur

**Preliminary Gross Findings**

Gunshot wounds

Dorsoventral through and through gunshot wound with fracture of 2 ribs and pulmonary laceration
Partial fractures of both forelimbs and right rear limb with embedded metallic fragments (jacket and core bullet fragments)

Putative bullet fragments transferred to Sgt. Deborah Pruitt, NOPD
Tissues saved in -80C freezer.

Pending: histopathology

**Gross Findings**

Submitted for postmortem examination is a 10.1 kg, juvenile, intact male Catahoula dog, in good body condition, with marked postmortem autolysis. The dog is submitted in a black plastic bag labeled with a yellow tag reading "Animal name: APOLLO/Animal I.D. #:A47518149/SPCA Vet: /Reason: HLE CASE/NOPD/Breed: CATAHOULA X/Age: 4 mo/Owner: JULIE BAREKI/DEREK BROWN/Date: 4/12/21". A separate black bag containing a brown paper bag, a light blue towel stained with blood, and minimal debris is also submitted. Identifying marks include a white and merle haircoat. Crown to rump length is 68 cm, height is 45 cm, and the body thickness is 17 cm. The nose to crown length is 20 cm, and the width of the head is 10 cm. Permanent teeth 101 and 201 are present, 102 is breaking through the gum line, and the space for 202 is empty; all other teeth are deciduous. Both nostrils and the oral cavity contain a small amount of blood. Soft light brown stool is adhered to the anus, perineum, and ventral tail.

On and around the left ear, four 1-3 mm metal pieces are embedded in the hair.

At the dorsal midline between the scapulae, 22 cm caudal to the crown, there is a circular skin defect (A) with sharp edges, measuring 8 mm in diameter, associated with abundant hemorrhage. At the left thorax, 36 cm caudal to the crown and 16 cm ventral to the dorsum, there is a ragged circular skin defect (B) with sharp edges, measuring 1.7 x 1.8 cm. Subjacent to A, involving the subcutis and skeletal muscles and undermining the dorsal part of the left scapula, there is a 10.5 cm-diameter cavity containing abundant clotted blood. Located at the lower caudal margin of the cavity, the left 5th rib has a complete fracture (C), 1 cm ventral to the vertebra. The left 7th rib has a complete fracture (D) at the costochondral junction associated with a 1.2 x 1.7 cm circular defect at the thoracic wall and hemorrhage. B overlies D. The thoracic cavity has no negative pressure and contains approximately 30 ml of clotted blood. The left caudal lung lobe has a 4.0 cm-long dorsoventrally linear laceration near the hilus, which is associated with abundant pulmonary hemorrhage. An embedded 1.6 cm-long bone fragment; a 2.7 cm long dorsoventrally linear laceration at the ventral edge of the left caudal lobe is also present. The pleura of the lung lobe is trapped at fracture margins of D. The trachea and the primary bronchus for the left caudal lung lobe contain minimal blood.

The wounds of the right hindlimb and both forelimbs have associated mild hemorrhage:

At the craniomedial aspect of the right hock, there is a 1.5 cm skin laceration with a 1.6 x 0.7 cm, curved piece of metal jacket partially embedded in the soft tissue; this is associated with a thin, 1 cm long slab fracture of the medial malleolus of the tibia.



Louisiana Animal Disease Diagnostic Laboratory
Louisiana State University
River Road, Room 1043
Baton Rouge LA 70803
Phone: (225) 578-9777 Fax: (225) 578-9784

At the medial aspect of the right carpus, there is a 4 x 6 mm skin laceration associated with a 2.5 mm metal fragment embedded in the underlying subcutaneous tissue. A 3 x 2.5 mm metal fragment is embedded in the subcutaneous tissue over the 2nd metacarpal-phalanx joint, associated with a small laceration in the overlying skin. The proximal phalanx (P1) of right front 4th digit has a complete open fracture of the diaphysis associated with a 4 x 3 mm metal fragment. The proximal phalanx (P1) of right front 5th digit has a comminuted open fracture. The skin over the distal phalanx (P3) of the 5th digit contains a 1 mm metal fragment.

At the medial aspect of the left carpus, there are three lacerations measuring 2.3 cm, 1.6 cm, and 1.7 cm, respectively. The left radius has a partial open fracture 1.7 cm proximal to the carpal joint, associated with twelve variably sized metal fragments measuring up to 1.7 x 0.8 cm.

The heart weighs 74.15 g, which is 0.73% of body weight (Reference interval=0.43-0.99%). The right ventricular wall (RV) is 0.4 cm thick, the left ventricular wall (LV) is 1.0 cm thick, and the interventricular septum is 0.9 cm thick. The RV:LV ratio is 1:2.5 (Reference interval=1:2-3). The stomach and the small intestine contain tan liquid. The large intestine contains light brown soft formed feces.

No other significant lesions are noted.


## Histopathology
Marked postmortem autolysis with widespread postmortem bacterial growth in all organs interferes with optimal histologic interpretation.

Soft tissue at the cavity underneath the entrance wound: There is extensive severe hemorrhage in the subcutaneous adipose tissue dissecting along the fascial planes. Multiple embedded fragments of hair shafts, fragments of necrotic skeletal muscle fibers, and other debris are present. Regionally, the skeletal muscle bundles are hypereosinophilic with loss of sarcoplasmic cross-striation and nuclei (necrosis). The adjacent skeletal muscles haves multifocal necrosis of individual myofibers and interstitial edema.

Lung: In the left caudal lung lobe, there is a localized blunt laceration through the pulmonary parenchyma with irregular margins. More than 90% of the alveoli in this and adjacent sections are filled with peracute hemorrhage. A section from the right lung lobe has diffuse atelectasis.

Left thoracic wall: The skeletal muscle bundles are multifocally torn and individual myofibers are fragmented; this is associated with extensive, peracute hemorrhage within the muscle bundles and adjacent adipose tissue.

Skin, exit wound at left thorax: For 3 mm from the wound margin, the epidermis and dermis is denuded with coagulative necrosis of the adnexa (hair follicles and sebaceous glands) and superficial dermis.

Skin, left medial forelimb: At the margin, there is a narrow zone of coagulation along with embedded hair fragments, bone fragment and other debris.

Kidney, liver, spleen, pancreas, heart, skeletal muscle from the right thigh, stomach, small intestine, large intestine, adrenal glands, presumed thyroid, thymus, brain (cerebrum, cerebellum, brainstem): No significant lesions are noted.


## Comments
The cause of death is a single, through and through gunshot wound entering at the dorsal midline of the mid cervical region and exiting the caudolateral left thorax. The projectile passed into the thorax at left rib 5, lacerated the right lung causing extensive hemorrhage and pneumothorax, and exited the thorax at left rib 7. Wounds in the 3 limbs were cause by smaller fragments of metal that were consistent with bullet fragments and were likely indirect hits. No pre-existing disease was detected.

Complete photographs of the gross necropsy are retained and available, as are limited fixed and unfixed tissues.



Louisiana Animal Disease Diagnostic Laboratory
Louisiana State University
River Road, Room 1043
Baton Rouge LA 70803
Phone: (225) 578-9777 Fax: (225) 578-9784

**Client Report History**

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Preliminary | Email | tanada@joneswalker.com | 4/15/2021 3:09 PM |
| Final | Email | tanada@joneswalker.com | 5/5/2021 1:41 PM |