# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## ORDER

Considering the parties' request for a telephone status conference,

**IT IS ORDERED** that a telephone status conference is **SCHEDULED** for March 16, 2023 at 8:30 A.M. C.S.T. Counsel are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

**Dial-in:** 877-336-1839

**Access code:** 4227405

New Orleans, Louisiana, this 14th day of March, 2023.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE