## cta3@bellsouth.net

| | |
|---|---|
| **From:** | cta3@bellsouth.net |
| **Sent:** | Tuesday, March 7, 2023 5:10 PM |
| **To:** | William Most (williammost@gmail.com); Tarak Anada (tanada@joneswalker.com); James Roquemore (James.Roquemore@nola.gov) |
| **Subject:** | Confidential House Purchase Records |
| **Attachments:** | Confidential House Purchase Records.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | William Most (williammost@gmail.com) | |
| | Tarak Anada (tanada@joneswalker.com) | |
| | James Roquemore (James.Roquemore@nola.gov) | |
| | Anada, Tarak | Read: 3/7/2023 5:20 PM |

Good afternoon. Attached are records related to the purchase of Derrick Burmaster's house.  Please consider this a supplement to discovery and designated as "Confidential" pursuant to the Protective Order.  If and when I receive any more documents I will pass them on.

Ted

**EXHIBIT A**