| | |
|---|---|
| **From:** | C. Theodore Alpaugh III |
| **To:** | William Most (williammost@gmail.com); Tarak Anada (tanada@joneswalker.com) |
| **Cc:** | James Roquemore (James.Roquemore@nola.gov) |
| **Subject:** | Confidential car registration, Confidential Burmaster bank account |
| **Date:** | Thursday, March 9, 2023 3:32:00 PM |
| **Attachments:** | Confidential car registration.pdf<br>Confidential Burmaster bank account 03092023.pdf<br>image001.png |

Good afternoon.  Attached is Officer Burmaster's car registration and a screen shot of his bank account showing the current balance.  Please consider this a supplement to discovery and designated as "Confidential" pursuant to the Protective Order.

See you tomorrow.

Ted

C. Theodore Alpaugh, III

Guste, Barnett, Schlesinger & Alpaugh, L.L.P.

639 Loyola Avenue, Suite 2130

New Orleans, Louisiana 70113

(504) 529-4141 Office

(504) 561-0326 Facsimile

(504) 681-4542 Direct

(504) 681-4502 Home Office

(504) 481-1844 Cell

cta@gustebarnett.com E-mail



AV, AV Preeminent, Martindale-Hubbell Distinguished and Martindale-Hubbell Notable
are Certification Marks used under license in accordance with the Martindale-Hubbell
certification procedures, standards and policies.

**EXHIBIT B**