# In the Matter of:

*Derek Brown, et al*

*vs.*

*Derrick Burmaster, et al*

---

# Derrick Burmaster
# Rough Draft

March 10, 2023

---

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

REPORTER'S NOTE AND WARNING

This transcript is unedited work product and must be regarded as such until corrected, certified, and signed by the Court Reporter. The Reporter reserves all rights to make whatever editing she deems necessary in order to produce an accurate, verbatim record.

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 204

1          A.    So you're aware that somebody killed

2     John Wick's dog and he went on a killing

3     rampage?

4          Q.    Right.

5          A.    So I don't deny posting this.

6          Q.    I get the joke, but my question is

7     in 2018, you posted at least one joke on the

8     topic that involved the killing of a dog?

9     Agreed?

10         A.    Well, yes.

11         Q.    Okay.

12         A.    I think you misunderstand the

13    context of it, though.

14         Q.    What am I misunderstanding?

15         A.    That it was a popular joke.  It was

16    a movie that you agree that you enjoyed.

17         Q.    Uh-huh (indicating affirmatively).

18    Okay.

19         A.    Okay.

20         Q.    So I want to talk about --

21         A.    Uh-huh (indicating affirmatively).

22         Q.    -- your e-mails, text messages, and

23    social media messages.  Okay?

24               In the course of this case, have you

25    taken any steps to search your e-mail for --

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 205

1          A.   Yes.  I have nothing --

2     COURT REPORTER:

3               E-mail for what?

4     MR. ALPLAUGH:

5               Let him finish question.

6     THE WITNESS:

7               I'm sorry.

8     MR. MOST:

9               Yeah.

10    EXAMINATION BY MR. MOST:

11         Q.   During the course of this case, have

12    you taken any steps to search your e-mails for

13    documents relevant to this case?

14         A.   Yes, and there are none.  Like I

15    said, I went dark.  I didn't discuss this with

16    anybody.  I turned my Facebook off for a long

17    period of time and I didn't communicate with

18    anybody, text message, e-mail, anything.

19         Q.   Uh-huh (indicating affirmatively).

20         A.   On my work e-mail, on my -- I mean,

21    people would send me notifications to go give a

22    statement on this.  But noth -- noth -- nothing

23    with those words that you described that I was

24    provided a list.

25         Q.   Okay.  So you were provided --

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 206

1      A.    None of that.

2      Q.    Uh-huh (indicating affirmatively).

3            You were provided a list of -- of

4      words, like search terms?

5      A.    Yes.

6      Q.    And did you use those search terms

7      to search your e-mail?

8      A.    Wait.  Describe that.

9      Q.    Sure.  So you got a list of search

10     terms; right?

11     A.    Yes.

12     Q.    Did you search your e-mail using

13     those search terms?

14     A.    I scanned through it and I know I

15     did not ever send anything.  Like I told you, I

16     went dark.  And you can even look on my

17     Facebook, if you can, and see that I had been

18     dark.  I went on vacation and couldn't even

19     post pictures of the vacation on -- on there

20     after this happened.

21     Q.    Okay.

22     A.    And I never meant -- said anything,

23     wrote any text message, e-mail, nothing --

24     Q.    Okay.

25     A.    -- about this.

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 207

1      Q.   So if I'm understanding you right,
2   you got --
3      A.   And you could clearly see on my
4   Facebook.
5      Q.   Uh-huh (indicating affirmatively).
6          So if I'm understanding you right,
7   you got the list of search terms.  You skimmed
8   the list of search terms and you thought in
9   your head, "I've never sent any e-mails with
10  these search terms."  And that was what you
11  did; right?
12     A.   I read -- I looked over the search
13  terms and I know, and I've been through e-mail
14  a million times, that I don't have any of that
15  in my phone because I don't -- I never said
16  anything or sent anybody.  That would be dumb.
17  I'm smart.  I mean, I've been a police officer.
18  I've been a detective.  I was in intelligence.
19  I did intelligence in the Army in Baghdad,
20  Iraq.  I'm smart.  I know how to -- I'm smarter
21  than to -- to -- to text, e-mail, or message or
22  comment on Facebook or text -- Instagram.  None
23  of that.
24          I left it -- And when somebody ever
25  brought it up to me, I told -- I -- I told them

