

[RESET FORM]

**NEW ORLEANS POLICE DEPARTMENT**
**RESPONSE TO RESISTANCE REPORT**     PIB/FIT UOF Tracking #: ____

[Required fields missing]

## OFFICER FORCE STATEMENT

A separate 'Force Statement' shall be prepared by each officer using force in a Level 1 Incident and each officer involved in or witnessing any Level 2,3, or 4 use of force.

Item #: D-13802-21    Date/Time: 04/10/2021 /21:42    District: 6    Zone: E    Subzone: 07
Location: 1420 FELICITY STREET, NEW ORLEANS, LA. 70130
How initiated: Dispatched    Nature of call: FIGHT
Last name: BURMASTER    First name: DERRICK    Employee ID: 12743
Bureau: FOB    Assignment: 6TH DISTRICT    Involved or Witness Officer: Involved
Immediate supervisor: SGT. CLARENCE MITCHELL

### Statement

OFFICER DERRICK BURMASTER'S USE OF FORCE STATEMENT:
A) ON SATURDAY, APRIL 10TH, 2021, AT OR ABOUT 9:35 P.M., I, OFFICER DERRICK P. BURMASTER, MANNING UNIT 647-B OF THE SIXTH POLICE DISTRICT, WAS INVOLVED IN AN OFFICER INVOLVED SHOOTING, WHICH OCCURRED AT A 1420 FELICITY STREET, NEW ORLEANS, LA. 70130.

THE FACTS AND CIRCUMSTANCES SURROUNDING THE ABOVE REPORTED INCIDENT ARE AS FOLLOWS:
I, OFFICER DERRICK BURMASTER, WAS DISPATCHED, VIA N.O.P.D. DISPATCH CHANNEL SIX, TO 1420 FELICITY STREET, IN ORDER TO INVESTIGATE A REPORT OF A FIGHT AT THE LOCATION. AS I WAS EN-ROUTE, THE DISPATCHER PROVIDED THE FOLLOWING PERTINENT INFORMATION REGARDING THE CALL: "CALLER STATES HE CAN HEAR HIS NEIGHBORS ACROSS THE STREET ARGUING."

I PROCEEDED TO THE CALL AND ACTIVATED MY BODY-WORN-CAMERA AND IN-CAR-CAMERA SYSTEM IN ORDER TO REMAIN FULLY OPEN AND TRANSPARENT IN MY DEALINGS WITH THE PUBLIC AND THE HANDLING OF CALLS FOR SERVICE.

UPON ARRIVAL AT THE LOCATION, I MET WITH A PERSON, BELIEVED TO BE THE INITIAL CALLER, WHO RELATED THERE WAS AN ARGUMENT TAKING PLACE ACROSS THE STREET. HE SAID HE HEARD A WOMAN YELLING AND ITEMS BREAKING. HE POINTED TOWARD THE BOTTOM LEFT APARTMENT OF 1420 FELICITY STREET AND SAID HE BELIEVED THE MATTER WAS DOMESTIC. I INFORMED THE MAN I WOULD HANDLE THE SITUATION. I CONSIDERED THE COMMENTS MADE BY THE MAN AND ELECTED TO WAIT FOR A BACK-UP UNIT, OFFICER JOHN ROUSSEL, TO ARRIVE BEFORE PROCEEDING FURTHER.

I WOULD LIKE TO NOTE, I HAVE BEEN A NEW ORLEANS POLICE OFFICER FOR OVER TWENTY YEARS. WITH THAT, I AM WELL AWARE OF THE DANGERS ASSOCIATED WITH ANIMALS WHILE RESPONDING TO CALLS FOR SERVICE. IT IS MY INTENTION TO NOT HARM AN ANIMAL OR TO GET HARMED BY AN ANIMAL. WITH THAT IN MIND, I TAKE PRECAUTIONS TO ENSURE MY SAFETY AS WELL AS THE SAFETY OF ANIMALS WHILE RESPONDING TO RESIDENCES. ONE TACTIC I EMPLOY IS TO MAKE A "KISS" SOUND EFFECT ON MY APPROACH TO HOUSES WHICH ARE SURROUNDED BY FENCES. THIS IS DONE IN ORDER TO SUMMON A DOG OR TO CAUSE A DOG TO MAKE ITSELF KNOWN TO ME. I LOOK FOR "BEWARE OF DOG" SIGNS AS WELL AS FOOD & WATER BOWLS WHICH WOULD INDICATE THE PRESENCE OF A DOG. ALSO, I AM AWARE DOGS ARE TERRITORIAL AND WILL DEFEND ANY AREA THEY CONSIDER TO BE UNDER THEIR DOMAIN. I ALSO CONSIDERED THE HOUSE WAS AN APARTMENT COMPLEX WHICH LOWERED MY EXPECTION OF A FREE ROAMING DOG BEING PRESENT BEHIND THE FENCE. IF THERE

