# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

### *Ex Parte* Motion for Leave to File Reply in Support of Motion to Compel and for Discovery Sanctions Against Defendant Derrick Burmaster

Plaintiffs respectfully request leave of this Court to file the attached Reply Memorandum in response to Defendants' Opposition (R. Doc. 92) to Plaintiffs' Motion to Compel and for Discovery Sanctions. The attached memorandum addresses legal and factual concessions in Defendants' Opposition.

WHEREFORE, Plaintiffs pray that this Court enter an Order granting leave to file Plaintiffs' Reply, addressing issues in Defendants' Opposition.

Respectfully Submitted:

*/s/ William Most*

| | |
|---|---|
| WILLIAM MOST (La. Bar No. 36914) | TARAK ANADA (#31598) |
| DAVID LANSER (La. Bar No. 37764) | JONES WALKER LLP |
| MOST & ASSOCIATES | 201 St. Charles Avenue |
| 201 St. Charles Ave., Ste. 114, # 101 | New Orleans, Louisiana 70170-5100 |
| New Orleans, LA 70170 | Telephone: (504) 582-8322 |
| Tel: 504.509-5023 | Facsimile: (504) 589-8322 |
| Email: williammost@gmail.com | E-Mail: tanada@joneswaker.com |

1