# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## Plaintiffs' First Motions *in Limine*

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who, who respectfully request that this Court grant the following motion *in limine*.

In this Motion, Plaintiffs ask the Court to:

- bar any intimations of criminal conduct by Plaintiffs.

- allow the City Defendants to argue they are not liable for the shooting under *Monell*, but bar them from arguing that the shooting was justified.

- bar any references to NOPD training that Defendants did not produce in discovery.

- bar two surprise witnesses listed by Burmaster on his witness list that were never identified in initial disclosures.

- include Apollo's height and weight in the stipulated facts.

Based on the reasoning and evidence presented herein, Plaintiffs' ask the Court to grant their motion.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com