UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

****************************************************************************

## ORDER

Having duly considered Plaintiffs First Motions *in Limine,* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED. It is ordered that:

1. Defendants, Defendants' counsel, and Defendants' witnesses are prohibited from making any intimations of criminal conduct by Plaintiffs.

2. City Defendants and City Defendants' counsel, and City Defendants' witnesses are allowed to argue that the City is not liable for the shooting under *Monell*, but barred from arguing that the shooting was justified.

3. Defendants, Defendants' counsel, and Defendants' witnesses are prohibited from referring to or proffering NOPD training that Defendants did not produce in discovery.

4. Witnesses Precious Banks and Russell Green are struck from Burmaster's witness list.

5. The stipulated facts shall include that "Apollo was 17.7 inches tall, and weighed 22.3 pounds."

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA