UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CITY OF NEW ORLEANS' AND SHAUN FERGUSON'S INITIAL DISCLOSURES

NOW COMES, through undersigned counsel, Shaun Ferguson and the City of New Orleans, which pursuant to Fed. R. Civ. P. 26(a)(1)(A) hereby submits their initial disclosures:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment**

1. Mrs. Julie Barecki-Brown
   *Through counsel*
   William Most, Esq.
   Most & Associates
   201 St. Charles Avenue, Suite 114, # 101
   New Orleans, LA 70170
   (504) 509-5023
   *Mrs. Barecki-Brown has knowledge of the incident and her damages*

2. Mr. Derek Brown
   *Through counsel*
   William Most, Esq.
   Most & Associates
   201 St. Charles Avenue, Suite 114, # 101
   New Orleans, LA 70170
   (504) 509-5023
   *Mr. Brown has knowledge of the incident and his damages*

3. Officer Derrick Burmaster
   *Through counsel*
   C. Theodore Alpaugh, III
   Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
   639 Loyola Avenue, Suite 2130
   New Orleans, LA 70113
   (504) 529-4141
   *Officer Burmaster has knowledge of the incident*

4. Officer John Roussel
   1930 Martin Luther King Blvd
   New Orleans, LA 70113
   (504) 658-6060
   *Officer Roussel has knowledge of the incident*

5. Sergeant Debra N. Pruitt
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800
   *Sergeant Pruitt led the criminal investigation into the shooting*

6. Sergeant Clinton Givens
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800
   *Sergeant Givens assisted with the criminal investigation into the shooting*

7. Ms. Heather Kleen
   530 East Cook
   Columbus, OH 43214
   *Ms. Kleen has knowledge of the incident*

8. Sergeant Shannon Jones-Brewer
   715 South Broad Street
   New Orleans, LA 70119

   *Sergeant Jones-Brewer led the administrative investigation into the shooting*

9. Lieutenant John Helou
   1300 Poydras Street, Suite 1900
   New Orleans, LA 70112
   (504) 658-6800
   *Lieutenant Helou assisted with the administrative investigation into the shooting*

10. Mr. Michael Gottwald
    1432 Felicity Street
    New Orleans, LA 70130

    (804) 317-0918
*Mr. Gottwald heard Plaintiffs having a domestic dispute shortly before the incident*

11. Mr. Travis Hanson
    71783 Colosseum Street, Apt. O
    New Orleans, LA 70130
    (218) 839-33164
    *Mr. Hanson heard Plaintiffs having a domestic dispute shortly before the incident*

12. Ms. Lashay Robbins
    8901 Callegan Lane
    Morganza, LA 70759
    *Ms. Robbins processed the scene after the incident*

13. Ms. Charmaine Smith
    2219 Lakeshore Drive
    UNO Research and Technology Park, Building 1, Suite 200
    New Orleans, LA 70122
    *Ms. Smith assisted with processing the scene after the incident*

14. Ms. Kathryn Destreza
    1700 Mardi Gras Boulevard
    New Orleans, LA 70114
    *Ms. Destreza has knowledge of a postmortem radiograph taken of Apollo*

15. James Crosby
    1435 Oak Haven Road
    Jacksonville, FL 32207
    (904) 476-7655
    *Mr. Crosby is Plaintiffs' expert*

16. Daniel Paulsen, DVM
    Skip Bertman Drive
    Baton Rouge, LA 70803
    (225) 578-9777
    *Dr. Paulsen performed the necropsy on Apollo*

17. Any witness identified in Plaintiffs' initial disclosures

18. Any witness identified in Officer Burmaster's initial disclosures

19. Any witness identified in the criminal investigative report of the shooting

2. **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment**

1. Officer Burmaster's body worn camera footage

2. Public Integrity Bureau Criminal Investigation Report

3. Officer Burmaster's personnel file

4. Officer Burmaster's Civil Service file

5. Any document identified by any other party

3. **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered**

Not applicable

4. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment**

The City of New Orleans is a self-insured entity.

Respectfully submitted:

*/s/ Jonathan H. Adams*
**JONATHAN H. ADAMS, LSB #29061**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL, LSB #25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
Jonathan.Adams@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted to all parties in this case, through their respective counsels of record, via electronic mail, this 18th day of July 2022.

    */s/ Jonathan H. Adams*
        Jonathan H. Adams