UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RULE 26(a) INITIAL DISCLOSURES OF DEFENDANT, DERRICK BURMASTER**

**NOW COMES** Defendant, Derrick Burmaster ("Burmaster"), and submit the following as his Rule 26(a)(1) Initial Disclosures. These disclosures are based on information reasonably available to Burmaster, and he reserves his right to revise, correct or clarify these disclosures if necessary.

**I.    PERSONS WITH DISCOVERABLE INFORMATION**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), the persons identified below are likely to have discoverable information that Burmaster may use to support his claims or defenses.

1. Defendants herein;

2. Plaintiff herein;

3. Any and all other witnesses and/or persons involved in the subject incidents or the investigation of same and any and all other witnesses involved in the subject incident as further discovery may produce;

4. Any and all expert witnesses retained in the future and in accordance with the Court's scheduling order;

      5.      Any witnesses needed for impeachment purposes or to authenticate documents and/or evidence.

      6.      Any witness listed or used by any other party.

      7.      Any person later identified during the course of discovery.

Defendant reserves the right to amend and/or supplement this list as discovery progresses.

## II. DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), the following is a description, by category and location, of documents in the possession, custody or control of Burmaster that may be used to support his claims or defenses.

      1.      The PIB criminal report regarding Complainant's complaint against Burmaster.

      2.      Burmaster Miranda rights

      3.      Body worn camera and in-car camera video;

      4.      Video of Burmaster's criminal statement at PIB;

      5.      Documents produced by any party hereto;

      6.      Depositions of any witness unavailable for trial; and,

      7.      Any document listed or used by any other party.

Defendant reserves the right to amend and/or supplement this list as discovery progresses.

## III. DAMAGE COMPUTATIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), Burmaster has asserted the right to recover attorney's fees pursuant to 42 U.S.C. § 1988. The computation of the amount of fees and costs is premature.

Defendant reserves the right to amend and/or supplement this list as discovery progresses.

**IV.    INSURANCE DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), Burmaster has no insurance that is applicable to the claims asserted in this matter.

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Burmaster reserve the right to supplement, correct and/or amend the disclosures herein as the case progresses.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:    cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of July, 2022 the foregoing Initial Disclosures were sent electronically to all counsel of record.

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Email: cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**

D:\GBSA, L.L.P\CTAData - Documents\CTA CORP CLIENTS\FOP.Burmaster, Derrick\Discovery\Burmaster Initial Disclosures.wpd