UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

**********************************************************************************

## **ORDER**

Considering the foregoing *Motion to Strike Burmaster's Answer*, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. Burmaster's Answer is struck. He is deemed to deny all allegations of the Second Amended Complaint, and all affirmative defenses are waived.

Signed in New Orleans, Louisiana, on this _____ of _____, 2023.

_____