**Gmail**                                                                    William Most <williammost@gmail.com>

---

## Brown v. Burmaster: Answer

**William Most** <williammost@gmail.com>                                    Tue, Mar 7, 2023 at 12:49 PM
To: "C. Theodore Alpaugh III" <cta@gustebarnett.com>
Cc: "Anada, Tarak" <tanada@joneswalker.com>, Hope Phelps <hopeaphelps@outlook.com>

Ted,

I'll also note that in discovery, your client conceded that he had no facts to support his third affirmative defense of prescription, and so said that the "Third Defense will be withdrawn." But that affirmative defense has been raised again in the most recent answer.

Other affirmative defenses are absurd on their face. The Fifthteenth Defense claims that "if Plaintiffs sustained any damage, which is denied, said damage was in no way caused by or contributed to by any act of Defendant." But your client killed our clients' dog. Your client may not think he is *liable* for that death, but he certainly *caused* the death.

Let's talk tomorrow about how much time your client needs to file an amended, good faith answer that complies with the obligations of the Federal Rules.

Thank you,

William

On Sun, Mar 5, 2023 at 8:45 PM William Most <williammost@gmail.com> wrote:
> Ted,
>
> Let's meet and confer tomorrow about your client's answer. Your client has denied basic factual statements as "conclusions of law" or for lack of knowledge, when that isn't true.
>
> For example, your client denies the allegation (para. 58) that "Burmaster had a TASER on his person, but did not use it" because it contains "alleged conclusions of law and, as such, do not require responsive pleading." There are no conclusions of law there.
>
> He denies the allegation (para.11) that "NOPD's Use of Force Review Board also concluded that Burmaster's shooting of Apollo was unjustified" because of "lack of sufficient information," even though he very well knows the answer.
>
> He denies the allegation (para. 39) that "Burmaster struck Apollo with one of the rounds," even though he has repeatedly admitted that in interviews.
>
> He denies direct quotations from NOPD's policy manual (like Paragraph 53) as containing "alleged conclusions of law." A quotation of a manual is not a conclusion of law.
>
> Other responses seem to be either mistaken or directly adverse to your client's interests. For example, your answer denies the allegation (para. 105) that "Burmaster was acting within the scope of his employment with the New Orleans Police Department." (The answer also denies that the City of New Orleans should indemnify your client. Para. 111.)
>
> One of the core purposes of an answer is to determine which facts are genuinely in dispute, to reduce the burden of litigation on the parties. This answer reflects a complete failure to engage with the facts.
>
> It is our intent to move for sanctions if your client will not participate in litigation as the rules require.
>
> Thank you,
>
> William
>
> On Sun, Mar 5, 2023 at 12:03 PM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:
>> William:

Sorry I didn't get this done last week.  I will be filing an Answer shortly.


Ted


**From:** C. Theodore Alpaugh III
**Sent:** Tuesday, February 14, 2023 3:13 PM
**To:** William Most <williammost@gmail.com>
**Cc:** Anada, Tarak <tanada@joneswalker.com>; Hope Phelps <hopeaphelps@outlook.com>
**Subject:** RE: Brown v. Burmaster: Answer


I will give it a shot.  I will be tied up in trial prep that week.


**From:** William Most <williammost@gmail.com>
**Sent:** Tuesday, February 14, 2023 3:11 PM
**To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
**Cc:** Anada, Tarak <tanada@joneswalker.com>; Hope Phelps <hopeaphelps@outlook.com>
**Subject:** Re: Brown v. Burmaster: Answer


How about by March 1 to be safe?


On Tue, Feb 14, 2023 at 2:54 PM C. Theodore Alpaugh III <cta@gustebarnett.com> wrote:

> Not anytime soon.  Between a Fifth Circuit appellant brief, depositions and Mardi Gras, it will be maybe late next week at the earliest.
>
>
> **From:** William Most <williammost@gmail.com>
> **Sent:** Tuesday, February 14, 2023 11:44 AM
> **To:** C. Theodore Alpaugh III <cta@gustebarnett.com>
> **Cc:** Anada, Tarak <tanada@joneswalker.com>; Hope Phelps <hopeaphelps@outlook.com>
> **Subject:** Brown v. Burmaster: Answer
>
>
> Ted,
>
>
> I'm not seeing that Burmaster filed an answer to the Second Amended Complaint. When could you do that by?
>
>
> Thank you!
>
>
> William

--

William Most

Most & Associates

mostandassociates.com

(504) 509-5023