**William Most <williammost@gmail.com>**

## Brown v. Burmaster: Notes of Meeting

**William Most** <williammost@gmail.com>                                    Fri, Mar 10, 2023 at 8:30 PM
To: "C. Theodore Alpaugh III" <cta@gustebarnett.com>, James M Roquemore <James.Roquemore@nola.gov>, "Anada, Tarak" <tanada@joneswalker.com>, Hope Phelps <hopeaphelps@outlook.com>, "Mauer, Christine" <cmauer@joneswalker.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Jim and Ted,

Thanks for conducting the R. Doc. 63-1 meeting today. Here are my notes; please let me know if your understanding is different or I am missing anything.

- Go over draft PTO, to work on "arriving at all possible stipulations" i.e., undisputed facts.
    - **Plaintiffs have circulated a draft. Defendants will redline and return, and we will meet 4:00pm next Wednesday via Zoom to confer. Link:** https://us02web.zoom.us/j/83571573509
- Discuss trial length, and possibility of doing voir dire friday before.
    - **The parties agreed to contact the court about expanding to four days, and/or doing voir dire the Friday before. The attorneys also agreed to talk to their clients about the possibility of doing the trial as a bench trial.**
- Counsel should make a reasonable effort to ascertain that the Court has jurisdiction.
    - **The parties agreed there is no dispute over the Court's federal question jurisdiction, so long as there are live 1983 claims.**
- Correctness of identity of legal entities; necessity for appointment of tutor, guardian, administrator, executor, etc., and validity of appointment if already made; correctness of designation of party as partnership, corporation or individual d/b/a trade name.
    - **The parties agreed that the City/Woodfork-in-her-official capacity are one entity. Plaintiffs proposed dismissing Ferguson in his individual capacity, and no defendant objected.**
- Questions of misjoinder or nonjoinder of parties.
    - **No party raised any issue of mis- or non-joinder.**
- Come up with timeline for exchanging drafts of PTO.
    - **Defendants will provide redlines to Plaintiff before the Wednesday meeting.**
- Confer about Burmaster's answer, in advance of motion to strike.
    - **If Burmaster is going to amend his answer, he will do so by next Wednesday.**
- Confer about consent to motions in limine:
    - 
        - bar any intimations of criminal conduct by Plaintiffs. **Defendants will indicate any opposition by Monday.**
        - allow the City Defendants to argue they are not liable for the shooting under Monell, but bar them from arguing that the shooting was justified. **The City opposes.**
        - bar arguments appealing to jurors' pecuniary interests as taxpayers. **Defendants will indicate any opposition by Monday.**
        - bar any references to Defendants' financial inability to pay. **Defendants will indicate any opposition by Monday.**
        - Bar any references to training documents not produced in discovery.
        - **The City Opposes.**

Thank you,

William

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023