**MINUTE ENTRY**
**FALLON, J.**
**MARCH 16, 2023**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **BURMASTER, ET AL** | **SECTION "L" (4)** |

    A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. William Brock Most participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. Chester Theodore Alpaugh, III participated on behalf of Defendant Derrick Burmaster. James Roquemore participated on behalf of Shaun Ferguson and the City of New Orleans. Counsel requested that they be able to add an extra day to the trial to present more witnesses; the Court assented. The parties also discussed the submission dates of recently filed motions.

    **IT IS ORDERED** that, with regards to the recently submitted motions by Plaintiffs (R. Doc. 94 and R. Doc. 95), the submission date be set as Friday, March 24. Defendants shall have until Tuesday, March 21 to file memoranda in opposition, and Plaintiffs thereafter may file a reply any time prior to submission.

JS10 (00:08)