UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Plaintiffs' Witness & Exhibit List**

In R. Doc. 63, this Court required that the parties "file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than March 18, 2023." This document provides Plaintiffs exhibit and witness lists.

1. Exhibits

    a. Joint Exhibits

| Number | Description | Bates Range |
|---|---|---|
| J1 | **Burmaster Body Worn Camera Footage**<br>*Filename: 18. (Clip_1.1)_1420_FELICITY_STREET-2 (Burmaster BWC)* | |
| J2 | **Roussel Body Worn Camera Footage**<br>*Filename: 43. Roussel BWC (Clip_1.1)_1420_Felicity_Street* | |
| J3 | **Photo of Apollo After Shooting**<br>*Filename: 28 (Old 25). LRR_0007 (1)* | |
| J4 | **NOPD Operations Manual Chapter 1.3**<br>*Filename: Chapter-1-3-Use-of-Force-Effective-4-1-2018*<br>*Revised: 04/01/2018* | JOINT 000001-10 |
| J5 | **NOPD Operations Manual Chapter 1.7.1**<br>*Filename: 32 (Old 22). Chapter-1-7-1-Conducted-Energy-Weapon-EFFECTIVE-12-6-20* | JOINT 000011-26 |

1

| | | |
|---|---|---|
| J6 | **NOPD Operations Manual Chapter 41.10**<br>*Filename: 33. Uniform Policy* | JOINT 000027-30 |
| J7 | **NOPD Operations Manual Chapter 41.11**<br>*Filename: 34. Chapter-41-11-Body-Armor-EFFECTIVE-1-14-18* | JOINT 000031-33 |

      b. <u>Plaintiffs' Exhibits</u>

| | Description and Anticipated Witness | Bates Range |
|---|---|---|
| P1 | **Photo of Apollo**<br>Filename: 607316a908202.image<br>Anticipated Witness: Browns, Burmaster | |
| P2 | **Photo of Apollo**<br>Filename: 607316df6133d.image<br>Anticipated Witness: Browns, Burmaster | |
| P3 | **Photo of Apollo (February 20, 2021)**<br>Filename: 20210220_143457<br>Anticipated Witness: Browns, Burmaster | |
| P4 | **Photo of Apollo (February 20, 2021)**<br>Filename: 20210220_145746<br>Anticipated Witness: Browns, Burmaster | |
| P5 | **Photo of Apollo (February 20, 2021)**<br>Filename: 20210220_152808<br>Anticipated Witness: Browns, Burmaster | |
| P6 | **Adoption Contract**<br>Filename: Adoption Contract<br>Anticipated Witness: Derek Brown | PLAINTIFFS 000001-2 |
| P7 | **Photo of Apollo post-shooting (April 11, 2021)**<br>Filename: 20210314_134930_02<br>Anticipated Witness: Browns, Burmaster | |
| P8 | **Photo of Apollo and Cat (March 21, 2021)**<br>20210321_101018<br>Anticipated Witness: Browns, Burmaster | |
| P9 | **Photo of Apollo**<br>Filename: 9. Photo of Apollo<br>Anticipated Witness: Browns, Burmaster, Roussel | |

| | | |
|---|---|---|
| P10 | **Photo of Apollo (Taken April 1, 2021)**<br>Filename: 20210401_095704<br>Anticipated Witness: Browns, Burmaster, Roussel | |
| P11 | **Autopsy of Apollo**<br>Filename: 11. Autopsy<br>Anticipated Witness: Crosby | PLAINTIFFS 000003-6 |
| P12 | **DOJ Training**<br>Filename: 12. Ex. C - The-Problem-of-Dog-Related-Incidents-and-Encounters-2011<br>Anticipated Witness: Duplantier, Crosby | PLAINTIFFS 000007-58 |
| P13 | **NOPD Training**<br>Filename: 13. The Problem of Dog-Related Incidents and Encounters<br>Anticipated Witness: Duplantier, Crosby | PLAINTIFFS 000059-70 |
| P14 | **Burmaster PIB Short Form**<br>Filename: 14. Burmaster Short Form (-)<br>Anticipated Witness: Helou | PLAINTIFFS 000071-79 |
| P15 | **Crime Scene Photo of House and Gate**<br>Filename: LRR_0003 (1)<br>Anticipated Witness: Burmaster | |
| P16 | **Crime Scene Photo of House**<br>Filename: P16. LRR_0004 (1)<br>Anticipated Witness: Burmaster | |
| P17 | **Crime Scene Photo of Apollo Dead**<br>Filename: LRR_0007 (1)<br>Anticipated Witness: Burmaster, Crosby | |
| P18 | **Crime Scene Photo of Gate and Chickenwire**<br>Filename: LRR_0014<br>Anticipated Witness: Burmaster | |
| P19 | **Description of Burmaster 2012 Dog Shooting**<br>Filename: Burmaster 2012 Dog Shooting Summary<br>Anticipated Witness: Burmaster, Helou | PLAINTIFFS 000080-81 |
| P20 | **PIB Administrative Shooting Investigation**<br>Filename: ASI 2021-03 Investigation_Redacted_OCR (-)<br>Anticipated Witness: Brewer, Pruitt | PLAINTIFFS 000082-100 |

