**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS'**
**WITNESS AND EXHIBIT LIST**

Defendants, the City of New Orleans, Shaun Ferguson, in accordance with the Court's

scheduling order [Doc. 63], file the following list of witnesses who may or will be called to testify

at trial and a list of exhibits that may or will be used at trial.

A. **WITNESS LIST**

    a. City's Will-Call:

        i. Shannon Jones Brewer
           1. Address: Contact through counsel for City of New Orleans.
           2. Will testify as to the facts; the Public Integrity Bureau; the Use of Force Board; NOPD's disciplinary investigation of Officer Burmaster; Officer Burmaster's use of force.

        ii. David Duplantier
           1. Address: Contact through counsel for City of New Orleans.
           2. Will testify as a fact witness and non-retained expert about the following: NOPD training as to use of force with regard to animal encounters; NOPD standards and practice as to use of force in animal encounters; Officer Burmaster's use of force in this instance.

        iii. John Helou
           1. Address: Contact through counsel for City of New Orleans.
           2. Will testify as a fact witness and non-retained expert about the following: Officer Burmaster's employment history and NOPD's

supervision of Officer Burmaster; Officer Burmaster's use of force; and prior incidents by NOPD with animals.

    b.  City's May-Call:

        i.  Debra Pruitt
1. Address: Contact through counsel for City of New Orleans.
2. Sgt. Pruitt may testify as a fact witness and non-retained expert as to: the facts in this case; the investigation conducted by the Public Integrity Bureau; the use of force by Officer Burmaster in this case.

        ii.  Chris Goodly
1. Address: Contact through counsel for City of New Orleans.
2. May testify as fact witness and non-retained expert about: the incident; Burmaster's use of force; NOPD's investigation regarding use of force; NOPD's policies, customs, and practice regarding use of force; use of force with respect to animals; training as to use of force; supervision of Officer Burmaster.

    c.  Any witness listed or called by any other party.

## B. **EXHIBIT LIST**

**1.** Joint Exhibits

| Number | Description | Bates Range |
|---|---|---|
| J1 | **Burmaster Body Worn Camera Footage**<br>*Filename: 18. (Clip_1.1)_1420_FELICITY_STREET-2 (Burmaster BWC)* | |
| J2 | **Roussel Body Worn Camera Footage**<br>*Filename: 43. Roussel BWC (Clip_1.1)_1420_Felicity_Street* | |
| J3 | **Photo of Apollo After Shooting**<br>*Filename: 28 (Old 25). LRR_0007 (1)* | |
| J4 | **NOPD Operations Manual Chapter 1.3**<br>*Filename: Chapter-1-3-Use-of-Force-Effective-4-1-2018*<br>*Revised: 04/01/2018* | JOINT 000001-10 |
| J5 | **NOPD Operations Manual Chapter 1.7.1**<br>*Filename: 32 (Old 22). Chapter-1-7-1-Conducted-Energy-Weapon-EFFECTIVE-12-6-20* | JOINT 000011-26 |

| | | |
|---|---|---|
| J6 | **NOPD Operations Manual Chapter 41.10**<br>*Filename: 33. Uniform Policy* | JOINT 000027-30 |
| J7 | **NOPD Operations Manual Chapter 41.11**<br>*Filename: 34. Chapter-41-11-Body-Armor-EFFECTIVE-1-14-18* | JOINT 000031-33 |

**2.** City Defendants' Exhibits

| Number | Description and Anticipated Witness | Bates Range |
|---|---|---|
| C1 | Electronic presentation of PowerPoint presentation by Brewer – Administrative Shooting Investigation, ASI 2021-03, CTN #2021-0238-R<br>Anticipated Witness(s): Brewer, Helou, Goodly. | In hard copy form, this exhibit is numbered City Defendants 002715 - 002729 |
| C2 | New Orleans Police Department, Education and Training Division, Training Action Plan (TAP), PTTR # Item D-13802-21, date 10-12-2020,<br>Anticipated Witness(s): Duplantier. | City Defendants 002711 – 002714. |
| C3 | Officer Burmaster's training records.<br>Anticipated Witness(s): Duplantier, Helou, Goodly. | City Defendants 003646-003650 |
| C4 | NOPD slide presentation – The Problem of Dog-Related Incidents and Encounters.<br>Anticipated Witness(s): Duplantier. | City Defendants 003625-003630 |
| C5 | List of NOPD uses of force against animals since 2012 (City Defendants – 1790).<br>Anticipated Witness(s): Helou. | City Defendants 003651-003665 |
| C6 | Records relating to ASI2012-0001 (Burmaster)<br>Anticipated Witness(s): Helou. | City Defendants 001790 |
| C7 | Records relating to I-16870-12 (2012 - Demond) Davis animal use of force)<br>Anticipated Witness(s): Helou. | City Defendants 001791-001792 |
| C8 | Records relating to ASI # 2015-02 (2015 – Ryan Morgan use of force on animal)<br>Anticipated Witness(s): Helou. | City Defendants 002209-002219 |
| C9 | Records relating to ASI # 2016-02 (2016 – Travis Stokes use of force on animal)<br>Helou. | City Defendants 001793-001804 |
| C10 | Records relating to ASI # 2016-04 (2016 – Nigel Daggs use of force on animal)<br>Helou. | City Defendants 001822-001852 |

| C11 | Records relating to ASI # 2018-03 (2018 Jerome D. Newsome use of force upon animal)<br>Anticipated Witness(s): Helou. | City Defendants 001853-001890 |
|---|---|---|
| C12 | Records relating to PIB Control Number FTN2020-0003 (2020 Gregory C. Rotton use of force upon an animal)<br>Anticipated Witness(s): Helou. | City Defendants 001891-001949 |
| C13 | Training list for 2019-10-OCT-DTB<br>Anticipated Witness(s): Duplantier, Goodly, Helou. | City Defendants 001950-001993 |
|  | Any document listed or used as an exhibit by any other party.<br><br>Any document needed for impeachment, rebuttal or refreshing a witness' recollection. |  |

Respectfully submitted:

*/s/ James M. Roquemore_____*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*