UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-847** |
| **DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS** | **SECTION: "L" (4)** |

## ORDER

Considering **Plaintiff's Motion to Compel and for Sanctions Against Defendant Derrick Burmaster (R. Doc. 86)**,

The Court finds that Plaintiffs' motion is simply untimely. Plaintiffs filed the instant motion on March 5, 2023, **ten (10) days** before the discovery deadline on March 15, 2023. Plaintiffs first propounded discovery requests to Defendant Burmaster on June 30, 2022 and have known that his responses were deficient since September 7, 2022, when they received his responses. Therefore, Plaintiffs have waited over five (5) months since the original meet-and-confer on September 16, 2022 before filing this instant motion. Plaintiffs should have sought relief long before now, as the discovery deadline has closed, and trial is set to commence on April 3, 2023.

**IT IS ORDERED** that the Plaintiffs' **Motion to Compel and for Sanctions Against Defendant Derrick Burmaster (R. Doc. 86) is DENIED.**

New Orleans, Louisiana, this 17th day of March 2023.

**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**