# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| **versus** | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WITNESS AND EXHIBIT LIST OF DERRICK BURMASTER

**NOW COMES** Defendant, Derrick Burmaster, and  in accordance with the Court's scheduling order [Doc. 63], file the following list of witnesses who may or will be called to testify at trial and a list of exhibits that may or will be used at trial:

      A.    **WITNESSES**

          1.    Burmaster's Will-Call:

**Derrick Burmaster**
715 S. Broad Street
New Orleans, Louisiana 70113
Officer Burmaster is a party to this lawsuit and will testify regarding his background, experience, training and events relating to the claims of the plaintiff herein.

**David Duplantier**
715 S. Broad Street
New Orleans, Louisiana 70113
Sgt. Duplantier will testify as a fact witness and a non-retained expert regarding his background, training, role and history at the NOPD Training Academy, the findings of the Public Integrity Bureau regarding same, NOPD training in use of force, including against animals, the level of threat, and the level of force justified his review of the incident made the basis of this lawsuit, his meeting with Officer Burmaster, the level of force used and its reasonableness; and, whether Officer Burmaster violated any training or policy of the NOPD and his observations and recommendations and the basis

therefor.

2.      Burmaster's May-Call:

**John Roussel**
715 S. Broad Street
New Orleans, Louisiana 70113
Officer Roussel may testify regarding his background, experience and events relating to the claims of the plaintiff herein.

**Deborah Pruitt**
715 S. Broad Street
New Orleans, Louisiana 70113
Sgt. Pruitt may testify both as a fact witness and as a non-retained expert regarding her background, experience and events relating to the claims of the plaintiff herein; the findings of the Public Integrity Bureau regarding same; the level of threat; and the level of force justified.

**Precious Banks**
715 S. Broad Street
New Orleans, Louisiana 70113
Captain Banks is currently the Commander of the Public Integrity Bureau and will testify regarding her knowledge of the incident and subsequent investigation.

**Russell Green**
715 S. Broad Street
New Orleans, Louisiana 70113
Officer Green may testify regarding his background, experience and events relating to the claims of the plaintiff herein, including but not limited to encounters with dogs while working the street.

In addition, Burmaster may call:

1.      Any witness listed on Plaintiff's Witness and Exhibit List;

2.      Any witness listed on any Defendant's Witness and Exhibit List;

3.      Any witnesses needed for impeachment purposes; and,

4.      Any witness listed or called by any other party.

**B.**     **EXHIBITS**

| J1 | Burmaster Body Worn Camera Footage<br>Filename: 18. (Clip_1.1)_1420_FELICITY_STREET-2 (Burmaster BWC) |
|----|----|
| J2 | Roussel Body Worn Camera Footage<br>Filename: 43. Roussel BWC (Clip_1.1)_1420_Felicity_Street |
| J3 | Photo of Apollo After Shooting<br>Filename: 28 (Old 25). LRR_0007 (1) |
| J4 | NOPD Operations Manual Chapter 1.3<br>Filename: Chapter-1-3-Use-of-Force-Effective04/01/2018 |
| J5 | NOPD Operations Manual Chapter 1.7.1<br>Filename: 32 (Old 22). Chapter-1-7-1-Conducted-Energy-Weapon-EFFECTIVE-12-6-20 |
| J6 | NOPD Operations Manual Chapter 41.10<br>Filename: 33. Uniform Policy |
| J7 | NOPD Operations Manual Chapter 41.11<br>Filename: 34. Chapter-41-11-Body-Armor-EFFECTIVE-1-14-18 |

| B1 | Documents from Burmaster's personnel records. |
|----|----|
| B2 | Documents from Burmaster's personnel records. |
| B3 | Documents from Burmaster's personnel records. |
| B4 | Documents from Burmaster's personnel records. |
| B5 | Burmaster Training Records |
| B6 | Burmaster's Officer Force Statement. |

In addition, Burmaster may use:

1.    The deposition of any witness who is unavailable for trial and/or for impeachment purposes;

2.    Any document listed or used as an exhibit by any other party;

3.    Any document needed for impeachment, rebuttal or refreshing a witness' recollection.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:         cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**

D:\GBSA, L.L.P.\CTAData - Documents\CTA CORP CLIENTS\FOP.Burmaster, Derrick\Pleadings\LST.witness.exhibits.CTA.03172023.wpd