UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| versus | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

**NOW COMES** Defendant, Derrick Burmaster ("Burmaster"), who moves for summary judgment in his favor. Burmaster is entitled to qualified immunity from Plaintiff's claims as there was no violation of Plaintiff's constitutional rights. Alternatively, even assuming a constitutional violation occurred—which is denied—Plaintiff cannot demonstrate that Burmaster's alleged conduct violated a constitutional right that was clearly established at the time of the challenged conduct. Further, plaintiff has not established the basis for a claim for punitive or exemplary damages.

Plaintiff's claims should be dismissed, with prejudice.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:   (504) 529-4141
Facsimile:   (504) 561-0326
Email:   cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**