UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

**Exhibit "B" - Burmaster Body Worn Camera Video**