```
 1
 2                UNITED STATES DISTRICT COURT
 3          EASTERN DISTRICT FOR THE STATE OF LOUISIANA
 4
 5     * * * * * * * * * * * * * * * * * * * * * * * * *
 6
 7                     DEREK BROWN and
 8                    JULIA BARECKI-BROWN
 9                         VERSUS
10         DERRICK BURMASTER, SHAUN FERGUSON, and the
11                    CITY OF NEW ORLEANS
12
13     * * * * * * * * * * * * * * * * * * * * * * * * *
14        CIVIL ACTION NO. 22-00847            DIVISION: 4
15         SECTION: L
16
17              The deposition of JOHN ROUSSEL taken on
18          Tuesday, March 7, 2023, starting at 2:00 p.m. at
19       New Orleans City Hall, 1300 Perdido Street, Room 5E03,
20                New Orleans, Louisiana 70112.
21
22   CARRIE A. HARTILL
23   CERTIFIED COURT REPORTER
24   STATE OF LOUISIANA
25
```




```
 1   APPEARANCES:
 2   FOR THE CITY OF NEW ORLEANS AND CITY DEFENDANTS:
 3     JAMES M. ROQUEMORE, ESQ
 4     CITY OF NEW ORLEANS
 5     NEW ORLEANS, LOUISIANA
 6     EMAIL: james.roquemore@nola.gov
 7
 8   FOR THE DEFENDANT, DERRICK BURMASTER:
 9     C. THEODORE ALPAUGH, III, ESQ.
10     FRATERNAL ORDER OF POLICE LEGAL COUNSEL
11     639 LOYOLA AVENUE, SUITE 2130
12     NEW ORLEANS, LOUISIANA 70113
13     PHONE: (504) 529-4141
14     EMAIL: cta@gustebarnett.com
15
16   FOR THE PLAINTIFF DEREK BROWN AND JULIA BARECKI-BROWN:
17     TARAK ANADA, ESQ.
18     JONES WALKER LLP
19     201 ST. CHARLES AVENUE, SUITE 4900
20     NEW ORLEANS, LA 70170
21     PHONE: (504) 582-8322
22     EMAIL: tanada@joneswalker.com
23
24
25
```

**EXHIBIT D**



```
 1   ALSO FOR THE PLAINTIFFS:
 2   WILLIAM BROCK MOST, ESQ.
 3   MOST & ASSOCIATES
 4   201 SAINT CHARLES AVENUE, SUITE 114
 5   NEW ORLEANS, LA 70170
 6   PHONE: (504) 509-5023
 7   EMAIL: williammost@gmail.com
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



**EXHIBIT D**



                              INDEX

                                                                PAGE

DIRECT EXAMINATION:

BY MR. ANADA . . . . . . . . . . . . . . . . . . . . . . . . .   7

CROSS-EXAMINATION:

BY MR. ALPAUGH   . . . . . . . . . . . . . . . . . . . . . .    76

BY MR. ROQUEMORE . . . . . . . . . . . . . . . . . . . . . .    89

FOLLOW-UP:

BY MR. ANADA . . . . . . . . . . . . . . . . . . . . . . . .    95

BY MR. ALPAUGH . . . . . . . . . . . . . . . . . . . . . . .   109

                             EXHIBITS

                            DESCRIPTION                         PAGE

EXHIBIT NO. 18        VIDEO BURMASTER BWC . . . . . . .          6

EXHIBIT NO. 43        VIDEO ROUSSEL BWC . . . . . . . .          6

EXHIBIT NO. 44        VIDEO ROUSSEL STMT . . . . . . .           6
   (withheld by counsel)

EXHIBIT NO.  9        PHOTO OF APOLLO . . . . . . . . .          8

EXHIBIT NO. 22   NOPD OPERATIONS MANUAL CH 1.7.1 . . .          31

EXHIBIT NO. 23   NOPD OPERATIONS MANUAL CH 1.3 . . .            37

EXHIBIT NO. 37   NOPD PIB REPORT BY SGT. PRUITT . . .           42

EXHIBIT NO. 26   USE OF FORCE BOARD MINUTES . . . . .           54

EXHIBIT NO. 20   NOPD ASI . . . . . . . . . . . . . . .         59

**EXHIBIT D**



