## Policy Tactics Training Recommendation

To: Commander Hans Ganthier            Date: 07/14/2021

From: Detective Shannon Brewer

Subject: Training to address Use of Force decision making including Threat Assessment and Threat Identification, Imminent Threat, and Situational Decision Making.

Officer: Derrick Burmaster

Status: Reassigned

Reason for the recommendation: Use of Force

Focus: Professionalism _____    Use of Force __X__    Report Writing _____

       Tactics _____    Equipment _____    Driving _____

       Other _____

Time Frame: Urgent __x__    When Available _____

Justification for recommendation: Officer Burmaster was involved in an Officer Involved Shooting on April 10, 2021. During a review of the officer's BWC, several tactical concerns and training needs were discovered.

Corrective action: It has been determined that Capt. Hans Gauthier assigned to NOPD Academy will be responsible for completing the training:

Person completing form: _____ Print Detective Shannon Brewer

Responsible for training: _____ Print Capt. Hans Gauthier

Officer's Signature: _____ Print Derrick Burmaster

Unit Commander's Signature: _____ Print Capt. Preston Bax

Date training started: 10-07-21        Date Completed: 10-07-21

Attachments: Upon completion of training, all training documentation shall be attached.

Original: PIB
Copy: Academy Form PTTR



CITY DEFENDENTS - 003646

EXHIBIT I

# Policy Tactics Training Recommendation

To: Commander Hans Ganthier

Date: 07/14/2021

From: Detective Shannon Brewer

Subject: Training to address Use of Force decision making including Threat Assessment and Threat Identification, Imminent Threat, and Situational Decision Making.

Officer: Derrick Burmaster

Status: Reassigned

Reason for the recommendation: Use of Force

Focus: Professionalism _____     Use of Force __X__     Report Writing _____

      Tactics _____     Equipment _____     Driving _____

      Other _____

Time Frame: Urgent __x__     When Available _____

Justification for recommendation: Officer Burmaster was involved in an Officer Involved Shooting on April 10, 2021. During a review of the officer's BWC, several tactical concerns and training needs were discovered.

Corrective action: It has been determined that Capt. Hans Gauthier assigned to NOPD Academy will be responsible for completing the training:

Person completing form: _[signature]_     Print Detective Shannon Brewer

Responsible for training: _[signature]_     Print Capt. Hans Gauthier

Officer's Signature: _[signature]_     Print Derrick Burmaster

Unit Commander's Signature: _[signature]_     Print Capt. Preston Bax

Date training started: 10-07-21   Date Completed: 10-07-21

Attachments: Upon completion of training, all training documentation shall be attached.

Original: PIB
Copy: Academy Form PTTR

**EXHIBIT I**

# NEW ORLEANS POLICE DEPARTMENT

## Education & Training Division

## Training Action Plan (TAP)

PTTR # Item D-13802-21                                   Date: 10-12-2021

Student: Officer Derrick Burmaster              Instructor(s): Sgt. David Duplantier

Location of Training: Training Academy, 4650 Paris Ave.

Video included ☑ Yes ☐ No        Reviewed ☑ Yes ☐ No

Instructor Reviewed PTTR for Recommended Training ☑ Yes ☐ No

Remediated Officer Advised of Training Being Conducted ☑ Yes ☐ No

☐ Entered into PowerDMS        ☐ Scanned Into INSIGHT

Areas of Interest:

Professionalism: _____ Tactics: _____ Use of Force: _____

Report Writing: _____ Equipment: _____ Driving: _____

Other: __Tactical Debrief_____

Instructor Training Plan:

- Review the body worn camera footage to identify and discuss the actions/tactics taken by the officer under item D-13802-21 – Sgt. Duplantier

PTTR # Item D-13802-21

Officers Name: Derrick Burmaster
Instructors: Sgt. David Duplantier
Date: 10-07-2021

EXHIBIT 1

## Instructor Findings / Recommendations:

Per the request of the Public Integrity Bureau, Academy Instructor, Sgt. David Duplantier reviewed body worn camera footage regarding an officer involved shooting incident under NOPD item D-13802-21. The incident involved Officer Derrick Burmaster responding to a complaint of a possible domestic fight. Upon arriving on scene, Officer Burmaster found himself being charged by one of two dogs in the front yard of the residence, which resulted in him firing his duty weapon, killing the animal.

