UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| versus | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSSION

Per R. Doc. 63-1, the Court will determine the Motion's submission date.

                                                Respectfully submitted:

                                                */s/ C. Theodore Alpaugh, III*
                                                **C. THEODORE ALPAUGH, III, T.A. (#02430)**
                                                **CLAUDE A. SCHLESINGER (#15042)**
                                                Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
                                                639 Loyola Avenue, Suite 2130
                                                New Orleans, Louisiana 70113-7103
                                                Telephone:    (504) 529-4141
                                                Facsimile:    (504) 561-0326
                                                Email:          cta@gustebarnett.com

                                                **Attorneys for Defendant,**
                                                **DERRICK BURMASTER**