UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * *

### DERRICK BURMASTER'S OPPOSITION TO PLAINTIFFS' MOTION FOR USE OF DEMONSTRATIVE EXHIBIT

**MAY IT PLEASE THE COURT:**

Defendant, Derrick Burmaster, opposes Plaintiffs' Motion in Limine for the Use of Demonstrative Exhibit (Rec. Doc. 90) for the same reasons set forth in Shaun Ferguson's and City of New Orleans' Opposition to Plaintiffs' Motion for Use of Demonstrative Exhibit (Rec. Doc. 109) and incorporates same as if set forth herein, *in extenso*.

Officer Burmaster respectfully requests that this Honorable Court deny Plaintiffs' Motion.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:   (504) 529-4141
Facsimile:   (504) 561-0326
Email:       cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**