## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| versus | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Ex Parte Motion to File Statement of Uncontested Material Facts of Defendant, Derrick Burmaster,

**IT IS HEREBY ORDERED** that the Statement of Uncontested Material Facts be filed into the record and added to the filing of Rec. Doc. 105 Motion for Summary Judgment by Derrick Burmaster.

 

**UNITED STATES DISTRICT JUDGE**