In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

---

**City of New Orleans through their designated representative, Lieutenant John Helou 30(b)(6) Deposition**

March 10, 2023

---

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

                    5UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF LOUISIANA


DEREK BROWN and JULIA          Civil Action No.
BARECKI-BROWN                  22-847

VERSUS                         SECTION: L

DERRICK BURMASTER,             HONORABLE ELDON E.
SHAWN FERGUSAN,                FALON
and the CITY OF
NEW ORLEANS                    DIVISION:  4

                               HONORABLE KAREN WELLS
                               ROBY


* * * * * * * * * * * * * * * * * * * *


      30 (B)(6) deposition of CITY OF NEW
ORLEANS, through their designated
representative, LIEUTENANT JOHN HELOU, 1340
Poydras Street, Suite 1900, New Orleans,
Louisiana 70112, taken at the CITY ATTORNEY'S
OFFICE, located at 1300 Perdido Street, 5E03,
New Orleans, Louisiana 70112, commencing at
3:39  P.M., on Friday, the 10th day of March,
2023.


APPEARANCES:


      MOST & ASSOCIATES
      (By:  William Most, Esquire)
      201 St. Charles Avenue
      Suite 114 PMB 101
      New Orleans, Louisiana  70170
         (Attorneys for the Plaintiffs,
          Derek Brown and Julia Barecki-Brown)

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 2

```
 1    APPEARANCES (continued):

 2

 3        GUSTE, BARNETT, SCHLESINGER, HENDERSON
          & ALPAUGH, L.L.P.
 4        (By:  C. Theodore Alpaugh, III, Esquire)
          639 Loyola Avenue
 5        Suite 2130
          New Orleans, Louisiana  70113
 6            (Attorneys for the Defendant,
              Officer Derrick P. Burmaster)
 7

 8        CITY OF NEW ORLEANS
          (By:  James Roquemore, Esquire)
 9        1300 Perdido Street
          5E03
10        New Orleans, Louisiana
              (Attorneys for the Defendants,
11            City of New Orleans and Shaun
              Ferguson)
12

13

14    ALSO PRESENT:

15

          Sofia Sophcefolia
16

17

18    REPORTED BY:

19        KATHY ELLSWORTH SHAW, CCR, RPR
          Certified Court Reporter
20        (No. 049519)

21

22

23

24

25
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 3

```
 1              E X A M I N A T I O N   I N D E X

 2

 3                                                    PAGE

 4

 5    EXAMINATION BY MR. MOST......................5
               RE-EXAMINATION.....................49
 6
      EXAMINATION BY MR. ALPAUGH..................39
 7
      EXAMINATION BY MR. ROQUEMORE................46
 8

