In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

## Officer Derrick Burmaster

March 10, 2023

Officer Derrick Burmaster
March 10, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEREK BROWN and JULIA           Civil Action No.
BARECKI-BROWN                   22-847

VERSUS                          SECTION: L

DERRICK BURMASTER,              HONORABLE ELDON E.
SHAWN FERGUSAN,                 FALON
and the CITY OF
NEW ORLEANS    DIVISION: 4

                                HONORABLE KAREN WELLS
                                ROBY

* * * * * * * * * * * * * * * * * * * * * *

PUBLIC VERSION

   Videotaped deposition of OFFICER DERRICK
P. BURMASTER, 505 North Sibley, Metairie,
Louisiana 70003, taken at the CITY ATTORNEY'S
OFFICE, located at 1300 Perdido Street, 5E03,
New Orleans, Louisiana 70112, commencing at
9:58 A.M., on Friday, the 10th day of March,
2023.

APPEARANCES:

   JONES WALKER
   (By: Tarak Anada, Esquire)
   201 St. Charles Avenue
   51st Floor
   New Orleans, Louisiana 70170

         - AND -

Officer Derrick Burmaster
March 10, 2023

Page 2

```
 1   APPEARANCES (continued):
 2
     MOST & ASSOCIATES
 3   (By:  William Most, Esquire)
     201 St. Charles Avenue
 4   Suite 114 PMB 101
     New Orleans, Louisiana  70170
 5     (Attorneys for the Plaintiffs,
        Derek Brown and Julia Barecki-Brown)
 6
 7   GUSTE, BARNETT, SCHLESINGER, HENDERSON
     & ALPAUGH, L.L.P.
 8   (By:  C. Theodore Alpaugh, III, Esquire)
     639 Loyola Avenue
 9   Suite 2130
     New Orleans, Louisiana  70113
10     (Attorneys for the Defendant,
        Officer Derrick P. Burmaster)
11
12   CITY OF NEW ORLEANS
     (By:  James Roquemore, Esquire)
13   1300 Perdido Street
     5E03
14   New Orleans, Louisiana
       (Attorneys for the Defendants,
15      City of New Orleans and Shaun
        Ferguson)
16
17
18   ALSO PRESENT:
19
        Derek Brown
20
        Tammy Hupin, Videographer
21
22
     REPORTED BY:
23
24      KATHY ELLSWORTH SHAW, CCR, RPR
        Certified Court Reporter
25      (No. 049519)
```

Officer Derrick Burmaster
March 10, 2023

Page 3

```
 1              E X A M I N A T I O N   I N D E X
 2
 3                                                        PAGE
 4
 5    EXAMINATION BY MR. MOST.........................6
           RE-EXAMINATION.....................263
 6
 7    EXAMINATION BY MR. ROQUEMORE................251
 8
 9              E X H I B I T   I N D E X
10
      EXHIBIT NO. 2.............................197
11
      EXHIBIT NO. 3.............................200
12
      EXHIBIT NO. 6.............................201
13
      EXHIBIT NO. 7.............................205
14
      EXHIBIT NO. 9.............................114
15
      EXHIBIT NO. 19............................192
16
      EXHIBIT NO. 23B...........................147
17
      EXHIBIT NO. 24.............................28
18
      EXHIBIT NO. 28............................117
19
      EXHIBIT NO. 30............................221
20
      EXHIBIT NO. 47............................182
21
22    HIGHLY SENSITIVE PROTECTED MATERIAL
23
      PAGE 236 LINE 14 THROUGH PAGE 238 LINE 16
24
25                  *     *     *     *     *
```

Officer Derrick Burmaster
March 10, 2023

Page 4

```
 1            S T I P U L A T I O N
 2            It is stipulated and agreed by
 3    and among counsel for the parties hereto that
 4    the deposition of the aforementioned witness is
 5    hereby being taken under the Federal Rules of
 6    Civil Procedure, for all purposes, in
 7    accordance with law;
 8            That the formalities of reading and
 9    signing are specifically waived.
10            That the formalities of filing, sealing,
11    and certification are specifically waived;
12            That all objections, save those
13    as to the form of the question and the
14    responsiveness of the answer, are hereby
15    reserved until such time as this
16    deposition, or any part thereof, may be
17    used or sought to be used in evidence.
18            *      *      *      *      *
19            KATHY ELLSWORTH SHAW, certified
20    Court Reporter, State of Louisiana,
21    officiated in administering the oath to
22    the witness.
23
24
25
```

Officer Derrick Burmaster
March 10, 2023

Page 33

```
 1   dog should always be the la -- option of last
 2   resort?
 3        A.   Yes.
 4        Q.   Okay.
 5        A.   Certainly.
 6        Q.   Do you recall the events of the
 7   night of the shooting?
 8        A.   Say that again.
 9        Q.   Do you recall the events of the
10   night of the shooting?
11        A.   Yes.
12        Q.   And my understanding is that on that
13   night, you were answering a -- a call for
14   service at the -- at the Browns' home?
15        A.   Yes.
16        Q.   You arrived by yourself in a one-man
17   car?
18        A.   Yes.  I was sitting in front of the
19   Brothers on St. Charles Avenue.  It was 9:30 at
20   night and I was ready to get off.  I did not
21   want to go to the Browns' house because I don't
22   like taking domestics passed 9 o'clock because
23   it makes you get off late, and I'm always
24   interested in getting off on time.  But, you
25   know, I was close.  I was like, Man, let me
```

