UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Plaintiffs Derek Brown and Julia Barecki-Brown respectfully move for partial summary judgment on liability. Based on the evidence uncovered during discovery, there are no genuine issues of material fact as to liability on certain claims made herein. In sum, it is clear from the Body Worn Camera ("BWC") footage and other evidence that New Orleans Police Department ("NOPD") Officer Derrick Burmaster unreasonably seized the Brown family's property in violation of their clearly established constitutional rights when he shot and killed their 16 week old 22 lb. puppy Apollo.

The undisputed facts make it clear that (1) Burmaster's actions constituted an objectively unreasonable seizure in violation of the Fourth Amendment and (2) that Burmaster is not entitled to qualified immunity.

WHEREFORE, Plaintiffs accordingly move the Court to grant partial summary judgment in their favor on liability as follows:

1. Granting partial summary judgment in Plaintiffs' favor on Plaintiffs' Section 1983 claim;

2. Granting partial summary judgment in Plaintiffs' favor dismissing Burmaster's qualified immunity defense;

3. Granting partial summary judgment in Plaintiffs' favor on Plaintiffs' state law claims.

#101094921v1

Respectfully submitted,

| | |
|---|---|
| */s/Tarak Anada*         | */s/William Most*         |
| TARAK ANADA (La. Bar No. 31598) | WILLIAM MOST (La. Bar No. 36914) |
| JONES WALKER LLP | DAVID LANSER (La Bar No. 37764) |
| 201 St. Charles Avenue, Ste. 4900 | MOST & ASSOCIATES |
| New Orleans, LA 70170 | 201 Saint Charles Ave., Ste. 114 #101 |
| Telephone: (504) 582-8322 | New Orleans, LA 70170 |
| Facsimile: (504) 589-8322 | Tel: (504) 509-5023 |
| Email: tanada@joneswalker.com | Email: williammost@gmail.com |

**Counsel for Derek Brown and Julia Barecki-Brown**

#101094921v1