# In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

_____

## Officer Derrick Burmaster

March 10, 2023

_____

EXHIBIT
M

```
 1   stairs.  One of them got to me closer.
 2          Q.   Uh-huh (indicating affirmatively).
 3          A.   I shot that one.  And the other one
 4   ran off.  If I was evil, I'd have shot both of
 5   them.  I'm not evil.  I shot the one that
 6   needed to be shot, and I didn't want that dog
 7   to die.
 8          Q.   The smaller dog needed to be shot?
 9          A.   Or I was going to get bit.  I didn't
10   want the dog to die.  I wish I would have just
11   hit it in the foot or something so it could
12   survive.  I'd have rendered aide if I thought
13   it was going to help.  But Mr. and Mrs. were
14   very upset.  I -- I wouldn't go in there.  And
15   they were holding and hugging on their dog, you
16   know.
17          Q.   Would it be a true statement to say
18   you had two dogs coming at you?
19          A.   Yes.  Can we watch the video?
20          Q.   Yeah, we will.
21               Was the smaller dog barking when it
22   was running at you?
23          A.   I heard barking.  I didn't --
24          Q.   So you don't know?
25          A.   Can we watch the video and then go
```