# In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

_____

## City of New Orleans through their designated representative, Lieutenant John Helou 30(b)(6) Deposition

March 10, 2023

_____

EXHIBIT Q

```
 1         THE WITNESS:
 2              Not necessarily.  I mean, I don't --
 3         I don't really have a fear of dogs, so I
 4         don't -- unless they're really showing
 5         some sign of aggression or imminent
 6         attack is coming, I don't -- I don't
 7         believe so.
 8   EXAMINATION BY MR. MOST:
 9         Q.   And you didn't see any sign of
10   aggression or imminent attack from what you
11   reviewed?
12         A.   Not from what I reviewed.
13         Q.   Would you have shot the dog?
14         A.   From what I reviewed?
15         Q.   Uh-huh (indicating affirmatively).
16         A.   Probably not.
17         Q.   You're aware that Burmaster
18   expressed a fear or a worry that this dog would
19   bite his penis?
20         A.   Yes, I believe he said that a few
21   times.
22         Q.   Has any other officer that you know
23   of expressed a fear of dogs biting their penis?
24         A.   Not to my knowledge.
25         Q.   Are you aware of any NOPD officer
```