# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br> <br> VERSUS <br> <br> DERRICK BURMASTER, SHAUN <br> FERGUSON, and the CITY OF <br> NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 22-00847 <br> <br> SECTION: L <br> <br> HONORABLE ELDON E. FALLON <br> <br> DIVISION: 4 <br> <br> HONORABLE KAREN WELLS ROBY |

*************************************************************************

## NOTICE OF SUBMISSION

Per R. Doc. 63-1, the Court will choose a submission date for this Motion.

Respectfully submitted,

| | |
|---|---|
| */s/Tarak Anada* | */s/William Most* |
| TARAK ANADA (La. Bar No. 31598) | WILLIAM MOST (La. Bar No. 36914) |
| JONES WALKER LLP | DAVID LANSER (La Bar No. 37764) |
| 201 St. Charles Avenue, Ste. 4900 | MOST & ASSOCIATES |
| New Orleans, LA 70170 | 201 Saint Charles Ave., Ste. 114 #101 |
| Telephone: (504) 582-8322 | New Orleans, LA 70170 |
| Facsimile: (504) 589-8322 | Tel: (504) 509-5023 |
| Email: tanada@joneswalker.com | Email: williammost@gmail.com |

***Counsel for Derek Brown and Julia Barecki-Brown***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                    */s/ Tarak Anada*
                                                    TARAK ANADA

#101121804v1