**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEREK BROWN and | *   Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * |
| | *   SECTION: L |
| VERSUS | * |
| | *   HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * |
| FERGUSON,  and the CITY OF | *   DIVISION: 4 |
| NEW ORLEANS | * |
| | *   HONORABLE KAREN WELLS ROBY |

*********************************************************************************

### _EX PARTE_ MOTION TO SUBSTITUTE CORRECT MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Plaintiffs Derek Brown and Julia Barecki-Brown filed their Motion for Partial Summary Judgment on Liability (R. Doc. 110) earlier today. Upon checking this filing on PACER, Plaintiffs realized that one of the three below images (the bottom left image to be specific) of their puppy Apollo was somehow deleted from their Memorandum in Support (R. Doc. 110-1) during the PDF conversion and/or the E-File process.



---

[1]   https://www.nola.com/news/crime_police/puppy-named-apollo-shot-to-death-by-nopd-cop-in-lower-garden-district-just-a/article_ff3ab41e-9ad9-11eb-9e26-c35c62e96f23.html.

 

These images are important to illustrate to the Court the size difference between Apollo and Defendant Derrick Burmaster. Plaintiffs therefore respectfully move the Court to strike their previously filed Memorandum in Support (R. Doc. 110-1) and substituted in place the attached corrected Memorandum in Support which correctly includes all three images.

Respectfully submitted,

<table>
<tr><td>/s/Tarak Anada</td><td>/s/William Most</td></tr>
<tr><td>TARAK ANADA (La. Bar No. 31598)</td><td>WILLIAM MOST (La. Bar No. 36914)</td></tr>
<tr><td>JONES WALKER LLP</td><td>DAVID LANSER (La Bar No. 37764)</td></tr>
<tr><td>201 St. Charles Avenue, Ste. 4900</td><td>MOST & ASSOCIATES</td></tr>
<tr><td>New Orleans, LA 70170</td><td>201 Saint Charles Ave., Ste. 114 #101</td></tr>
<tr><td>Telephone: (504) 582-8322</td><td>New Orleans, LA 70170</td></tr>
<tr><td>Facsimile: (504) 589-8322</td><td>Tel: (504) 509-5023</td></tr>
<tr><td>Email: tanada@joneswalker.com</td><td>Email: williammost@gmail.com</td></tr>
</table>

**Counsel for Plaintiffs Derek Brown and Julia Barecki-Brown**

#101123360v1