## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN,<br><br>          Plaintiffs,<br>v.<br><br>DERRICK BURMASTER, SHAUN FERGUSON,<br>and the CITY OF NEW ORLEANS,<br><br>          Defendants. | CIVIL ACTION NO. 22-0847<br><br>SECTION: L<br><br>HONORABLE ELDON E. FALLON<br><br>DIVISION: 4<br><br>HONORABLE KAREN WELLS ROBY |

## **ORDER**

Considering the *Ex Parte* Motion to Substitute Correct Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment on Liability filed by Plaintiffs:

IT IS HEREBY ORDERED that the Motion is granted, and that the previously filed incorrect Memorandum (R. Doc. 110-1) is stricken and replaced by the corrected Memorandum submitted with Plaintiffs' *Ex Parte* Motion to Substitute Correct Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment on Liability.

New Orleans, Louisiana this _____ day of March, 2022.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE
                                                          ELDON E. FALLON

#101123365v1