**MINUTE ENTRY**
**ROBY, M. J.**
**March 20, 2023**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:    22-0847** |
| **DERRICK BURMASTER ET AL** | **SECTION: "L" (4)** |

A Settlement Conference was held on this date.  Participating were:  William Most representing the plaintiffs; Derek Brown, Julia Barecki-Brown, plaintiffs; Chester Theodore Alpaugh , III representing the defendant, Burmaster and Corwin St. Raymond, James Michael Roquemore representing the defendants, City of New Orleans.  Negotiations were unsuccessful and a settlement was not reached.

**CLERK TO NOTIFY:**
**Judge Eldon E. Fallon**

**MJSTAR:  1:30**