UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

### SHAUN FERGUSON'S AND CITY OF NEW ORLEANS' OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION TO SUBSTITUTE CORRECT MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), oppose Plaintiffs' *Ex Parte* Motion in which they seeki leave to file a substituted memorandum in support of their previously filed Motion for partial summary judgment. The *Ex Parte* motion is Doc. 111. The Motion for Partial Summary Judgment is Doc. 110.

Clearly, Plaintiffs' request for leave to substitute its memorandum is within the discretion of the Court. However, the City Defendants oppose Plaintiffs' request because the only change to Plaintiffs' previously filed memorandum (Doc. 110-1) is the inclusion of pictures of their deceased dog. The pictures are unnecessary and irrelevant to the legal issues, since they do not accurately show the behavior of the dog on the night when Office Burmaster encountered it at Plaintiffs' residence. There is body worn camera video that accurately shows the events of the night in question. Fifth Circuit jurisprudence advises that body worn camera footage should be relied upon as reliable evidence. See *Tucker v. City of Shreveport*, 998 F.3d 165 (5th Cir. 2021, cert. denied

sub nom *Tucker v. City of Shreveport, Louisiana*, 211 L.E. 2d 388, 142 S. Ct. 419 (2021) ("because there is video and audio recording of the event, we are not required to accept factual allegations that are 'blatantly contradicted by the record.'" (citing *Scott v. Harris*, 550 U.S. 372 (2007)). The pictures of the dog in earlier times interacting with Plaintiffs' family add no new information. Plaintiffs' efforts are a transparent appeal to emotion which run afoul of Federal Rule of Evidence 403.

    For these reasons, the City Defendants oppose Plaintiffs' request in Doc. 111.

Respectfully submitted:

*/s/ James M. Roquemore*_____
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*