UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| versus | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Ex Parte Motion to File Statement of Uncontested Material Facts of Defendant, Derrick Burmaster,

**IT IS HEREBY ORDERED** that the Statement of Uncontested Material Facts be filed into the record and added to the filing of Rec. Doc. 105 Motion for Summary Judgment by Derrick Burmaster.

New Orleans, Louisiana, this 20th day of March, 2023.

_____
**UNITED STATES DISTRICT JUDGE**