# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * | CIVIL ACTION |
| | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * | |
| | * | HONORABLE ELDON E. FALLON |
| | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

***********************************************************************

## ORDER

Considering the need to set briefing schedules for motions submitted in this matter;

**IT IS ORDERED** that that motions at R. Doc. 102, R. Doc. 105, and R. Doc 109 be **SET** for submission on March 27, 2023. Memoranda in opposition are due March 23, 2023, and replies may be submitted until the submission date.

New Orleans, Louisiana, this 20th day of March, 2023.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE