# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN, <br><br> Plaintiffs, <br> v. <br><br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS, <br><br> Defendants. | CIVIL ACTION NO. 22-0847 <br><br> SECTION: L <br><br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

## ORDER

Considering the *Ex Parte* Motion to Substitute Correct Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment on Liability filed by Plaintiffs:

IT IS HEREBY ORDERED that the Motion is granted, and that the previously filed incorrect Memorandum (R. Doc. 110-1) is stricken and replaced by the corrected Memorandum submitted with Plaintiffs' *Ex Parte* Motion to Substitute Correct Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment on Liability.

New Orleans, Louisiana this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON

#101123365v1