# In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

## Officer Derrick Burmaster

March 10, 2023

**EXHIBIT A**

```
              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF LOUISIANA




DEREK BROWN and JULIA     Civil Action No.
BARECKI-BROWN             22-847

VERSUS                     SECTION: L

DERRICK BURMASTER,        HONORABLE ELDON E.
SHAWN FERGUSAN,           FALON
and the CITY OF
NEW ORLEANS    DIVISION:  4

                          HONORABLE KAREN WELLS
                          ROBY

* * * * * * * * * * * * * * * * * * * *


                  PUBLIC VERSION


     Videotaped deposition of OFFICER DERRICK
P. BURMASTER, 505 North Sibley, Metairie,
Louisiana 70003, taken at the CITY ATTORNEY'S
OFFICE, located at 1300 Perdido Street, 5E03,
New Orleans, Louisiana 70112, commencing at
9:58 A.M., on Friday, the 10th day of March,
2023.


APPEARANCES:


   JONES WALKER
   (By:  Tarak Anada, Esquire)
   201 St. Charles Avenue
   51st Floor
   New Orleans, Louisiana  70170

          - AND -
```

```
 1    APPEARANCES (continued):

 2
      MOST & ASSOCIATES
 3    (By:  William Most, Esquire)
      201 St. Charles Avenue
 4    Suite 114 PMB 101
      New Orleans, Louisiana  70170
 5       (Attorneys for the Plaintiffs,
          Derek Brown and Julia Barecki-Brown)
 6

 7    GUSTE, BARNETT, SCHLESINGER, HENDERSON
      & ALPAUGH, L.L.P.
 8    (By:  C. Theodore Alpaugh, III, Esquire)
      639 Loyola Avenue
 9    Suite 2130
      New Orleans, Louisiana  70113
10       (Attorneys for the Defendant,
          Officer Derrick P. Burmaster)
11

12    CITY OF NEW ORLEANS
      (By:  James Roquemore, Esquire)
13    1300 Perdido Street
      5E03
14    New Orleans, Louisiana
         (Attorneys for the Defendants,
15        City of New Orleans and Shaun
          Ferguson)
16

17

18    ALSO PRESENT:

19
      Derek Brown
20
      Tammy Hupin, Videographer
21

22
      REPORTED BY:
23

24    KATHY ELLSWORTH SHAW, CCR, RPR
      Certified Court Reporter
25    (No. 049519)
```

```
 1              E X A M I N A T I O N   I N D E X
 2
 3                                                     PAGE
 4
 5    EXAMINATION BY MR. MOST.........................6
              RE-EXAMINATION......................263
 6
 7    EXAMINATION BY MR. ROQUEMORE.................251
 8
 9                E X H I B I T   I N D E X
10
      EXHIBIT NO. 2................................197
11
      EXHIBIT NO. 3................................200
12
      EXHIBIT NO. 6................................201
13
      EXHIBIT NO. 7................................205
14
      EXHIBIT NO. 9................................114
15
      EXHIBIT NO. 19...............................192
16
      EXHIBIT NO. 23B..............................147
17
      EXHIBIT NO. 24................................28
18
      EXHIBIT NO. 28...............................117
19
      EXHIBIT NO. 30...............................221
20
      EXHIBIT NO. 47...............................182
21
22    HIGHLY SENSITIVE PROTECTED MATERIAL
23
      PAGE 236 LINE 14 THROUGH PAGE 238 LINE 16
24
25              *      *      *      *      *
```

1   the 2021 shooting of the Browns' dog.  Will
2   that be your understanding as well?
3        A.   Yes.
4        Q.   Thank you.
5             And -- And does this paragraph look
6   the same as the paragraph that you understood
7   to apply at the time of the shooting?
8        A.   Yes.
9        Q.   Okay.  So I -- I want to just see if
10  we're on the same page about some basic
11  standards.
12            Would you agree that police should
13  not shoot a dog unless it reasonably appears to
14  pose an imminent threat of serious bodily harm
15  or death?
16       A.   Yes, I would agree.
17       Q.   Would you agree that police should
18  ensure there's no risk to people in the area
19  before shooting a dog?
20       A.   Yes.
21       Q.   Would you agree that police should
22  not shoot a dog if alternative non-lethal means
23  are reasonably available?
24       A.   I agree.
25       Q.   And would you agree that shooting a

```
 1   dog should always be the la -- option of last
 2   resort?
 3        A.   Yes.
 4        Q.   Okay.
 5        A.   Certainly.
 6        Q.   Do you recall the events of the
 7   night of the shooting?
 8        A.   Say that again.
 9        Q.   Do you recall the events of the
10   night of the shooting?
11        A.   Yes.
12        Q.   And my understanding is that on that
13   night, you were answering a -- a call for
14   service at the -- at the Browns' home?
15        A.   Yes.
16        Q.   You arrived by yourself in a one-man
17   car?
18        A.   Yes.  I was sitting in front of the
19   Brothers on St. Charles Avenue.  It was 9:30 at
20   night and I was ready to get off.  I did not
21   want to go to the Browns' house because I don't
22   like taking domestics passed 9 o'clock because
23   it makes you get off late, and I'm always
24   interested in getting off on time.  But, you
25   know, I was close.  I was like, Man, let me
```