DEREK BROWN on 12/19/2022

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and           *  CIVIL ACTION
     JULIA BARECKI-BROWN       *
 4                             *  DOCKET NUMBER: 22-00847
     VERSUS                    *
 5                             *  SECTION: L
     DERRICK BURMASTER,        *
 6   SHAUN FERGUSON, and       *  HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS   *
 7                             *  DIVISION:  4
                               *
 8                             *  HONORABLE KAREN WELLS ROBY

 9   *******************************************************

10

11       Deposition of DEREK BROWN, taken via Zoom with

12    the witness located in New Orleans, Louisiana, on

13   Wednesday, the 19th day of December 2022, beginning

14                       at 9:00 a.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002

25
```

**EXHIBIT B**

```
 1                    APPEARANCES:

 2   FOR THE PLAINTIFF (S):   DEREK BROWN and JULIA

 3   BARECKI-BROWN

 4        TARAK ANADA, ESQUIRE

 5        JONES WALKER, LLP

 6        201 ST. CHARLES AVENUE

 7        NEW ORLEANS, LOUISIANA 70170-5100

 8        PHONE:  (504) 582-8322

 9        EMAIL:  tanada@joneswalker.com

10   FOR THE DEFENDANT (S):   SHAUN FERGUSON and the CITY

11   OF NEW ORLEANS

12        JAMES M. ROQUEMORE, ESQUIRE

13        ASSISTANT CITY ATTORNEY

14        1300 PERDIDO STREET, SUITE 5E03

15        NEW ORLEANS, LOUISIANA 70112

16        PHONE:  504-658-9800

17        EMAIL:  james.roquemore@nola.gov

18   FOR THE DEFENDANT (S):   DERRICK BURMASTER

19        C. THEODORE ALPAUGH III, ESQUIRE

20        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP

21        639 LOYOLA AVE STE 2130

22        NEW ORLEANS, LA 70113-3157

23        PHONE:  (504) 529-4141

24        EMAIL:  cta@gustebarnett.com

25   ALSO PRESENT:  JULIA BARECKI-BROWN
```

```
 1                  S T I P U L A T I O N
 2              It is hereby stipulated by and between
 3    counsel of record for the parties hereto that the
 4    oral deposition of DEREK BROWN, is hereby taken
 5    pursuant to notice and in accordance with the
 6    Louisiana Code of Civil Procedure, and for all uses
 7    and purposes thereby provided, via Zoom at New
 8    Orleans, Louisiana, on December 19, 2022, commencing
 9    at or about 9:29 a.m.
10              That all formalities in connection with the
11    taking of the deposition are hereby waived with the
12    exception of the swearing of the witness and
13    reduction of the questions and answers to typewritten
14    form, and the right of the witness to read and sign
15    the completed transcript of testimony was WAIVED;
16              That all objections, save those as to the
17    form of the questions and the responsiveness of the
18    answer, are hereby reserved until such time as this
19    deposition, or any part thereof, may be used or
20    sought to be used in evidence, such objections as
21    might have been made had the testimony been given in
22    open court.
23              That Jill Cox, CVR, CCR, officiated in
24    administering the oath to the above-named witness.
25
```

```
 1                         INDEX
 2                                                    PAGE
 3        Stipulations ...................................3
 4        Reporter's Page ...............................71
 5        Reporter's Certificate ........................72
 6    EXAMINATIONS
 7        Examination By Mr. Roquemore ...................5
 8        Examination By Mr. Anada ......................68
 9    EXHIBITS (NOT PROVIDED TO COURT REPORTER)
10        Exhibit 1.  Notice of Deposition ...............9
11        Exhibit 2.  Adoption form .....................30
12        Exhibit 3.  Photos ............................36
13        Exhibit 4.  Report of vet autopsy .............40
14        Exhibit 5.  Psych evaluation ..................51
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        Q.   Do you remember anything in particular
 2   that you said or that she said to each other?
 3        A.   I do not remember anything in particular.
 4   It was just a lot of husband-wife arguing about lack
 5   of communication, and of not being supportive.  I
 6   don't recall any specific words or sentences that we
 7   used that night.
 8        Q.   Tell me how, what the volume of your
 9   disagreement was?
10             MR. ANADA:  Object to form.  Go
11             ahead.
12        A.   It was probably loud.  I don't -- I'm not
13   the type to raise my voice.  Julia is more vocal
14   then me.  But, yes, I'm guessing it was loud enough
15   for someone to have called 911 and reported a noise
16   disturbance.  It must have been loud.
17        Q.   Right.  You understand that somebody did
18   call the police about the disturbance between you
19   and your wife on that night; is that right?
20        A.   Yes.
21        Q.   Okay. And at some point, from what I
22   understand, at some point in time from what I
23   understand you were arguing out front, on your front
24   porch; is that right?
25        A.   Yes.
```