```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and          *  CIVIL ACTION
     JULIA BARECKI-BROWN      *
 4                            *  DOCKET NUMBER: 22-00847
     VERSUS                   *
 5                            *  SECTION: L
     DERRICK BURMASTER,       *
 6   SHAUN FERGUSON, and      *  HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS  *
 7                            *  DIVISION:  4
                              *
 8                            *  HONORABLE KAREN WELLS ROBY

 9   ********************************************************

10

11         Deposition of JULIA BARECKI-BROWN, taken via

12      Zoom with the witness located in New Orleans,

13    Louisiana, on Wednesday, the 19th day of December

14              2022, beginning at 1:00 p.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002

25
```

**EXHIBIT C**

```
 1                    APPEARANCES:
 2   FOR THE PLAINTIFF (S):   DEREK BROWN and JULIA
 3   BARECKI-BROWN
 4        TARAK ANADA, ESQUIRE
 5        JONES WALKER, LLP
 6        201 ST. CHARLES AVENUE
 7        NEW ORLEANS, LOUISIANA 70170-5100
 8        PHONE:  (504) 582-8322
 9        EMAIL:  tanada@joneswalker.com
10   FOR THE DEFENDANT (S):   SHAUN FERGUSON and the CITY
11   OF NEW ORLEANS
12        JAMES M. ROQUEMORE, ESQUIRE
13        ASSISTANT CITY ATTORNEY
14        1300 PERDIDO STREET, SUITE 5E03
15        NEW ORLEANS, LOUISIANA 70112
16        PHONE:  504-658-9800
17        EMAIL:  james.roquemore@nola.gov
18   FOR THE DEFENDANT (S):   DERRICK BURMASTER
19        C. THEODORE ALPAUGH III, ESQUIRE
20        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
21        639 LOYOLA AVE STE 2130
22        NEW ORLEANS, LA 70113-3157
23        PHONE:  (504) 529-4141
24        EMAIL:  cta@gustebarnett.com
25   ALSO PRESENT:  DEREK BROWN
```

```
 1                  S T I P U L A T I O N
 2              It is hereby stipulated by and between
 3   counsel of record for the parties hereto that the
 4   oral deposition of JULIA BARECKI-BROWN, is hereby
 5   taken pursuant to notice and in accordance with the
 6   Louisiana Code of Civil Procedure, and for all uses
 7   and purposes thereby provided, via Zoom at New
 8   Orleans, Louisiana, on December 19, 2022, commencing
 9   at or about 11:42 a.m.
10              That all formalities in connection with the
11   taking of the deposition are hereby waived with the
12   exception of the swearing of the witness and
13   reduction of the questions and answers to typewritten
14   form, and the right of the witness to read and sign
15   the completed transcript of testimony was WAIVED;
16              That all objections, save those as to the
17   form of the questions and the responsiveness of the
18   answer, are hereby reserved until such time as this
19   deposition, or any part thereof, may be used or
20   sought to be used in evidence, such objections as
21   might have been made had the testimony been given in
22   open court.
23              That Jill Cox, CVR, CCR, officiated in
24   administering the oath to the above-named witness.
25
```

```
 1                    INDEX
 2                                               PAGE
 3      Stipulations ................................3
 4      Reporter's Page .............................43
 5      Reporter's Certificate ......................44
 6   EXAMINATIONS
 7      Examination By Mr. Roquemore ................5
 8      Examination By Mr. Anada ....................30
 9      Re-Examination By Mr. Roquemore .............35
10      Examination By Mr. Alpaugh ..................37
11      Re-Examination By Mr. Anada .................39
12   EXHIBITS (NOT PROVIDED TO COURT REPORTER)
13      Exhibit 6.  Psych evaluation of Ms. Barecki ...33
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1         Q.   And, apparently, somebody heard the
 2   argument in the neighborhood, right?
 3         A.   Someone made a call.
 4         Q.   So somebody heard something, right?
 5         A.   Yes.
 6         Q.   Do you know what they heard?
 7         A.   Us arguing with each other.  I can be
 8   pretty loud sometimes.
 9         Q.   Where you loud that night?
10         A.   Yes.
11         Q.   You don't remember what you were saying?
12         A.   Not exactly, no.
13         Q.   And tell me you were inside, outside; tell
14   me about that.
15         A.   We were inside in the hallway that the
16   door is on.  I went outside to let the dogs out.
17         Q.   Then?
18         A.   And then we went back inside, and we're
19   continuing to talk.  And we were not loud at that
20   point.  And I do recall looking out the window and
21   seeing Bucho laying on the porch, and Apollo laying
22   kind of on him.  And then I heard the door and Bucho
23   barked and a bunch of gunshots.
24         Q.   You heard the door, what do you mean by
25   that?
```