| | |
|---|---|
| **From:** | William Most |
| **To:** | C. Theodore Alpaugh III; James M Roquemore; Anada, Tarak; Mauer, Christine; Hope Phelps |
| **Subject:** | Brown v. Burmaster: Agenda for R. Doc. 63-1 Meeting |
| **Date:** | Thursday, March 9, 2023 5:17:33 PM |
| **Attachments:** | 2023.3.9 - Proposed Pre-Trial Order.docx |

Jim and Ted,

Below is an agenda for tomorrow's meeting that is required by R. Doc. 63-1. Attached is a rough draft of the PTO to facilitate that.

- Go over draft PTO, to work on "arriving at all possible stipulations" i.e., undisputed facts.
- Discuss trial length, and possibility of doing  voir dire friday before.
- Counsel should make a reasonable effort to ascertain that the Court has jurisdiction.
- Correctness of identity of legal entities; necessity for appointment of tutor, guardian, administrator, executor, etc., and validity of appointment if already made; correctness of designation of party as partnership, corporation or individual d/b/a trade name.
- Questions of misjoinder or nonjoinder of parties.
- Come up with timeline for exchanging drafts of PTO.
- Confer about Burmaster's answer, in advance of motion to strike.

Thank you,

William
--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023

**EXHIBIT A**