David Duplantier                                                March 08, 2023

```
 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4   DEREK BROWN and JULIA           CIVIL ACTION NO.
     BARECKI-BROWN                   22-00847
 5
     VERSUS
 6                                   DIVISION: 4
     DERRICK BURMASTER, SHAUN
 7   FERGUSON, and the CITY OF       SECTION: L
     NEW ORLEANS
 8
 9
10
11   * * * * * * * * * * * * * * * * * * * * * * * * *
12              TRANSCRIPT OF THE DEPOSITION OF:
13                     DAVID DUPLANTIER,
14   TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE ABOVE
15   ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,
16   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.
17   * * * * * * * * * * * * * * * * * * * * * * * * *
18
19        REPORTED AT:
20        NEW ORLEANS CITY HALL
21        1300 PERDIDO STREET, ROOM 5E03
22        NEW ORLEANS, LOUISIANA  70112
23
24
25        COMMENCING AT 1:53 P.M., ON MARCH 8, 2023.
```




David Duplantier                                                          March 08, 2023
Page 2

```
 1                    A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4        JONES WALKER L.L.P.
          (BY:  TARAK ANADA, ESQ.)
 5        201 ST. CHARLES AVENUE, 49TH FLOOR
          NEW ORLEANS, LOUISIANA   70170
 6        (504) 582-8322
          tanada@joneswalker.com
 7
 8    FOR CITY OF NEW ORLEANS AND SHAUN FERGUSON:
 9        NEW ORLEANS CITY ATTORNEY'S OFFICE
          (BY:  JAMES M. ROQUEMORE, ESQ.)
10        1300 PERDIDO STREET, SUITE 5E03
          NEW ORLEANS, LOUISIANA   70112
11        (504) 658-9800
          james.roquemore@nola.gov
12
13    FOR DERRICK BURMASTER:
14        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
          (BY:  C. THEODORE ALPAUGH III, ESQ.)
15        639 LOYOLA AVENUE, SUITE 2130
          NEW ORLEANS, LOUISIANA   70113
16        (504) 529-4141
          cta@gustebarnett.com
17
18    ALSO PRESENT:
19        SOPHIA CEFOLIA
20
      REPORTED BY:
21
          YOLANDA J. PENA
22        CCR NO. 2017002, RPR
          STATE OF LOUISIANA
23
24
25
```



```
 1                         I N D E X
```
David Duplantier March 08, 2023

```
 2                                                      PAGE
 3    LIST OF EXHIBITS......................................4
 4    STIPULATION...........................................5
 5    EXAMINATION BY:
 6         MR. ANADA..............................6, 107, 145
 7         MR. ALPAUGH............................86, 119, 144
 8         MR. ROQUEMORE.....................................121
 9    CERTIFICATE.........................................147
```

```
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



# LIST OF EXHIBITS

David Duplantier                                                March 08, 2023

Exhibit No. 1..............................................................7
     (Second Amended Complain)

Exhibit No. 8.............................................................21
     (Notice of 30(b)(6) Deposition
      & Request to Bring Documents,
      Information, or Objects)

Exhibit No. 20.A........................................................110
     (Event Summary)

Exhibit No. 22...........................................................46
     (NOPD Operations Manual,
      Chapter 1.7.1, Conducted
      Energy Weapon)

Exhibit No. 23...........................................................49
     (NOPD Operations Manual,
      Chapter 1.3, Use of Force)

Exhibit No. 40...........................................................86
     (CITY DEFENDANTS 003646,
      Policy Tactics Training
      Recommendations)

City Exhibit No. 1......................................................125
     (CITY DEFENDANTS 003651,
      PowerPoint, Responses to the
      Problem of Dog-related
      Encounters)



```
 1                    S T I P U L A T I O N
 2
 3            IT IS STIPULATED AND AGREED by and among the
 4    parties that this deposition is hereby being taken
 5    pursuant to the Federal Rules of Civil Procedure.
 6            All formalities, excluding the reading and
 7    signing of the transcript by the witness, are hereby
 8    waived.
 9            All objections, except as to the form of the
10    question and responsiveness of the answer, are
11    considered reserved until trial or other use of the
12    deposition.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

David Duplantier                                    March 08, 2023



David Duplantier                                           March 08, 2023
                                                                  Page 95

```
 1   completed the same day.
 2   BY MR. ALPAUGH:
 3       Q.    Okay.  Why don't you tell us about that.
 4       A.    Naturally, he comes in.  I take the time to
 5   sit down and explain to him why he's here, though he
 6   already knows.  And the first thing we do is -- before
 7   I do anything, we sit down and we look at the BWC
 8   together, the body-worn camera footage together.
 9             You'd be surprised how many officers really
10   haven't seen their body-worn camera footage in some of
11   these incidents, so it may be the first time they saw
12   it.  I don't recall if it was his first time or not.
13             He talked about everything leading up to it,
14   to the encounter with the animals.  As we went through
15   it, we talked about it, frame by frame almost.  I said.
16   "It was good that you did that.  The only thing I can
17   tell you is, is maybe give yourself a second longer, a
18   couple seconds longer before entering the yard."
19             However, I didn't know the extent of the
20   domestic call.  I didn't know the particulars on it.  I
21   know they got a domestic call, so that plays a factor
22   into things as well, not only for response but exposure
23   as well.  Domestic call is very dangerous.  It's
24   already a heated situation.  So if it was a true
25   domestic call, we take that into consideration.
```

