## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

### <u>ORDER</u>

Having considered Shaun Ferguson's and the City of New Orleans' First Motion *in Limine* to Exclude Opinion of James W. Crosby, and arguments and pleadings relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

It is ordered that the following testimony by Plaintiffs' designated expert, James W. Crosby, M.S., is barred from testifying to the following:

1.  James W. Crosby will not be permitted to testify that Officer Burmaster's conduct on April 10, 2021, in shooting Plaintiffs' dog was "reckless" or "unreasonable" or "excessive."

2.  James W. Crosby will not be permitted to testify as to any matter touching upon Opinion 17 of his expert report, in which he provided an opinion that the disciplinary history of Officer Burmaster should have resulted in Officer Burmaster's termination from service with the New Orleans Police Department, and that the New Orleans Police Department wrongly retained Officer Burmaster before and after the incident on April 10, 2021.

New Orleans, Louisiana, this ___ day of _____, 2023.


_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA