In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

———————————————————————

# Officer Derrick Burmaster

March 10, 2023

———————————————————————

**Officer Derrick Burmaster**
**March 10, 2023**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEREK BROWN and JULIA     Civil Action No.
BARECKI-BROWN             22-847

VERSUS                              SECTION: L

DERRICK BURMASTER,        HONORABLE ELDON E.
SHAWN FERGUSAN,           FALON
and the CITY OF
NEW ORLEANS     DIVISION:  4

                          HONORABLE KAREN WELLS
                          ROBY

     * * * * * * * * * * * * * * * * * * * * *

                    PUBLIC VERSION


     Videotaped deposition of OFFICER DERRICK
P. BURMASTER, 505 North Sibley, Metairie,
Louisiana 70003, taken at the CITY ATTORNEY'S
OFFICE, located at 1300 Perdido Street, 5E03,
New Orleans, Louisiana 70112, commencing at
9:58 A.M., on Friday, the 10th day of March,
2023.


APPEARANCES:


     JONES WALKER
     (By:  Tarak Anada, Esquire)
     201 St. Charles Avenue
     51st Floor
     New Orleans, Louisiana  70170

          - AND -

Officer Derrick Burmaster
March 10, 2023

```
 1    APPEARANCES (continued):

 2

      MOST & ASSOCIATES
 3    (By:  William Most, Esquire)
      201 St. Charles Avenue
 4    Suite 114 PMB 101
      New Orleans, Louisiana  70170
 5      (Attorneys for the Plaintiffs,
         Derek Brown and Julia Barecki-Brown)
 6

 7    GUSTE, BARNETT, SCHLESINGER, HENDERSON
      & ALPAUGH, L.L.P.
 8    (By:  C. Theodore Alpaugh, III, Esquire)
      639 Loyola Avenue
 9    Suite 2130
      New Orleans, Louisiana  70113
10      (Attorneys for the Defendant,
         Officer Derrick P. Burmaster)
11

12    CITY OF NEW ORLEANS
      (By:  James Roquemore, Esquire)
13    1300 Perdido Street
      5E03
14    New Orleans, Louisiana
        (Attorneys for the Defendants,
15       City of New Orleans and Shaun
         Ferguson)
16

17

18    ALSO PRESENT:

19

      Derek Brown
20
      Tammy Hupin, Videographer
21

22

      REPORTED BY:
23

24    KATHY ELLSWORTH SHAW, CCR, RPR
      Certified Court Reporter
25    (No. 049519)
```

Officer Derrick Burmaster
March 10, 2023

1            E X A M I N A T I O N   I N D E X

2

3                                                    PAGE

4

5    EXAMINATION BY MR. MOST.......................6
             RE-EXAMINATION....................263
6

7    EXAMINATION BY MR. ROQUEMORE...............251

8

9            E X H I B I T   I N D E X

10

    EXHIBIT NO. 2..............................197
11
    EXHIBIT NO. 3..............................200
12
    EXHIBIT NO. 6..............................201
13
    EXHIBIT NO. 7..............................205
14
    EXHIBIT NO. 9..............................114
15
    EXHIBIT NO. 19.............................192
16
    EXHIBIT NO. 23B............................147
17
    EXHIBIT NO. 24.............................28
18
    EXHIBIT NO. 28.............................117
19
    EXHIBIT NO. 30.............................221
20
    EXHIBIT NO. 47.............................182
21

22   HIGHLY SENSITIVE PROTECTED MATERIAL

23
    PAGE 236 LINE 14 THROUGH PAGE 238 LINE 16
24

25            *       *       *       *       *

Officer Derrick Burmaster
March 10, 2023

```
 1              S T I P U L A T I O N

 2            It is stipulated and agreed by

 3   and among counsel for the parties hereto that

 4   the deposition of the aforementioned witness is

 5   hereby being taken under the Federal Rules of

 6   Civil Procedure, for all purposes, in

 7   accordance with law;

 8            That the formalities of reading and

 9   signing are specifically waived.

10            That the formalities of filing, sealing,

11   and certification are specifically waived;

12            That all objections, save those

13   as to the form of the question and the

14   responsiveness of the answer, are hereby

15   reserved until such time as this

16   deposition, or any part thereof, may be

17   used or sought to be used in evidence.

18            *      *      *      *      *

19            KATHY ELLSWORTH SHAW, certified

20   Court Reporter, State of Louisiana,

21   officiated in administering the oath to

22   the witness.

23

24

25
```

Officer Derrick Burmaster
March 10, 2023

1              P R O C E E D I N G S

2        THE VIDEOGRAPHER:

3              We're on the record.

4              This is media unit one in the video

5        deposition of Derrick Burmaster in the

6        matter of Derek Brown and Julia

7        Barecki-Brown versus NOPD, et al., filed

8        in the United States District Court,

9        Eastern District of Louisiana.  Civil

10        Action Number 22-847.

11              Today is Friday, March 10th, 2023.

12        The time is 9:58 A.M.  This deposition is

13        being taken at New Orleans City

14        Attorney's Office at the request of Jones

15        Walker.

16              The videographer is Tammy Hupin.

17        The court reporter is Kathy Shaw.  We are

18        with Magna Legal Services.

19              Will counsel and all the parties

20        present state their appearances and whom

21        they represent?

22        MR. MOST:

23              Sure.  This is William Most on

24        behalf of plaintiffs.  I have with me

25        here co-counsel Tarak Anada, and

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1            plaintiff Derek Brown.
 2        MR. ROQUEMORE:
 3            James Roquemore on behalf of the
 4        City of New Orleans and Superintendent
 5        Shawn Ferguson.
 6        MR. ALPAUGH:
 7            Ted Alpaugh on behalf of Derrick
 8        Burmaster.
 9        THE VIDEOGRAPHER:
10            And would the court reporter please
11        swear in the witness?
12        OFFICER DERRICK P. BURMASTER,
13    after having been first duly sworn by the
14    above-mentioned Certified Court Reporter, was
15    examined and testified as follows:
16    EXAMINATION BY MR. MOST:
17        Q.   All right.  Good morning,
18    Mr. Burmaster.  My name is William Most.  I'm
19    one of the attorneys for the plaintiffs in this
20    case.
21            How are you this morning?
22        A.   All right.  I'm okay.
23        Q.   And what is your name and title?
24        A.   Derrick Burmaster.  I'm a senior
25    police officer.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   Okay.  Is senior police officer your
 2   rank?
 3          A.   Yes.
 4          Q.   I saw you described in the press
 5   recently as Detective Burmaster.  Was that
 6   accurate?
 7          A.   Yes.  I was a detective for several
 8   years in the past.
 9          Q.   Okay.  Are you a detective now?
10          A.   No.
11          Q.   And how would you like me to refer
12   to you?  Officer?  Senior officer?  Mister?
13          A.   However you like.
14          Q.   Okay.  Officer, have you ever given
15   a deposition before?
16          A.   Yes.
17          Q.   In what context did you give a
18   deposition?
19          A.   Traffic crashes.
20          Q.   Roughly how many depositions have
21   you given?
22          A.   Ten.
23          Q.   So you understand that you're under
24   oath today?
25          A.   Yes.
```

Officer Derrick Burmaster
March 10, 2023

```
 1        Q.   You understand that your answers
 2   here today have the same force as if we're in a
 3   courtroom with a judge and jury?
 4        A.   Yes.
 5        Q.   Is there anything that would prevent
 6   you from giving us your full attention and
 7   truthful and complete answers today?
 8        A.   No.
 9        Q.   Are you taking any medications or
10   suffering from any illness that will prevent
11   you from understanding our questions and
12   answering them fully and truthfully?
13        A.   No.
14        Q.   You mentioned before that you might
15   be experiencing some allergies.  Is that
16   anything that affects your attention or ability
17   to answer?
18        A.   No.
19        Q.   And if you need to take a break at
20   any time, please let me or your counsel know.
21   We can take a break, although I will advise you
22   in advance that I may ask you about who you
23   talked to during your break, what you talked
24   about, and whether you looked at any documents,
25   potentially even if it's your attorney.  So
```

Officer Derrick Burmaster
March 10, 2023

1    I'll just give you that heads up in advance.

2    Okay?

3              And one thing you are already doing

4    well, Officer, is you are waiting for me to

5    finish my questions before you give answers,

6    and I will try and do the same courtesy to you

7    so that we have a clean transcript for the

8    court reporter.  All right?

9         A.   Yes.

10        Q.   If I ask a question that is

11   confusing or you don't understand it, will you

12   agree now to tell me that that's the case

13   rather than just trying to answer the question?

14        A.   Yes.

15        Q.   Do you know what case you're here

16   for today?

17        A.   Yes.

18        Q.   What case is that?

19        A.   1420 Felicity Street, the incident

20   happened.

21        Q.   And are you aware that you are a

22   defendant in this case?

23        A.   Yes.

24        Q.   Approximately when did you begin

25   preparing for this deposition?

Officer Derrick Burmaster
March 10, 2023

1      A.   I guess you could say since this
2  happened.  I didn't realize that I was going to
3  get sued.  I contemplated suing them, but I
4  thought that they were poor, so I decided not
5  to sue them.
6      Q.   You contemplated suing Derek Brown
7  and Julia Brown?
8      A.   Yes.
9      Q.   What were you contemplating suing
10  them for?
11      A.   For unleashing their dogs upon me
12  and my partner and causing me to have to shoot
13  that animal, which I did not want to do.
14      Q.   Uh-huh (indicating affirmatively).
15           What led you to believe the Browns
16  were poor?
17      A.   I just assumed that they lived in an
18  apartment.  I just assumed that they were
19  probably poor and -- and suing them wouldn't
20  have made matters better.  Very upsetting to me
21  that I had -- that that happened.  I hope
22  everybody in this room understands that.  I
23  never wanted this to happen.
24      Q.   Officer, you're -- you're -- you're
25  shaking a little bit.  Are -- Other than an

Officer Derrick Burmaster
March 10, 2023

1    emotional response, are you experiencing any

2    physical issues other than being emotional

3    that's causing you to shake?

4          A.    I have anxiety right at this moment.

5          Q.    Have you ever been diagnosed with an

6    anxiety disorder?

7          A.    I don't know.

8          Q.    Have you ever seen a doctor about

9    anxiety?

10         A.    Yes.

11         Q.    Okay.  When did your -- When did you

12   first see a doctor about anxiety?

13         A.    After this.

14         Q.    Okay.  And when you say "after

15   this," you mean after you shot the Browns' dog,

16   you went to see a doctor about anxiety?

17         A.    Yes.

18         Q.    Had you ever seen a doctor about

19   anxiety before you shot the Browns' dog?

20         A.    I don't think so.

21         Q.    And -- And what prompted you to see

22   a doctor about anxiety after the -- shooting

23   the Browns' dog?

24         A.    News articles were made and I had to

25   turn off Facebook.  I -- I went into this

**Officer Derrick Burmaster**
**March 10, 2023**

1  darkness mode, like no social media.  I didn't

2  communicate with anybody.  I didn't e-mail

3  anybody.  I didn't text mess -- message

4  anybody.  It's put a strain on my relationship

5  with my girlfriend.  We ended up breaking up

6  after this.  Somebody put -- posted a picture

7  of my dog and her and it hurt her, you know.

8  Ended up moving out of the house that we

9  shared.  And then she got a -- a job and moved

10  out of town and took the dog.

11       Q.   She took your dog?

12       A.   Yeah.

13       Q.   And you said you -- you shut down

14  Facebook?

15       A.   I -- I went into private mode, I

16  believe.

17       Q.   Okay.

18       A.   I think I put it back on, though,

19  because somebody was trying to frame me and

20  they couldn't do it.

21       Q.   So what have you done to prepare for

22  this deposition in particular?  Did you look at

23  any documents?

24       A.   Those with my lawyer.

25       Q.   Okay.  You're pointing to a -- a

Officer Derrick Burmaster
March 10, 2023

```
 1   stack of documents that your -- your lawyer has
 2   on the table; correct?
 3        A.   Yes.
 4        Q.   Other than those documents, did you
 5   look at any documents to prepare for this
 6   deposition?
 7        A.   Not that I can think of.
 8        Q.   Uh-huh (indicating affirmatively).
 9            And roughly how much time --
10   MR. ALPAUGH:
11            Just for the record, this stack of
12        documents doesn't comprise everything.
13        He was given a copy -- a transcribed copy
14        of his statement to take a look at as
15        well.
16   MR. MOST:
17            Okay.
18   MR. ALPAUGH:
19            That's not in this stack.  Not in
20        this stack.
21   MR. MOST:
22            Sure.  So that stack, is that the
23        exhibits that were used so far in this
24        deposition?
25   MR. ALPAUGH:
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1                    And the -- this week, yes.
 2         MR. MOST:
 3                    Okay.  And then the other document
 4             that was shown to Mr. Burmaster was a --
 5             a transcribed copy of his statement?
 6         MR. ALPAUGH:
 7                    Yes.  By Detective Brewer, which
 8             he's already identified.  And that may
 9             be -- actually that may be in this stack
10             here, but it's an exhibit in this
11             deposition, in this series of depositions
12             as well.
13         MR. MOST:
14                    Okay.
15         MR. ALPAUGH:
16                    I think it was Exhibit B1.
17         MR. MOST:
18                    Okay.
19    EXAMINATION BY MR. MOST:
20         Q.    And other than your lawyer, did you
21    talk to anyone to prepare for this deposition?
22         A.    No.
23         Q.    Did you take any notes to prepare
24    for this deposition?
25         A.    No.
```

Officer Derrick Burmaster
March 10, 2023

1        Q.   Okay.  Could you give us the very

2   short version of your educational and

3   professional background?

4        A.   I have a high school diploma.  I

5   have -- I'm -- I'm taking classes with LSU,

6   but I'm pausing right now.

7        Q.   Okay.  And how long have you been a

8   police officer?

9        A.   Twenty-three years.

10        Q.   Entirely with the New Orleans Police

11   Department?

12        A.   (Witness nods head affirmatively.)

13        Q.   And it will help for the record

14   if --

15        A.   Yes.

16        Q.   Yeah.  And this is a -- a question I

17   ask of all witnesses.  It's not specific to

18   you, but have you ever been arrested?

19        A.   Yes.

20        Q.   What were you arrested for?

21        A.   Simple battery, domestic.

22        Q.   And when was that?

23        A.   I would have to look that up.

24        Q.   Was it in the last two years?

25        A.   No.  It was many years ago.  My

Officer Derrick Burmaster
March 10, 2023

1    partner got shot and it was the -- the morning

2    after he got shot.

3        Q.   So your partner at the police

4    department got shot on the job and the next day

5    you were arrested for simple battery?

6        A.   Yeah.  He -- He was -- Yeah.  He was

7    sitting in the car next to me when he got shot.

8        Q.   Okay.  So your -- Many years ago,

9    your partner was sitting next to you, got shot,

10   and then the next day, you were arrested for

11   simple battery, domestic?

12       A.   Yes.

13       Q.   Okay.  Did you have an altercation

14   with your romantic partner in between your

15   partner getting shot and your arrest?

16       A.   Yes.  There was an altercation in

17   the house.

18       Q.   Okay.  And were the charges accepted

19   for that?

20       A.   No.

21       Q.   So you were never convicted of that?

22       A.   Correct.

23       Q.   Have you ever been arrested for

24   anything else?

25       A.   No.

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   And you said your job title now is
 2    senior officer; is that correct?
 3          A.   Yes.
 4    MR. ALPAUGH:
 5               Senior police officer.
 6    MR. MOST:
 7               Senior police officer.  Thank you.
 8    EXAMINATION BY MR. MOST:
 9          Q.   What ranks have you held at the New
10    Orleans Police Department?
11          A.   Recruit, police officer one, police
12    officer two, police officer three, police
13    officer four, and senior police officer,
14    detective.
15          Q.   And is senior police officer a
16    higher rank than police officer four?
17          A.   No.  They did away with the police
18    officer four and created senior police officer.
19          Q.   So for a time you were a detective
20    and then you became a senior police officer
21    after being a detective; correct?
22          A.   I was at the same time.
23          Q.   So is detective a rank or is that
24    more like a role?
25          A.   It's a role.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   Okay.  How long were you a detective

 2     for?

 3          A.   May -- Maybe six or seven years.

 4          Q.   And the role of detective was taken

 5     away from you?

 6          A.   No.  I just transferred to a -- I --

 7     I was -- I didn't want to be a detective

 8     anymore, so --

 9          Q.   And what is your role now?

10          A.   I'm a senior police officer in New

11     Orleans East on the night watch.

12          Q.   And are you currently a field

13     training officer?

14          A.   I have been, but because of this

15     incident, a lot of things have gone on and I

16     was unable to recertify.  So I just need to

17     recertify.  It's expired.

18          Q.   Okay.  So you were a field training

19     officer at the time of the shooting of the

20     Browns' dog?

21          A.   Yes.

22          Q.   And then subsequent to that, you

23     failed to recertify as a field training

24     officer?

25          A.   Yes.
```

Officer Derrick Burmaster
March 10, 2023

1          Q.    In what way did you fail to certify?

2          A.    Well, I was reassigned for a while

3     and I was on the desk, you know, because of

4     this.

5          Q.    Okay.  So because of the shooting,

6     you were put on desk duty for a period of time?

7          A.    Yes.

8          Q.    How long were you on desk duty?

9          A.    Several months.

10         Q.    And then you were taken off desk

11    duty and put on the street again?

12         A.    Yes.

13         Q.    And when did that happen

14    approximately?

15         A.    Last year.

16         Q.    So in 2022?

17         A.    Uh-huh (indicating affirmatively).

18         Q.    And -- And so how did that process

19    prevent you from recertifying as a field

20    training officer.

21         A.    Because I wasn't on the street.  I

22    was on the desk taking calls for service from

23    people over the -- over the phone.

24         Q.    So on desk duty, you were unable to

25    recertify as a field safety officer?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   Right.  You can't have a recruit in
 2   station if you're sitting in the station, but
 3   I've been asked to become one again.
 4          Q.   Who asked you to become a field
 5   training officer again?
 6          A.   Sergeant Sheila Matthews.
 7          Q.   And what was your response?
 8          A.   Yes, I would like very much to
 9   return to that role.
10          Q.   And what are the -- Are there going
11   to be next steps for you returning to that
12   role?
13          A.   Not in the foreseeable future
14   because they're not taking on any new ones I
15   was told.
16          Q.   And what is Sheila Matthews' rank,
17   role?
18          A.   Sergeant.
19          Q.   And what is her role at the
20   department?
21          A.   She's my supervisor.  And she asked
22   me 'cuz she wanted -- She asked me to do it
23   because she wants recruits to be on her --
24   under her.  So she asked me to do it again.
25          Q.   And returning to the issue of your
```

Officer Derrick Burmaster
March 10, 2023

```
 1    anxiety, once you saw a doctor about anxiety

 2    after the shooting in this -- relevant in this

 3    case, were you diagnosed with anything by the

 4    doctor?

 5         A.   I don't -- I don't know.

 6         Q.   Did the doctor tell you might have

 7    depression or anxiety or any other sort of

 8    thing?

 9         A.   He prescribed me some medicine and

10    it helps.  There was no anxiety the night of

11    this incident.  The only reason it's presenting

12    out right now is because I'm sitting in here.

13         Q.   What medication did the doctor

14    prescribe for you?

15         THE WITNESS:

16              Do I have to say?

17         MR. ALPAUGH:

18              Uh-huh (indicating affirmatively).

19         THE WITNESS:

20              Hydroxyzine.

21    EXAMINATION BY MR. MOST:

22         Q.   And have you been taking

23    hydroxyzine?

24         A.   Yes.

25         Q.   Have you taken hydroxyzine yesterday
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1   or today?

 2         A.   This morning.

 3         Q.   And does that have any impact on

 4   your cognitive abilities?

 5         A.   Absolutely not.

 6         Q.   Okay.  Does it have any impact on

 7   your -- your memory?

 8         A.   No.

 9         Q.   And you said that you considered

10   suing the Browns.  Besides an attorney, did you

11   talk to anyone about contemplating suing the

12   Browns?

13         A.   I -- I -- I don't know.  I -- I

14   think I talked to Donovan Livaccari.

15         MR. ALPAUGH:

16              That's your attorney.

17         MR. MOST:

18              That's okay.  So we don't need to

19          know anything about what you talked to

20          him about.

21   EXAMINATION BY MR. MOST:

22         Q.   Other than Mr. Livaccari, did you

23   talk to anyone about contemplating suing the

24   Browns?

25         A.   Probably my ex-girlfriend.
```

Officer Derrick Burmaster
March 10, 2023

1        Q.    You talked to her about the -- the

2    shooting?

3        A.    She didn't want to hear it.  She

4    didn't want to hear of it because she was

5    worried about my safety at work and she didn't

6    want to know those things that happened to me

7    at work.

8        Q.    Okay.  But you made at least an

9    attempt to talk to her about the shooting?

10       A.    Uh-huh (indicating affirmatively).

11       Q.    Other than your ex-girlfriend, did

12   you talk to anyone about the shooting other

13   than an attorney?

14       A.    Police officers.

15       Q.    Like who?

16       A.    We -- We had to go in front of a

17   board and just go over what happened, so PIB,

18   you know.

19       Q.    Uh-huh (indicating affirmatively).

20             Anyone outside of PIB?

21       A.    Well, certainly -- I mean, I

22   couldn't name anybody, but certainly this is a

23   topic that gets brought up.

24       Q.    Sure.

25       A.    So random conversations, but I

Officer Derrick Burmaster
March 10, 2023

1    usually tell them that I don't want to talk

2    about it.

3         Q.   Have you talked to John Roussell

4    about the shooting?

5         A.   Yes.

6         Q.   Have you ever had other partners

7    since the shooting?

8         A.   Yes.

9         Q.   Who have your partners been since

10   the shooting?

11        A.   We -- We always ride one mans 'cuz

12   they don't -- they want to -- they want to fill

13   up all the cars so they try not to give two-man

14   cars --

15        Q.   Uh-huh (indicating affirmatively).

16        A.   -- out because they want all the

17   cars to be on the street.  So, I mean, randomly

18   I would be put with different random officers

19   on some occasions.  I mean, I couldn't name

20   them.

21        Q.   You can't name any of the officers

22   you've been in a car with in the last two

23   years?

24        A.   Like I said, we -- They always want

25   one-man cars because they want to fill up all

Officer Derrick Burmaster
March 10, 2023

```
 1    the cars.  I've had recruits.
 2            Q.   Uh-huh (indicating affirmatively).
 3                 Okay.  So --
 4    MR. ALPAUGH:
 5                 Are you -- Are you asking since
 6             the -- since the incident?
 7    MR. MOST:
 8             Yeah.
 9    MR. ALPAUGH:
10                 Okay.  Derrick, so since the
11             incident.
12    THE WITNESS:
13                 A lot of times -- Most of the time
14             after this incident happened, I was on
15             the desk.
16    MR. MOST:
17                 Uh-huh (indicating affirmatively).
18    EXAMINATION BY MR. MOST:
19            Q.   And who did you work most closely
20    with when you were on the desk?
21            A.   Troy Dalliet.
22            Q.   Did you ever talk to Troy Dalliet
23    about the shooting?
24            A.   Not really.  He keeps to himself.
25            Q.   Is "not really" a no, or is that
```

1   a -- a little bit?

2       A.   I don't recall if I did or not.

3   Probably not.  Like I said, he keeps to

4   himself.

5       Q.   Do you recall the names of any of

6   the recruits that you've been in the car with

7   since the shooting?

8       A.   I -- I don't -- I don't think I've

9   had a recruit since the shooting.

10      Q.   Have you been in a two-man car since

11  the shooting?

12      A.   Not really.

13      Q.   So is -- is "not really" a no, or is

14  that a maybe or a I don't recall?

15      A.   There's -- There's a possibility I

16  have been.  It's like pulling teeth to get them

17  to let us ride together, you know.  That's why

18  I like being FTO.  That's another reason I like

19  being an FTO because I get to have a partner in

20  the car with me, but usually I would just pull

21  over the side of the road and wait for backup.

22      Q.   So in addition to John Roussell, can

23  you recall any other non-PIB officer you've

24  talked to about the shooting?

25      A.   No.

**Officer Derrick Burmaster**
**March 10, 2023**

1      Q.   Okay.  So you think that you've

2   talked to John -- or you recall talking to John

3   Roussell and having some other conversations

4   about the shooting, but you don't recall with

5   who in non-PIB officers; correct?

6      A.   Correct.

7      Q.   Okay.  Have you ever talked to

8   your -- your parents or friends about the

9   shooting?

10      A.   My -- My mom and dad are passed

11   away.

12      Q.   Okay.  Do you have brothers or

13   sisters?

14      A.   No.

15      Q.   Have you ever talked to a friend

16   about the shooting?

17      A.   I'm sure I have.

18      Q.   Do you recall a particular friend

19   that you've talked to about the shooting?

20      A.   No.  Like I said, I went dark.

21      Q.   When you say you "went dark,"

22   earlier I think you described that as turning

23   off some social media; is that right?

24      A.   Uh-huh (indicating affirmatively),

25   and keeping my mouth shut about the whole

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1   thing.
 2        Q.   Uh-huh (indicating affirmatively).
 3             Anybody else you can recall having
 4   talked to about the shooting?
 5        A.   No.
 6   MR. ALPAUGH:
 7             Off the record.
 8             (Whereupon a discussion was held off
 9          the record.)
10   EXAMINATION BY MR. MOST:
11        Q.   Okay.   Take a look at Exhibit 20 --
12   what's already been designated as Exhibit 24.
13   MR. MOST:
14             I've got one copy here for him.
15   THE WITNESS:
16             (Witness examines document.)
17   MR. ROQUEMORE:
18             And what's the revision on that?
19   MR. MOST:
20             Let's see.   That is last revised
21          10/2/22 -- 2022.
22   THE WITNESS:
23             Where's that thing you underlined?
24   MR. ALPAUGH:
25             That's not it.   Let me see it.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Which policy it is?
 2      THE WITNESS:
 3              Use of Force.
 4      MR. ALPAUGH:
 5              I think I probably have that --
 6      COURT REPORTER:
 7              Which policy is it.
 8      MR. ROQUEMORE:
 9              I have it as 23.
10      MR. ALPAUGH:
11              Yeah.  William --
12      MR. MOST:
13              Yeah.
14      MR. ALPAUGH:
15              -- it's 23, not 22.
16      MR. MOST:
17              What he's looking at?
18      MR. ALPAUGH:
19              Yeah.  That's what he's looking at,
20        23.  That's what you gave him, I think.
21              Yeah, you gave him Use of Force.
22        You have it labeled as 24.  I'm not sure
23        exactly why, though.  It's 23.
24      MR. MOST:
25              It's Exhibit 23?
```

Officer Derrick Burmaster
March 10, 2023

```
 1          MR. ALPAUGH:

 2              Yes.

 3          MR. MOST:

 4              Oh, Exhibit 23.  Well, okay.

 5     EXAMINATION BY MR. MOST:

 6          Q.   Whether it's been identified as

 7     Exhibit 24 or Exhibit 23, Mr. Burmaster, you're

 8     looking at NOPD Operations Manual, Chapter 1.3,

 9     Use of Force?

10          A.   Uh-huh (indicating affirmatively).

11          Q.   And are you familiar with this

12     chapter?

13          A.   Yeah.

14          Q.   Okay.  And the NOPD Operations

15     Manual is the policy manual that NOPD officers

16     are required to follow; correct?

17          A.   Yes.

18          Q.   These aren't suggestions.  They're

19     requirements for police officers in the NOPD.

20     Agreed?

21          A.   Yeah.

22          Q.   Okay.  And you're familiar with this

23     policy in particular?

24          A.   Yes.

25          Q.   And if you go to page 11, Chap or
```

Officer Derrick Burmaster
March 10, 2023

Page 31

```
 1    Paragraph 32, the last page, do you see the --
 2    the paragraph about dangerous animals,
 3    Paragraph 32?
 4         A.   Uh-huh (indicating affirmatively).
 5         MR. ALPAUGH:
 6              Need to say yes.
 7         THE WITNESS:
 8              Yes.
 9    EXAMINATION BY MR. MOST:
10         Q.   And are you familiar with this
11    paragraph?
12         A.   Yes.
13         Q.   Were you familiar with this
14    paragraph at the time of the shooting?
15         A.   Yes.
16         Q.   And whenever I say "the shooting" in
17    this deposition, I'll mean the -- the 2021
18    shooting of the Browns' dogs.  Will you
19    understand me if I use that shorthand?
20         A.   No, because you said plural.  I only
21    shot one dog.
22         Q.   I apologize.  You're -- You're
23    correct.
24              When -- If I say "the shooting,"
25    unless I indicate otherwise, I will mean the --
```

Officer Derrick Burmaster
March 10, 2023

 1    the 2021 shooting of the Browns' dog.  Will

 2    that be your understanding as well?

 3         A.   Yes.

 4         Q.   Thank you.

 5              And -- And does this paragraph look

 6    the same as the paragraph that you understood

 7    to apply at the time of the shooting?

 8         A.   Yes.

 9         Q.   Okay.  So I -- I want to just see if

10    we're on the same page about some basic

11    standards.

12              Would you agree that police should

13    not shoot a dog unless it reasonably appears to

14    pose an imminent threat of serious bodily harm

15    or death?

16         A.   Yes, I would agree.

17         Q.   Would you agree that police should

18    ensure there's no risk to people in the area

19    before shooting a dog?

20         A.   Yes.

21         Q.   Would you agree that police should

22    not shoot a dog if alternative non-lethal means

23    are reasonably available?

24         A.   I agree.

25         Q.   And would you agree that shooting a

Officer Derrick Burmaster
March 10, 2023

1    dog should always be the la -- option of last

2    resort?

3         A.   Yes.

4         Q.   Okay.

5         A.   Certainly.

6         Q.   Do you recall the events of the

7    night of the shooting?

8         A.   Say that again.

9         Q.   Do you recall the events of the

10   night of the shooting?

11        A.   Yes.

12        Q.   And my understanding is that on that

13   night, you were answering a -- a call for

14   service at the -- at the Browns' home?

15        A.   Yes.

16        Q.   You arrived by yourself in a one-man

17   car?

18        A.   Yes.  I was sitting in front of the

19   Brothers on St. Charles Avenue.  It was 9:30 at

20   night and I was ready to get off.  I did not

21   want to go to the Browns' house because I don't

22   like taking domestics passed 9 o'clock because

23   it makes you get off late, and I'm always

24   interested in getting off on time.  But, you

25   know, I was close.  I was like, Man, let me

Officer Derrick Burmaster
March 10, 2023

Page 34

1    see.  Let me go handle it, 'cuz it sounded like

2    it was a domestic even though it came out as a

3    fight.

4            So I got there way before Roussell

5    and I parked down the street.  I got out the

6    car and I started smoking a cigarette while I

7    was waiting for Roussell to pull up.  A man

8    from on the other side -- across the street, on

9    the other side of a fence, told me that he

10   could hear a woman yelling.  This is what he

11   tells me.  But he couldn't hear the male.  And

12   he heard things breaking.  So I -- I considered

13   that it was a domestic, you know, and then I

14   waited for Roussell.

15           And then when Roussell pulled up, I

16   broke -- Usually what I like to do is tell the

17   responding officers what information I've

18   learned before they arrived so that we could

19   all be prepared.  The man told me -- I believe

20   I also told Roussell that it was the bottom

21   apartment.  So that's where we were headed

22   at -- at the time when this happened.

23           I train all my recruits to -- to

24   avoid shooting dogs, to avoid coming in contact

25   with dogs.  And I tell them what to look for

**Officer Derrick Burmaster**
**March 10, 2023**

1    when going to a -- a house that is surrounded

2    by a fence.  You look for food and water bowls,

3    anything that would indicate that the -- a dog.

4    And what I did was, you know, I was approaching

5    the house, I went (indicating kissing noises),

6    to see if I could summon a dog to come out if

7    there was a dog behind the fence.

8              Also, things he had to consider is

9    this is -- looks like an apartment complex to

10   me.  I don't know.  Maybe it's a four-plex or

11   something.  So I would -- I considered that at

12   the same time because why would somebody have a

13   loose animal on the other side of that fence if

14   other people had to live there and go there?

15   I didn't see any dog crap or anything like

16   that.  Nothing indicated that there was a dog.

17             So with that, I decided to go into

18   the fence.  I have to go there.  They're

19   calling the police.  It's a domestic.  I had --

20   If I were to not go inside the fence, I'd get

21   written up for not doing my job.  And I don't

22   know if, you know, he's dead because she was

23   the one that was told to be -- you know, that I

24   would consider to have been the aggressor, the

25   aggressive person because I can't -- I don't

Officer Derrick Burmaster
March 10, 2023

1   hear any domestic violence noises going on

2   right now.

3              So what if -- what if he -- I have

4   to go check.  You see what I'm saying?  I have

5   to be there.  I didn't want to.  Like I said,

6   make me get off late from work when I get off

7   at -- it's 9:30 at night and then I get off at

8   11.  I -- I'm a big fan of getting off on time.

9   So usually around 10 o'clock, you want to shut

10  down, but this is a call that I can't -- I

11  have -- You have to take the call.  Domestic

12  violence, you know.  So I went in -- inside the

13  fence.  And there's video of it, so --

14       Q.   Okay.  So you described the -- the

15  female as the aggressor?

16       A.   Well, the man across the street said

17  he could hear a woman's voice yelling and items

18  breaking.  So I -- I -- I took that information

19  and considered that the woman may possibly be

20  the aggressor because he said he couldn't hear

21  the -- the man.

22       Q.   Uh-huh (indicating affirmatively).

23              So as you're approaching the house,

24  you -- you had concluded that the -- the female

25  was the likely aggressor?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.    Well, I was going to learn, but in
 2    my mind, I'm thinking that the female was the
 3    possible aggressor and that they lived at the
 4    bottom.  But I -- you know, I still have to do
 5    an investigation.  So regardless of how I think
 6    or what I think at this point, I still -- I'm
 7    going to find out.
 8          Q.    And why did you think they lived at
 9    the bottom?
10          A.    I believe the man pointed to the
11    bottom left apartment, if I can remember
12    correctly, but it's on -- like I had body-worn
13    camera activated.
14          Q.    You captured the discussion with
15    the -- the caller on your body-worn camera?
16          A.    Yes.
17          Q.    Okay.
18          A.    We had to turn our body-worn cameras
19    on when we arrive.
20          Q.    And so you said that although
21    dispatch described it as a fight, you
22    interpreted it as a domestic violence?
23          A.    Because when I got there, like I
24    said, the man said it was a woman screaming
25    and -- and items could be heard breaking.
```

Officer Derrick Burmaster
March 10, 2023

1        Q.   Uh-huh (indicating affirmatively).

2        A.   So I -- I considered that it could

3   possibly be a domestic violence.

4        Q.   But I think you said that when you

5   got the call at -- at Brothers, it was called

6   in as a fight, but you concluded at that time

7   that it might be domestic violence?

8        A.   I -- I -- I got to recall what the

9   comments were of the call because if she's --

10  she might put it out as a fight, but in the

11  comments, it will say male and female fighting

12  at the location.  So then although it came out

13  as a fight, maybe I -- I don't know what was on

14  my mind at that point, but I would have to read

15  what the comments of the call were --

16       Q.   Uh-huh (indicating affirmatively).

17       A.   -- to -- to -- to know exactly

18  how -- what spot my -- my head was in.

19       Q.   It sounds to me like you have a -- a

20  very precise recollection of that night.  You

21  described exactly where you were and when it

22  was that you got the call.  Is -- Is it true

23  that you have a precise recollection of the

24  events that night?

25       A.   Yes.

Officer Derrick Burmaster
March 10, 2023

```
 1        Q.   Are there any parts of the events of
 2   that night that you don't have precise
 3   recollection of.
 4        A.   I don't know.  Let's find out.  Keep
 5   asking questions.
 6        Q.   Okay.
 7   MR. ALPAUGH:
 8             Wait.  Let me -- I'll stop you right
 9        there.  One other thing that's outside
10        this stack of documents, he did review
11        his body-worn camera video and Roussell's
12        body-worn camera video.
13   MR. MOST:
14             Thank you.
15   MR. ALPAUGH
16             Yesterday.
17   MR. MOST:
18             Yesterday?
19   MR. ALPAUGH:
20             Yes.
21   MR. MOST:
22             And -- And I agree with you,
23        Mr. Burmaster.  We'll -- We'll find out.
24   EXAMINATION BY MR. MOST:
25        Q.   But sitting here now, is there any
```

Officer Derrick Burmaster
March 10, 2023

1    parts of it when you think back to that night

2    that you don't have a precise recollection of?

3        A.    Not at this moment I don't.  I -- I

4    think I pretty much recall everything.

5        Q.    Okay.  And you described that you

6    were evaluating this as a potential four-plex

7    and so you thought that there wouldn't

8    necessarily be dogs present because there might

9    have to be multiple people going in and out.

10   Was that something you thought about on the

11   night as you approached the house, or is

12   that --

13       A.    Oh, yeah, definitely.  All I do is

14   think about not shooting a dog and I take the

15   precautions, those steps.  Like I said, I --

16   I -- I explained already.  Also, you got to

17   consider, like can people get mail?  Like what

18   about FedEx?  They deliver at night.  So

19   they -- And you can't go get -- What's the

20   FedEx driver going to do?  Leave it out by the

21   sidewalk and get it stolen?  Like the people

22   have to access this multi-unit apartment

23   building.  So I didn't think there would be a

24   dog that would attack me unprovoked inside

25   there.

Officer Derrick Burmaster
March 10, 2023

1        Q.    When you say you thought about FedEx

2    needs to get in there, is that something you

3    thought about at the time?

4        A.    I always think about that.  It --

5    It -- It's my job to respond to calls for

6    service.  So when I come upon a house that's

7    surrounded by a fence or a gate, I try to

8    summon the -- the caller to come out without

9    having to go inside the gate, but this is a

10   call that I couldn't call the complainant, the

11   people that were arguing, because the caller is

12   across the street.  So we don't have a phone

13   number to anybody to call in there, so the

14   officer has to go into that fenced-in area.

15       Q.    Uh-huh (indicating affirmatively).

16       A.    And that door -- that gate was

17   unlocked.

18       Q.    Uh-huh (indicating affirmatively).

19             And so when you say you're always

20   thinking about not shooting a dog, you think

21   about the risk of shooting a dog on every call

22   for service?

23       A.    Yes.  Yes.  You have to as -- assess

24   every call --

25       Q.    Okay.

Officer Derrick Burmaster
March 10, 2023

1        A.    -- you know.

2        Q.    So every time you go on a call for

3   service as an officer in your experience,

4   you've thought about what I can do to not shoot

5   a dog on this call?

6        A.    Yes.  Absolutely.

7        Q.    When you're on the street, roughly

8   how many calls for service are you responding

9   to per shift?

10       A.    When I was in the Sixth, sometimes

11   15 --

12       Q.    Uh-huh (indicating affirmatively).

13       A.    -- calls for service a night.

14       Q.    Okay.  So on a given shift, the

15   first call for service, you're thinking, How

16   can I not shoot a dog on this call for service,

17   and for each one through the last one of the

18   shift?

19       A.    Yeah.  I'm always thinking about how

20   to stay safe.  You know, not just the dog.

21   There's other things that can hurt us out there

22   that you have to take precaution.

23       Q.    Right.  But what I'm trying to find

24   out is do you actually think about specifically

25   not shooting a dog on each call for service

1    when you're on the street?

2         A.   I -- Well, I mean, I don't know if

3    you would word it like that.

4         Q.   How would you word it?

5         A.   I would take precautions to not have

6    to shoot a dog or come into contact with a dog.

7         Q.   On each call for service?

8         A.   Yes.

9         Q.   Okay.

10        A.   Unless it's a walk in at the

11   station, you know.  I don't have to worry about

12   that.  We have a lot of free-roaming animals in

13   the streets as well, so you have to be cautious

14   for those people and keep your eyes open for

15   them.

16        Q.   Are you thinking about that on every

17   shift?

18        A.   Oh, yeah, definitely.

19        Q.   Okay.

20        A.   Officer safety is always thought

21   about throughout the day.

22        Q.   Uh-huh (indicating affirmatively).

23        A.   Not just specific about dogs, but

24   for anything.

25        Q.   You said as you approached the

Officer Derrick Burmaster
March 10, 2023

1   property, you made kissing noises?

2        A.   Yes.

3        Q.   And you did that because -- Do you

4   make kissing noises on every call for service?

5        A.   No.  This particular house was

6   surrounded by a fence so I wanted to -- if

7   there was a dog, that would make the dog make

8   itself known.

9        Q.   Uh-huh (indicating affirmatively).

10       A.   And then I could evaluate another

11  method of getting somebody to come out the

12  house.

13       Q.   Because in New Orleans, some houses

14  have front-gated yards?

15       A.   Uh-huh (indicating affirmatively).

16       Q.   And sometimes people in New Orleans

17  let their dogs unleashed in their front-gated

18  yards?

19       A.   Yes.

20       Q.   And so you anticipated that there

21  could be dogs in this particular front-gated

22  yard; right?

23       A.   When I was walking up, but when I --

24  You know, I -- I pretty much figured that there

25  wasn't dogs, and I actually verbally said, "No

Officer Derrick Burmaster
March 10, 2023

1    dogs."

2         Q.   Uh-huh (indicating affirmatively).

3         A.   You could hear me on the body

4    camera.  So you know that I was taking

5    precautions.

6         Q.   Yeah.  So the answer is yes, you

7    anticipated that there could be dogs in this

8    front-gated yard.  Agreed?

9         A.   Yes, but I -- That's why I took

10   these precautions.  And a lot of things that --

11   that I did -- you don't hear on the body camera

12   is I'm looking for food and water bowls, beware

13   of dogs signs, other indications that there was

14   a dog in there.  I didn't see anything that

15   would indicate a dog was there.  And plus I

16   made the kissing noises.  That always gets the

17   dog to -- to make itself known --

18        Q.   Uh-huh (indicating affirmatively).

19        A.   -- you know.

20        Q.   Okay.

21        A.   And I'll even tell people, "Can you

22   bring your dog inside?"  Or a lot of times when

23   I knock on a door and I hear a dog barking, I

24   grab hold of the -- of the -- the door handle

25   so that they can't open the door.  And I'm

Officer Derrick Burmaster
March 10, 2023

```
 1    like, "Can you put the dog up," before they --
 2    a lot of people just open a -- the door and
 3    they got a big Pit Bull sitting right there.
 4    I'm like, "Can you close your door or put the
 5    dog in the bathroom or some -- some --
 6    somewhere safe?"
 7         Q.   Uh-huh (indicating affirmatively).
 8         A.   You know, so I don't have to come
 9    into contact with a dog.
10         Q.   Okay.  And when you made kissing
11    noises to alert dogs, you should do that in
12    front of the house where you think the dogs
13    might be present; right?
14         A.   Yes.
15         Q.   You shouldn't do it in front of
16    another house on the block.  Agreed?
17         A.   Well, even if I'm next door and I'm
18    walking up approaching the gate, my -- the
19    kissing noise travels into the next yard over.
20         Q.   Okay.  So you think it's appropriate
21    to make the kissing noises in front of the
22    house you're going to or the adjacent house
23    next to the house you're going to?
24         A.   As I make my approach, yeah.
25         Q.   What about two houses away?
```

Officer Derrick Burmaster
March 10, 2023

1          A.   Well, I didn't do it two houses
2     away.  I don't see the point of the question.
3          Q.   Yeah.  I'm just trying to understand
4     where you think is the appropriate place to
5     begin making kissing noises at.  The house
6     where you're going to?  The house adjacent to
7     it?  Two houses down?  Three houses down?
8          A.   The one next door, right in front of
9     it 'cuz I stopped making the kissing noise
10    right when I got to the gate.  So that put me
11    in the front of the house.
12         Q.   Okay.  And then after you made the
13    kissing noises, you entered the gate; correct?
14         A.   Yes.
15         Q.   And inside that gate was private
16    property; right?
17         A.   Yes.
18         Q.   Did you have a warrant to enter that
19    private property?
20         A.   I don't need a warrant.
21         Q.   Why not?
22         A.   Because I was responding to a call
23    for service and that was what a -- what I --
24    even I perceive as a -- a common area.  We're
25    allowed to walk up to a front door of a house

1    that we're called to in order to get the person
2    to come outside.
3         Q.   Uh-huh (indicating affirmatively).
4         A.   I'm not searching for -- for
5    evidence.  I'm just trying to see what's going
6    on with this disturbance.
7         Q.   Right.  And --
8         A.   Somebody's getting killed inside of
9    a house, they have people -- a woman yelling.
10   "Oh, let me go get a search warrant."  You see?
11   You see how that -- that doesn't make sense.
12   It takes an hour to get a search warrant.
13        Q.   Your experience is it takes you an
14   hour to get a search warrant in New Orleans?
15        A.   Well, it's faster now, but say I --
16   say I can type one up in ten minutes.  You
17   still have to wait on a judge.
18        Q.   Uh-huh (indicating affirmatively).
19        A.   So the judge will -- could be an
20   hour.
21        Q.   Well, what's been your experience?
22   What's the length of time it takes to get a
23   search warrant?
24        A.   Nowadays with -- with Cloud Gavel,
25   it's quick, but then maybe 20 minutes, I can

Officer Derrick Burmaster
March 10, 2023

```
 1    knock one out.
 2         Q.   Uh-huh (indicating affirmatively).
 3         A.   But then you have to send somebody
 4    to the station to print it out.  We like to
 5    have the search warrant on the scene.
 6         Q.   Okay.  So it doesn't take an hour to
 7    get a search warrant, does it?
 8         A.   Well, you shouldn't need to get a
 9    search warrant if you're responding to a
10    disturbance.
11         Q.   No.  My question was it doesn't take
12    an hour to get a search warrant, does it?
13         MR. ALPAUGH:
14              Now or back then?  Object to the
15           form of the question.
16         THE WITNESS:
17              I don't remember if we had Cloud
18           Gavel then.
19    EXAMINATION BY MR. MOST:
20         Q.   Right.  My point is you just said it
21    takes an hour to get a search warrant?
22         A.   It can take an hour.  It can take 20
23    minutes.  I've had warrants that took three
24    hours 'cuz -- 'cuz of waiting on a judge.  I've
25    had one that took 24 hours waiting on a judge.
```

```
 1          Q.   And you told the NOPD investigators
 2   that when you entered the gate at the Browns'
 3   home, you thought, Oh, this is nice.  No dogs?
 4          Do you recall that?
 5          A.   I -- I -- I -- You could hear me on
 6   the camera say, "No dogs."
 7          Q.   Uh-huh (indicating affirmatively).
 8          A.   I don't know if I said, "This is
 9   nice."
10          Q.   Do you recall thinking, This is
11   nice.  No dogs?
12          A.   Yeah.  I mean, I could -- That's
13   always a good thing.
14          Q.   Uh-huh (indicating affirmatively).
15          And -- And you always think that
16   when there's no dogs at a call for service?
17          A.   I'm always aware of -- try to be
18   aware of my surroundings.
19          Q.   Right.  But when you go on a call
20   for service and there's no dogs, are you
21   thinking each time, Nice.  No dogs?
22          A.   Yeah.  I'm -- I'm -- I'm happy about
23   that.
24          Q.   Okay.  So you're thinking about dogs
25   on every call for service.  If there's dogs
```

Officer Derrick Burmaster
March 10, 2023

1    present, you're thinking about that.  If

2    there's no dogs, you're thinking about the

3    absence of dogs?  Would you agree?

4         A.   Uh-huh (indicating affirmatively).

5         Q.   Is that a yes?

6         A.   Yeah.

7         Q.   The only reason I say yes is because

8    "uh-huh" sometimes doesn't show up well on the

9    transcript.

10        A.   Okay.

11        Q.   And then once you were inside the

12   gate, you heard barking; correct?

13        A.   Yes, after I was well inside the

14   gate.

15        Q.   Did you hear the barking of one dog

16   or more than one dog?

17        A.   More than -- I don't recall.  I

18   heard barking.  I can't say.

19        Q.   Well, you started to say more and

20   then you said you don't recall.  Which is it?

21        A.   I mean, I don't -- I don't remember

22   how many dogs I heard -- I heard barking.  I

23   heard barking.

24        Q.   Uh-huh (indicating affirmatively).

25        A.   And it put -- It got me scared and

Officer Derrick Burmaster
March 10, 2023

```
 1    it even got -- well, Roussell got scared, too.
 2    So from the point of view of two different
 3    officers, this was a bad situation to be in.
 4    And I don't like getting bit by dogs and that
 5    would have been a penetrating wound.
 6         Q.   And when you heard the barking, you
 7    thought, Oh, my Lord, I'm going to get
 8    attacked?
 9         A.   Yes.
10         Q.   And you thought that when you heard
11    the barking but before you saw the dogs?
12         A.   The moment I heard barking.
13         Q.   Could you see the --
14         A.   I was like -- 'Cuz I'm now in a
15    confined space with two -- with one or more
16    dogs and I can't escape.  They had no platform
17    or anything for me to jump on top of.  I'll
18    jump on top of a police car if a police car was
19    there.  They had noth -- no platform.  I
20    couldn't jump over the fence.  'Cuz of the way
21    the fence is, I'd have got injured jumping over
22    that fence even though it was short, but it's
23    got those decorative whatever on top of them.
24    It's a steel iron fence.
25         Q.   Uh-huh (indicating affirmatively).
```

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   And Roussell could escape out, but I
 2    don't have any options.
 3          Q.   Right, because Roussell was --
 4          A.   Roussell was close to the -- to the
 5    entrance.  I was far -- deeper in.
 6          Q.   Uh-huh (indicating affirmatively).
 7          A.   I was making my way to this, what I
 8    perceived was the bottom left apartment to try
 9    to see what was going on with the -- the people
10    that were occupying that place.
11          Q.   Right.  So Roussell was close to the
12    gate and you were much further into the --
13          A.   Yes.  So I couldn't get out.
14          Q.   When you say you were much
15    further --
16          A.   And plus, if I -- from where I was,
17    if I would have starting running towards that
18    gate, that would have been running towards the
19    dog.  I would have had to run by both of the
20    dogs.
21          Q.   Uh-huh (indicating affirmatively).
22               So --
23          A.   Trust me.  I was -- I hated that --
24    that this happened.  Absolutely hated.  And
25    what hurt even more was these two come out
```

1    yelling and I'm like, Damn.  Their fucking dog

2    is gone.  Fuck!  And that's what I was

3    thinking.  And my first -- I said, "I'm sorry,"

4    like I was trying to deescalate 'cuz they were

5    so -- Man, it was a bad situation to be in.

6    And I hate it.  I wish I'd have never gone on

7    that call, man.  But I had to.

8         Q.   Why did you have to go on that call?

9         A.   Because I was nearby and it's my

10   job.  And I'm -- I'm -- I'm -- I'm -- I'm --

11   I'm good at handling disturbances.  I'm a

12   crisis officer as well.

13        Q.   So you -- you've taken crisis

14   intervention training?

15        A.   Yes.  I'm a -- I'm a CIT officer.

16        Q.   Okay.

17        A.   So when I said, "I'm sorry," I --

18   I -- I was trying to deescalate, you know.

19        Q.   Right, because you weren't actually

20   sorry, but you said that to deescalate it?

21        A.   And also I announced, "Police,"

22   because I didn't want any -- You know, after I

23   shot the dog, I announced that I was police

24   because I didn't want whoever was inside the

25   house to come out shooting thinking it's some

1    random person shooting in front their house or

2    shot their dog.  So I didn't want to get shot.

3    So I was, like, "Police," make sure, you know.

4         Q.   Right.

5         A.   And then I think he was very upset

6    with me, so that I told him I was sorry, not

7    because I thought I did anything wrong, I mean,

8    because I was trying to, you know, chill him

9    out.

10        Q.   Okay.  So you said sorry to

11   deescalate the situation even though you didn't

12   feel sorry?

13        A.   Oh, I -- I -- I -- I feel sorry for

14   this whole incident hap -- happening.  I -- I

15   don't feel like it was my fault, though.  You

16   know, the -- the law says that a vicious animal

17   is an animal that will attack somebody

18   unprovoked and if you possess a vicious animal,

19   it has to be confined.  It can't be free

20   roaming.

21            So, yeah, in the -- So now we have a

22   dog that attacked me unprovoked.  So now it's a

23   vicious animal.  That dog is supposed to --

24   They -- I -- You have to look up the law.  It

25   specifically says how you're supposed to cage

Officer Derrick Burmaster
March 10, 2023

1    an animal that would provoke somebody
2    unprovoked, and those rules weren't followed.
3         Q.   Okay.  So you're saying the dog you
4    shot was a vicious animal?
5         A.   Yes.
6         Q.   Okay.
7         A.   Now, to whoever owns the dog, I mean
8    the dog ain't vicious to them.  So in their
9    eyes, they find that this dog is -- is precious
10   and sweet and all that.  But to me, that dog
11   was vicious and it was going to bite me.  And I
12   didn't want to get bite -- bitten.
13           And I -- Another thing, like I told
14   you, I like getting off on time.  This whole
15   thing made -- just ruined my night, ruined
16   everything.  Ruined my life.  Nobody wants to
17   shoot a dog.
18        Q.   So you feel like you're the victim
19   here?
20        A.   I am.  You're not suppose -- Why
21   would you let the dog run out without even
22   looking to see who's outside and then you've
23   got your two dogs running after me.  Man!  I
24   understand, you know, he -- he was in an
25   argument with his wife or they were arguing and

1    maybe they didn't have -- their mind wasn't all

2    there because they were upset and they made a

3    mistake, you know.  And that's another reason

4    why I didn't want to sue them.

5         Q.   Sounds like you're angry about this?

6         A.   I'm very upset.  You know, this

7    ruined my life.  I lived in a half a million

8    dollar house with my girlfriend.  I had a dog.

9    I -- I -- I lost time off of work.  I've been

10   depressed over this whole thing.  I go see

11   shrinks because of this.  They embarrass me on

12   Facebook.  Ray Vargas wrote two or three

13   articles about this and it's just embarrassing.

14   I swear to Jesus Christ I wish this never

15   happened.  I had to buy a house.  Man!  And now

16   I got my attorney here asking for my financial

17   records and all of this stuff.  Like this is

18   scary to me.

19            I'm trying to -- I'm trying to get

20   back on my feet.  I want to get a job at work

21   where I don't have to go answer calls for

22   service on the street, so I don't have to have

23   stuff like this happen to me.  I wish I could

24   get a -- you know, something else.

25        Q.   So you would prefer a desk job?

**Officer Derrick Burmaster**
**March 10, 2023**

1      A.   Well, no.  Like just something where

2   I don't have to get into an incident with a dog

3   or any other thing happen.  I mean, I go to --

4   I hear a hundred gunshots at night at work.  I

5   work in New Orleans East and all they do is

6   shoot all night.  I don't want to get into a

7   shootout with anybody.  That's another thing I

8   don't want.  You know, there's a lot of things.

9   I don't want to get into a fight with anybody.

10            And I kind of think that I have the

11   gift of gab and I'm charming and I could talk

12   to people, you know.  Maybe he and I would be

13   friends if this wouldn't have happened to us,

14   between us, you know.  But I'm a cop.  Who's --

15   Who else is going to show up over there?  Man!

16      Q.   Why are you a cop if you don't want

17   to deal with situations like this?

18      A.   Well, I enjoy it.  I just don't want

19   to get into a situation like this.  Do you want

20   to be sued, you know?  I don't want to fight.

21   I don't want to shoot.  I don't want any of

22   these problems to happen.

23      Q.   So you would like to be a police

24   officer without having to deal with --

25      A.   Getting sued?  Certainly.

Officer Derrick Burmaster
March 10, 2023

1        Q.   You'd like to be a police officer

2    without having to deal with dogs or fights or

3    people putting you at risk.  Agreed?

4        A.   No.  I mean, I just don't want to

5    have -- get sued and -- or get injured or

6    anything like that.  So I take precautions.

7        Q.   Uh-huh (indicating affirmatively).

8        A.   And this is very disappointing to be

9    sitting here with you, with you-all.

10       Q.   Disappointing why?

11       A.   Because I'm getting sued.

12       Q.   Okay.  Going back to what you were

13   saying earlier, you said Roussell was close to

14   the gate and you were much further into the

15   yard.  Agreed?

16       A.   Yes.

17       Q.   So you were far away from Roussell?

18       A.   I don't recall how close he was, but

19   I was further into the gate.  And he's very

20   small, very agile, and very fast.  He's a

21   Marine.

22       Q.   Uh-huh (indicating affirmatively).

23       A.   I was -- I'm more heavyset and I'm

24   further into the gate.  There's no platform or

25   anything I could jump on top of to get away

**Officer Derrick Burmaster**
**March 10, 2023**

1   from the dog.  I -- I can't hop that fence.

2   I'd have injured myself.

3        Q.   So you weren't sure how far you were

4   from Roussell; right?

5        A.   He was a couple feet close to me.

6   But I was further in and I'm not as fast as he

7   is.

8        Q.   Sorry.  Were you far from Roussell

9   or --

10       A.   Man, when they -- when he went out

11   that gate, that gate slammed shut immediately.

12   I wouldn't be able to get out that gate, too.

13   Watch that video and see.

14            And then you got me -- You -- You --

15   You expect me to run out the gate, but then now

16   I -- I'm -- I'm behind a shut gate now and

17   I'm -- you know, I just ran closer to the two

18   dogs.

19       Q.   Okay.

20       A.   I don't mean to yell, man.  I'm

21   just --

22       Q.   That's okay.

23       A.   You know.

24       Q.   I don't think you're yelling.  I've

25   been yelled at before.  I don't think this is

Officer Derrick Burmaster
March 10, 2023

1   yelling.

2        A.   Yeah, me, too.

3        Q.   So you heard the dogs barking, but

4   you couldn't see them when --

5        A.   Not at first, but I knew they

6   were -- they -- I -- I -- I -- I immediately

7   thought that they were upstairs on the porch.

8   And I was hoping they -- they would have -- You

9   know, briefly I was hoping that the dogs still

10  wouldn't come down or -- or anything like that,

11  but then they came down them steps fast, like a

12  bolt of lighting, so I had to make a quick

13  decision.  They -- They came out like a bolt of

14  lightning.

15       Q.   You pulled your gun out of your

16  holster before you saw the dogs; correct?

17       A.   Yeah, but I had a -- an

18  expectance -- I expected the dogs were going to

19  come after me.  So I'm going to wait till right

20  when he's going to bite me to have it out?

21       Q.   Why did you pull your gun out of

22  your holster rather than your taser?

23       A.   Taser would have been ineffective.

24       Q.   Why?

25       A.   Well, with a taser, you get --

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1    There's one cartridge.  Do you know how a taser
 2    works?  They supply us with two cartridges.
 3    One stays in the taser and the other one is on
 4    our belt.  The dog I expected to come after me
 5    quickly.  I would have only had one shot with
 6    the taser.  And plus, it would have also been
 7    ineffective because when I shoot a taser, the
 8    top prong shoots directly straight out.  The
 9    bottom prong comes down at a downward angle.
10    So I would have had to -- One prong would have
11    entered into the dog and other prong would have
12    hit the ground.  And all it would have done was
13    give the dog a -- a -- like a tingling
14    sensation instead of intramuscular
15    incapacitation.  It wouldn't -- It wouldn't
16    have been effective.
17            With a gun I have 17 opt -- 17
18    additional times.
19         Q.   And by "additional times," you mean
20    bullets?
21         A.   Yeah.  Well, 16 additional.  It was
22    17 bullets --
23         Q.   When you're talking about --
24         A.   -- in the gun, but I also have 34
25    extra ones on my belt.
```

Officer Derrick Burmaster
March 10, 2023

1       Q.   When you're talking about why a

2   taser would or would not have been an option,

3   was that something you were thinking about at

4   the time?

5       A.   I -- I've always considered that.

6   If you know how a taser works, the top prong

7   comes straight out and the bottom prong comes

8   at a downward angle.  One prong would have --

9   If I hit it with the one prong, the other one

10  would have hit the ground and rendered -- it --

11  it would have been a -- and then I would have

12  still get bitten -- get bit, because now I got

13  to convert from the taser to the handgun.

14      Q.   I understand your explanation.  What

15  I'm trying to figure out is -- is did you think

16  that at the time, or are you explaining it now?

17      A.   No.  I've always -- I've always

18  considered that.

19      Q.   Okay.  So you considered that --

20      A.   About what I would do in these

21  different situations and how I'd handle it

22  and --

23      Q.   So you have thought before the night

24  of the shooting about, If there's a dog, what

25  weapon am I going to use?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   Well, yeah.
 2          Q.   Right.  And so before the shooting,
 3    you had decided that, If there's a dog, I'm
 4    going to pull my gun rather than my taser;
 5    right?
 6          A.   Like I said, taser is ineffective.
 7          Q.   No.  No.  I understand that.  What
 8    I'm trying to figure out is --
 9          A.   I've had tasers for many years, so
10    this has always been an -- a thought process.
11          Q.   Right.  So you've had -- you had a
12    thought process before the night of the
13    shooting; right?
14          A.   Yes.
15          Q.   And that thought process was for the
16    reasons you've articulated, If there's a dog,
17    I'm going to pull my gun rather than my taser;
18    correct?
19          A.   Correct, because the taser is
20    ineffective when it comes to the dog.
21          Q.   And so then on the night of the
22    shooting, you relied on that prior thought
23    process to pull your gun rather than your
24    taser; correct?
25          A.   Say that question again, please.
```

Officer Derrick Burmaster
March 10, 2023

1      Q.   Sure.  On the night of the shooting,

2   you relied on that prior thought process to

3   pull your gun rather than your taser; right?

4      A.   Yes.

5      Q.   Okay.  And you said the dogs came

6   down the stairs?

7      A.   Like a bolt of lightning.

8      Q.   When you say "a bolt of lightning,"

9   is that something you're characterizing now or

10  that's something you thought at the time?

11     A.   At the time.

12     Q.   You thought at the time they were

13  like a bolt of lightning?

14     A.   Uh-huh (indicating affirmatively).

15     Q.   You recall that going through your

16  head?

17     A.   No.  I -- I was living the moment.

18  So why do I need to recall something going

19  through my head?  I'm living in the moment

20  witnessing it.

21     Q.   Uh-huh (indicating affirmatively).

22     A.   So I'm using that phrase right now,

23  but I didn't think "bolt of the lightning" back

24  then, but I was in the -- I was in the moment

25  and I considered how fast they were coming at

Officer Derrick Burmaster
March 10, 2023

```
 1    me and I had no escape.
 2         Q.    Uh-huh (indicating affirmatively).
 3               And that's why I ask some of these
 4    questions is because sometimes I'm trying to
 5    distinguish between how you're describing
 6    things now and what you thought at the time.
 7    So that's helpful.  Thank you.
 8               So two dogs came down the stairs;
 9    right?
10         A.    Yes.
11         Q.    A larger dog and a smaller dog?
12         A.    Yes.
13         Q.    The smaller dog ran in your
14    direction; correct?
15         A.    Yes.
16         Q.    The larger dog did not run at you;
17    correct?
18         A.    I don't know what the dog was doing,
19    but when I shot the smaller dog, the other one
20    retreated back upstairs, and I was able to
21    escape out of the backyard.  My heart was
22    pounding, man.  I don't know if you can tell by
23    watching this video.  My heart was -- was
24    pounding.  I was scared, man.  I don't want to
25    get bit by a dog, and I -- I thought I was
```

**Officer Derrick Burmaster**
**March 10, 2023**

1    about to get bit by a dog.

2        Q.   Uh-huh (indicating affirmatively).

3        A.   And then now I'm going to be sitting

4    in a hospital.

5        Q.   Well, how many dogs ran at you?

6        A.   Both of them as far as I'm

7    concerned.  The other one didn't have a chance

8    to get closer because the -- the -- I believe

9    it was a golden dog.  He didn't move as fast as

10   a -- as the young, smaller dog and -- It wasn't

11   a Shih Tzu, man.  Shih Tzu, man, wouldn't a --

12   wouldn't a been able to get down that -- the

13   steps, but, you know, this was like a -- I

14   thought it was a Pit Bull, bro.  I really did.

15       Q.   Okay.  So how many dogs ran at you?

16   One or two?

17       A.   Two of them came down the stairs

18   like a bolt of lightning.  Roussell was able to

19   get out.

20       Q.   Okay.  Well, were the stairs coming

21   towards you?

22       A.   No.  So the stairs come down to, I

23   believe, a platform.

24       Q.   Right.

25       A.   So they came down the stairs and

**Officer Derrick Burmaster**
**March 10, 2023**

1    came at me quick, man.

2         Q.   And when you say they came at you

3    quick, did one dog come at you after --

4         A.   They both came down -- Watch the

5    video, bro.

6         Q.   Right.

7         A.   They both came down.

8         Q.   Two dogs came down the stairs?

9         A.   Yes.

10        Q.   And then the two dogs turned in two

11   different directions; correct?

12        A.   I wasn't so much paying attention to

13   that other dog.  It was the one that was coming

14   up on me.

15        Q.   Okay.  So one dog was coming at you;

16   right?

17        A.   One dog was closer to me than the

18   other one.  I don't know what the other one was

19   going to do, if he was going to try to get at

20   Roussell, but Roussell was behind the gate.

21   But now that Roussell's on the other side of

22   the gate, who else he's going to come after?

23   But, like I said, once I shot the smaller one,

24   the other one scurried off.

25        Q.   I'm just trying to get something

Officer Derrick Burmaster
March 10, 2023

```
 1    simple, which is how many dogs were running --
 2           A.    Two dogs came flying down the
 3    stairs.
 4           Q.    You have to let me finish my
 5    questions, Officer.
 6           A.    Sure.
 7           Q.    How many dogs were running in your
 8    direction?
 9           A.    Two dogs came flying down the
10    stairs, but the one -- smaller one got up on me
11    fast.  I believe he was like a foot away from
12    me before he fell.
13           Q.    So two dogs came down the stairs and
14    then one came at you; right?
15           A.    One came at me, but they were both
16    there.  I don't know what the other one's
17    intentions were because Roussell had made it
18    out.  So I don't remember if I was thinking
19    this, but I'm always thinking tactical.  The
20    other option, what was that dog now going to
21    do?  Like -- So now I got two dogs.  The other
22    one I didn't have to shoot.
23           Q.    Uh-huh (indicating affirmatively).
24           A.    Because he -- he ran off.
25           Q.    So one dog coming at you and one dog
```

Officer Derrick Burmaster
March 10, 2023

```
 1    doing something else.  You don't know what they

 2    were doing; right?

 3         A.   I would have to watch the video

 4    again.

 5         Q.   You don't recall whether there was

 6    one or two dogs coming at you?

 7         MR. ALPAUGH:

 8              Asked -- Objection; asked and

 9          answered.

10    EXAMINATION BY MR. MOST:

11         Q.   You -- You said you'd have to watch

12    the video.  Let me back up.

13              When your lawyer makes an objection,

14    unless he's telling you not to answer, you can

15    go ahead and answer the question.

16         MR. MOST:

17              Is that right, Ted?

18         MR. ALPAUGH:

19              That is correct.

20         MR. MOST:

21              Yeah.

22    EXAMINATION BY MR. MOST:

23         Q.   Do you want me to repeat the

24    question?

25         A.   Two dogs came flying down the
```

Officer Derrick Burmaster
March 10, 2023

1  stairs.  One of them got to me closer.

2        Q.   Uh-huh (indicating affirmatively).

3        A.   I shot that one.  And the other one

4  ran off.  If I was evil, I'd have shot both of

5  them.  I'm not evil.  I shot the one that

6  needed to be shot, and I didn't want that dog

7  to die.

8        Q.   The smaller dog needed to be shot?

9        A.   Or I was going to get bit.  I didn't

10 want the dog to die.  I wish I would have just

11 hit it in the foot or something so it could

12 survive.  I'd have rendered aide if I thought

13 it was going to help.  But Mr. and Mrs. were

14 very upset.  I -- I wouldn't go in there.  And

15 they were holding and hugging on their dog, you

16 know.

17       Q.   Would it be a true statement to say

18 you had two dogs coming at you?

19       A.   Yes.  Can we watch the video?

20       Q.   Yeah, we will.

21            Was the smaller dog barking when it

22 was running at you?

23       A.   I heard barking.  I didn't --

24       Q.   So you don't know?

25       A.   Can we watch the video and then go

**Officer Derrick Burmaster**
**March 10, 2023**

1    step by step through it?

2         Q.   Well, as the PIB investigators

3    indicated, the video can show you what

4    happened.  What it won't show you -- What --

5    What it won't show us is what you were

6    thinking.  So I'm trying to figure out what you

7    recall.

8              Do you recall whether the smaller

9    dog was barking as it was running at you?

10        A.   I believe so.  I heard barking.

11        Q.   Okay.

12        A.   The video stands for itself, and the

13   academy said I didn't do anything wrong.  The

14   people that train use of force said I did

15   nothing wrong.

16        Q.   When you say "the people," who do

17   you mean?

18        A.   Sergeant Duplantier.

19        Q.   Anybody else?

20        A.   That's who I spoke with at the

21   academy after this happened.

22        Q.   Anybody else besides Duplantier?

23        A.   And he review -- he reviewed the

24   video and said I didn't do anything wrong.

25        Q.   Okay.  Anybody besides Duplantier

Officer Derrick Burmaster
March 10, 2023

```
 1   say you didn't do anything wrong?
 2        A.    At the academy -- Well, the academy
 3   cleared me and then they put me on the street
 4   like the next day or the next week.
 5        Q.    When you say "the academy," do you
 6   mean anyone else besides Duplantier?
 7        A.    I don't know.  I just know
 8   Duplantier.  I just -- That's all I know.  I
 9   don't know if anybody else reviewed it --
10        Q.    Okay.
11        A.    -- over at -- over at the academy,
12   but --
13        Q.    Do you know of anyone else at NOPD
14   or anybody else besides your lawyers who said
15   you didn't do anything wrong?
16        A.    Not other than my lawyers.
17        Q.    Okay.  And so the -- the dog you
18   shot, you assessed that it -- it posed an
19   imminent threat of serious bodily harm or death
20   to you?
21        A.    Yes.
22        Q.    Is it serious bodily harm or death
23   or both?
24        A.    Yes.  I didn't think I would die,
25   but I knew I'd probably be up in the hospital.
```

Officer Derrick Burmaster
March 10, 2023

1       Q.   Okay.  So you didn't think the
2    smaller dog --
3       A.   Serious bodily harm.
4       Q.   Yeah.  So you didn't think the
5    smaller dog would kill you, but you thought it
6    would cause you serious bodily harm?
7       A.   Yes.  I don't know if that thing has
8    rabies or anything like that.
9       Q.   Well, you --
10      A.   And it would have been a penetrating
11   wound and our police pants aren't -- aren't
12   thick.
13      Q.   You -- You say rabies now.  Were you
14   thinking rabies at the time?
15      A.   Let me tell you something.  I've
16   always gone and considered all of my options.
17   You don't just go start taking police calls
18   without having a plan or not having the thought
19   of how do I handle each individual type of
20   incidence.  You see?  You keep asking me
21   what's -- what was on my mind.  All things
22   always run through my mind.
23      Q.   Right.
24      A.   Officer safety.
25      Q.   But did you actually specifically

Officer Derrick Burmaster
March 10, 2023

1    think about rabies on the night of the

2    shooting?

3         A.   Oh, yeah.

4         Q.   Before you shot the dog?

5         A.   I had -- I had already considered

6    that dogs have rabies.  And if one comes

7    viciously running towards me when I'm in a

8    confined space with no escape, I thought I was

9    going to get bit.  I thought I was be -- I

10   would be in the hospital.

11        Q.   Okay.  So you do remember what you

12   thought about that night of the shooting;

13   correct?

14        A.   If I didn't think the dog was going

15   to bite me, I wouldn't have shot him.

16        Q.   No.  My question was you remember

17   the thoughts you had leading up to the

18   shooting.  Agreed?

19        A.   I don't -- I don't -- I don't know

20   what I -- All I was thinking was I was -- I was

21   getting attack -- I was going to get attacked

22   by a dog and I was going to get bit.  These

23   dogs weren't coming to, you know, lick me.

24   What do you think they were going to do?

25        Q.   My question was do you remember --

Officer Derrick Burmaster
March 10, 2023

1    Do you recall the thoughts you were thinking in

2    the lead up to the shooting?

3          A.    That I was upset because I was

4    getting off late because I had to go handle a

5    domestic and they take a long time to handle.

6    I don't know what it could potentially extra

7    be.  Like it could have been a domestic

8    violence.  Maybe I had to take somebody to

9    jail.  So I was thinking, Man.

10          Q.    Okay.  Let me be more specific.

11          A.    I don't want to be -- I don't

12    want -- but -- but I have a duty to -- for the

13    City of New Orleans.  I'll -- They pay me a

14    paycheck.  I got to go take this dom -- this

15    call and potentially get off late.

16          Q.    Okay.

17          A.    So you think I wanted to shoot the

18    damn dog and get off at three in the morning?

19          Q.    So let me be more specific.

20          A.    If I had any option, I would have --

21    to avoid shooting that dog, I'd have -- I'd

22    have taken that option.  I've jumped on top of

23    police cars to get away from a dog to -- to not

24    have to mess with the dog, you know.  If I see

25    a dog roaming -- Like if I got to go answer a

Officer Derrick Burmaster
March 10, 2023

1   call over here and I see a dog out on the

2   street, I'll hit the siren to get it to scurry

3   off --

4        Q.   Uh-huh (indicating affirmatively).

5        A.   -- you know.

6        Q.   So let me be more specific with my

7   question.  Without telling me exactly what

8   thoughts were going through your head, just do

9   you recall, yes or no, what you were thinking

10  between hearing the barking and shooting your

11  weapon?  Do you recall those thoughts?  Yes or

12  no?

13       A.   I recall thinking I'm about to get

14  bit and I need to take action quick.

15       Q.   Okay.

16       A.   No.  I can't get out.  Man, if I

17  could have gotten out of there somehow,

18  wouldn't be here.

19       Q.   Do you recall thinking about rabies

20  in between --

21       A.   Yeah.

22       Q.   So you thought about rabies --

23       MR. ALPAUGH:

24            Let him finish his question --

25       THE WITNESS:

Officer Derrick Burmaster
March 10, 2023

```
 1              Yeah.
 2         MR. ALPAUGH:
 3              -- because he wasn't finished the
 4         question.
 5         THE WITNESS:
 6              I apologize.
 7    EXAMINATION BY MR. MOST:
 8         Q.   You thought about rabies between
 9    hearing the dogs barking and shooting your
10    weapon?
11         A.   I don't recall.  I just recall
12    thinking I'm about to get bit and I'd be
13    sitting in University Hospital all night.
14         Q.   So in between the barking and you
15    firing your weapon, you thought, I'm going to
16    get bit.  I'm going to be in Universal Hospital
17    all night?
18         A.   Yeah.
19         Q.   Okay.  What else did you think in
20    that space of time?
21         A.   That I need to take action.  I need
22    to tr -- try to escape.  I had no way to get
23    out of there, and I was like, Fuck!  That's
24    what I was thinking, man, if you want to know.
25    And I think I even voiced it, said that out
```

Officer Derrick Burmaster
March 10, 2023

1    loud maybe on accident, but we get in trouble

2    for cursing at work.  Oh, man.

3          Q.   So in one of the documents you

4    submitted, you said there was not enough time

5    to have a contingency plan.  Do you recall

6    saying that?

7          A.   I don't recall saying that.

8          Q.   Sure.

9          A.   There was no -- no time to get out,

10   but the -- I -- I made -- you know, prior to --

11   to going in there, I took -- I took my

12   precautions.

13         Q.   Was there time to have a contingency

14   plan?

15         A.   There was no time.  I had to take

16   action at that moment or get bit -- get bit.

17         Q.   Okay.  So you didn't have enough

18   time to have a contingency plan.  Agreed?

19         A.   No.

20         Q.   Okay.  Did you have time to evaluate

21   your choices?

22         A.   Yes.  I -- I wanted to get out of

23   that fence, but it was a spiky fence that I --

24   I'd have suffered harm.  I'd have got hurt.

25   Plus when I'm trying to get over the fence,

Officer Derrick Burmaster
March 10, 2023

1    that gets -- I mean, I'm -- I ain't the

2    fastest, you know.  I'd have been getting bit.

3         Q.   Okay.  So in between the time of

4    hearing the barking and firing your weapon, you

5    thought about whether you could or couldn't

6    jump over the fence?

7         A.   I thought about -- I mean, I think I

8    looked around to see if there was a place I

9    could hide first.  I wasn't going to get out of

10   that fence in time because they were racing

11   towards me.

12        Q.   Okay.  So in between hearing the

13   dogs barking and firing your weapon, you

14   thought, I'm going to get attacked.  I'm going

15   to spend all night at University Hospital.  You

16   looked around for a place to hide and you

17   thought about jumping over the fence; correct?

18        A.   I thought about trying to get out of

19   the fence, but then --

20        Q.   Well, just --

21        A.   -- they were rapidly coming towards

22   me from where the -- from where that stairwell

23   -- staircase ends, right next to the gate

24   opening anyway.  Roussell, man, I wish I had

25   his speed.  He got out fast.  I -- I wasn't --

1    I wouldn't have been able to -- And it would

2    have been dumb to run towards that gate opening

3    because then now I'm going to -- I'm -- I'm

4    bringing myself to the dogs to get bit.  So I

5    stood my ground.  I -- I didn't know what else

6    to do.

7         Q.   Uh-huh (indicating affirmatively).

8              So what I'm trying to do is just get

9    an understanding --

10        A.   Oh, man.

11        Q.   -- of what went through you head.

12             So in between -- If I have it right,

13   in between hearing the dog barking and firing

14   your weapon, you thought about, I'm going to

15   get bit.  I'm going to spend all night in

16   University Hospital.  You look for a place to

17   hide.  You thought about jumping over the fence

18   and you thought about whether you could make it

19   to the gate opening?

20        A.   I don't know if --

21        Q.   Is that correct?

22        A.   -- I thought about --

23        Q.   Is that correct?

24        A.   I don't know if I had that on my

25   mind, but I -- I was scared I was going to get

Officer Derrick Burmaster
March 10, 2023

```
 1   bit and it was going to hurt and I would be
 2   harmed.  That's what I was trying to -- I don't
 3   know if I -- if the thought about University,
 4   no way.  I didn't have time to think of that.
 5   This was a split second, man.  I got to make a
 6   decision now or I'm fucked.
 7        Q.   Uh-huh (indicating affirmatively).
 8        A.   And you -- you see how I reacted.
 9   You saw how Roussell reacted.  So two
10   different -- If there was no threat, then why
11   did Roussell run out?  He thou -- He was
12   certainly scared that he would -- something
13   would happen to him, but he -- he was able to
14   get out of there.  Man.
15             And you got to -- you got to open
16   your door and look outside, man, before you
17   just let the dog out like that.  Man, I just
18   wanted to go answer the call, make sure they
19   were all right, and get the hell out of there.
20   But, no.  I feel -- I feel like somebody wasn't
21   thinking.  They should have thought.  You want
22   to know what's in my thoughts.  That's what I
23   think.
24        Q.   Okay.
25        A.   Man.
```

Officer Derrick Burmaster
March 10, 2023

1        Q.   So in between hearing the dogs
2   barking and firing your weapon, you did think
3   about University Hospital?
4        A.   I don't -- I don't -- I don't know.
5   I just thought I'm about to get bit.  It's
6   going to hurt.
7        Q.   Let me finish my question, Officer.
8             In between hearing the dogs barking
9   and firing your weapon, you did think about
10  University Hospital?  You didn't think about
11  University Hospital?  Or you don't recall
12  whether you thought about University Hospital?
13       A.   I don't recall.
14       Q.   Okay.
15       A.   I thought about I was going to get
16  injured seriously.
17       Q.   Okay.  So in between hearing the
18  dogs barking and firing your weapon, you
19  thought, I'm going to get attacked.  I'm going
20  to be injured seriously.  You looked for a
21  place to hide.  You assessed whether you could
22  jump over the fence and you assessed whether
23  you could make it to the gate opening.  You did
24  all of that before you fired your weapon; is
25  that accurate?

Officer Derrick Burmaster
March 10, 2023

1          A.    That sounds -- That sounds close,

2     yeah.  That sounds about right.

3          Q.    Okay.  Is there any part of it

4     that's not right?

5          A.    That's -- That sounds right to me.

6          Q.    Okay.  You told PIB that you thought

7     about running, but you evaluated the paving and

8     decided it would be impossible to run on the

9     paving without twisting an ankle; correct?

10         A.    I don't recall if I said that.

11         Q.    Okay.  Do you recall thinking about

12    the paving?

13         A.     That -- That's a brick, I believe,

14    patio.  I mean, I thought -- I -- I don't know

15    if I thought about the paving, but I was aware

16    that -- I believed at the -- if I recall, it

17    was a brick paving.  I recall that it would --

18    I knew I wasn't going to make it out of that

19    gate.

20         Q.    Okay.  So you don't recall whether

21    you thought about the paving?

22         A.    I recall thinking a lot of things

23    quick.  I do recall thinking where the fuck can

24    I go, you know.

25         Q.    Uh-huh (indicating affirmatively).

1      A.   It's a hope -- It felt hopeless,

2  man.  I -- Could you imagine being in an

3  enclosure like that with a dog running at you?

4  Man.

5      Q.   So other than firing your weapon,

6  did you evaluate any other options available to

7  you other than jumping over the fence or trying

8  to make it to the gate?

9      A.   Trying to hide and thinking about

10  making it to that gate.  I think for a split

11  second, I thought about hopping that fence, but

12  I -- I -- I wouldn't have made it over the

13  fence.  The dog was on my ass.  I had to -- I

14  had to shoot him.  Like I said, I wish I had

15  just hit him in the foot.

16      Q.   Did you think about kicking the dog?

17      A.   No.

18      Q.   Did you think about hitting the dog

19  with your hands?

20      A.   I'd have got bit.

21      Q.   No.  No.  That wasn't my question,

22  Officer.  It wasn't --

23      A.   I thought about a lot of things.

24  Anything.  I just knew the best option for me

25  to save myself would be to fire a shot at the

Officer Derrick Burmaster
March 10, 2023

1    dog.

2         Q.   Right.  I understand that that

3    would --

4         A.   This is a split second.  You want to

5    know all these -- I ain't got time to think,

6    bro.  I had to shoot the dog.  I don't know.  I

7    mean, it's a split second.  Split second

8    decision.

9         Q.   Uh-huh (indicating affirmatively).

10        A.   That I -- That I -- I wish didn't

11   have to happen.

12        Q.   So you said you'd thought about a

13   lot of things.  What did you --

14        A.   A split second.

15        Q.   Right.

16        A.   I thought I was going to get bit by

17   the dog.  The dog was on my ass already.  And

18   by the time I shot it, the dog was a foot away

19   or two feet, maybe 18 inches or two feet away

20   from me, like right there.

21        Q.   I'm sorry.  The dog was about 18

22   inches away from you when you shot it?

23        A.   I believe so.  It was right -- It

24   was right close to me.

25        Q.   Okay.  So in your assessment, the

Officer Derrick Burmaster
March 10, 2023

1    dog was about 18 inches away from you when you

2    shot it the first time?

3         A.   Oh, yeah.  It was right there, right

4    on me.

5         Q.   Okay.

6         A.   And then what -- what use would

7    kicking it and hitting it with your hand do?

8    Now you're fighting the dog --

9         Q.   Okay.  So my --

10        A.   -- and then getting bit everywhere.

11   Come on, man.

12        Q.   Right.  I understand why you might

13   think that hitting it might not be an

14   appropriate reaction, but what I'm trying to

15   figure out is did you think about hitting a dog

16   between the time that you heard the barking and

17   you fired the shots?

18        A.   It was a split-second decision, my

19   friend.

20        Q.   That's not my question.  My question

21   is did you think about hitting the dog?  If --

22   If you maybe --

23        A.   I don't know.

24        Q.   -- didn't have time to --

25        A.   I don't recall.

Officer Derrick Burmaster
March 10, 2023

1       Q.    You don't recall.  Okay.

2       A.    But that -- that wouldn't have been

3   a -- a good decision to make because now -- now

4   you're fighting a dog --

5       Q.    Uh-huh (indicating affirmatively).

6       A.    -- an actively resisting dog.

7       Q.    Uh-huh (indicating affirmatively).

8             Did you think about using a baton on

9   the dog between the time that you heard the

10  barking and you fired your shot?

11      A.    No.  That would have been lethal

12  force as well.

13      Q.    Sorry.  You did think about it, but

14  you thought that would be lethal force, or you

15  didn't think about it at all?

16      A.    That wasn't an option.

17      Q.    No.  My question is -- is did you

18  think about it?

19      A.    I don't recall.

20      Q.    Okay.

21      A.    Man, you -- We should have done this

22  sooner if you -- you're asking all these

23  specific questions about what I was thinking.

24  How long ago was this, you know?  If you want

25  to know all -- all the thoughts going through

Officer Derrick Burmaster
March 10, 2023

1    my mind.

2        Q.   So you talked earlier that you had

3    sort of a thought process before you ever went

4    out on this call about what to do if a dog came

5    at you; right?

6        A.   Well, no.  I was thinking about

7    ensuring that there was no dog.

8        Q.   I understand.  But when we were

9    talking about the choice of whether to use a

10   taser or pull your gun out of your holster, you

11   said that you had previously before this night

12   thought about, you know, If there's ever a dog

13   coming at me, what am I going to do; right?

14       A.   Well, each situation is different.

15   You can't -- Maybe some dogs, it would have

16   been a situation where I would have been able

17   to use a taser, but this certainly wasn't

18   because you get one hit with that taser and

19   plus it's ineffective because the prongs aren't

20   going to -- you're not going to make contact

21   with the prongs.  And what if I miss?  Now I'm

22   getting -- Now I got a taser on my hand.  What

23   I'm going to -- I'm -- I gotta transition.  I'm

24   getting bit while all of this is happening.

25       Q.   Well, you told me --

Officer Derrick Burmaster
March 10, 2023

1        A.    The option was to shoot the dog.

2        Q.    You told me earlier that you'd had a

3    thought process prior to this night about what

4    to do if a dog was coming at you.  In that --

5    In that thought process, you concluded that a

6    taser would not be effective.  Do you recall

7    testifying to that?

8        A.    I -- It's my personal knowledge that

9    a taser is ineffective against a dog.

10       Q.    Right.  You thought about it before

11   this night and thought about --

12       A.    Yeah.

13       Q.    Right.  So in that --

14       A.    Especially in this situation.

15       Q.    Right.  So before the night of the

16   shooting, you thought about, What am I going to

17   do if a dog is coming at me; right?

18       A.    Yeah.  I'm a police officer.  I'm

19   supposed to be worried about the -- the

20   potential threats --

21       Q.    Right.

22       A.    -- you know --

23       Q.    And -- And --

24       A.    -- to keep me safe and my partner

25   safe.

**Officer Derrick Burmaster**
**March 10, 2023**

1      Q.   And as part of that thought process,

2   you concluded, If a dog's coming at me, I'm

3   going to pull my gun rather than my taser;

4   right?

5      A.   Well, it depends on the situation.

6   Say I have a bunch of dogs surrounding me, but

7   they're not actively coming at me.  At that

8   moment, I would have the chance to aim the

9   taser correctly and make sure that in order --

10  the -- the leader of the group -- 'cuz if like

11  they're swarming around me and I think that I'm

12  going to get bit, which has happened before,

13  there's a option that I have time, you know,

14  to -- to try to get a good shot so that -- but

15  this was no time to -- to make a decision.  You

16  had to shoot the dog or I would have been bit.

17     Q.   Okay.  And you talked in your

18  interview with PIB that you were certain the

19  dog was going to bite you?

20     A.   Oh, yes.  That dog was going to bite

21  me, no doubt.

22     Q.   You're certain of that?

23     A.   Yes.

24     Q.   Why?

25     A.   The dog was coming -- Watch the

Officer Derrick Burmaster
March 10, 2023

```
 1   video.  The dog was coming at me, aggressive,
 2   barking.  I heard barking.  I thought that -- I
 3   was certain that dog was going to bite me.
 4        Q.   You were certain it was going to
 5   bite you because it was coming at you?
 6        A.   Yeah.
 7        Q.   Anything else besides --
 8        A.   It wasn't coming with its tail
 9   wagging, happy and jovial like.  It was coming
10   at me in a manner that made me think that he
11   was going to bite the -- bite my leg, bite --
12   bite me somewhere else.  The dog was very
13   agile.  It could reach from here down, you
14   know.  (Indicating.)
15        Q.   Okay.  So from the fact that the dog
16   was coming at you and not wagging its tail, you
17   were certain it was going to bite you?
18        A.   It was coming at me in -- in -- in a
19   threatening manner.
20        Q.   Right.  But I'm trying to figure out
21   what is a threatening manner.  What about the
22   dog indicated to you that you were certain it
23   was going to bite you?  So we have that it was
24   coming at you.
25        A.   I'm sorry.  I answered this multiple
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1   times.
 2        Q.   Okay.  So the -- the factors that
 3   led you to conclude that it was --
 4        A.   I feel like you're trying to make me
 5   say different answers so that you can try to,
 6   like get me answering questions in so many
 7   different forms and ways to -- to try to elicit
 8   me to give you a different answer so you can
 9   claim I'm -- I'm lying or being untruthful.
10   That's not -- I've answered this a -- a
11   thousand times.  The dog was going to bite me.
12   I feared I was going to get bit and it was
13   going to hurt.  That dog was not coming happy
14   to me.
15        MR. ROQUEMORE:
16             Just when you get a chance, a good
17        breaking point just --
18        MR. MOST:
19             Yeah.
20        MR. ROQUEMORE:
21             -- so we can pause.
22        MR. MOST:
23             Would you like to take a -- a break
24        now, Officer?
25             Why don't we -- How long would you
```

Officer Derrick Burmaster
March 10, 2023

Page 94

```
1          take, Jim?
2      MR. ROQUEMORE:
3          Just five minutes.
4      MR. MOST:
5          Let's take five.
6      THE WITNESS:
7          Thank you.
8      THE VIDEOGRAPHER:
9          Going off the record.  The time is
10       11:27 A.M.
11         (Whereupon a recess was taken.)
12     THE VIDEOGRAPHER:
13         We're back on the record.  The time
14       is 11:33 A.M.
15 EXAMINATION BY MR. MOST:
16     Q.  Okay.  Officer, I'd like to figure
17 out what were the factors that you observed
18 that led you to believe that it was certain
19 that the dog was going to attack you.  Okay?
20     A.  The dog was running at me and I
21 heard barking.  And it was not, you know,
22 walking towards me.  Its tail wasn't wagging.
23 That -- That sucker was like a bolt of
24 lightning coming at -- coming at me.  As -- As
25 it did, like I said, the dog, when he fell
```

Officer Derrick Burmaster
March 10, 2023

 1   down, he was right at my feet, like right by my

 2   feet.  I had to jump over him to get out the

 3   fence.

 4         Q.   Okay.  Any other factors besides

 5   those?

 6         A.   Not that I can articulate at this

 7   time.  When we watch it, I'll be able to --

 8         Q.   And the dog, are you aware that its

 9   name is Apollo?

10         A.   I am.  I was not aware at the time.

11         Q.   Sure.  Apollo fell after you fired

12   your first shot; correct?

13         A.   I don't remember.

14         Q.   Okay.

15         A.   I don't think so.  It happened

16   quick.

17         Q.   Did you make -- How many times did

18   you fire your weapon at Apollo?

19         A.   I believe it was three times.

20         Q.   And did you make -- After you shot

21   your weapon at Apollo the first time, did you

22   see whether it was effective before firing the

23   second shot?

24         A.   After I fired the first round?

25         Q.   Uh-huh (indicating affirmatively).

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   I believe the dog was still -- It
 2   was still up.  It was making noises and I had
 3   to jump over the dog to get out -- to make my
 4   way out of the fence quick because there's
 5   still another dog in there.  But this allowed
 6   me to save me from getting bit and escape the
 7   confined area that I was in.
 8          Q.   After you fired the second shot, did
 9   you determine whether that had been effective
10   in stopping the dog?
11          A.   No.
12          Q.   I'm sorry.  It wasn't effective or
13   you didn't evaluate whether it was --
14          A.   I fired three rounds.
15          Q.   Right.  But after you fired the
16   second shot, did you evaluate whether that was
17   sufficient to stop the threat?
18          A.   It wasn't sufficient.
19          Q.   No.  My question is did you evaluate
20   whether it was sufficient to stop the threat
21   after your second shot?
22          A.   Yeah.  After the third shot, I -- it
23   was sufficient, and then I was able to get out
24   the yard.
25          Q.   Okay.
```

Officer Derrick Burmaster
March 10, 2023

1        A.    After the third shot.

2        Q.    So after each shot you fired, you

3    evaluated whether it was sufficient to stop the

4    threat.  It wasn't and so you continued firing

5    until the third shot?

6        A.    Yes.

7        Q.    Is that accurate?

8        A.    (Witness nods head affirmatively.)

9        Q.    Yes?

10        A.    I was a -- I was not able to get out

11    of there until the three -- until I was

12    finished firing the last round.

13        Q.    My question was --

14        A.    And then I looked at the other dog,

15    but I determined that that dog seemed like it

16    was -- it was going to leave me alone.  So I

17    decided at that point I didn't have to shoot

18    that dog, so I ran out the fence.  I was able

19    to get out the fence.

20        Q.    So I know you want to get out of

21    here sooner rather than later.  If you listen

22    to my questions and answer my questions, it --

23    it'll go faster.

24              My question was after each shot, you

25    evaluated whether that shot was sufficient to

Officer Derrick Burmaster
March 10, 2023

1    stop the threat and then continued to fire

2    until the third shot?  Agreed?

3         A.   Yes.

4         Q.   Okay.  So you did make independent

5    choices about each of the shots --

6         A.   Yeah.

7         Q.   -- you fired; correct?

8         A.   Yeah.  We have to -- We have to make

9    independent choices like that, like you

10   described.

11        Q.   Right.  And you did make independent

12   choices about each of the three shots; correct?

13        A.   Yes.

14        Q.   Do you recall talking to go Clarence

15   Mitchell after the incident?

16        A.   Yes.

17        Q.   Do you recall telling him that you

18   fired an unknown number of times?

19        A.   I don't recall saying that.

20        Q.   Okay.

21        A.   They asked me how many I fired.  We

22   had to -- We looked at the BWC 'cuz we can look

23   at it while we were out there, and they

24   determined that it was maybe three rounds.

25        Q.   And you kept firing until you

**Officer Derrick Burmaster**
**March 10, 2023**

1    thought the threat --

2         A.   Until I knew I could get out of

3    there safely.

4         Q.   Okay.

5         A.   And I also considered the other dog,

6    but, like I said, that dog looked like it was

7    going to leave me alone.  So I didn't have to

8    use force on that dog thankfully.  And I was

9    able to get out the fence and shut the door,

10   you know, the gate.

11        Q.   So if Apollo hadn't stopped moving,

12   you would have continued firing?

13        A.   No.  Like I said, I just wanted to

14   get the dog down.  I didn't want to kill the

15   dog.  Like I said, I wish I could have just got

16   it in the foot so maybe I could have just ran

17   out and the dog would have been okay.

18        Q.   Were you aiming towards the dog's

19   foot?

20        A.   I was aim -- I was aiming toward the

21   dog.  I wasn't -- I was hoping that my -- that

22   gun fire would have made -- hit him in the foot

23   and that had been enough to be able to let me

24   get out.  Like I told you earlier, I didn't

25   want the dog to die.

Officer Derrick Burmaster
March 10, 2023

Page 100

```
 1        Q.   Right.  Your training is to aim for
 2   the center of mass; correct?
 3        A.   Yes, if we're shooting at a person,
 4   but, you know, you can't aim for a foot, but --
 5   it's not something to shoot at.
 6        Q.   Right.  So you were aiming for the
 7   center of mass of Apollo.  Agreed?
 8        A.   I was aim -- Yes, but I was hoping
 9   my rounds would fail and --
10        Q.   Yeah.
11        A.   -- and I'd hit him in the foot or
12   something or like not be deadly for him.
13        Q.   Is that something you thought about
14   at the time?
15        A.   Yeah.  I didn't want the dog to die.
16   I like dogs.
17        Q.   I'm sorry.  The --
18        A.   When I ran out the gate, I was like,
19   Fuck, the dog's going to die, some shit, man.
20   And then they came down upset, you know.
21        Q.   My question was did you think at the
22   time about hoping that your re -- your shot
23   would fail and hit the dog in the foot?
24        A.   No, not -- not at that time.  After
25   it happened, when I was, you know, standing
```

Officer Derrick Burmaster
March 10, 2023

 1    over there, I was hoping that --

 2         Q.   Yeah.

 3         A.   -- maybe I -- I could have just

 4    injured him and he'd be able to survive.  Not

 5    everybody that gets shot dies, you know.

 6         Q.   So you characterized Apollo as

 7    attacking you; correct?

 8         A.   Yes.

 9         Q.   Now, Apollo didn't bite you; right?

10         A.   No.

11         Q.   Apollo didn't scratch you?

12         A.   No.

13         Q.   But you perceived something -- an

14    animal running at you as an attack?

15         A.   Yes.

16         Q.   Have you  -- Have you ever had a dog

17    run at you before Apollo?

18         A.   Yeah.  All the time.

19         Q.   Yeah.  I mean, you had a dog at the

20    time.  Your dog would sometimes run in your

21    direction; correct?

22         A.   Yeah, but that's my dog and I know

23    the dog's temper and my dog's happy.

24         Q.   Uh-huh (indicating affirmatively).

25              So just running towards you is not

Officer Derrick Burmaster
March 10, 2023

```
 1   sufficient to have -- to characterize a dog as
 2   attacking.  Agreed?
 3        A.   No.  But the way it was acting, its
 4   mood to me was like it was going to bite me.
 5        Q.   Uh-huh (indicating affirmatively).
 6             When you say the way it moved, do
 7   you mean the speed?  Do you mean the direction?
 8   What do you mean?
 9        A.   The speed.  The direction.  Coming
10   at me, barking.  I heard barking.
11        Q.   Anything else?
12        A.   He was coming at me aggressively,
13   barking, running fast towards me.  What any --
14   any regular person would expect that this dog
15   would -- was preparing to bite me.
16        Q.   So your recollection is that Apollo
17   was barking as he was running at you; is that
18   correct?
19        A.   I heard barking.  I don't know if
20   Apollo was barking.  I read an article that
21   said the dog can't bark or something.  I didn't
22   know which dog was barking or if it was both.
23        Q.   Okay.  So you don't recall Apollo
24   barking at you as he was running towards you?
25        A.   Like I said, I heard barking.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1        Q.   Right.
 2        A.   And I thought -- I believe at the
 3   time in my head, I'm thinking both of them are
 4   barking, but, like I said, after this happened,
 5   somebody put out a news article that says the
 6   dog doesn't bark.
 7        Q.   Okay.
 8        A.   So, you know, we're far -- This is
 9   so long ago, man.  Your specific questions
10   about my mood and what I was thinking at the
11   time, it's hard for me to answer, bro.
12        Q.   Look, if you don't recall the answer
13   to my questions, I don't recall is sufficient
14   if it's a truthful answer.
15             My question is do you recall Apollo
16   barking at you as he was running at you?
17        A.   I thought he was.
18        Q.   Okay.
19        A.   I really did, man.
20        Q.   Okay.  So you told PIB that you were
21   defenseless; correct?
22        A.   Yeah, and I couldn't get away.  I
23   was -- I felt I was trapped.
24        Q.   You thought you were defenseless in
25   regard to this dog?
```

Officer Derrick Burmaster
March 10, 2023

```
 1          A.    Describe what you mean "defenseless"
 2    means.
 3          Q.    You said the word that you were
 4    defenseless.  Were you defenseless with regard
 5    to this dog?
 6          A.    Well, I had the gun.
 7          Q.    So you weren't defenseless?
 8          A.    Yeah.  I had a gun.
 9          Q.    And a taser?
10          A.    I -- I -- I couldn't get out of the
11    fence.  I wish the -- I -- I wish those rounds
12    didn't kill him.  Man.
13          Q.    You blame the Browns for making you
14    shoot this dog; correct?
15          A.    They let the dogs out and the law
16    says you have to confine your dogs.  You can't
17    have a free-roaming dog.  Like why would you
18    let the dog out?  Keep your dog inside, bro, or
19    on a leash.
20          Q.    You said --
21          A.    Like -- Like what if that would have
22    been the -- the mailman, the post -- You just
23    let your dogs out like that to come get --
24    get -- attack you like people, police, EMS,
25    fire, the mailman, neighbors, guests of their
```

Officer Derrick Burmaster
March 10, 2023

1    neighbors.  I don't know if that's a four plex.

2    I thought it was.  So the neighbors can't have

3    guests.  They have to risk getting -- Even if

4    the dog wasn't going to bite some random

5    person, some -- you -- you put up a risk of the

6    dog jumping on people, knocking them down.

7    What if a elderly person was in there and --

8    Like it's reckless to just open the door and

9    just let the dog out.  What if, like a elderly

10   lady was walking through there to get to her --

11   her son's house or whatever and then a big ass

12   golden retriever would knock her down?

13          Like you got to -- you got to be

14   careful when you -- It's a -- It's a -- It's a

15   big responsibility to have animals, especially

16   when you have two now.  You can't just let the

17   dog out, and then what happens to -- that

18   night, the dog attacked me and in a vicious

19   manner.

20          The law says that if you have a

21   vicious animal, which is an animal that would

22   attack somebody unprovoked, that it has to be

23   in a cage, stuck into the ground with lid on

24   it.  The rules weren't followed.  The only

25   free-roam -- roaming animals allowed in the

Officer Derrick Burmaster
March 10, 2023

1    city are cats.

2            You -- You -- And now you got me

3    sitting in here like I'm the perp, like I did

4    something wrong.  This -- None of this was my

5    fault.  All I was doing was trying to help the

6    people.

7        Q.   Uh-huh (indicating affirmatively).

8            In one of the documents you

9    submitted in this case, you said you -- they --

10   the Browns recklessly let Apollo out of their

11   house and allowed to attack you?

12       A.   Yes.

13       Q.   You recall that?

14       A.   Yes.

15       Q.   Okay.  That's your assessment?

16       A.   Yes.

17       Q.   When you say the Browns let Apollo

18   out of their house and allowed him to attack

19   you, do you mean that he was just -- the fact

20   that he was in the gated area, or do you think

21   that they actually opened the door to let

22   Apollo out?

23       A.   I don't know.  That's something I

24   would think -- I was thinking about.  I didn't

25   know if they knew the police were down there.

Officer Derrick Burmaster
March 10, 2023

```
 1    I would hate to think that, you know, he -- he
 2    would do something like that on purpose, but I
 3    don't know.  I don't know Mr. Brown.  I don't.
 4         Q.   So you've -- you've repeatedly said
 5    in this deposition that they let the dogs out;
 6    right?
 7         A.   Yeah, they -- they did.  I don't
 8    know if it was to scare me and Roussell away or
 9    if -- or what -- or if they were just letting
10    the dog out to use the bathroom or something
11    or -- or what.  But when they came out and they
12    saw us, you know, maybe -- I don't know if they
13    own that whole building and -- and thought that
14    they could let their dogs out.  But I don't --
15    I just don't know what was -- what was going
16    on, man.  I just knew the dogs, when they saw
17    us, they started barking and they closed the
18    gap and got on -- on me.  They closed the gap
19    between us and got on me quick.
20         Q.   But you wrote that the Browns
21    allowed Apollo to attack you.  What leads you
22    to believe that's the case?
23         A.   Because they opened the door and let
24    their dogs out without opening the door and
25    looking to see if anybody was there.  You know,
```

Officer Derrick Burmaster
March 10, 2023

1    that --

2          Q.   You saw them let the --

3          A.   -- could be -- No, I didn't.

4          Q.   You saw them open the door?

5          A.   No.

6          Q.   So you're -- How do you know that

7    happened?

8          A.   Because there was a tree -- There's

9    a tree up there.  There was a tree that blocked

10   my -- my view of seeing their door from where I

11   was standing.  So I heard -- I heard the dogs

12   start barking and I knew they were -- you know,

13   from where the barking noise was coming from,

14   that it must be a porch up there and they must

15   be on the porch.

16         Q.   Right.  But you've been talking --

17         A.    But they did -- they weren't up

18   there when I first entered the gate because

19   remember I checked.  They didn't make any

20   noise.  And then when I made it that far, all

21   of a sudden they emerged from up on the porch.

22   So I don't know if they let them out or what

23   they did, but they shouldn't have had two

24   free-roaming dogs, two loose -- you know,

25   allowed two loose dogs to happen.

Officer Derrick Burmaster
March 10, 2023

1        Q.   So you're -- When you've talked

2   about them opening the door and letting the

3   dogs out, that's just pure speculation on your

4   part; correct?

5        A.   Yeah.  So I didn't -- I didn't see

6   them let -- I didn't see who opened the door or

7   who let the dogs out or anything like that.

8        Q.   Right.

9        A.   Or if they came out of a doggie door

10  or something like that.  All I know is that I

11  heard the barking noise coming from up there.

12  I couldn't see the door.

13       Q.   So you wrote that they recklessly

14  let the dogs out of the their house and allowed

15  to attack you, but you don't actually have any

16  knowledge of whether that's true or false;

17  right?

18       A.   Yeah, you're right.

19       Q.   Okay.

20       A.   You got me on that one.

21       Q.   The dogs weren't free roaming.  They

22  were behind a gate?  Agreed?

23       A.   Right, but if -- if you're in a

24  gated community -- I -- I don't know how many

25  apartments are in there -- why would you let

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1    your dogs out?  Because, like I said, people
 2    have to be able to go in there to visit their
 3    family members or come home from work or get
 4    mail.
 5         Q.   Do you know how many people live
 6    in --
 7         A.   I don't.  I took it -- After that
 8    happened, I wanted to go and look and see, but
 9    I didn't want to disturb -- disturb the Browns,
10    them thinking that I was being, you know, in
11    front of their house.  So I -- I stayed far
12    away from where they live.  I didn't want them
13    to think, you know -- but I -- I -- I was
14    curious as to how many apartments were there
15    and how many people live there.
16         Q.   When you were interviewed by PIB,
17    you said, The Browns are the problem, not me;
18    right?  (As read.)
19         A.   I probably said that.
20         Q.   Uh-huh (indicating affirmatively).
21              You think the Browns are the
22    problem, not you?
23         A.   I do.
24         Q.   You think the Browns made you kill
25    their dog?
```

Officer Derrick Burmaster
March 10, 2023

1          A.    Yes.

2          Q.    You blame the Browns for the

3    problems you've had subsequent to shooting this

4    dog?

5          A.    Yes.

6          Q.    And you thought about suing them,

7    but the only thing that held you back was you

8    thought they might be poor?

9          A.    Yes.

10          Q.    When you shot Apollo, did you see

11    the size of Apollo?

12          A.    I didn't really stare at him.  I --

13    I hurried up and got out of there.

14          Q.    But you looked at the dog?

15          A.    And then the Browns were over there

16    and I -- I -- I waited like out in the street.

17    So I didn't really get to -- to see him.

18          Q.    I mean, you aimed at the dog; right?

19          A.    Yeah.

20          Q.    You could see the dog; right?

21          A.    I could.

22          Q.    Yeah.  And in order to aim, you had

23    to see how big it was?

24          A.    It wasn't a calculated -- I -- I --

25    I didn't aim.  I pointed.  I don't know if you

Officer Derrick Burmaster
March 10, 2023

1    understand the difference between that.

2        Q.   I -- I don't.

3        A.   Aiming -- I have a moment, aiming,

4    breathing, trigger squeeze, consider all the

5    different marksman, different things you need

6    to do to shoot a gun.  I believe I was -- I was

7    just pointing the gun at the dog.  I didn't

8    have enough time to aim.

9        Q.   Uh-huh (indicating affirmatively).

10       A.   So were -- you know, shooting at any

11   particular part of the dog.  I was just aim --

12   I was aiming at him.  Get off me.  Like, dude,

13   you about to bite, you know.

14       Q.   Uh-huh (indicating affirmatively).

15            Because he was about 18 inches away

16   from you when you first started shooting?

17       A.   Yeah, he was right up on me.  Right

18   up on me.

19       Q.   Is it safe to -- to shoot at a

20   target that's 18 inches away from you?

21       A.   No, but I had to do something.  I

22   knew I wasn't going to get shot or bit.

23       Q.   How did you know you weren't going

24   to get shot if you aimed at something 18 inches

25   away from you?

Officer Derrick Burmaster
March 10, 2023

1      A.   Well, I didn't aim.  I pointed.

2      Q.   Uh-huh (indicating affirmatively).

3      A.   There's a difference.

4      Q.   How did you know you weren't going

5   to get shot if you pointed at something 18

6   inches away from you?

7      A.   Because I'm pointing away from me.

8      Q.   Uh-huh (indicating affirmatively).

9           You weren't worried about a -- a

10   ricochet if you were pointing almost straight

11   down?

12      A.   I wasn't worried about it at that

13   moment because I was trying to prevent myself

14   from getting bit by a dog.

15      Q.   Uh-huh (indicating affirmatively).

16           But you were looking at the dog when

17   you shot it; right?

18      A.   Yes.  It happened so fast, man.

19           I think that -- I -- I think that

20   the size of this dog is being downplayed.

21      Q.   Okay.  What makes you think that?

22      A.   Because the dog was bigger than

23   that.  Like when was that picture taken?

24   MR. ALPAUGH:

25           Well, he hasn't even asked you about

Officer Derrick Burmaster
March 10, 2023

```
 1          the picture yet.
 2      MR. MOST:
 3          Yeah, so --
 4      MR. ALPAUGH:
 5          That's Exhibit 9?
 6      MR. MOST:
 7          -- I'll marked as Exhibit 9 --
 8      MR. ALPAUGH:
 9          I've already got one.
10      MR. MOST:
11          You got one.
12  EXAMINATION BY MR. MOST:
13      Q.   So you're looking at Exhibit 9,
14  Officer?
15      A.   Yes.
16      Q.   Is this the dog you shot?
17      A.   Yes.  But I -- I -- I just think it
18  was bigger than that, bro.
19      Q.   What makes you think it was bigger
20  than that?
21      A.   Because I saw -- As best -- As best
22  as I can figure, that dog looked bigger.
23      Q.   Uh-huh (indicating affirmatively).
24      A.   And I would -- I would like to know
25  when this picture was taken.  The phone from
```

**Officer Derrick Burmaster**
**March 10, 2023**

 1   which this picture was taken probably has a

 2   date, time stamp on it.  But you can get a

 3   puppy and look at it a month later and it's

 4   three times bigger than it was when you got it.

 5        Q.   Have you -- Have you read the

 6   autopsy of the puppy?

 7        A.   I think I saw something in that

 8   article, something maybe.  They -- They listed

 9   some au -- autopsy.

10        Q.   Uh-huh (indicating affirmatively).

11        A.   I believe they wrote where the dog

12   was struck, which upset me knowing that.

13        MR. ALPAUGH:

14             Derrick, listen to the question.

15        Okay?  Answer the question he asked you.

16        THE WITNESS:

17             All right.

18   EXAMINATION BY MR. MOST:

19        Q.   You described the dog that you saw

20   as a puppy; right?  You don't dispute that it

21   was a puppy when you shot it?

22        A.   No, I -- I didn't know it -- it was

23   a puppy.  A -- A fierce, vicious -- I thought

24   it was Pit Bull.

25        Q.   Uh-huh (indicating affirmatively).

Officer Derrick Burmaster
March 10, 2023

1          You thought it was an adult Pit Bull
2     coming towards you?
3          A.   I thought -- Well, may -- No.  I --
4     I -- I knew it was like a smaller size Pit Bull
5     looking thing.
6          Q.   Uh-huh (indicating affirmatively).
7          A.   And it was very agile.  It made its
8     way from that upstairs to downstairs in -- in
9     a -- in a -- in a bolt of lightning.  So
10    imagine what it could do to me.
11         Q.   So did you think it was an adult dog
12    or a puppy coming --
13         A.   I thought it was like a mid size Pit
14    Bull.
15         Q.   I'm not asking you about the size.
16    I'm asking you did you think it was a puppy or
17    an adult dog coming at you?
18         A.   Oh,I didn't think -- I didn't
19    consider the age.  I just considered its size.
20         Q.   Uh-huh (indicating affirmatively).
21         A.   If this was like a little Shih Tzu
22    wagging his tail, we wouldn't be here.
23         Q.   If I said that at the autopsy the
24    dog was weighed and was just over 22 pounds,
25    would that be consistent with your recollection

**Officer Derrick Burmaster**
**March 10, 2023**

1    of it?

2         A.   Well, I mean, if that's the case,

3    but I didn't have time to look at this dog and

4    see, Oh, a Pug, you know.  I saw its size and

5    I -- I had to take action.  I feared for my

6    safety.  I feared that I was going to get bit.

7    It has teeth.

8         Q.   You saw the teeth of the dog?

9         A.   I -- I -- I ain't going to lie.  I

10   don't -- It was growling or barking or one of

11   them was.  It was coming at me quick.  I didn't

12   have time to do a physical exam on the dog.

13        Q.   Right.  But when you said it had

14   teeth, that's not something you were thinking

15   at the time or that was something you were

16   thinking at the time?

17        A.   Oh, yeah, I was certainly 'cuz I

18   thought I was going to get bit.

19        Q.   Okay.

20   MR. ALPAUGH:

21             Which one is this?

22   MR. MOST:

23             Oh, this is Exhibit 28.

24   EXAMINATION BY MR. MOST:

25        Q.   Do you see this exhibit, Officer?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   Yes.

 2          Q.   Is this the dog you shot?

 3          A.   Probably.

 4          Q.   Well, looking at it, does that

 5    appear to be the dog you shot?

 6          A.   Yes.

 7          Q.   This is a small dog; right?

 8          A.   That's what people are saying about

 9    it.

10          Q.   Well, you're looking at --

11          A.   I didn't have time to -- I didn't

12    have time to -- See, by -- by looking at this

13    picture, I can't tell, you know.

14          Q.   Okay.  So you don't know to this day

15    whether it was a small dog, medium-sized dog,

16    or a large dog that you shot?

17          A.   At the time, I thought it was a

18    medium-sized dog.

19          Q.   Right.  And what do you think now?

20          A.   I don't -- I would have to see the

21    dog.

22          Q.   Okay.  So you can't evaluate now?

23          A.   I can't use this picture to evaluate

24    how big the dog was.

25          Q.   The -- The dog in Exhibit 9, that's
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1    a small dog; right?
 2         A.   Like I said --
 3         MR. ALPAUGH:
 4              That's nine right there.
 5         THE WITNESS:
 6              Oh.  Like I said, I can't use a
 7         picture to -- I would have to see -- you
 8         know, whip out a measuring tape and tell
 9         me how long the dog was and how tall the
10         dog was and then I could tell you.
11         MR. MOST:
12              Okay.
13         THE WITNESS:
14              Fair.
15    EXAMINATION BY MR. MOST:
16         Q.   But you've now watched the video and
17    you've seen this Exhibit 28 showing the dog;
18    correct?
19         A.   Yes.
20         Q.   Even knowing what you know now, do
21    you think your only option was to shoot the
22    dog?
23         A.   The only option at the time was to
24    shoot the dog or be bit.
25         Q.   Uh-huh (indicating affirmatively).
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 120

```
1              Even knowing what you know now, you
2    still think that's the case?
3         A.   Yes.
4         Q.   Okay.  Now, Officer Roussell, was he
5    within arms reach of you when the dog started
6    coming towards y'all?
7         A.   Yes, I believe so.
8         Q.   Okay.  So the two of you were
9    standing roughly in the same area within arm's
10   reach of each other.  Agreed?
11        A.   I didn't know it.  I don't know if I
12   was facing Roussell.  He was either behind me
13   or to the side, but he was closer to the gate
14   opening.
15        Q.   Right.  But he was at least within a
16   arm's reach of you; right?
17        A.   If you look at Roussell's video, you
18   can see he reached out towards me.  I don't
19   know if he touch -- They say he touched me, but
20   I don't remember if he touched me or not.
21        Q.   Okay.
22        A.   But I saw his arm extended out
23   towards me and then he -- he quickly made it
24   out that gate and the gate slammed right there
25   behind him.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   Okay.  But Roussell was --
 2          A.   So he all -- he also felt it was a
 3     threat as well --
 4          Q.   Right.
 5          A.   -- or he wouldn't have taken off
 6     running.
 7          Q.   And Roussell is at least
 8     approximately within arm's reach of you.
 9     Agreed?
10          A.   Based on his video I saw, I don't
11     know if he was touching me or maybe if -- if
12     there was an inch gap between us, between his
13     extended out arm, but I was told that he said
14     that I touch -- that he touched me --
15          Q.   Uh-huh (indicating affirmatively).
16          A.   -- before he took off running.
17          Q.   Okay.  So the two of you were either
18     within arm's reach or arm's reach plus a couple
19     of inches; right?
20          A.   I believe so.
21          Q.   Yeah.
22          A.   Based on the video.
23          Q.   Now, why don't you think Roussell
24     pulled out his gun?
25          A.   He was able to get out the gate.  He
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1   was closer.  He was closer to the entrance.  He
 2   -- Probably in his mind, he knew he could get
 3   out.
 4           But I'm bigger than him.  I'm not --
 5   not as fast.  I looked around.  There was
 6   nowhere to hide.  I can't jump that fence.  I'm
 7   stuck.  I got a -- I -- I'm cornered in with
 8   two dogs.  So I made the split-second decision
 9   in order to protect myself to shoot that dog.
10   And by doing so, Apollo saved the other dog's
11   life because basically if you think about it
12   because he was able to get away, the other dog.
13   I guess the dog heard the gunshots and got
14   scared and ran off -- and ran off and there was
15   no need to shoot the big dog.
16       Q.   Was it wrong for Roussell not to --
17   to fire his weapon?
18       A.   No.  He was able to get out of there
19   on time, or he could have protected me --
20       Q.   Uh-huh (indicating affirmatively).
21       A.   -- by shooting the dog.
22       Q.   Sorry.  So you think he should have
23   shot his weapon?
24       A.   His -- That's his decision.  I
25   can't -- He was able to get out of there and
```

Officer Derrick Burmaster
March 10, 2023

1   make his way out of that gate and I was not.  I

2   don't know if he thought I would be behind him

3   or if he thought I was agile enough to be able

4   to sprint to that gate entrance like he -- like

5   he was able to.  I don't know what was going on

6   in his mind.

7        Q.   Right.

8        A.   I haven't asked him.  I haven't

9   talked to him about that.

10       Q.   I mean, if a vicious animal is

11  coming at your partner and is a serious threat

12  of physical harm, an officer should take steps

13  to try and stop the animal; right?

14       A.   Yes.  Or I'd rather be able to hide

15  from the dog or jump on top of a car.  There

16  was nothing to jump on top of.  There was

17  nowhere to hide.

18       Q.   Right.  But if this dog was a -- a

19  vicious animal that was a serious threat to

20  you, Roussell should have done something about

21  it; right?

22       A.   You got to ask him.

23       Q.   No.  But what's your opinion?

24       A.   I don't have an opinion on that

25  because I don't know what was going on through

**Officer Derrick Burmaster**
**March 10, 2023**

1   his mind.  I'd have to discuss that with him.

2        Q.   Okay.

3        A.   He was able -- In his mind, he was

4   able to get out of that gate.  I was not.

5        Q.   But he didn't do anything to protect

6   you, did he?

7        A.   Well, he did let the gate shut

8   behind him.  But he had to -- He was probably

9   scared the dog was going to -- I don't know if

10  that's a self-latching -- I don't know if it

11  comes shut or if he pulled it shut.

12       Q.   So you think Roussell kind of

13  trapped you in there with the dogs?

14       A.   Well, no, I don't blame him for

15  this.  I don't -- I was trapped in there with

16  the dogs, scared.

17       Q.   So I want to make sure I'm a hundred

18  percent clear on the threat that justified you

19  shooting your weapon.  And you agree that

20  firing your weapon is the use of lethal force.

21  Agreed?

22       A.   Yes.

23       Q.   Okay.  So I want to make sure I'm

24  clear on what the threat was that justified the

25  use of lethal force from your perspective.  It

Officer Derrick Burmaster
March 10, 2023

Page 125

```
 1   was the smaller dog's threat to you that

 2   justified the lethal force?

 3        A.   Yeah.  The threat -- The threat that

 4   I was going to suffer serious bodily harm or

 5   injury.

 6        Q.   From the small --

 7        A.   That I was going to receive pain.

 8   It was going to hurt.  And plus I was -- and

 9   plus I would have been injured.

10        Q.   Okay.

11        A.   Split-second decision, man.  If I

12   had a little bit more time, I could have -- and

13   I -- and I thought I could make it out that

14   gate, man, I -- I'd have been out that gate

15   fast, bro.

16        Q.   Uh-huh (indicating affirmatively).

17        A.   But I couldn't -- I couldn't get out

18   of there.

19        Q.   Have you ever been to a dog park?

20        A.   Yes.

21        Q.   Have you ever had a dog run towards

22   you at a dog park?

23        A.   No.

24        Q.   Have you ever had a -- a dog run

25   towards you at a friend's house?
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          A.   No, not really.  Not that I can
 2   think of.
 3          Q.   Did you grow up with dogs?
 4          A.   Yes.
 5          Q.   How many dogs did you have growing
 6   up?
 7          A.   Cha-Cha was a Lhasa Apso.  Roman was
 8   a Rottweiler, and then Miss Mae, it was a Shih
 9   Tzu.
10          Q.   So what was the -- the name of the
11   first dog?
12          A.   Cha-Cha.
13          Q.   Cha-Cha.  Did Cha-Cha ever run
14   towards you?
15          A.   Cha-Cha was a -- I grew up with
16   Cha-Cha.  So Cha-Cha never rode up -- rode up
17   to me in like this.  Never came up to me like
18   this dog did.
19          Q.   When you used your hands, it looked
20   like you were saying Cha-Cha was about maybe 18
21   inches tall?
22          A.   Oh, Cha-Cha was like -- like that
23   (indicating).
24          Q.   Is that about 18 inches?
25          MR. ALPAUGH:
```

Officer Derrick Burmaster
March 10, 2023

Page 127

```
 1              It looks more like a foot to me.
 2         MR. MOST:
 3              Okay.
 4    EXAMINATION BY MR. MOST:
 5         Q.   What would you estimate,
 6    Mr. Burmaster?
 7         A.   I -- I don't know.  I was a child at
 8    the time.  So I -- I was a smaller person.  It
 9    was a small dog.
10         Q.   Do you ever recall Cha-Cha running
11    at you?
12         A.   Running to play with me.
13         Q.   Uh-huh (indicating affirmatively).
14              Did you ever have to use lethal
15    force with Cha-Cha?
16         A.   No.
17         Q.   What about Roman?  How big was
18    Roman?
19         A.   Roman was a full-size Rottweiler.
20         Q.   Did Roman ever run at you?
21         A.   Unh-unh (indicating negatively).
22         Q.   Roman never ran at you?
23         A.   Roman was an inside dog so he didn't
24    really have anywhere to run.
25         Q.   You never walked in the door --
```

Officer Derrick Burmaster
March 10, 2023

```
 1          A.    I walked him outside with -- with a
 2    leash on.
 3          Q.    You never came home and Roman ran to
 4    the door?
 5          A.    In a playful manner.
 6          Q.    Uh-huh (indicating affirmatively).
 7          A.    Shaking his butt, you know.
 8          Q.    Okay.  Did Miss Mae ever run towards
 9    you?
10          A.    I've had Miss Mae since she was a --
11    six weeks old.  So playfully, in a playful
12    manner, she would run up to me.
13          Q.    And what about Miss Mae's body
14    language indicated to you that it was a playful
15    manner?
16          A.    Playfully wagging his tail -- her --
17    her tail.  Miss Mae was a girl.  I don't know.
18          Q.    Did you have to -- ever have to use
19    force --
20          A.    No.
21          Q.    -- with Roman or Miss Mae?
22          A.    No.
23          Q.    Okay.  And earlier in this
24    deposition, you said you were afraid that
25    Apollo might have bitten your leg; right?
```

Officer Derrick Burmaster
March 10, 2023

Page 129

```
1          A.   Or another sensitive area.

2          Q.   Yeah.  So we don't have to use

3    euphemisms here.  You were specifically afraid

4    that Apollo was going to bite your penis;

5    correct?

6          A.   Yeah.

7          Q.   Okay.

8          A.   That dog came at me fast and he's

9    definitely agile enough to jump high.

10         Q.   Right.  And -- And you were

11   specifically worried about the threat of that

12   dog biting your penis; correct?

13         A.   Or my leg or anywhere else, just

14   getting bit.

15         Q.   Right.  But you were specifically

16   afraid of the dog biting your penis; correct?

17         A.   No, anywhere.

18         Q.   Well, you spe -- you told PIB that

19   you were worried about it biting your penis;

20   right?

21         A.   Yeah, of course.

22         Q.   Right.

23         A.   Because the dog -- That dog was

24   coming at me and it -- it looked agile enough

25   to be able to do that.
```

Officer Derrick Burmaster
March 10, 2023

```
1          Q.   Right.  So one specific part of your
2     body that you were afraid that the dog would
3     bite was your penis; correct?
4          A.   Yeah.  One -- That was one of the
5     specific things that I named, but he could have
6     got me anywhere.
7          Q.   Okay.
8          A.   Legs.
9          Q.   Have you ever told someone that you
10    were worried that Cha-Cha, Roman, Miss Mae, or
11    another dog was going to bite you in your
12    penis?
13         A.   No.
14         Q.   Okay.  Well, the one exception
15    besides Apollo is the dog you shot in 2012.
16    You indicated that you were afraid that dog
17    might bite -- bite your penis; right?
18         A.   I don't recall if I said that.  That
19    was a very long time ago.
20         Q.   Do you recall telling investigators
21    that you were protecting your crotch from the
22    dog that you killed in 2012?
23         A.   No.
24         Q.   You -- You don't recall saying that?
25         A.   I don't recall.
```

Officer Derrick Burmaster
March 10, 2023

```
 1        Q.   Okay.  So let's assume for a moment
 2   that you -- you did indicate that you were
 3   protecting your crotch from the dog in 2012.
 4   It sounds to me like Apollo and the dog you
 5   killed in 2012 are the only dogs that you've
 6   said -- indicated that you were worried they
 7   were going to bite you in your -- your crotch;
 8   right?
 9        A.   I've never reported it, but I've
10   been bitten by dogs and let it go.
11        Q.   Yeah.
12        A.   But --
13        Q.   We will cover that.  Okay?
14             But the only two dogs that you've
15   indicated a fear that they were going to bit
16   you in the crotch were Apollo and the dog in
17   2012.  Agreed?
18        A.   I guess so.  I mean, I don't really
19   recall saying that in 2012.
20        Q.   Okay.
21        A.   I'm sure I did if you say I did.
22        Q.   Okay.  Did you convey to anyone on
23   the day that you shot Apollo that you were
24   afraid that Apollo was going to bite you in
25   your -- your crotch?
```

Officer Derrick Burmaster
March 10, 2023

Page 132

1          A.    I don't recall.

2          Q.    Okay.  Do you recall indicating that

3    fear to anyone before your interview with

4    Public Integrity Bureau?

5          A.    Say -- Say that again.

6          Q.    Sure.  So did you ever tell anyone

7    before your interview with Public Integrity

8    Bureau that you were afraid Apollo was going to

9    bite you in the penis or crotch?

10         A.    I don't specifically recall.

11         Q.    Okay.

12         A.    I might have said it.

13         Q.    So you brought up that you've been

14   bit by dogs before?

15         A.    Yes.

16         Q.    Have you been bit by multiple dogs?

17         A.    Well, probably four or five times.

18         Q.    Okay.

19         A.    But it -- it was little -- little

20   dogs (indicating).

21         Q.    Okay.  So you've been -- In your

22   life, you've been bit four or five times by

23   little dogs; right?

24         A.    Uh-huh (indicating affirmatively).

25   But I'm -- Much smaller than that.

Officer Derrick Burmaster
March 10, 2023

1      Q.   And when you -- By "that," you're
2  pointing to Apollo?
3      A.   Right.
4      Q.   These four to five times that you've
5  been bit by small dogs, did that happen when
6  you were a child?  An adult?  Or both?
7      A.   At work.
8      Q.   At work.  So you've been bit four to
9  five times on the job as a police officer by
10  small dogs?
11      A.   Yes, but they didn't pose the threat
12  that I thought this would -- would pose.
13      Q.   Uh-huh (indicating affirmatively).
14           And for those four to five times
15  that you were bit on the job, did you -- did
16  any of those dogs break the skin?
17      A.   Yes.
18      Q.   All of them?
19      A.   No.
20      Q.   Okay.  How many times did they break
21  the skin?
22      A.   Maybe once or twice.
23      Q.   Okay.  And did you write an --
24  incident reports or file other paperwork about
25  the dogs biting you?

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          A.    No.
 2          Q.    As an officer, you're supposed to
 3    file some paperwork if you're injured on the
 4    job; right?
 5          A.    Uh-huh (indicating affirmatively).
 6          Q.    But you didn't file -- you didn't
 7    write anywhere that you'd gotten bitten by
 8    these four to five dogs?
 9          A.    Because I -- I wasn't really worried
10    about it.
11          Q.    Okay.
12          A.    This one was -- I was worried about.
13          Q.    Okay.  But there's no written record
14    as far as you know of the four to five times
15    you've been bit by dogs on the job; is that
16    right?
17          A.    Not as far as I know.  Not that I
18    can re -- recall.
19          Q.    Okay.  And just wait for me to
20    finish the question because it makes it easier
21    on our court reporter, please.
22                Did any of those four to five dogs
23    that bit you on the job, did they bite you in
24    your penis?
25          A.    No.  They was little dogs, bro.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          Q.    Where did they bite you?
 2          A.    On the ankles and, you know, lower
 3    leg.  They -- I wasn't really worried about
 4    those dogs.  This dog, however, worried me
 5    (indicating).
 6          Q.    Uh-huh (indicating affirmatively).
 7          A.    That it was -- I had an expectation
 8    that I was going to get seriously injured.
 9    Those other dogs were little -- little rat
10    terrier, or whatever they were, didn't really
11    cause me concern.
12          Q.    Have you ever been bitten by a large
13    dog?
14          A.    Not that I can think of at this
15    time.
16          Q.    What about a medium-sized dog?
17          A.    Not that I can recall.
18          Q.    Is -- Is it a crime to tell an
19    untruth to Public Integrity Bureau when they're
20    investigating a matter?
21          A.    Is it crime to -- to lie to the PIB?
22          Q.    Uh-huh (indicating affirmatively).
23          A.    No.
24          Q.    Okay.
25          A.    It's a -- You'll get fired, though.
```

**Officer Derrick Burmaster**
**March 10, 2023**

1    Q.   Do you recall telling them that
2    you've been bitten several times by dogs
3    ranging in size from small to large?
4        A.   Maybe I was referring to, like Roman
5    playfully biting me or something like that.
6    That was the biggest dog I ever had.  I've been
7    bit by dogs that weren't imposing to me.  This
8    one was.  Gave me the expectation of receiving
9    serious bodily injury.  Those other dogs
10   didn't.
11       Q.   My question is have you ever been
12   bitten by a large dog?
13       A.   I -- I -- I may have, man.  I
14   don't -- I'm -- I -- I don't know.
15       Q.   You don't know if you've been bitten
16   by a large dog?
17       A.   I -- I mean, I don't know, man.
18   I've been bitten by dogs.  But never one -- It
19   was a dog that I would have next to me --
20       Q.   My question is --
21       A.   -- and I wasn't worried about it.
22       Q.   -- have you ever been bitten by a
23   large --
24       A.   I don't recall.
25       Q.   Wait for me to ask the question.

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1              Have you ever been bitten by a large
 2   dog?
 3        A.   I may have, but I just -- I can't
 4   recall a specific incident.  Roman may have
 5   snapped at me once.  But it's -- It was always
 6   dogs that you wouldn't mind having stand next
 7   to you.  But this one was coming at me at a
 8   fast pace and it had the look of, I'm going to
 9   bite you.  What are you doing in my yard, type
10   thing.
11        Q.   So the answer to my question have
12   you ever been bitten by a large dog is maybe,
13   but you don't remember?
14        A.   I don't recall a specific incident.
15        Q.   Were you telling PIB the truth when
16   you told them you've been bitten several times
17   by dogs ranging in size from small to large?
18        A.   I'm trying to recall a specific
19   incident.  I've been bitten by dogs.
20        Q.   Okay.
21        A.   I don't know how I'm characterizing
22   -- because you won't -- we're talking about
23   this dog that you consider small.  So I don't
24   know how you're referring to size.  I've been
25   bitten by dogs.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.    Was your girlfriend ever chased down
 2     by a dog?
 3          A.    Yes.
 4          Q.    Where was she chased down by a dog?
 5          A.    She was outside walking Miss Mae
 6     down the street.  All of a sudden I heard
 7     screaming outside, and there -- there was a
 8     Rottweiler that got let out of the -- this
 9     man's house across the street from Lakeshore
10     Library, and I was like, What the hell is going
11     on?"  I open the door and Miss Mae was there
12     and Maggie was running up crying.  And then the
13     other Rottweiler was there.  And then the man
14     showed up and he was like, "I'm sorry.  I'm
15     sorry."  And he took the dog and went down the
16     street.  He had -- That same dog had also
17     attacked the neighbor across the street's dog
18     while she was walking her dog.
19          Q.    So the Rottweiler chased Maggie?
20          A.    Yes.
21          Q.    Okay.  Have you ever been chased
22     down by dog -- dogs off duty?
23          A.    I don't recall a specific incident
24     of that.
25          Q.    You told PIB that "This is a problem
```

1    in our city, dogs roaming the city and

2    attacking people?"

3         A.   Yep.  I probably did, if you say it.

4         Q.   Yeah.  Do you recall saying that?

5         A.   I wrote a police report because --

6         Q.   No.  Mr. Burmaster, my question was

7    do you recall telling PIB that "This is a

8    problem in our city, dogs roaming the city and

9    attacking people?"

10        A.   That sounds like something I may --

11   I may have said.

12        Q.   Okay.  Do you think that's true?

13   There's a problem in New Orleans of dogs

14   roaming the city and attacking people?

15        A.   Did I say that?

16        Q.   We can listen to it.  Yeah.  I'm

17   going to play a clip from --

18        A.   That has nothing to do with getting

19   attacked this night, which clearly happened.

20   It's on video.

21        MR. MOST:

22            Okay.  I'm going to designate it as

23        Exhibit 23.

24        MR. ALPAUGH:

25            I think you already have 23.

Officer Derrick Burmaster
March 10, 2023

Page 140

```
1          MR. ANADA:
2               Oh, William, yesterday we did --
3          There were like multiple 23s.
4     MR. MOST:
5          Yeah.
6     MR. ANADA:
7               So we -- we did 23A.  We have a 23B.
8               Ted, do we have a 23C?
9     MR. ALPAUGH:
10         Not that I'm aware of.
11    MR. ANADA:
12              So this will be 20 -- Well, actually
13         one of these might be -- Okay.  This is
14         -- The audio recording was 20 --
15    MR. MOST:
16              Well, how about this?  I'll just
17         mention it by file name.
18    MR. ALPAUGH:
19              I don't believe you ever played the
20         audio, the audio recorded statement to
21         anybody.  You only introduced as exhibits
22         the two videos.  That was the only things
23         other than paper that has been introduced
24         so far.
25    MR. ANADA:
```

```
 1              I -- I have certainly introduced the

 2         audio file of his interview -- his

 3         administrative interview.  I remember

 4         very clearly as how we were advancing --

 5    MR. ALPAUGH:

 6              You talked to Brewer and Brewer

 7         maybe saw it.  I don't recall that,

 8         But --

 9    MR. MOST:

10              Okay.  Well, this is the file name.

11         It's file name 802 underscore 0310.  And

12         we'll figure out what the exhibit number

13         is.

14    MR. ANADA:

15              Ted, I think it was with Roussell.

16         I think.  I'll have to go back and look.

17    MR. ALPAUGH:

18              The audio of his interview?

19    MR. ANADA:

20              Yeah.  The audio of his interview.

21         I think I introduced it in Roussell,

22         but --

23    MR. ALPAUGH:

24              I don't recall that, but --

25    MR. ANADA:
```

Officer Derrick Burmaster
March 10, 2023

1           We'll figure it out.

2       MR. MOST:

3           Yeah.  Okay.

4       MR. ANADA:

5           You want speakers?  It's up to you.

6       MR. MOST:

7           No.  I can make it louder.  Let me

8        get to the spot.

9       MR. ALPAUGH:

10           Well, let's just give it a number

11        just to be safe.  You want to label it,

12        what, 23C, I guess it was?

13       THE WITNESS:

14           Oh, I recall a specific encounter

15        that you were asking about earlier.

16       MR. MOST:

17           Okay.

18   EXAMINATION BY MR. MOST:

19       Q.   What -- What -- What specific

20   encounter?

21       A.   I was in the Lower Ninth Ward and

22   out on a call of a burglary or something and

23   then they put out a call of a alarm down the

24   street, which I won't do this again.  I'm going

25   to drive to it next time.  My -- I was young on

Officer Derrick Burmaster
March 10, 2023

1     the job so I started walking.  I was going to
2     walk to it a block down the street and answer
3     it, and I was surrounded by a wild pack of dogs
4     in the Lower Ninth Ward.
5          Q.   Did any of them bite you?
6          A.   No.  But I got on a radio and I
7     asked for a unit to drive up and scare them off
8     with a siren, but they weren't coming at me.
9     They were surrounding me, but they hadn't come
10    at me or anything, you know.  I was scared.  I
11    was like, Oh, shit's about to happen, but they
12    weren't -- They were just surrounding me,
13    like -- like a pack of wolves looking at prey
14    or something like that.  So I didn't have to
15    shoot any of those dogs because they didn't
16    pose a threat.  They -- an immediate threat,
17    if -- if you understand what I mean.
18          Q.   Uh-huh (indicating affirmatively).
19          A.   So I called -- Another police unit
20    came over and scared them off with the siren.
21          Q.   So there was an incident in which
22    there were dogs around you and you interpreted
23    it as them like wolves in circling their prey?
24          A.   Yes.  And -- But like I said, I
25    didn't have to shoot them or one of them, which

Officer Derrick Burmaster
March 10, 2023

```
 1    they used to train back in the day, you find

 2    out which one is the leader of the pack and you

 3    shoot that one if -- and then the rest of them

 4    will run away.

 5         Q.   When you say "back in the day," was

 6    that part of your NOPD training?

 7         A.   They stopped giving that training.

 8    NOPD stopped giving that.

 9    MR. ALPAUGH:

10              Listen to his question.  That's not

11        what he asked you.

12    THE WITNESS:

13              The best I can recall, yeah, for --

14        I believe they taught that in the

15        academy.

16    EXAMINATION BY MR. MOST:

17         Q.   When you were there?

18         A.   Uh-huh (indicating affirmatively).

19              But the guy that taught that class,

20    I think he quit.  I forgot what his name was.

21         Q.   Okay.

22    COURT REPORTER:

23              Do you want me to just note that an

24        audio was played?

25    MR. MOST:
```

Officer Derrick Burmaster
March 10, 2023

```
 1              Yeah, I think so.  When we --
 2     MR. ANADA:
 3              Just say it was previously marked as
 4       an exhibit and identify that file name
 5       because I -- I certainly marked it.
 6     MR. MOST:
 7              Yeah.
 8              Okay.  I'm starting at nine minutes
 9       eight seconds of file 802 underscore
10       0310.
11              (Audio playing.)
12     MR. MOST:
13              I'll stop it there.
14     MR. ROQUEMORE:
15              William, my -- my notes show that
16       this was marked as 23B --
17     MR. ANADA:
18              Yes.
19     MR. ROQUEMORE:
20              -- for the deposition for Shannon
21       Jones -- for Shannon Brewer.
22     MR. ALPAUGH:
23              Shannon Jones Brewer.  Okay.  23B?
24     MR. ROQUEMORE:
25              23B.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
1        MR. ANADA:

2             Yeah.  That sounds right.

3        MR. MOST:

4             Great.  Thank you.

5        MR. ROQUEMORE:

6             That was the interview with

7        Burmaster by Detective Brewer?

8        MR. ANADA:

9             Yes, sir.

10        MR. ROQUEMORE:

11             Okay.

12        MR. ANADA:

13             And was there a transcript of it,

14        too, that --

15        MR. ALPAUGH:

16             Yes.  I introduced the transcript as

17        B1.

18        MR. ANADA:

19             Okay.  Okay.  Good.

20        MR. ALPAUGH:

21             She identified it and so that -- she

22        transcribed it.

23        MR. ROQUEMORE:

24             So did you want to identify this one

25        as the same?
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1        MR. MOST:
 2             Sure.  This will be 23B.
 3             Okay.  I'm moving to 48 minutes and
 4        54 seconds of the same exhibit, 23B.
 5             (Audio playing.)
 6        MR. MOST:
 7             I'm going to try a different exhibit
 8        here.
 9             Do we want to take a break for lunch
10        now?  That way I can figure out this
11        stuff.
12        MR. ALPAUGH:
13             Sure.
14        MR. MOST:
15             Yeah.
16        MR. ROQUEMORE:
17             That's a great idea.
18        MR. MOST:
19             Yeah.
20        MR. ALPAUGH:
21             Wonderful idea.
22        MR. ANADA:
23             What time is Helou scheduled
24        for --
25        COURT REPORTER:
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 148

```
 1                  What time is what?
 2          MR. ANADA:
 3                  We're off the record.
 4          THE VIDEOGRAPHER:
 5                  We're off the record.  The time is
 6          12:27 P.M.
 7                  (Whereupon the lunch recess began at
 8          12:27 P.M.)
 9          THE VIDEOGRAPHER:
10                  We're back on the record.  The time
11          is 1:09 P.M.
12  EXAMINATION BY MR. MOST:
13          Q.   All right.  Officer, did you talk to
14  anyone besides your lawyer during the break?
15          A.   No.  I didn't see anybody else.
16          Q.   Did you look at any documents during
17  the break?
18          A.   No.
19          Q.   Okay.  So we're going to listen to
20  more audio from Exhibit 23B.  I'm starting at
21  48:55 seconds.
22                  (Audio playing.)
23  EXAMINATION BY MR. MOST:
24          Q.   Did you hear that, Officer?
25          A.   Yes.
```

Officer Derrick Burmaster
March 10, 2023

```
1          Q.   Was that your voice?

2          A.   Yes.

3          Q.   You said, "I've never been bitten by

4    a larger dog"?

5          A.   That's what I said.

6          Q.   Yeah.  And -- And were you telling

7    the truth?

8          A.   Yes.

9          Q.   Okay.  Same exhibit starting at

10   eight minutes and 44 seconds.

11              (Audio playing.)

12   EXAMINATION BY MR. MOST:

13         Q.   Did you hear, Officer?

14         A.   Yes.

15         Q.   You said that you've been bitten by

16   dogs ranging in size from small to large?

17         A.   Yes.

18         Q.   Is that a truthful statement?

19         A.   I don't know where my mind was at

20   the time that I said that, small to large.  You

21   might consider this a -- at the time, a large

22   dog or a small dog.  I don't know my opinion on

23   what my thought process was.

24         Q.   Well, my question was is it a

25   truthful statement that you've been bitten by
```

Officer Derrick Burmaster
March 10, 2023

1    dogs ranging in size from small to large?

2          A.   Well, what do you consider large?

3          Q.   Were you telling the truth in terms

4    of what you consider to be small to large?

5          A.   I guess my opinion of a large dog

6    changed over the time.

7          Q.   Okay.  So your opinion of what is a

8    larger dog changed between those two statements

9    that we just listened to?

10         A.   I guess so.  I don't know what my

11   thought process was at the time that I said

12   those things.

13         Q.   Right.  Those are --

14         A.   But I have been bitten by various

15   size dogs.  Usually a smaller dog.  But a dog

16   that I let within my personal space while at

17   work because it was unopposing, and they --

18   that's why they were, you know, that close to

19   me to bite me.  But this was not -- This dog

20   was very opposing to me.

21         Q.   The two statements we just listened

22   to audio of, those are contradictory

23   statements; right?

24         A.   Yes.  Based on over the passage of

25   time, considering different sizes of dog and

Officer Derrick Burmaster
March 10, 2023

```
 1   having this case up in the forefront, you know,

 2   having this go through my mind all the time.  I

 3   think about this every second of every day.

 4        Q.   Uh-huh (indicating affirmatively).

 5             So over the course of 40 minutes,

 6   your opinion of what is a large dog changed

 7   during that PIB interview?

 8        A.   I'm try -- I'm trying to understand

 9   the question.

10        Q.   Sure.  Those two statements were

11   approximately 40 minutes apart based on the

12   time stamps.  Agreed?

13        A.   I didn't look at time stamps, so I

14   don't know.

15        Q.   Okay.  So if those time -- if those

16   two statements were about 40 minutes apart

17   based on the time stamps, you're saying your

18   opinion changed of what a large dog is --

19   changed between those two statements?

20        A.   I was under distress when I was

21   giving these statements.

22        Q.   Uh-huh (indicating affirmatively).

23        A.   So I guess, yes.  "Cuz I feel like

24   my back's been against the wall for so long and

25   my mind has scrambled eggs syndrome, I guess.
```

Officer Derrick Burmaster
March 10, 2023

Page 152

1    But I have been bit by several dogs.

2         Q.    Your mind has scrambled egg

3    syndrome?

4         A.    Yeah, man.  I mean, when your back

5    is up against a wall and you're constantly -- I

6    feel like I'm getting bullied and attacked.  So

7    I'm trying to remember as best I can, man.

8         Q.    You feel like you were being bullied

9    and attacked when PIB asked you questions about

10   the shooting?

11        A.    Yes.

12        Q.    So you think when an officer fires

13   his weapon and there's questions about it, that

14   constitutes bullying and attacking?

15        A.    Well, there should be no questions

16   about it because it's all on video.  So if you

17   want to know what happened, just watch it.

18        Q.    Yeah.  You don't think you should be

19   asked any questions about this shooting.

20   Agreed?

21        A.    I've already been asked and answered

22   these questions in various different forms,

23   shapes, and ways that it's -- it's -- it's --

24   it's getting like it -- I'm being bullied.

25        Q.    My question is you don't think you

Officer Derrick Burmaster
March 10, 2023

```
 1   should be asked any questions about this
 2   shooting?
 3        A.   No, you should be asked questions.
 4   But it's gone -- I mean, it's been going too
 5   far, too long.
 6        Q.   Uh-huh (indicating affirmatively).
 7        A.   It's on video.
 8        Q.   And at the time of this PIB
 9   interview, it had gone on too long?
10        A.   No.  The whole process ever since
11   this thing started, since the day of it.
12        Q.    It's been bullying and attacking you
13   since the day of it?
14        A.   Yes.
15        Q.   Okay.  So on the day of the shooting
16   when you were asked questions on that day, that
17   was bullying and attacking?
18        A.   You don't answer questions on that
19   day.
20        Q.   Okay.  What was the first day that
21   you were asked questions?  Some day after that?
22        A.   I don't -- I don't remember, sir.
23        Q.   Okay.  Was it bullying and attacking
24   when you were asked questions about the
25   shooting on the first day that you were asked
```

Officer Derrick Burmaster
March 10, 2023

1    questions?

2         A.   No, not really, because, I mean,

3    part of this -- that's the process.

4         Q.   Uh-huh (indicating affirmatively).

5              What about the second day of asking

6    you questions?

7         A.   Well, no.  You -- The process is

8    you're supposed to ask -- do two -- two

9    different interviews about -- about it.

10        Q.   Uh-huh (indicating affirmatively).

11        A.   And the night it happens, you have

12   to tell them which direction you were standing

13   and that's the only thing you say.

14        Q.   So you think the only question you

15   should be asked is which direction you were

16   standing when you fired your weapon?

17        A.   From that day that -- that they tell

18   you don't say -- don't answer anything else.

19   They say they just want to know which direction

20   were you standing.

21        Q.   Okay.  But you felt like you were

22   being bullied and attacked in the interview we

23   just listened to; right?

24        A.   Over the course of time, yes, it

25   comes -- aggravating --

Officer Derrick Burmaster
March 10, 2023

```
1              Q.    Uh-huh (indicating affirmatively).
2              A.    -- when you know you didn't do
3       anything wrong.
4              Q.    Uh-huh (indicating affirmatively).
5                    So you're the victim here.  You were
6       victimized by the Browns when they let their
7       dogs attack you and then you were victimized by
8       Public Integrity Bureau when they asked too
9       many questions about the shooting; right?
10             A.    And they had me reassigned for so
11      long.
12             Q.    So the answer to my question is yes.
13             A.    I don't remember, man.  It's been
14      going on so long.
15             Q.    Okay.  My question was -- I'm sorry.
16      Do you not remember my question?
17             A.    I feel like you ask me the same
18      question over and over repeatedly.
19             Q.    Well, if I ask you the question more
20      than once, it's because you didn't answer the
21      question.
22                   So my question is you feel like you
23      were victimized by the Browns when they let the
24      dog out and you feel like you've been
25      victimized by the Public Integrity Bureau when
```

```
 1    they asked you questions about the shooting.
 2    Agreed?
 3         A.   Yes.
 4         Q.   Okay.  And you mentioned scrambled
 5    eggs brain syndrome.  Is that what you said?
 6         A.   I don't know what word I made up at
 7    the moment.
 8         Q.   Yeah.
 9         A.   Just to describe -- Like right now
10    it's very uncomfortable sitting here.  I'm just
11    apologizing to you.  I know this is what you
12    do, but if -- if you were in my shoes, you
13    would feel differently.  Just wanted to say
14    that.
15         Q.   Yeah.  I understand.
16              And -- And because of the stress of
17    this experience, you're feeling like your --
18    your mind is jumbled up.  Is that what you mean
19    when you say scrambled eggs?
20         A.   Yeah.  I feel like -- I don't know
21    how -- how to describe it, sir.
22         Q.   Yeah.  And that jumbling up made you
23    say at one point, "I've been bitten by dogs
24    ranging in size from small to large," and then
25    at another time, "I've never been bitten by a
```

Officer Derrick Burmaster
March 10, 2023

1    larger dog."  That was because of the jumbling

2    up of your feelings; is that right?

3         A.   Yes.

4         Q.   Okay.  So we can't really rely on

5    your statements because the jumbled up feeling

6    causes you to say contradictory things.  Would

7    you agree?

8         A.   No.

9         Q.   You think we can rely on your

10   statements?

11        A.   Yes, certainly.

12        Q.   Even when you say contradictory

13   things?

14        MR. ALPAUGH:

15             Object to the form of the question.

16        THE WITNESS:

17             I've been bitten by a dog I might

18         have described as large, which would have

19         been a smaller dog.  This dog was at -- I

20         thought it was a medium-sized Pit Bull.

21        MR. MOST:

22             Uh-huh (indicating affirmatively).

23        THE WITNESS:

24             So --

25        MR. MOST:

**Officer Derrick Burmaster**
**March 10, 2023**

Page 158

```
1              Okay.
2         THE WITNESS:
3              I was scared it was going to bite me
4         because I've been bitten before by a dog
5         that I might say is large, but you might
6         consider it small.
7         MR. MOST:
8              Uh-huh (indicating affirmatively).
9         THE WITNESS:
10             You're considering this a small dog.
11        At the time I did not consider it a -- a
12        small dog.
13        MR. MOST:
14             Okay.
15        THE WITNESS:
16             It was a -- a medium dog.  And you
17        can't dispute that the dog attacked me
18        because it's on video.
19   EXAMINATION BY MR. MOST:
20        Q.   At -- At your -- at least one of the
21   PIB interviews, you read from your phone a
22   pre-written statement.  Do you recall that?
23        A.   Yeah.  You should have it.
24        Q.   Uh-huh (indicating affirmatively).
25             Did you write that on your phone?
```

Officer Derrick Burmaster
March 10, 2023

Page 159

```
 1          A.   I think I typed it and then took a
 2    picture of it.
 3          Q.   Uh-huh (indicating affirmatively).
 4          A.   That was my statement.  You can't do
 5    that on your phone.  You have to do that on the
 6    computer at the station.
 7          Q.   Okay.
 8          A.   If you let me look at it, I'll tell
 9    you how I did it.
10          Q.   And -- And when you talk about your
11    statement, was that what you wrote into your
12    incident report?
13          A.   I didn't write a police report.
14          Q.   Okay.
15          A.   I did write a police report.  All I
16    said was that I responded to that --
17    Mr. Brown's house and that something happened.
18    I believe I -- I wrote that a shooting
19    happened.
20          Q.   Do you still have that photo on your
21    phone?
22          A.   Well, if you have the -- the -- the
23    statement --
24          Q.   My question is do you still have
25    that photo on your phone?
```

```
 1          A.    Maybe.
 2          Q.    Do you still have the same phone you
 3   had at the -- the time of the shooting?
 4          A.    No, I don't believe so.
 5          Q.    Okay.  Did anyone help you write
 6   your -- your force statement?
 7          A.    No.
 8          THE WITNESS:
 9             Can I see the statement?
10          MR. ALPAUGH:
11             It's up to him.
12          THE WITNESS:
13             I was just thinking since you're
14          asking me specific questions about it, if
15          I could hold it and look at it.
16   EXAMINATION BY MR. MOST:
17          Q.    Is there something you want me to
18   know about your force statement?
19          A.    Not at this time, but if you let me
20   look at it.
21          MR. ALPAUGH:
22             He's not asking you questions about
23          the content of the force statement right
24          now, Derrick.
25   EXAMINATION BY MR. MOST:
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          Q.    In at least one of the interviews,
 2    you said the Browns committed a crime because
 3    they didn't keep this pup -- the -- the dog
 4    confined?
 5          A.    Yes, 'cuz they let their dog loose
 6    without being confined according to the law.
 7          Q.    Do you think the Browns should have
 8    been arrested?
 9          A.    No.
10          Q.    Why not?
11          A.    Maybe get a summons or something.
12          Q.    Okay.  But you think they should be
13    subject to -- to criminal process for their
14    actions?
15          A.    A fine.
16          Q.    So the answer is yes, you think they
17    should be subject to criminal process for their
18    actions?
19          A.    A fine, yes.
20          Q.    A fine through criminal process;
21    right?  Not a civil fine?
22          A.    What do you mean?
23          Q.    Well, do you know the difference
24    between civil and criminal?
25          A.    Yes.
```

Officer Derrick Burmaster
March 10, 2023

1      Q.   Okay.  You think they should be

2   subject to criminal process for their actions?

3      A.   Yeah, just a fine.

4      Q.   Okay.  In your PIB interviews, you

5   brought up a couple of times the idea of not

6   wanting to be called a coward.  Do you recall

7   that?

8      A.   I don't recall that.

9      Q.   Okay.  Are you worried about being

10   called a coward?

11      A.   No, not right now.

12      Q.   Has anyone called you a coward for

13   shooting a puppy?

14      A.   No.  But it's not a -- You can call

15   it a puppy, but it's a dog.

16      Q.   You don't think it's a puppy?

17      A.   No.  It's a -- It's a medium-sized

18   dog.  It's what I described it as.

19      Q.   Okay.  If the dog was 18 weeks old,

20   would you consider that to be a puppy?

21      A.   Well, it depends on what kind of dog

22   it is.  I don't know how big a 18-week-old dog

23   is.

24      Q.   Have you ever shot a puppy?

25      A.   No.

Officer Derrick Burmaster
March 10, 2023

Page 163

```
 1          Q.   Okay.  On the night of the incident,
 2     were you wearing body armor?
 3          A.   No.
 4          Q.   Wearing body armor on field calls is
 5     a requirement of NOPD; correct?
 6          A.   Yes.
 7          Q.   It's not optional, is it?
 8          A.   It depends on what your rank is.
 9          Q.   Okay.  But for you, it was not
10     optional to wear body armor on the night of the
11     incident.  Agreed?
12          A.   Yeah.  The rules say you have to
13     wear the body armor.
14          Q.   Right.  You were breaking the rules
15     by not wearing body armor.  Agreed?
16          A.   Yeah.  Well, they wrote me up for
17     it, so --
18          Q.   No.  My question was you were
19     breaking the rules when you did not wear body
20     armor on the night of the incident.  Agreed?
21          A.   Yes.
22          Q.   Okay.  And you knew that was a rule
23     at the time; right?
24          A.   Yes.
25          Q.   Why weren't you wearing body armor
```

Officer Derrick Burmaster
March 10, 2023

Page 164

1    that night?

2         A.   I was on -- I wear -- I wear it now,

3    but it's uncomfortable to wear.

4         Q.   Uh-huh (indicating affirmatively).

5              If you're worried about getting bit

6    by dogs while on duty, why not wear your body

7    armor?  That could help; right?

8         A.   Not against this situation.

9         Q.   Well, earlier in this deposition you

10   indicated that the dog could jump perhaps as

11   high as your arms; right?

12        A.   Yeah.  I demonstrated from my waist,

13   a little bit above my waist down.

14        Q.   Right.  And your body armor covers

15   the area where you were just pointing; right?

16        A.   Uh-huh (indicating affirmatively).

17        Q.   Right.  So your body armor could

18   have protected you from the range of what you

19   thought this dog could bite you; right?

20        A.   No.

21        Q.   At least in part?

22        A.   Not -- Not the majority of what I

23   demonstrated to you.

24        Q.   Okay.  Do you think that your body

25   armor could have protected you from at least

Officer Derrick Burmaster
March 10, 2023

Page 165

```
 1    part of where you thought the dog could have
 2    bit you?
 3            A.    The body -- My body armor comes up
 4    to here (indicating).
 5            Q.    Okay.  So you thought the dog --
 6            A.    You have to be able to sit down with
 7    it.
 8            Q.    Uh-huh (indicating affirmatively).
 9    COURT REPORTER:
10            You have to be able to sit down?
11    THE WITNESS:
12            You have to be able to sit down with
13    it on.
14    EXAMINATION BY MR. MOST:
15            Q.    So you thought the dog could jump
16    exactly as high as the bottom of your body
17    armor?
18            A.    I don't know.  I mean, we got videos
19    of this dog.  You -- You could see how agile he
20    is.  That dog -- That thing -- You know, on the
21    video, you can see -- I mean, that dog gave me
22    the appearance that it could jump high.
23            Q.    Okay.  Let me rephrase that.
24            A.    Possibly even on top of this table
25    from the ground.
```

Officer Derrick Burmaster
March 10, 2023

```
 1            Q.   So where you pointed on your body to
 2     where the body armor comes down to and where
 3     you pointed to where the dog -- you thought the
 4     dog could jump up to is the same place; right?
 5            A.   Yes.
 6            Q.   Okay.  Are NOPD officers -- If I say
 7     a cup to protect your genitals, do you know
 8     what I'm talking about?
 9            A.   Yes.
10            Q.   Yeah.  Do you know if NOPD officers
11     are allowed to wear a cup while on duty?
12            A.   Why wouldn't you?  Yeah.  Yeah.  You
13     can wear that, but nobody does.
14            Q.   Okay.  Have you ever worn a -- a cup
15     while on duty?
16            A.   No.
17            Q.   If -- If -- Could a cup help protect
18     your penis from dogs attacking it?
19            A.   Not the surrounding areas.
20            Q.   Could a cup protect your penis from
21     dogs attacking it if you were wearing it?
22            A.   Yes.
23            Q.   Okay.
24            A.   But I'm not wearing it.  Nobody
25     wears a cup to work.
```

Officer Derrick Burmaster
March 10, 2023

1        Q.   If -- If you had a particular fear

2   of dogs biting your penis, a cup could help

3   protect you from that; correct?

4        A.   Yes.

5        Q.   Okay.  Were you carrying a baton on

6   the night of the shooting?

7        A.   No.

8        Q.   It was required for you to -- to

9   carry a baton on the night of the shooting;

10  correct?

11       A.   Yes.

12       Q.   So you were breaking NOPD rules by

13  not carrying a baton on the night of the

14  shooting; right?

15       A.   Correct.

16       Q.   And you knew on that night that you

17  were required to carry a baton; correct?

18       A.   Yes.

19       Q.   You made a choice not to carry one;

20  right?

21       A.   There was a time they said taser or

22  baton.  They did change that back, but I hadn't

23  put a baton on.  So went and got one after this

24  incident.

25       Q.   Uh-huh (indicating affirmatively).

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1              But when they changed the rules to
 2   require a baton, you chose not to get one;
 3   right?
 4        A.   Either that or it broke or I lost
 5   it, but I did purchase a new one following this
 6   incident.
 7        Q.   Uh-huh (indicating affirmatively).
 8              But you made a choice not to have a
 9   baton with you on the night of the incident.
10   Agreed?
11        A.   Right.
12        Q.   Okay.
13        A.   But a baton wouldn't have had -- I
14   would still have been fighting with the dog.
15        Q.   You don't think a -- a baton --
16        A.   And plus a baton strike to the head,
17   which is where the strike would have landed,
18   would also be considered deadly force.
19        Q.   Could have --
20        A.   It's the same thing.
21        Q.   Do you think a baton could have been
22   used to deter a dog of this size?
23        A.   Not that quick.  The only method I
24   thought would -- would be appropriate at the
25   time was the gun.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   All right.  But you didn't have a
 2     baton with you; right?
 3          A.   No.
 4          Q.   If you had had a baton, could you
 5     have used it to deflect the dog?
 6          A.   What?  To beat it over the head and
 7     kill it?
 8          Q.   If you had had a baton, could you
 9     have used it to deflect the dog?
10          A.   It wouldn't have been the best
11     option.
12          Q.   If you had had a baton, could you
13     use it to deflect the dog?  Yes or no?
14          A.   Yes.  However --
15          Q.   Okay.
16          A.   However, it wouldn't have been the
17     best option.
18          Q.   So even if you had a baton, a gun
19     still would have been a better option in your
20     opinion?
21          A.   Yes.
22          Q.   Okay.
23          A.   At the time, yes.  I'm going to sit
24     there and fight with a dog with a baton and be
25     standing there and getting bit and losing the
```

1   fight.  That doesn't make sense.

2        Q.   So you think that there's a major

3   problem of dogs roaming the city biting people;

4   right?

5        A.   Yeah.  I've -- There are dogs free

6   roam in packs --

7        Q.   Right.

8        A.   -- around the city.

9        Q.   And you think that's a major --

10       A.   I -- I recently about two, three

11  months ago -- they had about three huge or four

12  huge animals hovering around the house that I

13  was investigating a domestic on and I had to

14  jump on top of the hood of my car and it's on

15  body camera.

16       Q.   Uh-huh (indicating affirmatively).

17            Have you ever reported this --

18       A.   As you see, I had enough time to

19  make a decision at that -- to get on top of my

20  car 'cuz I had the time, but in this case, I

21  did not have time.

22       Q.   Have you ever reported to a super --

23  supervisor that you think that there's a major

24  problem in New Orleans of dogs roaming and

25  biting people?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   I don't recall.

 2          Q.   Okay.

 3          A.   But I do notify the SPCA.  I have

 4     dispatch notify the SPCA in the areas where

 5     this is happening.

 6          Q.   Have you ever talked to the SPCA

 7     about generally how there's a major problem of

 8     dogs roaming the city and biting people?

 9          A.   No.  But when they come out, I'll

10     talk to them.

11          Q.   Yeah.

12          A.   They know there's a problem.

13          Q.   So in your opinion, there's a major

14     problem in New Orleans of dogs roaming the city

15     and biting people, but at the time of this

16     shooting, you chose not to wear your armor and

17     chose not --

18          A.   Can I see where I say that?  Can you

19     play when I said that?

20          Q.   You literally just said it.  You

21     just said that you thought that there was a

22     major problem in this city of dogs roaming the

23     city biting people.

24          A.   Well, you said that and I -- I

25     agreed with -- that I could have said it.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          Q.   Okay.  I'll ask you.  Do you think
 2     there's a major problem in this city of dogs
 3     roaming the city and biting people?
 4          A.   There is a -- There's definitely a
 5     problem.
 6          Q.   Do you think it's a major problem?
 7          A.   Yes.
 8          Q.   Okay.  So you think that there's a
 9     major problem in this city of dogs biting
10     people?
11          A.   At the time I said it, that was my
12     opinion.  I mean --
13          Q.   At the -- Was that true at the time
14     of this shooting incident?
15          A.   Oh, yeah.
16          Q.   Okay.  So at the time of this
17     shooting incident, you thought there was a
18     major problem of dogs in this city roaming and
19     biting people, but you chose not to wear armor,
20     chose not to wear a cup, and didn't carry a
21     baton; right?
22          MR. ALPAUGH:
23               Object to the form of the question.
24          MR. MOST:
25               You can answer.
```

Officer Derrick Burmaster
March 10, 2023

Page 173

```
 1          THE WITNESS:
 2              I will never -- A -- A cup is not
 3          a -- a part of our equipment.
 4      MR. MOST:
 5              I'll ask the question again till you
 6          answer it.
 7  EXAMINATION BY MR. MOST:
 8          Q.  At the time of this shooting
 9  incident, you thought that there was a major
10  problem in the city of dogs roaming the streets
11  and biting people, but you didn't wear armor,
12  didn't wear a cup, and didn't wear a baton;
13  correct?
14      MR. ALPAUGH:
15              Object to the form of the question.
16          THE WITNESS:
17              I'm sorry.  Was --
18      MR. MOST:
19              You can answer it.
20          THE WITNESS:
21              No.  I'm -- I didn't wear a cup.
22      MR. MOST:
23              I'll ask it again.
24      MR. ALPAUGH:
25              Why -- Why don't you just have her
```

Officer Derrick Burmaster
March 10, 2023

1          read back the question?  That will save
2          me having to object.  I mean, if you want
3          to your exact question, the court
4          reporter can read it back.
5     MR. MOST:
6          Sure.  Ms. Court Reporter, could you
7          read that back?
8     COURT REPORTER:
9          Yes.
10         (Whereupon the following material
11    was read back by the court reporter:
12         At the time of this shooting
13    incident, you thought that there was a
14    major problem of dogs in the city roaming
15    the street and biting people, but you
16    didn't wear armor, body armor, or didn't
17    wear a cup, and didn't wear a baton;
18    correct?)
19    THE WITNESS:
20         Correct.
21    EXAMINATION BY MR. MOST:
22         Q.   So your choice not to wear armor, a
23    cup, or carry a baton increased the risk to you
24    that you might be injured from an incident
25    involving a dog.  Agreed?

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          A.    Say that again.

 2          Q.    Yeah.  Your choice not to wear

 3   armor, not to wear a cup, and not to carry a

 4   baton increased the risk to you if you

 5   encountered a dog.  Agreed?

 6          A.    No.

 7      MR. ALPAUGH:

 8              Object to the form of the question.

 9      THE WITNESS:

10              I do not agree.

11      MR. MOST:

12              Okay.

13      THE WITNESS:

14              None of those items were applicable

15          in this case.

16   EXAMINATION BY MR. MOST:

17          Q.    Had you had anything to drink in

18   terms of alcoholic beverages on the day you

19   shot Apollo?

20          A.    No, not that I recall.  No.  I -- I

21   was eight hours into my shift at work.

22          Q.    Had you used any illegal drugs on

23   the -- the day that you shot Apollo?

24          A.    No.  I don't -- I don't do drugs.

25          Q.    Okay.
```

Officer Derrick Burmaster
March 10, 2023

1        A.    I was -- I was urinalysised, I

2    think, after that anyway.

3        Q.    Were you on any medication on the --

4    the day that you shot Apollo?

5        A.    No.  Maybe Tums or something.

6        Q.    Anything else?

7        A.    No.

8        Q.    So you told PIB that your perception

9    was that the dog was going to bite your penis;

10   right?

11       A.    That could have been an option for

12   the dog to do.

13       Q.    Well -- I'm sorry.

14       A.    I didn't know where it was going to

15   bite me, but that could have been a place where

16   he could have landed.

17       Q.    Okay.  The dog was about a foot and

18   a half tall?

19       A.    I don't remember.

20       Q.    Okay.

21       A.    I haven't -- The dog was lightning

22   fast and it came at me too fast for me to

23   get -- get a -- do a -- an evaluate or a

24   physical on him to know how tall he was.

25       Q.    The dog wasn't tall enough to reach

1    your penis without jumping; right?

2         A.   Correct.

3         Q.   Okay.  So the dog -- You were

4    thinking that the dog was running at you and

5    might jump into the air and bite you in your

6    penis?

7         A.   Bite me somewhere.

8         Q.   Well, you specifically thought about

9    your penis; right?

10        A.   Well, yeah, 'cuz that's an important

11   body part.

12        Q.   Right.  So you thought that this dog

13   was running at you and was going to jump into

14   the air and could bite you in your penis?

15        A.   There would have been a -- an ob --

16   a -- a -- a landing spot, a potential landing

17   spot.

18        Q.   Uh-huh (indicating affirmatively).

19   And that's something that went through your

20   mind at the time?

21        A.   What was going through my mind was

22   that I was about to receive bodily injury from

23   this the dog.  I didn't have enough time to be

24   thinking all -- all these things.  I thought I

25   was going to get bit, my friend.  That's what I

Officer Derrick Burmaster
March 10, 2023

1    thought.

2         Q.   Okay.

3         A.   And I didn't know where he was going

4    to bite me, but I do have body parts that are

5    important.

6         Q.   At the time -- Before you fired your

7    shots, were you thinking about the specific

8    possibility of Apollo biting your penis?

9         A.   I thought -- I don't remember, man.

10        Q.   Okay.

11        A.   I don't remember.

12        Q.   So we've talked about a gate in the

13   fence and that's the gate that you entered

14   through?

15        A.   Yeah.

16        Q.   Okay.

17        A.   Front gate.

18        Q.   Did you observe another gate in the

19   fence?

20        A.   No, I -- I didn't.  I looked around

21   to see if there was an exit, but that's the

22   only gate.  There's probably a gate in the

23   back, but I don't know.  That's the gate if

24   you're looking at the house in the front of the

25   house to the right.

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   You didn't see a vehicle gate to the
 2   left of the pedestrian gate?
 3          A.   I didn't notice it --
 4          Q.   Okay.
 5          A.   -- no, if there was one.
 6          Q.   Part of NOPD policy is that before
 7   shooting an animal, the officer must be
 8   cognizant of the surroundings when shooting at
 9   an animal and ensure there's no risk to people
10   in the area.  (As read.)  Agreed?
11          A.   Yes.
12          Q.   This was a -- a residential
13   neighborhood; right?
14          A.   Excuse me.  I'm sorry.
15          Q.   That's okay.
16          A.   Go ahead.
17          Q.   This was a residential neighborhood;
18   right?
19          A.   Yes.
20          Q.   And Roussell was standing not
21   exactly in your line of fire, but -- but
22   somewhat to the right of it.  Agreed?
23          A.   I believe so, to the right.
24          Q.   Uh-huh (indicating affirmatively).
25               So how did you ensure that there was
```

Officer Derrick Burmaster
March 10, 2023

Page 180

```
 1   no risk to Roussell or anyone else either from

 2   your rounds being fired or from ricochet?

 3          A.   I had -- It was a downward -- I

 4   fired downward.

 5          Q.   Okay.  Right.  Because from what you

 6   described earlier, the dog was about 18 inches

 7   from you and so you pointed down to shoot at

 8   it?

 9          A.   Yeah.  That's where the dog was.

10          Q.   Okay.

11          A.   I believe it was one handed, too.

12   It wasn't --

13          Q.   Okay.  Do you have a cat?  Have you

14   ever had a cat?

15          A.   I do.

16          Q.   You currently have a cat?  Do you

17   know roughly what your cat weighs?

18          A.   Probably ten pounds.

19          Q.   Okay.  Have you ever seen a cat

20   that -- that weighs about 20 pounds?

21          A.   I don't know how much -- I don't

22   know how much cats weigh.

23          Q.   Okay.

24          A.   So I'm -- I'm sure I have.

25          Q.   In terms of your training about
```

Officer Derrick Burmaster
March 10, 2023

```
 1   animals -- In terms of your NOPD training about

 2   encountering animals on the job, do you recall

 3   being trained about encountering animals on the

 4   job during academy?

 5         A.    Yeah.

 6         Q.    Do you recall the content of that

 7   training?

 8         A.    From the academy?

 9         Q.    Uh-huh (indicating affirmatively).

10         A.    Oh, we were instructed to forget all

11   training from that era.

12         Q.    Okay.  And you -- What other

13   training have you received since that era about

14   interacting with animals on the job?

15         A.    Be safe.

16         Q.    Uh-huh (indicating affirmatively).

17               Let me -- Maybe I can be a little

18   more specific.

19         MR. MOST:

20               Mark this as --

21         THE WITNESS:

22               We had a guy, Beau Gast, years ago.

23          Beau Gast was his name.  He did the

24           training.

25         MR. ALPAUGH:
```

Officer Derrick Burmaster
March 10, 2023

```
 1              Derrick, there's no question on the
 2        table.
 3        MR. MOST:
 4              I'll make this as Exhibit 47.
 5   EXAMINATION BY MR. MOST:
 6        Q.   Do you see that this is a-- a
 7   document where the top sheet says, The problem
 8   with dog-related incidents and encounters?  (As
 9   read.)
10        A.   Uh-huh.  Yes.
11        Q.   Do you recall receiving an
12   in-service training -- in-service training
13   using this curriculum in 2019 or so?
14        MR. ROQUEMORE:
15              Objection; form.
16        MR. ALPAUGH:
17              Same objection.
18        THE WITNESS:
19              This looks familiar.
20        MR. MOST:
21              Okay.
22   EXAMINATION BY MR. MOST:
23        Q.   So this looks like something that
24   you -- you were trained on at some point?
25        A.   Probably, yeah.
```

Officer Derrick Burmaster
March 10, 2023

Page 183

```
 1        Q.   Do you recall receiving any training
 2   besides the training that you received using
 3   this document?
 4        A.   No.
 5        Q.   Okay.  How many times have you on
 6   the job fired your gun at a dog?
 7        A.   Just twice.
 8        Q.   Uh-huh (indicating affirmatively).
 9             How many times on the job have you
10   fired your gun at a person?
11        A.   Once or twice.  Never -- Never hit a
12   person.  Never killed a person.  Never.
13        Q.   But you've aimed your gun and -- and
14   fired at a person?
15        A.   Yes.
16        Q.   You were asked in your PIB interview
17   if there's anything relevant that the body-worn
18   camera did not capture and you answered no.  Do
19   you recall that?
20        A.   Not particularly.
21        Q.   Okay.  But you've reviewed your
22   body-worn camera footage?
23        A.   Yes.
24        Q.   Is there anything relevant that the
25   body-worn camera footage did not capture?
```

Officer Derrick Burmaster
March 10, 2023

```
 1        MR. ALPAUGH:
 2              Object to the form of the question.
 3        THE WITNESS:
 4              Well, yeah.  It's only forward
 5         facing.
 6        MR. MOST:
 7              Sure.
 8   EXAMINATION BY MR. MOST:
 9        Q.   Is there anything relevant to your
10   decision making about whether to shoot Apollo
11   that is not captured by your body-worn camera?
12        A.   Not that I can think of.
13        Q.   Okay.  At the end of your criminal
14   interview with PIB, you commented that you were
15   being treated like poo.  Do you remember saying
16   that?
17        A.   Not particularly.  I may have said
18   that.
19        Q.   Okay.  So I think we kind of touched
20   on this, but you feel bad -- bad about the fact
21   of -- of shooting a dog; right?
22        A.   Certainly.
23        Q.   But you don't feel sorry in the
24   sense that you think you did anything wrong.
25   Agreed?
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          A.   I didn't do anything wrong.

 2          Q.   And on the night of the incident,

 3   you said, "I apologized to the Browns, but that

 4   was just to deescalate the situation?"

 5          A.   Yes.

 6          Q.   So in reality, you weren't actually

 7   apologizing for anything that night; correct?

 8          A.   No.

 9          Q.   You're aware that Roussell was --

10   was wounded during this incident?

11          A.   Yes.

12          Q.   Have you ever apologized to

13   Roussell?

14          A.   Yes.

15          Q.   What did you say to Roussell?

16          A.   "Are we still friends?"

17               And he said, "Best friends."

18          Q.   And you -- And you apologized to

19   him?

20          A.   Yeah, for -- He didn't get hit with

21   a bullet.  He had a very -- He had a -- It was

22   like a mosquito bite wound.

23          Q.   Uh-huh (indicating affirmatively).

24               From a piece of shrapnel?

25          A.   Yeah.  It ricocheted off the ground.
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 186

```
 1          Q.   Uh-huh (indicating affirmatively).

 2               And you apologized to Roussell for

 3     wounding him with shrapnel?

 4          A.   Well, yeah.  He's -- He's my friend.

 5          Q.   Uh-huh (indicating affirmatively).

 6               And what did you say when you

 7     apologized to him?

 8          A.   I don't recall, but I know I -- One

 9     conversation, I -- I said, "Are we still

10     friends?"

11               He said, "Yeah, best friends."

12          Q.   Uh-huh (indicating affirmatively).

13          A.   So --

14          Q.   And was that apology truthful?

15          A.   Well, yeah.  And we go on calls

16     together.  We have to get along with each

17     other.

18          Q.   So you truthfully apologized to

19     Roussell, but you untruthfully apologized to

20     the -- the Browns?

21          MR. ALPAUGH:

22               Object to the form of the question.

23          THE WITNESS:

24               Well, yeah, because I told you I --

25               I was trying to calm them down and --
```

Officer Derrick Burmaster
March 10, 2023

1   EXAMINATION BY MR. MOST:

2        Q.   Okay.  During one of your

3   interviews, you said that even with 20/20

4   hindsight, you wouldn't change your actions.

5   Do you recall that?

6        A.   Oh, if I'd a known that I would've

7   had to try to find a way to get in com --

8   communication with the people that I was

9   going -- the subjects of the call.

10       Q.   Okay.  So in 20/20 hindsight, you

11   might have done things differently outside the

12   gate; right?  Before you entered the gate?

13       A.   Yeah.

14       Q.   Okay.

15       A.   I -- I -- I -- I did what I thought

16   was the most to do.

17       Q.   Right.  But even with 20/20

18   hindsight, would you have done anything

19   differently once you were inside the gate?

20       A.   That I can think -- Not that I can

21   think of.

22       Q.   Okay.  So if -- if this situation

23   happens again, you're going to do the same

24   thing.  Agreed?

25            MR. ALPAUGH:

Officer Derrick Burmaster
March 10, 2023

```
1                 Object to the form.
2          THE WITNESS:
3                 What is the question, sir?
4          MR. MOST:
5                 Yeah.
6     EXAMINATION BY MR. MOST:
7          Q.   Subject to the same objection.  If
8     this situation happens again, you're going to
9     do the same thing?
10         A.   If I found myself in that exact
11    situation after I did everything I could to
12    ensure there were no dogs in there, I would
13    have been left with the same choice.
14         Q.   So the answer is yes?  Subject to
15    the same objection, the answer is yes?  If
16    you're faced with the same situation, you will
17    do the same thing?
18         A.   To avoid getting shot, yes -- I
19    mean, bitten.
20         Q.   So next time you are inside a gate
21    with a dog this size, this dog -- if a dog this
22    size runs at you, you're going to pull out your
23    gun and shoot it?
24         MR. ALPAUGH:
25                Object to the form.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1        THE WITNESS:
 2             Yeah.  If the dog -- If -- If -- If
 3         the circumstances at that time cause me
 4         to believe that I'm about to be injured
 5         like I did that night, that's -- and that
 6         was my only option, then, yes.
 7     MR. MOST:
 8          Okay.
 9     THE WITNESS:
10          I tried my best to ensure there was
11        no dog.
12  EXAMINATION BY MR. MOST:
13      Q.   I have a dog.  It's sometimes inside
14  a gate in the front yard of our house.  If you
15  enter my gate and my dog comes toward you -- It
16  is larger than Apollo.
17      A.   I wouldn't go in the -- in the
18  fence.
19      Q.   You won't go in fences anymore?
20      A.   I do the best I can to ensure
21  there's no dog.  And, like I said, if a dog
22  happens to be inside and I hear it barking,
23  I'll -- I'll hold the door handle to prevent
24  them from opening the door until I can make
25  sure that they are going to put the dog away
```

Officer Derrick Burmaster
March 10, 2023

1    before they open the door up.  Because people

2    like to the open door and have a -- a dog

3    sitting right there that could come at -- come

4    out.  So I -- I like to tell people to put the

5    dog away.

6         Q.   Uh-huh (indicating affirmatively).

7              But if you come into my gate and my

8    dog comes running toward you, you'll shoot it

9    and kill it?

10        A.   No.  It -- It depends on the

11   circumstances at that time.

12        Q.   Okay.

13        A.   You -- You can't bring up a scenario

14   and ask me what I would do.  Each situation has

15   a different response --

16        Q.   Uh-huh (indicating affirmatively).

17        A.   -- to it.

18        Q.   Because you have to consider the

19   totality of circumstances when deciding whether

20   or not to shoot and kill a dog.  Agreed?

21        A.   Yes.

22        Q.   Okay.  While on duty in 2012, you

23   shot and killed a dog different than Apollo;

24   right?

25        A.   Different than a what?

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   Different than Apollo.  A

 2    different -- You -- Let me rephrase.

 3               You killed a dog in 2012; right?

 4          A.   Yes.

 5          Q.   You were on the job?

 6          A.   Say again.

 7          Q.   You were working in your job as a

 8    police officer at that time?

 9          A.   Yes.

10          Q.   And no one saw you kill that dog;

11    right?

12          A.   The crime lab was there.  I believe

13    she saw it.

14          Q.   Okay.

15          A.   I was back there with the dog and

16    then crime lab needed to come in.  The dog was

17    fine because I had been escorted into the yard

18    with the dog's owner.  So the dog -- With that,

19    the dog was fine, I believe.  I left the yard,

20    and when I came back in, that's when this other

21    thing happened.

22          Q.   And did you have body-worn camera at

23    the time?

24          A.   No.

25               MR. ALPAUGH:
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 192

```
1              I don't think anybody did back then.
2      MR. MOST:
3              Yeah.  I think that's right.
4              '19.
5      MR. ANADA:
6              Yes.
7      MR. MOST:
8              Okay.  This is Exhibit 19.
9      MR. ALPAUGH:
10             Is that already introduced?
11     MR. MOST:
12             I think so.  I've got more copies if
13      not.
14     MR. ALPAUGH:
15             Yeah, I think I got one, so -- I've
16      got it.  I got it.  I got it.  Thanks.
17     MR. ANADA:
18             I think we've used it prior.
19     MR. ALPAUGH:
20             You did.  I was trying to find it.
21      Didn't see it.
22 EXAMINATION BY MR. MOST:
23      Q.   So do you see the part -- This is
24 a -- a description of the incident in which you
25 killed the dog 2012.
```

Officer Derrick Burmaster
March 10, 2023

Page 193

```
 1          A.   I'm reading it.

 2          Q.   Uh-huh (indicating affirmatively).

 3      MR. ALPAUGH:

 4          Take your time.

 5      MR. ROQUEMORE:

 6              William, did you have an extra -- do

 7       you have a copy of that?

 8      MR. MOST:

 9          Yeah.

10          (Tenders document to Mr. Roquemore.)

11       MR. ALPAUGH:

12           And, Derrick, it's two pages.  Read

13        the whole thing.

14       MR. ROQUEMORE:

15          Thank you very much.

16      THE WITNESS:

17          Yes, sir.

18          (Whereupon a pause occurred in the

19       proceedings.)

20  EXAMINATION BY MR. MOST:

21          Q.   Okay.  You looked at this document?

22          A.   Yes.

23          Q.   On the first page it says, Officer

24  Burmaster used his left hand to guard his groin

25  area.  (As read.)
```

**Officer Derrick Burmaster**
**March 10, 2023**

1              You see that part?

2         A.    Yes.

3         Q.    So after shooting this dog, you

4    reported that you had used your left hand to

5    guard your groin area while you shot?

6         A.    Yes.

7         Q.    And that was because you were

8    worried that dog was going to bite you in the

9    groin?

10        A.    Yes.

11        Q.    That's what you told NOPD

12   investigators at the time?

13        A.    Yes.

14        Q.    So the two times you've shot and

15   killed dogs while acting as a police officer,

16   both times you've indicated a fear that the dog

17   was going to bite you in the groin?

18        A.    Yes.

19        Q.    Okay.  Have you ever reported

20   fearing a dog was going to bite you in the

21   groin in any other context except the two times

22   that you've shot and killed a dog?

23        A.    Not that I recall.

24        Q.    Okay.  You're wearing a shirt today

25   that says, "Not today, Satan"; is that right?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   Yes, sir.

 2          Q.   What does that mean to you?

 3          A.   How can I explain it?  I don't --

 4    I -- I -- I wore it kind of as a joke --

 5          Q.   Uh-huh (indicating affirmatively).

 6          A.   -- for you guys.

 7          Q.   What's the joke?

 8          A.   Well, how would -- How do you take

 9    it?  It's like when somebody tries to form a

10    weapon upon you, you say something like, "Not

11    today, Satan."

12          Q.   Uh-huh (indicating affirmatively).

13               So you feel like we're attacking

14    you?

15          A.   I feel I'm being attacked.

16          Q.   By being asked questions about your

17    shooting of the Browns' dog?

18          A.   Yes.

19          Q.   And you thought you would respond to

20    these questions with a -- a -- a joking shirt?

21          A.   I'm cooperating with you.  I don't

22    have anything against you personally or you.

23          Q.   When you said you or you, you were

24    pointing to the -- the Browns' two lawyers,

25    indicating the Browns' two lawyers?
```

**Officer Derrick Burmaster**
**March 10, 2023**

1      A.   Yes.

2      Q.   But you do have something against

3   the Browns?

4      A.   I forgave them.

5      Q.   Okay.  But your response to being

6   asked questions -- Your response in part to

7   being asked questions about this shooting was

8   to wear a joking shirt; correct?

9      A.   Yes.  Well, I wasn't told what the

10   attire was.

11      Q.   That's okay.

12      A.   I thought I could -- I thought this

13   would be two hours or something like that and I

14   would be out of here in a, you know --

15      Q.   Yeah.  And you're allowed to wear

16   whatever you like.

17      A.   Yes, sir.

18      Q.   I'm just trying to understand your

19   choice.

20           So your response at least in part to

21   this lawsuit is to respond in a -- at least in

22   part in a joking response.  Agreed?

23      A.   I don't know how to answer that.

24   Say it -- Say it --

25      Q.   Sure.

Officer Derrick Burmaster
March 10, 2023

Page 197

```
 1          A.   Say the question again.

 2          Q.   You're being deposed about shooting

 3     some people's dog and you're wearing a joking

 4     shirt today; right?

 5          A.   Yes, sir.  I'm allowed to wear what

 6     I like.

 7          Q.   My question wasn't whether you were

 8     allowed to.  My question was you're being

 9     deposed about shooting these people's dog and

10     you wore a joking shirt today; correct?

11          A.   Yes, sir.

12          Q.   Okay.  Ask you a couple of questions

13     about -- while we're on the topic of jokes --

14     Excuse me.

15          MR. MOST:

16               I'm going to mark this as Exhibit 2.

17     EXAMINATION BY MR. MOST:

18          Q.   Do you do you recognize this,

19     Mr. Burmaster?

20          A.   Yeah.  I used to put things on

21     Facebook, but I slowed down a lot since this.

22          Q.   Yeah.  So this is -- this is a post

23     from your Instagram account?

24          A.   I don't know if it's from Instagram

25     or Facebook.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1        Q.   Well, do you see at the very top of
 2   the page it says, Derrick Burmaster at Derrick
 3   underscore Burmaster Instagram photos and
 4   videos?  (As read.)
 5        A.   So I -- I assume it's Instagram
 6   then.
 7        Q.   Yeah.  And this is an image of
 8   Batman slapping Robin in the face?
 9        A.   Yes.
10        Q.   And Robin is wearing the hat that's
11   associated with the meme of Scumbag Steve?
12        A.   Oh, yeah.  I can see that.
13        Q.   Uh-huh (indicating affirmatively).
14        A.   I don't remember this independently,
15   like putting this on there.
16        MR. ALPAUGH:
17             I don't see how you get that off of
18          here.  I don't see that at all.  I mean,
19           the photograph is horrible.
20        MR. MOST:
21             Yeah.  We --
22        THE WITNESS:
23             I see it.  I could see it.
24        MR. MOST:
25             Yeah.  We can provide an electronic
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1           copy if that's helpful.
 2    EXAMINATION BY MR. MOST:
 3           Q.   And so Robin is saying, I'm going to
 4    reform Civil Service.  (As read.)
 5                And Batman slaps him and says, Shut
 6    up?  (As read.)
 7           A.   Yeah.  I don't recall the context
 8    of -- of this.
 9           Q.   Uh-huh (indicating affirmatively).
10                But you posted it with the comment,
11    Ha, ha, exclamation point?  (As read.)
12           A.   Yeah, looks like it.
13           Q.   Okay.  And "reform Civil Service,"
14    that's referring to NO -- the Civil Service for
15    NOPD officers?
16           A.   Uh-huh (indicating affirmatively).
17           Q.   Yes?
18           A.   Yes.
19           Q.   Okay.  So what's the joke?  Why
20    is --
21           A.   I don't remember the context of it.
22           Q.   Okay.  You don't -- You don't know
23    what the joke is?
24           A.   No.
25           Q.   Okay.
```

Officer Derrick Burmaster
March 10, 2023

Page 200

1        A.   Civil Service is like a -- an

2   organization that -- that protects employees

3   from being unrightly punished, I -- I guess.

4        Q.   But there was something funny to you

5   about the idea of reforming it?

6        A.   I don't recall the context of it.

7        Q.   Okay.

8   MR. MOST:

9             I'm going to mark this next exhibit

10        as Exhibit 3.

11   EXAMINATION BY MR. MOST:

12        Q.   Do you see that this is also a post

13   from your Instagram account?

14        A.   Yeah.  I put that -- I put that up.

15        Q.   Do you recall --

16        A.   I was Officer of the Month or

17   some -- No.  That was -- That was the

18   certificate.

19        Q.   Uh-huh (indicating affirmatively).

20             So you -- you posted a picture of

21   yourself holding a -- a certificate and you

22   posted the comment, Just passed my ethics test,

23   lol.  I should have printed out my certificate

24   on parchment?  (As read.)

25        A.   Yeah.  What's wrong with that?

Officer Derrick Burmaster
March 10, 2023

```
 1         Q.   Well, lol stands for laughing out
 2    loud; right?
 3         A.   Yes.
 4         Q.   So why were you laughing out loud of
 5    the idea of just passing your ethics test?
 6         A.   Because they don't give us a lot of
 7    time to do the test.  So I was happy and kind
 8    of celebrating, I guess, if I remember
 9    correctly, that I had enough time to finish it
10    because it takes like a day --
11         Q.   Okay.
12         A.   -- to do, I believe.
13         MR. MOST:
14              Okay.  Going to mark this as
15           Exhibit 6.
16    EXAMINATION BY MR. MOST:
17         Q.   Do you see this document, Officer?
18         A.   Yep.
19         Q.   This is something you posted to
20    Facebook?
21         A.   I probably did.
22         Q.   Okay.  Do you --
23         A.   Say again.
24         Q.   You posted this to Facebook?
25         A.   I probably did.
```

Officer Derrick Burmaster
March 10, 2023

Page 202

1          Q.   Okay.  Do you recognize -- It's --
2     It's an image of an officer with handcuffs.
3     He's got the NOPD logo on his shoulder and he's
4     surrounded by something that says, The
5     Untouchables, Class 142?  (As read.)
6          A.   Yes, I did not design this.
7          Q.   Right.  But you posted it?
8          A.   I think a lot of people post it --
9     posted this.
10          Q.   Okay.  And The Untouchables, was
11     that your -- your group's description for your
12     class at the academy?
13          A.   I don't know who created that name.
14          Q.   Right.  But what -- what is The
15     Untouchables in this context?
16          A.   I don't -- I don't even remember
17     that being the -- the logo or whatever, The
18     Untouchables.  I don't know why they decided to
19     use that name, but that was designed by a
20     police officer or a recruit at the time.
21          Q.   What is Class 142?
22          A.   That was the class that I attended
23     at the Police Academy.
24          Q.   Okay.  Did that class refer to
25     themselves as The Untouchables?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   I believe so, yes.
 2          Q.   Okay.  And -- And so by posting
 3   this, you're referring to yourself as part of
 4   this group, The Untouchables; right?
 5          A.   Well, I didn't design the logo.  I
 6   just -- It was our classmate or a police
 7   officer designed it, and it's just a logo for
 8   the academy class.
 9          Q.   Right.  Do you call yourself The
10   Untouchables as part of that class?
11          A.   Well, I was in that class, and I did
12   not design this or create that logo or write
13   The Untouchables or consider myself
14   untouchable.
15          Q.   Okay.
16          A.   It's just an innocent T-shirt design
17   that somebody made and we all had to buy it.
18          Q.   Okay.  So you had a T-shirt -- You
19   have this T-shirt?
20          A.   Man, that -- that T-shirt's probably
21   a -- a washrag right now.
22          Q.   Okay.  So you had this T-shirt of
23   The Untouchables; right?
24          A.   Years ago.
25          Q.   And you wore it?
```

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   Well, we -- we all had to.  It was
 2     the class --
 3          Q.   Yeah.  You wore it?
 4          A.   -- shirt.
 5               Yeah.  Before -- Yeah, that was the
 6     class shirt.
 7          Q.   In what sense was your group
 8     untouchable?
 9          A.   It wasn't untouchable.  We actually
10     had some officers get fired from that class.
11     So we certainly weren't untouchable.
12          Q.   But you're saying "got fired."
13     You're saying, "We weren't untouchable because
14     some of us got fired."  So the idea was -- at
15     least you're describing it in terms of a
16     context of being untouchable from
17     accountability?  Agreed?
18          A.   No.  I don't -- I don't know what
19     the thought process of this was.
20          Q.   Well, you just said --
21          A.   I didn't design it.  I didn't write
22     it, make it.
23          Q.   Uh-huh (indicating affirmatively).
24               So you just said, "Obviously we
25     weren't untouchable because some of us got
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1   fired"; right?
 2         A.   I -- I -- I don't include myself
 3   with that group that got -- or whoever got
 4   fired or whoever quit or left.
 5         Q.   No, I know.  But you just said, "We
 6   weren't untouchable, some of us got fired."
 7   You said that; right?
 8         A.   Oh, certainly we're not untouchable.
 9         Q.   Right.  And so you interpret The
10   Untouchables to -- to mean untouchable from
11   being fired; right?
12         A.   That's how you interpret it.
13         MR. ALPAUGH:
14              He's not asking that question.
15   EXAMINATION BY MR. MOST:
16         Q.   You said, "We weren't untouchable
17   because some of us got fired," indicating that
18   at least you interpret this to mean untouchable
19   from being fired; right?
20         A.   Yeah.  I guess so.
21         Q.   Okay.
22         MR. MOST:
23              I'm going to label the next exhibit
24         7.
25   EXAMINATION BY MR. MOST:
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          Q.   Do you recognize this as a Facebook
 2     post you posted?
 3          A.   I probably -- It say -- It says my
 4     name on it.  What is this from, 2000 -- five
 5     years ago?
 6          Q.   Uh-huh (indicating affirmatively).
 7               Okay.  So do you recall --
 8          A.   It says, I would not kill this man's
 9     dog, basically.  (As read.)
10          Q.   Right.  But you do --
11          A.   It was a joke.  That's the joke
12     about John Wick that everybody makes.  It was a
13     joke.
14          Q.   Yeah.  But this is a joke you posted
15     to Facebook?
16          A.   Yes, I posted it.  This is --
17     This -- a joke that people with a sense of
18     humor, they got into it with John Wick because
19     somebody killed his dog.
20          Q.   Uh-huh (indicating affirmatively).
21     Right.
22          A.   And it was something I guess at the
23     time that I posted it.  That movie might have
24     just come out or something like that and I
25     either reposted it or commented on it.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          Q.   Uh-huh (indicating affirmatively).

 2               And the joke is that John Wick is

 3     very scary, engages in revenge against the

 4     people who killed his dog; right?

 5          A.   Uh-huh (indicating affirmatively).

 6          Q.   And so you were saying -- The joke

 7     is it wouldn't even be worth killing this man's

 8     dog for 15 mill -- $15 million; right?

 9          A.   Of course not.

10          Q.   Right.  So at least in 2018, you

11     were posting jokes about -- on the topic of

12     killing dogs; right?

13          A.   I posted a joke that was popular at

14     the time.

15          Q.   Uh-huh (indicating affirmatively).

16               And the topic of that joke involved

17     killing dogs; right?

18          A.   It was John Wick, a man killed -- I

19     don't know.  Have you seen the movie?

20          Q.   Uh-huh (indicating affirmatively).

21          A.   Did you enjoy it?

22          Q.   Uh-huh (indicating affirmatively).

23          A.   So you're aware that somebody killed

24     John Wick's dog and he went on a killing

25     rampage?
```

Officer Derrick Burmaster
March 10, 2023

Page 208

```
 1        Q.   Right.

 2        A.   So I don't deny posting this.

 3        Q.   I get the joke, but my question is

 4   in 2018, you posted at least one joke on the

 5   topic that involved the killing of a dog?

 6   Agreed?

 7        A.   Well, yes.

 8        Q.   Okay.

 9        A.   I think you misunderstand the

10   context of it, though.

11        Q.   What am I misunderstanding?

12        A.   That it was a popular joke.  It was

13   a movie that you agree that you enjoyed.

14        Q.   Uh-huh (indicating affirmatively).

15   Okay.

16        A.   Okay.

17        Q.   So I want to talk about --

18        A.   Uh-huh (indicating affirmatively).

19        Q.   -- your e-mails, text messages, and

20   social media messages.  Okay?

21             In the course of this case, have you

22   taken any steps to search your e-mail for --

23        A.   Yes.  I have nothing --

24        COURT REPORTER:

25             E-mail for what?
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          MR. ALPAUGH:

 2               Let him finish his question.

 3          THE WITNESS:

 4               I'm sorry.

 5          MR. MOST:

 6               Yeah.

 7     EXAMINATION BY MR. MOST:

 8          Q.   During the course of this case, have

 9     you taken any steps to search your e-mails for

10     documents relevant to this case?

11          A.   Yes, and there are none.  Like I

12     said, I went dark.  I didn't discuss this with

13     anybody.  I turned my Facebook off for a long

14     period of time and I didn't communicate with

15     anybody, text message, e-mail, anything.

16          Q.   Uh-huh (indicating affirmatively).

17          A.   On my work e-mail, on my -- I mean,

18     people would send me notifications to go give a

19     statement on this.  But noth -- noth -- nothing

20     with those words that you described that I was

21     provided a list.

22          Q.   Okay.  So you were provided --

23          A.   None of that.

24          Q.   Uh-huh (indicating affirmatively).

25               You were provided a list of -- of
```

**Officer Derrick Burmaster**
**March 10, 2023**

1   words, like search terms?

2        A.   Yes.

3        Q.   And did you use those search terms

4   to search your e-mail?

5        A.   Wait.  Describe that.

6        Q.   Sure.  So you got a list of search

7   terms; right?

8        A.   Yes.

9        Q.   Did you search your e-mail using

10  those search terms?

11       A.   I scanned through it.  And I know I

12  did not ever send anything.  Like I told you, I

13  went dark.  And you can even look on my

14  Facebook, if you can, and see that I had been

15  dark.  I went on vacation and couldn't even

16  post pictures of the vacation on -- on there

17  after this happened.

18       Q.   Okay.

19       A.   And I never meant -- said anything,

20  wrote any text message, e-mail, nothing --

21       Q.   Okay.

22       A.   -- about this.

23       Q.   So if I'm understanding you right,

24  you got --

25       A.   And you could clearly see on my

Officer Derrick Burmaster
March 10, 2023

1    Facebook.

2          Q.    Uh-huh (indicating affirmatively).

3                So if I'm understanding you right,

4    you got the list of search terms.  You skimmed

5    the list of search terms and you thought in

6    your head, I've never sent any e-mails with

7    these search terms.  And that was what you did;

8    right?

9          A.    I read -- I looked over the search

10   terms and I know, and I've been through my

11   e-mail a million times, that I don't have any

12   of that in my phone because I don't -- I never

13   said anything or sent anybody -- That would be

14   dumb.  I'm smart.  I mean, I've been a police

15   officer.  I've been a detective.  I was in

16   intelligence.  I did intelligence in the Army

17   in Baghdad, Iraq.  I'm smart.  I know how to --

18   I'm smarter than to -- to -- to text, e-mail,

19   or message or comment on Facebook or text --

20   Instagram.  None of that.

21                I left it -- And when somebody ever

22   brought it up to me, I told -- I -- I told them

23   to stop.  And I didn't talk about it.  And I

24   just -- I feel like that's part of a lot of

25   things that gave me anxiety because I feel like

**Officer Derrick Burmaster**
**March 10, 2023**

Page 212

```
 1    I had to bottle this up and not talk about it.
 2         Q.   Okay.
 3         A.   So you can be assured I'm not
 4    sitting here and lying to you.  I -- I'm -- I
 5    do not want to go to jail for lying to you and
 6    I swear to Jesus Christ Almighty, I -- I have
 7    none of that.  I did not communicate about this
 8    dog --
 9         Q.   Okay.
10         A.   -- or this incident.
11         Q.   Well, you did communicate about this
12    dog.  You talked to Roussell.  You talked to
13    PIB --
14         A.   Oh, yeah.
15         Q.   -- right?
16         A.   But you're asking about text
17    messages and e-mails.
18         Q.   Okay.  So did you take those search
19    terms and put them into your e-mail search
20    functionality and search?
21         A.   Can you tell me how to do that?
22         Q.   Well, what -- What e-mail system do
23    you use?
24         A.   Outlook for work and Gmail --
25         Q.   Okay.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          A.   -- for personal.
 2          Q.   Are you aware that Gmail has a
 3     search bar at the top of Gmail?
 4          A.   I'm -- You show me how to do it.
 5          Q.   But -- Okay.  Do you not know how to
 6     search your e-mails in Gmail?
 7          A.   I can -- There -- There's a search
 8     bar?  You just put those terms all at once in
 9     there and it will pull --
10          Q.   My question is do you know how to
11     search your e-mails for a search term?
12          A.   Well, I'm sure I could figure it
13     out.
14          Q.   Did you take any steps to search
15     your e-mails for those search terms?
16          A.   No.
17          Q.   Okay.
18          A.   I -- But I know that there isn't any
19     of that in there.
20          Q.   Okay.
21          MR. ALPAUGH:
22               And just for the record, you have
23            his search terms already on his -- on his
24            work e-mail for the ESI you got from the
25            city.
```

Officer Derrick Burmaster
March 10, 2023

```
 1        MR. MOST:
 2            Okay.
 3        MR. ALPAUGH:
 4            And if those search terms occurred
 5         in any of his work e-mail, you've already
 6         got that.
 7        MR. MOST:
 8            Okay.
 9   EXAMINATION BY MR. MOST:
10        Q.   Did you take any steps to search
11   your text messages for those search terms?
12        A.   I wouldn't know how to do that
13   either.  I -- I -- I could probably figure it
14   out, though.
15        Q.   Okay.  So you could probably figure
16   out how to search your text messages for a
17   search term, but you didn't try.  Agreed?
18        A.   No, because I know I had not ever
19   sent any text messages about this.
20        Q.   Okay.  Did you take any steps --
21        A.   The word "dog" might be in there
22   because I -- I had a dog.  I might have texted
23   somebody that my dog is on a walk or something.
24        Q.   Uh-huh (indicating affirmatively).
25        A.   You know?  But that would be
```

**Officer Derrick Burmaster**
**March 10, 2023**

1    regarding my dog.

2         Q.   Uh-huh (indicating affirmatively).

3              Do you know how to search social

4    media messages?

5         A.   You just scroll through your -- How

6    you do that?

7         Q.   Do you know how to search social

8    media messages?

9         A.   No.  I could probably figure it out,

10   though.

11        Q.   Uh-huh (indicating affirmatively).

12             Did you take any steps to try and

13   figure out how to search your social media

14   messages for search terms?

15        A.   No.

16        Q.   Okay.

17        A.   But I know that there's nothing in

18   there.

19        Q.   Well, people were commenting on your

20   social media about you shooting this dog;

21   right?

22        A.   I think I -- Didn't I delete that --

23   that stuff?

24        Q.   I don't know.

25        A.   Because -- Because I didn't want

**Officer Derrick Burmaster**
**March 10, 2023**

1    that stuff to be on my Facebook.

2         Q.   Did you delete people's comments

3    about you shoot -- shooting the dog on -- on

4    social media?

5         A.   Probably attempted to --

6         Q.   Okay.

7         A.   -- because I didn't want that to be

8    on my social media, of -- of course.

9         Q.   Did you respond to any of those

10   people?

11        A.   No.  I don't recall, but I'm pretty

12   sure I didn't because --

13        Q.   So you don't recall whether you

14   responded to anyone on social media.  Agreed?

15        A.   I know I didn't because somebody

16   wrote something nasty on NOLA.com and I asked a

17   friend to make a comment and the comment was

18   that I'm a nice guy and --

19        Q.   Which friend is that?

20        A.   Jake.

21        Q.   What's Jake's last name?

22        A.   Snap.

23        Q.   So you talked to Jake -- Jake Snap

24   about this shooting?

25        A.   No.  I just ask -- He knew what was

Officer Derrick Burmaster
March 10, 2023

```
 1    going on.  It was all over the news so he was

 2    well aware of it.

 3         Q.   Okay.  So you ask -- asked Jake Snap

 4    to respond to a comment on NOLA.com?

 5         A.   I believe -- I believe so.

 6         Q.   Okay.

 7         A.   Or it was on Facebook or something.

 8         Q.   Okay.

 9         A.   'Cuz -- Because, like I said, I told

10    you I didn't want to be typing that stuff up.

11         Q.   Uh-huh (indicating affirmatively).

12         A.   And I was trying to disassociate

13    myself with this whole thing.

14         Q.   How did you ask Jake to do that?

15         A.   Probably in person.

16         Q.   Uh-huh (indicating affirmatively).

17              But you aren't sure whether you

18    responded to anyone on social media; right?

19         A.   I'm -- I'm -- I'm a hundred percent

20    I didn't.  I'm -- I'm pret -- pretty close to a

21    hundred percent on -- on that.

22         Q.   Setting aside your lawyers because I

23    don't want to know what you talked to them

24    about, did anyone tell you you couldn't talk

25    about this?
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1           A.    Not that I remember.
 2           Q.    Okay.  When you first found -- When
 3     you first anticipated that there could be a
 4     lawsuit about this -- Let me back up.
 5                 You contemplating suing the Browns
 6     before they sued you; right?
 7           A.    Yes.
 8           Q.    Roughly how long after the shooting
 9     were you thinking about suing the Browns?
10           A.    I was angry at first, so pretty
11     close afterward.
12           Q.    Like within the first couple days or
13     weeks after the shooting?
14           A.    Yes.
15           Q.    Okay.  So within the first couple
16     days or weeks after the shooting, you
17     anticipated that there could be a lawsuit
18     related to the shooting; right?
19           A.    That's not why I was thinking about
20     suing them.
21           Q.    I understand.
22           A.    But I just thought -- I don't know.
23           Q.    My question is in the days or weeks
24     after the shooting, you anticipated that there
25     could be a lawsuit related to the shooting;
```

Officer Derrick Burmaster
March 10, 2023

1    right?

2         A.    I guess so.

3         Q.    Okay.

4         A.    Yeah.

5         Q.    What steps did you take to preserve

6    your e-mails, your text messages, or social

7    media messages once you thought that there

8    might be a lawsuit?

9         A.    I didn't do anything.

10        Q.    Okay.

11        A.    I thought it was going to be a -- I

12   figured, Man, let me let this go and I'm not

13   going to sue these people, been through enough.

14        Q.    Uh-huh (indicating affirmatively).

15        A.    Made a mistake.  I forgive them and

16   all that.

17        Q.    You thought they'd made a mistake?

18        A.    Yes.

19        Q.    But you also thought they'd

20   committed a crime?

21        A.    Yeah, but you don't -- I didn't want

22   them to go to jail or anything.

23        Q.    But you wanted them to pay a fine,

24   to be subject to criminal process; right?

25             MR. ALPAUGH:

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1                Objection; asked and answered

 2          multiple times.

 3   EXAMINATION BY MR. MOST:

 4          Q.   Right?

 5          THE WITNESS:

 6                Answer it?

 7          MR. MOST:

 8                Uh-huh (indicating affirmatively).

 9          THE WITNESS:

10                Well, I'm asking my lawyer.

11          MR. ALPAUGH:

12                I can't advise you about that.  I

13           just made an objection.  I'm not telling

14           you not to answer it.

15          MR. MOST:

16                That's okay.  I'll move on.

17          THE WITNESS:

18                You asked me earlier and I said yes.

19          MR. MOST:

20                Okay.

21          THE WITNESS:

22                I don't want them to go to jail

23           if -- if that's what you're asking.

24          MR. MOST:

25                I'm going to designate this is
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Exhibit 30.
 2    EXAMINATION BY MR. MOST:
 3          Q.   Do you see, Officer, that this is --
 4    it's -- it's entitled Supplemental Responses to
 5    Plaintiff's First Set of Interrogatories,
 6    Requests for Production of Documents, and
 7    Request for Admissions to Derrick Burmaster?
 8    (As read.)
 9              My question is just do you see that
10    at the top of the first page or towards the top
11    of the first page?
12          A.   Wait.  What is -- What is your
13    question?
14          Q.   Yeah.  Do you see that this is a
15    document entitled Supplemental Responses to
16    Plaintiff's First Set of Interrogatories,
17    Requests for Production of Documents, and
18    Requests for Admissions to Derrick Burmaster?
19    (As read.)
20          A.   Yes.
21          Q.   Okay.  And -- And are you -- Do you
22    understand that there -- that these are your
23    responses to questions and requests asked in
24    this lawsuit?
25          A.   Yes.
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 222

1          Q.   Okay.  Would you turn to page 8
2     where it says Requests for Production No. 5?
3     (As read.)
4          A.   (Witness complies.)
5          Q.   Are you there?
6          A.   Yes.
7          Q.   Okay.  You see Request for
8     Production No. 5 says, Produce all e-mails,
9     text messages, social media messages, or other
10    electronic communications sent by you in the
11    hour before the shooting of Apollo and for the
12    remainder of that day?  (As read.)
13              Do you see that?
14         A.   Yes.
15         Q.   Okay.  And then do you see there's a
16    response with some objections?  And then it
17    says, Without waiving the foregoing and subject
18    thereto, I have no social media communications,
19    text messages, or e-mails responsive to this
20    request?  (As read.)
21         A.   Yes, I -- I -- I -- I -- I heard
22    you.
23         Q.   Okay.  You see that it says that?
24         A.   (Witness nods head affirmatively.)
25         Q.   Yes?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.    Yes.
 2          Q.    Okay.  Did you go back and look for
 3    e-mails in the hour before the shooting of
 4    Apollo and for the rest of that day?
 5          A.    No.  The day --
 6          Q.    My question --
 7          A.    I was probably on a call right
 8    before then and then went to Brothers.  It
 9    was -- And then for the rest of that day, I was
10    on the scene.
11          Q.    Okay.  That wasn't my question.  My
12    question was --
13          A.    I did not.
14          Q.    Okay.
15          A.    But I know I didn't have anything.
16          Q.    Okay.
17          A.    Because after I shot the dog, there
18    ain't no getting on the phone.
19          Q.    Right.  But what about --
20          A.    Till about three in the morning, I
21    don't think I left.
22          Q.    Did you go back and look for any
23    e-mails before you shot the dog?
24          A.    No.
25          Q.    Okay.  Did you look for any text
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 224

```
 1   messages either before or after you shot the
 2   dog?
 3        A.   What e-mails?
 4        Q.   No.  My question was about text
 5   messages.  Did you go back and look to see if
 6   you sent any text messages in the hour before
 7   shooting Apollo and for the remainder of the
 8   day after?
 9        A.   I don't have -- I don't have
10   anything relative to this.  And I didn't send
11   any e-mails, text messages, or anything
12   regarding this.
13        Q.   That's not the question.  Okay?
14   MR. ALPAUGH:
15        Well, before I go there, I interpose
16        an objection to that.  Anything not
17        having -- Anything -- I'm sorry -- vague,
18        burdensome, and not reasonably --
19   COURT REPORTER:
20        Wait.  I'm not understanding you.
21   MR. ALPAUGH:
22        It's vague, burdensome, and not
23        reasonably calculable to lead to as
24        admissible evidence and beyond the scope
25        of discovery.  To the extent you're
```

Officer Derrick Burmaster
March 10, 2023

```
1          asking him for things that have nothing
2          to do whatsoever with this case, that's
3          still -- and I object -- my objection to
4          your -- to your question.
5     MR. MOST:
6          Yeah.  Okay.
7     MR. ALPAUGH:
8          So --
9     MR. MOST:
10          Yeah.
11  EXAMINATION BY MR. MOST:
12     Q.   Mr. Burmaster, my question is did
13  you go back and look to see if you had -- had
14  sent any text messages in the hour before you
15  shot Apollo?
16     MR. ALPAUGH:
17          Same objection.
18     THE WITNESS:
19          No.
20     MR. MOST:
21          Okay.
22     THE WITNESS:
23          I didn't send anything.
24  EXAMINATION BY MR. MOST:
25     Q.   You can remember that you didn't
```

**Officer Derrick Burmaster**
**March 10, 2023**

1    send any text messages?

2         A.   I remember I was sitting in front of

3    the Brothers when I got this call, and then

4    I -- I got to the man's house a few minutes

5    earlier than my partner arrived and I stood

6    outside down the street from his house for a

7    long -- a good long period of time before I

8    shot the dog.  And then afterward, I remain --

9    remained there the rest of the night until, I

10   believe -- I didn't leave until maybe two,

11   three in the morning or something like that.

12        Q.   Do you remember whether you sent any

13   text messages at all that day?

14        A.   I'm pretty sure I did.

15        Q.   Okay.  Do you recall when was the

16   last text message you sent that day?

17        A.   Well, it was late at night and there

18   ain't too many people you can text --

19        Q.   Uh-huh (indicating affirmatively).

20        A.   -- that late at night, so I doubt I

21   texted anybody.

22        Q.   You're saying you doubt you texted

23   anybody in the hour before you shot Apollo?

24        A.   Yes.

25        Q.   But are you sure of it?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   But what would that have to do
 2    with --
 3          Q.   My question is are you sure of it?
 4    MR. ALPAUGH:
 5               Same objection.  That -- That has no
 6          relation whatsoever to this case.  It's
 7          not calculated to lead to discovery of
 8          admissible evidence.  So if you want to
 9          ask about if he did something about this
10          case, which he couldn't have an hour
11          before, that's fine.  But if he just
12          randomly shooting e-mails to somebody has
13          nothing to with the price of tea in
14          China, and I object to it.
15    MR. MOST:
16               Okay.  Objection noted.
17    EXAMINATION BY MR. MOST:
18          Q.   Are you sure that you didn't send
19    any text messages?
20          A.   No.
21          Q.   Okay.  In that -- Let me rephrase.
22               Are you sure that you didn't send
23    any text messages in the hour before you shot
24    Apollo?
25          A.   No.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   No, you're not sure?
 2          A.   But I would be unaware of this, any
 3     of this.  How would I --
 4          Q.   Right.
 5          A.   Why would I have a text message
 6     rele -- relevant to this if -- How would I know
 7     that I would have to be going to this house?
 8          Q.   Right.  So you are not sure whether
 9     or not you sent any text messages in the hour
10     before you shot Apollo; right?
11          A.   No, I'm not sure.
12          Q.   Okay.  And you didn't take any steps
13     to go back and look; right?
14          A.   No.
15          Q.   Okay.  What about social media
16     messages?  Did -- Did you go back and look to
17     see whether you sent any social media messages
18     an hour before shooting Apollo or the hours
19     after?
20          A.   No.
21          Q.   Okay.
22          A.   I told you I didn't write anything
23     about this.
24          Q.   You're familiar with the Louisiana
25     crime of cruelty to animals?
```

Officer Derrick Burmaster
March 10, 2023

1        A.   R.S.14112 I believe.

2        Q.   Are -- Are you guessing or you --

3        A.   I -- I -- I believe that's the

4   statute.

5        Q.   Okay.  You understand that a crime

6   of cruelty to animals includes unjustifiably

7   injuring any living animal; right?

8        A.   Yes.  I arrested somebody for that

9   about a month ago.

10       Q.   Okay.  So if someone unjustifiably

11  injures a living animal, that's a crime; right?

12       A.   Yes.  And -- And I understand that

13  and I've arrested somebody about a month ago

14  for that.

15       Q.   Okay.  So if you shot Apollo

16  unjustifiably, that would have been a crime.

17  Agreed?

18       A.   Yes.

19       Q.   Did you commit the crime of cruelty

20  to animals when you shot Apollo?

21       A.   No.

22       Q.   Has any court ever found that you

23  violated the Constitution?

24       A.   No.

25       Q.   You're sure of that or you don't

**Officer Derrick Burmaster**
**March 10, 2023**

1    know?

2         A.   No, of course not.

3         Q.   Sir, you're sure that no court has

4    ever found that you violated the Constitution?

5         A.   I mean, like if I arrest somebody on

6    a case and then it goes like up to the Court of

7    Appeals and such -- and have stuff is -- not

8    that I know of.

9         Q.   Okay.

10        A.   In fact, I've had cases dropped.

11        Q.   You've had cases dropped?  What do

12   you mean?

13        A.   The -- The D.A.'s office doesn't

14   accept every cha -- every case.

15        Q.   Uh-huh (indicating affirmatively).

16             Okay.  Are you familiar with

17   Alexander Loicana?

18        A.   Remind me of the case.

19        Q.   Yeah.

20        A.   Is it the one with the -- the

21   crystal meth in the car?

22        Q.   Uh-huh (indicating affirmatively).

23        A.   Yeah, I remember that.

24        Q.   Okay.  Are you aware that that went

25   up to the Court of Appeal?

Officer Derrick Burmaster
March 10, 2023

```
 1          A.   I think so.
 2          Q.   Are you aware what the trial court
 3     or the Court of Appeal found about your
 4     actions?
 5          A.   Not that I committed a crime.  It's
 6     just saying that they didn't agree after review
 7     further.  At the time, I thought I was correct
 8     but they overturned it.  That's not a crime.
 9          Q.   Uh-huh (indicating affirmatively).
10               So it sounds like you are familiar
11     with the --
12          A.   I would have to read -- read over it
13     again because that was a long time ago.
14          Q.   Yeah.
15          A.   I was working in the uptown -- It
16     was a male/male.
17          Q.   So my question was just it sounds
18     like you're familiar with this case?
19          A.   I'm a little familiar with it.
20          Q.   Okay.  And you're familiar with --
21     that there was both a trial court opinion and a
22     Court of Appeal opinion; right?  Because you --
23     you were describing it to me; right?
24          A.   I don't know what the opinions were.
25     Did one court approve it and the other one
```

Officer Derrick Burmaster
March 10, 2023

1    reversed it?

2        Q.   Both courts found that you'd done an

3    unconstitutional search.  Are you aware of

4    that?

5        A.   Yes, but it was approved.

6        Q.   What was approved?

7        A.   I believed in my head that I had the

8    right to search -- to go into that car.

9        Q.   Uh-huh (indicating affirmatively).

10            But two courts found that you

11   violated the Constitution?

12       A.   Well, that's their opinion.

13       Q.   Right.  So when I asked you earlier

14   were you aware of any courts finding that you

15   violating the Constitution --

16       A.   I didn't know what -- how you meant

17   that.

18       Q.   Okay.  Now, that you know what I

19   mean, are you aware of any courts that found

20   you violated the Constitution?

21       A.   I guess you have it in front of you.

22       Q.   Uh-huh (indicating affirmatively).

23            So the -- the two courts in State V

24   Loicana; right?  Loicana, L-O-I-C-A-N-A.

25       A.   (No response.)

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   So at least the -- the two courts in
 2    State V Loicana; right?
 3          A.   Right.
 4          Q.   Any others that you're aware of?
 5          A.   No.
 6          Q.   Okay.
 7          A.   Not that I can think of.  I've had a
 8    lot of cases upheld.
 9          Q.   Uh-huh (indicating affirmatively).
10          A.   Some of them don't get up -- upheld,
11    so --
12          Q.   Okay.
13          A.   What did CDC say about it?  Is that
14    written in there?
15          Q.   You mean the trial court level?
16          A.   Yeah.
17          Q.   Yeah.  They found you violated the
18    Constitution.
19          A.   What?  The CD -- 42nd District
20    Court, whatever, on Tulane and Broad?
21          Q.   (Nods head affirmatively.).
22          MR. MOST:
23               Okay.  Why don't we take five?  I'd
24           like to confer here because we're
25           approaching the end of my questioning at
```

Officer Derrick Burmaster
March 10, 2023

```
 1      least.
 2      THE WITNESS:
 3           Are we going to watch the video?
 4      MR. MOST:
 5           We can if you'd like.  I -- I --
 6      I've got more questions to ask.  Your
 7      Counsel can ask you questions about it.
 8           How about we take five?  You can
 9      talk to your counsel about whether you
10      want --
11      MR. ROQUEMORE:
12           That's fine.
13      MR. MOST:
14           Yeah.
15      MR. ROQUEMORE:
16           Off the record?
17      MR. MOST:
18           Yeah, let's go off the record.
19      THE VIDEOGRAPHER:
20           We are off the recorded.  The time
21      is 2:29 P.M.
22           (Whereupon a recess was taken.)
23      THE VIDEOGRAPHER:
24           We're back on the record.  The time
25      is 2:37 P.M.
```

Officer Derrick Burmaster
March 10, 2023

1    EXAMINATION BY MR. MOST:

2         Q.   So Exhibit 9 was a picture of the

3    dog and you asked me when it has been taken.

4    You know what picture I'm talking about?

5         A.   Yeah.

6         Q.   If Officer Roussell testified that

7    that picture accurately depicted the size of

8    Apollo on the date of the incident, would you

9    disagree with Roussell?

10        A.   That's his opinion.

11        Q.   Okay.  But would you disagree with

12   his opinion?

13        A.   Yeah.

14        Q.   Okay.  I think you talked about

15   dog's teeth, but you said you didn't see any

16   teeth on this particular dog; right?

17        A.   I -- I didn't have time to give it a

18   physical exam.

19        Q.   Right.  So you didn't see the dog's

20   teeth; right?

21        A.   I don't recall if I did or if I

22   didn't.

23        Q.   Right.  So you didn't observe that

24   the dog was, like bearing its teeth or showing

25   its teeth to you.  You have no recollection of

1    anything like that.  Agreed?

2         A.   I -- I recall the dog was very upset

3    with me.

4         Q.   Okay.  But my question is do you

5    recall the dog showing its teeth to you?

6         A.   I don't recall -- I just recall that

7    he was a vicious looking animal coming at me at

8    a high rate of speed, closing the gap quickly,

9    and I had to make a quick decision.

10        Q.   You've -- You've said that.  But my

11   question is do you recall the dog showing his

12   teeth to you?

13        A.   I don't recall if he did or --

14

15

16

17

18

19

20

21

22

23

24

25

Officer Derrick Burmaster
March 10, 2023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Officer Derrick Burmaster
March 10, 2023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17        Q.    Who was your supervisor at the time

18   of the incident?

19        A.    Clarence Mitchell.

20        Q.    And you discussed the incident with

21   Clarence Mitchell at least somewhat on the day

22   of; right?

23        A.    Only to do what's called a welfare

24   thing, where you have to say which direction

25   you were standing so that they can check that

Officer Derrick Burmaster
March 10, 2023

```
 1   direction for any damage or something else

 2   shot.

 3        Q.   Did you ever talk to Clarence about

 4   it after that day?

 5        A.   Maybe.  He's bu -- busy.  He -- He's

 6   not like approachable.

 7        Q.   Uh-huh (indicating affirmatively).

 8             So you don't recall whether you

 9   talked to him --

10        A.   No.

11        Q.   -- after that or not?

12             Okay.  And you said you talked to

13   your ex-girlfriend about it somewhat, although

14   she didn't really want to discuss it with you?

15        A.   Correct.

16        Q.   Is that Margaret E. Falter?

17        A.   Yes.

18        Q.   And does she still live at the

19   residence you lived at with her?

20        A.   I don't know where she lives.

21        Q.   Okay.

22        A.   She sold that house.

23        Q.   Do you still have her phone number?

24        A.   Yes.

25        Q.   What's her phone number?
```

**Officer Derrick Burmaster**
**March 10, 2023**

1          A.   Do I have to say that in front of

2     Mr. Brown?

3          MR. BROWN:

4               I can leave.

5          MR. ANADA:

6               Do you want him to leave?

7          MR. MOST:

8               So if he leaves --

9          THE WITNESS:

10               I mean, I -- I -- I did -- I -- I --

11          I -- I stopped communicating with her

12          after we broke up.

13          MR. ANADA:

14               Just step out.  Step out right --

15          right there.  And I'll knock.  I'll --

16          I'll let you back in.

17          THE WITNESS:

18               I'm not trying to be rude.

19               (Whereupon Mr. Brown leaves the

20          proceedings.)

21          MR. MOST:

22               It -- It's okay.  Although I will

23          tell you that information that we have,

24          our clients are entitled to have --

25          MR. ALPAUGH:

**Officer Derrick Burmaster**
**March 10, 2023**

1           He's going to get it anyway.

2      MR. MOST:

3           Yeah.  So you can't really give

4      anything to the lawyers that we -- we can

5      be prohibited from --

6      THE WITNESS:

7           I have to give him my phone -- Mag's

8      phone number?

9      MR. MOST:

10          -- us sharing with our clients.

11     MR. ALPAUGH:

12          It's a valid question.  This is

13     discovery.

14     THE WITNESS:

15          Are you going to call her?  I'm --

16     I'm -- I'm -- I discontinued all com --

17     communication with her.

18     MR. MOST:

19          Yeah, I understand.

20 EXAMINATION BY MR. MOST:

21     Q.   What's her phone number?

22     A.   (225) 571-1308.  I think that's

23 still her phone number.

24     MR. MOST:

25          Did you get it?

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          MR. ANADA:

 2               Ms. Court Reporter, could you read

 3           that back?  I just didn't --

 4          COURT REPORTER:

 5               I have (225) 571-1788.

 6          THE WITNESS:

 7               (225) 571-1308.

 8      EXAMINATION BY MR. MOST:

 9          Q.   And your testimony was you started

10      the kissing noises at the house adjacent to the

11      Browns.  Oh, actually we can --

12          A.   It's on video.

13               (Whereupon Mr. Brown reenters the

14           proceedings.)

15      EXAMINATION BY MR. MOST:

16          Q.   Your testimony is that you started

17      the kissing noises at the -- the house adjacent

18      to the Browns; right?

19          A.   Yes.

20          Q.   And you -- your testimony is that

21      you continued those kissing noises until a

22      point at which you reached the Browns' gate; is

23      that right?

24          A.   Yes --

25          Q.   Okay.
```

Officer Derrick Burmaster
March 10, 2023

1        A.   -- if I recall correctly, but it's

2   on video, so if you would refre -- refresh my

3   memory.

4        Q.   Uh-huh (indicating affirmatively).

5             Did you notice that the -- the gate

6   or fence had a wire screen attached to it?

7        A.   No.

8        Q.   Did you see a -- a table --

9        A.   I mean, at this point, I don't

10  recall that, but I may have noticed it at the

11  time.

12       Q.   Okay.  Did you see a -- a table sort

13  of under an overhang to the left of the stairs?

14       A.   No.

15       Q.   Do you recall Roussell tapping you

16  before he exited the gate?

17       A.   No.

18       Q.   Just ballpark, how many times have

19  you used force in the line of duty?

20       A.   I would have to -- have to look --

21  look that up.  It's been a long time.

22       Q.   Likely in the hundreds?

23       A.   Oh, def -- No.

24       Q.   I'm not just talking about shooting

25  your weapon, but, you know, use of force,

Officer Derrick Burmaster
March 10, 2023

```
 1    everything the NOPD defines to be use of force?
 2         A.    I couldn't -- I couldn't even guess.
 3         Q.    Okay.
 4         A.    It's been a long time.
 5         Q.    Is it your contention that all of
 6    your uses of force were justified?
 7         A.    Yep.  Yes, sir.
 8         Q.    Have you ever had a -- a
 9    medium-sized dog apart from Apollo running
10    towards you while not wagging its tail?
11         A.    Yes, but in those instances, I was
12    able to get on the police car, get back in the
13    police car, jump on the hood.  Just about three
14    or four months ago, I had to jump on top of the
15    hood because they had three -- three or four
16    dogs.
17         Q.    Would you agree with the following
18    statement:  The taser has proven to be an
19    effective tool against dangerous animals?
20         A.    Ineffective.
21         Q.    Ineffective?
22         A.    Yes.
23         Q.    Okay.  So you would --
24    MR. ALPAUGH:
25               Wait.  Wait.  What's your -- I think
```

Officer Derrick Burmaster
March 10, 2023

```
 1          I heard you say one thing.  I heard him
 2          say another.  You said it's an effective
 3          tool?
 4     MR. ANADA:
 5          Just ask the question again.
 6     MR. MOST:
 7          Yeah.
 8     EXAMINATION BY MR. MOST:
 9          Q.   Would you agree with the following:
10     The taser has proven to be an effective tool
11     against dangerous animals?
12          A.   No.
13          Q.   No.  Okay.
14          A.   So what he --
15     MR. ALPAUGH:
16          Well, he brought -- You have no
17          question on the table.  Just let him ask
18          his questions, please.
19     THE VIDEOGRAPHER:
20          Mr. Burmaster, could you move the
21          mic to the other side of your shirt?
22          It's rubbing against the material.
23     THE WITNESS:
24          (Complies.)  Is that fine?
25     THE VIDEOGRAPHER:
```

Officer Derrick Burmaster
March 10, 2023

```
 1              Up a little bit.
 2        THE WITNESS:
 3              Like this?
 4        MR. ALPAUGH:
 5              That's it.
 6        THE VIDEOGRAPHER:
 7              Yeah.  Go up.
 8        THE WITNESS:
 9              I don't know how to work this.
10        THE VIDEOGRAPHER:
11              It was fine all day.  I don't know
12          why it's -- Now it's turned in on your
13          chest.  Can you just turn it out?
14        THE WITNESS:
15              Okay.  It would have to go under my
16          shirt to do that.
17        MR. MOST:
18              Off the record.
19        THE VIDEOGRAPHER:
20              We're off the record.  The time is
21          2:47 P.M.
22              (Whereupon a pause occurred in the
23          proceedings.)
24        THE VIDEOGRAPHER:
25              We're back on the record.  The time
```

Officer Derrick Burmaster
March 10, 2023

```
 1          is 2:48 P.M.

 2   EXAMINATION BY MR. MOST:

 3          Q.   Has NOPD ever trained you that the

 4   taser can be an effective tool against

 5   dangerous animals?

 6          A.   No.  If you know how a taser works,

 7   which I just described to you, you would

 8   understand that it doesn't -- it's not

 9   effective.

10          Q.   So as far as you know, it's not NOPD

11   policy that the taser has proven to be an

12   effective tool against dangerous animals.

13   Agreed?

14          A.   I would have to look that up, but I

15   al -- I already described to you how a taser

16   works and you should realize by listening to

17   that that it wouldn't work.  I wouldn't get

18   neuromuscular incapacitation.

19          Q.   Yeah.  So as far as you know -- can

20   recall, you don't know from your recollection

21   of any NOPD policy that says that a taser has

22   proven to be an effective tool against

23   dangerous animals.  Agreed?

24          A.   Well, the policy says that we can

25   use firearms.
```

Officer Derrick Burmaster
March 10, 2023

```
 1          Q.   That wasn't my question.  To your
 2     recollection, you don't know off the top of
 3     your head of any NOPD policy that says --
 4          A.   No.
 5          Q.   Let -- Let me finish.
 6     MR. ALPAUGH:
 7               Let him finish.
 8     EXAMINATION BY MR. MOST:
 9          Q.   -- the taser has proven to be an
10     effective tool against dangerous animals;
11     right?
12          A.   No.
13          Q.   Have you ever been given any
14     practical training about how to deploy a taser
15     against an animal or a dog?
16          A.   No.  No.
17          Q.   Okay.
18          A.   No.  We receive training on how to
19     shoot a person with a taser.
20          Q.   So your dog was Miss Mae; right?
21          A.   Yes.
22          Q.   If Miss Mae was in a fenced-in yard
23     and an officer came in and Miss Mae ran towards
24     that officer not wagging her tail but running
25     fast towards that officer, would that officer
```

Officer Derrick Burmaster
March 10, 2023

```
 1    be justified in shooting Miss Mae?
 2         A.   Well, my -- Miss Mae is a Shih Tzu
 3    and she doesn't move fast like Apollo and is
 4    not as agile as that and -- and is not opposing
 5    looking.
 6         Q.   Okay.  Did anyone at any point tell
 7    you that a letter had been sent asking that
 8    nothing related to this incident be deleted?
 9         A.   Well, I haven't deleted anything.
10         Q.   That wasn't my question.  Has anyone
11    ever told you that a letter was sent asking
12    that nothing of this case be deleted?
13         MR. ALPAUGH:
14              Sent to whom?
15         MR. MOST:
16              Sent to anyone.
17         THE WITNESS:
18              No.
19    EXAMINATION BY MR. MOST:
20         Q.   Do you know what the Fourth
21    Amendment to the U.S. Constitution is?
22         A.   Yes.
23         Q.   What's your understanding of the
24    Fourth Amendment?
25         A.    A right to the people to be secure
```

Officer Derrick Burmaster
March 10, 2023

```
 1    in their persons, places, and things -- The
 2    right of a person to be secure in their
 3    persons, places, and things against
 4    unreasonable search and seizure shall not be
 5    violated unless by probable cause.
 6         Q.   And you understand that that can
 7    apply to a dog as a thing?
 8         A.   Yes.
 9         Q.   Okay.  Had -- Were you given any
10    training by NOPD about how to follow the Fourth
11    Amendment as regards people's animals?
12         A.   Yeah, we probably discussed that.
13         Q.   Okay.  In the context of the -- the
14    document we looked at earlier?
15         MR. ALPAUGH:
16              Which document?
17         MR. MOST:
18              Yeah.
19    EXAMINATION BY MR. MOST:
20         Q.   The -- The training -- The training
21    document that we looked at earlier?
22         A.   Yeah, this (indicating).
23         Q.   Okay.  But you don't recall anything
24    else?
25         A.   (No response.)
```

Officer Derrick Burmaster
March 10, 2023

1      Q.   Do you recall anything else other

2  than the training associated with that document

3  where that was brought up?

4      A.   (Witness shakes head negatively.)

5  Unh-unh (indicating negatively).

6      Q.   You're shaking your head.  That's a

7  no?

8      A.   No.

9      Q.   Okay.

10     MR. MOST:

11          Okay.  That's all the questions

12       we've got subject, of course, to redirect

13       after you guys ask questions.

14  EXAMINATION BY MR. ROQUEMORE:

15     Q.   Officer Burmaster, this is -- My

16  name is James Roquemore.  I represent the city.

17  We've never met; is that right?

18     A.   Correct.

19     Q.   Okay.  I just wanted to ask you a

20  couple questions about training provided

21  officers by NOPD.  Is that okay?

22     A.   Uh-huh (indicating affirmatively).

23     Q.   So are you familiar with the -- the

24  term "daily training bulletin"?

25     A.   Yes.

**Officer Derrick Burmaster**
**March 10, 2023**

Page 252

1          Q.   Okay.  And what is your

2    understanding of what a train -- daily training

3    bulletin is?

4          A.   It's a computer online training that

5    we take.  They call it a daily training

6    bulletin, but it's once a month.  And I

7    would -- I think I recall that the daily

8    training bulletin regarding the dogs came out

9    the month after this incident.

10          Q.   Okay.

11          A.   Suspiciously.

12          Q.   So --

13          A.   But we receive training every year,

14    you know.

15          Q.   Right.  And who -- who puts out

16    the -- the daily training bulletin?  Is -- Is

17    it the -- Is it the academy or is it a

18    different bureau?

19          MR. ALPAUGH:

20               Do you know?

21          THE WITNESS:

22               David Barnes has been doing it I

23           think.

24    EXAMINATION BY MR. ROQUEMORE:

25          Q.   And who's David Barnes?

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          A.    He works in, I think -- He works in
 2   like --
 3          Q.    Is it PSAB?
 4          A.    Yeah, PSAB.
 5          Q.    Okay.  So David Barnes --
 6          A.    He makes --
 7          Q.    The PSAB stands for Professional
 8   Standards Accountability Bureau; is that right?
 9          A.    Yeah.
10          Q.    Okay.  Now -- Now, in addition to
11   the daily training bulletins, there's also
12   training with regard -- by -- that's called
13   in-service.  Is that -- Is that fair?
14          A.    Yes.
15          Q.    And in-services is -- is provided
16   through the academy?
17          A.    Uh-huh (indicating affirmatively).
18          Q.    Yes?
19          A.    Yes.
20          Q.    And the in-service training and the
21   daily training bulletins, those are different?
22          A.    Yes.
23          Q.    Okay.  In fact -- But if you look at
24   Exhibit 3, where you have your -- either
25   Instagram or your Facebook that Mr. Most showed
```

Officer Derrick Burmaster
March 10, 2023

```
 1    you, and -- and it says, Just passed the ethics

 2    class.  (As read.)

 3              And then your next post is, Sure

 4    did.  Daily training bulletins are awesome.

 5    (As read.)

 6              You see that?

 7    A.    Yeah.

 8    Q.    And you're referring to the daily

 9    training bulletins that -- that is offered

10    by -- from the NOPD through their PSAB?

11    A.    Yes.

12    Q.    And in this, it seems that you're

13    saying that these daily training bulletins are

14    effective?

15    A.    Yeah.

16    MR. ANADA:

17              Form.

18    EXAMINATION BY MR. ROQUEMORE:

19    Q.    Can you say whether or not you

20    believe that daily training bullets are

21    effective?

22    MR. ANADA:

23              Form.

24    THE WITNESS:

25              Yes.
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1    EXAMINATION BY MR. ROQUEMORE:
 2         Q.   And are they -- Are they effective?
 3         A.   Yes.
 4    MR. ANADA:
 5              Form.
 6    EXAMINATION BY MR. ROQUEMORE:
 7         Q.   And let's shift -- Let's look --
 8    look at the -- the slide presentation that's
 9    Exhibit 47.  Does this look to be a daily
10    training bulletin?
11         A.   That is a PowerPoint presentation.
12         Q.   Was that part of a daily training
13    bulletin or --
14         A.   It was that -- No.  It was in the
15    in-service.
16         Q.   Okay.  And -- And it's your
17    testimony -- Can you say whether or not you
18    actually received this?
19         A.   Yes.  Shannon Brewer gave the
20    class --
21         Q.   Okay.
22         A.   -- I believe.  If I recall
23    correctly.
24         Q.   And when did she give this class?
25         A.   Last month, maybe.  Last month
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1   again, I think.  Or January.
 2        Q.   Okay.  And is it -- Do you have any
 3   recollection of having any other training
 4   before April of -- of 2021 with regard to
 5   animal encounters or dog encounters?
 6        A.   Yeah.  They -- They brought it up at
 7   in-service.
 8        Q.   Okay.  And was that training
 9   consistent with -- with what is in Exhibit
10   No. 47?
11        A.   Yeah, 'cuz I remember this class.
12        Q.   So this isn't the first time you've
13   seen these concepts?
14        A.   No.
15        Q.   And -- And is -- is it your
16   understanding that -- Well -- Well, tell me
17   your understanding of -- of the training that
18   NOPD provides its officers with regard to
19   whether or not all dogs are part -- should be
20   considered hostile when first encountered.
21        A.   No.  I -- I've never heard that.
22        Q.   Now, what -- what -- what is the
23   NOPD's training with regard to assessing a -- a
24   situation when encountering a dog?
25        A.   It's right in front of us.
```

Officer Derrick Burmaster
March 10, 2023

```
 1        Q.   Okay.  Well, could you just go ahead
 2   and explain -- explain that for the record so
 3   everybody can hear it?
 4        A.   How an officer reads and responds to
 5   a dog's behavior is often the most important
 6   factor in determining whether a dog will bite,
 7   attack, or withdraw.  It is equally important
 8   to assess the dog's environment, which I did.
 9   Many dogs, like people, can be territorial.
10   Before doing a careful assessment of the
11   environment, an officer should assess the risk.
12   First --  (As read.)
13        MR. ALPAUGH:
14             You skipped a page.  The next page.
15         That's the next page.
16        THE WITNESS:
17             There are numerous signs that
18             indicate a dog may be present.  These
19             include the following:  Signs, posters,
20             or window stickers that alert people to
21             the presence of a dog, food or water
22             bowls in the yard, dog toys or bones,
23             worn trails along the fence line, chains
24             or tie outs, dog waste, barking, whining,
25             or growling.  (As read.)
```

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1    EXAMINATION BY MR. ROQUEMORE:
 2         Q.   And then the next -- next slide is
 3    Assessing the risk?
 4         A.   Before doing a careful assessment of
 5    the environment, an officer should assess the
 6    risk.  First, give the attention to the
 7    behavior of the dogs and the situation.
 8    Second, scan the surroundings for escape routes
 9    and look for barriers that can be used for
10    protection in case escalation.  (As read.)
11              You want me --
12         Q.   No, you can -- Well, let me ask you
13    this.  And -- And it continues on with a use of
14    force continuum.  You see the -- see two slides
15    down?
16         A.   Yeah.
17         Q.   Tell me how that applies to when
18    you're encountering a dog that appears to have
19    some hostility.
20         A.   Force continuum principles can also
21    be applied to dogs.  Officers should understand
22    that no single dog presents a plausible risk of
23    fatality to an able-bodied adult accompanied by
24    other humans.  The use of -- Well, as it
25    relates to people.  (As read.)
```

Officer Derrick Burmaster
March 10, 2023

1       Q.    Then it talks about to people.

2             The next page shows use of force

3    continuum as it relates to animals.  What's it

4    say about that?

5       A.    Physical presence, verbal commands,

6    mechanical repellants, baton, bite stick,

7    electronic repellants, stun gun, taser,

8    physical capture, and deadly force.  (As read.)

9       Q.    And these are all things that the

10   NOPD teaches its officers; is that right?

11      A.    Yes.

12      Q.    And I understand from your

13   testimony, you don't necessarily agree with

14   the -- the stun gun or taser asp -- aspects of

15   that training, but you were trained on it.  Is

16   that -- Is that fair?

17      A.    Correct.

18      Q.    And this last page, I guess, is the

19   most salient one.  Shooting the dog?

20      A.    Shooting a dog should always be the

21   option of last resort.  If a responding officer

22   shoots at a dog, however, other harms can

23   result, including bystanders and other officers

24   being shot by friendly fire.  When an officer

25   kills or injures a dog that is not a serious

Officer Derrick Burmaster
March 10, 2023

Page 260

1    threat, other significant harms can result.

2    Such incidents often do serious damage to the

3    community trust and the department is open to

4    potential lawsuits and other legal act --

5    actions.  (As read.)

6         Q.   And, again, can you say whether or

7    not these are -- this is what's actually

8    trained by the NOPD --

9         A.   Yes.

10        Q.   -- for its officers?

11             And this -- this was training -- Was

12   this training in effect before April of 2021?

13        A.   I'm -- I'll be -- As far as I'm

14   concerned, I think this has always been the

15   training.

16        Q.   Okay.  This last page has the --

17   This is the NOPD policy section that we've

18   discussed before, but it's a use of force

19   chapter, Paragraph 32, dealing with dangerous

20   animals.  I'm not going to ask you to -- to

21   read this whole thing, but this is the policy

22   that was en -- en force when you encountered

23   Apollo on -- in April of 2021; is that -- is

24   that right?

25        A.   Yes.

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1          Q.   Okay.  And this is the written
 2    policy.  Is there -- To your understanding,
 3    there is no unwritten policy or unwritten rules
 4    or guidelines that NOP -- PD officers follow
 5    other than this written policy?
 6          A.   That's the policy.
 7          Q.   Okay.  And I think when you
 8    encountered Apollo on the -- on the night of --
 9    in -- in April of 2021, can you walk us through
10    some of the -- some major points of how you
11    followed this training?
12          A.   So look for any indication that
13    there was a dog there.  I -- I knew that there
14    was a possibility there -- there could be, and
15    in those situations, I'd take measures such as,
16    you know, look for the food and water bowl, dog
17    toys, dog poo in the yard, any, you know, other
18    thing that might indicate the presence of a
19    dog.  Also, I did attempt to make the noises
20    that would make the dog make itself known.
21    None of those factors were there.
22               Usually if you think a dog is there,
23    you can call the -- have the dispatcher call
24    the complainant and have them step outside.
25    That wasn't an option in this case because the
```

Officer Derrick Burmaster
March 10, 2023

```
 1   caller was across the street and didn't know

 2   who these two people were that were -- that

 3   were arguing.  So we didn't have a -- a call

 4   back number to be able to call to take that

 5   prevention.

 6            So I entered the yard with my

 7   partner confident that there was likely not to

 8   be a dog in there and -- which is when the two

 9   dogs presented themselves.

10       Q.   And there's been some talk about

11   having a -- a reasonable contingency plan.  A

12   reasonable contingency plan would includes

13   certain things like, like you mentioned,

14   jumping on a police car, jumping over a fence,

15   running away --

16       A.   Those -- Yeah.

17       Q.   -- things along those lines; right?

18       A.   Right.

19       Q.   Can you say whether or not when you

20   were inside the gate at the driveway and you

21   first were -- were put on notice that a dog may

22   be in -- in the property and coming towards

23   you, before you saw the dog when you first

24   heard the dog bark, did you have sufficient

25   advance notice to --
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 263

```
1          A.   No.
2          Q.   -- to create any contingency plan --
3          A.   No.
4          Q.   -- planning?
5          A.   No.
6     MR. ROQUEMORE:
7               All right.  Those are the questions
8          I have.  Thank you.  Thank you for your
9          time, sir.
10    MR. ALPAUGH:
11              I may not have any.  Just give me a
12         minute or two.
13              (Whereupon a pause occurred in the
14         proceedings.)
15    MR. ALPAUGH:
16              I have no questions.
17    MR. MOST:
18              Okay.  Just a couple of follow-ups.
19    RE-EXAMINATION BY MR. MOST:
20         Q.   Officer, Mr. Roquemore asked you
21    about your Facebook posts where you said
22    something to the effect of "Daily training
23    bulletins are awesome."  Do you recall that?
24         A.   Yeah.
25         Q.   Yeah.  Were you -- Were you saying
```

Officer Derrick Burmaster
March 10, 2023

```
 1    that -- Were you writing that sincerely like
 2    you actually thought daily training bulletins
 3    were awesome, or were you saying it
 4    sarcastically because they're kind of a pain in
 5    your butt?
 6         A.   No.  I was -- I -- I -- I honestly
 7    think that.  They are a pain in the butt, but
 8    they are effective.
 9         Q.   Okay.
10         A.   And the eth -- ethics training is --
11    takes all day.
12         Q.   And so you were -- you were posting
13    to Facebook that you thought that ethics
14    training was sincerely awesome?
15         A.   Yes.
16         Q.   Okay.  You -- We talked in your
17    training there was the idea that going to
18    lethal force with an animal should be the last
19    resort; right?
20         A.   Yes.
21         Q.   Did you -- I understand why you may
22    have concluded that certain things weren't
23    available to you, but did you try anything
24    other than using your gun?
25         A.   I didn't have an opportunity to,
```

Officer Derrick Burmaster
March 10, 2023

Page 265

1     sir.
2          Q.   Right.  But my question was did you
3     try anything other than using your gun?
4          A.   For a split second, I thought about
5     running out, you know, looking back, but there
6     was no way I was going to get out.  I had to
7     encounter the dog.  The dog was coming quick.
8     I had to make the quick decision, and I made
9     the best decision that I could have made at
10    that -- at that -- at that time.
11         Q.   Right.  So you -- you thought
12    certain things, but you didn't physically try
13    anything except --
14         A.   No.
15         Q.   Right.  Except shooting your gun;
16    right?
17         A.   Correct.
18         Q.   All right.
19         A.   And then I quickly was able to
20    escape.
21         Q.   Were you ever trained by NOPD in how
22    to use a baton on an animal?
23         A.   No.
24              MR. MOST:
25                   Okay.  That's all the questions we

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1        have.  Thank you very much for your time.

 2    MR. ANADA:

 3            Thank you.

 4    MR. ROQUEMORE:

 5            Thank you, sir.  No more -- No more

 6     questions.

 7    MR. ALPAUGH:

 8            That's it, Derrick.

 9    THE VIDEOGRAPHER:

10            This concludes the deposition.

11     We're now off the record.  The time is

12     3:06 P.M.

13            (Whereupon the videotaped deposition

14     was concluded at 3:06 P.M.)

15             *      *      *      *      *

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2              REPORTER'S CERTIFICATE
 3        This certification is valid only for a
    transcript accompanied by my original signature
 4  and original required seal on this page.
          I, Kathy Ellsworth Shaw, Certified Court
 5  Reporter in and for the State of Louisiana, as
    the officer before whom this testimony was
 6  taken, do hereby certify that OFFICER DERRICK
    P. BURMASTER, to whom oath was administered,
 7  after having been duly sworn by me upon
    authority of R.S. 37:2554, did testify as
 8  hereinabove set forth in the foregoing 266
    pages; that this testimony was reported by me
 9  in stenotype reporting method, was prepared and
    transcribed by me or under my personal
10  direction and supervision, and is a true and
    correct transcript to the best of my ability
11  and understanding; that the transcript has been
    prepared in compliance with transcript format
12  guidelines required by statute or by rules of
    the board, and that I am informed about the
13  complete arrangement, financial or otherwise,
    with the person or entity making arrangements
14  for deposition services; that I have acted in
    compliance with the prohibition on contractual
15  relationships, as defined by Louisiana Code of
    Civil Procedure Article 1434 and in rules and
16  advisory opinions of the board; that I have no
    actual knowledge of any prohibited employment
17  or contractual relationship, direct or
    indirect, between a court reporting firm and
18  any party litigant in this matter nor is there
    any such relationship between myself and a
19  party litigant in this matter nor is there any
    such relationship between myself and a party
20  litigant in this matter; I am not related to
    counsel or to the parties herein, nor am I
21  otherwise interested in the outcome of this
    matter.
22
23  _____
    KATHY ELLSWORTH SHAW, CCR, RPR
24  Certified Court Reporter
25
```

Officer Derrick Burmaster
March 10, 2023

**A**

a-- 182:6
**A.M** 1:16 5:12
94:10,14
**abilities** 22:4
**ability** 8:16 267:10
**able** 60:12 66:20
67:12,18 81:1
82:13 89:16 95:7
96:23 97:10,18
99:9,23 101:4
110:2 121:25
122:12,18,25
123:3,5,14 124:3
124:4 129:25
165:6,10,12
244:12 262:4
265:19
**able-bodied** 258:23
**above-mentioned**
6:14
**absence** 51:3
**Absolutely** 22:5
42:6 53:24
**academy** 72:13,21
73:2,2,5,11
144:15 181:4,8
202:12,23 203:8
252:17 253:16
**accept** 230:14
**accepted** 16:18
**access** 40:22
**accident** 79:1
**accompanied**
258:23 267:3
**account** 197:23
200:13
**accountability**
204:17 253:8
**accurate** 7:6 83:25
97:7
**accurately** 235:7
**act** 260:4
**acted** 267:14
**acting** 102:3 194:15
**action** 1:5 5:10
77:14 78:21 79:16
117:5
**actions** 161:14,18
162:2 187:4 231:4
260:5
**activated** 37:13
**actively** 88:6 91:7
**actual** 267:16
**addition** 26:22
253:10
**additional** 62:18,19

62:21
**adjacent** 46:22 47:6
242:10,17
**administered** 267:6
**administering** 4:21
**administrative**
141:3
**admissible** 224:24
227:8
**Admissions** 221:7
221:18
**adult** 116:1,11,17
133:6 258:23
**advance** 8:22 9:1
262:25
**advancing** 141:4
**advise** 8:21 220:12
**advisory** 267:16
**affirmatively** 10:14
13:8 15:12 19:17
21:18 23:10,19
24:15 25:2,17
27:24 28:2 30:10
31:4 36:22 38:1
38:16 41:15,18
42:12 43:22 44:9
44:15 45:2,18
46:7 48:3,18 49:2
50:7,14 51:4,24
52:25 53:6,21
59:7,22 65:14,21
66:2 67:2 69:23
71:2 77:4 81:7
82:7 84:25 86:9
88:5,7 95:25 97:8
101:24 102:5
106:7 110:20
112:9,14 113:2,8
113:15 114:23
115:10,25 116:6
116:20 119:25
121:15 122:20
125:16 127:13
128:6 132:24
133:13 134:5
135:6,22 143:18
144:18 151:4,22
153:6 154:4,10
155:1,4 157:22
158:8,24 159:3
164:4,16 165:8
167:25 168:7
170:16 177:18
179:24 181:9,16
183:8 185:23
186:1,5,12 190:6
190:16 193:2

195:5,12 198:13
199:9,16 200:19
204:23 206:6,20
207:1,5,15,20,22
208:14,18 209:16
209:24 211:2
214:24 215:2,11
217:11,16 219:14
220:8 222:24
226:19 230:15,22
231:9 232:9,22
233:9,21 239:7
243:4 251:22
253:17
**aforementioned** 4:4
**afraid** 128:24 129:3
129:16 130:2,16
131:24 132:8
**afterward** 218:11
226:8
**age** 116:19
**aggravating** 154:25
**aggressive** 35:25
92:1
**aggressively** 102:12
**aggressor** 35:24
36:15,20,25 37:3
**agile** 59:20 92:13
116:7 123:3 129:9
129:24 165:19
249:4
**ago** 15:25 16:8
88:24 103:9
130:19 170:11
181:22 203:24
206:5 229:9,13
231:13 244:14
**agree** 9:12 32:12,16
32:17,21,24,25
39:22 51:3 124:19
157:7 175:10
208:13 231:6
244:17 245:9
259:13
**agreed** 4:2 30:20
45:8 46:16 59:3
59:15 75:18 79:18
98:2 100:7 102:2
109:22 120:10
121:9 124:21
131:17 151:12
152:20 156:2
163:11,15,20
168:10 171:25
174:25 175:5
179:10,22 184:25
187:24 190:20

196:22 204:17
208:6 214:17
216:14 229:17
236:1 247:13,23
**ahead** 70:15 179:16
257:1
**aide** 71:12
**aim** 91:8 99:20
100:1,4,8 111:22
111:25 112:8,11
113:1
**aimed** 111:18
112:24 183:13
**aiming** 99:18,20
100:6 112:3,3,12
**air** 177:5,14
**al** 5:7 247:15
**alarm** 142:23
**alcoholic** 175:18
**alert** 46:11 257:20
**Alexander** 230:17
**allergies** 8:15
**allowed** 47:25 96:5
105:25 106:11,18
107:21 108:25
109:14 166:11
196:15 197:5,8
**Almighty** 212:6
**Alpaugh** 2:7,8 6:6,7
13:10,18,25 14:6
14:15 17:4 21:17
22:15 25:4,9 28:6
28:24 29:4,10,14
29:18 30:1 31:5
39:7,15,19 49:13
70:7,18 77:23
78:2 113:24 114:4
114:8 115:13
117:20 119:3
126:25 139:24
140:9,18 141:5,17
141:23 142:9
144:9 145:22
146:15,20 147:12
147:20 157:14
160:10,21 172:22
173:14,24 175:7
181:25 182:16
184:1 186:21
187:25 188:24
191:25 192:9,14
192:19 193:3,11
198:16 205:13
209:1 213:21

214:3 219:25
220:11 224:14,21
225:7,16 227:4
240:25 241:11
244:24 245:15
246:4 248:6
249:13 250:15
252:19 257:13
263:10,15 266:7
**altercation** 16:13
16:16
**alternative** 32:22
**Amendment** 249:21
249:24 250:11
**Anada** 1:20 5:25
140:1,6,11,25
141:14,19,25
142:4 145:2,17
146:1,8,12,18
147:22 148:2
192:5,17 240:5,13
242:1 245:4
254:16,22 255:4
266:2
**angle** 62:9 63:8
**angry** 57:5 218:10
**animal** 10:13 35:13
55:16,17,18,23
56:1,4 101:14
105:21,21 123:10
123:13,19 179:7,9
229:7,11 236:7
248:15 256:5
264:18 265:22
**animals** 31:2 43:12
105:15,25 170:12
181:1,2,3,14
228:25 229:6,20
244:19 245:11
247:5,12,23
248:10 250:11
259:3 260:20
**ankle** 84:9
**ankles** 135:2
**announced** 54:21
54:23
**answer** 4:14 8:17
9:13 45:6 57:21
70:14,15 76:25
82:18 93:8 97:22
103:11,12,14
115:15 137:11
143:2 153:18
154:18 155:12,20
161:16 172:25
173:6,19 188:14
188:15 196:23

220:6,14
**answered** 70:9
92:25 93:10
152:21 183:18
220:1
**answering** 8:12
33:13 93:6
**answers** 8:1,7 9:5
93:5
**anticipated** 44:20
45:7 218:3,17,24
**anxiety** 11:4,6,9,12
11:16,19,22 21:1
21:1,7,10 211:25
**anybody** 12:2,3,4
23:22 28:3 41:13
58:7,9 72:19,22
72:25 73:9,14
107:25 140:21
148:15 192:1
209:13,15 211:13
226:21,23
**anymore** 18:8
189:19
**anyway** 80:24 176:2
241:1
**apart** 151:11,16
244:9
**apartment** 10:18
34:21 35:9 37:11
40:22 53:8
**apartments** 109:25
110:14
**Apollo** 95:9,11,18
95:21 99:11 100:7
101:6,9,11,17
102:16,20,23
103:15 106:10,17
106:22 107:21
111:10,11 122:10
128:25 129:4
130:15 131:4,16
131:23,24 132:8
133:2 175:19,23
176:4 178:8
184:10 189:16
190:23 191:1
222:11 223:4
224:7 225:15
226:23 227:24
228:10,18 229:15
229:20 235:8
244:9 249:3
260:23 261:8
**apologize** 31:22
78:6
**apologized** 185:3,12

185:18 186:2,7,18
186:19
**apologizing** 156:11
185:7
**apology** 186:14
**Appeal** 230:25
231:3,22
**Appeals** 230:7
**appear** 118:5
**appearance** 165:22
**appearances** 1:18
2:1 5:20
**appears** 32:13
258:18
**applicable** 175:14
**applied** 258:21
**applies** 258:17
**apply** 32:7 250:7
**approach** 46:24
**approachable** 239:6
**approached** 40:11
43:25
**approaching** 35:4
36:23 46:18
233:25
**appropriate** 46:20
47:4 87:14 168:24
**approve** 231:25
**approved** 232:5,6
**approximately** 9:24
19:14 121:8
151:11
**April** 256:4 260:12
260:23 261:9
**Apso** 126:7
**area** 32:18 41:14
47:24 96:7 106:20
120:9 129:1
164:15 179:10
193:25 194:5
**areas** 166:19 171:4
**arguing** 41:11
56:25 262:3
**argument** 56:25
**arm** 120:22 121:13
**arm's** 120:9,16
121:8,18,18
**armor** 163:2,4,10
163:13,15,20,25
164:7,14,17,25
165:3,17 166:2
171:16 172:19
173:11 174:16,16
174:22 175:3
**arms** 120:5 164:11
**Army** 211:16
**arrangement**

267:13
**arrangements**
267:13
**arrest** 16:15 230:5
**arrested** 15:18,20
16:5,10,23 161:8
229:8,13
**arrive** 37:19
**arrived** 33:16 34:18
226:5
**article** 102:20 103:5
115:8 267:15
**articles** 11:24 57:13
**articulate** 95:6
**articulated** 64:16
**aside** 217:22
**asked** 20:3,4,21,22
20:24 70:8,8
98:21 113:25
115:15 123:8
143:7 144:11
152:9,19,21 153:1
153:3,16,21,24,25
154:15 155:8
156:1 183:16
195:16 196:6,7
216:16 217:3
220:1,18 221:23
232:13 235:3
263:20
**asking** 25:5 39:5
57:16 74:20 88:22
116:15,16 142:15
154:5 160:14,22
205:14 212:16
220:10,23 225:1
249:7,11
**asp** 259:14
**aspects** 259:14
**ass** 85:13 86:17
105:11
**assess** 41:23 257:8
257:11 258:5
**assessed** 73:18
83:21,22
**assessing** 256:23
258:3
**assessment** 86:25
106:15 257:10
258:4
**associated** 198:11
251:2
**ASSOCIATES** 2:2
**assume** 131:1 198:5
**assumed** 10:17,18
**assured** 212:3
**attached** 243:6

**attack** 40:24 55:17
75:21 94:19
101:14 104:24
105:22 106:11,18
107:21 109:15
155:7 257:7
**attacked** 52:8 55:22
75:21 80:14 83:19
105:18 138:17
139:19 152:6,9
154:22 158:17
195:15
**attacking** 101:7
102:2 139:2,9,14
152:14 153:12,17
153:23 166:18,21
195:13
**attempt** 23:9
261:19
**attempted** 216:5
**attended** 202:22
**attention** 8:6,16
68:12 258:6
**attire** 196:10
**attorney** 8:25 22:10
22:16 23:13 57:16
**Attorney's** 1:15
5:14
**attorneys** 2:5,10,14
6:19
**au** 115:9
**audio** 140:14,20,20
141:2,18,20
144:24 145:11
147:5 148:20,22
149:11 150:22
**authority** 267:7
**autopsy** 115:6,9
116:23
**available** 32:23
85:6 264:23
**Avenue** 1:21 2:3,8
33:19
**avoid** 34:24,24
76:21 188:18
**aware** 9:21 50:17
50:18 84:15 95:8
95:10 140:10
185:9 207:23
213:2 217:2
230:24 231:2
232:3,14,19 233:4
**awesome** 254:4
263:23 264:3,14

                 **B**

**B** 3:9

**B1** 14:16 146:17
**back** 12:18 40:1
49:14 57:20 59:12
65:23 66:20 70:12
94:13 111:7
141:16 144:1,5
148:10 152:4
167:22 174:1,4,7
174:11 178:23
191:15,20 192:1
218:4 223:2,22
224:5 225:13
228:13,16 234:24
240:16 242:3
244:12 246:25
262:4 265:5
**back's** 151:24
**background** 15:3
**backup** 26:21
**backyard** 66:21
**bad** 52:3 54:5
184:20,20
**Baghdad** 211:17
**ballpark** 243:18
**bar** 213:3,8
**Barecki-Brown** 1:5
2:5 5:7
**bark** 102:1 103:6
262:24
**barking** 45:23
51:12,15,18,22,23
52:6,11,12 61:3
71:21,23 72:9,10
77:10 78:9,14
80:4,13 81:13
83:2,8,18 87:16
88:10 92:2,2
94:21 102:10,10
102:13,17,19,20
102:22,24,25
103:4,16 107:17
108:12,13 109:11
117:10 189:22
257:24
**Barnes** 252:22,25
253:5
**BARNETT** 2:7
**barriers** 258:9
**based** 121:10,22
150:24 151:11,17
**basic** 32:10
**basically** 122:11
206:9
**bathroom** 46:5
107:10
**Batman** 198:8
199:5

**Officer Derrick Burmaster**
**March 10, 2023**

**baton** 88:8 167:5,9
167:13,17,22,23
168:2,9,13,15,16
168:21 169:2,4,8
169:12,18,24
172:21 173:12
174:17,23 175:4
259:6 265:22
**battery** 15:21 16:5
16:11
**bearing** 235:24
**beat** 169:6
**Beau** 181:22,23
**began** 148:7
**behalf** 5:24 6:3,7
**behavior** 257:5
258:7
**believe** 10:15 12:16
34:19 37:10 67:8
67:23 69:11 72:10
84:13 86:23 94:18
95:19 96:1 103:2
107:22 112:6
115:11 120:7
121:20 140:19
144:14 159:18
160:4 179:23
180:11 189:4
191:12,19 201:12
203:1 217:5,5
226:10 229:1,3
254:20 255:22
**believed** 84:16
232:7
**belt** 62:4,25
**best** 85:24 114:21
114:21 144:13
152:7 169:10,17
185:17 186:11
189:10,20 265:9
267:10
**better** 10:20 169:19
**beverages** 175:18
**beware** 45:12
**beyond** 224:24
**big** 36:8 46:3
105:11,15 111:23
118:24 122:15
127:17 162:22
**bigger** 113:22
114:18,19,22
115:4 122:4
**biggest** 136:6
**bit** 10:25 26:1 52:4
63:12 66:25 67:1
71:9 75:9,22
77:14 78:12,16

79:16,16 80:2
81:4,15 82:1 83:5
85:20 86:16 87:10
89:24 91:12,16
93:12 96:6 112:22
113:14 117:6,18
119:24 125:12
129:14 131:15
132:14,16,22
133:5,8,15 134:15
134:23 136:7
152:1 164:5,13
165:2 169:25
177:25 246:1
**bite** 56:11,12 61:20
75:15 91:19,20
92:3,5,11,11,11
92:12,17,23 93:11
101:9 102:4,15
105:4 112:13
129:4 130:3,11,17
130:17 131:7,24
132:9 134:23
135:1 137:9 143:5
150:19 158:3
164:19 176:9,15
177:5,7,14 178:4
185:22 194:8,17
194:20 257:6
259:6
**biting** 129:12,16,19
133:25 136:5
167:2 170:3,25
171:8,15,23 172:3
172:9,19 173:11
174:15 178:8
**bitten** 56:12 63:12
128:25 131:10
134:7 135:12
136:2,12,15,18,22
137:1,12,16,19,25
149:3,15,25
150:14 156:23,25
157:17 158:4
188:19
**blame** 104:13 111:2
124:14
**block** 46:16 143:2
**blocked** 108:9
**board** 23:17 267:12
267:16
**bodily** 32:14 73:19
73:22 74:3,6
125:4 136:9
177:22
**body** 45:3,11
128:13 130:2

163:2,4,10,13,15
163:19,25 164:6
164:14,17,24
165:3,3,16 166:1
166:2 170:15
174:16 177:11
178:4
**body-worn** 37:12
37:15,18 39:11,12
183:17,22,25
184:11 191:22
**bolt** 61:12,13 65:7,8
65:13,23 67:18
94:23 116:9
**bones** 257:22
**bottle** 212:1
**bottom** 34:20 37:4,9
37:11 53:8 62:9
63:7 165:16
**bowl** 261:16
**bowls** 35:2 45:12
257:22
**brain** 156:5
**break** 8:19,21,23
93:23 133:16,20
147:9 148:14,17
**breaking** 12:5
34:12 36:18 37:25
93:17 163:14,19
167:12
**breathing** 112:4
**Brewer** 14:7 141:6
141:6 145:21,23
146:7 255:19
**brick** 84:13,17
**briefly** 61:9
**bring** 45:22 190:13
**bringing** 81:4
**bro** 67:14 68:5 86:6
103:11 104:18
114:18 125:15
134:25
**Broad** 233:20
**broke** 34:16 168:4
240:12
**brothers** 27:12
33:19 38:5 223:8
226:3
**brought** 23:23
132:13 162:5
211:22 245:16
251:3 256:6
**Brown** 1:5 2:5,19
5:6 6:1 10:6,7
107:3 240:2,3,19
242:13
**Brown's** 159:17

**Browns** 10:15 22:10
22:12,24 104:13
106:10,17 107:20
110:9,17,21,24
111:2,15 155:6,23
161:2,7 185:3
186:20 196:3
218:5,9 242:11,18
**Browns'** 11:15,19
11:23 18:20 31:18
32:1 33:14,21
50:2 195:17,24,25
242:22
**bu** 239:5
**building** 40:23
107:13
**Bull** 46:3 67:14
115:24 116:1,4,14
157:20
**bullet** 185:21
**bulletin** 251:24
252:3,6,8,16
255:10,13
**bulletins** 253:11,21
254:4,9,13 263:23
264:2
**bullets** 62:20,22
254:20
**bullied** 152:6,8,24
154:22
**bullying** 152:14
153:12,17,23
**bunch** 91:6
**burdensome** 224:18
224:22
**bureau** 132:4,8
135:19 155:8,25
252:18 253:8
**burglary** 142:22
**Burmaster** 1:7,14
2:10 5:5 6:8,12,18
6:24 7:5 14:4 30:7
39:23 127:6 139:6
146:7 193:24
197:19 198:2,3
221:7,18 225:12
245:20 251:15
267:6
**busy** 239:5
**butt** 128:7 264:5,7
**buy** 57:15 203:17
**BWC** 98:22
**bystanders** 259:23

─────── **C** ───────

**C** 2:8 5:1
**cage** 55:25 105:23

**calculable** 224:23
**calculated** 111:24
227:7
**call** 33:13 36:10,11
38:5,9,15,22
41:10,10,13,21,24
42:2,5,15,16,25
43:7 44:4 47:22
50:16,19,25 54:7
54:8 76:15 77:1
82:18 89:4 142:22
142:23 162:14
187:9 203:9 223:7
226:3 241:15
252:5 261:23,23
262:3,4
**called** 38:5 48:1
143:19 162:6,10
162:12 238:23
253:12
**caller** 37:15 41:8,11
262:1
**calling** 35:19
**calls** 19:22 41:5
42:8,13 57:21
74:17 163:4
186:15
**calm** 186:25
**camera** 37:13,15
39:11,12 45:4,11
50:6 170:15
183:18,22,25
184:11 191:22
**cameras** 37:18
**capture** 183:18,25
259:8
**captured** 37:14
184:11
**car** 16:7 24:22 26:6
26:10,20 33:17
34:6 52:18,18
123:15 170:14,20
230:21 232:8
244:12,13 262:14
**careful** 105:14
257:10 258:4
**carry** 167:9,17,19
172:20 174:23
175:3
**carrying** 167:5,13
**cars** 24:13,14,17,25
25:1 76:23
**cartridge** 62:1
**cartridges** 62:2
**case** 6:20 9:12,15,18
9:22 21:3 106:9
107:22 117:2

120:2 151:1
170:20 175:15
208:21 209:8,10
225:2 227:6,10
230:6,14,18
231:18 249:12
258:10 261:25
**cases** 230:10,11
233:8
**cat** 180:13,14,16,17
180:19
**cats** 106:1 180:22
**cause** 74:6 135:11
189:3 250:5
**causes** 157:6
**causing** 10:12 11:3
**cautious** 43:13
**CCR** 2:24 267:23
**CD** 233:19
**CDC** 233:13
**celebrating** 201:8
**center** 100:2,7
**certain** 91:18,22
92:3,4,17,22
94:18 262:13
264:22 265:12
**certainly** 23:21,22
33:5 58:25 82:12
89:17 117:17
141:1 145:5
157:11 184:22
204:11 205:8
**certificate** 200:18
200:21,23 267:2
**certification** 4:11
267:3
**certified** 2:24 4:19
6:14 267:4,24
**certify** 19:1 267:6
**cha** 230:14
**Cha-Cha** 126:7,12
126:13,13,15,16
126:16,20,22
127:10,15 130:10
**chains** 257:23
**chance** 67:7 91:8
93:16
**change** 167:22
187:4
**changed** 150:6,8
151:6,18,19 168:1
**Chap** 30:25
**chapter** 30:8,12
260:19
**characterize** 102:1
**characterized** 101:6
**characterizing** 65:9

137:21
**charges** 16:18
**Charles** 1:21 2:3
33:19
**charming** 58:11
**chased** 138:1,4,19
138:21
**check** 36:4 238:25
**checked** 108:19
**chest** 246:13
**child** 127:7 133:6
**chill** 55:8
**China** 227:14
**choice** 89:9 167:19
168:8 174:22
175:2 188:13
196:19
**choices** 79:21 98:5,9
98:12
**chose** 168:2 171:16
171:17 172:19,20
**Christ** 57:14 212:6
**cigarette** 34:6
**circling** 143:23
**circumstances**
189:3 190:11,19
**CIT** 54:15
**city** 1:8,15 2:12,15
5:13 6:4 76:13
106:1 139:1,1,8,8
139:14 170:3,8
171:8,14,22,23
172:2,3,9,18
173:10 174:14
213:25 251:16
**civil** 1:5 4:6 5:9
161:21,24 199:4
199:13,14 200:1
267:15
**claim** 93:9
**Clarence** 98:14
238:19,21 239:3
**class** 144:19 202:5
202:12,21,22,24
203:8,10,11 204:2
204:6,10 254:2
255:20,24 256:11
**classes** 15:5
**classmate** 203:6
**clean** 9:7
**clear** 124:18,24
**cleared** 73:3
**clearly** 139:19
141:4 210:25
**clients** 240:24
241:10
**clip** 139:17

**close** 33:25 46:4
53:4,11 59:13,18
60:5 84:1 86:24
150:18 217:20
218:11
**closed** 107:17,18
**closely** 25:19
**closer** 60:17 67:8
68:17 71:1 120:13
122:1,1
**closing** 236:8
**Cloud** 48:24 49:17
**co-counsel** 5:25
**Code** 267:15
**cognitive** 22:4
**cognizant** 179:8
**com** 187:7 241:16
**come** 35:6 41:6,8
43:6 44:11 46:8
48:2 53:25 54:25
61:10,19 62:4
67:22 68:3,22
87:11 104:23
110:3 143:9 171:9
190:3,3,7 191:16
206:24
**comes** 62:9 63:7,7
64:20 75:6 124:11
154:25 165:3
166:2 189:15
190:8
**coming** 34:24 65:25
67:20 68:13,15
69:25 70:6 71:18
75:23 80:21 89:13
90:4,17 91:2,7,25
92:1,5,8,9,16,18
92:24 93:13 94:24
94:24 102:9,12
108:13 109:11
116:2,12,17
117:11 120:6
123:11 129:24
137:7 143:8 236:7
262:22 265:7
**commands** 259:5
**commencing** 1:16
**comment** 199:10
200:22 211:19
216:17,17 217:4
**commented** 184:14
206:25
**commenting** 215:19
**comments** 38:9,11
38:15 216:2
**commit** 229:19
**committed** 161:2

219:20 231:5
**common** 47:24
**communicate** 12:2
209:14 212:7,11
**communicating**
240:11
**communication**
187:8 241:17
**communications**
222:10,18
**community** 109:24
260:3
**complainant** 41:10
261:24
**complete** 8:7 267:13
**complex** 35:9
**compliance** 267:11
267:14
**complies** 222:4
245:24
**comprise** 13:12
**computer** 159:6
252:4
**concepts** 256:13
**concern** 135:11
**concerned** 67:7
260:14
**conclude** 93:3
**concluded** 36:24
38:6 90:5 91:2
264:22 266:14
**concludes** 266:10
**confer** 233:24
**confident** 262:7
**confine** 104:16
**confined** 52:15
55:19 75:8 96:7
161:4,6
**confusing** 9:11
**consider** 35:8,24
40:17 112:4
116:19 137:23
149:21 150:2,4
158:6,11 162:20
190:18 203:13
**considered** 22:9
34:12 35:11 36:19
38:2 63:5,18,19
65:25 74:16 75:5
99:5 116:19
168:18 256:20
**considering** 150:25
158:10
**consistent** 116:25
256:9
**constantly** 152:5
**constitutes** 152:14

**Constitution** 229:23
230:4 232:11,15
232:20 233:18
249:21
**contact** 34:24 43:6
46:9 89:20
**contemplated** 10:3
10:6
**contemplating** 10:9
22:11,23 218:5
**content** 160:23
181:6
**contention** 244:5
**context** 7:17 194:21
199:7,21 200:6
202:15 204:16
208:10 250:13
**contingency** 79:5
79:13,18 262:11
262:12 263:2
**continued** 2:1 97:4
98:1 99:12 242:21
**continues** 258:13
**continuum** 258:14
258:20 259:3
**contractual** 267:14
267:17
**contradictory**
150:22 157:6,12
**conversation** 186:9
**conversations** 23:25
27:3
**convert** 63:13
**convey** 131:22
**convicted** 16:21
**cooperating** 195:21
**cop** 58:14,16
**copies** 192:12
**copy** 13:13,13 14:5
28:14 193:7 199:1
**cornered** 122:7
**correct** 13:2 16:22
17:2,21 27:5,6
30:16 31:23 47:13
51:12 61:16 64:18
64:19,24 66:14,17
68:11 70:19 75:13
80:17 81:21,23
84:9 95:12 98:7
98:12 100:2 101:7
101:21 102:18
103:21 104:14
109:4 119:18
129:5,12,16 130:3
163:5 167:3,10,15
167:17 173:13
174:18,20 177:2

185:7 196:8
197:10 231:7
239:15 251:18
259:17 265:17
267:10
**correctly** 37:12
91:9 201:9 243:1
255:23
**counsel** 4:3 5:19
8:20 234:7,9
267:20
**couple** 60:5 121:18
162:5 197:12
218:12,15 251:20
263:18
**course** 129:21 151:5
154:24 207:9
208:21 209:8
216:8 230:2
251:12
**court** 1:1 2:24 4:20
5:8,17 6:10,14 9:8
29:6 134:21
144:22 147:25
165:9 174:3,6,8
174:11 208:24
224:19 229:22
230:3,6,25 231:2
231:3,21,22,25
233:15,20 242:2,4
267:4,17,24
**courtesy** 9:6
**courtroom** 8:3
**courts** 232:2,10,14
232:19,23 233:1
**cover** 131:13
**covers** 164:14
**coward** 162:6,10,12
**crap** 35:15
**crashes** 7:19
**create** 203:12 263:2
**created** 17:18
202:13
**crime** 135:18,21
161:2 191:12,16
219:20 228:25
229:5,11,16,19
231:5,8
**criminal** 161:13,17
161:20,24 162:2
184:13 219:24
**crisis** 54:12,13
**crotch** 130:21 131:3
131:7,16,25 132:9
**cruelty** 228:25
229:6,19
**crying** 138:12

**crystal** 230:21
**cup** 166:7,11,14,17
166:20,25 167:2
172:20 173:2,12
173:21 174:17,23
175:3
**curious** 110:14
**currently** 18:12
180:16
**curriculum** 182:13
**cursing** 79:2
**cuz** 20:22 24:11
34:1 47:9 49:24
49:24 52:14,20
54:4 91:10 98:22
117:17 151:23
161:5 170:20
177:10 217:9
256:11

---

**D**

**D** 3:1,9 5:1
**D.A.'s** 230:13
**dad** 27:10
**daily** 251:24 252:2
252:5,7,16 253:11
253:21 254:4,8,13
254:20 255:9,12
263:22 264:2
**Dalliet** 25:21,22
**damage** 239:1
260:2
**damn** 54:1 76:18
**dangerous** 31:2
244:19 245:11
247:5,12,23
248:10 260:19
**dark** 27:20,21
209:12 210:13,15
**darkness** 12:1
**date** 115:2 235:8
**David** 252:22,25
253:5
**day** 1:16 16:4,10
43:21 73:4 118:14
131:23 144:1,5
151:3 153:11,13
153:15,16,19,20
153:21,25 154:5
154:17 175:18,23
176:4 201:10
222:12 223:4,5,9
224:8 226:13,16
238:21 239:4
246:11 264:11
**days** 218:12,16,23
**dead** 35:22

**deadly** 100:12
168:18 259:8
**deal** 58:17,24 59:2
**dealing** 260:19
**death** 32:15 73:19
73:22
**decided** 10:4 35:17
64:3 84:8 97:17
202:18
**deciding** 190:19
**decision** 61:13 82:6
86:8 87:18 88:3
91:15 122:8,24
125:11 170:19
184:10 236:9
265:8,9
**decorative** 52:23
**deeper** 53:5
**deescalate** 54:4,18
54:20 55:11 185:4
**def** 243:23
**defendant** 2:10 9:22
**Defendants** 2:14
**defenseless** 103:21
103:24 104:1,4,4
104:7
**defined** 267:15
**defines** 244:1
**definitely** 40:13
43:18 129:9 172:4
**deflect** 169:5,9,13
**delete** 215:22 216:2
**deleted** 249:8,9,12
**deliver** 40:18
**demonstrated**
164:12,23
**deny** 208:2
**department** 15:11
16:4 17:10 20:20
260:3
**depends** 91:5
162:21 163:8
190:10
**depicted** 235:7
**deploy** 248:14
**deposed** 197:2,9
**deposition** 1:14 4:4
4:16 5:5,12 7:15
7:18 9:25 12:22
13:6,24 14:11,21
14:24 31:17 107:5
128:24 145:20
164:9 266:10,13
267:14
**depositions** 7:20
14:11
**depressed** 57:10

**depression** 21:7
**Derek** 1:5 2:5,19
5:6 6:1 10:6
**Derrick** 1:7,14 2:10
5:5 6:7,12,24
25:10 115:14
160:24 182:1
193:12 198:2,2
221:7,18 266:8
267:6
**describe** 104:1
156:9,21 210:5
**described** 7:4 27:22
36:14 37:21 38:21
40:5 98:10 115:19
157:18 162:18
180:6 209:20
247:7,15
**describing** 66:5
204:15 231:23
**description** 192:24
202:11
**design** 202:6 203:5
203:12,16 204:21
**designate** 139:22
220:25
**designated** 28:12
**designed** 202:19
203:7
**desk** 19:3,6,8,10,22
19:24 25:15,20
57:25
**detective** 7:5,7,9
14:7 17:14,19,21
17:23 18:1,4,7
146:7 211:15
**deter** 168:22
**determine** 96:9
**determined** 97:15
98:24
**determining** 257:6
**diagnosed** 11:5 21:3
**die** 71:7,10 73:24
99:25 100:15,19
**dies** 101:5
**difference** 112:1
113:3 161:23
**different** 24:18 52:2
63:21 68:11 82:10
89:14 93:5,7,8
112:5,5 147:7
150:25 152:22
154:9 190:15,23
190:25 191:1,2
252:18 253:21
**differently** 156:13
187:11,19

**diploma** 15:4
**direct** 267:17
**direction** 66:14
69:8 101:21 102:7
102:9 154:12,15
154:19 238:24
239:1 267:10
**directions** 68:11
**directly** 62:8
**disagree** 235:9,11
**disappointing** 59:8
59:10
**disassociate** 217:12
**discontinued**
241:16
**discovery** 224:25
227:7 241:13
**discuss** 124:1
209:12 239:14
**discussed** 238:20
250:12 260:18
**discussion** 28:8
37:14
**disorder** 11:6
**dispatch** 37:21
171:4
**dispatcher** 261:23
**dispute** 115:20
158:17
**distinguish** 66:5
**distress** 151:20
**District** 1:1,2 5:8,9
233:19
**disturb** 110:9,9
**disturbance** 48:6
49:10
**disturbances** 54:11
**DIVISION** 1:9
**doctor** 11:8,12,16
11:18,22 21:1,4,6
21:13
**document** 14:3
28:16 182:7 183:3
193:10,21 201:17
221:15 250:14,16
250:21 251:2
**documents** 8:24
12:23 13:1,4,5,12
39:10 79:3 106:8
148:16 209:10
221:6,17
**dog** 11:15,19,23
12:7,10,11 18:20
31:21 32:1,13,19
32:22 33:1 35:3,6
35:7,15,16 40:14
40:24 41:20,21

**Officer Derrick Burmaster**
**March 10, 2023**

42:5,16,20,25
43:6,6 44:7,7
45:14,15,17,22,23
46:1,5,9 51:15,16
53:19 54:1,23
55:2,22,23 56:3,7
56:8,9,10,17,21
57:8 58:2 60:1
62:4,11,13 63:24
64:3,16,20 66:11
66:11,13,16,18,19
66:25 67:1,9,10
68:3,13,15,17
69:20,25,25 71:6
71:8,10,15,21
72:9 73:17 74:2,5
75:4,14,22 76:18
76:21,23,24,25
77:1 81:13 82:17
85:3,13,16,18
86:1,6,17,17,18
86:21 87:1,8,15
87:21 88:4,6,9
89:4,7,12 90:1,4,9
90:17 91:16,19,20
91:25 92:1,3,12
92:15,22 93:11,13
94:19,20,25 95:8
96:1,3,5,10 97:14
97:15,18 99:5,6,8
99:14,15,17,21,25
100:15,23 101:16
101:19,20,22
102:1,14,21,22
103:6,25 104:5,14
104:17,18,18
105:4,6,9,17,18
107:10 110:25
111:4,14,18,20
112:7,11 113:14
113:16,20,22
114:16,22 115:11
115:19 116:11,17
116:24 117:3,8,12
118:2,5,7,15,15
118:16,18,21,24
118:25 119:1,9,10
119:17,22,24
120:5 122:9,12,13
122:15,21 123:15
123:18 124:9
125:19,21,22,24
126:11,18 127:9
127:23 129:8,12
129:16,23,23
130:2,11,15,16,22
131:3,4,16 135:4

135:13,16 136:6
136:12,16,19
137:2,12,23 138:2
138:4,15,16,17,18
138:22 149:4,22
149:22 150:5,8,15
150:15,19,25
151:6,18 155:24
157:1,17,19,19
158:4,10,12,16,17
161:3,5 162:15,18
162:19,21,22
164:10,19 165:1,5
165:15,19,20,21
166:3,4 168:14,22
169:5,9,13,24
174:25 175:5
176:9,12,17,21,25
177:3,4,12,23
180:6,9 183:6
184:21 188:21,21
188:21 189:2,11
189:13,15,21,21
189:25 190:2,5,8
190:20,23 191:3
191:10,15,16,18
191:19 192:25
194:3,8,16,20,22
195:17 197:3,9
206:9,19 207:4,8
207:24 208:5
212:8,12 214:21
214:22,23 215:1
215:20 216:3
223:17,23 224:2
226:8 235:3,16,24
236:2,5,11 244:9
248:15,20 250:7
256:5,24 257:6,18
257:21,22,24
258:18,22 259:19
259:20,22,25
261:13,16,17,19
261:20,22 262:8
262:21,23,24
265:7,7
**dog's** 91:2 99:18
100:19 101:23,23
122:10 125:1
191:18 235:15,19
257:5,8
**dog-related** 182:8
**doggie** 109:9
**dogs** 10:11 31:18
34:24,25 40:8
43:23 44:17,21,25
45:1,7,13 46:11

46:12 50:3,6,11
50:16,20,21,24,25
51:2,3,22 52:4,11
52:16 53:20 56:23
59:2 60:18 61:3,9
61:16,18 65:5
66:8 67:5,15 68:8
68:10 69:1,2,7,9
69:13,21 70:6,25
71:18 75:6,23
78:9 80:13 81:4
83:1,8,18 89:15
91:6 100:16
104:15,16,23
107:5,14,16,24
108:11,24,25
109:3,7,14,21
110:1 122:8
124:13,16 126:3,5
131:5,10,14
132:14,16,20,23
133:5,10,16,25
134:8,15,22,25
135:4,9 136:2,7,9
136:18 137:6,17
137:19,25 138:22
139:1,8,13 143:3
143:15,22 149:16
150:1,15 152:1
155:7 156:23
164:6 166:18,21
167:2 170:3,5,24
171:8,14,22 172:2
172:9,18 173:10
174:14 188:12
194:15 207:12,17
244:16 252:8
256:19 257:9
258:7,21 262:9
**doing** 9:3 35:21
66:18 70:1,2
106:5 122:10
137:9 252:22
257:10 258:4
**dollar** 57:8
**dom** 76:14
**domestic** 15:21
16:11 34:21,13
35:19 36:1,11
37:22 38:3,7 76:5
76:7 170:13
**domestics** 33:22
**Donovan** 22:14
**door** 41:16 45:23,24
45:25 46:2,4,17
47:8,25 82:16
99:9 105:8 106:21

107:23,24 108:4
108:10 109:2,6,9
109:12 127:25
128:4 138:11
189:23,24 190:1,2
**doubt** 91:21 226:20
226:22
**downplayed** 113:20
**downstairs** 116:8
**downward** 62:9
63:8 180:3,4
**drink** 175:17
**drive** 142:25 143:7
**driver** 40:20
**driveway** 262:20
**dropped** 230:10,11
**drugs** 175:22,24
**dude** 112:12
**duly** 6:13 267:7
**dumb** 81:2 211:14
**Duplantier** 72:18
72:22,25 73:6,8
**duty** 19:6,8,11,24
76:12 138:22
164:6 166:11,15
190:22 243:19

---

**E**

**E** 1:7 3:1,1,9,9 5:1,1
239:16
**e-mail** 12:2 208:22
208:25 209:15,17
210:4,9,20 211:11
211:18 212:19,22
213:24 214:5
**e-mails** 208:19
209:9 211:6
212:17 213:6,11
213:15 219:6
222:8,19 223:3,23
224:3,11 227:12
**earlier** 27:22 59:13
89:2 90:2 99:24
128:23 142:15
164:9 180:6
220:18 226:5
232:13 250:14,21
**easier** 134:20
**East** 18:11 58:5
**Eastern** 1:2 5:9
**educational** 15:2
**effect** 260:12
263:22
**effective** 62:16 90:6
95:22 96:9,12
244:19 245:2,10
247:4,9,12,22

248:10 254:14,21
255:2 264:8
**egg** 152:2
**eggs** 151:25 156:5
156:19
**eight** 145:9 149:10
175:21
**either** 120:12
121:17 168:4
180:1 206:25
214:13 224:1
253:24
**elderly** 105:7,9
**ELDON** 1:7
**electronic** 198:25
222:10 259:7
**elicit** 93:7
**Ellsworth** 2:24 4:19
267:4,23
**embarrass** 57:11
**embarrassing** 57:13
**emerged** 108:21
**emotional** 11:1,2
**employees** 200:2
**employment** 267:16
**EMS** 104:24
**en** 260:22,22
**enclosure** 85:3
**encounter** 142:14
142:20 265:7
**encountered** 175:5
256:20 260:22
261:8
**encountering** 181:2
181:3 256:24
258:18
**encounters** 182:8
256:5,5
**ended** 12:5,8
**ends** 80:23
**engages** 207:3
**enjoy** 58:18 207:21
**enjoyed** 208:13
**ensure** 32:18 179:9
179:25 188:12
189:10,20
**ensuring** 89:7
**enter** 47:18 189:15
**entered** 47:13 50:2
62:11 108:18
178:13 187:12
262:6
**Entirely** 15:10
**entitled** 221:4,15
240:24
**entity** 267:13
**entrance** 53:5 122:1

**Officer Derrick Burmaster**
**March 10, 2023**

123:4
**environment** 257:8
    257:11 258:5
**equally** 257:7
**equipment** 173:3
**era** 181:11,13
**escalation** 258:10
**escape** 52:16 53:1
    66:1,21 75:8
    78:22 96:6 258:8
    265:20
**escorted** 191:17
**ESI** 213:24
**especially** 90:14
    105:15
**Esquire** 1:20 2:3,8
    2:12
**estimate** 127:5
**et** 5:7
**eth** 264:10
**ethics** 200:22 201:5
    254:1 264:10,13
**euphemisms** 129:3
**evaluate** 44:10
    79:20 85:6 96:13
    96:16,19 118:22
    118:23 176:23
**evaluated** 84:7 97:3
    97:25
**evaluating** 40:6
**events** 33:6,9 38:24
    39:1
**everybody** 10:22
    101:5 206:12
    257:3
**evidence** 4:17 48:5
    224:24 227:8
**evil** 71:4,5
**ex-girlfriend** 22:25
    23:11 239:13
**exact** 174:3 188:10
**exactly** 29:23 38:17
    38:21 77:7 165:16
    179:21
**exam** 117:12 235:18
**EXAMINATION**
    3:5,7 6:16 14:19
    17:8 21:21 22:21
    25:18 28:10 30:5
    31:9 39:24 49:19
    70:10,22 78:7
    94:15 114:12
    115:18 117:24
    119:15 127:4
    142:18 144:16
    148:12,23 149:12
    158:19 160:16,25

165:14 173:7
174:21 175:16
182:5,22 184:8
187:1 188:6
189:12 192:22
193:20 197:17
199:2 200:11
201:16 205:15,25
209:7 214:9 220:3
221:2 225:11,24
227:17 235:1
241:20 242:8,15
245:8 247:2 248:8
249:19 250:19
251:14 252:24
254:18 255:1,6
258:1
**examined** 6:15
**examines** 28:16
**exception** 130:14
**exclamation** 199:11
**Excuse** 179:14
    197:14
**exhibit** 3:10,11,12
    3:13,14,15,16,17
    3:18,19,20 14:10
    14:16 28:11,12
    29:25 30:4,7,7
    114:5,7,13 117:23
    117:25 118:25
    119:17 139:23
    141:12 145:4
    147:4,7 148:20
    149:9 182:4 192:8
    197:16 200:9,10
    201:15 205:23
    221:1 235:2
    253:24 255:9
    256:9
**exhibits** 13:23
    140:21
**exit** 178:21
**exited** 243:16
**expect** 60:15 102:14
**expectance** 61:18
**expectation** 135:7
    136:8
**expected** 61:18 62:4
**experience** 42:3
    48:13,21 156:17
**experiencing** 8:15
    11:1
**expired** 18:17
**explain** 195:3 257:2
    257:2
**explained** 40:16
**explaining** 63:16

**explanation** 63:14
**extended** 120:22
    121:13
**extent** 224:25
**extra** 62:25 76:6
    193:6
**eyes** 43:14 56:9

——————————
        **F**
**face** 198:8
**Facebook** 11:25
    12:14 57:12
    197:21,25 201:20
    201:24 206:1,15
    209:13 210:14
    211:1,19 216:1
    217:7 253:25
    263:21 264:13
**faced** 188:16
**facing** 120:12 184:5
**fact** 92:15 106:19
    184:20 230:10
    253:23
**factor** 257:6
**factors** 93:2 94:17
    95:4 261:21
**fail** 19:1 100:9,23
**failed** 18:23
**fair** 119:14 253:13
    259:16
**FALON** 1:8
**false** 109:16
**Falter** 239:16
**familiar** 30:11,22
    31:10,13 182:19
    228:24 230:16
    231:10,18,19,20
    251:23
**family** 110:3
**fan** 36:8
**far** 13:23 53:5
    59:17 60:3,8 67:6
    103:8 108:20
    110:11 134:14,17
    140:24 153:5
    247:10,19 260:13
**fast** 59:20 60:6
    61:11 65:25 67:9
    69:11 80:25
    102:13 113:18
    122:5 125:15
    129:8 137:8
    176:22,22 248:25
    249:3
**faster** 48:15 97:23
**fastest** 80:2
**fatality** 258:23

**fault** 55:15 106:5
**fear** 131:15 132:3
    167:1 194:16
**feared** 93:12 117:5
    117:6
**fearing** 194:20
**Federal** 4:5
**FedEx** 40:18,20
    41:1
**feel** 55:12,13,15
    56:18 82:20,20
    93:4 151:23 152:6
    152:8 155:17,22
    155:24 156:13,20
    184:20,23 195:13
    195:15 211:24,25
**feeling** 156:17
    157:5
**feelings** 157:2
**feet** 57:20 60:5
    86:19,19 95:1,2
**Felicity** 9:19
**fell** 69:12 94:25
    95:11
**felt** 85:1 103:23
    121:2 154:21
**female** 36:15,24
    37:2 38:11
**fence** 34:9 35:2,7,13
    35:18,20 36:13
    41:7 44:6 52:20
    52:21,22,24 60:1
    79:23,23,25 80:6
    80:10,17,19 81:17
    83:22 85:7,11,13
    95:3 96:4 97:18
    97:19 99:9 104:11
    122:6 178:13,19
    189:18 243:6
    257:23 262:14
**fenced-in** 41:14
    248:22
**fences** 189:19
**FERGUSAN** 1:8
**Ferguson** 21:6 6:5
**field** 18:12,18,23
    19:19,25 20:4
    163:4
**fierce** 115:23
**fight** 34:3 37:21
    38:6,10,13 58:9
    58:20 169:24
    170:1
**fighting** 38:11 87:8
    88:4 168:14
**fights** 59:2
**figure** 63:15 64:8

72:6 87:15 92:20
94:16 114:22
141:12 142:1
147:10 213:12
214:13,15 215:9
215:13
**figured** 44:24
    219:12
**file** 133:24 134:3,6
    140:17 141:2,10
    141:11 145:4,9
**filed** 5:7
**filing** 4:10
**fill** 24:12,25
**financial** 57:16
    267:13
**find** 37:7 39:4,23
    42:23 56:9 144:1
    187:7 192:20
**finding** 232:14
**fine** 161:15,19,20
    161:21 162:3
    191:17,19 219:23
    227:11 234:12
    245:24 246:11
**finish** 9:5 69:4
    77:24 83:7 134:20
    201:9 209:2 248:5
    248:7
**finished** 78:3 97:12
**fire** 85:25 95:18
    98:1 99:22 104:25
    122:17 179:21
    259:24
**firearms** 247:25
**fired** 83:24 87:17
    88:10 95:11,24
    96:8,14,15 97:2
    98:7,18,21 135:25
    154:16 178:6
    180:2,4 183:6,10
    183:14 204:10,12
    204:14 205:1,4,6
    205:11,17,19
**fires** 152:12
**firing** 78:15 80:4,13
    81:13 83:2,9,18
    85:5 95:22 97:4
    97:12 98:25 99:12
    124:20
**firm** 267:17
**first** 6:13 11:12
    42:15 54:3 61:5
    80:9 87:2 95:12
    95:21,24 108:18
    112:16 126:11
    153:20,25 193:23

**Officer Derrick Burmaster**
**March 10, 2023**

218:2,3,10,12,15
221:5,10,11,16
256:12,20 257:12
258:6 262:21,23
**five** 94:3,5 132:17
132:22 133:4,9,14
134:8,14,22 206:4
233:23 234:8
**Floor** 1:21
**flying** 69:2,9 70:25
**follow** 30:16 250:10
261:4
**follow-ups** 263:18
**followed** 56:2
105:24 261:11
**following** 168:5
174:10 244:17
245:9 257:19
**follows** 6:15
**food** 35:2 45:12
257:21 261:16
**foot** 69:11 71:11
85:15 86:18 99:16
99:19,22 100:4,11
100:23 127:1
176:17
**footage** 183:22,25
**force** 8:2 29:3,21
30:9 72:14 88:12
88:14 99:8 124:20
124:25 125:2
127:15 128:19
160:6,18,23
168:18 243:19,25
244:1,6 258:14,20
259:2,8 260:18,22
264:18
**forefront** 151:1
**foregoing** 222:17
267:8
**foreseeable** 20:13
**forgave** 196:4
**forget** 181:10
**forgive** 219:15
**forgot** 144:20
**form** 4:13 49:15
157:15 172:23
173:15 175:8
182:15 184:2
186:22 188:1,25
195:9 254:17,23
255:5
**formalities** 4:8,10
**format** 267:11
**forms** 93:7 152:22
**forth** 267:8
**forward** 184:4

**found** 188:10 218:2
229:22 230:4
231:3 232:2,10,19
233:17
**four** 17:13,16,18
105:1 132:17,22
133:4,8,14 134:8
134:14,22 170:11
244:14,15
**four-plex** 35:10
40:6
**Fourth** 249:20,24
250:10
**frame** 12:19
**free** 55:19 109:21
170:5
**free-roam** 105:25
**free-roaming** 43:12
104:17 108:24
**Friday** 1:16 5:11
**friend** 27:15,18
87:19 177:25
186:4 216:17,19
**friend's** 125:25
**friendly** 259:24
**friends** 27:8 58:13
185:16,17 186:10
186:11
**front** 23:16 33:18
46:12,15,21 47:8
47:11,25 55:1
110:11 178:17,24
189:14 226:2
232:21 240:1
256:25
**front-gated** 44:14
44:17,21 45:8
**FTO** 26:18,19
**fuck** 54:2 78:23
84:23 100:19
**fucked** 82:6
**fucking** 54:1
**full** 8:6
**full-size** 127:19
**fully** 8:12
**functionality**
212:20
**funny** 200:4
**further** 53:12,15
59:14,19,24 60:6
231:7
**future** 20:13

_____ G _____

**G** 5:1
**gab** 58:11
**gap** 107:18,18

121:12 236:8
**Gast** 181:22,23
**gate** 41:7,9,16 46:18
47:10,13,15 50:2
51:12,14 53:12,18
59:14,19,24 60:11
60:11,12,15,16
68:20,22 80:23
81:2,19 83:23
84:19 85:8,10
99:10 100:18
108:18 109:22
120:13,24,24
121:25 123:1,4
124:4,7 125:14,14
178:12,13,17,18
178:22,22,23
179:1,2 187:12,12
187:19 188:20
189:14,15 190:7
242:22 243:5,16
262:20
**gated** 106:20
109:24
**Gavel** 48:24 49:18
**generally** 171:7
**genitals** 166:7
**getting** 16:15 33:24
36:8 44:11 48:8
52:4 56:14 58:25
59:11 75:21 76:4
80:2 87:10 89:22
89:24 96:6 105:3
113:14 129:14
139:18 152:6,24
164:5 169:25
188:18 223:18
**gift** 58:11
**girl** 128:17
**girlfriend** 12:5 57:8
138:1
**give** 7:17 9:1,5 15:1
24:13 62:13 93:8
142:10 201:6
209:18 235:17
241:3,7 255:24
258:6 263:11
**given** 7:14,21 13:13
42:14 248:13
250:9
**giving** 8:6 144:7,8
151:21
**Gmail** 212:24 213:2
213:3,6
**go** 23:16,17 30:25
33:21 34:1 35:14
35:17,18,20 36:4

40:19 41:9,14
42:2 48:10 50:19
54:8 57:10,21
58:3 70:15 71:14
71:25 74:17 76:4
76:14,25 82:18
84:24 97:23 98:14
110:2,8 131:10
141:16 151:2
179:16 186:15
189:17,19 209:18
212:5 219:12,22
220:22 223:2,22
224:5,15 225:13
228:13,16 232:8
234:18 246:7,15
257:1
**goes** 230:6
**going** 10:2 20:10
35:1 36:1 37:1,7
40:9,20 46:22,23
47:6 48:5 52:7
53:9 56:11 58:15
59:12 61:18,19,20
63:25 64:4,17
65:15,18 67:3
68:19,19,22 69:20
71:9,13 75:9,14
75:21,22,24 77:8
78:15,16 79:11
80:9,14,14 81:3
81:14,15,25 82:1
83:6,15,19,19
84:18 86:16 88:25
89:13,20,20,23
90:16 91:3,12,19
91:20 92:3,4,11
92:17,23 93:11,12
93:13 94:9,19
97:16 99:7 100:19
102:4 105:4
107:15 112:22,23
113:4 117:6,9,18
123:5,25 124:9
125:4,7,8 129:4
130:11 131:7,15
131:24 132:8
135:8 137:8
138:10 139:17,22
142:24 143:1
147:7 148:19
153:4 155:14
158:3 169:23
176:9,14 177:13
177:21,25 178:3
187:9,23 188:8,22
189:25 194:8,17

194:20 197:16
199:3 200:9
201:14 205:23
217:1 219:11,13
220:25 228:7
234:3 241:1,15
260:20 264:17
265:6
**golden** 67:9 105:12
**good** 6:17 50:13
54:11 88:3 91:14
93:16 146:19
226:7
**gotta** 89:23
**gotten** 77:17 134:7
**grab** 45:24
**great** 146:4 147:17
**grew** 126:15
**groin** 193:24 194:5
194:9,17,21
**ground** 62:12 63:10
81:5 105:23
165:25 185:25
**group** 91:10 203:4
204:7 205:3
**group's** 202:11
**grow** 126:3
**growing** 126:5
**growling** 117:10
257:25
**guard** 193:24 194:5
**guess** 10:1 122:13
131:18 142:12
150:5,10 151:23
151:25 200:3
201:8 205:20
206:22 219:2
232:21 244:2
259:18
**guessing** 229:2
**guests** 104:25 105:3
**guidelines** 261:4
267:12
**gun** 61:15,21 62:17
62:24 64:4,17,23
65:3 89:10 91:3
99:22 104:6,8
112:6,7 121:24
168:25 169:18
183:6,10,13
188:23 259:7,14
264:24 265:3,15
**gunshots** 58:4
122:13
**GUSTE** 2:7
**guy** 144:19 181:22
216:18

**Officer Derrick Burmaster**
**March 10, 2023**

**guys** 195:6 251:13

---

**H**

**H** 3:9
**ha** 199:11,11
**half** 57:7 176:18
**hand** 87:7 89:22
  193:24 194:4
**handcuffs** 202:2
**handed** 180:11
**handgun** 63:13
**handle** 34:1 45:24
  63:21 74:19 76:4
  76:5 189:23
**handling** 54:11
**hands** 85:19 126:19
**hap** 55:14
**happen** 10:23 19:13
  57:23 58:3,22
  82:13 86:11
  108:25 133:5
  143:11
**happened** 9:20 10:2
  10:21 23:6,17
  25:14 34:22 53:24
  57:15 58:13 72:4
  72:21 91:12 95:15
  100:25 103:4
  108:7 110:8
  113:18 139:19
  152:17 159:17,19
  191:21 210:17
**happening** 55:14
  89:24 171:5
**happens** 105:17
  154:11 187:23
  188:8 189:22
**happy** 50:22 92:9
  93:13 101:23
  201:7
**hard** 103:11
**harm** 32:14 73:19
  73:22 74:3,6
  79:24 123:12
  125:4
**harmed** 82:2
**harms** 259:22 260:1
**hat** 198:10
**hate** 54:6 107:1
**hated** 53:23,24
**head** 15:12 38:18
  65:16,19 77:8
  81:11 97:8 103:3
  168:16 169:6
  211:6 222:24
  232:7 233:21
  248:3 251:4,6

**headed** 34:21
**heads** 9:1
**hear** 23:3,4 34:10
  34:11 36:1,17,20
  45:3,11,23 50:5
  51:15 58:4 148:24
  149:13 189:22
  257:3
**heard** 34:12 37:25
  51:12,18,22,22,23
  52:6,10,12 61:3
  71:23 72:10 87:16
  88:9 92:2 94:21
  102:10,19,25
  108:11,11 109:11
  122:13 138:6
  222:21 245:1,1
  256:21 262:24
**hearing** 77:10 78:9
  80:4,12 81:13
  83:1,8,17
**heart** 66:21,23
**heavyset** 59:23
**held** 17:9 28:8
  111:7
**hell** 82:19 138:10
**Helou** 147:23
**help** 15:13 71:13
  106:5 160:5 164:7
  166:17 167:2
**helpful** 66:7 199:1
**helps** 21:10
**HENDERSON** 2:7
**hereinabove** 267:8
**hereto** 4:3
**hide** 80:9,16 81:17
  83:21 85:9 122:6
  123:14,17
**high** 15:4 129:9
  164:11 165:16,22
  236:8
**higher** 17:16
**HIGHLY** 3:22
**hindsight** 187:4,10
  187:18
**hit** 62:12 63:9,10
  71:11 77:2 85:15
  89:18 99:22
  100:11,23 183:11
  185:20
**hitting** 85:18 87:7
  87:13,15,21
**hold** 45:24 160:15
  189:23
**holding** 71:15
  200:21
**holster** 61:16,22

89:10
**home** 33:14 50:3
  110:3 128:3
**honestly** 264:6
**HONORABLE** 1:7
  1:10
**hood** 170:14 244:13
  244:15
**hop** 60:1
**hope** 10:21 85:1
**hopeless** 85:1
**hoping** 61:8,9 99:21
  100:8,22 101:1
**hopping** 85:11
**horrible** 198:19
**hospital** 67:4 73:25
  75:10 78:13,16
  80:15 81:16 83:3
  83:10,11,12
**hostile** 256:20
**hostility** 258:19
**hour** 48:12,14,20
  49:6,12,21,22
  222:11 223:3
  224:6 225:14
  226:23 227:10,23
  228:9,18
**hours** 49:24,25
  175:21 196:13
  228:18
**house** 12:8 16:17
  33:21 35:1,5
  36:23 40:11 41:6
  44:5,12 46:12,16
  46:22,22,23 47:5
  47:6,11,25 48:9
  54:25 55:1 57:8
  57:15 105:11
  106:11,18 109:14
  110:11 125:25
  138:9 159:17
  170:12 178:24,25
  189:14 226:4,6
  228:7 239:22
  242:10,17
**houses** 44:13 46:25
  47:1,7,7
**hovering** 170:12
**huge** 170:11,12
**hugging** 71:15
**humans** 258:24
**humor** 206:18
**hundred** 58:4
  124:17 217:19,21
**hundreds** 243:22
**Hupin** 2:20 5:16
**hurried** 111:13

**hurt** 12:7 42:21
  53:25 79:24 82:1
  83:6 93:13 125:8
**hydroxyzine** 21:20
  21:23,25

---

**I**

**idea** 147:17,21
  162:5 200:5 201:5
  204:14 264:17
**identified** 14:8 30:6
  146:21
**identify** 145:4
  146:24
**III** 2:8
**illegal** 175:22
**illness** 8:10
**image** 198:7 202:2
**imagine** 85:2
  116:10
**immediate** 143:16
**immediately** 60:11
  61:6
**imminent** 32:14
  73:19
**impact** 22:3,6
**important** 177:10
  178:5 257:5,7
**imposing** 136:7
**impossible** 84:8
**in-service** 182:12
  182:12 253:13,20
  255:15 256:7
**in-services** 253:15
**incapacitation**
  62:15 247:18
**inch** 121:12
**inches** 86:19,22
  87:1 112:15,20,24
  113:6 121:19
  126:21,24 180:6
**incidence** 74:20
**incident** 9:19 18:15
  21:11 25:6,11,14
  55:14 58:2 98:15
  133:24 137:4,14
  137:19 138:23
  143:21 159:12
  163:1,11,20
  167:24 168:6,9
  172:14,17 173:9
  174:13,24 185:2
  185:10 192:24
  212:10 235:8
  238:18,20 249:8
  252:9
**incidents** 182:8

260:2
**include** 205:2
  257:19
**includes** 229:6
  262:12
**including** 259:23
**increased** 174:23
  175:4
**independent** 98:4,9
  98:11
**independently**
  198:14
**indicate** 31:25 35:3
  45:15 131:2
  257:18 261:18
**indicated** 35:16
  72:3 92:22 128:14
  130:16 131:6,15
  164:10 194:16
**indicating** 10:14
  13:8 19:17 21:18
  23:10,19 24:15
  25:2,17 27:24
  28:2 30:10 31:4
  35:5 36:22 38:1
  38:16 41:15,18
  42:12 43:22 44:9
  44:15 45:2,18
  46:7 48:3,18 49:2
  50:7,14 51:4,24
  52:25 53:6,21
  59:7,22 65:14,21
  66:2 67:2 69:23
  71:2 77:4 81:7
  82:7 84:25 86:9
  88:5,7 92:14
  95:25 101:24
  102:5 106:7
  110:20 112:9,14
  113:2,8,15 114:23
  115:10,25 116:6
  116:20 119:25
  121:15 122:20
  125:16 126:23
  127:13,21 128:6
  132:2,20,24
  133:13 134:5
  135:5,6,22 143:18
  144:18 151:4,22
  153:6 154:4,10
  155:1,4 157:22
  158:8,24 159:3
  164:4,16 165:4,8
  167:25 168:7
  170:16 177:18
  179:24 181:9,16
  183:8 185:23

186:1,5,12 190:6
190:16 193:2
195:5,12,25
198:13 199:9,16
200:19 204:23
205:17 206:6,20
207:1,5,15,20,22
208:14,18 209:16
209:24 211:2
214:24 215:2,11
217:11,16 219:14
220:8 226:19
230:15,22 231:9
232:9,22 233:9
239:7 243:4
250:22 251:5,22
253:17
**indication** 261:12
**indications** 45:13
**indirect** 267:17
**individual** 74:19
**ineffective** 61:23
62:7 64:6,20
89:19 90:9 244:20
244:21
**information** 34:17
36:18 240:23
**informed** 267:12
**injured** 52:21 59:5
60:2 83:16,20
101:4 125:9 134:3
135:8 174:24
189:4
**injures** 229:11
259:25
**injuring** 229:7
**injury** 125:5 136:9
177:22
**innocent** 203:16
**inside** 35:20 36:12
40:24 41:9 45:22
47:15 48:8 51:11
51:13 54:24
104:18 127:23
187:19 188:20
189:13,22 262:20
**Instagram** 197:23
197:24 198:3,5
200:13 211:20
253:25
**instances** 244:11
**instructed** 181:10
**Integrity** 132:4,7
135:19 155:8,25
**intelligence** 211:16
211:16
**intentions** 69:17

**interacting** 181:14
**interested** 33:24
267:21
**interpose** 224:15
**interpret** 205:9,12
205:18
**interpreted** 37:22
143:22
**Interrogatories**
221:5,16
**intervention** 54:14
**interview** 91:18
132:3,7 141:2,3
141:18,20 146:6
151:7 153:9
154:22 183:16
184:14
**interviewed** 110:16
**interviews** 154:9
158:21 161:1
162:4 187:3
**intramuscular**
62:14
**introduced** 140:21
140:23 141:1,21
146:16 192:10
**investigating**
135:20 170:13
**investigation** 37:5
**investigators** 50:1
72:2 130:20
194:12
**involved** 207:16
208:5
**involving** 174:25
**Iraq** 211:17
**iron** 52:24
**issue** 20:25
**issues** 11:2
**it'll** 97:23
**items** 36:17 37:25
175:14

_____
**J**
**jail** 76:9 212:5
219:22 220:22
**Jake** 216:20,23,23
217:3,14
**Jake's** 216:21
**James** 2:12 6:3
251:16
**January** 256:1
**Jesus** 57:14 212:6
**Jim** 94:1
**job** 12:9 16:4 17:1
35:21 41:5 54:10
57:20,25 133:9,15

134:4,15,23 143:1
181:2,4,14 183:6
183:9 191:5,7
**John** 24:3 26:22
27:2,2 206:12,18
207:2,18,24
**joke** 195:4,7 199:19
199:23 206:11,11
206:13,14,17
207:2,6,13,16
208:3,4,12
**jokes** 197:13 207:11
**joking** 195:20 196:8
196:22 197:3,10
**Jones** 1:20 5:14
145:21,23
**jovial** 92:9
**judge** 8:3 48:17,19
49:24,25
**Julia** 1:5 2:5 5:6
10:7
**jumbled** 156:18
157:5
**jumbling** 156:22
157:1
**jump** 52:17,18,20
59:25 80:6 83:22
95:2 96:3 122:6
123:15,16 129:9
164:10 165:15,22
166:4 170:14
177:5,13 244:13
244:14
**jumped** 76:22
**jumping** 52:21
80:17 81:17 85:7
105:6 177:1
262:14,14
**jury** 8:3
**justified** 124:18,24
125:2 244:6 249:1

_____
**K**
**KAREN** 1:10
**Kathy** 2:24 4:19
5:17 267:4,23
**keep** 39:4 43:14
74:20 90:24
104:18 161:3
**keeping** 27:25
**keeps** 25:24 26:3
**kept** 98:25
**kicking** 85:16 87:7
**kill** 74:5 99:14
104:12 110:24
169:7 190:9,20
191:10 206:8

**killed** 48:8 130:22
131:5 183:12
190:23 191:3
192:25 194:15,22
206:19 207:4,18
207:23
**killing** 207:7,12,17
207:24 208:5
**kills** 259:25
**kind** 58:10 124:12
162:21 184:19
195:4 201:7 264:4
**kissing** 35:5 44:1,4
45:16 46:10,19,21
47:5,9,13 242:10
242:17,21
**knew** 61:5 73:25
84:18 85:24 99:2
106:25 107:16
108:12 112:22
116:4 122:2
163:22 167:16
216:25 261:13
**knock** 45:23 49:1
105:12 240:15
**knocking** 105:6
**know** 8:20 9:15
11:7 12:7 19:3
21:5 22:13,19
23:6,18 26:17
33:25 34:13 35:4
35:10,22,22,23
36:12 37:4 38:13
38:17 39:4 42:1
42:20 43:2,11
44:24 45:4,19
46:8 50:8 54:18
54:22 55:3,8,16
56:24 57:3,6,24
58:8,12,14,20
60:17,23 61:9
62:1 63:6 66:18
66:22 67:13 68:18
69:16 70:1 71:16
71:24 73:7,7,8,9
73:13 74:7 75:19
75:23 76:6,24
77:5 78:24 79:10
80:2 81:5,20,24
82:3,22 83:4
84:14,24 86:5,6
87:23 88:24,25
89:12 90:22 91:13
92:14 94:21 97:20
99:10 100:4,20,25
101:5,22 102:19
102:22 103:8

105:1 106:23,25
107:1,3,3,8,12,12
107:15,25 108:6
108:12,22,24
109:10,24 110:5
110:10,13 111:25
112:10,13,23
113:4 114:24
115:22 117:4
118:13,14 119:8
119:20 120:1,11
120:11,19 121:11
123:2,5,25 124:9
124:10 127:7
128:7,17 134:14
134:17 135:2
136:14,15,17
137:21,24 143:10
149:19,22 150:10
150:18 151:1,14
152:17 154:19
155:2 156:6,11,20
160:18 161:23
162:22 165:18,20
166:7,10 171:12
176:14,24 178:3
178:23 180:17,21
180:22 186:8
196:14,23 197:24
199:22 202:13,18
204:18 205:5
207:19 210:11
211:10,17 213:5
213:10,18 214:12
214:18,25 215:3,7
215:17,24 216:15
217:23 218:22
223:15 228:6
230:1,8 231:24
232:16,18 235:4
239:20 243:25
246:9,11 247:6,10
247:19,20 248:2
249:20 252:14,20
261:16,17 262:1
265:5
**knowing** 115:12
119:20 120:1
**knowledge** 90:8
109:16 267:16
**known** 44:8 45:17
187:6 261:20

_____
**L**
**L** 1:6 4:1
**L-O-I-C-A-N-A**
232:24

**Officer Derrick Burmaster**
**March 10, 2023**

**L.L.P** 2:7
**la** 33:1
**lab** 191:12,16
**label** 142:11 205:23
**labeled** 29:22
**lady** 105:10
**Lakeshore** 138:9
**landed** 168:17
  176:16
**landing** 177:16,16
**language** 128:14
**large** 118:16 135:12
  136:3,12,16,23
  137:1,12,17
  149:16,20,21
  150:1,2,4,5 151:6
  151:18 156:24
  157:18 158:5
**larger** 66:11,16
  149:4 150:8 157:1
  189:16
**late** 33:23 36:6 76:4
  76:15 226:17,20
**laughing** 201:1,4
**law** 4:7 55:16,24
  104:15 105:20
  161:6
**lawsuit** 196:21
  218:4,17,25 219:8
  221:24
**lawsuits** 260:4
**lawyer** 12:24 13:1
  14:20 70:13
  148:14 220:10
**lawyers** 73:14,16
  195:24,25 217:22
  241:4
**lead** 76:2 224:23
  227:7
**leader** 91:10 144:2
**leading** 75:17
**leads** 107:21
**learn** 37:1
**learned** 34:18
**leash** 104:19 128:2
**leave** 40:20 97:16
  99:7 226:10 240:4
  240:6
**leaves** 240:8,19
**led** 10:15 93:3
  94:18
**left** 37:11 53:8
  179:2 188:13
  191:19 193:24
  194:4 205:4
  211:21 223:21
  243:13

**leg** 92:11 128:25
  129:13 135:3
**legal** 5:18 260:4
**Legs** 130:8
**length** 48:22
**let's** 28:20 39:4 94:5
  131:1 142:10
  234:18 255:7,7
**lethal** 88:11,14
  124:20,25 125:2
  127:14 264:18
**letter** 249:7,11
**letting** 107:9 109:2
**level** 233:15
**Lhasa** 126:7
**Library** 138:10
**lick** 75:23
**lid** 105:23
**lie** 117:9 135:21
**life** 56:16 57:7
  122:11 132:22
**lighting** 61:12
**lightning** 61:14
  65:7,8,13,23
  67:18 94:24 116:9
  176:21
**line** 3:23,23 179:21
  243:19 257:23
**lines** 262:17
**list** 209:21,25 210:6
  211:4,5
**listed** 115:8
**listen** 97:21 115:14
  139:16 144:10
  148:19
**listened** 150:9,21
  154:23
**listening** 247:16
**literally** 171:20
**litigant** 267:18,19
  267:20
**little** 10:25 26:1
  116:21 125:12
  132:19,19,23
  134:25 135:9,9
  164:13 181:17
  231:19 246:1
**Livaccari** 12:14,22
**live** 35:14 110:5,12
  110:15 239:18
**lived** 10:17 37:3,8
  57:7 239:19
**lives** 239:20
**living** 65:17,19
  229:7,11
**located** 1:15
**location** 38:12

**logo** 202:3,17 203:5
  203:7,12
**Loicana** 230:17
  232:24,24 233:2
**lol** 200:23 201:1
**long** 15:7 18:1 19:8
  76:5 88:24 93:25
  103:9 119:9
  130:19 151:24
  153:5,9 155:11,14
  209:13 218:8
  226:7,7 231:13
  243:21 244:4
**look** 12:22 13:5,14
  15:23 28:11 32:5
  34:25 35:2 55:24
  81:16 82:16 98:22
  103:12 110:8
  115:3 117:3
  120:17 137:8
  141:16 148:16
  151:13 159:8
  160:15,20 210:13
  223:2,22,25 224:5
  225:13 228:13,16
  243:20,21 247:14
  253:23 255:7,8,9
  258:9 261:12,16
**looked** 8:24 80:8,16
  83:20 97:14 98:22
  99:6 111:14
  114:22 122:5
  126:19 129:24
  178:20 193:21
  211:9 250:14,21
**looking** 29:17,19
  30:8 45:12 56:22
  107:25 113:16
  114:13 116:5
  118:4,10,12
  143:13 178:24
  236:7 249:5 265:5
**looks** 35:9 127:1
  182:19,23 199:12
**loose** 35:13 108:24
  108:25 161:5
**Lord** 52:7
**losing** 169:25
**lost** 57:9 168:4
**lot** 18:15 25:13
  43:12 45:10,22
  46:2 58:8 84:22
  85:23 86:13
  197:21 201:6
  202:8 211:24
  233:8
**loud** 79:1 201:2,4

**louder** 142:7
**Louisiana** 1:2,15,16
  1:22 2:4,9,14 4:20
  5:9 228:24 267:5
  267:15
**lower** 135:2 142:21
  143:4
**Loyola** 2:8
**LSU** 15:5
**lunch** 147:9 148:7
**lying** 93:9 212:4,5

**M**

**M** 3:1
**Mae** 126:8 128:8,10
  128:17,21 130:10
  138:5,11 248:20
  248:22,23 249:1,2
**Mae's** 128:13
**Mag's** 241:7
**Maggie** 138:12,19
**Magna** 5:18
**mail** 40:17 110:4
**mailman** 104:22,25
**major** 170:2,9,23
  171:7,13,22 172:2
  172:6,9,18 173:9
  174:14 261:10
**majority** 164:22
**making** 47:5,9 53:7
  85:10 96:2 104:13
  184:10 267:13
**male** 34:11 38:11
**male/male** 231:16
**man** 33:25 34:7,19
  36:16,21 37:10,24
  54:5,7 56:23
  57:15 58:15 60:10
  60:20 66:22,24
  67:11,11 68:1
  76:9 77:16 78:24
  79:2 80:24 81:10
  82:5,14,16,17,25
  85:2,4 87:11
  88:21 100:19
  103:9,19 104:12
  107:16 113:18
  125:11,14 136:13
  136:17 138:13
  152:4,7 155:13
  178:9 203:20
  207:18 219:12
**man's** 138:9 206:8
  207:7 226:4
**manner** 92:10,19,21
  105:19 128:5,12
  128:15

**mans** 24:11
**manual** 30:8,15,15
**March** 1:16 5:11
**Margaret** 239:16
**Marine** 59:21
**mark** 181:20 197:16
  200:9 201:14
**marked** 14:7 145:3
  145:5,16
**marksman** 112:5
**mass** 100:2,7
**material** 3:22
  174:10 245:22
**matter** 5:6 135:20
  267:18,19,20,21
**matters** 10:20
**Matthews** 20:6
**Matthews'** 20:16
**mean** 11:15 23:21
  24:17,19 31:17,25
  43:2 50:12 51:21
  55:7 56:7 58:3
  59:4 60:20 62:19
  72:17 73:6 80:1,7
  84:14 86:7 101:19
  102:7,7,8 104:1
  106:19 111:18
  117:2 123:10
  131:18 136:17
  143:17 152:4
  153:4 154:2
  156:18 161:22
  165:18,21 172:12
  174:2 188:19
  195:2 198:18
  205:10,18 209:17
  211:14 230:5,12
  232:19 233:15
  240:10 243:9
**means** 32:22 104:2
**meant** 210:19
  232:16
**measures** 261:15
**measuring** 119:8
**mechanical** 259:6
**media** 5:4 12:1
  27:23 208:20
  215:4,8,13,20
  216:4,8,14 217:18
  219:7 222:9,18
  228:15,17
**medication** 21:13
  176:3
**medications** 8:9
**medicine** 21:9
**medium** 158:16
**medium-sized**

118:15,18 135:16
157:20 162:17
244:9
**members** 110:3
**meme** 198:11
**memory** 22:7 243:3
**mention** 140:17
**mentioned** 8:14
156:4 262:13
**mess** 12:3 76:24
**message** 12:3
209:15 210:20
211:19 226:16
228:5
**messages** 208:19,20
212:17 214:11,16
214:19 215:4,8,14
219:6,7 222:9,9
222:19 224:1,5,6
224:11 225:14
226:1,13 227:19
227:23 228:9,16
228:17
**met** 251:17
**Metairie** 1:14
**meth** 230:21
**method** 44:11
168:23 267:9
**mic** 245:21
**mid** 116:13
**mill** 207:8
**million** 57:7 207:8
211:11
**mind** 37:2 38:14
57:1 74:21,22
81:25 89:1 122:2
123:6 124:1,3
137:6 149:19
151:2,25 152:2
156:18 177:20,21
**minute** 263:12
**minutes** 48:16,25
49:23 94:3 145:8
147:3 149:10
151:5,11,16 226:4
**mistake** 57:3 219:15
219:17
**Mister** 7:12
**misunderstand**
208:9
**misunderstanding**
208:11
**Mitchell** 98:15
238:19,21
**mode** 12:1,15
**mom** 27:10
**moment** 11:4 40:3

52:12 65:17,19,24
79:16 91:8 112:3
113:13 131:1
156:7
**month** 115:3 200:16
229:9,13 252:6,9
255:25,25
**months** 19:9 170:11
244:14
**mood** 102:4 103:10
**morning** 6:17,21
16:1 22:2 76:18
223:20 226:11
**mosquito** 185:22
**mouth** 27:25
**move** 67:9 220:16
245:20 249:3
**moved** 12:9 102:6
**movie** 206:23
207:19 208:13
**moving** 12:8 99:11
147:3
**multi-unit** 40:22
**multiple** 40:9 92:25
132:16 140:3
220:2

_____
**N**

**N** 3:1,1,1,9 4:1 5:1
**name** 6:18,23 23:22
24:19,21 95:9
126:10 140:17
141:10,11 144:20
145:4 181:23
202:13,19 206:4
216:21 251:16
**named** 130:5
**names** 26:5
**nasty** 216:16
**nearby** 54:9
**necessarily** 40:8
259:13
**need** 8:19 18:16
22:18 31:6 47:20
49:8 65:18 77:14
78:21,21 112:5
122:15
**needed** 71:6,8
191:16
**needs** 41:2
**negatively** 127:21
251:4,5
**neighbor** 138:17
**neighborhood**
179:13,17
**neighbors** 104:25
105:1,2

**neuromuscular**
247:18
**never** 10:23 16:21
54:6 57:14 126:16
126:17 127:22,25
128:3 131:9
136:18 149:3
156:25 173:2
183:11,11,12,12
210:19 211:6,12
251:17 256:21
**new** 1:9,16,22 2:4,9
2:12,14,15 5:13
6:4 15:10 17:9
18:10 20:14 44:13
44:16 48:14 58:5
76:13 139:13
168:5 170:24
171:14
**news** 11:24 103:5
217:1
**nice** 50:3,9,11,21
216:18
**night** 18:11 21:10
33:7,10,13,20
36:7 38:20,24
39:2 40:1,11,18
42:13 56:15 58:4
58:6 63:23 64:12
64:21 65:1 75:1
75:12 78:13,17
80:15 81:15 89:11
90:3,11,15 105:18
139:19 154:11
163:1,10,20 164:1
167:6,9,13,16
168:9 185:2,7
189:5 226:9,17,20
261:8
**nine** 119:4 145:8
**Ninth** 142:21 143:4
**nods** 15:12 97:8
222:24 233:21
**noise** 46:19 47:9
108:13,20 109:11
**noises** 35:5 36:1
44:1,4 45:16
46:11,21 47:5,13
96:2 242:10,17,21
261:19
**NOLA.com** 216:16
217:4
**non-lethal** 32:22
**non-PIB** 26:23 27:5
**NOP** 261:4
**NOPD** 5:7 30:8,14
30:15,19 50:1

73:13 144:6,8
163:5 166:6,10
167:12 179:6
181:1 194:11
199:15 202:3
244:1 247:3,10,21
248:3 250:10
251:21 254:10
256:18 259:10
260:8,17 265:21
**NOPD's** 256:23
**North** 1:14
**note** 144:23
**noted** 227:16
**notes** 14:23 145:15
**noth** 52:19 209:19
209:19
**notice** 179:3 243:5
262:21,25
**noticed** 243:10
**notifications** 209:18
**notify** 171:3,4
**Nowadays** 48:24
**number** 5:10 41:13
98:18 141:12
142:10 239:23,25
241:8,21,23 262:4
**numerous** 257:17

_____
**O**

**O** 3:1 4:1 5:1
**o'clock** 33:22 36:9
**oath** 4:21 7:24
267:6
**ob** 177:15
**object** 49:14 157:15
172:23 173:15
174:2 175:8 184:2
186:22 188:1,25
225:3 227:14
**objection** 70:8,13
182:15,17 188:7
188:15 220:1,13
224:16 225:3,17
227:5,16
**objections** 4:12
222:16
**observe** 178:18
235:23
**observed** 94:17
**Obviously** 204:24
**occasions** 24:19
**occupying** 53:10
**occurred** 193:18
214:4 246:22
263:13
**offered** 254:9

**office** 1:15 5:14
230:13
**officer** 1:14 2:10
6:12,25 7:1,12,12
7:14 9:4 10:24
15:8 17:2,5,7,11
17:12,12,13,13,15
17:16,18,18,20
18:10,13,19,24
19:20,25 20:5
26:23 41:14 42:3
43:20 54:12,15
58:24 59:1 69:5
74:24 83:7 85:22
90:18 93:24 94:16
114:14 117:25
120:4 123:12
133:9 134:2
148:13,24 149:13
152:12 179:7
191:8 193:23
194:15 200:16
201:17 202:2,20
203:7 211:15
221:3 235:6
248:23,24,25,25
251:15 257:4,11
258:5 259:21,24
263:20 267:5,6
**officers** 23:14 24:18
24:21 27:5 30:15
30:19 34:17 52:3
166:6,10 199:15
204:10 251:21
256:18 258:21
259:10,23 260:10
261:4
**officiated** 4:21
**Oh** 30:4 40:13
43:18 48:10 50:3
52:7 55:13 75:3
79:2 81:10 87:3
91:20 117:4,17,23
119:6 126:22
140:2 142:14
143:11 172:15
181:10 187:6
198:12 205:8
212:14 242:11
243:23
**Oh,I** 116:18
**okay** 6:22 7:1,9,14
9:2 11:11,14
12:17,25 13:17
14:3,14,18 15:1,7
16:8,13,18 18:1
18:18 19:5 22:6

22:18 23:8 25:3
25:10 27:1,7,12
28:11 30:4,14,22
32:9 33:4 36:14
37:17 39:6 40:5
41:25 42:14 43:9
43:19 45:20 46:10
46:20 47:12 49:6
50:24 51:10 54:16
55:10 56:3,6
59:12 60:19,22
63:19 65:5 67:15
67:20 68:15 72:11
72:25 73:10,17
74:1 75:11 76:10
76:16 77:15 78:19
79:17,20 80:3,12
82:24 83:14,17
84:3,6,11,20
86:25 87:5,9 88:1
88:20 91:17 92:15
93:2 94:16,19
95:4,14 96:25
98:4,20 99:4,17
102:23 103:7,18
103:20 106:15
109:19 113:21
115:15 117:19
118:14,22 119:12
120:4,8,21 121:1
121:17 124:2,23
125:10 127:3
128:8,23 129:7
130:7,14 131:1,13
131:20,22 132:2
132:11,18,21
133:20,23 134:11
134:13,19 135:24
137:20 138:21
139:12,22 140:13
141:10 142:3,17
144:21 145:8,23
146:11,19,19
147:3 148:19
149:9 150:7
151:15 153:15,20
153:23 154:21
155:15 156:4
157:4 158:1,14
159:7,14 160:5
161:12 162:1,4,9
162:19 163:1,9,22
164:24 165:5,23
166:6,14,23 167:5
168:12 169:15,22
171:2 172:1,8,16
175:12,25 176:17

176:20 177:3
178:2,10,16 179:4
179:15 180:5,10
180:13,19,23
181:12 182:21
183:5,21 184:13
184:19 187:2,10
187:14,22 189:8
190:12,22 191:14
192:8 193:21
194:19,24 196:5
196:11 197:12
199:13,19,22,25
200:7 201:11,14
201:22 202:1,10
202:24 203:2,15
203:18,22 205:21
206:7 208:8,15,16
208:20 209:22
210:18,21 212:2,9
212:18,25 213:5
213:17,20 214:2,8
214:15,20 215:16
216:6 217:3,6,8
218:2,15 219:3,10
220:16,20 221:21
222:1,7,15,23
223:2,11,14,16,25
224:13 225:6,21
226:15 227:16,21
228:12,15,21
229:5,10,15 230:9
230:16,24 231:20
232:18 233:6,12
233:23 235:11,14
236:4 239:12,21
240:22 242:25
243:12 244:3,23
245:13 246:15
248:17 249:6
250:9,13,23 251:9
251:11,19,21
252:1,10 253:5,10
253:23 255:16,21
256:2,8 257:1
260:16 261:1,7
263:18 264:9,16
265:25
**old** 128:11 162:19
**once** 21:1 51:11
68:23 133:22
137:5 155:20
183:11 187:19
213:8 219:7 252:6
**one's** 69:16
**one-man** 24:25
33:16

**ones** 20:14 62:25
**online** 252:4
**open** 43:14 45:25
46:2 82:15 105:8
108:4 138:11
190:1,2 260:3
**opened** 106:21
107:23 109:6
**opening** 80:24 81:2
81:19 83:23
107:24 109:2
120:14 189:24
**Operations** 30:8,14
**opinion** 123:23,24
149:22 150:5,7
151:6,18 169:20
171:13 172:12
231:21,22 232:12
235:10,12
**opinions** 231:24
267:16
**opportunity** 264:25
**opposing** 150:20
249:4
**opt** 62:17
**option** 33:1 63:2
69:20 76:20,22
85:24 88:16 90:1
91:13 119:21,23
169:11,17,19
176:11 189:6
259:21 261:25
**optional** 163:7,10
**options** 53:2 74:16
85:6
**order** 48:1 91:9
111:22 122:9
**organization** 200:2
**original** 267:3,4
**Orleans** 1:9,16,22
2:4,9,12,14,15
5:13 6:4 15:10
17:10 18:11 44:13
44:16 48:14 58:5
76:13 139:13
170:24 171:14
**outcome** 267:21
**Outlook** 212:24
**outs** 257:24
**outside** 23:20 39:9
48:2 56:22 82:16
128:1 138:5,7
187:11 226:6
261:24
**overhang** 243:13
**overturned** 231:8
**owner** 191:18

**owns** 56:7

**P**

**P** 1:14 2:10 4:1 5:1
6:12 267:6
**P.M** 148:6,8,11
234:21,25 246:21
247:1 266:12,14
**pace** 137:8
**pack** 143:3,13 144:2
**packs** 170:6
**page** 3:3,23,23
30:25 31:1 32:10
193:23 198:2
221:10,11 222:1
257:14,14,15
259:2,18 260:16
267:4
**pages** 193:12 267:8
**pain** 125:7 264:4,7
**pants** 74:11
**paper** 140:23
**paperwork** 133:24
134:3
**paragraph** 31:1,2,3
31:11,14 32:5,6
260:19
**parchment** 200:24
**parents** 27:8
**park** 125:19,22
**parked** 34:5
**part** 4:16 84:3 91:1
109:4 112:11
130:1 144:6 154:3
164:21 165:1
173:3 177:11
179:6 192:23
194:1 196:6,20,22
203:3,10 211:24
255:12 256:19
**particular** 12:22
27:18 30:23 44:5
44:21 112:11
167:1 235:16
**particularly** 183:20
184:17
**parties** 4:3 5:19
267:20
**partner** 10:12 16:1
16:3,9,14,15
26:19 90:24
123:11 226:5
262:7
**partners** 24:6,9
**parts** 39:1 40:1
178:4
**party** 267:18,19,19

**passage** 150:24
**passed** 27:10 33:22
200:22 254:1
**passing** 201:5
**patio** 84:14
**pause** 93:21 193:18
246:22 263:13
**pausing** 15:6
**paving** 84:7,9,12,15
84:17,21
**pay** 76:13 219:23
**paycheck** 76:14
**paying** 68:12
**PD** 261:4
**pedestrian** 179:2
**penetrating** 52:5
74:10
**penis** 129:4,12,16
129:19 130:3,12
130:17 132:9
134:24 166:18,20
167:2 176:9 177:1
177:6,9,14 178:8
**people** 19:23 32:18
35:14 40:9,17,21
41:11 43:14 44:16
45:21 46:2 48:9
53:9 58:12 59:3
72:14,16 104:24
105:6 106:6 110:1
110:5,15 118:8
139:2,9,14 170:3
170:25 171:8,15
171:23 172:3,10
172:19 173:11
174:15 179:9
187:8 190:1,4
202:8 206:17
207:4 209:18
215:19 216:10
219:13 226:18
249:25 257:9,20
258:25 259:1
262:2
**people's** 197:3,9
216:2 250:11
**perceive** 47:24
**perceived** 53:8
101:13
**percent** 124:18
217:19,21
**perception** 176:8
**Perdido** 1:15 2:13
**period** 19:6 209:14
226:7
**perp** 106:3
**person** 35:25 48:1

55:1 100:3 102:14
105:5,7 127:8
183:10,12,13,14
217:15 248:19
250:2 267:13
**personal** 90:8
150:16 213:1
267:9
**personally** 195:22
**persons** 250:1,3
**perspective** 124:25
**phone** 19:23 41:12
114:25 158:21,25
159:5,21,25 160:2
211:12 223:18
239:23,25 241:7,8
241:21,23
**photo** 159:20,25
**photograph** 198:19
**photos** 198:3
**phrase** 65:22
**physical** 11:2
117:12 123:12
176:24 235:18
259:5,8
**physically** 265:12
**PIB** 23:17,20 72:2
84:6 91:18 103:20
110:16 129:18
135:21 137:15
138:25 139:7
151:7 152:9 153:8
158:21 162:4
176:8 183:16
184:14 212:13
**picture** 12:6 113:23
114:1,25 115:1
118:13,23 119:7
159:2 200:20
235:2,4,7
**pictures** 210:16
**piece** 185:24
**Pit** 46:3 67:14
115:24 116:1,4,13
157:20
**place** 47:4 53:10
80:8,16 81:16
83:21 166:4
176:15
**places** 250:1,3
**plaintiff** 6:1
**Plaintiff's** 221:5,16
**plaintiffs** 2:5 5:24
6:19
**plan** 74:18 79:5,14
79:18 262:11,12
263:2

**planning** 263:4
**platform** 52:16,19
59:24 67:23
**plausible** 258:22
**play** 127:12 139:17
171:19
**played** 140:19
144:24
**playful** 128:5,11,14
**playfully** 128:11,16
136:5
**playing** 145:11
147:5 148:22
149:11
**please** 6:10 8:20
64:25 134:21
245:18
**plex** 105:1
**plural** 31:20
**plus** 45:15 53:16
62:6 79:25 89:19
121:18 125:8,9
168:16
**PMB** 2:4
**point** 37:6 38:14
47:2 49:20 52:2
93:17 97:17
156:23 182:24
199:11 242:22
243:9 249:6
**pointed** 37:10
111:25 113:1,5
166:1,3 180:7
**pointing** 12:25
112:7 113:7,10
133:2 164:15
195:24
**points** 261:10
**police** 6:25 7:1 15:8
15:10 16:3 17:5,7
17:10,11,11,12,12
17:13,15,16,17,18
17:20 18:10 23:14
30:19 32:12,17,21
35:19 52:18,18
54:21,23 55:3
58:23 59:1 74:11
74:17 76:23 90:18
104:24 106:25
133:9 139:5
143:19 159:13,15
191:8 194:15
202:20,23 203:6
211:14 244:12,13
262:14
**policy** 29:1,7 30:15
30:23 179:6

247:11,21,24
248:3 260:17,21
261:2,3,5,6
**poo** 184:15 261:17
**poor** 10:4,16,19
111:8
**popular** 207:13
208:12
**porch** 61:7 108:14
108:15,21
**pose** 32:14 133:11
133:12 143:16
**posed** 73:18
**possess** 55:18
**possibility** 26:15
178:8 261:14
**possible** 37:3
**possibly** 36:19 38:3
165:24
**post** 104:22 197:22
200:12 202:8
206:2 210:16
254:3
**posted** 12:6 199:10
200:20,22 201:19
201:24 202:7,9
206:2,14,16,23
207:13 208:4
**posters** 257:19
**posting** 203:2
207:11 208:2
264:12
**posts** 263:21
**potential** 40:6 90:20
177:16 260:4
**potentially** 8:25
76:6,15
**pounding** 66:22,24
**pounds** 116:24
180:18,20
**PowerPoint** 255:11
**practical** 248:14
**pre-written** 158:22
**precaution** 42:22
**precautions** 40:15
43:5 45:5,10 59:6
79:12
**precious** 56:9
**precise** 38:20,23
39:2 40:2
**prefer** 57:25
**prepare** 12:21 13:5
14:21,23
**prepared** 34:19
267:9,11
**preparing** 9:25
102:15

**prescribe** 21:14
**prescribed** 21:9
**presence** 257:21
259:5 261:18
**present** 2:18 5:20
40:8 46:13 51:1
257:18
**presentation** 255:8
255:11
**presented** 262:9
**presenting** 21:11
**presents** 258:22
**preserve** 219:5
**press** 7:4
**pret** 217:20
**pretty** 40:4 44:24
216:11 217:20
218:10 226:14
**prevent** 8:5,10
19:19 113:13
189:23
**prevention** 262:5
**previously** 89:11
145:3
**prey** 143:13,23
**price** 227:13
**principles** 258:20
**print** 49:4
**printed** 200:23
**prior** 64:22 65:2
79:10 90:3 192:18
**private** 12:15 47:15
47:19
**probable** 250:5
**probably** 10:19
22:25 26:3 29:5
73:25 110:19
115:1 118:3 122:2
124:8 132:17
139:3 178:22
180:18 182:25
201:21,25 203:20
206:3 214:13,15
215:9 216:5
217:15 223:7
250:12
**problem** 110:17,22
138:25 139:8,13
170:3,24 171:7,12
171:14,22 172:2,5
172:6,9,18 173:10
174:14 182:7
**problems** 58:22
111:3
**Procedure** 4:6
267:15
**proceedings** 193:19

240:20 242:12
246:23 263:14
**process** 19:18 64:10
64:12,15,23 65:2
89:3 90:3,5 91:1
149:23 150:11
153:10 154:3,7
161:13,17,20
162:2 204:19
219:24
**Produce** 222:8
**Production** 221:6
221:17 222:2,8
**professional** 15:3
253:7
**prohibited** 241:5
267:16
**prohibition** 267:14
**prompted** 11:21
**prong** 62:8,9,10,11
63:6,7,8,9
**prongs** 89:19,21
**property** 44:1 47:16
47:19 262:22
**protect** 122:9 124:5
166:7,17,20 167:3
**protected** 3:22
122:19 164:18,25
**protecting** 130:21
131:3
**protection** 258:10
**protects** 200:2
**proven** 244:18
245:10 247:11,22
248:9
**provide** 198:25
**provided** 209:21,22
209:25 251:20
253:15
**provides** 256:18
**provoke** 56:1
**PSAB** 253:3,4,7
254:10
**Public** 1:12 132:4,7
135:19 155:8,25
**Pug** 117:4
**pull** 26:20 34:7
61:21 64:4,17,23
65:3 89:10 91:3
188:22 213:9
**pulled** 34:15 61:15
121:24 124:11
**pulling** 26:16
**punished** 200:3
**pup** 161:3
**puppy** 115:3,6,20
115:21,23 116:12

116:16 162:13,15
162:16,20,24
**purchase** 168:5
**pure** 109:3
**purpose** 107:2
**purposes** 4:6
**put** 12:4,6,18 19:6
19:11 24:18 38:10
46:1,4 47:10
51:25 73:3 103:5
105:5 142:23
167:23 189:25
190:4 197:20
200:14,14 212:19
213:8 262:21
**puts** 252:15
**putting** 59:3 198:15

_____
**Q**
**question** 4:13 9:10
9:13 15:16 47:2
49:11,15 64:25
70:15,24 75:16,25
77:7,24 78:4 83:7
85:21 87:20,20
88:17 96:19 97:13
97:24 100:21
103:15 115:14,15
134:20 136:11,20
136:25 137:11
139:6 144:10
149:24 151:9
152:25 154:14
155:12,15,16,18
155:19,21,22
157:15 159:24
163:18 172:23
173:5,15 174:1,3
175:8 182:1 184:2
186:22 188:3
197:1,7,8 205:14
208:3 209:2
213:10 218:23
221:9,13 223:6,11
223:12 224:4,13
225:4,12 227:3
231:17 236:4,11
241:12 245:5,17
248:1 249:10
265:2
**questioning** 233:25
**questions** 8:11 9:5
39:5 66:4 69:5
88:23 93:6 97:22
97:22 103:9,13
152:9,13,15,19,22
153:1,3,16,18,21

153:24 154:1,6
155:9 156:1
160:14,22 195:16
195:20 196:6,7
197:12 221:23
234:6,7 245:18
251:11,13,20
263:7,16 265:25
266:6
**quick** 48:25 61:12
68:1,3 77:14
84:23 95:16 96:4
107:19 117:11
168:23 236:9
265:7,8
**quickly** 62:5 120:23
236:8 265:19
**quit** 144:20 205:4

_____
**R**
**R** 5:1
**R.S** 267:7
**R.S.14112** 229:1
**rabies** 74:8,13,14
75:1,6 77:19,22
78:8
**racing** 80:10
**radio** 143:6
**rampage** 207:25
**ran** 60:17 66:13
67:5,15 69:24
71:4 97:18 99:16
100:18 122:14,14
127:22 128:3
248:23
**random** 23:25
24:18 55:1 105:4
**randomly** 24:17
227:12
**range** 164:18
**ranging** 136:3
137:17 149:16
150:1 156:24
**rank** 7:2 17:16,23
20:16 163:8
**ranks** 17:9
**rapidly** 80:21
**rat** 135:9
**rate** 236:8
**Ray** 57:12
**RE-EXAMINAT...**
3:5 263:19
**reach** 92:13 120:5
120:10,16 121:8
121:18,18 176:25
**reached** 120:18
242:22

**reacted** 82:8,9
**reaction** 87:14
**read** 38:14 102:20
110:18 115:5
158:21 174:1,4,7
174:11 179:10
182:9 193:12,25
198:4 199:4,6,11
200:24 202:5
206:9 211:9 221:8
221:19 222:3,12
222:20 231:12,12
242:2 254:2,5
257:12,25 258:10
258:25 259:8
260:5,21
**reading** 4:8 193:1
**reads** 257:4
**ready** 33:20
**reality** 185:6
**realize** 10:2 247:16
**really** 25:24,25
26:12,13 67:14
103:19 111:12,17
126:1 127:24
131:18 134:9
135:3,10 154:2
157:4 239:14
241:3
**reason** 21:11 26:18
51:7 57:3
**reasonable** 262:11
262:12
**reasonably** 32:13
32:23 224:18,23
**reasons** 64:16
**reassigned** 19:2
155:10
**recall** 26:2,5,14,23
27:2,4,18 28:3
33:6,9 38:8 40:4
50:4,10 51:17,20
59:18 65:15,18
70:5 72:7,8 76:1
77:9,11,13,19
78:11,11 79:5,7
83:11,13 84:10,11
84:16,17,20,22,23
87:25 88:1,19
90:6 98:14,17,19
102:23 103:12,13
103:15 106:13
127:10 130:18,20
130:24,25 131:19
132:1,2,10 134:18
135:17 136:1,24
137:4,14,18

138:23 139:4,7
141:7,24 142:14
144:13 158:22
162:6,8 171:1
175:20 181:2,6
182:11 183:1,19
186:8 187:5
194:23 199:7
200:6,15 206:7
216:11,13 226:15
235:21 236:2,5,6
236:6,11,13 239:8
243:1,10,15
247:20 250:23
251:1 252:7
255:22 263:23
**receive** 125:7
177:22 248:18
252:13
**received** 181:13
183:2 255:18
**receiving** 136:8
182:11 183:1
**recertify** 18:16,17
18:23 19:25
**recertifying** 19:19
**recess** 94:11 148:7
234:22
**reckless** 105:8
**recklessly** 106:10
109:13
**recognize** 197:18
202:1 206:1
**recollection** 38:20
38:23 39:3 40:2
102:16 116:25
235:25 247:20
248:2 256:3
**record** 5:3 13:11
15:13 28:7,9 94:9
94:13 134:13
148:3,5,10 213:22
234:16,18,24
246:18,20,25
257:2 266:11
**recorded** 140:20
234:20
**recording** 140:14
**records** 57:17
**recruit** 17:11 20:1
26:9 202:20
**recruits** 20:23 25:1
26:6 34:23
**redirect** 251:12
**reenters** 242:13
**refer** 7:11 202:24
**referring** 136:4

137:24 199:14
203:3 254:8
**reform** 199:4,13
**reforming** 200:5
**refre** 243:2
**refresh** 243:2
**regard** 103:25
104:4 253:12
256:4,18,23
**regarding** 215:1
224:12 252:8
**regardless** 37:5
**regards** 250:11
**regular** 102:14
**related** 218:18,25
249:8 267:20
**relates** 258:25
259:3
**relation** 227:6
**relationship** 12:4
267:17,18,19
**relationships**
267:15
**relative** 224:10
183:17,24 184:9
209:10 228:6
**relied** 64:22 65:2
**rely** 157:4,9
**remain** 226:8
**remainder** 222:12
224:7
**remained** 226:9
**remember** 37:11
49:17 51:21 69:18
75:11,16,25 95:13
108:19 120:20
137:13 141:3
152:7 153:22
155:13,16 176:19
178:9,11 184:15
198:14 199:21
201:8 202:16
218:1 225:25
226:2,12 230:23
256:11
**Remind** 230:18
**rendered** 63:10
71:12
**repeat** 70:23
**repeatedly** 107:4
155:18
**repellants** 259:6,7
**rephrase** 165:23
191:2 227:21
**report** 139:5 159:12

Officer Derrick Burmaster
March 10, 2023

159:13,15
**reported** 2:22 131:9
170:17,22 194:4
194:19 267:8
**reporter** 2:24 4:20
5:17 6:10,14 9:8
29:6 134:21
144:22 147:25
165:9 174:4,6,8
174:11 208:24
224:19 242:2,4
267:5,24
**REPORTER'S**
267:2
**reporting** 267:9,17
**reports** 133:24
**reposted** 206:25
**represent** 5:21
251:16
**request** 5:14 221:7
222:7,20
**requests** 221:6,17
221:18,23 222:2
**require** 168:2
**required** 30:16
167:8,17 267:4,12
**requirement** 163:5
**requirements** 30:19
**reserved** 4:15
**residence** 239:19
**residential** 179:12
179:17
**resisting** 88:6
**resort** 33:2 259:21
264:19
**respond** 41:5
195:19 196:21
216:9 217:4
**responded** 159:16
216:14 217:18
**responding** 34:17
42:8 47:22 49:9
259:21
**responds** 257:4
**response** 11:1 20:7
190:15 196:5,6,20
196:22 222:16
232:25 250:25
**responses** 221:4,15
221:23
**responsibility**
105:15
**responsive** 222:19
**responsiveness** 4:14
**rest** 144:3 223:4,9
226:9
**result** 259:23 260:1

**retreated** 66:20
**retriever** 105:12
**return** 20:9
**returning** 20:11,25
**revenge** 207:3
**reversed** 232:1
**review** 39:10 72:23
231:6
**reviewed** 72:23
73:9 183:21
**revised** 28:20
**revision** 28:18
**ricochet** 113:10
180:2
**ricocheted** 185:25
**ride** 24:11 26:17
**right** 6:17,22 9:8
11:4 15:6 20:1
21:12 27:23 36:2
39:8 42:23 44:22
46:3,13 47:8,10
47:16 48:7 49:20
50:19 53:3,11
54:19 55:4 60:4
61:19 64:2,5,11
64:13 65:3,22
66:9 67:24 68:6
68:16 69:14 70:2
70:17 74:23 80:23
81:12 82:19 84:2
84:4,5 86:2,15,20
86:23,24 87:3,3
87:12 89:5,13
90:10,13,15,17,21
91:4 92:20 95:1,1
96:15 98:11 100:1
100:6 101:9 103:1
107:6 108:16
109:8,17,18,23
110:18 111:18,20
112:17,17 113:17
115:17,20 117:13
118:7,19 119:1,4
120:15,16,24
121:4,19 123:7,13
123:18,21 128:25
129:10,15,20,22
130:1,17 131:8
132:23 133:3
134:4,16 146:2
148:13 150:13,23
154:23 155:9
156:9 157:2
160:23 161:21
162:11 163:14,23
164:7,11,14,15,17
164:19 166:4

167:14,20 168:3
168:11 169:1,2
170:4,7 172:21
176:10 177:1,9,12
178:25 179:13,18
179:22,23 180:5
184:21 187:12,17
190:3,24 191:3,11
192:3 194:25
197:4 201:2 202:7
202:14 203:4,9,21
203:23 205:1,7,9
205:11,19 206:10
206:21 207:4,8,10
207:12,17 208:1
210:7,23 211:3,8
212:15 215:21
217:18 218:6,18
219:1,24 220:4
223:7,19 228:4,8
228:10,13 229:7
229:11 231:22,23
232:8,13,24 233:2
233:3 235:16,19
235:20,23 238:22
240:14,15 242:18
242:23 248:11,20
249:25 250:2
251:17 252:15
253:8 256:25
259:10 260:24
262:17,18 263:7
264:19 265:2,11
265:15,16,18
**risk** 32:18 41:21
59:3 105:3,5
174:23 175:4
179:9 180:1
257:11 258:3,6,22
**road** 26:21
**roam** 170:6
**roaming** 55:20
76:25 105:25
109:21 139:1,8,14
170:3,24 171:8,14
171:22 172:3,18
173:10 174:14
**Robin** 198:8,10
199:3
**ROBY** 1:10
**rode** 126:16,16
**role** 17:24,25 18:4,9
20:9,12,17,19
**Roman** 126:7
127:17,18,19,20
127:22,23 128:3
128:21 130:10

136:4 137:4
**romantic** 16:14
**room** 10:22
**Roquemore** 2:12
3:7 6:2,3 28:17
29:8 93:15,20
94:2 145:14,19,24
146:5,10,23
147:16 182:14
193:5,10,14
234:11,15 251:14
251:16 252:24
254:18 255:1,6
258:1 263:6,20
266:4
**Rottweiler** 126:8
127:19 138:8,13
138:19
**roughly** 7:20 13:9
42:7 120:9 180:17
218:8
**round** 95:24 97:12
**rounds** 96:14 98:24
100:9 104:11
180:2
**Roussell** 24:3 26:22
27:3 34:4,7,14,15
34:20 52:1 53:1,3
53:4,11 59:13,17
60:4,8 67:18
68:20,20 69:17
80:24 82:9,11
107:8 120:4,12
121:1,7,23 122:16
123:20 124:12
141:15,21 179:20
180:1 185:9,13,15
186:2,19 212:12
235:6,9 243:15
**Roussell's** 39:11
68:21 120:17
**routes** 258:8
**RPR** 2:24 267:23
**rubbing** 245:22
**rude** 240:18
**ruined** 56:15,15,16
57:7
**rule** 163:22
**rules** 4:5 56:2
105:24 163:12,14
163:19 167:12
168:1 261:3
267:12,15
**run** 53:19 56:21
60:15 66:16 74:22
81:2 82:11 84:8
101:17,20 125:21

125:24 126:13
127:20,24 128:8
128:12 144:4
**running** 53:17,18
56:23 69:1,7
71:22 72:9 75:7
84:7 85:3 94:20
101:14,25 102:13
102:17,24 103:16
121:6,16 127:10
127:12 138:12
177:4,13 190:8
244:9 248:24
262:15 265:5
**runs** 188:22

S

**S** 4:1 5:1
**safe** 42:20 46:6
90:24,25 112:19
142:11 181:15
**safely** 99:3
**safety** 19:25 23:5
43:20 74:24 117:6
**salient** 259:19
**sarcastically** 264:4
**Satan** 194:25
195:11
**save** 4:12 85:25
96:6 174:1
**saved** 122:10
**saw** 7:4 21:1 52:11
61:16 82:9 107:12
107:16 108:2,4
114:21 115:7,19
117:4,8 120:22
121:10 141:7
191:10,13 262:23
**saying** 36:4 56:3
59:13 79:6,7
98:19 118:8
126:20 130:24
131:19 139:4
151:17 184:15
199:3 204:12,13
207:6 226:22
231:6 254:13
263:25 264:3
**says** 55:16,25 103:5
104:16 105:20
182:7 193:23
194:25 198:2
199:5 202:4 206:3
206:8 222:2,8,17
222:23 247:21,24
248:3 254:1
**scan** 258:8

Officer Derrick Burmaster
March 10, 2023

scanned 210:11
scare 107:8 143:7
scared 51:25 52:1
  66:24 81:25 82:12
  122:14 124:9,16
  143:10,20 158:3
scary 57:18 207:3
scenario 190:13
scene 49:5 223:10
scheduled 147:23
SCHLESINGER
  2:7
school 15:4
scope 224:24
scrambled 151:25
  152:2 156:4,19
scratch 101:11
screaming 37:24
  138:7
screen 243:6
scroll 215:5
Scumbag 198:11
scurried 68:24
scurry 77:2
seal 267:4
sealing 4:10
search 48:10,12,14
  48:23 49:5,7,9,12
  49:21 208:22
  209:9 210:1,3,4,6
  210:9,10 211:4,5
  211:7,9 212:18,9
  212:20 213:3,6,7
  213:11,11,14,15
  213:23 214:4,10
  214:11,16,17
  215:3,7,13,14
  232:3,8 250:4
searching 48:4
second 82:5 85:11
  86:4,7,7,14 95:23
  96:8,16,21 151:3
  154:5 258:8 265:4
seconds 145:9 147:4
  148:21 149:10
section 1:6 260:17
secure 249:25 250:2
see 11:12,16,21
  28:20,25 31:1
  32:9 34:1 35:6,15
  36:4 45:14 47:2
  48:5,10,11 52:13
  53:9 56:22 57:10
  60:13 61:4 74:20
  76:24 77:1 80:8
  82:8 95:22 107:25
  109:5,6,12 110:8

111:10,17,20,23
117:4,25 118:12
118:20 119:7
120:18 148:15
160:9 165:19,21
170:18 171:18
178:21 179:1
182:6 192:21,23
194:1 198:1,12,17
198:18,23,23
200:12 201:17
210:14,25 221:3,9
221:14 222:7,13
222:15,23 224:5
225:13 228:17
235:15,19 243:8
243:12 254:6
258:14,14
seeing 108:10
seen 11:8,18 119:17
  180:19 207:19
  256:13
seizure 250:4
self-latching 124:10
send 49:3 209:18
  210:12 224:10
  225:23 226:1
  227:18,22
senior 6:24 7:1,12
  17:2,5,7,13,15,18
  17:20 18:10
sensation 62:14
sense 48:11 170:1
  184:24 204:7
  206:17
sensitive 3:22 129:1
sent 211:6,13
  214:19 222:10
  224:6 225:14
  226:12,16 228:9
  228:17 249:7,11
  249:14,16
Sergeant 20:6,18
  72:18
series 14:11
serious 32:14 73:19
  73:22 74:3,6
  123:11,19 125:4
  136:9 259:25
  260:2
seriously 83:16,20
  135:8
service 19:22 33:14
  41:6,22 42:3,8,13
  42:15,16,25 43:7
  44:4 47:23 50:16
  50:20,25 57:22

199:4,13,14 200:1
services 5:18
  267:14
set 221:5,16 267:8
Setting 217:22
seven 18:3
shake 11:3
shakes 251:4
shaking 10:25
  128:7 251:6
Shannon 145:20,21
  145:23 255:19
shapes 152:23
shared 12:9
sharing 241:10
Shaun 21:5
Shaw 2:24 4:19
  5:17 267:4,23
Shawn 1:8 6:5
sheet 182:7
Sheila 20:6,16
shift 42:9,14,18
  43:17 175:21
  255:7
Shih 67:11,11
  116:21 126:8
  249:2
shirt 194:24 195:20
  196:8 197:4,10
  204:4,6 245:21
  246:16
shit 100:19
shit's 143:11
shoes 156:12
shoot 10:12 32:13
  32:22 42:4,16
  43:6 56:17 58:6
  58:21 62:7 69:22
  76:17 85:14 86:6
  90:1 91:16 97:17
  100:5 104:14
  112:6,19 119:21
  119:24 122:9,15
  143:15,25 144:3
  180:7 184:10
  188:23 190:8,20
  216:3 248:19
shooting 11:22
  18:19 19:5 21:2
  23:2,9,12 24:4,7
  24:10 25:23 26:7
  26:9,11,24 27:4,9
  27:16,19 28:4
  31:14,16,18,24
  32:1,7,19,25 33:7
  33:10 34:24 40:14
  41:20,21 42:25

54:25 55:1 63:24
64:2,13,22 65:1
75:2,12,18 76:2
76:21 77:10 78:9
90:16 100:3 111:3
112:10,16 122:21
124:19 152:10,19
153:2,15,25 155:9
156:1 159:18
160:3 162:13
167:6,9,14 171:16
172:14,17 173:8
174:12 179:7,8
184:21 194:3
195:17 196:7
197:2,9 215:20
216:3,24 218:8,13
218:16,18,24,25
222:11 223:3
224:7 227:12
228:18 243:24
249:1 259:19,20
265:15
shootout 58:7
shoots 62:8 259:22
short 15:2 52:22
shorthand 31:19
shot 11:15,19 16:1,2
  16:4,7,9,15 31:21
  54:23 55:2,2 56:4
  62:5 66:19 68:23
  71:3,4,5,6,8 73:18
  75:4,15 85:25
  86:18,22 87:2
  88:10 91:14 95:12
  95:20,23 96:8,16
  96:21,22 97:1,2,5
  97:24,25 98:2
  100:22 101:5
  111:10 112:22,24
  113:5,17 114:16
  115:21 118:2,5,16
  122:23 130:15
  131:23 162:24
  175:19,23 176:4
  188:18 190:23
  194:5,14,22
  223:17,23 224:1
  225:15 226:8,23
  227:23 228:10
  229:15,20 239:2
  259:24
shots 87:17 98:5,12
  178:7
shoulder 202:3
show 51:8 58:15
  72:3,4,5 145:15

213:4
showed 138:14
  253:25
showing 119:17
  235:24 236:5,11
shown 14:4
shows 259:2
shrapnel 185:24
  186:3
shrinks 57:11
shut 12:13 27:25
  36:9 60:11,16
  99:9 124:7,11,11
  199:5
Sibley 1:14
side 26:21 34:8,9
  35:13 68:21
  120:13 245:21
sidewalk 40:21
signature 267:3
significant 260:1
signing 4:9
signs 45:13 257:17
  257:19
simple 15:21 16:5
  16:11 69:1
sincerely 264:1,14
single 258:22
sir 146:9 153:22
  156:21 188:3
  193:17 195:1
  196:17 197:5,11
  230:3 244:7 263:9
  265:1 266:5
siren 77:2 143:8,20
sisters 27:13
sit 165:6,10,12
  169:23
sitting 16:7,9 20:2
  21:12 33:18 39:25
  46:3 59:9 67:3
  78:13 106:3
  156:10 190:3
  212:4 226:2
situation 52:3 54:5
  55:11 58:19 89:14
  89:16 90:14 91:5
  164:8 185:4
  187:22 188:8,11
  188:16 190:14
  256:24 258:7
situations 58:17
  63:21 261:15
six 18:3 128:11
Sixth 42:10
size 111:11 113:20
  116:4,13,15,19

**Officer Derrick Burmaster**
**March 10, 2023**

117:4 136:3
137:17,24 149:16
150:1,15 156:24
168:22 188:21,22
235:7
**sizes** 150:25
**skimmed** 211:4
**skin** 133:16,21
**skipped** 257:14
**slammed** 60:11
120:24
**slapping** 198:8
**slaps** 199:5
**slide** 255:8 258:2
**slides** 258:14
**slowed** 197:21
**small** 59:20 118:7
118:15 119:1
125:6 127:9 133:5
133:10 136:3
137:17,23 149:16
149:20,22 150:1,4
156:24 158:6,10
158:12
**smaller** 66:11,13,19
67:10 68:23 69:10
71:8,21 72:8 74:2
74:5 116:4 125:1
127:8 132:25
150:15 157:19
**smart** 211:14,17
**smarter** 211:18
**smoking** 34:6
**Snap** 216:22,23
217:3
**snapped** 137:5
**social** 12:1 27:23
208:20 215:3,7,13
215:20 216:4,8,14
217:18 219:6
222:9,18 228:15
228:17
**sold** 239:22
**somebody** 12:6,19
35:12 44:11 49:3
55:17 56:1 76:8
82:20 103:5
105:22 195:9
203:17 206:19
207:23 211:21
214:23 216:15
227:12 229:8,13
230:5
**Somebody's** 48:8
**somewhat** 179:22
238:21 239:13
**son's** 105:11

**sooner** 88:22 97:21
**sorry** 54:3,17,20
55:6,10,12,13
60:8 86:21 88:13
92:25 96:12
100:17 122:22
138:14,15 155:15
173:17 176:13
179:14 184:23
209:4 224:17
**sort** 21:7 89:3
243:12
**sought** 4:17
**sounded** 34:1
**sounds** 38:19 57:5
84:1,1,2,5 131:4
139:10 146:2
231:10,17
**space** 52:15 75:8
78:20 150:16
**SPCA** 171:3,4,6
**spe** 129:18
**speakers** 142:5
**specific** 15:17 43:23
76:10,19 77:6
88:23 103:9 130:1
130:5 137:4,14,18
138:23 142:14,19
160:14 178:7
181:18
**specifically** 4:9,11
42:24 55:25 74:25
129:3,11,15
132:10 177:8
**speculation** 109:3
**speed** 80:25 102:7,9
236:8
**spend** 80:15 81:15
**spiky** 79:23
**split** 82:5 85:10
86:4,7,7,14 265:4
**split-second** 87:18
122:8 125:11
**spoke** 72:20
**spot** 38:18 142:8
177:16,17
**sprint** 123:4
**squeeze** 112:4
**St** 1:21 2:3 33:19
**stack** 13:1,11,19,20
13:22 14:9 39:10
**staircase** 80:23
**stairs** 65:6 66:8
67:17,20,22,25
68:8 69:3,10,13
71:1 243:13
**stairwell** 80:22

**stamp** 115:2
**stamps** 151:12,13
151:17
**stand** 137:6
**standards** 32:11
253:8
**standing** 100:25
108:11 120:9
154:12,16,20
169:25 179:20
238:25
**stands** 72:12 201:1
253:7
**stare** 111:12
**start** 74:17 108:12
**started** 34:6 51:19
107:17 112:16
120:5 143:1
153:11 242:9,16
**starting** 53:17
145:8 148:20
149:9
**state** 4:20 5:20
232:23 233:2
267:5
**statement** 13:14
14:5 71:17 140:20
149:18,25 158:22
159:4,11,23 160:6
160:9,18,23
209:19 244:18
**statements** 150:8,21
150:23 151:10,16
151:19,21 157:5
157:10
**States** 1:1 5:8
**station** 20:2,2 43:11
49:4 159:6
**statute** 229:4
267:12
**stay** 42:20
**stayed** 110:11
**stays** 62:3
**steel** 52:24
**stenotype** 267:9
**step** 72:1,1 240:14
240:14 261:24
**steps** 20:11 40:15
61:11 67:13
123:12 208:22
209:9 213:14
214:10,20 215:12
219:5 228:12
**Steve** 198:11
**stick** 259:6
**stickers** 257:20
**stipulated** 4:2

**stolen** 40:21
**stood** 81:5 226:5
**stop** 39:8 96:17,20
97:3 98:1 123:13
145:13 211:23
**stopped** 47:9 99:11
144:7,8 240:11
**stopping** 96:10
**straight** 62:8 63:7
113:10
**strain** 12:4
**street** 1:15 2:13
9:19 19:11,21
24:17 34:5,8
36:16 41:12 42:7
43:1 57:22 73:3
77:2 111:16 138:6
138:9,16 142:24
143:2 174:15
226:6 262:1
**street's** 138:17
**streets** 43:13 173:10
**stress** 156:16
**strike** 168:16,17
**struck** 115:12
**stuck** 105:23 122:7
**stuff** 57:17,23
147:11 215:23
216:1 217:10
230:7
**stun** 259:7,14
**subject** 161:13,17
162:2 188:7,14
219:24 222:17
251:12
**subjects** 187:9
**submitted** 79:4
106:9
**subsequent** 18:22
111:3
**sucker** 94:23
**sudden** 108:21
138:6
**sue** 10:5 57:4
219:13
**sued** 10:3 58:20,25
59:5,11 218:6
**suffer** 125:4
**suffered** 79:24
**suffering** 8:10
**sufficient** 96:17,18
96:20,23 97:3,25
102:1 103:13
262:24
**suggestions** 30:18
**suing** 10:3,6,9,19
22:10,11,23 111:6

218:5,9,20
**Suite** 2:4,9
**summon** 35:6 41:8
**summons** 161:11
**super** 170:22
**Superintendent** 6:4
**supervision** 267:10
**supervisor** 20:21
170:23 238:17
**Supplemental** 221:4
221:15
**supply** 62:2
**suppose** 56:20
**supposed** 55:23,25
90:19 134:2 154:8
**sure** 5:23 13:22
23:24 27:17 29:22
55:3 60:3 65:1
69:6 79:8 82:18
91:9 95:11 124:17
124:23 131:21
132:6 147:2,13
151:10 174:6
180:24 184:7
189:25 196:25
210:6 213:12
216:12 217:17
226:14,25 227:3
227:18,22 228:1,8
228:11 229:25
230:3 254:3
**surrounded** 35:1
41:7 44:6 143:3
202:4
**surrounding** 91:6
143:9,12 166:19
**surroundings** 50:18
179:8 258:8
**survive** 71:12 101:4
**Suspiciously** 252:11
**swarming** 91:1
**swear** 6:11 57:14
212:6
**sweet** 56:10
**sworn** 6:13 267:7
**syndrome** 151:25
152:3 156:5
**system** 212:22

**T**

**T** 3:1,9 4:1,1
**T-shirt** 203:16,18
203:19,22
**T-shirt's** 203:20
**table** 13:2 165:24
182:2 243:8,12
245:17

tactical 69:19
tail 92:8,16 94:22
  116:22 128:16,17
  244:10 248:24
take 8:19,21 13:14
  14:23 28:11 36:11
  40:14 42:22 43:5
  49:6,11,22,22
  59:6 76:5,8,14
  77:14 78:21 79:15
  93:23 94:1,5
  117:5 123:12
  147:9 193:4 195:8
  212:18 213:14
  214:10,20 215:12
  219:5 228:12
  233:23 234:8
  252:5 261:15
  262:4
taken 1:15 4:5 5:13
  18:4 19:10 21:25
  54:13 76:22 94:11
  113:23 114:25
  115:1 121:5
  208:22 209:9
  234:22 235:3
  267:6
takes 48:12,13,22
  49:21 201:10
  264:11
talk 14:21 22:11,23
  23:9,12 24:1
  25:22 58:11
  148:13 159:10
  171:10 208:17
  211:23 212:1
  217:24 234:9
  239:3 262:10
talked 8:23,23
  22:14,19 23:1
  24:3 26:24 27:2,7
  27:15,19 28:4
  89:2 91:17 109:1
  123:9 141:6 171:6
  178:12 212:12,12
  216:23 217:23
  235:14 239:9,12
  264:16
talking 27:2 62:23
  63:1 89:9 98:14
  108:16 137:22
  166:8 235:4
  243:24
talks 259:1
tall 119:9 126:21
  176:18,24,25
Tammy 2:20 5:16

tape 119:8
tapping 243:15
Tarak 1:20 5:25
target 112:20
taser 61:22,23,25
  62:1,3,6,7 63:2,6
  63:13 64:4,6,17
  64:19,24 65:3
  89:10,17,18,22
  90:6,9 91:3,9
  104:9 167:21
  244:18 245:10
  247:4,6,11,15,21
  248:9,14,19 259:7
  259:14
tasers 64:9
taught 144:14,19
tea 227:13
teaches 259:10
Ted 6:7 70:17 140:8
  141:15
teeth 26:16 117:7,8
  117:14 235:15,16
  235:20,24,25
  236:5,12
tell 9:12 21:6 24:1
  34:16,25 45:21
  66:22 74:15
  118:13 119:8,10
  132:6 135:18
  154:12,17 159:8
  190:4 212:21
  217:24 240:23
  249:6 256:16
  258:17
telling 70:14 77:7
  98:17 130:20
  136:1 137:15
  139:7 149:6 150:3
  220:13
tells 34:11
temper 101:23
ten 7:22 48:16
  180:18
Tenders 193:10
term 213:11 214:17
  251:24
terms 150:3 175:18
  180:25 181:1
  204:15 210:1,3,7
  210:10 211:4,5,7
  211:10 212:19
  213:8,15,23 214:4
  214:11 215:14
terrier 135:10
territorial 257:9
test 200:22 201:5,7

testified 6:15 235:6
testify 267:7
testifying 90:7
testimony 242:9,16
  242:20 255:17
  259:13 267:5,8
text 12:3 208:19
  209:15 210:20
  211:18,19 212:16
  214:11,16,19
  219:6 222:9,19
  223:25 224:4,6,11
  225:14 226:1,13
  226:16,18 227:19
  227:23 228:5,9
texted 214:22
  226:21,22
Thank 17:7 32:4
  39:14 66:7 94:7
  146:4 193:15
  263:8,8 266:1,3,5
thankfully 99:8
Thanks 192:16
Theodore 2:8
thereof 4:16
thereto 222:18
they'd 219:17,19
thick 74:12
thing 9:3 21:8 28:1
  28:23 39:9 50:13
  56:13,15 57:10
  58:3,7 74:7 111:7
  116:5 137:10
  153:11 154:13
  165:20 168:20
  187:24 188:9,17
  191:21 193:13
  217:13 238:24
  245:1 250:7
  260:21 261:18
things 18:15 23:6
  34:12 35:8 42:21
  45:10 58:8 66:6
  74:21 84:22 85:23
  86:13 112:5 130:5
  140:22 150:12
  157:6,13 177:24
  187:11 197:20
  211:25 225:1
  250:1,3 259:9
  262:13,17 264:22
  265:12
think 11:20 12:18
  13:7 14:16 22:14
  26:8 27:1,22 29:5
  29:20 37:5,6,8
  38:4 40:1,4,14,23

41:4,20 42:24
  46:12,20 47:4
  50:15 55:5 58:10
  60:24,25 63:15
  65:23 73:24 74:1
  74:4 75:1,14,24
  76:17 78:19,25
  80:7 82:4,23 83:2
  83:9,10 85:10,16
  85:18 86:5 87:13
  87:15,21 88:8,13
  88:15,18 91:11
  92:10 95:15
  100:21 106:20,24
  107:1 110:13,21
  110:24 113:19,19
  113:21 114:17,19
  115:7 116:11,16
  116:18 118:19
  119:21 120:2
  121:23 122:11,22
  124:12 126:2
  135:14 139:12,25
  141:15,16,21
  144:20 145:1
  151:3 152:12,18
  152:25 154:14
  157:9 159:1 161:7
  161:12,16 162:1
  162:16 164:24
  168:15,21 170:2,9
  170:23 172:1,6,8
  176:2 184:12,19
  184:24 187:20,21
  192:1,3,12,15,18
  202:8 208:9
  215:22 223:21
  231:1 233:7
  235:14 241:22
  244:25 252:7,23
  253:1 256:1
  260:14 261:7,22
  264:7
thinking 37:2 41:20
  42:15,19 43:16
  50:10,21,24 51:1
  51:2 54:3,25 63:3
  69:18,19 72:6
  74:14 75:20 76:1
  76:9 77:9,13,19
  78:12,24 82:21
  84:11,22,23 85:9
  88:23 89:6 103:3
  103:10 106:24
  110:10 117:14,16
  160:13 177:4,24
  178:7 218:9,19

third 96:22 97:1,5
  98:2
thou 82:11
thought 10:4 40:7
  40:10 41:1,3 42:4
  43:20 50:3 52:7
  52:10 55:7 61:7
  63:23 64:10,12,15
  64:22 65:2,10,12
  66:6,25 67:14
  71:12 74:5,18
  75:8,9,12 77:22
  78:8,15 80:5,7,14
  80:17,18 81:14,17
  81:18,22 82:3,21
  83:5,12,15,19
  84:6,14,15,21
  85:11,23 86:12,16
  88:14 89:3,12
  90:3,5,10,11,16
  91:1 92:2 99:1
  100:13 103:2,17
  103:24 105:2
  107:13 111:6,8
  115:23 116:1,3,13
  117:18 118:17
  123:2,3 125:13
  133:12 149:23
  150:11 157:20
  164:19 165:1,5,15
  166:3 168:24
  171:21 172:17
  173:9 174:13
  177:8,12,24 178:1
  178:9 187:15
  195:19 196:12,12
  204:19 211:5
  218:22 219:7,11
  219:17,19 231:7
  264:2,13 265:4,11
thoughts 75:17 76:1
  77:8,11 82:22
  88:25
thousand 93:11
threat 32:14 73:19
  82:10 96:17,20
  97:4 98:1 99:1
  121:3 123:11,19
  124:18,24 125:1,3
  125:3 129:11
  133:11 143:16,16
  260:1
threatening 92:19
  92:21
threats 90:20
three 17:12 47:7
  49:23 57:12 76:18

**Officer Derrick Burmaster**
**March 10, 2023**

95:19 96:14 97:11
98:12,24 115:4
170:10,11 223:20
226:11 244:13,15
244:15
**tie** 257:24
**till** 61:19 173:5
223:20
**time** 4:15 5:12 8:20
13:9 17:19,22
18:19 19:6 25:13
31:14 32:7 33:24
34:22 35:12 36:8
38:6 41:3 42:2
48:22 50:21 56:14
57:9 63:4,16
65:10,11,12 66:6
74:14 76:5 78:20
79:4,9,13,15,18
79:20 80:3,10
82:4 86:5,18 87:2
87:16,24 88:9
91:13,15 94:9,13
95:7,10,21 100:14
100:22,24 101:18
101:20 103:3,11
112:8 115:2 117:3
117:12,15,16
118:11,12,17
119:23 122:19
125:12 127:8
130:19 135:15
142:25 147:23
148:1,5,10 149:20
149:21 150:6,11
150:25 151:2,12
151:13,15,17
153:8 154:24
156:25 158:11
160:3,19 163:23
167:21 168:25
169:23 170:18,20
170:21 171:15
172:11,13,16
173:8 174:12
177:20,23 178:6
188:20 189:3
190:11 191:8,23
193:4 194:12
201:7,9 202:20
206:23 207:14
209:14 226:7
231:7,13 234:20
234:24 235:17
238:17 243:11,21
244:4 246:20,25
256:12 263:9

265:10 266:1,11
**times** 25:13 45:22
62:18,19 93:1,11
95:17,19 98:18
115:4 132:17,22
133:4,9,14,20
134:14 136:2
137:16 162:5
183:5,9 194:14,16
194:21 211:11
220:2 243:18
**tingling** 62:13
**title** 6:23 17:1
**today** 5:11 7:24 8:2
8:7 9:16 22:1
194:24,25 195:11
197:4,10
**told** 20:15 34:9,19
34:20 35:23 50:1
55:6 56:13 84:6
89:25 90:2 99:24
103:20 121:13
129:18 130:9
137:16 138:25
176:8 186:24
194:11 196:9
210:12 211:22,22
217:9 228:22
249:11
**tool** 244:19 245:3
245:10 247:4,12
247:22 248:10
**top** 52:17,18,23
59:25 62:8 63:6
76:22 123:15,16
165:24 170:14,19
182:7 198:1 213:3
221:10,10 244:14
248:2
**topic** 23:23 197:13
207:11,16 208:5
**totality** 190:19
**touch** 120:19
121:14
**touched** 120:19,20
121:14 184:19
**touching** 121:11
**town** 12:17
**toys** 257:22 261:17
**tr** 78:22
**Traffic** 7:19
**trails** 257:23
**train** 34:23 72:14
144:1 252:2
**trained** 181:3
182:24 247:3
259:15 260:8

265:21
**training** 18:13,18
18:23 19:20 20:5
54:14 100:1 144:6
144:7 180:25
181:1,7,11,13,24
182:12,12 183:1,2
248:14,18 250:10
250:20,20 251:2
251:20,24 252:2,4
252:5,8,13,16
253:11,12,20,21
254:4,9,13,20
255:10,12 256:3,8
256:17,23 259:15
260:11,12,15
261:11 263:22
264:2,10,14,17
**transcribed** 13:13
14:5 146:22 267:9
**transcript** 9:7 51:9
146:13,16 267:3
267:10,11,11
**transferred** 18:6
**transition** 89:23
**trapped** 103:23
124:13,15
**travels** 46:19
**treated** 184:15
**tree** 108:8,9,9
**trial** 231:2,21
233:15
**tried** 189:10
**tries** 195:9
**trigger** 112:4
**trouble** 79:1
**Troy** 25:21,22
**true** 38:22 71:17
109:16 139:12
172:13 267:10
**trust** 53:23 260:3
**truth** 137:15 149:7
150:3
**truthful** 8:7 103:14
149:18,25 186:14
**truthfully** 8:12
186:18
**try** 9:6 24:13 41:7
50:17 53:8 68:19
78:22 91:14 93:5
93:7 123:13 147:7
151:8 187:7
214:17 215:12
264:23 265:3,12
**trying** 9:13 12:19
42:13 47:3 48:5
54:4,18 55:8

57:19,19 63:15
64:8 66:4 68:25
72:6 79:25 80:18
81:8 82:2 85:7,9
87:14 92:20 93:4
106:5 113:13
137:18 151:8
152:7 186:25
192:20 196:18
217:12 240:18
**Tulane** 233:20
**Tums** 176:5
**turn** 11:25 37:18
222:1 246:13
**turned** 68:10
209:13 246:12
**turning** 27:22
**Twenty-three** 15:9
**twice** 133:22 183:7
183:11
**twisting** 84:9
**two** 15:24 17:12
24:22 46:25 47:1
47:7 52:2,15
53:25 56:23 57:12
60:17 62:2 66:8
67:16,17 68:8,10
68:10 69:2,9,13
69:21 70:6,25
71:18 82:9 86:19
86:19 105:16
108:23,24,25
120:8 121:17
122:8 131:14
140:22 150:8,21
151:10,16,19
154:8,8 170:10
193:12 194:14,21
195:24,25 196:13
226:10 232:10,23
233:1 258:14
262:2,8 263:12
**two-man** 24:13
26:10
**type** 48:16 74:19
137:9
**typed** 159:1
**typing** 217:10
**Tzu** 67:11,11
116:21 126:9
249:2

_____U_____
**U** 4:1
**U.S** 249:21
**uh-huh** 10:14 13:8
19:17 21:18 23:10

23:19 24:15 25:2
25:17 27:24 28:2
30:10 31:4 36:22
38:1,16 41:15,18
42:12 43:22 44:9
44:15 45:2,18
46:7 48:3,18 49:2
50:7,14 51:4,8,24
52:25 53:6,21
59:7,22 65:14,21
66:2 67:2 69:23
71:2 77:4 81:7
82:7 84:25 86:9
88:5,7 95:25
101:24 102:5
106:7 110:20
112:9,14 113:2,8
113:15 114:23
115:10,25 116:6
116:20 119:25
121:15 122:20
125:16 127:13
128:6 132:24
133:13 134:5
135:6,22 143:18
144:18 151:4,22
153:6 154:4,10
155:1,4 157:22
158:8,24 159:3
164:4,16 165:8
167:25 168:7
170:16 177:18
179:24 181:9,16
182:10 183:8
185:23 186:1,5,12
190:6,16 193:2
195:5,12 198:13
199:9,16 200:19
204:23 206:6,20
207:1,5,15,20,22
208:14,18 209:16
209:24 211:2
214:24 215:2,11
217:11,16 219:14
220:8 226:19
230:15,22 231:9
232:9,22 233:9
239:7 243:4
251:22 253:17
**unable** 18:16 19:24
**unaware** 228:2
**uncomfortable**
156:10 164:3
**unconstitutional**
232:3
**underlined** 28:23
**underscore** 141:11

145:9 198:3
**understand** 7:23
  8:1 9:11 31:19
  47:3 56:24 63:14
  64:7 86:2 87:12
  89:8 112:1 143:17
  151:8 156:15
  196:18 218:21
  221:22 229:5,12
  241:19 247:8
  250:6 258:21
  259:12 264:21
**understanding** 8:11
  32:2 33:12 81:9
  210:23 211:3
  224:20 249:23
  252:2 256:16,17
  261:2 267:11
**understands** 10:22
**understood** 32:6
**Unh-unh** 127:21
  251:5
**unit** 5:4 143:7,19
**United** 1:1 5:8
**Universal** 78:16
**University** 78:13
  80:15 81:16 82:3
  83:3,10,11,12
**unjustifiably** 229:6
  229:10,16
**unknown** 98:18
**unleashed** 44:17
**unleashing** 10:11
**unlocked** 41:17
**unopposing** 150:17
**unprovoked** 40:24
  55:18,22 56:2
  105:22
**unreasonable** 250:4
**unrightly** 200:3
**untouchable** 203:14
  204:8,9,11,13,16
  204:25 205:6,8,10
  205:16,18
**Untouchables** 202:5
  202:10,15,18,25
  203:4,10,13,23
  205:10
**untruth** 135:19
**untruthful** 93:9
**untruthfully** 186:19
**unwritten** 261:3,3
**upheld** 233:8,10
**upset** 55:5 57:2,6
  71:14 76:3 100:20
  115:12 236:2
**upsetting** 10:20

**upstairs** 61:7 66:20
  116:8
**uptown** 231:15
**urinalysised** 176:1
**use** 29:3,21 30:9
  31:19 63:25 72:14
  87:6 89:9,17 99:8
  107:10 118:23
  119:6 124:20,25
  127:14 128:18
  129:2 169:13
  202:19 210:3
  212:23 243:25
  244:1 247:25
  258:13,24 259:2
  260:18 265:22
**uses** 244:6
**usually** 24:1 26:20
  34:16 36:9 150:15
  261:22

**V**

**V** 232:23 233:2
**vacation** 210:15,16
**vague** 224:17,22
**valid** 241:12 267:3
**Vargas** 57:12
**various** 150:14
  152:22
**vehicle** 179:1
**verbal** 259:5
**verbally** 44:25
**version** 1:12 15:2
**versus** 1:6 5:7
**vicious** 55:16,18,23
  56:4,8,11 105:18
  105:21 115:23
  123:10,19 236:7
**viciously** 75:7
**victim** 56:18 155:5
**victimized** 155:6,7
  155:23,25
**video** 5:4 36:13
  39:11,12 60:13
  66:23 68:5 70:3
  70:12 71:19,25
  72:3,12,24 92:1
  119:16 120:17
  121:10,22 139:20
  152:16 153:7
  158:18 165:21
  234:3 242:12
  243:2
**videographer** 2:20
  5:2,16 6:9 94:8,12
  148:4,9 234:19,23
  245:19,25 246:6

246:10,19,24
  266:9
**videos** 140:22
  165:18 198:4
**videotaped** 1:14
  266:13
**view** 52:2 108:10
**violated** 229:23
  230:4 232:11,20
  233:17 250:5
**violating** 232:15
**violence** 36:1,12
  37:22 38:3,7 76:8
**visit** 110:2
**voice** 36:17 149:1
**voiced** 78:25

**W**

**wagging** 92:9,16
  94:22 116:22
  128:16 244:10
  248:24
**waist** 164:12,13
**wait** 26:21 39:8
  48:17 61:19
  134:19 136:25
  210:5 221:12
  224:20 244:25,25
**waited** 34:14
  111:16
**waiting** 9:4 34:7
  49:24,25
**waived** 4:9,11
**waiving** 222:17
**walk** 43:10 47:25
  143:2 214:23
  261:9
**walked** 127:25
  128:1
**Walker** 1:20 5:15
**walking** 44:23
  46:18 94:22
  105:10 138:5,18
  143:1
**wall** 151:24 152:5
**want** 10:13 18:7
  23:3,4,6 24:1,12
  24:12,16,24,25
  32:9 33:21 36:5,9
  54:22,24 55:2
  56:12 57:4,20
  58:6,8,9,16,18,19
  58:20,21,21 59:4
  66:24 70:23 71:6
  71:10 76:11,12
  78:24 82:21 86:4
  88:24 97:20 99:14

99:25 100:15
  110:9,12 124:17
  124:23 142:5,11
  144:23 146:24
  147:9 152:17
  154:19 160:17
  174:2 208:17
  212:5 215:25
  216:7 217:10,23
  219:21 220:22
  227:8 234:10
  239:14 240:6
  258:11
**wanted** 10:23 20:22
  44:6 76:17 79:22
  82:18 99:13 110:8
  156:13 219:23
  251:19
**wanting** 162:6
**wants** 20:23 56:16
**Ward** 142:21 143:4
**warrant** 47:18,20
  48:10,12,14,23
  49:5,7,9,12,21
**warrants** 49:23
**washrag** 203:21
**wasn't** 19:21 44:25
  57:1 67:10 68:12
  78:3 80:9,25
  82:20 84:18 85:21
  85:22 88:16 89:17
  92:8 94:22 96:12
  96:18 97:4 99:21
  105:4 111:24
  112:22 113:12
  134:9 135:3
  136:21 176:25
  180:12 196:9
  197:7 204:9
  223:11 248:1
  249:10 261:25
**waste** 257:24
**watch** 18:11 60:13
  68:4 70:3,11
  71:19,25 91:25
  95:7 152:17 234:3
**watched** 119:16
**watching** 66:23
**water** 35:2 45:12
  257:21 261:16
**way** 19:1 34:4 52:20
  53:7 78:22 82:4
  96:4 102:3,6
  116:8 123:1
  147:10 187:7
  265:6
**ways** 93:7 152:23

**we'll** 39:23,23
  141:12 142:1
**we're** 5:3 8:2 32:10
  47:24 48:1 94:13
  100:3 103:8
  137:22 148:3,5,10
  148:19 195:13
  197:13 205:8
  233:24 234:24
  246:20,25 266:11
**we've** 178:12
  192:18 251:12,17
  260:17
**weapon** 63:25 77:11
  78:10,15 80:4,13
  81:14 83:2,9,18
  83:24 85:5 95:18
  95:21 122:17,23
  124:19,20 152:13
  154:16 195:10
  243:25
**wear** 163:10,13,19
  164:2,2,3,6
  166:11,13 171:16
  172:19,20 173:11
  173:12,12,21
  174:16,17,17,22
  175:2,3 196:8,15
  197:5
**wearing** 163:2,4,15
  163:25 166:21,24
  194:24 197:3
  198:10
**wears** 166:25
**week** 14:1 73:4
**weeks** 128:11
  162:19 218:13,16
  218:23
**weigh** 180:22
**weighed** 116:24
**weighs** 180:17,20
**welfare** 238:23
**WELLS** 1:10
**went** 11:16,25
  12:15 27:20,21
  35:5 36:12 60:10
  81:11 89:3 138:15
  167:23 177:19
  207:24 209:12
  210:13,15 223:8
  230:24
**weren't** 54:19 56:2
  60:3 75:23 104:7
  105:24 108:17
  109:21 112:23
  113:4,9 136:7
  143:8,12 163:25

**Officer Derrick Burmaster**
**March 10, 2023**

185:6 204:11,13
204:25 205:6,16
264:22
**whatsoever** 225:2
227:6
**whining** 257:24
**whip** 119:8
**Wick** 206:12,18
207:2,18
**Wick's** 207:24
**wife** 56:25
**wild** 143:3
**William** 2:3 5:23
6:18 29:11 140:2
145:15 193:6
**window** 257:20
**wire** 243:6
**wish** 54:6 57:14,23
71:10 80:24 85:14
86:10 99:15
104:11,11
**withdraw** 257:7
**witness** 4:4,22 6:11
15:12 21:15,19
25:12 28:15,16,22
29:2 31:7 49:16
77:25 78:5 94:6
97:8 115:16 119:5
119:13 142:13
144:12 157:16,23
158:2,9,15 160:8
160:12 165:11
173:1,16,20
174:19 175:9,13
181:21 182:18
184:3 186:23
188:2 189:1,9
193:16 198:22
209:3 220:5,9,17
220:21 222:4,24
225:18,22 234:2
240:9,17 241:6,14
242:6 245:23
246:2,8,14 249:17
251:4 252:21
254:24 257:16
**witnesses** 15:17
**witnessing** 65:20
**wolves** 143:13,23
**woman** 34:10 36:19
37:24 48:9
**woman's** 36:17
**Wonderful** 147:21
**word** 43:3,4 104:3
156:6 214:21
**words** 209:20 210:1
**wore** 195:4 197:10

203:25 204:3
**work** 23:5,7 25:19
36:6 57:9,20 58:4
58:5 79:2 110:3
133:7,8 150:17
166:25 175:21
209:17 212:24
213:24 214:5
246:9 247:17
**working** 191:7
231:15
**works** 62:2 63:6
247:6,16 253:1,1
**worn** 166:14 257:23
**worried** 23:5 90:19
113:9,12 129:11
129:19 130:10
131:6 134:9,12
135:3,4 136:21
162:9 164:5 194:8
**worry** 43:11
**worth** 207:7
**would've** 187:6
**wouldn't** 10:19 40:7
58:13 60:12 61:10
62:15,15 67:11,12
71:14 75:15 77:18
81:1 85:12 88:2
116:22 121:5
137:6 166:12
168:13 169:10,16
187:4 189:17
207:7 214:12
247:17,17
**wound** 52:5 74:11
185:22
**wounded** 186:10
**wounding** 186:3
**write** 133:23 134:7
158:25 159:13,15
160:5 203:12
204:21 228:22
**writing** 264:1
**written** 35:21
134:13 233:14
261:1,5
**wrong** 55:7 72:13
72:15,24 73:1,15
106:4 122:16
155:3 184:24
185:1 200:25
**wrote** 57:12 107:20
109:13 115:11
139:5 159:11,18
163:16 210:20
216:16

**X**
X 3:1,1,9,9

**Y**
**y'all** 120:6
**yard** 44:22 45:8
46:19 59:15 96:24
137:9 189:14
191:17,19 248:22
257:22 261:17
262:6
**yards** 44:14,18
**yeah** 12:12 15:16
16:6,6 25:8 29:11
29:13,19,21 30:13
30:21 40:13 42:19
43:18 45:6 46:24
47:3 50:12,22
51:6 55:21 61:2
61:17 62:21 64:1
70:21 71:20 74:4
75:3 77:21 78:1
78:18 84:2 87:3
90:12,18 92:6
93:19 96:22 98:6
98:8 100:10,15
101:2,18,19,22
103:22 104:8
107:7 109:5,18
111:19,22 112:17
114:3 117:17
121:21 125:3
129:2,6,21 130:4
131:11 139:4,16
140:5 141:20
142:3 144:13
145:1,7 146:2
147:15,19 149:6
152:4,18 156:8,15
156:20,22 158:23
162:3 163:12,16
164:12 166:10,12
166:12 170:5
171:11 172:15
175:2 177:10
178:15 180:9
181:5 182:25
184:4 185:20,25
186:4,11,15,24
187:13 188:5
189:2 192:3,15
193:9 196:15
197:20,22 198:7
198:12,21,25
199:7,12 200:14
200:25 204:3,5,5
205:20 206:14

209:6 212:14
219:4,21 221:14
225:6,10 230:19
230:23 231:14
233:16,17 234:14
234:18 235:5,13
241:3,19 245:7
246:7 247:19
250:12,18,22
253:4,9 254:7,15
256:6,11 258:16
262:16 263:24,25
**year** 19:15 252:13
**years** 7:8 15:9,24,25
16:8 18:3 24:23
64:9 181:22
203:24 206:5
**yell** 60:20
**yelled** 60:25
**yelling** 34:10 36:17
48:9 54:1 60:24
61:1
**Yep** 139:3 201:18
244:7
**yesterday** 21:25
39:16,18 140:2
**you-all** 59:9
**young** 67:10 142:25

**Z**

**0**
**0310** 141:11 145:10
**049519** 2:25

**1**
**1.3** 30:8
**1:09** 148:11
**10** 36:9
**10/2/22** 28:21
**101** 2:4
**10th** 1:16 5:11
**11** 30:25 36:8
**11:27** 94:10
**11:33** 94:14
**114** 2:4 3:14
**117** 3:18
**12:27** 148:6,8
**1300** 1:15 2:13
**14** 3:23
**142** 202:5,21
**1420** 9:19
**1434** 267:15
**147** 3:16
**15** 42:11 207:8,8
**16** 3:23 62:21
**17** 62:17,17,22

**18** 86:19,21 87:1
112:15,20,24
113:5 126:20,24
162:19 180:6
**18-week-old** 162:22
**182** 3:20
**19** 3:15 192:4,8
**192** 3:15
**197** 3:10

**2**
**2** 3:10 197:16
**2:29** 234:21
**2:37** 234:25
**2:47** 246:21
**2:48** 247:1
**20** 28:11 48:25
49:22 140:12,14
180:20
**20/20** 187:3,10,17
**200** 3:11
**2000** 206:4
**201** 1:21 2:3 3:12
**2012** 130:15,22
131:3,5,17,19
190:22 191:3
192:25
**2018** 207:10 208:4
**2019** 182:13
**2021** 31:17 32:1
256:4 260:12,23
261:9
**2022** 19:16 28:21
**2023** 1:17 5:11
**205** 3:13
**2130** 2:9
**22** 29:15 116:24
**22-847** 1:5 5:10
**221** 3:19
**225** 241:22 242:5,7
**23** 29:9,15,20,23,25
30:4,7 139:23,25
**236** 3:23
**238** 3:23
**23A** 140:7
**23B** 3:16 140:7
145:16,23,25
147:2,4 148:20
**23C** 140:8 142:12
**23s** 140:3
**24** 3:17 28:12 29:22
30:7 49:25
**251** 3:7
**263** 3:5
**266** 267:8
**28** 3:17,18 117:23
119:17

**Officer Derrick Burmaster**
**March 10, 2023**

| **3** |
| --- |

**3** 3:11 200:10
   253:24
**3:06** 266:12,14
**30** 3:19 221:1
**32** 31:1,3 260:19
**34** 62:24
**37:2554** 267:7

| **4** |
| --- |

**4** 1:9
**40** 151:5,11,16
**42nd** 233:19
**44** 149:10
**47** 3:20 182:4 255:9
   256:10
**48** 147:3
**48:55** 148:21

| **5** |
| --- |

**5** 222:2,8
**505** 1:14
**51st** 1:21
**54** 147:4
**571-1308** 241:22
   242:7
**571-1788** 242:5
**5E03** 1:15 2:13

| **6** |
| --- |

**6** 3:5,12 201:15
**639** 2:8

| **7** |
| --- |

**7** 3:13 205:24
**70003** 1:15
**70112** 1:16
**70113** 2:9
**70170** 1:22 2:4

| **8** |
| --- |

**8** 222:1
**802** 141:11 145:9

| **9** |
| --- |

**9** 3:14 33:22 114:5,7
   114:13 118:25
   235:2
**9:30** 33:19 36:7
**9:58** 1:16 5:12