UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON,  and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

### SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS' RESPONSES TO PLAINTIFFS' SECOND SET OF DISCOVERY AND AMENDED ANSWER TO INTERROGATORY THREE

Via Email: williammost@gmail.com
To:  Mr. Derek Brown and Mrs. Julia Barecki-Brown
Though counsel of record
William B. Most, Esq. Most & Associates
201 Saint Charles Avenue, Suite 114 # 101
New Orleans, Louisiana 70170

NOW COME the City of New Orleans and Shaun Ferguson ("City Defendants") who make the following responses to Plaintiffs' second set of discovery as follows.

**INTERROGATORY NO. 3:**

Describe all training that has been provided to Derrick Burmaster pertaining to encountering animals, including but not limited to canines, in the line of duty.

**ANSWER:**

The City Defendants object to this interrogatory on the grounds that it is unclear as to the meaning of "pertaining to encountering animals." The City Defendants interpret this phrase to mean primarily focusing on encountering animals. Subject to the foregoing, the City Defendants state that according to its records, Officer Burmaster took and passed a course entitled "the Problem of Dog-Related Incidents and Encounters" on September 29, 2019. Documentation regarding this course has

1

previously been produced. In addition, Officer Burmaster took an online course through the ASPCA designed for law enforcement. The link for the ASPCA Pro Online is https://www.aspcapro.org/training-online-courses/animal-law-enforcement-online-courses.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 18:**

The PowerPoint version of the PowerPoint document PIB presented at the Use of Force Review Board Hearing about the death of Apollo.

**RESPONSE:**

The PowerPoint presentation in its entirety, including embedded videos is hereby produced via electronic share file. For reference purposes only, the PowerPoint slides have been converted to PDF and marked BATES CITY DEFENDANTS – 002715- 002729.

**REQUEST FOR PRODUCTION NO. 19:**

All Use of Force Reports submitted by Officer Burmaster.

**RESPONSE:**

Out of completeness, production is made of all Use of Force Reports submitted by Officer Burmaster and all Use of Force Reports submitted by other officers related to incidents for which Officer Burmaster submitted Use of Force Reports. Due to size, the Use of Force Reports are hereby produced via electronic share file, marked BATES CITY DEFENDANTS – 002730 – 003339.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 6**

Officer Burmaster reported use of force ten or more times at NOPD.

**RESPONSE:**

The City Defendants refer Plaintiffs to the Use of Force Reports which are being produced at this time for the exact number of times that Officer Burmaster reported use of force. It should be noted

that out of the total number of incidents in which Officer Burmaster allegedly used force, only five complaints were made. Of those five complaints, four were determined to be unsustained or unfounded. One complaint is still pending. The City Defendants have counted the number of incidents reported by Officer Burmaster since his hire as a New Orleans Police Department officer on August 13, 2000 and admit this Request.

**REQUEST FOR ADMISSION NO. 7**

Officer Burmaster reported use of force twenty or more times at NOPD.

**RESPONSE:**

　　　The City Defendants refer Plaintiffs to the Use of Force Reports which are being produced at this time for the exact number of times that Officer Burmaster reported use of force. It should be noted that out of the total number of incidents in which Officer Burmaster allegedly used force, only five complaints were made. Of those five complaints, four were determined to be unsustained or unfounded. One complaint is still pending. The City Defendants have counted the number of incidents reported by Officer Burmaster since his hire as a New Orleans Police Department officer on August 13, 2000 and admit this Request.

**REQUEST FOR ADMISSION NO. 8**

Officer Burmaster reported use of force thirty or more times at NOPD.

**RESPONSE:**

　　　The City Defendants refer Plaintiffs to the Use of Force Reports which are being produced at this time for the exact number of times that Officer Burmaster reported use of force. It should be noted that out of the total number of incidents in which Officer Burmaster allegedly used force, only five complaints were made. Of those five complaints, four were determined to be unsustained or unfounded. One complaint is still pending. The City Defendants have counted the number of incidents

reported by Officer Burmaster since his hire as a New Orleans Police Department officer on August 13, 2000 and admit this Request.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov

*Counsel for Shaun Ferguson and the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded this day to all counsel of record, ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☐ by United States mail.

New Orleans, Louisiana, this 3rd day of January 2023.

*/s/ James M. Roquemore*

4