**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SHAUN FERGUSON'S AND CITY OF NEW ORLEANS' SECOND MOTION *IN LIMINE*

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants")

respectfully request the Court to issue an order providing for the following:

1. No party may put on evidence of or make reference to any prior use of force by Officer Burmaster against humans.

2. No party may put on evidence of or make reference to any prior act by Officer Burmaster resulting in an allegation of a violation of a policy of the New Orleans Police Department ("NOPD") which did not arise out of a use of force by Officer Burmaster.

3. No party may put on evidence of or make reference to any prior use of force by Officer Burmaster against humans that did not violate a NOPD policy.

4. No party may put on evidence of or make reference to any prior use of force by Officer Burmaster that did not involve discharge of a weapon.

5. No party may put on evidence of or make reference to the case opinion or the underlying facts of *State v. Lociano*, 254 So. 3d 761 (La. Ct. App. 2018).

6. No party may put on evidence of or make reference to any indemnity of Officer Burmaster by the City of New Orleans.

7. A limiting instruction shall be given following any testimony regarding a prior use of force by Officer Burmaster:

   "You have heard testimony regarding one or more prior acts involving use of force by Officer Burmaster. Such evidence, to the extent you find the evidence credible, cannot be used by to infer that Officer Burmaster acted unreasonably or used excessive force on the night in question."

1

For the reasons given in the accompanying memorandum, the City Defendants request that this motion be granted.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*

2