In the Matter of:

*Derek Brown and Julia Barecki-Brown*

vs.

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

## City of New Orleans through their designated representative, Lieutenant John Helou 30(b)(6) Deposition

March 10, 2023



City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 1

5UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | Civil Action No. 22-847 |
| VERSUS | SECTION: L |
| DERRICK BURMASTER, SHAWN FERGUSAN, and the CITY OF NEW ORLEANS | HONORABLE ELDON E. FALON |
| | DIVISION: 4 |
| | HONORABLE KAREN WELLS ROBY |

* * * * * * * * * * * * * * * * * * * * * * *

    30 (B)(6) deposition of CITY OF NEW ORLEANS, through their designated representative, LIEUTENANT JOHN HELOU, 1340 Poydras Street, Suite 1900, New Orleans, Louisiana 70112, taken at the CITY ATTORNEY'S OFFICE, located at 1300 Perdido Street, 5E03, New Orleans, Louisiana 70112, commencing at 3:39 P.M., on Friday, the 10th day of March, 2023.

APPEARANCES:

  MOST & ASSOCIATES
  (By: William Most, Esquire)
  201 St. Charles Avenue
  Suite 114 PMB 101
  New Orleans, Louisiana 70170
    (Attorneys for the Plaintiffs,
    Derek Brown and Julia Barecki-Brown)

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 2

```
 1   APPEARANCES (continued):
 2
 3       GUSTE, BARNETT, SCHLESINGER, HENDERSON
         & ALPAUGH, L.L.P.
 4       (By:  C. Theodore Alpaugh, III, Esquire)
         639 Loyola Avenue
 5       Suite 2130
         New Orleans, Louisiana  70113
 6          (Attorneys for the Defendant,
             Officer Derrick P. Burmaster)
 7
 8       CITY OF NEW ORLEANS
         (By:  James Roquemore, Esquire)
 9       1300 Perdido Street
         5E03
10       New Orleans, Louisiana
            (Attorneys for the Defendants,
11           City of New Orleans and Shaun
             Ferguson)
12
13
14   ALSO PRESENT:
15
         Sofia Sophcefolia
16
17
     REPORTED BY:
18
19       KATHY ELLSWORTH SHAW, CCR, RPR
         Certified Court Reporter
20       (No. 049519)
21
22
23
24
25
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 3

```
 1              E X A M I N A T I O N   I N D E X
 2
 3                                                    PAGE
 4
 5     EXAMINATION BY MR. MOST.......................5
            RE-EXAMINATION......................49
 6
       EXAMINATION BY MR. ALPAUGH...................39
 7
       EXAMINATION BY MR. ROQUEMORE.................46
 8
 9
                   E X H I B I T   I N D E X
10
11     EXHIBIT NO. 14...............................21
12     EXHIBIT NO. 31...............................12
13     EXHIBIT NO. 38...............................16
14     EXHIBIT NO. 42...............................26
15     EXHIBIT NO. 45...............................32
16     EXHIBIT NO. 46...............................16
17                *    *    *    *    *
18
19
20
21
22
23
24
25
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 4

```
 1            S T I P U L A T I O N
 2            It is stipulated and agreed by
 3   and among counsel for the parties hereto that
 4   the deposition of the aforementioned witness is
 5   hereby being taken under the Federal Rules of
 6   Civil Procedure, for all purposes, in
 7   accordance with law;
 8            That the formalities of reading and
 9   signing are specifically waived.
10            That the formalities of filing, sealing,
11   and certification are specifically waived;
12            That all objections, save those
13   as to the form of the question and the
14   responsiveness of the answer, are hereby
15   reserved until such time as this
16   deposition, or any part thereof, may be
17   used or sought to be used in evidence.
18            *     *     *     *     *
19            KATHY ELLSWORTH SHAW, certified
20   Court Reporter, State of Louisiana,
21   officiated in administering the oath to
22   the witness.
23
24
25
```

City of New Orleans through their designated representative, Lieutenant John Helou
March 10, 2023

Page 39

```
 1      MR. ALPAUGH:
 2           Yeah.  John, I've got a couple for
 3      you.  Let's get back to the beginning.
 4  EXAMINATION BY MR. ALPAUGH:
 5      Q.   You were asked whether -- about
 6  Officer Burmaster allegedly using force 13
 7  times since 2016.  Do you remember that?
 8      A.   Yes, sir.
 9      Q.   Is that an unusual amount of use of
10  force for an officer in that time frame that's
11  being a proactive police officer?
12      A.   What was the time frame again?  I'm
13  sorry.
14      Q.   I believe the question is since
15  2016?
16      A.   No.  I wouldn't say it's unusual.
17      Q.   Okay.  Now, on his short form, which
18  is Exhibit 14 -- Do you have it in front of
19  you?
20      A.   Yes.
21      Q.   All right.  You were asked if there
22  were 22 different rule violations on there;
23  correct?
24      A.   Sustained allegations?
25      Q.   Sustained allegations, yeah.
```