UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br> <br> VERSUS <br> <br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> DOCKET NUMBER: 22-00847 <br> <br> SECTION: L <br> <br> HONORABLE ELDON E. FALLON <br> <br> DIVISION: 4 <br> <br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Having considered Shaun Ferguson's and the City of New Orleans' Second Motion *in Limine*, and arguments and pleading relevant thereto,

IT IS HEREBY ORDERED that the motion id GRANTED.

It is ordered that:

1. No party may put on evidence of or make reference to any prior use of force by Officer Burmaster against humans.

2. No party may put on evidence of or make reference to any prior act by Officer Burmaster resulting in an allegation of a violation of a policy of the New Orleans Police Department ("NOPD") which did not arise out of a use of force by Officer Burmaster.

3. No party may put on evidence of or make reference to any prior use of force by Officer Burmaster against humans that did not violate a NOPD policy.

4. No party may put on evidence of or make reference to any prior use of force by Officer Burmaster that did not involve discharge of a weapon.

5. No party may put on evidence of or make reference to the case opinion or the underlying facts of *State v. Lociano*, 254 So. 3d 761 (La. Ct. App. 2018).

6. No party may put on evidence of or make reference to any indemnity of Officer Burmaster by the City of New Orleans.

7. A limiting instruction shall be given following any testimony regarding a prior use of force by Officer Burmaster as follows:

1

"You have heard testimony regarding one or more prior acts involving use of force by Officer Burmaster. Such evidence, to the extent you find the evidence credible, cannot be used by to infer that Officer Burmaster acted unreasonably or used excessive force on the night in question."

New Orleans, Louisiana, this ___ day of _____, 2023.

_____
UNITED STATES JUDGE EASTERN DISTRICT OF LOUISIANA