MINUTE ENTRY
FALLON, J.
MARCH 21, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **BURMASTER, ET AL** | **SECTION "L" (4)** |

    A pre-trial conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. William Brock Most and Tarak Anada participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. Chester Theodore Alpaugh, III participated on behalf of Defendant Derrick Burmaster. James Roquemore participated on behalf of Shaun Ferguson and the City of New Orleans. Counsel discussed the status of the case and procedural plans to move it forward. Counsel informed the Court that there are ongoing discovery issues and asked that discovery deadlines be continued.

    **IT IS ORDERED** that Plaintiff's Motion in Limine to Bring Similar-Sized Dog as Demonstrative, R. Doc. 90, be **DENIED**, as stated in the conference, under Fed. Rule Evid. 403. Plaintiffs shall bring the stuffed animal they request to show during trial to chambers for an *in camera* inspection.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendant's Answer, at R. Doc. 95, be **DENIED AS MOOT**.

    Counsel are requested to appear at 8:00am on the first day of trial, April 3, 2023.

JS10 (00:08)