UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Having duly considered Plaintiffs Third Motion *in Limine,* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED. It is ordered that:

1. No Defendant may ask questions or make argument about Sergeant Pruitt's statement that she "found Officer Burmaster justified in his actions."

It is so ordered because Pruitt testified that she used the term "justified" in a context "strictly limited to whether or not [Burmaster] committed a crime." She explicitly had not assessed whether Burmaster "committed a constitution violation or a tort."

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA