JULIA BARECKI-BROWN on 12/19/2022

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and          *  CIVIL ACTION
     JULIA BARECKI-BROWN      *
 4                            *  DOCKET NUMBER: 22-00847
     VERSUS                   *
 5                            *  SECTION: L
     DERRICK BURMASTER,       *
 6   SHAUN FERGUSON, and      *  HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS  *
 7                            *  DIVISION: 4
                              *
 8                            *  HONORABLE KAREN WELLS ROBY

 9   *********************************************************

10

11       Deposition of JULIA BARECKI-BROWN, taken via

12    Zoom with the witness located in New Orleans,

13   Louisiana, on Wednesday, the 19th day of December

14            2022, beginning at 1:00 p.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002

25
```

**EXHIBIT C**

```
 1                    APPEARANCES:

 2    FOR THE PLAINTIFF (S):   DEREK BROWN and JULIA

 3    BARECKI-BROWN

 4         TARAK ANADA, ESQUIRE

 5         JONES WALKER, LLP

 6         201 ST. CHARLES AVENUE

 7         NEW ORLEANS, LOUISIANA 70170-5100

 8         PHONE:  (504) 582-8322

 9         EMAIL:  tanada@joneswalker.com

10    FOR THE DEFENDANT (S):   SHAUN FERGUSON and the CITY

11    OF NEW ORLEANS

12         JAMES M. ROQUEMORE, ESQUIRE

13         ASSISTANT CITY ATTORNEY

14         1300 PERDIDO STREET, SUITE 5E03

15         NEW ORLEANS, LOUISIANA 70112

16         PHONE:  504-658-9800

17         EMAIL:  james.roquemore@nola.gov

18    FOR THE DEFENDANT (S):   DERRICK BURMASTER

19         C. THEODORE ALPAUGH III, ESQUIRE

20         GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP

21         639 LOYOLA AVE STE 2130

22         NEW ORLEANS, LA 70113-3157

23         PHONE:  (504) 529-4141

24         EMAIL:  cta@gustebarnett.com

25    ALSO PRESENT:  DEREK BROWN
```

```
 1                  S T I P U L A T I O N
 2              It is hereby stipulated by and between
 3    counsel of record for the parties hereto that the
 4    oral deposition of JULIA BARECKI-BROWN, is hereby
 5    taken pursuant to notice and in accordance with the
 6    Louisiana Code of Civil Procedure, and for all uses
 7    and purposes thereby provided, via Zoom at New
 8    Orleans, Louisiana, on December 19, 2022, commencing
 9    at or about 11:42 a.m.
10              That all formalities in connection with the
11    taking of the deposition are hereby waived with the
12    exception of the swearing of the witness and
13    reduction of the questions and answers to typewritten
14    form, and the right of the witness to read and sign
15    the completed transcript of testimony was WAIVED;
16              That all objections, save those as to the
17    form of the questions and the responsiveness of the
18    answer, are hereby reserved until such time as this
19    deposition, or any part thereof, may be used or
20    sought to be used in evidence, such objections as
21    might have been made had the testimony been given in
22    open court.
23              That Jill Cox, CVR, CCR, officiated in
24    administering the oath to the above-named witness.
25
```

```
 1                      INDEX
 2                                                    PAGE
 3       Stipulations ..................................3
 4       Reporter's Page ..............................43
 5       Reporter's Certificate .......................44
 6   EXAMINATIONS
 7       Examination By Mr. Roquemore ..................5
 8       Examination By Mr. Anada .....................30
 9       Re-Examination By Mr. Roquemore ..............35
10       Examination By Mr. Alpaugh ...................37
11       Re-Examination By Mr. Anada ..................39
12   EXHIBITS (NOT PROVIDED TO COURT REPORTER)
13       Exhibit 6.  Psych evaluation of Ms. Barecki ...33
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        Q.    And, apparently, somebody heard the
 2   argument in the neighborhood, right?
 3        A.    Someone made a call.
 4        Q.    So somebody heard something, right?
 5        A.    Yes.
 6        Q.    Do you know what they heard?
 7        A.    Us arguing with each other.  I can be
 8   pretty loud sometimes.
 9        Q.    Where you loud that night?
10        A.    Yes.
11        Q.    You don't remember what you were saying?
12        A.    Not exactly, no.
13        Q.    And tell me you were inside, outside; tell
14   me about that.
15        A.    We were inside in the hallway that the
16   door is on.  I went outside to let the dogs out.
17        Q.    Then?
18        A.    And then we went back inside, and we're
19   continuing to talk.  And we were not loud at that
20   point.  And I do recall looking out the window and
21   seeing Bucho laying on the porch, and Apollo laying
22   kind of on him.  And then I heard the door and Bucho
23   barked and a bunch of gunshots.
24        Q.    You heard the door, what do you mean by
25   that?
```