Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEREK BROWN and JULIA         CIVIL ACTION NO.
BARECKI-BROWN                 22-00847

VERSUS
                              DIVISION: 4
DERRICK BURMASTER, SHAUN
FERGUSON, and the CITY OF     SECTION: L
NEW ORLEANS


* * * * * * * * * * * * * * * * * * * * * * * * *
           TRANSCRIPT OF THE DEPOSITION OF:
                 SHANNON JONES BREWER,
TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE ABOVE
ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,
CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.
* * * * * * * * * * * * * * * * * * * * * * * * *


        REPORTED AT:
        NEW ORLEANS CITY HALL
        1300 PERDIDO STREET, ROOM 5E03
        NEW ORLEANS, LOUISIANA  70112


     COMMENCING AT 10:03 A.M., ON MARCH 8, 2023.




Page 2

```
 1                A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4       JONES WALKER L.L.P.
         (BY:  TARAK ANADA, ESQ.)
 5       201 ST. CHARLES AVENUE, 49TH FLOOR
         NEW ORLEANS, LOUISIANA  70170
 6       (504) 582-8322
         tanada@joneswalker.com
 7
 8   FOR CITY OF NEW ORLEANS AND SHAUN FERGUSON:
 9       NEW ORLEANS CITY ATTORNEY'S OFFICE
         (BY:  JAMES M. ROQUEMORE, ESQ.)
10       1300 PERDIDO STREET, SUITE 5E03
         NEW ORLEANS, LOUISIANA  70112
11       (504) 658-9800
         james.roquemore@nola.gov
12
13   FOR DERRICK BURMASTER:
14       GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
         (BY:  C. THEODORE ALPAUGH III, ESQ.)
15       639 LOYOLA AVENUE, SUITE 2130
         NEW ORLEANS, LOUISIANA  70113
16       (504) 529-4141
         cta@gustebarnett.com
17
18   ALSO PRESENT:
19       TAMMY HUPIN, VIDEOGRAPHER
20
     REPORTED BY:
21
         YOLANDA J. PENA
22       CCR NO. 2017002, RPR
         STATE OF LOUISIANA
23
24
25
```



```
                                                         Page 3
 1                        I N D E X
 2
                                                           PAGE
 3
    STIPULATION..........................................4
 4
    EXAMINATION BY:
 5
         MR. ANADA.....................................6, 112
 6
         MR. ALPAUGH......................................92
 7
         MR. ROQUEMORE...................................111
 8
    CERTIFICATE.........................................115
 9
10
                        LIST OF EXHIBITS
11
12  Exhibit No. 8.........................................8
         (Notice of 30(b)(6) Deposition
13        & Request to Bring Documents,
          Information, or Objects)
14
    Exhibit No. 9.........................................7
15       (Photograph)
16  Exhibit No. 20.A.....................................19
         (Event Summary)
17
    Exhibit No. 23.B.....................................75
18       (Audio file, Interview of
          Officer Burmaster )
19
    Exhibit No. 26.......................................24
20       (Use of Force Board minutes)
21  Exhibit No. 40.......................................29
         (CITY DEFENDANTS 003646,
22        Policy Tactics Training
          Recommendations)
23
    Exhibit No. B-1.....................................93
24       (Transcript of interview
          of Officer Burmaster,
25        6/15/21)
```



Page 4

1 S T I P U L A T I O N
2
3        IT IS STIPULATED AND AGREED by and among the
4 parties that this deposition is hereby being taken
5 pursuant to the Federal Rules of Civil Procedure.
6           All formalities, excluding the reading and
7 signing of the transcript by the witness, are hereby
8 waived.
9           All objections, except as to the form of the
10 question and responsiveness of the answer, are
11 considered reserved until trial or other use of the
12 deposition.
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 29

```
 1   anything in connection with the use-of-force review
 2   board?
 3        A.   The document that you have here, that was
 4   prepared, was presented to the use-of-force review
 5   board.
 6        Q.   Okay.  Thank you.
 7             MR. ALPAUGH:  You're referring to
 8        Exhibit 28?
 9             THE WITNESS:  Twenty-eight, yes.
10             MR. ALPAUGH:  Okay.  Just for clarity's
11        sake.
12             MR. ANADA:  Thank you.
13             Sorry.  My assistant marked, with the
14        exhibit sticker, my marked-up copy.  I'm just
15        going to put it on the clean copy.
16             I'm going to introduce the following
17        document as Exhibit 40.  It's titled "Policy
18        Tactics Training Recommendation."
19        (Exhibit No. 40 was marked for identification.)
20             MR. ANADA:  Forty.
21             MR. ALPAUGH:  Do I have a copy of that?
22             MR. ANADA:  Yeah.  I just -- is yours
23        two pages?
24             MR. ROQUEMORE:  Just one.
25             MR. ANADA:  Just one page?  Isn't there
```

