```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   DEREK BROWN and JULIA          CIVIL ACTION NO.
     BARECKI-BROWN                  22-00847
 5
     VERSUS
 6                                  DIVISION: 4
     DERRICK BURMASTER, SHAUN
 7   FERGUSON, and the CITY OF      SECTION: L
     NEW ORLEANS
 8

 9

10

11   * * * * * * * * * * * * * * * * * * * * * * * * *

12            TRANSCRIPT OF THE DEPOSITION OF:

13                    DAVID DUPLANTIER,

14   TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE ABOVE

15   ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

16   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

17   * * * * * * * * * * * * * * * * * * * * * * * * *

18

19         REPORTED AT:

20         NEW ORLEANS CITY HALL

21         1300 PERDIDO STREET, ROOM 5E03

22         NEW ORLEANS, LOUISIANA  70112

23

24

25         COMMENCING AT 1:53 P.M., ON MARCH 8, 2023.
```





EXHIBIT F

```
 1                    A P P E A R A N C E S

 2


 3    FOR THE PLAINTIFF:

 4        JONES WALKER L.L.P.
          (BY:  TARAK ANADA, ESQ.)
 5        201 ST. CHARLES AVENUE, 49TH FLOOR
          NEW ORLEANS, LOUISIANA  70170
 6        (504) 582-8322
          tanada@joneswalker.com
 7


 8    FOR CITY OF NEW ORLEANS AND SHAUN FERGUSON:

 9        NEW ORLEANS CITY ATTORNEY'S OFFICE
          (BY:  JAMES M. ROQUEMORE, ESQ.)
10        1300 PERDIDO STREET, SUITE 5E03
          NEW ORLEANS, LOUISIANA  70112
11        (504) 658-9800
          james.roquemore@nola.gov
12


13    FOR DERRICK BURMASTER:

14        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
          (BY:  C. THEODORE ALPAUGH III, ESQ.)
15        639 LOYOLA AVENUE, SUITE 2130
          NEW ORLEANS, LOUISIANA  70113
16        (504) 529-4141
          cta@gustebarnett.com
17


18    ALSO PRESENT:

19        SOPHIA CEFOLIA

20
      REPORTED BY:
21
          YOLANDA J. PENA
22        CCR NO. 2017002, RPR
          STATE OF LOUISIANA
23

24

25
```



I N D E X

```
                                                           PAGE

LIST OF EXHIBITS.....................................4

STIPULATION..........................................5

EXAMINATION BY:

     MR. ANADA..............................6, 107, 145

     MR. ALPAUGH............................86, 119, 144

     MR. ROQUEMORE..................................121

CERTIFICATE........................................147
```



1                          LIST OF EXHIBITS
2
3    Exhibit No. 1...............................................7
          (Second Amended Complain)
4
     Exhibit No. 8..............................................21
5         (Notice of 30(b)(6) Deposition
           & Request to Bring Documents,
6          Information, or Objects)

7    Exhibit No. 20.A..........................................110
          (Event Summary)
8
     Exhibit No. 22.............................................46
9         (NOPD Operations Manual,
           Chapter 1.7.1, Conducted
10         Energy Weapon)

11   Exhibit No. 23.............................................49
          (NOPD Operations Manual,
12         Chapter 1.3, Use of Force)

13   Exhibit No. 40.............................................86
          (CITY DEFENDANTS 003646,
14         Policy Tactics Training
           Recommendations)
15
     City Exhibit No. 1........................................125
16        (CITY DEFENDANTS 003651,
           PowerPoint, Responses to the
17         Problem of Dog-related
           Encounters)
18
19
20
21
22
23
24
25



|   |   |
|---|---|
| 1 | S T I P U L A T I O N |
| 2 | |
| 3 | IT IS STIPULATED AND AGREED by and among the |
| 4 | parties that this deposition is hereby being taken |
| 5 | pursuant to the Federal Rules of Civil Procedure. |
| 6 | All formalities, excluding the reading and |
| 7 | signing of the transcript by the witness, are hereby |
| 8 | waived. |
| 9 | All objections, except as to the form of the |
| 10 | question and responsiveness of the answer, are |
| 11 | considered reserved until trial or other use of the |
| 12 | deposition. |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |



```
 1                    EXAMINATION
 2   BY MR. ALPAUGH:
 3       Q.   Good afternoon, Sergeant.
 4       A.   Good afternoon, sir.
 5       Q.   And as I said at the beginning, I represent
 6   Derrick Burmaster.  What has been handed to you is
 7   Exhibit 40.
 8       (Exhibit No. 40 was marked for identification.)
 9   BY MR. ALPAUGH:
10       Q.   Can you take a look at that and -- a minute or
11   two and make sure you're familiar with that document?
12       A.   I'm very familiar with this one, sir.
13       Q.   Why are you very familiar with that document?
14       A.   I conducted the PTTR on this, the policy
15   tactics training recommendation.
16       Q.   And that was the training that was as a result
17   of the use of force --
18       A.   Yes, sir.
19       Q.   And looking at this document, can you tell us
20   what you were charged with doing?
21       A.   Initially, the initial form was sent to me
22   prior to the signatures on the bottom, and it's -- it
23   explains to me what they wanted me to -- to address,
24   i.e. in this case, it was use of force.
25            In addition to, they'll have me to review
```

