## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| versus | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## DERRICK BURMASTER'S FIRST MOTION *IN LIMINE*

**NOW COMES** Defendant, Derrick Burmaster, and hereby joins in and adopts Shaun Ferguson's and City of New Orleans' Second Motion in Limine (Rec. Doc. 123) and incorporates same as if set forth herein, *in extenso*.

**WHEREFORE**, Derrick Burmaster prays that this Motion be deemed good and sufficient by this Honorable Court and the same be granted.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:   (504) 529-4141
Facsimile:   (504) 561-0326
Email:   cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**