UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * *

**DERRICK BURMASTER'S FIRST MOTION *IN LIMINE***

**MAY IT PLEASE THE COURT:**

Derrick Burmaster hereby joins in and adopts the Memorandum in Support of Shaun Ferguson's and City of New Orleans' Second Motion in Limine (Rec. Doc. 123-1) and the Exhibit thereto (Rec. Doc. 123-2) and incorporates same as if set forth herein, *in extenso*.

For the reasons stated therein, Derrick Burmaster's First Motion *in Limine* should be granted.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:   (504) 529-4141
Facsimile:   (504) 561-0326
Email:          cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**