```
 1
 2                  UNITED STATES DISTRICT COURT
 3           EASTERN DISTRICT FOR THE STATE OF LOUISIANA
 4
 5    * * * * * * * * * * * * * * * * * * * * * * * * *
 6
 7                      DEREK BROWN and
 8                     JULIA BARECKI-BROWN
 9                          VERSUS
10           DERRICK BURMASTER, SHAUN FERGUSON, and the
11                     CITY OF NEW ORLEANS
12
13    * * * * * * * * * * * * * * * * * * * * * * * * *
14     CIVIL ACTION NO. 22-00847              DIVISION: 4
15     SECTION: L
16
17         The 30(b)(6) deposition of DEBRA PRUITT taken on
18            Monday, March 6, 2023, starting at 10:00 a.m. at
19      New Orleans City Hall, 1300 Perdido Street, Room 5E03,
20                 New Orleans, Louisiana 70112.
21
22   CARRIE A. HARTILL
23   CERTIFIED COURT REPORTER
24   STATE OF LOUISIANA
25
```



EXHIBIT 2

```
 1   APPEARANCES:
 2   FOR THE CITY OF NEW ORLEANS AND CITY DEFENDANTS:
 3        JAMES M. ROQUEMORE, ESQ
 4        CITY OF NEW ORLEANS
 5        NEW ORLEANS, LOUISIANA
 6        EMAIL: james.roquemore@nola.gov
 7
 8        FOR THE DEFENDANT, DERRICK BURMASTER:
 9        C. THEODORE ALPAUGH, III, ESQ.
10        FRATERNAL ORDER OF POLICE LEGAL COUNSEL
11        639 LOYOLA AVENUE, SUITE 2130
12        NEW ORLEANS, LOUISIANA 70113
13        PHONE: (504) 529-4141
14        EMAIL: cta@gustebarnett.com
15
16   FOR THE PLAINTIFF DEREK BROWN AND JULIA BARECKI-BROWN:
17        TARAK ANADA, ESQ.
18        JONES WALKER LLP
19        201 ST. CHARLES AVENUE, SUITE 4900
20        NEW ORLEANS, LA 70170
21        PHONE: (504) 582-8322
22        EMAIL: tanada@joneswalker.com
23
24
25
```



```
1   ALSO FOR PLAINTIFFS:
2   WILLIAM BROCK MOST, ESQ.
3   MOST & ASSOCIATES
4   201 SAINT CHARLES AVENUE, SUITE 114
5   NEW ORLEANS, LA 70170
6   PHONE: (504) 509-5023
7   EMAIL: williammost@gmail.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1
2                                INDEX
3                                                                   PAGE
4    DIRECT EXAMINATION:
5    BY MR. ANADA  . . . . . . . . . . . . . . . . . . . .    8
6    CROSS-EXAMINATION:
7    BY MR. ALPAUGH   . . . . . . . . . . . . . . . . . .   78
8
9    EXHIBITS
10   Debra Pruitt            DESCRIPTION                          PAGE
11   EXHIBIT NO.  8       NOD  . . . . . . . . . . . . . .    8
12   EXHIBIT NO. 20       NOPD ASI . . . . . . . . . . . .   19
13   EXHIBIT NO. 37    NOPD PIB REPORT BY SGT PRUITT . . .   46
14   EXHIBIT NO. 19       EMAIL         . . . . . . . . . .   47
15   EXHIBIT NO. 27    NOPD OPERATIONS MANUAL CH 41.3.10. .   51
16
17
18
19
20
21
22
23
24
25



```
 1
 2                      S T I P U L A T I O N
 3            It is stipulated and agreed by and
 4       between counsel that the deposition of
 5                       DEBRA PRUITT,
 6       is hereby being taken pursuant to the Rules
 7       of Court, including applicable articles of
 8       the Louisiana Code of Civil Procedure.
 9            The formalities of sealing and
10       certification are hereby waived.  The
11       witness waives the right to read and sign
12       the deposition.  The party responsible for
13       the service of the discovery material shall
14       retain the original.
15            All objections are to be made in
16       accordance with the Rules of Court, including
17       applicable articles of the Louisiana Code of
18       Civil Procedure.
19                          * * *
20            Carrie A. Hartill, Certified Court
21       Reporter in and for the State of Louisiana,
22       officiated in administering the oath to the
23       witness.
24
25    Debra Pruitt,
```



```
 1   1300 Perdido Street, Room 5E03,
 2   after being duly sworn to tell the truth,
 3   the whole truth, and nothing but the truth,
 4   was examined and testified as follows:
 5            VIDEOGRAPHER:
 6                This is media Unit One of the video
 7            deposition of Sergeant Debra Pruitt in the
 8            matter of Derek Brown and Julia Barecki-Brown
 9            versus Derrick Burmaster et al, filed in the
10            United States District Court, Eastern District
11            of Louisiana.
12                Civil Action Number 22-00847.
13            Today is Monday, March 6, 2023.  And the time
14            is 10:04 a.m.  This deposition is being taken
15            at the New Orleans City attorney's office at
16            the request of Jones Walker.
17                The videographer is Tammy Hupin.  The court
18            reporter is Carrie Hartill.  We are with Magna
19            Legal Services.
20                  Will counsel please, state their appearances
21            and whom they represent.
22            MR. ROQUEMORE:
23                James Roquemore on behalf of the City of New
24            Orleans and the city dependants.
25            MR. ALPAUGH:
```



```
 1   administrative portion of the investigation.
 2   Q.  And he refused that, right?  He refused to give
 3   you in his own words not just read the --
 4   A.  No he did.
 5   Q.  -- statement.
 6   A.  He did.  He gave us a statement.
 7   Q.  Did you find him credible during this interview?
 8   A.  Yeah, I mean, I don't think he -- he wasn't
 9   lying about what happened.  It was what he experienced.
10   Q.  At the conclusion of your interview, did you
11   feel that his -- I'm going to actually withdraw that.
12   At the conclusion of your interview, did you
13   believe that Officer Burmaster's assessment of the
14   threat that this 22 pound puppy posed to him was
15   unreasonable?
16   A.  Could you?
17   Q.  Officer Burmaster clearly perceived a major
18   threat from this 22 pound puppy, correct?
19   A.  Did he perceive that, yes.
20   Q.  Okay.  And after you interviewed him did you
21   believe that his assessment of that threat was
22   reasonable?  Objectively.
23   A.  Right.  I mean, he felt the dog was going to
24   attack him and bite him and cause him to go to the
25   hospital.
```



```
 1   Q.   It was -- he was specifically worried the dog
 2   would bite his penis, correct?
 3   A.   Yeah.
 4   Q.   Okay.  So, objectively did you consider, after
 5   interviewing him, Burmaster's assessment of the threat
 6   that this 22 pound puppy posed him to be reasonable?
 7               MR. ROQUEMORE:
 8                    Objection form.
 9               MR. ALPAUGH:
10                    Same objection.
11               THE WITNESS:
12                    I mean, that was his perception.
13   EXAMINATION BY MR. ANADA:
14   Q.   I understand that was his perception, but the
15   question I'm asking is a little bit different.  Did you
16   believe after interviewing him that his perception of
17   the threat was appropriate?  Objectively.
18   A.   I mean, the only way I can answer that, is that
19   he experienced that.  And that he made those choices
20   based on what he was going through.
21   Q.   Going back to, to whether -- to what I've -- what
22   I asked you previously about puppies running towards
23   you; that's happened to you before, right?
24   A.   Uh-huh (affirmative).
25   Q.   Okay.  Am I correct to understand that, in your
```

