UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**DESIGNATION OF NON-RETAINED EXPERTS**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), defendant Derrick Burmaster hereby designates Sgt. Debra Pruitt and Sgt. David Duplantier as non-retained experts. This designation is based on the testimony Sgt. Pruitt gave at her deposition of March 6, 2023 and the testimony Sgt. Duplantier gave at his deposition on March 8, 2023. Sgt. Pruitt is expected to provide expert testimony regarding the issues, investigation and findings regarding the shooting at issue herein; the findings of the Public Integrity Bureau regarding same; the level of threat; and the level of force justified. Sgt. Duplantier is expected to provide expert testimony in the same areas as Sgt. Pruitt. In addition he is expected to testify regarding NOPD training in use of force, including against animals; the findings of the Use of Force Review Board; his review of Derrick Burmaster's actions; the level of force used and its reasonableness; and, whether Officer Burmaster violated any training or policy of the NOPD.

Defendant Burmaster provides this designation at this time given the impending nature of trial.

**EXHIBIT 4**

EXHIBIT N

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Email: cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 13th day of March, 2023 I have served a copy of the above and foregoing pleading on all counsel of record by electronic mail, facsimile transmission, hand delivery and/or by mailing same by United States Mail, properly addressed and first class postage prepaid.

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Email: cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 |
| VERSUS | * <br> * | <br> SECTION: L |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * | <br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS' DESIGNATION OF NON-RETAINED EXPERTS

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson and the City of New Orleans (the "City Defendants") who pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), hereby designate as non-retained experts the following:

- Sgt. Debra Pruitt, who may testify as to any matter touching upon her testimony at her deposition of March 6, 2023, including testimony regarding the issues, investigation and findings regarding the shooting at issue herein; the findings of the Public Integrity Bureau regarding same; the level of threat; and the level of force justified.

- Former Chief Chris Goodley, who may testify as to any matter touching upon his testimony at his deposition of March 6, 2023, including NOPD policies and training regarding use of force, tactics available to NOPD with respect to animal encounters, equipment authorized and/or mandated by NOPD policy, and supervision of Derrick Burmaster.

- Sgt. Shannon Brewer, who may testify as to any matter touching upon her testimony at her deposition of March 8, 2023, including testimony regarding PIB's investigatory and discipline process.

- Sgt. David Duplantier, who may testify as to any matter touching upon his testimony at his deposition of March 8, 2023, including NOPD policies and training of officers regarding use of force with respect to animal encounters and an evaluation of the use of force by Derrick Burmaster with respect to the incident in this case.

- Lt. John Helou, who may testify as to any matter touching upon his testimony at his deposition of March 10, 2023, including NOPD's supervision of Derrick Burmaster, Derrick Burmaster's prior disciplines and uses of force as a NOPD officer.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted to all parties in this case, through their respective counsels of record, via electronic mail, this 13th day of March, 2023.

*/s/ James M. Roquemore*
**James M. Roquemore**