UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN | * <br> * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN <br> FERGUSON, and the CITY OF <br> NEW ORLEANS | * <br> * <br> * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**Exhibit D-Burmaster Body Worn Camera Video**