**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| **versus** | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT DERRICK BURMASTER**

**NOW COMES** Defendant, Derrick Burmaster, and responds as follows to Plaintiffs' Second Set of Interrogatories.

**GENERAL OBJECTIONS**

Derrick Burmaster has not fully completed discovery in this action. The Responses to Plaintiffs' Second Set of Interrogatories submitted herein are based only upon such information that is presently available and specifically known to Derrick Burmaster. It is anticipated that through further discovery, additional facts may be ascertained which may lead to substantial additions to, changes in and variations to the information set forth herein. The following Responses are therefore submitted without prejudice to Derrick Burmaster's right to supplement and/or amend the discovery, including to produce evidence of any subsequently discovered fact.

In addition, Derrick Burmaster objects to Plaintiffs' Second Set of Interrogatories on the following bases. These general objections form a part of the response to each and every discovery request herein. Thus, the absence of a reference to a general objection should not be construed as a waiver of the general objections to a specific discovery request.

EXHIBIT E

1. Derrick Burmaster objects to each of Plaintiffs' Second Set of Interrogatories to the extent that it seeks information which is subject to the attorney-client privilege, work product privilege, or other privilege on the ground that privileged matter is not subject to discovery.

2. Derrick Burmaster objects to each of Plaintiffs' Second Set of Interrogatories to the extent they seek information that is not within his possession, custody, or control, and to the extent they seek information that is already in Plaintiff's possession, custody or control.

3. Derrick Burmaster objects to each of Plaintiffs' Second Set of Interrogatories to the extent they are vague, ambiguous, overly broad, and not identified with reasonable particularity.

4. Derrick Burmaster objects to each of Plaintiffs' Second Set of Interrogatories to the extent they seek information constituting or containing trade secrets, confidential and/or proprietary business and financial information, or information that Derrick Burmaster is prohibited from disclosing.

5. Derrick Burmaster objects to each of Plaintiffs' Second Set of Interrogatories to the extent they failure to specify a relevant time frame for the information sought.

6. Derrick Burmaster objects to each of Plaintiffs' Second Set of Interrogatories to the extent Derrick Burmaster is unable to answer fully, absent discovery from Plaintiffs, co-Defendants and/or non-parties.

7. Nothing herein shall be construed as an admission by Derrick Burmaster as to the relevance or admissibility of any information that it may produce in response to each

of Plaintiffs' Second Set of Interrogatories or any information contained in any of the Responses set forth herein.

8. Derrick Burmaster objects to each of Plaintiffs' Second Set of Interrogatories to the extent that they exceed the amount allowed by the Federal Rules of Civil Procedure and/or Local Rules.

9. By providing information in response to which an objection is made, Derrick Burmaster does not waive any of his general or particular objections.

10. Derrick Burmaster specifically reserves the right to supplement his Responses to each of Plaintiffs' Second Set of Interrogatories .

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1

State your height and weight at the time of the incident which forms the basis of this lawsuit.

### RESPONSE TO INTERROGATORY NO. 1

5' 10 ½"  230 lbs.

### INTERROGATORY NO. 2

If you contend that you do not know your height and/or weight at the time of the incident which forms the basis of this lawsuit, state your height and weight at the present time.

### RESPONSE TO INTERROGATORY NO. 2

Not applicable.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:        cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of February, 2023 I have served a copy of the above and foregoing pleading on all counsel of record by electronic mail, facsimile transmission, hand delivery and/or by mailing same by United States Mail, properly addressed and first class postage prepaid.

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:        cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**