

# NEW ORLEANS POLICE DEPARTMENT OPERATIONS MANUAL

# CHAPTER: 41.10

# TITLE: UNIFORM SPECIFICATIONS

**EFFECTIVE: 04/15/2018**
**REVISED: 08/07/2018, 09/14/2018, 02/01/2019, 06/27/2019, 11/15/19, 04/22/20**

### PURPOSE

The uniform standards of the New Orleans Police Department are established to ensure that uniformed, special assignment and civilian members will present a professional appearance and be readily identifiable to the public through the proper use and wearing of department uniforms.

### POLICY STATEMENT

1. The police uniform readily identifies the member as the law enforcement authority in our community. The uniform also serves to identify the wearer as a source of assistance in an emergency, crisis or other time of need.

2. The uniform shall be worn as a whole, and all parts shall conform to the uniform specifications contained in this Chapter. Brand names, style numbers, and other identifying information are listed in this Chapter. Complete technical uniform specifications are maintained in the Compliance Bureau – Policy Standards Section.

3. Members shall not make uniforms and/or uniform parts available to anyone not a member of the New Orleans Police Department. Members shall remove and retain or destroy all patches and insignia which identify the articles as New Orleans Police Department uniform(s) prior to converting the articles to non-uniform clothing or disposal.

4. Unless otherwise directed by the Superintendent of Police or his/her designee, commissioned officers may wear either the class "A" (winter uniform) or the class "B" (summer uniform) year-round. Directions on the appropriate uniform for a particular duty assignment or unit may be issued by Bureau Chiefs, Commanders or by an Operations Order.

### WEARING AND CONDITION OF UNIFORM AND EQUIPMENT

5. Uniforms and equipment shall be maintained in a serviceable condition and shall be ready at all times for immediate use. Uniforms shall be neat and clean and appear professionally pressed.

6. All commissioned officers of this department shall possess and maintain a serviceable uniform and the necessary equipment to perform uniformed field duty at all times.

EXHIBIT
K

7. Members shall wear only the uniform specified for their rank and assignment.

8. Members shall not permit his/her uniform to be reproduced or duplicated.

9. The uniform is to be worn in compliance with the specifications set forth in the department's uniform specifications found in this chapter.

10. All supervisors shall perform periodic inspections of subordinates to ensure compliance with these regulations.

11. Civilian attire shall not be worn in combination with any distinguishable part of the uniform.

12. Uniforms are only to be worn while on-duty, working approved police secondary employment, or while in transit to or from work, duty related court appearances, special assignments, or at official department functions or events.

13. While off-duty, members shall not display any uniform parts or accessories which identify them as police officers or wear the badge exposed **unless acting in an official capacity**.

14. Employees are **PROHIBITED** from purchasing or drinking alcoholic beverages while wearing any part of the department uniform, including the uniform pants.

15. The official NOPD patch shall be worn on <u>both sleeves</u> of all uniform shirts, jackets, and sweaters. An illustration of the proper placement of the NOPD patch can be found in at **www.nopd.org** under "Resources."

16. Metal uniform parts, such as collar insignias, badge, tie tack, name tag, metal snaps on leather gear, belt buckle, and frontispiece, shall be gold colored for ranking officers and chrome colored for non-ranking officers. Brass detective badges are authorized for non-uniform wear only.

17. Sunglasses and eyeglasses shall have conservatively colored frames and shall not be hung from any uniform part when not in use.

**POLITICAL ACTIVITIES, ENDORSEMENTS, ADVERTISEMENTS OR OTHER APPEARANCES IN UNIFORM**

18. Unless specifically authorized in writing by the Superintendent of Police, NOPD members may not wear any part of the uniform; be photographed wearing any part of the uniform; utilize a department badge, patch or other official insignia; cause to be posted, published or displayed the image of another member; or identify him/herself as a member of the New Orleans Police Department in furtherance of the following:
    (a) Endorse, support, oppose or contradict any political campaign or initiative.
    (b) Endorse, support, oppose or contradict any social issue, cause or religion.
    (c) Endorse, support, or oppose any product, service, company or other commercial entity.

**DEPARTMENT ISSUED IDENTIFICATION**

19. The Department shall issue each member an official department identification card bearing the member's name, identifying information and photo likeness.

20. Members shall be in possession of their department-issued identification card at all times while on-duty and/or when carrying a concealed weapon as a commissioned member of the department.

21. Whenever on-duty or acting in an official capacity representing the Department, members shall display their department-issued identification in a courteous manner to any person upon request and as soon as practicable.

