# In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

## Officer Derrick Burmaster

March 10, 2023

EXHIBIT M

1       A.   I guess you could say since this
2  happened.  I didn't realize that I was going to
3  get sued.  I contemplated suing them, but I
4  thought that they were poor, so I decided not
5  to sue them.
6       Q.   You contemplated suing Derek Brown
7  and Julia Brown?
8       A.   Yes.
9       Q.   What were you contemplating suing
10 them for?
11      A.   For unleashing their dogs upon me
12 and my partner and causing me to have to shoot
13 that animal, which I did not want to do.
14      Q.   Uh-huh (indicating affirmatively).
15           What led you to believe the Browns
16 were poor?
17      A.   I just assumed that they lived in an
18 apartment.  I just assumed that they were
19 probably poor and -- and suing them wouldn't
20 have made matters better.  Very upsetting to me
21 that I had -- that that happened.  I hope
22 everybody in this room understands that.  I
23 never wanted this to happen.
24      Q.   Officer, you're -- you're -- you're
25 shaking a little bit.  Are -- Other than an

```
 1        Q.   In what way did you fail to certify?
 2        A.   Well, I was reassigned for a while
 3   and I was on the desk, you know, because of
 4   this.
 5        Q.   Okay.  So because of the shooting,
 6   you were put on desk duty for a period of time?
 7        A.   Yes.
 8        Q.   How long were you on desk duty?
 9        A.   Several months.
10        Q.   And then you were taken off desk
11   duty and put on the street again?
12        A.   Yes.
13        Q.   And when did that happen
14   approximately?
15        A.   Last year.
16        Q.   So in 2022?
17        A.   Uh-huh (indicating affirmatively).
18        Q.   And -- And so how did that process
19   prevent you from recertifying as a field
20   training officer.
21        A.   Because I wasn't on the street.  I
22   was on the desk taking calls for service from
23   people over the -- over the phone.
24        Q.   So on desk duty, you were unable to
25   recertify as a field safety officer?
```

```
 1   stairs.  One of them got to me closer.
 2          Q.   Uh-huh (indicating affirmatively).
 3          A.   I shot that one.  And the other one
 4   ran off.  If I was evil, I'd have shot both of
 5   them.  I'm not evil.  I shot the one that
 6   needed to be shot, and I didn't want that dog
 7   to die.
 8          Q.   The smaller dog needed to be shot?
 9          A.   Or I was going to get bit.  I didn't
10   want the dog to die.  I wish I would have just
11   hit it in the foot or something so it could
12   survive.  I'd have rendered aide if I thought
13   it was going to help.  But Mr. and Mrs. were
14   very upset.  I -- I wouldn't go in there.  And
15   they were holding and hugging on their dog, you
16   know.
17          Q.   Would it be a true statement to say
18   you had two dogs coming at you?
19          A.   Yes.  Can we watch the video?
20          Q.   Yeah, we will.
21               Was the smaller dog barking when it
22   was running at you?
23          A.   I heard barking.  I didn't --
24          Q.   So you don't know?
25          A.   Can we watch the video and then go
```

```
 1        A.   Yes.
 2        Q.   You blame the Browns for the
 3   problems you've had subsequent to shooting this
 4   dog?
 5        A.   Yes.
 6        Q.   And you thought about suing them,
 7   but the only thing that held you back was you
 8   thought they might be poor?
 9        A.   Yes.
10        Q.   When you shot Apollo, did you see
11   the size of Apollo?
12        A.   I didn't really stare at him.  I --
13   I hurried up and got out of there.
14        Q.   But you looked at the dog?
15        A.   And then the Browns were over there
16   and I -- I -- I waited like out in the street.
17   So I didn't really get to -- to see him.
18        Q.   I mean, you aimed at the dog; right?
19        A.   Yeah.
20        Q.   You could see the dog; right?
21        A.   I could.
22        Q.   Yeah.  And in order to aim, you had
23   to see how big it was?
24        A.   It wasn't a calculated -- I -- I --
25   I didn't aim.  I pointed.  I don't know if you
```

```
 1              You see that part?
 2         A.   Yes.
 3         Q.   So after shooting this dog, you
 4   reported that you had used your left hand to
 5   guard your groin area while you shot?
 6         A.   Yes.
 7         Q.   And that was because you were
 8   worried that dog was going to bite you in the
 9   groin?
10         A.   Yes.
11         Q.   That's what you told NOPD
12   investigators at the time?
13         A.   Yes.
14         Q.   So the two times you've shot and
15   killed dogs while acting as a police officer,
16   both times you've indicated a fear that the dog
17   was going to bite you in the groin?
18         A.   Yes.
19         Q.   Okay.  Have you ever reported
20   fearing a dog was going to bite you in the
21   groin in any other context except the two times
22   that you've shot and killed a dog?
23         A.   Not that I recall.
24         Q.   Okay.  You're wearing a shirt today
25   that says, "Not today, Satan"; is that right?
```

```
 1        A.   Yes, sir.
 2        Q.   What does that mean to you?
 3        A.   How can I explain it?  I don't --
 4   I -- I -- I wore it kind of as a joke --
 5        Q.   Uh-huh (indicating affirmatively).
 6        A.   -- for you guys.
 7        Q.   What's the joke?
 8        A.   Well, how would -- How do you take
 9   it?  It's like when somebody tries to form a
10   weapon upon you, you say something like, "Not
11   today, Satan."
12        Q.   Uh-huh (indicating affirmatively).
13             So you feel like we're attacking
14   you?
15        A.   I feel I'm being attacked.
16        Q.   By being asked questions about your
17   shooting of the Browns' dog?
18        A.   Yes.
19        Q.   And you thought you would respond to
20   these questions with a -- a -- a joking shirt?
21        A.   I'm cooperating with you.  I don't
22   have anything against you personally or you.
23        Q.   When you said you or you, you were
24   pointing to the -- the Browns' two lawyers,
25   indicating the Browns' two lawyers?
```

