UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR THE STATE OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * *

DEREK BROWN and

JULIA BARECKI-BROWN

VERSUS

DERRICK BURMASTER, SHAUN FERGUSON, and the

CITY OF NEW ORLEANS

* * * * * * * * * * * * * * * * * * * * * * * * *

CIVIL ACTION NO. 22-00847            DIVISION: 4

SECTION: L

The 30(b)(6) deposition of DEBRA PRUITT taken on

Monday, March 6, 2023, starting at 10:00 a.m. at

New Orleans City Hall, 1300 Perdido Street, Room 5E03

New Orleans, Louisiana 70112.

CARRIE A. HARTILL

CERTIFIED COURT REPORTER

STATE OF LOUISIANA



EXHIBIT R

1  mind, the puppy running towards you without any other
2  kind of threat is not enough to shoot the puppy?
3  A.  For me?  You're asking me, like, how I would
4  respond?
5  Q. Yeah, absolutely.  You would need more than
6  just a puppy running towards you to shoot it, right?
7  There would have to be some other indication of a
8  threat, right?
9  A.  Yes.
10 Q.  Okay.  And could you tell me what those other
11 indications could be?  Barking?
12 A.  Yeah, I mean, it would take a lot for me to
13 shoot an animal; that's just based on my experience.
14 Q.  Right.
15 A.  I've worked at an animal hospital before, way
16 my younger years.
17 Q.  Sure.
18 A.  So I have I have experience, like real
19 experience with animals.
20 Q.  Got it.  You have the same training as
21 Burmaster had with respect to use of force against
22 animals, right?
23 A.  Yes.
24 Q.  Okay.  You said it would take a lot for you to
25 shoot an animal.



```
 1  and Officer Burmaster's instinct was to stand his
 2  ground.  Officer Roussel stated that he would not have
 3  taken his gun out in that situation."
 4       Do you understand that to mean that if Officer
 5  Roussel was in Burmaster's shoes, Officer Roussel would
 6  not have taken his gun out in that situation?
 7  A.  Yes.
 8  Q.  Okay.  Do you disagree with Officer Russell's
 9  assessment there?
10            MR. ALPAUGH:
11                 Object to form.
12            THE WITNESS:
13                 That's his opinion.
14  BY MR. ANADA:
15  Q. Right.  Well, I'm asking you, personally, do
16  you disagree with that assessment?  What if you were e
17  in Burmaster's shoes?  Would you agree with Officer
18  Roussel that he would not have taken his gun out in
19  that situation?
20            MR. ALPAUGH:
21                 Object to the form.
22  EXAMINATION BY MR. ANADA:
23  Q.  Would you be taking your gun out in that
24  situation?
25  A.  No.
```



1        MR. ALPAUGH:
2             I just have a couple.  I won't be all
3        that long.  Thanks for coming here today.
4   CROSS-EXAMINATION BY MR. ALPAUGH:
5   Q.   They've been fairly thorough of this.
6   There's only really one thing I wanted to
7   direct you to and that is on Exhibit 37.  Page
8   37, second to last paragraph.  Would you read
9   that, please?
10  A.   "Sergeant Pruitt did not find officer
11  Burmaster violated R.S. 14:102- Relative to
12  Cruelty to Animals; simple and aggravated or any
13  other municipal or state violation.  Sergeant
14  Pruitt found Officer Burmaster justified in his
15  actions."
16  Q.   And that last sentence is still your
17  opinion today?
18  A.   Yes.
19  Q.   Okay, you're speaking this sentence, he
20  just asked you, "Sergeant Pruitt found Officer
21  Burmaster justified in his action."
22       You're only saying that in the context of a
23  criminal investigation, right?
24  A.   Yes.
25  Q.   You're not talking about whether he



```
 1   violated any NOPD policies, whether he was
 2   liable in the administrative proceeding,
 3   whether he was constitutionally liable; this
 4   statement is strictly limited to whether or not
 5   he committed a crime, right?
 6   A.   Correct.
 7             MR. ANADA:
 8                  Okay. That's it. Thank you.
 9             VIDEOGRAPHER:
10                  So, this concludes the deposition.
11             We're now off the record the time is 12:54 p.m.
12             COURT REPORTER:
13                  Would either of you like copies of this
14             deposition?
15             MR. ALPAUGH:
16                  Yes, yes, yes.
17             MR. ROQUEMORE:
18                  Yes.
19
20      (The deposition was concluded at 12:54 p.m.)
21
22
23
24
25
```

