```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   DEREK BROWN and JULIA         CIVIL ACTION NO.
     BARECKI-BROWN                 22-00847
 5
     VERSUS
 6                                 DIVISION: 4
     DERRICK BURMASTER, SHAUN
 7   FERGUSON, and the CITY OF     SECTION: L
     NEW ORLEANS
 8

 9

10

11   * * * * * * * * * * * * * * * * * * * * * * * * *

12            TRANSCRIPT OF THE DEPOSITION OF:

13                    DAVID DUPLANTIER,

14   TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE ABOVE

15   ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

16   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

17   * * * * * * * * * * * * * * * * * * * * * * * * *

18

19        REPORTED AT:

20        NEW ORLEANS CITY HALL

21        1300 PERDIDO STREET, ROOM 5E03

22        NEW ORLEANS, LOUISIANA  70112

23

24

25        COMMENCING AT 1:53 P.M., ON MARCH 8, 2023.
```



EXHIBIT S

```
 1   here, given what you saw on the body-worn camera, did
 2   you think that those dogs were friendly?
 3        A.   Once again, I started off saying it was
 4   tragic, being a dog person.  But even I looked at it,
 5   and I thought the dogs were in a mindset where they may
 6   harm an officer.
 7        Q.   Right.  They weren't feeling threatened; they
 8   were protecting their --
 9        A.   I looked at -- I took it as they were
10   protecting their territory, doing what a dog is
11   supposed to do.
12                  MR. ALPAUGH:  Yeah.  Okay.  Thank you.
13                  MR. ANADA:  I got one.
14                       RE-EXAMINATION
15   BY MR. ANADA:
16        Q.   You would have shot that 22-pound puppy in
17   that situation?
18        A.   Honestly, I'm going to give you an answer
19   that's for you and against you.  I don't know.  I may
20   have.  I'm more likely, having dealt with dogs all my
21   life -- more likely to maybe try and kick at the dog.
22   However, there were two dogs present, so it really,
23   really murks up the water on decision-making.
24        Q.   Fair, fair.
25                  MR. ANADA:  Thank you so much.
```

