```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and           *  CIVIL ACTION
     JULIA BARECKI-BROWN       *
 4                             *  DOCKET NUMBER: 22-00847
     VERSUS                    *
 5                             *  SECTION: L
     DERRICK BURMASTER,        *
 6   SHAUN FERGUSON, and       *  HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS   *
 7                             *  DIVISION:  4
                               *
 8                             *  HONORABLE KAREN WELLS ROBY

 9   ****************************************************

10

11        Deposition of JULIA BARECKI-BROWN, taken via

12     Zoom with the witness located in New Orleans,

13    Louisiana, on Wednesday, the 19th day of December

14               2022, beginning at 1:00 p.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002

25
```

New Orleans 504.522.2101                                  North Shore 985.206.9303
Toll Free 800.526.8720      SerpasCourtReporting.com      Baton Rouge 225.332.3040

EXHIBIT
T

```
 1   statements made by any NOPD personnel at that
 2   meeting?
 3                MR. ROQUEMORE:  Objection to form.
 4        A.   I remember a statement that they were
 5   disturbed.  A woman made that statement.
 6        Q.   Can you describe her any more than just a
 7   woman, African-American, white, Asian?
 8        A.   Yes.  It was -- she, I believe, is head of
 9   the PIB, and an African-American female.
10        Q.   Do you remember her approximate age or
11   anything like that?
12        A.   I'm bad at that.  I would guess maybe
13   50s.
14        Q.   After this incident, I think, I heard you
15   testify that you had the occasion to observe officer
16   Burmaster's demeanor?
17        A.   Yes.
18        Q.   I believe you testified a little bit about
19   that, but I just want to make sure I have a complete
20   picture of that.  Can you tell me exactly what you
21   observed officer Burmaster's demeanor to be in the
22   aftermath of the shooting?
23        A.   Yes.  After the other cruisers had gotten
24   there and the investigators, other police walked up
25   and it was like nothing had happened.  He was
```

```
 1   high-fiving people.  He was joking around with them.
 2   It just made it so much worse even.
 3                    MR. ANADA:  I know you attached
 4                    Mr. Brown's psychological evaluation
 5                    as an exhibit, did you attach
 6                    Ms. Barecki's.
 7                    MR. ROQUEMORE:  No.
 8                    MR. ANADA:  Okay.  I'm going to
 9                    attach Ms. Barecki's, I have it here
10                    electronically.  I'm going to e-mail
11                    it to you guys and the court
12                    reporter.  I have the un-Bates
13                    version up of my screen.
14                    MR. ROQUEMORE:  I'm not going to
15                    belabor the point.  Just go ahead
16                    and email it to me.
17                    MR. ANADA:  Do you know what Exhibit
18                    we are on?
19                    MR. ROQUEMORE:  I believe it's
20                    number six.  Mr. Brown's exhibits
21                    highest number --
22                    MR. ANADA:  I'm sorry.
23                    MR. ROQUEMORE:  -- Bates number.
24                    MR. ANADA:  I'm putting the
25                    number 6.  Oh, look, it does have a
```