COPY

Debra Pruitt                                    March 06, 2023

1

2                  UNITED STATES DISTRICT COURT

3           EASTERN DISTRICT FOR THE STATE OF LOUISIANA

4

5     * * * * * * * * * * * * * * * * * * * * * * * * *

6

7                       DEREK BROWN and

8                    JULIA BARECKI-BROWN

9                          VERSUS

10         DERRICK BURMASTER, SHAUN FERGUSON, and the

11                     CITY OF NEW ORLEANS

12

13    * * * * * * * * * * * * * * * * * * * * * * * * *

14    CIVIL ACTION NO. 22-00847          DIVISION: 4

15    SECTION: L

16

17        The 30(b)(6) deposition of DEBRA PRUITT taken on

18          Monday, March 6, 2023, starting at 10:00 a.m. at

19        New Orleans City Hall, 1300 Perdido Street, Room 5E03,

20             New Orleans, Louisiana 70112.

21

22    CARRIE A. HARTILL

23    CERTIFIED COURT REPORTER

24    STATE OF LOUISIANA

25





EXHIBIT

C

```
 1    APPEARANCES:

 2    FOR THE CITY OF NEW ORLEANS AND CITY DEFENDANTS:

 3         JAMES M. ROQUEMORE, ESQ

 4         CITY OF NEW ORLEANS

 5         NEW ORLEANS, LOUISIANA

 6         EMAIL: james.roquemore@nola.gov

 7

 8         FOR THE DEFENDANT, DERRICK BURMASTER:

 9         C. THEODORE ALPAUGH, III, ESQ.

10         FRATERNAL ORDER OF POLICE LEGAL COUNSEL

11         639 LOYOLA AVENUE, SUITE 2130

12         NEW ORLEANS, LOUISIANA 70113

13         PHONE: (504) 529-4141

14         EMAIL: cta@gustebarnett.com

15

16    FOR THE PLAINTIFF DEREK BROWN AND JULIA BARECKI-BROWN:

17         TARAK ANADA, ESQ.

18         JONES WALKER LLP

19         201 ST. CHARLES AVENUE, SUITE 4900

20         NEW ORLEANS, LA 70170

21         PHONE: (504) 582-8322

22         EMAIL: tanada@joneswalker.com

23

24

25
```



1   ALSO FOR PLAINTIFFS:

2   WILLIAM BROCK MOST, ESQ.

3   MOST & ASSOCIATES

4   201 SAINT CHARLES AVENUE, SUITE 114

5   NEW ORLEANS, LA 70170

6   PHONE: (504) 509-5023

7   EMAIL: williammost@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Debra Pruitt

March 06, 2023
Page 4

```
 1
 2                          INDEX
 3                                               PAGE
 4   DIRECT EXAMINATION:
 5   BY MR. ANADA . . . . . . . . . . . . . . . . .   8
 6   CROSS-EXAMINATION:
 7   BY MR. ALPAUGH   . . . . . . . . . . . . . .    78
 8
 9   EXHIBITS
10   Debra Pruitt             DESCRIPTION          PAGE
11   EXHIBIT NO.  8        NOD  . . . . . . . . . . .   8
12   EXHIBIT NO. 20        NOPD ASI . . . . . . . . .  19
13   EXHIBIT NO. 37     NOPD PIB REPORT BY SGT PRUITT . . .  46
14   EXHIBIT NO. 19        EMAIL     . . . . . . . . . .  47
15   EXHIBIT NO. 27   NOPD OPERATIONS MANUAL CH 41.3.10. .  51
16
17
18
19
20
21
22
23
24
25
```



```
1
2                   S T I P U L A T I O N
3            It is stipulated and agreed by and
4       between counsel that the deposition of
5            DEBRA PRUITT,
6       is hereby being taken pursuant to the Rules
7       of Court, including applicable articles of
8       the Louisiana Code of Civil Procedure.
9            The formalities of sealing and
10      certification are hereby waived.  The
11      witness waives the right to read and sign
12      the deposition.  The party responsible for
13      the service of the discovery material shall
14      retain the original.
15           All objections are to be made in
16      accordance with the Rules of Court, including
17      applicable articles of the Louisiana Code of
18      Civil Procedure.
19                       * * *
20           Carrie A. Hartill, Certified Court
21      Reporter in and for the State of Louisiana,
22      officiated in administering the oath to the
23      witness.
24
25  Debra Pruitt,
```



