UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

## Plaintiffs' Proposed Verdict Form

**1.** Do you find Derrick Burmaster liable for a violation of Plaintiffs' **constitutional rights**?

   Yes _____   No _____ *(Check one box. Proceed to next question.)*

**2.** Do you find the City of New Orleans / NOPD liable for a violation of Plaintiffs' **constitutional rights** for any of the following reasons?

   a. Improperly training Derrick Burmaster: Yes \_\_\_\_  No \_\_\_ *(Check one box.)*

   b. Improperly supervising Derrick Burmaster: Yes \_\_\_\_ No \_\_\_ *(Check one box.)*

   c. Improperly retaining Derrick Burmaster on the force: Yes \_\_\_\_ No \_\_\_

   *(Check one box. Proceed to next question.)*

**3.** Do you find Derrick Burmaster liable for **negligence**?

   Yes _____   No _____ *(Check one box. Proceed to next question.)*

**4.** Do you find the City of New Orleans / NOPD liable for **negligent training, supervision or retention** of Burmaster?

   Yes _____   No _____ *(Check one box. Proceed to next question.)*

**5.** Do you find Derrick Burmaster liable for **conversion** (in other words, the wrongful destruction of property)?

   Yes _____   No _____ *(Check one box. Proceed to next question.)*

**6.**     Do you find the City of New Orleans / NOPD liable for **conversion** (in other words, the wrongful destruction of property)?

    Yes _____     No _____

(*Check one box. If you checked at least one "Yes" anywhere in Questions 1 to 6, proceed to Question 7. If you checked "No" to all the questions in Questions 1 to 6, stop and turn this sheet in to the judge.*)

**7.**     What sum of money, if paid now in cash, would fairly and reasonably compensate both Plaintiffs for the harm they suffered? (*Enter a sum in dollars for each line if appropriate, and then proceed to the next question.*)

    Pain and Suffering

    $_____

    Loss of Enjoyment of Life

    $_____

    Past Medical Care

    $_____

    Future Medical Care

    $_____

    Property Damage

    $_____

**8.**     Do you find that Derrick Burmaster acted with reckless or callous disregard to Plaintiffs' constitutional rights?

    Yes _____     No _____ (*Check one box. If yes is checked, proceed to Question 9. If no, stop and turn this sheet in to the judge*.)

**9.**     What total amount of punitive damages do you award against Derrick Burmaster?

$\$\underline{\hspace{3cm}}$ (*Enter a sum in dollars, and then stop and turn this sheet in to the judge.*)

Respectfully Submitted:

<u>*/s/ William Most*</u>
WILLIAM MOST (La. Bar No. 36914)          TARAK ANADA (#31598)
HOPE PHELPS (La. Bar No. 37259)            JONES WALKER LLP
DAVID LANSER (La. Bar No. 37764)          201 St. Charles Avenue
MOST & ASSOCIATES                                   New Orleans, Louisiana 70170-5100
201 St. Charles Ave., Ste. 114, # 101              Telephone: (504) 582-8322
New Orleans, LA 70170                                   Facsimile: (504) 589-8322
Tel: 504.509-5023                                             E-Mail: tanada@joneswaker.com
Email: williammost@gmail.com