## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*******************************************************************************

## PROPOSED VOIR DIRE QUESTIONS

COME NOW, Plaintiffs, by and through undersigned counsel, who respectfully request that the Court question jurors about the following topics:

1. Please state:

    i. Your name;
    ii. Where you live;
    iii. How long you have lived at this address;
    iv. Your marital status (whether married, single, widowed or divorced);
    v. The number and ages of your children, if any;
    vi. Your occupation, its length, or previous employment; if retired, previous occupation and whether you or your spouse does any volunteer work, and if so, please describe;
    vii. The name of your present employer, if any;
    viii. Whether you have the authority to promote, hire, or fire people;
    ix. How many people you supervise;
    x. How far you went in school;
    xi. What degrees you have acquired? Whether you ever have taken any course in or worked in the field of, psychology, law, criminal justice, or any related area? If yes, please describe.

1. Do you or any members of your family or close friends know the defense attorneys or the plaintiffs' attorneys trying this case?

2. Do you or any members of your family or close friends know the presiding judge in this case?

3. To inquire what the prospective jurors' current occupation is, and obtain a description of their present position and experience in their field (and to inquire whether they have previously worked in some other field, and to similarly describe their experience there).

4. To inquire whether the prospective jurors are married or single (and if married or in a committed relationship, what is their significant other's occupation)

5. To inquire whether the prospective jurors belong to any voluntary social, religious or fraternal organizations, or any other similar organization (and, if so, to which organizations do they belong, and how frequently do they attend meetings or functions).

6. To inquire what sources the prospective jurors read, and what books, if any, they have read recently.

7. To inquire what sources of news the prospective jurors receive their news from.

8. To inquire which public figures the prospective jurors admire the most (if any), and why.

9. To inquire whether the prospective jurors watch TV shows or movies (and, if so, which are their favorites).

10. To inquire whether the prospective jurors watch TV shows or movies about police, criminals, lawyers and courts (and if so, which ones), and if so, can they put out of their mind everything they have seen in such TV shows and movies, and judge this case solely upon the evidence and the Court's instructions to the jury.

11. To inquire concerning the prospective jurors' educations, and what degrees or diplomas or professional certificates they have, and where they have gone to school, starting with high school.

12. To inquire whether the prospective jurors can put out of their minds everything they have seen in TV shows and movies about the "beyond a reasonable doubt" standard in criminal cases, and follow the "preponderance of the evidence" standard for civil cases as will be described to them in the Court's instructions.

13. Have they ever served in the military and, if so, do they belong to any veterans' organizations (and, if so, which one(s) and how frequently do they attend meetings or functions).

14. To inquire whether they own any firearms / are licensed to carry any firearms / are trained in the use of firearms / have ever fired a gun or rifle.

15. To inquire whether they have any feelings regarding government intrusion on private property rights.

16. To inquire whether they or any member of their family or friends ever had any significant contact with police officers, correction officers, or any other type of law enforcement officers (and, if so, what were the circumstances and the outcome).

17. Whether the prospective jurors have ever been employed in any capacity by any law enforcement agency (and, if so, to describe). If not, whether the prospective jurors, or any members of their family or their friends, have ever applied for a job in law enforcement

(and, if so, to describe, including detailing the identity of the person(s), and, if other(s) and, the nature of the relationship to you, the position held or sought, and how long it was or has been held, as well as stating whether any complaints of unnecessary or excessive force, or violation of rights to free speech, or other misconduct, have been filed against the person(s), and the resolution of those complaints)

18. To inquire whether the prospective jurors believe that individuals who are police officers are more courageous / honest / reliable / trustworthy than people generally. To inquire whether the prospective jurors believe that individuals who are police officers are less cowardly than people generally.

19. To inquire whether the prospective jurors believe that police officers should be given the benefit of the doubt (and why or why not). And, if so, could, if the Court instructed them to put such aside, could they do so. And how would they go about doing so given their initial belief that the police officer is entitled to the benefit of the doubt.

20. To inquire whether the prospective jurors believe that police officers can make mistakes, and whether police officers can intentionally harm others or otherwise behave inappropriately or impermissibly.

21. To inquire whether the prospective jurors believe that police officers might intentionally lie about something.

22. To inquire whether the prospective jurors believe police officers' conduct should be governed by the rule of law.

23. Do you belong to any political or social associations which support law enforcement?

24. If you do not belong to any political or social associations which support law enforcement, do you support those associations privately or by monetary contribution?

