UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L |
| VERSUS | * <br> * | <br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * | <br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Plaintiffs Derek Brown and Julia Barecki-Brown respectfully request leave of Court to file the attached reply memorandum in further support of their motion for partial summary judgment on liability (R. Doc. 110). Although the Court has already noted that summary judgment reply memoranda may be submitted on or before the submission date of March 27, 2023 (R. Doc. 116), the Plaintiffs move for leave out of an abundance of caution.

WHEREFORE, Plaintiffs Derek Brown and Julia Barecki-Brown respectfully request leave of Court to file the attached reply memorandum in further support of their motion for partial summary judgment on liability.

Respectfully submitted,

| | |
|---|---|
| */s/Tarak Anada* <br> TARAK ANADA (La. Bar No. 31598) <br> JONES WALKER LLP <br> 201 St. Charles Avenue, Ste. 4900 <br> New Orleans, LA 70170 <br> Telephone: (504) 582-8322 <br> Facsimile: (504) 589-8322 <br> Email: tanada@joneswalker.com | */s/William Most* <br> WILLIAM MOST (La. Bar No. 36914) <br> DAVID LANSER (La Bar No. 37764) <br> MOST & ASSOCIATES <br> 201 Saint Charles Ave., Ste. 114 #101 <br> New Orleans, LA 70170 <br> Tel: (504) 509-5023 <br> Email: williammost@gmail.com |

***Counsel for Derek Brown and Julia Barecki-Brown***

#100972706v1