UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | HONORABLE ELDON E. FALLON |
| | * | DIVISION: 4 |
| | * * | HONORABLE KAREN WELLS ROBY |

*******************************************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF SHAUN FERGUSON'S AND CITY OF NEW ORLEANS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, Shaun Ferguson and the City of New Orleans, who respectfully request that the Court grant them leave to file the attached reply memorandum, attached as Exhibit A, in further support of their Motion for Summary Judgment (Doc. 109) and against the Plaintiffs' Opposition to City Defendants' Motion for Summary Judgment (Doc. 122). The reply is responsive to Plaintiffs' opposition and will assist the Court in its determination of the issues.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*