## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN | * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 |
| VERSUS | * <br> * | <br> SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * | <br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**CONSIDERING THE FOREGOING MOTION FOR LEAVE,**

**IT IS ORDERED THAT** the reply of Shaun Ferguson and the City of New Orleans, to Plaintiffs' Memorandum in Opposition to City of New Orleans and Chief Ferguson's Motion for Summary Judgment (Doc. 122) and in support of the City Defendants' Motion for Summary Judgment (Doc. 109) shall be filed into the court record for consideration.

Signed in New Orleans, Louisiana on this the ___ day of March, 2023.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE