UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SHAUN FERGUSON'S AND CITY OF NEW ORLEANS' OPPOSITION TO PLAINTIFFS' THIRD MOTION *IN LIMINE* (DOC. 125)

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), oppose Plaintiffs' Third Motion *in Limine* (Doc. 125) (the "Motion") for the following reasons.

Plaintiffs, in the motion, seek to exclude the testimony of Sergeant Pruitt ("Pruitt"). Pruitt conducted the NOPD Public Integrity Bureau's criminal investigation of Officer Burmaster's shooting. Upon the completion of the investigation, Pruitt concluded that Officer Burmaster had not violated the criminal statute, La. R.S. 14:102 – Relative to Cruelty to Animals, simple and aggravated, or any other municipal or state criminal violation.[1] Pruitt further stated that she "found Officer Burmaster justified in his actions." At deposition, Pruitt explained that her finding of justification applied only in the context of a criminal investigation.[2]

Plaintiffs argue that Pruitt's testimony is irrelevant and prejudicial. See Fed. R. of Evid. 401 and 403. However, Sergeant Pruitt's testimony is relevant and will helpful to the jury in a number of respects. *First*, Plaintiffs intend to elicit testimony from another NOPD PIB

---

[1] See Ex. A, Excerpt of Deposition of 30(b)(6) witness Debra Pruitt, Exhibit 37 (excerpted), p. 37 (conclusion page of Pruitt's report).
[2] Doc. 125-1, p. 2.

1

investigator, Shannon Brewer, who investigated whether Officer Burmaster violated NOPD policy in shooting the dog. Brewer recommended that Officer Burmaster violated NOPD policies. She labeled his conduct as "Not Justified." In addition, various members of NOPD's Use of Force Board agreed with Brewer's recommendation concerning policy violations, and labeled Officer Burmaster's conduct "Not Justified."

Plaintiffs' counsel will seek to argue to the jury that every NOPD officer has labeled Officer Burmaster's conduct as "Not Justified." This argument will be misleading for two reasons: (1) the other NOPD officers were reviewing whether Officer Burmaster's conduct violated NOPD policies, not the Fourth Amendment; and (2) Pruitt concluded that, according to the scope of her investigation, Officer Burmaster's conduct was "Justified," so such a statement would be inaccurate. Pruitt's testimony will clarify to the jury the differing roles within PIB and the distinction between PIB's conclusions and the Fourth Amendment issue.

*Second*, any testimony concerning conclusions by persons not in court is inadmissible hearsay and unduly prejudicial. There will be no opportunity to determine the basis or scope of any conclusion of those persons with respect to their conclusions of "justified" or "not justified." Further, if Pruitt's testimony is excluded, the jury may be misled by the meaning of the term, "Justified," and the apparent unanimity of NOPD's evaluation of Officer Burmaster's conduct.

*Third*, Plaintiffs underestimate the ability of the jury to understand the instructions of the Court and to apply the correct standard of proof.

## **CONCLUSION**

For the foregoing reasons, the City Defendants respectfully ask that Plaintiffs' Third Motion *in Limine* be denied.

Respectfully submitted:

*/s/ James M. Roquemore*_____
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*