UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

*Ex Parte* **Motion for Leave to File Sur-Reply in Opposition to City Defendants'
Motion for Summary Judgment (R. Doc. 109)**

Plaintiffs respectfully request leave of this Court to file the attached Sur Reply Memorandum in Opposition to City Defendants' Motion for Summary Judgment (R. Doc. 109). The short (two page) sur reply brief is warranted because the City makes a new argument in its reply brief that did not appear in its original motion. That argument is the City's theory that a litigant can never bring a *Monell* claim and also a state law tort claim against a city in any case without waiving one of those two claims. That theory is both new to the reply brief and also substantively incorrect.

WHEREFORE, Plaintiffs pray that this Court enter an Order granting leave to file Plaintiffs' Sur Reply.

Respectfully Submitted:

*/s/ William Most*

| | |
|---|---|
| WILLIAM MOST (La. Bar No. 36914) | TARAK ANADA (#31598) |
| DAVID LANSER (La. Bar No. 37764) | JONES WALKER LLP |
| MOST & ASSOCIATES | 201 St. Charles Avenue |
| 201 St. Charles Ave., Ste. 114, # 101 | New Orleans, Louisiana 70170-5100 |
| New Orleans, LA 70170 | Telephone: (504) 582-8322 |
| Tel: 504.509-5023 | Facsimile: (504) 589-8322 |
| Email: williammost@gmail.com | E-Mail: tanada@joneswaker.com |

1