UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS EXHIBITS FOR INCLUSION IN THE PARTIES' JOINT BENCH BOOK

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*

## CITY DEFENDANTS' EXHIBITS – OBJECTED TO

| No. | Description and Anticipated Witness | Bates Range | Obj. to Auth.? | Other objection? |
|---|---|---|---|---|
| C1 | Intentionally omitted | | | |
| C2 | New Orleans Police Department, Education and Training Division, Training Action Plan (TAP), PTTR # Item D-13802-21, date 10-12-2020, Bates Labeled "City Defendants 002711 – City Defendants 002714. Anticipated Witness(es): Duplantier. | 003646-003650 | | Plaintiffs object as to relevance, cumulation, and hearsay. |
| C6 | Records relating to ASI2012-0001 (Burmaster) Anticipated Witness(es): Helou. | 001791-001792 | | Plaintiffs object as to relevance, cumulation, and hearsay. |
| C7 | Records relating to I-16870-12 (2012 - Demond) Davis animal use of force) Anticipated Witness(es): Helou. | 002209-002219 | | Plaintiffs object as to relevance, cumulation, and hearsay. |
| C8 | Records relating to ASI # 2015-02 (2015 – Ryan Morgan use of force on animal) Anticipated Witness(es): Helou. | 001793-001804 | | Plaintiffs object as to relevance, cumulation, and hearsay. |
| C9 | Records relating to ASI # 2016-02 (2016 – Travis Stokes use of force on animal) Helou. | 001822-001852 | | Plaintiffs object as to relevance, cumulation, and hearsay. |
| C10 | Records relating to ASI # 2016-04 (2016 – Nigel Daggs use of force on animal) Helou. | 001853-001890 | | Plaintiffs object as to relevance, cumulation, and hearsay. |
| C11 | Records relating to ASI # 2018-03 (2018 Jerome D. Newsome use of force upon animal) Anticipated Witness(es): Helou. | 001891-001949 | | Plaintiffs object as to relevance, cumulation, and hearsay. |
| C12 | Records relating to PIB Control Number FTN2020-0003 (2020 Gregory C. Rotton use of force upon an animal) Anticipated Witness(es): Helou. | 001950-001974 | | Plaintiffs object as to relevance, cumulation, and hearsay. |

## CITY DEFENDANTS' EXHIBITS – NOT OBJECTED TO

| No. | Description and Anticipated Witness | Bates Range | Obj. to Auth.? | Other objection? |
|---|---|---|---|---|
| C3 | Officer Burmaster's training records. Anticipated Witness(es): Duplantier, Helou, Goodly. | 003625-003630 | | |
| C4 | NOPD slide presentation – The Problem of Dog-Related Incidents and Encounters. Anticipated Witness(es): Duplantier. | 003651-003665 | | |
| C5 | List of NOPD uses of force against animals since 2012 (City Defendants –1790). Anticipated Witness(es): Helou. | 001790 | | |
| C13 | Training list for 2019-10-OCT-DTB Anticipated Witness(es): Duplantier, Goodly, Helou. | 003631 - 003645 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |