# C1

# Intentionally

# Omitted