Firearm discharge        PIB Control Number: ASI2012-0001        Received: Jan 01, 2012 17:35

Item Number:

Classification/Sub-classification: Weapon(s) Discharge / Intentional On-Duty - Hit

Officers / employees involved:

SENIOR POLICE OFFICER Derrick Burmaster [00961/012743]

Officer / employee current info:

Bureau: FOB - Field Operations Bureau
District / Division: 6th District
Division Assignment: Reassignment/LTD

Snapshot - Officer / employee information at time of incident:

Windows Username: 012743
Bureau: Field Operations Bureau
District / Division: Districts
Division Assignment: 5th District
Unit Assignment: Patrol
Working Status: Regular Working
Shift Hours: Between 3pm-11pm
Rank/title: POLICE OFFICER 4
Age: 33   Years of employment: 11   Years with unit:
Off duty: No   Off duty employed: No

Officer / employee witnesses:

SENIOR POLICE OFFICER Oscar A Ortiz [01836/008144]

Officer / employee current info:

Bureau: MSB - Management Services Bureau
District / Division: ADD
Division Assignment: Extended Sick

POLICE TECHNICAL SPECIALIST II Veronica G Manuel [/013096]

Officer / employee current info:

Bureau: ISB - Investigative Services Bureau
District / Division: CE & CL
Division Assignment: Evidence

Witnesses:

Veronica Manuel

Linked address(s):
Citizen address:
Home Address:

Linked phone(s):
Work phone: 
home telephon

**Summary:**

Officer Burmaster was investigating an incident of aggravated criminal damage to property. He requested the assistance of a Crime Lab. Technician Manuel arrived to process the scene. She observed two dogs and informed Officer Burmaster she was afraid. Officer Burmaster went to the yard of the residence to request that the owner of the dogs secure them. Officer Burmaster was charged by the dogs in an aggressive manner. Officer Burmaster feared great bodily harm and discharged his firearm two times at the dog, striking him and killing him.

Officer Ortiz was inside the residence and did not observe the shooting, but heard Officer Burmaster saying, "Get Back" before hearing the gunshots.

Technician Manuel observed Officer Burmaster walk toward the yard and a few seconds later she heard two gunshots from the direction of the yard. Manuel did not observe the incident.

The owner of the dog did not observe the incident.

**When/where:**

Date/time occurred: Jan 01 2012  17:35

Incident Location:                                               Precinct: 5th District
   County: Orleans Parish

**Status/assignment information:**

Status: Active

Opened: 01/01/2012   Assigned: 01/01/2012   Due:         Completed:

Disposition:

Unit assigned: PIB OIS
Handled at field/unit level: No
Investigator assigned: POLICE SERGEANT Leroy Joseph Smith
Supervisor assigned: POLICE LIEUTENANT LaSalle Rattler
Source of information: NOPD Employee
Extension Due Date:

**Organizational component(s):**

Bureau: No Longer Employed
District / Division: Districts
Division Assignment: 5th District
Unit Assignment: Patrol
Working Status: Regular Working
Shift Hours: Between 3pm-11pm

Entered by: POLICE SERGEANT Andre Leblanc on Mar 05, 2012 at 10:43

CITY DEFENDANTS - 001792