CONFIDENTIAL



**Firearm discharge** **PIB Control Number:** **Received: Aug 29, 2012**

Item Number: I-16870-12

**Classification/Sub-classification: Weapon(s) Discharge / Animal - Hit**

**Officers / employees involved:**

**SENIOR POLICE OFFICER Demond Davis [00637/018440]**

**Officer / employee current info:**

Bureau: FOB - Field Operations Bureau
District / Division: 7th District
Division Assignment: Night Watch

**Snapshot - Officer / employee information at time of incident:**

Windows Username: 018440
Bureau: FOB - Field Operations Bureau
District / Division:
Division Assignment:
Rank/title: POLICE OFFICER 4
Age: 39 Years of employment: 10 Years with unit: 3
Off duty: No Off duty employed: Unk

**Summary:**

Officer Davis fired 3 times a a dog striking it once in the paw

**When/where:**

Date/time occurred: Aug 29 2012 17:55

Incident Location: [redacted] Precinct: 7th District
County: Orleans Parish

**Linked files:**

FIT criminal RPT Joey Cat (pdf)

**Status/assignment information:**

Status: Completed

Opened: Assigned: Due: 10/12/2017 Completed: 10/07/2017

Disposition:

Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assigned: Un-assigned
Supervisor assigned: Un-assigned
Source of information:

CONFIDENTIAL



Extension Due Date:

**Organizational component(s):**

Bureau: FOB - Field Operations Bureau

**Entered by: POLICE SERGEANT Kevin Burns Jr. on Oct 07, 2017 at 10:44**

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

# -GIST-

On Wednesday, August 29, 2012, at approximately 5:55 P.M., Members of the Seventh Police District responded to a call for service to a possible residential burglary of a peach colored residence at the intersection of Curran Boulevard and West Laverne Street; however, the reporting person did not provided the complaint operator with a numerical address.

As the responding patrolmen investigated the call for service, they located the residential structure displaying the numerical address of [redacted] The said Structure was inhabited; however, unoccupied as there was no power due to the passing of Hurricane Isaac. As the patrolmen checked the residence for any signs of forced entry, they located the rear entrance door and observed it was closed; however, it was unlocked.

One (1) of the patrolmen turned to alert the other two (2) patrolmen of his observation of the unlocked door. As the patrolmen turned and refocused on the opening door, a large Rottweiler dog began charging the patrolmen from within the residence. The patrolmen attempted to retreat from the advancing dog; however, the animal was closing to fast, which ultimately led to one (1) of the patrolmen un-holstering his firearm and firing one (1) shot at the animal; however, the patrolman missed his target and the animal continued advancing towards the patrolmen. The patrolman fired two (2) more times, finally striking the animal and eliminating the threat. The animal retreated into the residence allowing for the patrolmen to successfully exit and secure the rear yard.

The residents arrived at the scene, at which time it was ascertained the animal sustained one (1) non-fatal gunshot wound to the left front paw.

In addition, it was ascertained the residence had not been burglarized.

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

-INVOLVED PATROLMEN-

SEVENTH POLICE DISTRICT TASK FORCE

1.) Patrolman Demond Davis /Badge # 637 / Assigned to Car 1794

Telephone [redacted]

2.) Patrolman Jason Cross / Badge # 2272 / Assigned to Car 1765

Telephone [redacted]

3.) Patrolman Dwayne Bastin / Badge # 1147 / Assigned to Car 1763

Telephone [redacted]

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

-UNITS ON SCENE-

SEVENTH POLICE DISTRICT

1.) Commander Michael Harrison / Car 700
2.) Lieutenant Commander Ronnie Stevens / Car 1700
3.) Detective Sergeant Raymond Young / Car 1790
4.) Detective Sergeant Roy Phillips / Car 1710

PUBLIC INTEGRITY BUREAU / FORCE INVESTIGATION TEAM

1.) Detective Sergeant Joseph Catalanotto / Car 2144
2.) Detective Harold Wischan / Car 2146

SCIENTIFIC CRIMINAL INVSTIGATIONS DIVISION

1.) Technician Erin Cunningham / Car 5127

MUNICIPAL TRAINING ACADEMY / FIREARMS SECTION

1.) Patrolman Joel Tailey / Car 5762
2.) Patrolman Desmond Rochon / Car 5762

SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS (S.P.C.A)

1.) Amanda Pumila / Car 3

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

-NARRATIVE-

Detective Sergeant Joseph Catalanotto assigned to car 2144 of the Public Integrity Bureau/ Force Investigation Team, respectfully reports conducting a follow up investigation into the discharging of a firearm by New Orleans Police Department Patrolman demand Davis. This incident occurred at [redacted] on Wednesday, August 29, 2012 at approximately 6:46 P.M.

On Wednesday, August 29, 2012, at approximately 5:53 P.M., Patrolman Demond Davis, assigned to car 1794 of the Seventh Police District Task Force responded to a dispatched call for service pertaining to suspicious persons possibly attempting to burglarize a peach colored residence at the intersection of West Laverne Street and Curran Boulevard.