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 208

1    to stop.  And I didn't talk about it.  And I

2    just -- I feel like that's part of a lot of

3    things that gave me anxiety because I feel like

4    I had to bottle this up and not talk about it.

5           Q.   Okay.

6           A.   So you can be assured I'm not

7    sitting here and lying to you.  I -- I'm -- I

8    do not want to go to jail for lying to you and

9    I swear to Jesus Christ Almighty, I -- I have

10   none of that.  I did not communicate about this

11   dog --

12          Q.   Okay.

13          A.   -- or this incident.

14          Q.   Well, you did communicate about this

15   dog.  You talked to Roussell.  You talked to

16   PIB --

17          A.   Oh, yeah.

18          Q.   -- right?

19          A.   But you're asking about text

20   messages and e-mails.

21          Q.   Okay.  So did you take those search

22   terms and put them into your e-mail search

23   functionality and search?

24          A.   Can you tell me how to do that?

25          Q.   Well, what -- What e-mail system do

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 209

```
 1   you use?

 2        A.   Outlook for work and Gmail --

 3        Q.   Okay.

 4        A.   -- for personal.

 5        Q.   Are you aware that Gmail has a

 6   search bar at the top of Gmail?

 7        A.   I'm -- You show me how to do it.

 8        Q.   But -- Okay.  Do you not know how to

 9   search your e-mails in Gmail?

10        A.   I can -- There -- There's a search

11   bar?  You just put those terms all at once in

12   there and it will pull --

13        Q.   My question is do you know how to

14   search your e-mails for a search term?

15        A.   Well, I'm sure I could figure it

16   out.

17        Q.   Did you take any steps to search

18   your e-mails for those search terms?

19        A.   No.

20        Q.   Okay.

21        A.   I -- But I know that there isn't any

22   of that in there.

23        Q.   Okay.

24        MR. ALPLAUGH:

25             And just for the record, you have
```

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 210

1          his search terms already on his -- on his

2          work e-mail for ESI you got from the

3          city.

4     MR. MOST:

5          Okay.

6     MR. ALPLAUGH:

7          And if those search terms occurred

8          in any of his work e-mail, you already

9          got that.

10    MR. MOST:

11         Okay.

12  EXAMINATION BY MR. MOST:

13         Q.   Did you take any steps to search

14  your text messages for those search terms?

15         A.   I wouldn't know how to do that

16  either.  I -- I -- I could probably figure it

17  out, though.

18         Q.   Okay.  So you could probably figure

19  out how to search your text messages for a

20  search term, but you didn't try?  Agreed?

21         A.   No, because I know I had not ever

22  sent any text messages about this.

23         Q.   Okay.  Did you take any steps --

24         A.   The word "dog" might be in there

25  because I -- I had a dog.  I might have texted

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 211

1    somebody that my dog is on a walk or something.

2         Q.   Uh-huh (indicating affirmatively).

3         A.   You know?  But that would be

4    regarding my dog.

5         Q.   Uh-huh (indicating affirmatively).

6              Do you know how to search social

7    media messages?

8         A.   You just scroll through your -- How

9    you do that?

10        Q.   Do you know how to search social

11   media messages?

12        A.   No.  I could probably figure it out,

13   though.

14        Q.   Uh-huh (indicating affirmatively).

15             Did you take any steps to try and

16   figure out how to search your social media

17   messages for search terms?

18        A.   No.

19        Q.   Okay.

20        A.   But I know that there's nothing in

21   there.

22        Q.   Well, people were commenting on your

23   social media about you shooting this dog;

24   right?

25        A.   I think I -- Didn't I delete that --

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 212

1    that stuff?

2        Q.    I don't know.

3        A.    Because -- Because I didn't want

4    that stuff to be on my Facebook.