[Add more statement]

### Officer

Name: DERRICK P. BURMASTER
Signature: [signed]    Date: 04/13/2021

### Reviewing supervisor

Last name: MITCHELL    First name: CLARENCE    Employee ID: 07838
Signature: [signed]    Date: 04/13/2021

Form 114B

CTN# 2021-0238-R
Exhibit __
Page __ of __

**EXHIBIT D**




**NEW ORLEANS POLICE DEPARTMENT**
**RESPONSE TO RESISTANCE REPORT** NIB/FIT UOF Tracking #:

Confidential

Required fields missing

## Statement Continuation Sheet

Item #: D-13802-21  Date/Time: 04/10/2021 /21:02
District: 6  Zone: A  Subzone: 03  Location: 1420 FELICITY STREET

### Statement (continued)

WERE ONE THERE IT WOULD HAVE TO BE EVEN-TEMPERED AND FRIENDLY TO BE ABLE TO DEAL WITH OTHER RESIDENTS AND GUESTS, I THOUGHT.

I CONSIDERED RESPONDING TO THE RESIDENCE TO BE MANDATORY BASED ON THE COMMENTS MADE BY THE MAN. NOT ADDRESSING THE ISSUE WOULD BE CONSIDERED A NEGLECT OF DUTY AND PUNISHABLE BY N.O.P.D. RULES AND REGULATIONS. SO, I ELECTED TO RESPOND TO THE CALL CAREFULLY BASED ON MY TRAINING AND OVER TWENTY YEARS OF EXPERIENCE.

OFFICER JOHN ROUSSEL ARRIVED ON-SCENE AT WHICH POINT I INFORMED HIM OF THE COMMENTS MADE BY THE ABOVE MENTIONED MAN. TOGETHER, MYSELF AND OFFICER ROUSSEL APPROACHED THE HOUSE WITH ME IN THE LEAD. I NOTED THE HOUSE WAS SURROUNDED BY AN IRON FENCE. THIS MADE ME CONSIDER THERE COULD POSSIBLY BE A DOG ROAMING ON THE OTHER SIDE. I MADE A "KISS" SOUND EFFECT SEVERAL TIMES IN ORDER TO CAUSE ANY DOG PRESENT IN THE YARD TO MAKE ITSELF KNOWN; NONE DID. ALSO, I DID NOT NOTICE ANY FOOD & WATER BOWLS PRESENT ON THE PROPERTY. WITH THAT, I COMMENTED ALOUD, "NO DOG." THIS COMMENT COULD BE HEARD WHILE REVIEWING MY BODY CAMERA FOOTAGE. ALSO, THE "KISS" NOISE WAS MADE BY ME SEVERAL TIMES AND COULD BE HEARD ON MY BODY-CAMERA WHILE I WAS ON MY APPROACH TO THE HOUSE. THESE MEASURES WERE TAKEN BY ME IN ORDER TO ENSURE MY SAFETY AS WELL AS THE SAFETY OF ANY DOGS PRESENT BEYOND THE GATE, IF ANY. IF A DOG HAD MADE ITSELF KNOWN, I WOULD HAVE TAKEN OTHER STEPS TO MAKE CONTACT WITH THE SUBJECTS OF THE CALL WITHOUT HAVING TO CONFRONT A POSSIBLY VICIOUS ANIMAL.