| | | |
|---|---|---|
| P21 | **UFRB PowerPoint Presentation**<br>Filename: ASI 2021-03 Derrick Burmaster 1<br>Anticipated Witness: Goodly | |
| P22 | **Video of Use of Force Review Board Hearing**<br>Filename: Burmaster - UOFRB August 19, 2021 Audio<br>Anticipated Witness: Goodly | |
| P23 | **Recording of Burmaster Admin. Interview**<br>Filename: 23B. 802_0310 (1)<br>Anticipated Witness: Burmaster | |
| P24 | **PIB Burmaster Long Form**<br>Filename: P24. Burmaster Long-Form PIB Report_OCR<br>Anticipated Witness: Helou | PLAINTIFFS 000101-119 |
| P25 | **Video of Burmaster Criminal Interview**<br>Filename: 25 (Old 24). 1340_Poydras_Street,_Suite_1900-2 (Burmaster) (-)<br>Anticipated Witness: Burmaster | |
| P26 | **Incident Report from 2012 Dog Killing**<br>Filename: P26 (Old 24). Burmaster 2012 Use of Force Report<br>Anticipated Witness: Burmaster, Helou | PLAINTIFFS 000120-122 |
| P27 | *State v. Loicana*<br>Filename: State v. Loicana, 254 So. 3d 761<br>Anticipated Witness: Helou | PLAINTIFFS 000123-132 |
| P28 | **Record of Participants in NOPD Dog Training**<br>Filename: P28. October 2019 The Problem of Dog-Related Incidents and Encounters Test Result Summary<br>Anticipated Witness: Burmaster | PLAINTIFFS 000133-147 |
| P29 | **UFRB Minutes and Recommendations**<br>Filename: (Old 26). ASI2021-03 Minutes and Training Recommendations<br>Anticipated Witness: Goodly | PLAINTIFFS 000148-150 |
| P30 | **Animal Firearm Discharge List**<br>Filename: (old 21). Animal Firearm Discharge List Last 10 Years<br>Anticipated Witness: Helou | PLAINTIFFS 000151 |
| P31 | **PIB Criminal Investigatory Report**<br>Filename: Criminal Investigation D-13802-21_Redacted<br>Anticipated Witness: Pruitt | PLAINTIFFS 000152-188 |

| | | |
|---|---|---|
| P32 | **Burmaster Insight Report**<br>*Filename: 38. - Burmaster Insight Report*<br>Anticipated Witness: Helou | PLAINTIFFS 000189-230 |
| P33 | **Burmaster List of Shootings**<br>*Filename: 42. - Burmaster ASI Report*<br>Anticipated Witness: Helou | PLAINTIFFS 000231 |
| P34 | **NOPD Diagrams**<br>Filename: NOPD Diagrams<br>Anticipated Witness: Brewer, Pruitt | PLAINTIFFS 000232-235 |
| P35 | **John Wick Facebook Post**<br>*Filename: John Wick (Facebook)*<br>Anticipated Witness: Burmaster | |
| P36 | **Photo of Roussel Injury**<br>*Filename: LRR_0068*<br>Anticipated Witness: Roussel | |
| P37 | **Photo of Roussel Injury**<br>*Filename: LRR_0069*<br>Anticipated Witness: Roussel | |
| P38 | **WWLTV Video**<br>*Available at: https://www.wwltv.com/article/news/local/they-killed-a-puppy-new-orleans-officer-shoots-rescue-puppy-while-investigating-call/289-d6180de6-4e53-4fb7-b7be-55d916ddd47d*<br>Anticipated Witness: Plaintiffs | |
| P39 | **Video from Laurenia NOLA**<br>*Available at: https://www.instagram.com/p/CM7kWaGgYtU/?hl=en*<br>Anticipated Witness: Plaintiffs | |
| | Any document listed or used as an exhibit by any other party. Any document needed for impeachment. | |