```
 1
 2                   S T I P U L A T I O N
 3            It is stipulated and agreed by and
 4       between counsel that the deposition of
 5                      JOHN ROUSSEL,
 6       is hereby being taken pursuant to the Rules
 7       of Court, including applicable articles of
 8       the Louisiana Code of Civil Procedure.
 9            The formalities of sealing and
10       certification are hereby waived.  The
11       witness waives the right to read and sign
12       the deposition.  The party responsible for
13       the service of the discovery material shall
14       retain the original.
15            All objections are to be made in
16       accordance with the Rules of Court, including
17       applicable articles of the Louisiana Code of
18       Civil Procedure.
19                         * * *
20            Carrie A. Hartill, Certified Court
21       Reporter in and for the State of Louisiana,
22       officiated in administering the oath to the
23       witness.
24
25  Officer John Roussel,
```





```
 1   1300 Perdido Street,
 2   New Orleans, Louisiana 70112,
 3   after being duly sworn to tell
 4   the truth, the whole truth,
 5   and nothing but the truth,
 6   testified as follows:
 7           MR. ANADA:
 8               Just for the record, I'm just going to
 9           pre-mark some exhibits.  I'm going to mark
10           what I'll refer to as Burmaster Body Worn
11           Camera Video as Exhibit 18 to this
12           deposition.
13               I'm going to mark what I will
14           refer to as the Roussel Body Worn Camera as
15           Exhibit 43 to this deposition.  And I'm going
16           to mark the video that I'm going to refer to
17           as the Roussel 1340 Poydras Interview as
18           Exhibit 44 to this deposition.
19               Good afternoon, Officer Roussel.
20           THE WITNESS:
21               Hello, how are you?
22           MR. ANADA:
23               I'm doing well, thank you.  I appreciate
24           your time today.  My name is Tarak Anada.  I
25           represent the Brown family who I think you
```

**EXHIBIT D**



```
1        MR. ANADA:
2              All right.  Just let me know --
3        MR. ALPAUGH:
4              Just stop just one second.
5   CROSS-EXAMINATION BY MR. ALPAUGH:
6   Q.   Now, do you remember when Mr. Anada asked you
7   a question, what about Burmaster making a kissing
8   noises in front of the house next door?
9   A.   Yes. (VIDEO PLAYED)
10  Q.   I want you to listen.  I want you to
11  listen from the time you hear the first
12  kissing noise to the time you get to the
13  gate, okay?
14  A.   All right.
15  Q.   I want you to concentrate on that.  Stop
16  it right there.  Stop right there.
17       What's the timestamp on there?
18        MR. ANADA:
19              It's 1:45, but I stopped it after the
20          kissing sounds.  Do you want me to find the
21          exact?
22        MR. ALPAUGH:
23              No, that's okay.
24  BY MR. ALPAUGH:
25  Q.   Did you hear the kissing sounds -- you hear
```




**EXHIBIT D**

1  them when he started making them, right?
2  A.  Yes.
3  Q.  Was he still making them when he passed
4  the tree that marked the boundary line of the
5  property?
6  A.  Yes.
7  Q.  So now he's in front of their house, of
8  the Brown's house, correct?
9  A.  Correct.
10          MR. ANADA:
11              Object to the form, asked and answered.
12 BY MR. ALPAUGH:
13 Q.  Now, when y'all got to the Brown's house --
14 Of course when the kissing noises were made, no dogs
15 came down, correct?
16 A.  That is correct.
17 Q.  Did you see any evidence of dogs in the yard?
18 A.  No.
19 Q.  No dog toys?
20 A.  No.
21 Q.  No bowls of food?
22 A.  No.
23 Q.  No water bottles?
24 A.  No.
25 Q.  No feces?




```
 1   A.  No.
 2   Q.  Nothing like that, okay.  So, when y'all went in
 3   the gate -- would you have gone in the gate, either one
 4   of you if you, had you known there were dogs in the
 5   yard?
 6   A.  No.
 7   Q.  So when you went in the gate, as far as you
 8   were concerned, you were satisfied that there were
 9   no dogs in the yard?
10   A.  Correct.
11   Q.  Keep going.  Go ahead.  (VIDEO PLAYED)
12   Stop right there.  Okay.
13   When the gate -- you close the gate when you
14   came in, correct?
15   A.  Correct.
16   Q.  That was pretty loud when you came in.
17   A.  It slammed, yeah
18   Q.  And so then you hear the dogs bark, we've
19   already got the timestamp as when that happens on
20   your video.  Did you immediately turn to leave?
21   A.  Turned?
22   Q.  When you heard the barking sound, what did
23   you do?
24   A.  Turn to leave.
25   Q.  You went to go out the gate?
```