Through the body worn camera review, Sgt. Duplantier learned that Officer Burmaster responded to a complaint of a possible domestic fight. Officer Burmaster arrived on scene and took a good position while waiting for his back-up. Once the second officer arrived on scene, Officer Burmaster verified the target location to the second officer and provided him with vital information regarding the call for service. After communicating the information, the two officers made their approach to the residence. As Officer Burmaster walked past the neighboring residence, he whistled and made a "kissing" noise attempting to identify if the target residence had animals in the front, fenced-in yard. Shortly after attempting to alert any animals that may be inside the fenced area, the officers entered the yard. Within seconds of entering the yard, the officers found themselves being charged by two dogs. The larger dog ran towards the second officer, while Officer Burmaster was faced with a medium sized dog running towards him. At that time, Officer Burmaster drew his duty weapon and fired at the charging animal. Subsequently, the dog charging Officer Burmaster was killed, while the second dog fled back towards the residence. After Officer Burmaster fired his weapon at the dog, the owners exited the residence. Officer Burmaster tried to calm the two individuals who appeared to be the owners of the animals. He attempted to explain what led to the use of force, while also making notification of the firearm discharge via his police radio.

Having reviewed the body worn camera footage of the incident, Sgt. Duplantier determined that Officer Burmaster was faced with a decision regarding imminent danger. Officer Burmaster attempted to verify if an animal was present before entering the yard but still found himself faced with a dog charging towards him in an enclosed area. The only training recommendation identified by Sgt. Duplantier pertained to the amount of time allotted between Officer Burmaster attempting to alert any animals and his decision to enter the yard. That moment of pause may allow a sleeping animal, an animal suffering with physical deficiencies, or an animal located a distance away time to expose itself.

Upon completion of the body worn camera review, Sgt. Duplantier contacted Sgt. John Helou of the Public Integrity Bureau and scheduled a tactical debrief with Officer Burmaster.

PTTR # Item D-13802-21

Officers Name:  Derrick Burmaster
Instructors:  Sgt. David Duplantier

**EXHIBIT** 17/2011

On Thursday, 10-07-21, at approximately 2pm, Officer Derrick Burmaster reported to the Training Academy for a tactical debrief. The officer was met by Sgt. Duplantier, who introduced him to the training curriculum. After the introduction, Officer Burmaster and Sgt Duplantier proceeded to review the body worn camera footage that captured the incident.

During their review of the incident, Sgt. Duplantier commended Officer Burmaster on taking a good tactical position while waiting for his back-up. In addition, Sgt. Duplantier identified how Officer Burmaster communicated to the second officer information provided via dispatch, as well as information that the complainant only heard a female voice yelling.

As it pertains to the lethal force used against the animal, Sgt. Duplantier expressed that he could not state Officer Burmaster responded in an improper fashion. The totality of the circumstances, which involved the dog being of medium size and charging towards the officer, along with the officer being trapped in an area enclosed by a spiked, wrought iron fence, all factored into the officer's use of force decision. Sgt. Duplantier advised Officer Burmaster that he made the correct decision in his attempt to alert any animals present; however, his attempt should be conducted more than once, if the situation permits. After attempting the alert, the officer should have paused for a moment to give any animal present time to respond.

Officer Burmaster advised Sgt. Duplantier that he was remorseful about having to shoot the dog. He thought of his own pets after having to use force against the animal. Officer Burmaster also stated that he feared the owners may have let the dogs out on the officers intentionally, based on the amount of time it took the animals to exit the residence. Officer Burmaster stated he felt he and the other responding officer were in imminent danger when the dogs charged towards each of them. Officer Burmaster acknowledged that had he paused a little longer, it may have prevented the situation from occurring.

**Comments:** Officer Derrick Burmaster received the tactical debrief with a positive attitude. Officer Burmaster acknowledged regret for having to shoot the animal and felt he a did what he could to determine if an animal was present.

**It is the opinion of Sgt. Duplantier that the incident was tragic and unfortunate; however, Officer Burmaster acted properly. He attempted to identify a potential threat but found himself faced with a quick difficult decision. Outside of the animal in question, Officer Burmaster placed no one else in harm's way. As police officers, our decisions to use force and the amount of force used must be based on reasonableness. That reasonableness is considered when determining if a situation is considered an imminent threat to ourselves or others. Though there may be officers that may have addressed the charging animal in a different fashion, Officer Burmaster's decision to use lethal force towards the dog falls within reason.**

PTTR # Item D-13802-21

Officers Name: Derrick Burmaster
Instructors: Sgt. David Duplantier
Date: 10-07-2021

**EXHIBIT I**

Having undergone the tactical debrief with Officer Burmaster, it is the recommendation of Sgt. David Duplantier that the officer return to full duty.

☑ **Exhibited Proficiency / Successfully Passed Training**

☐ **Not Proficient / Failed Training**

☐ **Incomplete**

☐ **Needs Additional Training**

Instructor Signature: _____ Print: SGT DAVID DUPLANTIER

Date: 10-12-2021          Time: 1:00PM

Remediated Officers Signature: _____ Print: _____

Date: _____ Time: _____

Supervisor reviewing the training:

Approved / Disapproved

Signature: _____ Print: Precious Banks

Date: 10-14-21          Time: 9:00am

PTTR # Item D-13802-21

Officers Name: Derrick Burmaster
Instructors: Sgt. David Duplantier
Date: 10/07/2021

EXHIBIT I