 9              E X H I B I T   I N D E X

10

11    EXHIBIT NO. 14...............................21

12    EXHIBIT NO. 31...............................12

13    EXHIBIT NO. 38...............................16

14    EXHIBIT NO. 42...............................26

15    EXHIBIT NO. 45...............................32

16    EXHIBIT NO. 46...............................16

17            *       *       *       *       *

18

19

20

21

22

23

24

25
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1               S T I P U L A T I O N
 2          It is stipulated and agreed by
 3   and among counsel for the parties hereto that
 4   the deposition of the aforementioned witness is
 5   hereby being taken under the Federal Rules of
 6   Civil Procedure, for all purposes, in
 7   accordance with law;
 8          That the formalities of reading and
 9   signing are specifically waived.
10          That the formalities of filing, sealing,
11   and certification are specifically waived;
12          That all objections, save those
13   as to the form of the question and the
14   responsiveness of the answer, are hereby
15   reserved until such time as this
16   deposition, or any part thereof, may be
17   used or sought to be used in evidence.
18          *     *     *     *     *
19          KATHY ELLSWORTH SHAW, certified
20   Court Reporter, State of Louisiana,
21   officiated in administering the oath to
22   the witness.
23
24
25
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 9

```
1        A.   Maybe about a month ago.
2        Q.   Okay.  And aside from talking to
3   your lawyer, what did you do to prepare for the
4   deposition in terms of who you talked to and
5   what documents you looked at?
6        A.   So I went into our professional
7   standard software, which is IAPRO, looked at
8   Burmaster's -- basically his file in IAPRO,
9   which basically lists everything he's been
10  involved in with the -- since he's been hired
11  by the NOPD.  I believe I looked at Detective
12  Brewer's formal disciplinary investigation into
13  Officer Burmaster regarding that incident, the
14  dog shooting.  I believe I looked at Officer
15  Burmaster's Insight, Employee Summary Report,
16  and then I also looked at a document that was
17  forwarded by Mr. Roquemore from you, something
18  to do with a Fourth Circuit appeal.
19       Q.   Uh-huh (indicating affirmatively).
20       A.   Yeah.  I believe that's
21  everything -- Oh, and also -- I'm sorry.  I
22  also looked at the NOPD consent decree.
23       Q.   Okay.  When you say you looked the
24  IAPRO, for our court reporter, that's
25  I-A-P-R-O; right?
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 10