Officer Derrick Burmaster
March 10, 2023

Page 34

```
 1   see.  Let me go handle it, 'cuz it sounded like
 2   it was a domestic even though it came out as a
 3   fight.
 4            So I got there way before Roussell
 5   and I parked down the street.  I got out the
 6   car and I started smoking a cigarette while I
 7   was waiting for Roussell to pull up.  A man
 8   from on the other side -- across the street, on
 9   the other side of a fence, told me that he
10   could hear a woman yelling.  This is what he
11   tells me.  But he couldn't hear the male.  And
12   he heard things breaking.  So I -- I considered
13   that it was a domestic, you know, and then I
14   waited for Roussell.
15            And then when Roussell pulled up, I
16   broke -- Usually what I like to do is tell the
17   responding officers what information I've
18   learned before they arrived so that we could
19   all be prepared.  The man told me -- I believe
20   I also told Roussell that it was the bottom
21   apartment.  So that's where we were headed
22   at -- at the time when this happened.
23            I train all my recruits to -- to
24   avoid shooting dogs, to avoid coming in contact
25   with dogs.  And I tell them what to look for
```

Officer Derrick Burmaster
March 10, 2023

1  when going to a -- a house that is surrounded
2  by a fence. You look for food and water bowls,
3  anything that would indicate that the -- a dog.
4  And what I did was, you know, I was approaching
5  the house, I went (indicating kissing noises),
6  to see if I could summon a dog to come out if
7  there was a dog behind the fence.
8        Also, things he had to consider is
9  this is -- looks like an apartment complex to
10 me. I don't know. Maybe it's a four-plex or
11 something. So I would -- I considered that at
12 the same time because why would somebody have a
13 loose animal on the other side of that fence if
14 other people had to live there and go there?
15 I didn't see any dog crap or anything like
16 that. Nothing indicated that there was a dog.
17       So with that, I decided to go into
18 the fence. I have to go there. They're
19 calling the police. It's a domestic. I had --
20 If I were to not go inside the fence, I'd get
21 written up for not doing my job. And I don't
22 know if, you know, he's dead because she was
23 the one that was told to be -- you know, that I
24 would consider to have been the aggressor, the
25 aggressive person because I can't -- I don't

Officer Derrick Burmaster
March 10, 2023

Page 36

1  hear any domestic violence noises going on
2  right now.
3  So what if -- what if he -- I have
4  to go check. You see what I'm saying? I have
5  to be there. I didn't want to. Like I said,
6  make me get off late from work when I get off
7  at -- it's 9:30 at night and then I get off at
8  11. I -- I'm a big fan of getting off on time.
9  So usually around 10 o'clock, you want to shut
10 down, but this is a call that I can't -- I
11 have -- You have to take the call. Domestic
12 violence, you know. So I went in -- inside the
13 fence. And there's video of it, so --
14      Q.   Okay. So you described the -- the
15 female as the aggressor?
16      A.   Well, the man across the street said
17 he could hear a woman's voice yelling and items
18 breaking. So I -- I -- I took that information
19 and considered that the woman may possibly be
20 the aggressor because he said he couldn't hear
21 the -- the man.
22      Q.   Uh-huh (indicating affirmatively).
23 So as you're approaching the house,
24 you -- you had concluded that the -- the female
25 was the likely aggressor?

Officer Derrick Burmaster
March 10, 2023

Page 65

```
 1      Q.   Sure.  On the night of the shooting,
 2   you relied on that prior thought process to
 3   pull your gun rather than your taser; right?
 4      A.   Yes.
 5      Q.   Okay.  And you said the dogs came
 6   down the stairs?
 7      A.   Like a bolt of lightning.
 8      Q.   When you say "a bolt of lightning,"
 9   is that something you're characterizing now or
10   that's something you thought at the time?
11      A.   At the time.
12      Q.   You thought at the time they were
13   like a bolt of lightning?
14      A.   Uh-huh (indicating affirmatively).
15      Q.   You recall that going through your
16   head?
17      A.   No.  I -- I was living the moment.
18   So why do I need to recall something going
19   through my head?  I'm living in the moment
20   witnessing it.
21      Q.   Uh-huh (indicating affirmatively).
22      A.   So I'm using that phrase right now,
23   but I didn't think "bolt of the lightning" back
24   then, but I was in the -- I was in the moment
25   and I considered how fast they were coming at
```