22. Officers working undercover assignments may be excused from the requirements regarding the possession and display of identification <u>when directed</u> by their Bureau Chief.

**CIVILIAN PERSONNEL**

23. Badges and department identification cards issued to civilian members shall be clearly marked to reflect the position of the assigned member (e.g. Clergy).

24. Civilian members shall not display any department badge except as a part of his/her designated uniform, while on-duty or otherwise acting in an official capacity.

25. Civilian members shall be permitted to wear clothing suitable to their respective assignments as determined by their commanding officer or supervisor.

26. Civilian personnel shall not display any department badge/insignia or represent him/herself either on or off-duty in a manner which would cause a reasonable person to believe that he/she is a commissioned police officer.

27. Department badges are issued to authorized members for <u>official use and display</u> only.

28. The use of the badge, uniform patch and department name for all material (e.g., printed matter, products or other items) developed <u>for department use</u> shall be subject to approval by the Superintendent of Police or his/her authorized designee.

**OFFICIAL NOPD UNIFORM – GENERAL DESCRIPTION**

29. The below listed items comprise the official NOPD uniform:
    (a) Uniform shirt with authorized badge and name plate (badge and name plate to be worn on outermost garment unless replaced with patches as authorized in this Chapter)
    (b) Uniform trousers
    (c) Uniform cap with frontispiece
    (d) Rain wear
    (e) Uniform gun belt with holster, plain, smooth, black leather or synthetic look alike with belt-keepers. Black under-belt may be worn.
    (f) Magazines with pouches
    (g) Handcuffs with case
    (h) Authorized footwear with black or navy-blue socks
    (i) Police whistle (black, chrome or brass as appropriate to rank)
    (j) Flashlight (not to exceed 13 inches, black or chrome/silver in color)
    (k) Black/blue ink pen and notebook
    (l) Authorized duty firearm and ammunition
    (m) Identification cards and folder
    (n) Police handheld radio with carrying case and/or belt attachment
    (o) PR 24 police baton and ring holder <u>or</u> expandable baton with authorized carrying case
    (p) TASER with approved holster

(q) Authorized reflective vest
(r) Knife (Buck brand or similar), or a multipurpose tool with four-inch maximum lock blade and smooth black leather case with flap

**CLASS A – WINTER UNIFORM**

(a) Long sleeve uniform shirt, authorized tie with miniature star and crescent tie tack.
(b) Authorized jacket or windbreaker
(c) Authorized sweater
(d) Authorized scarf worn around neck under winter uniform jacket (optional)
(e) Mock turtleneck (optional, not authorized for the rank of Captain and above, special events, court appearances, or other times as dictated by the Superintendent of Police)
(f) Garrison cap with frontispiece
(g) Authorized gloves (Weighted gloves are **PROHIBITED**)
(h) Badge and nameplate must be worn on the outermost garment
(i) Authorized trousers

**CLASS B – SUMMER UNIFORM**
(a) Short-sleeve uniform shirt (T-shirt cannot be visible through open collar)
(b) Garrison cap with frontispiece
(c) Authorized trousers

**CLASS C – DRESS UNIFORM**
(a) Long-sleeve uniform shirt, authorized tie with miniature star and crescent tie tack
(b) Authorized dress uniform trousers
(c) Authorized dress coat
(d) Garrison cap with frontispiece
(e) Authorized dress shoes

30. The dress coat is approved as optional wear for the grade of Police Officer I through Lieutenant. The Superintendent of Police will dictate when the coat will be mandatory which may include, but not limited to:
    (a) Funerals
    (b) Award ceremonies
    (c) Memorial Mass or other memorial ceremonies (depending on temperature)
    (d) Police Officer weddings (if desired by the officer (optional)
    (e) Any other time the Superintendent or his/her designee dictates.

31. While attired in the dress coat, officers are exempt from wearing the full duty rig but must be armed with his/her duty weapon utilizing a paddle/belt holster or "off duty" hip holster (ankle and shoulder holsters are **PROHIBITED**). Once the dress coat is removed, the officer (except Captain and above) must wear the full duty rig.

**COLLAR INSIGNIA**

32. Uniformed members (except for Captains and above) shall wear collar insignia, in chrome or brass color as appropriate to his/her rank, as indicated below:

| Assignment | Insignia |
|---|---|
| First through Eighth Districts | Appropriate Numeral (1-8) |
| Traffic Personnel | T |
| Special Operations Division | SOD |