**Officer Derrick Burmaster**
**March 10, 2023**

Page 196

```
 1        A.   Yes.
 2        Q.   But you do have something against
 3   the Browns?
 4        A.   I forgave them.
 5        Q.   Okay.  But your response to being
 6   asked questions -- Your response in part to
 7   being asked questions about this shooting was
 8   to wear a joking shirt; correct?
 9        A.   Yes.  Well, I wasn't told what the
10   attire was.
11        Q.   That's okay.
12        A.   I thought I could -- I thought this
13   would be two hours or something like that and I
14   would be out of here in a, you know --
15        Q.   Yeah.  And you're allowed to wear
16   whatever you like.
17        A.   Yes, sir.
18        Q.   I'm just trying to understand your
19   choice.
20             So your response at least in part to
21   this lawsuit is to respond in a -- at least in
22   part in a joking response.  Agreed?
23        A.   I don't know how to answer that.
24   Say it -- Say it --
25        Q.   Sure.
```

```
 1         A.    Say the question again.
 2         Q.    You're being deposed about shooting
 3   some people's dog and you're wearing a joking
 4   shirt today; right?
 5         A.    Yes, sir.  I'm allowed to wear what
 6   I like.
 7         Q.    My question wasn't whether you were
 8   allowed to.  My question was you're being
 9   deposed about shooting these people's dog and
10   you wore a joking shirt today; correct?
11         A.    Yes, sir.
12         Q.    Okay.  Ask you a couple of questions
13   about -- while we're on the topic of jokes --
14   Excuse me.
15         MR. MOST:
16               I'm going to mark this as Exhibit 2.
17   EXAMINATION BY MR. MOST:
18         Q.    Do you do you recognize this,
19   Mr. Burmaster?
20         A.    Yeah.  I used to put things on
21   Facebook, but I slowed down a lot since this.
22         Q.    Yeah.  So this is -- this is a post
23   from your Instagram account?
24         A.    I don't know if it's from Instagram
25   or Facebook.
```