Administrative Shooting Investigation 2021-03

EXHIBIT

**20**

1

# New Orleans Police Department

Public Integrity Bureau
Force Investigation Team
Administrative Shooting Investigation

To:       Captain Sabrina Richardson                    Date: 8-4-2021
          Public Integrity Bureau

From:     Detective Shannon Brewer
          Force Investigation Team

Subject:  ASI #2021-03
          Administrative Shooting Investigation, Officer Derrick Burmaster, F.O.B. 6th
          District

---

## Event Summary

On Saturday, April 10, 2021, at or about 9:42 p.m., Officer Derrick Burmaster was assigned regular working to the 6th District B platoon. Officer Burmaster responded to a disturbance call for service in the 1400 block of Felicity Street. Officer Burmaster arrived on scene and met with the complainant. The complainant stated he observed a male and female arguing in front of 1420 Felicity Street. The complainant pointed to the lower apartment at 1420 Felicity Street as the location of occurrence.

Officer Burmaster and Officer John Roussel responded to 1420 Felicity Street and entered the front yard through an iron gate. Officers Burmaster and Roussel proceeded toward the lower apartment at 1420 Felicity Street. As the officers approached, they heard the sound of dogs barking. Officer Roussel turned and ran to exit the front yard, Officer Burmaster remained in the yard and unholstered his weapon. Officer Burmaster fired his weapon at the dog, striking and fatally wounding the dog. Officer Burmaster exited the front yard and notified dispatch of the firearm discharge.

The animal was stored at Metairie Small Animal Hospital for the night, the picked up by Louisiana Society for the Prevention of Cruelty of Animals (LASPCA) and taken to LSU's Veterinary School of Medicine for necropsy. Officer Burmaster was placed on reassignment and remained assigned to the 6th District detailed to desk duties.

## Policy Violations

Rule 4: Performance of Duty, Paragraph 4 Neglect of Duty (c6) Failing to comply with instructions, oral or written from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11.

Rule 4: Performance of Duty, Paragraph 4 Neglect of Duty c6 Failing to comply with instructions, oral or written, from any authoritative source to wit, NOPD Chapter 1.3 Use of Force, paragraph 32.

Rule 4: Performance of Duty, Paragraph 4 Neglect of Duty c6 Failing to comply with instructions, oral or written, from any authoritative source to wit, NOPD Chapter 41.10 paragraph 29.

Rule 4: Performance of Duty, Paragraph 4 Neglect of Duty c6 Failing to comply with instructions, oral or written, from any authoritative source to wit, NOPD Chapter 1.3 paragraph 13a.

Rule 4: Performance of Duty, Paragraph 4 Neglect of Duty c6 Failing to comply with Instructions, oral, or written, from any authoritative source to wit, NOPD Chapter 41.11 Body Armor, Paragraph 8c.

**NOTE:** Officer Burmaster could not be found in violation of Rule 2, Moral Conduct, Paragraph 6, Unauthorized Force, due to the verbiage written in the rule which states the Unauthorized Force must be against a person.

Detective Brewer initiated an investigation into the actions of Officer Burmaster. Detective Brewer determined all allegations to be sustained.

## Summary & Conclusion

Detective Brewer investigation revealed Officer Burmaster's discharge occurred due to Officer Burmaster observing the dogs and firing his weapon out of fear and not because the dog presented a threat of serious bodily injury or death to Officer Burmaster.

## Final Recommendations Section

It is the recommendation of Detective Brewer that NOPD Policy which relates to Unauthorized Force is revised to include animals.