25. To inquire of the prospective jurors what their immediate reaction is when they hear or read that someone is accusing the police of misconduct. And to inquire what high-profile incidents of alleged police misconduct they have heard or read about (and, of those, which they have followed closely, and what their opinions are as to those incidents), and whether those matters and their views about such would affect their abilities to sit fairly in this case.

26. To inquire of the prospective jurors whether they feel that citizens who believe that they have been treated illegally and unfairly by police officers should have a right to bring lawsuits against those officers and the government that employs them.

27. To inquire of the prospective jurors whether they feel that citizens who have been treated illegally and unfairly by police officers should be entitled to receive monetary damages to compensate them for the harms they have experienced.

28. To inquire of the prospective jurors whether they have any hesitation about or disagreement with the principle of American law that provides money compensation for violations of people's rights by their government or agents of their government which occurred in the course of the performance of the government agent's duties and functions for the government entity which has employed that agent.

29. Do the prospective jurors believe that the New Orleans police are, as a general rule, polite and courteous to the people with whom they come in contact, and why or why not.

30. To inquire whether they have ever been the victim of a crime and, if so, what crime, and did they report it, and was anyone arrested, and what was the outcome, and did they testify.

31. To inquire whether they or any member of their family or friends have ever sued anyone, or been sued by somebody else, or otherwise been closely involved in a lawsuit (and, if so, what were the circumstances and what was the outcome, and were they or their family members or friends satisfied or dissatisfied with the result, and why.

32. To inquire whether they have ever served on a jury, and if so if it was in a civil or a criminal trial, and did the jury deliberate to a verdict, and what was that verdict, and was this the verdict they voted for initially, or was there a change in their position during the jury's deliberations (and if a change what made them change their mind)

33. To inquire whether they would have any reservations whatsoever in publicly stating that a police officer acted wrongly and violated an individual's rights if the evidence provided to them led them to that conclusion.

34. Have you or any member or your immediate family ever had a claim or filed a lawsuit against anyone or made a claim against the City/Parish or the New Orleans Police Department? (If so, what kind of claim? What did it involve? Was the claim compromised or settled out of court, or did the matter go to trial? Would that fact influence you in any way in reaching a verdict in this case? Were you satisfied with the outcome of the claim?)

35. Has anyone ever had a claim or suit against you or a member of your immediate family? (If so, what kind of claim? What did it involve? Was the claim compromised or settled out of court, or did the matter go to trial? Would that fact influence you in any way in reaching a verdict in this case? Were you satisfied with the outcome of the claim?)

36. If any of you have previously served on a jury of any kind before, either in state or federal court, please identify whether it was a civil or criminal case, and whether the jury deliberated to verdict.

37. Do you believe that governmental agencies are entitled to the same fair trial as individuals?

38. Do any of you feel that because a person brings a lawsuit and is in court asking for damages, he/she must be entitled to something or else she would not be here?

39. Do you think rules in the workplace hinder workers, or are there for the safety of workers? Which side do you lean?

40. If a worker is punished for violating workplace rules that are there for safety, does that hinder the worker, or does that protect safety?

41. To inquire whether the prospective jurors own any pets, and if so what species and breed?

42. Have you or someone you know ever been attacked by a dog, or involved in a dog biting incident, either as a victim, the dog owner, witness, or neighbor?

43. Do the prospective jurors have any feelings about animal rights?

44. To inquire if the prospective jurors are members of an animal rights organization such as the Humane Society or PETA?

45. Do you have any experience with mental illness or psychological trauma?

46. What is your opinion on people with mental illness or psychological trauma?

47. What is your opinion on individuals who receive treatment for Post-Traumatic Stress Disorder?

48. Have you or someone you know been diagnosed with Post-Traumatic Stress Disorder?

49. Have you or someone you know ever experienced a traumatic event?

50. Have you or someone you know ever received counseling services?

51. Do the prospective jurors have any opinions on individuals who receive psychological counseling services?

52. To inquire of the prospective jurors whether they have any hesitation about or disagreement with the principle of American law that provides money compensation for mental anguish and emotional distress.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)        TARAK ANADA (#31598)
HOPE PHELPS (La. Bar No. 37259)         JONES WALKER LLP
DAVID LANSER (La. Bar No. 37764)        201 St. Charles Avenue
MOST & ASSOCIATES                       New Orleans, Louisiana 70170-5100

5

| | |
|---|---|
| 201 St. Charles Ave., Ste. 114, # 101<br>New Orleans, LA 70170<br>Tel: 504.509-5023<br>Email: williammost@gmail.com | Telephone: (504) 582-8322<br>Facsimile: (504) 589-8322<br>E-Mail: tanada@joneswaker.com |