Patrolman Davis, who was working during a State of Emergency due to the onslaught of Hurricane Isaac, was assisted with the call for service by Patrolmen Jason Cross, car 1765 and Dwayne Bastin, car 1763, also assigned to the Seventh Police District Task Force.

The complainant was unable to give a municipal address; however, informed the operator the residence was peach in color and was located within the aforementioned intersection. The complainant also provided the operator with a minimal description of the suspicious persons. The first (1st) person was described as wearing a blue colored jacket and the second (2nd) person was described as wearing all black colored clothing with a hood.

Upon arriving within the intersection of West Laverne Street and Curran Boulevard, the patrolmen were unable to locate a peach colored residence. The patrolmen observed one (1) of the four (4) corners of the aforementioned intersection was an empty lot absent of any structures. The patrolmen observed an off white or crème colored residence, [redacted] which was located next to the empty lot. The patrolmen realized the off white or crème colored residence was the only structure with a color resemblance to a peach color; therefore, they contacted the police dispatcher for additional information.

CONFIDENTIAL

New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

The patrolmen requested the police dispatcher to telephone the complainant and attempt to ascertain any additional information pertaining to the incident, more specifically a municipal address to the residence in question.

The police dispatcher complied with the patrolmen's request; however, informed them she was unable to reach the complainant as she received no answer with her call back attempts.

The patrolmen, with no additional information forthcoming to assist them with their investigation, elected to conduct a residence check of the off white or crème colored structure displaying the municipal address of [redacted]

As the patrolmen approached the front of the residence, they observed no signs of forced entry and the residence appeared to be secured; however, no one was home. The patrolmen observed a wooden fence, approximately six (6) feet in height, encased the entire side and rear yard to the property with an entry gate facing West Laverne Street. The gate, which was unsecured and partially open, conspicuously alerted the patrolmen's suspicions someone could have entered the gate and have accessed the rear yard. The patrolmen elected to enter the gate and continue with their investigation.

Patrolmen Davis and Cross entered the yard through the gate, while Patrolman Bastin walked along the outer perimeter of the fence, due to his height he was able to see over the fence.

As Patrolmen Davis and Cross walked towards the rear of the residence, they observed a kitchen window in the open position with the outer screen still in place as well as a utility closet with the door ripped from its hinges. The said observations elevated the patrolmen's suspicions a burglary may have occurred or was possibly in progress.

As the patrolmen reached the rear of the property, they observed the rear door to the residence. Patrolman Davis, in an attempt to verify the security of the door turned the door knob, while Patrolman Cross tactfully remained at the corner of the residence. The door knob turned and the door opened, at which time Patrolman Davis turned to alert Patrolman Cross of his observations.

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

As Patrolman Davis turned his attention back towards the door and entering residence, he observed an extremely large "Rottweiler" dog charging him from within the residence. The animal was extremely violent and attempting to strike the patrolmen as they retreated towards the gate. Patrolman Davis fearing for his safety fired one (1) shot from his firearm at the animal; however, he missed his target.

As the animal continued to advance on the patrolmen, Patrolman Davis fired two (2) more times at the animal, striking him in the front left paw. The animal, after sustaining the gunshot wound retreated from the patrolmen and back into the residence while the patrolmen were able to exit the yard and secure the gate. Once safely outside of the yard, the patrolmen notified the police dispatcher of the incident and requested the necessary notifications to be made.

On Wednesday, August 29, 2012, at approximately 6:46 P.M., Detective Sergeant Joseph Catalanotto, assigned to car number 2144 as well as Detective Harold Wischan, assigned to car number 2146 of the Public Integrity Bureau / Force Investigations Team of the New Orleans Police Department, received a notification of a police officer discharging his weapon from the New Orleans Police Department's Command Desk. The Command Desk informed the investigators members of the Seventh Police District, while investigating a call for service concerning suspicious persons, discharged their weapon at a charging dog. The Command Desk informed the investigators the incident occurred within an eastern New Orleans residential neighborhood, more specifically [redacted] The investigators acknowledged the notification and proceeded to the scene.

On Wednesday, August 29, 2012, at approximately 6:58 P.M., Detective Wischan and Sergeant Catalanotto arrived at [redacted] and were me by Lieutenant Commander Ronnie Stevens, assigned to car number 1700, Commander of the Seventh Police District's Investigations Section.

Lieutenant Stevens informed the investigators of the incident, and identified the patrolmen involved. Once the investigators were formally briefed of the incident, Sergeant Catalanotto instructed Detective Wischan to document the crime scene and its investigation.

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

On Wednesday, August 29, 2012, at approximately 7:05P.M., Detective Wischan met with and interviewed Ms. Amanda Pumila, assigned to car number three (3) of the Louisiana Society for the Prevention of Cruelty to Animals (S.P.C.A.). Ms. Pumila informed the detective she responded to the notification of the shooting and observed the animal within the residence. She informed the detective the animal sustained one (1) gunshot wound to the front left paw, more specifically the middle toe, and the wound was, in her opinion not life threatening.