5        Q.    Did you delete people's comments

6    about you shoot -- shooting the dog on -- on

7    social media?

8        A.    Probably attempted to --

9        Q.    Okay.

10       A.    -- because I didn't want that to be

11   on my social media, of -- of course.

12       Q.    Did you respond to any of those

13   people?

14       A.    No.  I don't recall, but I'm pretty

15   sure I didn't because --

16       Q.    So you don't recall whether you

17   responded to anyone on social media?  Agreed?

18       A.    I know I didn't because somebody

19   wrote something nasty on NOLA.com and I asked a

20   friend to make a comment and the comment was

21   that I'm a nice guy and --

22       Q.    Which friend is that?

23       A.    Jake.

24       Q.    What's Jake's last name?

25       A.    Snap.

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 213

1      Q.   So you talked to Jake -- Jake Snap
2   about this shooting?
3      A.   No.  I just ask -- He knew what was
4   going on.  It was all over the news so he was
5   well aware of it.
6      Q.   Okay.  So you ask -- asked Jake Snap
7   to respond to a comment on NOLA.com?
8      A.   I believe -- I believe so.
9      Q.   Okay.
10     A.   Or it was on Facebook or something.
11     Q.   Okay.
12     A.   'Cause -- Because, like I said, I
13  told you I didn't want to be typing that stuff
14  up.
15     Q.   Uh-huh (indicating affirmatively).
16     A.   And I was trying to disassociate
17  myself with this whole thing.
18     Q.   How did you ask Jake to do that?
19     A.   Probably in person.
20     Q.   Uh-huh (indicating affirmatively).
21          But you aren't sure whether you
22  responded to anyone on social media; right?
23     A.   I'm -- I'm -- I'm a hundred percent
24  I didn't.  I'm -- I'm pret -- pretty close to a
25  hundred percent on -- on that.

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 214

1      Q.   Setting aside your lawyers because I
2  don't want to know what you talked to them
3  about, did anyone tell you you couldn't talk
4  about this?
5      A.   Not that I remember.
6      Q.   Okay.  When you first found -- When
7  you first anticipated that there could be a
8  lawsuit about this -- Let me back up.
9           You contemplating suing the Browns
10  before they sued you; right?
11     A.   Yes.
12     Q.   Roughly how long after the shooting
13  were you thinking suing the Browns?
14     A.   I was angry at first, so pretty
15  close afterward.
16     Q.   Like within the first couple days or
17  weeks after the shooting?
18     A.   Yes.
19     Q.   Okay.  So within the first couple
20  days or weeks after the shooting, you
21  anticipated that there could be a lawsuit
22  related to the shooting; right?
23     A.   That's not why I was thinking about
24  suing them.
25     Q.   I understand.

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 215

```
 1          A.    But I just thought -- I don't know.

 2          Q.    My question is in the days or weeks

 3   after the shooting, you anticipated that there

 4   could be a lawsuit related to the shooting;

 5   right?

 6          A.    I guess so.

 7          Q.    Okay.

 8          A.    Yeah.

 9          Q.    What steps did you take to preserve

10   your e-mails, your text messages, or social

11   media messages once you thought that there

12   might be a lawsuit?

13          A.    I didn't do anything.

14          Q.    Okay.

15          A.    I thought it was going to be a -- I

16   figured, "Man, let me let this go and I'm not

17   going to sue these people, been through

18   enough."

19          Q.    Uh-huh (indicating affirmatively).

20          A.    Made a mistake.  I forgive them and

21   all that.

22          Q.    You thought they'd made a mistake?

23          A.    Yes.

24          Q.    But you also thought they'd

25   committed a crime?
```

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 216

1      A.   Yeah, but you don't -- I didn't want

2   them to go to jail or anything.

3      Q.   But you wanted them to pay a fine,

4   to be subject to criminal process; right?

5      MR. ALPLAUGH:

6         Objection; asked and answered

7      multiple times.