OFFICER JOHN ROUSSEL OPENED THE GATE AND WE WALKED-IN AND PROCEEDED TOWARD THE BOTTOM LEFT DOOR OF THE BUILDING. AS WE DID, WHILE SEVERAL FEET AWAY FROM THE GATE OPENING, I HEARD DOGS BARKING AND SAW THEM RAPIDLY ADVANCING TOWARD US FROM THE SECOND FLOOR BALCONY OF THE BUILDING. I OBSERVED OFFICER ROUSSEL RUNNING TOWARD THE GATE OPENING IN ORDER TO GET TO SAFETY FROM THE DANGEROUSLY AGGRESSIVE ANIMALS. I REALIZED I WOULD NOT MAKE IT ON FOOT TO THE GATE OPENING QUICK ENOUGH FROM MY POSITION. ALSO, THE FENCE HAD SPIKES WHICH MADE IT IMPOSSIBLE FOR ME TO SCALE QUICK ENOUGH TO EVADE THE DOGS. ALSO, THERE WAS NO ACCESS TO A HIGHER PLATFORM OR CAR TO JUMP ON TOP OF TO PROTECT MYSELF. THE LARGER OF THE TWO DOGS RAN TOWARD OFFICER ROUSSEL WHICH CAUSED ME TO FEAR HE WOULD BE ATTACKED FROM BEHIND WHILE THE SMALLER DOG RAN TOWARD ME. AT LEAST ONE OF THE DOGS WAS BARKING. FEARFUL AN ATTACK BY A DOG WAS IMMENENT AND COULD POSSIBLY CAUSE SERIOUS INJURY TO MYSELF, HAVING NO AVENUE OF ESCAPE TO SAFETY, I DREW MY DEPARTMENT ISSUED GLOCK 9 MM FIREARM AND FIRED UPON THE DOG CLOSEST TO ME. UPON DOING SO, THE LARGER DOG RETREATED WHICH ALLOWED ME TO ESCAPE FROM THE YARD VIA THE GATE OPENING WHERE OFFICER ROUSSEL HAD ALSO FLED.

ONCE ON THE OTHER SIDE OF THE GATE, OFFICER ROUSSEL INFORMED ME HE HAD BEEN HIT BY SHRAPNEL. I BELIEVED HE HAD BEEN HIT BY A BULLET FRAGMENT THAT SOMEHOW RICOCHETED OFF THE GROUND.

ONCE SAFE, I RADIOED THAT I HAD FIRED MY GUN AND STRUCK A DOG. NEW ORLEANS E.M.S. ARRIVED ON-SCENE AND TENDED TO OFFICER ROUSSELS SUPERFICIAL WOUND. THE HANDLING OF THIS INCIDENT WAS RECORDED USING THE OFFICER'S N.O.P.D. ISSUED BODY-WORN-CAMERA AND IN-CAR-CAMERA SYSTEM. THE VIDEO WAS LABELED USING THE ITEM NUMBER FOR THIS INCIDENT, D-13802-21.

Form 114B

CTN# 2021-0239-R
Exhibit E
Page 6 of 5



EXHIBIT D

RESET FORM

NEW ORLEANS POLICE DEPARTMENT
RESPONSE TO RESISTANCE REPORT    PIB/FIT UOF Tracking #

Confidential

Required fields missing

## Statement Continuation Sheet

Item #: D-13802-21   Date/Time: 04/10/2021 / 09:03
District: 6   Zone: E   Subzone: 07   Location: 1420 FELICITY STREET

### Statement (continued)

B) THE REASON FOR THE INITIAL POLICE RESPONSE WAS A CALL FOR SERVICE DISPATCH REGARDING A FIGHT AT THE LOCATION.

C) TWO DOGS WERE QUICKLY ADVANCING TOWARD ME WHILE BARKING. THIS ACT BY THE DOGS PLACED ME IN FEAR OF RECEIVING A BATTERY.

D) THE TWO DOGS WERE QUICKLY ADVANCING TOWARD ME WHILE BARKING. THIS ACT BY THE DOGS PLACED ME IN FEAR OF RECEIVING A BATTERY.

E) THE ONLY FORCE USED WAS THREE ROUNDS FIRED BY ME.

F) THE ONLY OFFICERS PRESENT AT THE TIME OF THE USE OF FORCE WERE MYSELF AND OFFICER JOHN ROUSSEL.

G) THE SUPERVISOR NOTIFIED OF THIS INCIDENT WAS SGT. CLARENCE MITCHELL. HE WAS NOTIFIED AT 9:43 P.M.

H) THE SUPERVISOR THAT RESPONDED TO THE SCENE WAS SGT. CLARENCE MITCHELL.

I) I AM NOT AWARE OF ANY CIVILIAN WITNESSES TO THIS INCIDENT.

J) I WAS NOT INJURED. OFFICER ROUSSEL SUFFERED A SUPERFICIAL WOUND.

K) MY BODY-WORN-CAMERA WAS ACTIVATED AND RECORDED THE INCIDENT. THE VIDEO WAS LABELED UNDER N.O.P.D. ITEM NUMBER D-13802-21

L) MY N.O.P.D. IN-CAR FORWARD FACING CAMERA WAS ACTIVATED AND THE VIDEO IS LABELED UNDER D-13802-21.

M) NO C.E.W. ACTIVATION OCCURRED.

Form 114B

CTN# 2021-0238-R
Exhibit E
Page

**EXHIBIT D**