**Witness List**

2. <u>Plaintiffs' Will-Call:</u>

    a. **Derek Brown**
        i. Address: Contact through counsel.
        ii. Will testify regarding the incident, Apollo, and the emotional distress he suffered when Apollo was killed.
    b. **Julia Barecki-Brown**
        i. Address: Contact through counsel.
        ii. Will testify regarding the incident, Apollo, and the emotional distress she suffered when Apollo was killed.
    c. **Christopher Goodly**
        i. Address: Contact through NOPD counsel.
        ii. Mr. Goodly was designated by NOPD as a 30(b)(6) witness and has been designated by Plaintiffs as a non-retained expert. Goodly is expected to provide expert testimony regarding the issues, investigation, and findings related to Defendant Derrick Burmaster's shooting of Apollo. He is expected to provide expert testimony regarding his knowledge of the investigation and findings of the Public Integrity Bureau and Use of Force Review Board. He is expected to opine as to Defendant Burmaster's perception of a threat, and what kind of force was justified by the threat in existence.
    d. **Jim Crosby**
        i. Address: 1435 Oak Haven Rd., Jacksonville, Florida 32207
        ii. Plaintiffs' retained expert. Mr. Crosby is expected to testify consistent with his expert report regarding Burmaster's shooting of Apollo, alternative actions Burmaster could have taken, and NOPD's training and supervision of Burmaster.
    e. **John Roussel**
        i. Address: Contact through NOPD counsel.
        ii. Will testify about the incident that he witnessed, and what alternative measures were available.
    f. **Derrick Burmaster**
        i. Address: Contact through counsel.
        ii. Will testify about the actions he took, why he shot Apollo, what he observed, and why he did not take alternative actions

3. <u>Plaintiffs' May-Call:</u>

    a. **Shannon Jones-Brewer**
        i. Address: Contact through NOPD counsel.
        ii. NOPD 30(b)(6) witness. Will testify about the ASI investigation, the evidence gathered, Burmaster's credibility, etc.
    b. **Deborah Pruitt**
        i. Address: Contact through NOPD counsel.

  ii. NOPD 30(b)(6) witness. Will testify about the criminal investigation, the evidence gathered, Burmaster's credibility, Apollo's aggression and threat, whether she would have drawn her gun or shot Apollo, etc.

c. **Holly Williams**
   i. 24191 Fletcher Cutoff Rd., Pontchatoula, LA, 70454
   ii. Will testify about the Browns' adoption of Apollo from Trampled Rose, her observations of Apollo's behavior, her observations of the Browns' emotional connection to Apollo.

d. **Marcus Gandy**
   i. Address:
   ii. Will testify about the Browns' adoption of Apollo from Trampled Rose, her observations of Apollo's behavior, his observations of the Browns' emotional connection to Apollo.

e. **Elizabeth Berk**
   i. Address: 4011 Baronne St, New Orleans, LA 70115
   ii. The Browns' therapist, Ms. Berk will testify about the emotional distress experienced by the Browns after Apollo's death.

f. **Dr. Daniel B. Paulsen, Dr. Kristin Vyhnal, or LADDL Asst. Director Dr. Maria S. Mitchell** of the Louisiana Animal Disease Diagnostic Laboratory
   i. Address: Louisiana State University River Road, Room 1043 Baton Rouge LA 70803.
   ii. Will testify about the autopsy of Apollo

g. **John Helou**
   i. Address: Contact through NOPD counsel.
   ii. NOPD 30(b)(6) witness. Will testify about Burmaster's history of force, discipline, and complaints, Apollo's aggression and threat, and whether he would have drawn his gun or shot Apollo.

h. **David Duplantier**
   i. Address: Contact through NOPD counsel.
   ii. NOPD 30(b)(6) witness. Will testify about NOPD training and development of training, Apollo's aggression and threat, and whether he would have drawn his gun or shot Apollo.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com