```
 1   A.   Yes.
 2   Q.   You say you tapped Burmaster on the shoulder.
 3   A.   Yes.
 4   Q.   Now when you perceived there were dogs you
 5   said -- you were asked a number of questions about
 6   the one dog Apollo being a threat, but there were two
 7   dogs in there --
 8   A.   Correct.
 9   Q.   And the larger dog was probably a threat as
10   well, correct?
11   A.   Correct.
12   Q.   Okay.  So that dog once you went out the gate
13   could easily have gone and attacked Officer
14   Burmaster.
15   A.   Correct.
16   Q.   So we're not talking about one dog, we're
17   talking about two.
18   A.   Correct.
19   Q.   You will agree with regard to body worn
20   cameras is what the camera captures and what your
21   eyes are looking at are two different things,
22   correct?
23   A.   That's correct.
24   Q.   The camera looks straight ahead, it doesn't
25   swivel like your head does.
```



**EXHIBIT D**



```
 1   A.   Unaware.
 2   Q.   Okay.  Was there enough time to even determine
 3   whether that gate was going to be able to be opened?
 4            MR. ANADA:
 5                 Objection to form.
 6            THE WITNESS:
 7                 No.
 8   BY MR. ALPAUGH:
 9   Q.   You were there, you know how much time you had to
10   get out of the yard.
11   A.   Very little.
12   Q.   A matter of seconds, actually, wasn't it?
13   A.   Yes.
14   Q.   And you testified that you would not have
15   taken your gun out in this in this situation, correct?
16   A.   Correct.
17   Q.   But again, you don't know what was going
18   through Officer Burmaster's head at the time and how
19   we perceived the situation.
20   A.   I do not.
21   Q.   You were asked questions about Exhibit 9
22   a photograph of Apollo.  That's a picture of Apollo
23   sitting down, looking up at somebody from the floor,
24   correct?
25   A.   Correct.
```





```
 1  Q.  In the situation you had, where you had two
 2  dogs running down the stairs one was a big dog, one
 3  was a little dog; could that change your perception
 4  of that possibly being a threat?
 5          MR. ANADA:
 6              Objection to form.
 7          THE WITNESS:
 8              Yes.
 9  BY MR. ALPAUGH:
10  Q. Are you familiar with dogs acting together
11  and how they work?
12          MR. ANADA:
13              Object to form.
14          THE WITNESS:
15              Yes.
16  BY MR. ALPAUGH:
17  Q.  And based on your experience as a
18  police officer, you're familiar with that?
19          MR. ANADA:
20              Object to form.
21          THE WITNESS:
22              Correct.
23  BY MR. ALPAUGH:
24  Q.  What happens when you have dogs acting
25  together?
```

**EXHIBIT D**



John Roussel									March 07, 2023
										Page 84

```
 1            MR. ANADA:
 2                 Object to form.
 3            THE WITNESS:
 4                 They react how the other ones react.  So they'll
 5       be together.
 6  BY MR. ALPAUGH:
 7  Q.  Would it be fair to call it a pack mentality?
 8            MR. ANADA:
 9                 Object to form.
10            THE WITNESS:
11                 Yes.
12  BY MR. ALPAUGH:
13  Q.  You've seen this behavior before, have you not?
14            MR. ANADA:
15                 Object to form.
16            THE WITNESS:
17                 Yes, I have.
18  Q.  You've experienced it before?
19            MR. ANADA:
20                 Form.
21            THE WITNESS:
22                 Yes.
23  BY MR. ALPAUGH.
24  Q.  So it'd be reasonable to assume that when two
25  dogs come downstairs that there will be a heightened
```




```
 1   reason to be afraid?  To be concerned?
 2            MR. ANADA:
 3                 `Objection to form.
 4            THE WITNESS:
 5                 Yes.
 6   BY MR. ALPAUGH:
 7   Q.   You were asked a question could Officer
 8   Burmaster have kicked the dog, Apollo, correct?
 9   A.   Correct.
10   Q.   If he had kicked the dog Apollo, then what
11   would have prevented the other larger dog from coming
12   after him?
13   A.   Nothing.
14   Q.   And how much time would have would have had
15   to react to that?
16            MR. ANADA:
17                 Object to form.
18            THE WITNESS:
19                 A second or two.
20   BY MR. ALPAUGH:
21   Q.   And I guess, the same thing would apply if
22   you -- if Officer Burmaster had used his TASER and it
23   hadn't worked?
24            MR. ANADA:
25                 Object to form.
```

**EXHIBIT D**