```
 1        A.   I believe there's a space between IA
 2   and PRO.
 3        Q.   And when you looked in IAPRO, did
 4   that show you Burmaster's short form and long
 5   form?
 6        A.   It gives me basically everything
 7   that's associated with him and I can filter it
 8   to do short form, long form.  I can exclude or
 9   include, like uses of force, vehicle accidents,
10   civil lawsuits.  What else?  Firearm
11   discharges, stuff like that.
12        Q.   Okay.  And other than your attorney,
13   did you talk to anyone to prepare for this
14   deposition?
15        A.   No.
16        Q.   Did you take any notes in preparing
17   for this deposition?
18        A.   Kind of just what Mr. Roquemore told
19   me to familiarize myself with.
20        Q.   Okay.  So other than notes
21   reflecting your conversation with
22   Mr. Roquemore, did you take any other notes?
23        A.   No.
24        Q.   Okay.  And so my understanding is
25   that you've been designated today to talk about
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1    reports, stuff like that.
 2         Q.   Right.  So it doesn't indicate he's
 3    used force 610 times, but the file itself is
 4    610 pages long; right?
 5         A.   Yes.
 6    MR. MOST:
 7              And we'll designate that as
 8         Exhibit 46.  We'll provide it
 9         electronically.  That's Bates 2730
10         through 3339.
11    MR. ALPAUGH:
12              That's the defendants'?  That's the
13         Defendants' 2730?
14    MR. MOST:
15              Yes.
16              Okay.  Next we designate Exhibit 38.
17    EXAMINATION BY MR. MOST:
18         Q.   You mentioned Insight.  That's a
19    software program?
20         A.   Yes, sir.
21         Q.   That's a -- That's a software
22    program that kind of generates a report about a
23    particular officer with a range of information,
24    discipline, use of force, sick days, all sorts
25    of stuff?
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 17

```
 1        A.   Yeah.  It's a -- It's basically --
 2   It's not a disciplinary program.  It's
 3   basically a management tool for supervisors,
 4   and it pulls data from different sources,
 5   different -- other software programs throughout
 6   the department.  And it just generates a
 7   summary report to assist the supervisor in
 8   spotting any types of patterns or anything
 9   negative that -- or positive that the
10   supervisor may need to take action on in order
11   to avoid something more serious down the line.
12   It's also supposed to alert the supervisor if
13   employee crosses a certain threshold in various
14   aspects to allow the supervisor to basically
15   proactively step in and see if there's
16   something that requires attention.
17        Q.   Is this the early warning system
18   that I've heard described?
19        A.   Yeah.  I think it -- I've heard
20   early warning system, early intervention
21   system.
22        Q.   And do you know what the thresholds
23   are for flagging officers in terms of use of
24   force or other things?
25        A.   I don't.  It is -- It's not a PIB
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1   system.  It's, I believe -- I'm not sure if
 2   it's MSB that manages it, but there is a early
 3   intervention unit within headquarters that
 4   actually sets those thresholds.
 5        Q.   Does PIB get notified when officers
 6   hit certain thresholds in Insight?
 7        A.   Only if it's involving people that
 8   we supervise.  We don't -- We don't have access
 9   to Insight past our -- or people under our
10   chain of command.
11        Q.   Do you know if there's a document or
12   a memo or something that lays out what those
13   thresholds are?
14        MR. ROQUEMORE:
15             I'm going to object.  This is beyond
16        the scope.
17        MR. MOST:
18             Okay.
19   EXAMINATION BY MR. MOST:
20        Q.   And just so you know, the lawyers
21   that are here may make objections, but unless
22   Jim instructs you not to answer, you can just
23   go ahead and answer.  They've made their
24   objections for the record.
25             So do you know if there's like a
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1          MR. ALPAUGH:

 2               Yeah.  John, I've got a couple for

 3          you.  Let's get back to the beginning.

 4     EXAMINATION BY MR. ALPAUGH:

 5          Q.   You were asked whether -- about

 6     Officer Burmaster allegedly using force 13

 7     times since 2016.  Do you remember that?

 8          A.   Yes, sir.

 9          Q.   Is that an unusual amount of use of

10     force for an officer in that time frame that's

11     being a proactive police officer?

12          A.   What was the time frame again?  I'm

13     sorry.

14          Q.   I believe the question is since

15     2016?

16          A.   No.  I wouldn't say it's unusual.

17          Q.   Okay.  Now, on his short form, which

18     is Exhibit 14 -- Do you have it in front of

19     you?

20          A.   Yes.

21          Q.   All right.  You were asked if there

22     were 22 different rule violations on there;

23     correct?

24          A.   Sustained allegations?

25          Q.   Sustained allegations, yeah.
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

1        A.   Yeah, separate sustained
2   allegations.
3        Q.   Are those 22 separate incidents?
4        A.   No.
5        Q.   You have to look under each incident
6   to see and then for -- to find out how many
7   allegations were on each one of them?
8        A.   Correct.
9        Q.   So that's not 22 incidents.  It's
10  less than that?
11       A.   Correct.
12       Q.   Let's see.  And these incidents on
13  the short form, I think the first one was on
14  0199 or -- I'm sorry.  Strike that.
15            And then you were asked some
16  questions about on Exhibit 42?
17       A.   Yes.
18       Q.   And you were asked about the use of
19  unauthorized force?
20       A.   Yes, sir.
21       Q.   Okay.  And the first one, I think,
22  was on page 3666 down at the bottom.  Let's see
23  where it is.  I'm sorry.  Right at the top,
24  November 26, 2006.
25       A.   Yes, sir.

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1          Q.   That's the received date.  Occurred
 2     date, November 13, 2006?
 3          A.   Yes, sir.
 4          Q.   And it's got an IA number
 5     2006-0664-N.
 6          A.   Uh-huh (indicating affirmatively).
 7          Q.   And that has an allegation of
 8     unauthorized force?
 9          A.   Yes.
10          Q.   And what's the disposition?
11          A.   No further investigation merited.
12          Q.   What does that mean?
13          A.   Basically -- And, well, I could tell
14     you what it means today.  I don't know what it
15     meant in 2006.
16          Q.   But it meant he wasn't -- he wasn't
17     found that he committed a violation, was he?
18          A.   Correct.  It wasn't sustainable.
19          Q.   Wasn't sustained.  All right.
20          A.   And it wasn't not sustained where
21     they couldn't prove it one way or the other.
22          Q.   Right.  Let's see.  On page 3670.
23          A.   Okay.
24          Q.   You were asked about an incident
25     of -- Let's see.  This is the one, I believe,
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1   in 2010.  It said it occurred April 28, 2010.
 2   Received May 14, 2010.  It's IA 2010-0673-C?
 3         A.   Yes.
 4         Q.   All right.  Again, that is an
 5   allegation of unauthorized force?
 6         A.   Correct.
 7         Q.   What was the disposition?
 8         A.   Well, for everything -- All the
 9   allegations including --
10         Q.   The whole thing.
11         A.   -- unauthorized force, it was not
12   sustained.
13         Q.   Okay.  All right.  Again, that
14   means?
15         A.   It means the investigator could
16   neither prove or disprove based on the
17   preponderance of the evidence that the alleged
18   misconduct occurred.
19         Q.   I apologize for going back.  I'm
20   going to 3667.
21         A.   Three six six seven.
22         Q.   Down at the bottom, you have an
23   incident occur date October 12, 2007.  Receive
24   date April 24th, 2008.  It's a public initiated
25   complaint, IA-2008-0306-C, and that has an
```