Officer Derrick Burmaster
March 10, 2023

Page 66

```
 1  me and I had no escape.
 2       Q.   Uh-huh (indicating affirmatively).
 3            And that's why I ask some of these
 4  questions is because sometimes I'm trying to
 5  distinguish between how you're describing
 6  things now and what you thought at the time.
 7  So that's helpful.  Thank you.
 8            So two dogs came down the stairs;
 9  right?
10       A.   Yes.
11       Q.   A larger dog and a smaller dog?
12       A.   Yes.
13       Q.   The smaller dog ran in your
14  direction; correct?
15       A.   Yes.
16       Q.   The larger dog did not run at you;
17  correct?
18       A.   I don't know what the dog was doing,
19  but when I shot the smaller dog, the other one
20  retreated back upstairs, and I was able to
21  escape out of the backyard.  My heart was
22  pounding, man.  I don't know if you can tell by
23  watching this video.  My heart was -- was
24  pounding.  I was scared, man.  I don't want to
25  get bit by a dog, and I -- I thought I was
```

Officer Derrick Burmaster
March 10, 2023

Page 67

```
 1   about to get bit by a dog.
 2        Q.   Uh-huh (indicating affirmatively).
 3        A.   And then now I'm going to be sitting
 4   in a hospital.
 5        Q.   Well, how many dogs ran at you?
 6        A.   Both of them as far as I'm
 7   concerned.  The other one didn't have a chance
 8   to get closer because the -- the -- I believe
 9   it was a golden dog.  He didn't move as fast as
10   a -- as the young, smaller dog and -- It wasn't
11   a Shih Tzu, man.  Shih Tzu, man, wouldn't a --
12   wouldn't a been able to get down that -- the
13   steps, but, you know, this was like a -- I
14   thought it was a Pit Bull, bro.  I really did.
15        Q.   Okay.  So how many dogs ran at you?
16   One or two?
17        A.   Two of them came down the stairs
18   like a bolt of lightning.  Roussell was able to
19   get out.
20        Q.   Okay.  Well, were the stairs coming
21   towards you?
22        A.   No.  So the stairs come down to, I
23   believe, a platform.
24        Q.   Right.
25        A.   So they came down the stairs and
```

Officer Derrick Burmaster
March 10, 2023

Page 180

```
 1   no risk to Roussell or anyone else either from
 2   your rounds being fired or from ricochet?
 3        A.   I had -- It was a downward -- I
 4   fired downward.
 5        Q.   Okay.  Right.  Because from what you
 6   described earlier, the dog was about 18 inches
 7   from you and so you pointed down to shoot at
 8   it?
 9        A.   Yeah.  That's where the dog was.
10        Q.   Okay.
11        A.   I believe it was one handed, too.
12   It wasn't --
13        Q.   Okay.  Do you have a cat?  Have you
14   ever had a cat?
15        A.   I do.
16        Q.   You currently have a cat?  Do you
17   know roughly what your cat weighs?
18        A.   Probably ten pounds.
19        Q.   Okay.  Have you ever seen a cat
20   that -- that weighs about 20 pounds?
21        A.   I don't know how much -- I don't
22   know how much cats weigh.
23        Q.   Okay.
24        A.   So I'm -- I'm sure I have.
25        Q.   In terms of your training about
```

```
1    animals -- In terms of your NOPD training about
2    encountering animals on the job, do you recall
3    being trained about encountering animals on the
4    job during academy?
5         A.   Yeah.
6         Q.   Do you recall the content of that
7    training?
8         A.   From the academy?
9         Q.   Uh-huh (indicating affirmatively).
10        A.   Oh, we were instructed to forget all
11   training from that era.
12        Q.   Okay.  And you -- What other
13   training have you received since that era about
14   interacting with animals on the job?
15        A.   Be safe.
16        Q.   Uh-huh (indicating affirmatively).
17             Let me -- Maybe I can be a little
18   more specific.
19        MR. MOST:
20             Mark this as --
21        THE WITNESS:
22             We had a guy, Beau Gast, years ago.
23         Beau Gast was his name.  He did the
24          training.
25        MR. ALPAUGH:
```

Officer Derrick Burmaster
March 10, 2023

Page 250

```
 1   in their persons, places, and things -- The
 2   right of a person to be secure in their
 3   persons, places, and things against
 4   unreasonable search and seizure shall not be
 5   violated unless by probable cause.
 6        Q.   And you understand that that can
 7   apply to a dog as a thing?
 8        A.   Yes.
 9        Q.   Okay.  Had -- Were you given any
10   training by NOPD about how to follow the Fourth
11   Amendment as regards people's animals?
12        A.   Yeah, we probably discussed that.
13        Q.   Okay.  In the context of the -- the
14   document we looked at earlier?
15        MR. ALPAUGH:
16             Which document?
17        MR. MOST:
18             Yeah.
19   EXAMINATION BY MR. MOST:
20        Q.   The -- The training -- The training
21   document that we looked at earlier?
22        A.   Yeah, this (indicating).
23        Q.   Okay.  But you don't recall anything
24   else?
25        A.   (No response.)
```