The NOPD Training Academy will review the findings in this incident and determine if Officer Burmaster should remain as a Field Training Officer.

There are no other recommendations regarding policies, tactics, training, or discipline as a result of this incident.

## Signatures

Respectfully Submitted

Detective Shannon Brewer
NOPD Force Investigation Team


Concur / Does Not Concur

8-26-2021

Sergeant John Helou
Force Investigation Team


Concur / Does Not Concur

8 27 21

Captain Sabrina Richardson
Public Integrity Bureau

CONFIDENTIAL

# NEW ORLEANS POLICE DEPARTMENT

| | | | | INCIDENT REPORT | | ITEM NUMBER | |
|---|---|---|---|---|---|---|---|
| | | | | SUPPLEMENTAL REPORT   PAGE 1 OF 37 | | D-13802-21 | |

**EVENT**

| SIGNAL | INCIDENT | DATE/TIME OCCURRED | DIST/ZONE/SUB | STATUS | BULLETIN REQUIRED |
|---|---|---|---|---|---|
| 103 | Disturbance | 04/10/2021   9:33PM | 6/E/04 | ☒ OPEN  ☐ CLEARED BY ARREST  ☐ CLEARED BY EXCEPT.  ☐ WARRANT ISSUED  ☐ UNFOUNDED | ☐ YES  ☐ NO |
| LOCATION OF OCCURANCE | | DATE/TIME OF REPORT | LIGHTING | | |
| 1420 Felicity Street | | 06/25/2021 12:00PM | F | | |

**VICTIM/REPORTING PERSON**

| ☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☒ INTERVIEW | | | | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|---|---|---|
| Burmaster, Derrick | | | | | | | | |
| HOME ADDRESS | | ZIP CODE | HOME PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED | |
| | | 70113 | X | X | X | X | X | |
| BUSINESS ADDRESS | | ZIP CODE | BUSINESS PHONE | DRIVERS LICENSE NUMBER | OCCUPATION | | | |
| 1930 Martin Luther King Boulevard | | X | 504-658-6060 | X | Police Officer | | | |

| ☐ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☒ INTERVIEW | | | | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|---|---|---|
| Brown, Derrick | | | | | W | M | | |
| HOME ADDRESS | | ZIP CODE | HOME PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED | |
| 1420 Felicity Street | | 70130 | | | X | X | X | |
| BUSINESS ADDRESS | | ZIP CODE | BUSINESS PHONE | DRIVERS LICENSE NUMBER | OCCUPATION | | | |
| X | | X | | X | X | | | |

**OFFENDER NO. 1**

| ☐ ARRESTED  ☒ WANTED  ☐ MISSING  ☐ RUNAWAY | | | | DATE OF BIRTH OR AGE | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| | X | | | | | | | |
| HOME ADDRESS | | ZIP CODE | DATE/TIME OF ARREST | ARREST CREDIT | SOBRIETY | INJURY | TREATED | |
| X | | X | | | X | X | X | |
| ARREST LOCATION | | SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | DIST/ZONE/SUB | IS/OTS WANTED ON/UT | | | |
| X | | | | | | | | |
| ALIAS/NICKNAME | | MAGISTRATE DATE/TIME | | TRANSPORTED BY | | UNIT | | |
| X | | | | | | | | |
| ARRESTEE ARMED AT TIME OF ARREST | | | ARREST TYPE | | RESIDENT STATUS | JUVENILE DISPOSITION | | |
| ☐ UNARMED  ☐ HANDGUN | ☐ SHOTGUN  ☐ RIFLE | ☐ KNIFE  ☐ OTHER WEAPON | ☐ AUTOMATIC  ☐ SEMI-AUTOMATIC | ☐ ON VIEW  ☐ EXISTING WARRANT  ☐ SUMMONS | ☐ ORLEANS RESIDENT  ☐ NON-RESIDENT | ☐ RELEASED TO PARENT  ☐ HELD FOR COURT | | |
| CHARGES | | | | | | VICTIM #   RELATIONSHIP | | |
| | | | X | | | | | |