On Wednesday, August 29, 2012, at approximately 7:15 P.M., Patrolman Joel Talon, assigned to unit number 5762 and Patrolman Desmond Rochon, assigned to unit number 5172 of the New Orleans Police Departments Municipal Training Academy, Firearms Section, arrived at the scene and met with Patrolman Davis. The training instructors, as per New Orleans Police Department policy, confiscated Patrolman Davis's issued firearm and inspected it.

MAKE: Gluck

MODEL: 22

CALIBER: 40

SERIAL NUMBER: NO-2083-PD

The instructors verified Patrolmen Davis only fired his weapon three (3) times from counting the remaining ammunition within the sixteen (16) round capacity magazine. The instructors issued a second (2nd) "Gluck, 40 caliber service weapon to Patrolman Davis.

On Wednesday, August 29, 2013, at approximately 7:30 P.M., Detective Wischan entered through the wooden gate on the side of the residence utilized to access the rear yard. As the detective walked down the side of the residence, he observed the alley to be overgrown with weeds and heavy vegetation. The detective observed the aforementioned widow in the open position and the damaged door to the outside closet that housed the hot water heater as stated by Patrolman Davis. As the detective reached the rear yard, he observed the entire yard to be extremely neglected with approximately three (3) foot high grass and heavily overgrown vegetation. The detective observed the rear door and entered into the residence.

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

Detective Wischan observed the first (1st) room from the rear door was designated as a wash room. The room itself was extremely small and contained a washing machine and dryer. This room opened into the second (2nd) room from the rear door which was designated as the kitchen. The kitchen was sparsely decorated with a kitchen table and six (6) chairs. The floors were composed of off white tile which were stained with what appeared to be dried blood spatter. The trail of blood spatter continued through the kitchen and to a rear bedroom where the animal retreated to.

As Detective Wischan was documenting the overall scene, Sergeant Catalanotto met with the lessee of the residence and owner of the animal, Ms.Quinntina Dundy.

NAME: Dundy, Quinntina

RACE: African American

SEX: Female

BIRTH DATE: [redacted]

ADDRESS [redacted]

TELEPHONE: [redacted]

Ms. Dundy informed Sergeant Catalanotto she and her family decided to leave their residence due to loss of power caused by the onslaught of Hurricane Isaac. She informed Sergeant Catalanotto she believed her residence was locked and secured; however, due to the lack of power and the extreme heat within the residence, they left the kitchen window in the open position so the family dog could receive fresh air. She informed the Sergeant Catalanotto she was telephoned by her landlord telling her to return home because the police were at her residence. She informed Sergeant Catalanotto when they arrived home they learned of the shooting and the circumstances surrounding it.

After checking on the well being of her dog she checked her residence for any signs of forced entry or any signs of a possible burglary having occurred; however, she found none.
She informed Sergeant Catalanotto her do was a four (4) year old Rottweiler named "SIMBA" and after being assured by the SPCA the wound was not life threatening, she decided to seek the advice of their own veterinarian.

CONFIDENTIAL



New Orleans Police Department
Public Integrity Division
Force Investigation Team
Item # I-16870-12

Technician Erin Cunningham, assigned to unit number 5127 of the Scientific Criminal Investigative Division of the New Orleans Police Department, arrived at the scene and met with Detective Wischan. Detective Wischan informed Technician Cunningham of the incident and informed her she need to photograph the scene and directed her in what needed to be photographed. Photographs were taken of the overall residence, the gate, side alley, the rear yard and each room as she entered the residence from the rear yard. In addition to the aforementioned, close up photographs of the said blood spatter throughout the residence as well as close up of the animal and his wound was taken. ***It should be noted given the extremely overgrown condition of the rear yard, the investigators were unable to locate any of the spent shell casings ejected from Patrolman Davis's firearm. The investigators inquired as to the availability of a metal detector to aid them with locating the ballistic evidence; however, they were informed no metal detectors were available.***

Patrolmen Cross and Bastin were both interviewed separately by Sergeant Catalanotto and both officers statements coincided with Patrolman Davis.

It should be noted the Seventh Police District was experiencing a rash of residence burglaries during the hurricane in and around the neighborhood where the incident occurred. It was ascertained from Lieutenant Stevens members of the Seventh Police District made several arrest for burglaries the night prior to the incident occurring just several blocks away from the west Laverne address.

It is the opinion of the investigator, given the conditions in which the patrolmen were operating, the call for service pertaining to a possible residence burglary occurring and the fact the Seventh Police District was experiencing a rash of residence burglaries, the patrolmen acted in good faith when investigating the address of [REDACTED] Patrolman Davis fired his weapon in self defense only after his attempt to flee from the charging animal failed and was in imminent danger of being seriously injured by the animal.


**Detective Sergeant Joseph Catalanotto**