8   EXAMINATION BY MR. MOST:

9      Q.   Right?

10     THE WITNESS:

11        Answer it?

12     MR. MOST:

13        Uh-huh (indicating affirmatively).

14     THE WITNESS:

15        Well, I'm asking my lawyer.

16     MR. ALPLAUGH:

17        I can't advise you about that.  I

18      just made an objection.  I'm not telling

19       you not to answer it.

20     MR. MOST:

21        That's okay.  I'll move on.

22     THE WITNESS:

23        You asked me earlier and I said yes.

24     MR. MOST:

25        Okay.

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 217

```
 1        THE WITNESS:
 2             I don't want them to go to jail
 3        if -- if that's what you're asking.
 4        MR. MOST:
 5             I'm going to designate this is
 6        Exhibit 30.
 7        EXAMINATION BY MR. MOST:
 8        Q.   Do you see, Officer, that this is --
 9        it's -- it's entitled Supplemental Responses to
10        Plaintiff's First Set of Interrogatories,
11        Requests for Production of Documents, and
12        Request for Admissions to Derrick Burmaster?
13        (As read.)
14             My question is just do you see that
15        at the top of the first page or towards the top
16        of the first page?
17        A.   Wait.  What is -- What is your
18        question?
19        Q.   Yeah.  Do you see that this is a
20        document entitled Supplemental Responses to
21        Plaintiff's First Set of Interrogatories,
22        Requests for Production of Documents, and
23        Requests for Admissions to Derrick Burmaster?
24        (As read.)
25        A.   Yes.
```

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 218

1       Q.   Okay.  And -- And are you -- Do you

2   understand that there -- that these are your

3   responses to questions and requests asked in

4   this lawsuit?

5       A.   Yes.

6       Q.   Okay.  Would you turn to page 8

7   where it says Requests for Production No. 5?

8   (As read.)

9       A.   (Witness complies.)

10       Q.   Are you there?

11       A.   Yes.

12       Q.   Okay.  You see Request for

13   Production No. 5 says, Produce all e-mails,

14   text messages, social media messages, or other

15   electronic communications sent by you in the

16   hour before the shooting of Apollo and for the

17   remainder of that day?  (As read.)

18           Do you see that?

19       A.   Yes.

20       Q.   Okay.  And then do you see there's a

21   response with some objections and then it says,

22   Without waiving the foregoing and subject

23   thereto, I have no social media communications,

24   text messages, or e-mails responsive to this

25   request?  (As read.)

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 219

1          A.    Yes, I -- I -- I -- I -- I heard

2    you.

3          Q.    Okay.  You see that it says that?

4          A.    (Witness nods head affirmatively.)

5          Q.    Yes?

6          A.    Yes.

7          Q.    Okay.  Did you go back and look for

8    e-mails in the hour before the shooting of

9    Apollo and for the rest of that day?

10         A.    No.  The day --

11         Q.    My question --

12         A.    I was probably on a call right

13   before then and then went to Brothers.  It

14   was -- And then for the rest of that day, I was

15   on the scene.

16         Q.    Okay.  That wasn't my question.  My

17   question was --

18         A.    I did not.

19         Q.    Okay.

20         A.    But I know I didn't have anything.

21         Q.    Okay.

22         A.    Because after I shot the dog, there

23   ain't no getting on the phone.

24         Q.    Right.  But what about --

25         A.    Till about three in the morning, I

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 220

1    don't think I left.

2         Q.   Did you go back and look for any

3    e-mails before you shot the dog?

4         A.   No.

5         Q.   Okay.  Did you look for any text

6    messages either before or after you shot the

7    dog?

8         A.   What e-mails?

9         Q.   No.  My question was about text

10   messages.  Did you go back and look to see if

11   you sent any text messages in the hour before

12   shooting Apollo and for the remainder of the

13   day after?

14        A.   I don't have -- I don't have

15   anything relative to this.  And I didn't send

16   any e-mails, text messages, or anything

17   regarding this.