City of New Orleans through their designated representative, Lieutenant John Kelou
March 10, 2023

Page 43

```
 1   unauthorized force complaint on it, does it

 2   not?

 3        A.   Yes, sir.

 4        Q.   And that was one of the ones you

 5   were asked about?

 6        A.   Yes, sir.

 7        Q.   And that's not sustained; correct?

 8        A.   Not sustained.

 9        Q.   Okay.  On 3671, toward the bottom,

10   it's occur date May 22nd, 2012.  Receive date

11   May 23, 2012.  It's a rank-initiated complaint,

12   2012-0513-R.  You see that one?

13        A.   Yes, sir.

14        Q.   And that's an unauthorized force

15   complaint?

16        A.   Correct.

17        Q.   And the disposition was?

18        A.   Not sustained.

19        Q.   Okay.  And 3674, toward the bottom,

20   it's -- the incident occurred on April 30,

21   2013.  Received May 19, 2013.  Public initiated

22   2013-0398-C.  Do you see that one?

23        A.   Yes, sir.

24        Q.   That's one of the ones you were

25   asked about previously?
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 44

```
1          A.   Yes, sir.
2          Q.   And this is a complaint of
3    unauthorized force?
4          A.   Yes, sir.
5          Q.   And what's the disposition on that
6    one?
7          A.   For unauthorized force, it's
8    exonerated.
9          Q.   That means it didn't happen; right?
10         A.   It means the alleged misconduct
11   occurred, but it was found not to be a
12   violation of policy.  Well, the alleged action
13   occurred, but it was found not to be a
14   violation of policy.
15         Q.   Okay.  And the last one that you
16   were asked about was on 3676 -- bottom of 3676
17   to top of 3677, with an occurrence date of
18   April 16th, 2015, and received April 23rd,
19   2015.  Public initiated complaint, 2015-0230-C?
20         A.   Yes.
21         Q.   And that's also an unauthorized
22   force?
23         A.   Yes.
24         Q.   Among other things?
25         A.   Yes.
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1          Q.    And on all the allegations, he was

 2    exonerated; correct?

 3          A.    That is correct.

 4          Q.    Okay.  So those are the five things

 5    you were asked about and all of them, either he

 6    was -- The first one was no investigation

 7    merited?

 8          A.    Yes.

 9          Q.    And then it was not sustained for, I

10    think, maybe one or two, and then exonerated

11    for the last two; correct?

12          A.    Correct.

13          Q.    And you were asked whether you would

14    have -- And, again, you acknowledge you've seen

15    the video of the shooting in this case.  That's

16    because you were part of the administrative

17    shooting investigation?

18          A.    Yes.

19          Q.    All right.  And you said that you

20    personally would not have pulled your gun in

21    this case?

22          A.    Correct.

23          Q.    All right.  But you can't -- You're

24    not putting yourself inside what Officer

25    Burmaster was perceiving at the time, are you?
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1    evidence and based on the preponderance of the

 2    evidence, what was alleged to have happened did

 3    happen, but it was found not to be a violation

 4    of policy.