**DESCRIPTION**

| 01-BUILD | 02-ODDITIES | 03-SCARS | 04-TATTOOS | 05-APPAREL | 06-SPEECH |
|---|---|---|---|---|---|
| ☐ 01 SMALL/PETITE  ☐ 02 THIN  ☐ 03 MEDIUM  ☐ 04 MUSCULAR  ☐ 05 HEAVY/STOCKY  ☐ 06 FLABBY  ☐ 07 STOOPED SHOULDERS  ☐ 08 NARROW SHOULDERS  ☐ 09 BROAD SHOULDERS  ☐ 10 OVERWEIGHT/FAT | ☐ 01 LIMP  ☐ 02 CRIPPLED ARM  ☐ 03 MISSING ARM  ☐ 04 MISSING FINGER  ☐ 05 MISSING HAND  ☐ 06 MISSING FOOT  ☐ 07 MISSING LEG  ☐ 08 ABNORMAL GENITALS  ☐ 09 BOW LEGGED  ☐ 10 LEFT HANDED | ☐ 01 CHEEK, LEFT  ☐ 02 CHEEK, RIGHT  ☐ 03 CHIN  ☐ 04 EAR, LEFT  ☐ 05 EAR, RIGHT  ☐ 06 EYEBROW, LEFT  ☐ 07 EYEBROW, RIGHT  ☐ 08 LIP, LEFT  ☐ 09 LIP, RIGHT  ☐ 10 NECK | ☐ 11 ARM, LEFT  ☐ 12 ARM, RIGHT  ☐ 13 HAND, LEFT  ☐ 14 HAND, RIGHT  ☐ 15 WRIST, LEFT  ☐ 16 WRIST, RIGHT  ☐ 17 CHEST  ☐ 18 BACK  ☐ 19 LEG, LEFT  ☐ 20 LEG, RIGHT | ☐ 01 ARM, LEFT  ☐ 02 ARM, RIGHT  ☐ 03 HAND, LEFT  ☐ 04 HAND, RIGHT  ☐ 05 LEG, LEFT  ☐ 06 LEG, RIGHT  ☐ 07 CHEST  ☐ 08 BACK  ☐ 09 NECK  ☐ 10 FACE | ☐ 01 CLOTH OVER FACE  ☐ 02 STOCKING OVER FACE  ☐ 03 MASK  ☐ 04 EARRINGS  ☐ 05 SUNGLASSES  ☐ 06 RINGS  ☐ 07 GLOVES  ☐ 08 CAP/HAT  ☐ 09 MALE/FEMALE ATTIRE  ☐ 10 TENNIS SHOES | ☐ 01 SOFT/POLITE  ☐ 02 RASPY/DEEP  ☐ 03 RAPID  ☐ 04 SLOW  ☐ 05 LISP  ☐ 06 STRAIGHT  ☐ 07 STUTTERS/LISP  ☐ 08 ACCENT  ☐ 09 APOLOGETIC  ☐ 10 EFFEMINATE |
| 07-ACCENT | 08-FACIAL ODDITIES | 09-EYES | 10-NOSE | 11-TEETH | 12-HAIR COLOR | 13-HAIR STYLE | 14-FACIAL HAIR | 15-COMPLEXION |
| ☐ 01 AFRICAN/AMERICAN  ☐ 02 SPANISH  ☐ 03 ORIENTAL  ☐ 04 FRENCH  ☐ 05 ENGLISH  ☐ 06 JAMAICAN  ☐ 07 OTHER | ☐ 01 BUSHY EYEBROWS  ☐ 02 BLOTCHES  ☐ 03 FRECKLES  ☐ 04 MOLE/WARTS  ☐ 05 PIMPLE/POCKS  ☐ 06 WRINKLES  ☐ 07 HIGH CHEEKS  ☐ 08 THICK LIPS  ☐ 09 DEFORMED EAR  ☐ 10 MISSING EAR | ☐ 01 BLUE  ☐ 02 BROWN  ☐ 03 GRAY  ☐ 04 GREEN  ☐ 05 BLOODSHOT  ☐ 06 BULGING  ☐ 07 CROSSED  ☐ 08 EYEGLASSES  ☐ 09 SQUINT/BLINKING  ☐ 10 SLANTED/ORIENTAL | ☐ 01 LARGE  ☐ 02 SMALL  ☐ 03 LONG  ☐ 04 THIN  ☐ 05 PUG  ☐ 06 POINTED  ☐ 07 BROAD  ☐ 08 FLAT  ☐ 09 HOOKED  ☐ 10 RED | ☐ 01 REGULAR  ☐ 02 DECAYED  ☐ 03 PROTRUDING  ☐ 04 CAPS  ☐ 05 MISSING  ☐ 06 BUCK  ☐ 07 GOLD  ☐ 08 DESIGN  ☐ 09 DIAMOND  ☐ 10 BRACES | ☐ 01 BLONDE  ☐ 02 RED  ☐ 03 BROWN  ☐ 04 BLACK  ☐ 05 GRAY/SILVER  ☐ 06 SALT/PEPPER  ☐ 07 MULTI-COLORED  ☐ 08 FLAT, BLONDE  ☐ 09 BLEACHED  ☐ 10 GREY PATCHES | ☐ 01 AFRO  ☐ 02 BRAIDED  ☐ 03 CURLY  ☐ 04 STRAIGHT  ☐ 05 CREW/CUT  ☐ 06 BALD  ☐ 07 SHORT  ☐ 08 MEDIUM  ☐ 09 LONG  ☐ 10 FADE/REEIGH | ☐ 01 SIDEBURNS  ☐ 02 MUTTON CHOPS  ☐ 03 FU MANCHU  ☐ 04 BEARD  ☐ 05 GOATEE  ☐ 06 MUSTACHE  ☐ 07 CURLED  ☐ 08 UNSHAVED  ☐ 09 BUSHY EYEBROWS  ☐ 10 CLEAN SHAVEN | ☐ 01 ALBINO  ☐ 02 FAIR  ☐ 03 RUDDY  ☐ 04 DARK  ☐ 05 LIGHT  ☐ 06 BROWN  ☐ 07 DARK |
| ADDITIONAL DESCRIPTION | | | | | | | | |