18        Q.   That's not the question.  Okay?

19        MR. ALPLAUGH:

20             Well, before I go there, I interpose

21         an objection to that.  Anything not

22         having anything -- I'm sorry -- vague,

23         burdensome, and not reasonably --

24        COURT REPORTER:

25             Wait.  I'm not understanding you.

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 221

```
 1        MR. ALPLAUGH:

 2             It's vague, burdensome, and not

 3        reasonably calculable to be discovery as

 4        admissible evidence and beyond the scope

 5        of discovery.  To the extent you're

 6        asking him for things that have nothing

 7        to do whatsoever with this case, that's

 8        still -- and I object -- my objection to

 9        your -- to your question.

10     MR. MOST:

11             Yeah.  Okay.

12     MR. ALPLAUGH:

13             So --

14     MR. MOST:

15             Yeah.

16  EXAMINATION BY MR. MOST:

17     Q.   Mr. Burmaster, my question is did

18  you go back and look to see if you had -- had

19  sent any text messages in the hour before you

20  shot Apollo?

21     MR. ALPLAUGH:

22             Same objection.

23     THE WITNESS:

24             No.

25     MR. MOST:
```

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 222

 1          Okay.

 2      THE WITNESS:

 3          I didn't send anything.

 4  EXAMINATION BY MR. MOST:

 5      Q.   You can remember that you didn't

 6  send any text messages?

 7      A.   I remember I was sitting in front of

 8  the Brothers when I got this call and then I --

 9  I got to the man's house a few minutes earlier

10  than my partner arrived and I stood outside

11  down the street from his house for a long -- a

12  good long period of time before I shot the dog

13  and then afterward, I remain -- remained there

14  the rest of the night until I believe -- I

15  didn't leave until maybe two, three in the

16  morning or something like that.

17      Q.   Do you remember whether you sent any

18  text messages at all that day?

19      A.   I'm pretty sure I did.

20      Q.   Okay.  Do you recall when was the

21  last text message you sent that day?

22      A.   Well, it was late at night and there

23  ain't too many people you can text --

24      Q.   Uh-huh (indicating affirmatively).

25      A.   -- that late at night, so I doubt I

EXHIBIT C-1

Derrick Burmaster
March 10, 2023

Page 223

```
 1    texted anybody.

 2         Q.    You're saying you doubt you texted

 3    anybody in the hour before you shot Apollo?

 4         A.    Yes.

 5         Q.    But are you sure of it?

 6         A.    But what would that have to do

 7    with --

 8         Q.    My question is are you sure of it?

 9         MR. ALPLAUGH:

10               Same objection.  That -- That has no

11            relation whatsoever to this case.  It's

12            not calculated to lead to discovery of

13            admissible evidence.  So if you want to

14            ask about if he did something about this

15            case, which he couldn't have an hour

16            before, that's fine.  But if he just

17            randomly shooting e-mails to somebody has

18            nothing to with the price of tea in

19            China, and I object to it.

20         MR. MOST:

21               Okay.  Objection noted.

22    EXAMINATION BY MR. MOST:

23         Q.    Are you sure that you didn't send

24    any text messages?

25         A.    No.
```

**EXHIBIT C-1**

Derrick Burmaster
March 10, 2023

Page 224

1      Q.   Okay.  In that -- Let me rephrase.

2           Are you sure that you didn't send

3    any text messages in the hour before you shot

4    Apollo?

5      A.   No.

6      Q.   No, you're not sure?

7      A.   But I would be unaware of this, any

8    of this.  Hot would I --

9      Q.   Right.

10     A.   -- why would I have a text message

11   rele -- relevant to this if -- How would I know

12   that I would have to be going to this house?

13     Q.   Right.  So you are not sure whether

14   or not you sent any text messages in the hour

15   before you shot Apollo; right?

16     A.   No, I'm not sure.

17     Q.   Okay.  And you didn't take any steps

18   to go back and look; right?

19     A.   No.

20     Q.   Okay.  What about social media

21   messages?  Did -- Did you go back and look to

22   see whether you sent any social media messages

23   an hour before shooting Apollo or the hours

24   after?

25     A.   No.

EXHIBIT C-1