 5         Q.   And the complaint in this case, the

 6    shooting of the Browns' dog, that case has not

 7    been resolved at this point in time; is that

 8    fair?

 9         A.   You're talking about the formal

10    disciplinary investigation?

11         Q.   Yes.  The PIB investigation, it

12    hasn't been signed off by the superintendent

13    yet?

14         A.   No.  I think it's still -- I believe

15    it's still awaiting a hearing, a chief's panel

16    hearing for imposition of any discipline or

17    potential.

18         Q.   All right.  Other than that dog

19    shooting -- How many of the cases that were

20    investigated involved a shooting of a dog that

21    are shown on the long form or the short form?

22         A.   Wait.  This one here?

23         Q.   Yes, 47.

24         A.   To my knowledge --

25         Q.   Or 42 -- I'm sorry -- Exhibit.
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

```
 1        A.    To my knowledge, none.
 2        Q.    Okay.
 3        MR. ROQUEMORE:
 4             All right.  That's all I have.
 5        Thank you.
 6        MR. MOST:
 7             Okay.  Just a couple of follow-up
 8        questions.
 9   RE-EXAMINATION BY MR. MOST:
10        Q.    We're talking about what
11   nonsustained and NFIM mean?
12        A.    Yes, sir.
13        Q.    And you said that that could be the
14   result of the investigator saying, "I can't
15   tell beyond a preponderance of evidence what
16   happened here"; right?
17        A.    For not sustained.
18        Q.    Right.  And no further investigation
19   merited could be because it can't be determined
20   what happened; right?
21        A.    No.  That's actually not accurate.
22        Q.    Okay.
23        A.    Again, I can't tell what it meant
24   back in 2006, yeah.  I mean, I could tell you
25   now no further investigation merited would mean
```

Page: 1

| PIB Control Numb | Occurred date | Firearm di | First name | Last name | |
|---|---|---|---|---|---|
| | 08/29/2012 | Animal | Demond | Davis | 31434 |
| | | Animal | | | 43027 |
| ASI # 2015-02 | 01/25/2015 | Animal | Ryan | Morgan | 33237 |
| ASI # 2015-03 | 04/28/2015 | Animal | Bruce | Adams | 25740 |
| ASI # 2016-02 | 04/09/2016 | Animal | Travis | Stokes | 25724 |
| ASI # 2016-04 | 07/30/2016 | Animal | Nigel | Dagga | 27644 |
| ASI # 2018-03 | 08/08/2018 | Animal | Jerome | Newsome | 38435 |
| ASI # 2018-03 | 08/08/2018 | Animal | Emilio | Aleman | 38435 |
| ASI # 2021-03 | 04/10/2021 | Animal | Derrick | Burmaster | 43016 |
| ABI2012-0001 | 01/01/2012 | Animal | Derrick | Burmaster | 8444 |
| ETN2020-0003 | 01/03/2020 | Animal | Gregory | Rotton | 39703 |

Number of records displayed: 11
Report created on Jul 13, 2022 at: 12:44 by: POLICE LIEUTENANT John Helou

CITY DEFENDANTS - 001790



# New Orleans Police Department

## Employee Summary Report

**Parameters:** **Employee:** Burmaster, Derrick (Ofc)      **From Date:** 01/01/2016

**Employee:** ▉ - Burmaster, Derrick (Ofc)      **Supervisor:** ▉ - Nguyen, Stephen (Sgt)

**Rank:** Officer      **Current as of:** 04/10/2021

**Service Date:** 08/13/2000      **Date Range:** 01/01/2016 to 04/10/2021

### Awards and Commendations Information

| Nomination Date | Recommended Award Type | Nominated By | Approved | Award Decision | Award Date |
|---|---|---|---|---|---|

### Employee Recognition

| SFL ID | Recognition Date | Narrative | Created By |
|---|---|---|---|



EXHIBIT 30

Page 1 of 42

PENGAD 800-631-6989