**CODES**

| RACE | VICTIM TYPE | SOBRIETY | INJURY | TREATED | VICTIM RELATIONSHIP TO OFFENDER (VICTIM WAS:) | | |
|---|---|---|---|---|---|---|---|
| W-WHITE  B-BLACK  L-LATIN/HIS  A-ASIAN  U-UNKNOWN | B-BUSINESS  F-FINANCIAL INST.  G-GOVERNMENT  L-LAW OFFICER  R-RELIGIOUS ORG. | S-SOCIETY  O-ORLEANS RESIDENT  N-NON RESIDENT  U-UNKNOWN | S-SOBER  A-ALCOHOL  D-DRUGS  U-UNKNOWN | B-BROKEN BONES  I-INTERNAL INJURY  L-LACERATIONS  M-MINOR  O-OTHER MAJOR  N-NO INJURY | R-REFUSED  T-TREATED  H-HOSPITALIZED | A-SPOUSE  B-COMMON LAW  C-PARENT  D-OFFSPRING  E-SIBLING  F-GRANDPARENT | G-GRANDCHILD  H-OTHER FAMILY  I-ACQUAINTANCE  J-FRIEND  K-BEING BABYSAT  L-BOYFRIEND/FRIEND | M-EX SPOUSE  N-EMPLOYEE  I-EMPLOYER  P-HOMOSEXUAL  Q-STRANGER  U-UNKNOWN |

**ADM**

| DETECTIVE | CRIME LAB | OTHER | | REPORTING CAR # |
|---|---|---|---|---|
| Reporting | | | | 2148 |
| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | SUPERVISOR   SABRINA RICHARDSON   BADGE |
| Debra N. Pruitt | 449 | | | Capt Sab-3025   48 |

EXHIBIT

37

CONFIDENTIAL

<u>NEW ORLEANS POLICE DEPARMENT</u>　　　Item: D-13802-21　　　<u>Page 2 of 37</u>

New Orleans Police Department
Public Integrity Bureau
Force Investigation Team
Supplemental #1

**Date: April 10, 2021**　　　**Time: 9:33PM**　　　**Item: D-13802-21**

**Offense:** Disturbance　　　**District:** 6/E/04　　　**Weapon:** Glock model 17, 9mm

**Location:** 1420 Felicity Street, New Orleans, Louisiana, 70130

**Gist:**

On Saturday, April 10, 2021, at about 9:33AM, New Orleans Police Officers Derrick Burmaster and John Roussel were dispatched to a disturbance in the 1400 block of Felicity Street. The officers met with the 911 caller and learned a disturbance occurred at 1420 Felicity Street. Both officers relocated to 1420 Felicity Street and approached an iron fence securing the property. Officer Burmaster audibly checked for a dog in the yard before entering by making kissing noises. After there was no response from any animals, both officers entered the unlocked gate and proceeded toward the two-story home.

The officers walked toward a door on the first level and as they neared an exterior staircase, two dogs rushed down the staircase. Officer Roussel immediately ran for the gate and exited the yard as the larger of two dogs chased behind. Officer Burmaster immediately removed his firearm and remained stationary as the smaller of the two dogs ran toward him. Officer Burmaster fired at the smaller dog three times, who collapsed and died on scene.

On Saturday, April 10, 2021, at about 9:57PM, New Orleans Police Department's Force Investigation Team were notified of the Level Four Use of Force by New Orleans Police Officer Derrick Burmaster. On Saturday, April 10, 2021, at about 10:40PM, Sergeant Debra Pruitt arrived on scene, and was assigned lead criminal investigator.

**Involved Officer: Officer Derrick Burmaster**

**Wounds:**
**(Apollo)**

Dorsoventral through and through gunshot wound with fracture of 2 ribs and pulmonary laceration
Partial fractures of both forelimbs and right rear limb
(Multiple projectile fragments were recovered during the necropsy)

**Location of Offense:**

1420 Felicity Street
New Orleans, Louisiana, 70130

---

**Detective Assigned:** Sergeant Debra N. Pruitt　　　**Supervision:** Captain Sabrina Richardson

CITY OF NO DEFENTS - 000356

CONFIDENTIAL

**NEW ORLEANS POLICE DEPARMENT**      **Item: D-13802-21**     

Officer Burmaster was focused on the first dog to come down, the larger of the two as it proceeded behind Officer Roussel and Officer Burmaster yelled, "Get back! Get back!" Soon after, a second, smaller dog ran from the staircase directly to Officer Burmaster. Officer Burmaster fired three rounds at the dog running at him, causing the dog to collapse and die. The larger of the two dogs ran back to the staircase following the gunshots.

Sergeant Pruitt found the owners properly secured their yard to prevent the dogs from escaping. Sergeant Pruitt found Officer Burmaster had a legal right to be at the location, he checked for animals in the yard by making noises. Officer Burmaster did not fire his weapon until an animal was running in his direction. Officer Burmaster only had seconds to see the animal coming in his direction and made the decision to shoot it to prevent any harm from the animal.

Sergeant Pruitt did not find Officer Burmaster violated R.S. 14:102- Relative to Cruelty to Animals; simple and aggravated or any other municipal or state violation. Sergeant Pruitt found Officer Burmaster justified in his actions.

Any additional information will be added in a supplemental report.

**Detective Assigned: Sergeant Debra N. Pruitt**      **Supervision: Captain Sabrina Richardson**