Print

| Title | Learner Name | Course ID | Version | Part Number | Delivery Type | Completion Status | Date Marked Complete | Score | Grade | Duration (HH:MM) | Created By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 107-2022 NOPD Firearms Quals, Stress and Night Fire 2022 | Derrick Burmaster | 107-2022 | | F22-9 | Instructor-Led | Successful | 01-FEB-2022 | | | 08:00 | qllewis |
| 107.7 2022 Patrol Rifle Quals | Derrick Burmaster | 107.7 2022 | | R4-22 | Instructor-Led | Successful | 04-FEB-2022 | | | 04:00 | qllewis |
| 2017-01-JAN-DTB | Derrick Burmaster | JAN2017DTB | | | Web-Based | Successful | 02-JAN-2018 | 95 | | 02:00 | MIGRATION_ |
| 2017-05-MAY-DTB | Derrick Burmaster | MAY2017DTB | | | Web-Based | Successful | 31-MAY-2017 | 100 | | 02:00 | MIGRATION_ |
| 2017-11-NOV-DTB | Derrick Burmaster | NOV2017DTB | | | Web-Based | Successful | 06-DEC-2017 | 100 | | 02:00 | MIGRATION_ |
| 2020 EPIC E-LEARNING MODULE ON LINE | Derrick Burmaster | 11-138-ONL | | | Web-Based | Successful | 22-SEP-2020 | 90 | | 01:00 | MIGRATION_ |
| 2020 (NAPD) Nat.Academy Professional Driving & NARCAN | Derrick Burmaster | DRIVE 2020 | | | Instructor-Led | Successful | 23-MAR-2020 | 0 | | 04:30 | MIGRATION_ |
| Accessing Office Support Services | Derrick Burmaster | 11-263-CE | | | Instructor-Led | Successful | 12-MAR-2018 | 0 | | 01:00 | MIGRATION_ |
| Ambush Recognition | Derrick Burmaster | 14-268-CE | | | Instructor-Led | Successful | 15-MAR-2018 | 0 | | 01:30 | MIGRATION_ |
| Annual Driving NOPD 2022 | Derrick Burmaster | DRIVE22 | | 2022-09 | Instructor-Led | Successful | 02-FEB-2022 | | | 08:35 | qllewis |
| April 2017 DTB | Derrick Burmaster | APR2017DTB | | | Web-Based | Successful | 02-JAN-2018 | 100 | | 02:00 | MIGRATION_ |
| April 2021 DTB (F.I.C. Updates & Chapter 41.25 - Crisis Intervention) | Derrick Burmaster | 0000004200 | | 0000003640 | Web-Based | Successful | 24-APR-2021 | 80 | | 10:00 | KSEUZENEA |
| April 2022 DTB - Evidence and Property - Chapter 84.1 | Derrick Burmaster | 0000011120 | | 0000005460 | Web-Based | Successful | 07-JUN-2022 | 80 | | 01:00 | dburmaster |
| Aug. 2021 DTB | Derrick Burmaster | 0000006820 | | 0000004460 | Web-Based | Successful | 02-AUG-2021 | 90 | | 01:00 | KSEUZENEA |
| August 2017 DTB | Derrick Burmaster | AUG2017DTB | | | Web-Based | Successful | 06-DEC-2017 | 91 | | 02:00 | MIGRATION_ |
| Autism Awareness Developmental Disabilities | Derrick Burmaster | 09-904-CIT | | | Instructor-Led | Successful | 25-MAR-2019 | 0 | | 02:30 | MIGRATION_ |
| Basic Patrol Rifle | Derrick Burmaster | 107.8 | | | Instructor-Led | Successful | 23-AUG-2017 | 0 | | 16:00 | MIGRATION_ |
| Basic Patrol Rifle | Derrick Burmaster | 107.8 | | | Instructor-Led | Successful | 22-AUG-2017 | 0 | | 16:00 | MIGRATION_ |
| Baton Tactics Annual Refresher | Derrick Burmaster | 10-215-CE | | | Instructor-Led | Successful | 10-MAY-2019 | 0 | | 03:30 | MIGRATION_ |
| Bias Free Policing | Derrick Burmaster | 11-203-CE | | | Instructor-Led | Successful | 06-FEB-2017 | 0 | | 04:00 | MIGRATION_ |
| Body Worn Cameras Review-CIT | Derrick Burmaster | 09-919-CIT | | | Instructor-Led | Successful | 28-MAR-2019 | 0 | | 01:30 | MIGRATION_ |
| Body Worn Camera Training | Derrick Burmaster | 286 | | | Instructor-Led | Successful | 09-APR-2014 | 0 | | 04:00 | MIGRATION_ |
| Building Relationships of Trust | Derrick Burmaster | 11-269-CE | | | Instructor-Led | Successful | 06-MAY-2019 | 0 | | 03:00 | MIGRATION_ |
| Child Abuse- 2017 In Service | Derrick Burmaster | 06-118-CE | | | Instructor-Led | Successful | 07-FEB-2017 | 0 | | 01:30 | MIGRATION_ |
| Children and Adolescents-CIT | Derrick Burmaster | 09-905-CIT | | | Instructor-Led | Successful | 25-MAR-2019 | 0 | | 01:30 | MIGRATION_ |
| CIT Advanced Role Play Scenarios-Part 1 | Derrick Burmaster | 09-927-CIT | | | Instructor-Led | Successful | 29-MAR-2019 | 0 | | 05:30 | MIGRATION_ |
| CIT Community Resources | Derrick Burmaster | 09-917-CIT | | | Instructor-Led | Successful | 28-MAR-2019 | 0 | | 01:30 | MIGRATION_ |
| CIT/De-Escalation Scenarios | Derrick Burmaster | 09-918-CE | | | Instructor-Led | Successful | 08-FEB-2017 | 0 | | 02:00 | MIGRATION_ |
| CIT Field Trip | Derrick Burmaster | 09-922-CIT | | | Instructor-Led | Successful | 26-MAR-2019 | 0 | | 08:00 | MIGRATION_ |
| CIT In Our Own Voice | Derrick Burmaster | 09-913-CIT | | | Instructor-Led | Successful | 29-MAR-2019 | 0 | | 01:30 | MIGRATION_ |
| Command Staff Legal Updates | Derrick Burmaster | 04-267-CS22 | | | Instructor-Led | Successful | 23-JUN-2016 | 0 | | 00:30 | MIGRATION_ |
| Community Policing- Administering Narcan | Derrick Burmaster | 11-265-17 | | | Instructor-Led | Successful | 13-MAR-2018 | 0 | | 01:00 | MIGRATION_ |

CITY DEFENDENTS - 003625

| Course | Instructor | Course # | Session | Type | Status | Date | Score | Hours | User |
|---|---|---|---|---|---|---|---|---|---|
| Community Policing- Problem Solving the Challenge of Opiate ABuse | Derrick Burmaster | 11-262-CE | | Instructor-Led | Successful | 13-MAR-2018 | 0 | 03:00 | MIGRATION_ |
| Community Policing & Procedural Justice | Derrick Burmaster | 11-121-16 | | Instructor-Led | Successful | 20-JUN-2016 | 0 | 08:00 | MIGRATION_ |
| Community Policing - Relationship Based Policing | Derrick Burmaster | 11-112-CE | | Instructor-Led | Successful | 09-FEB-2017 | 0 | 08:00 | MIGRATION_ |
| Controlled Electronic Weapon Proficiency-2018 | Derrick Burmaster | 14-109-19 | | Instructor-Led | Successful | 15-MAR-2018 | 0 | 04:00 | MIGRATION_ |
| Core 2021 E-Learning CIT 2021 | Derrick Burmaster | CORE CIT 2021 | 0000004620 | Web-Based | Successful | 15-NOV-2021 | 100 | 01:00 | GABORDEN. |
| Core 2021 E-Learning Domestic Violence 2021 | Derrick Burmaster | CORE DOMESTIC VIOLENCE 21 | 0000004621 | Web-Based | Successful | 15-NOV-2021 | 100 | 01:00 | GABORDEN. |
| Core 2021 E-Learning Use of Force 2021 | Derrick Burmaster | CORE USE OF FORCE 2021 | 0000004624 | Web-Based | Successful | 09-OCT-2021 | 100 | 01:00 | GABORDEN. |
| Core EPIC E-Learning 2021 | Derrick Burmaster | EPIC E-LEARNING 2021 | 0000004623 | Web-Based | Successful | 09-OCT-2021 | 90 | 01:00 | GABORDEN. |
| Core In Service 40 hr. Certificate 2022 | Derrick Burmaster | 00-108-CE | CORE-11 | Instructor-Led | Successful | 17-JUN-2022 | 100 | 01:00 | gabordenave |
| Core In Service Survey and Certificate 2017 | Derrick Burmaster | 108-2017 | | Instructor-Led | Successful | 03-MAR-2017 | 0 | 00:00 | MIGRATION_ |
| Core In Service Training Survey and Certificate 2018 | Derrick Burmaster | 108-2018 | | Instructor-Led | Successful | 16-MAR-2018 | 90 | 00:00 | MIGRATION_ |
| Covenant House | Derrick Burmaster | 266 | | Instructor-Led | Successful | 20-MAY-2011 | 0 | 01:00 | MIGRATION_ |
| Crisis De-escalation 2022 | Derrick Burmaster | 109-2022 | SIM 9 | Instructor-Led | Unsuccessful | 16-FEB-2022 | | 08:00 | qtlewis |
| Crisis De-escalation 2022 | Derrick Burmaster | 109-2022 | SIM 11 | Instructor-Led | Successful | 16-MAR-2022 | | 08:35 | gabordenave |
| Crisis Intervention Chapter 41.25 Roll Call Course | Derrick Burmaster | 11-012-SZ | | Instructor-Led | Successful | 14-APR-2016 | 63 | 00:00 | MIGRATION_ |
| Crisis Intervention & De-escalation | Derrick Burmaster | 09-910-CIT | | Instructor-Led | Successful | 27-MAR-2019 | 0 | 04:00 | MIGRATION_ |
| Crisis Intervention Methods | Derrick Burmaster | 09-229-CE | | Instructor-Led | Successful | 06-MAY-2019 | 0 | 03:00 | MIGRATION_ |
| Crisis Intervention Recognition and Intervention | Derrick Burmaster | 09-264-CE | | Instructor-Led | Successful | 12-MAR-2018 | 0 | 03:00 | MIGRATION_ |
| Crisis Intervention Team Certificate | Derrick Burmaster | 00-900-CIT | | Instructor-Led | Successful | 25-MAR-2019 | 0 | 00:00 | MIGRATION_ |
| Crisis Intervention Team (CIT)& De-escalation 2016 | Derrick Burmaster | 09-216-CE | | Instructor-Led | Successful | 23-JUN-2016 | 0 | 08:00 | MIGRATION_ |
| Crisis Intervention Techniques - Core In Service 2017 | Derrick Burmaster | 09-201-CE | | Instructor-Led | Successful | 09-FEB-2017 | 0 | 06:00 | MIGRATION_ |
| Day Four-Insight System Application-Core 2022 | Derrick Burmaster | 11-320-CE | | Instructor-Led | Successful | 09-MAY-2019 | 0 | 01:00 | MIGRATION_ |
| Dec. 2021 DTB | Derrick Burmaster | 0000008600 | 0000005140 | Web-Based | Successful | 22-DEC-2021 | 100 | 01:00 | dburmaster |
| District Attorney's Office Investigative Requirements | Derrick Burmaster | 03-128-D22 | | Instructor-Led | Successful | 10-MAY-2019 | 0 | 03:30 | MIGRATION_ |
| DNA Crime Scene Certification Training-CL | Derrick Burmaster | 06-507-CL | DNA CRIME SCENE 2021-SESSION 3 | Instructor-Led | Successful | 29-JUL-2021 | 0 | 08:35 | qtlewis |
| Documenting Probable Cause 2020 On Line | Derrick Burmaster | 03-103-ONL | | Web-Based | Successful | 22-SEP-2020 | 100 | 01:00 | MIGRATION_ |
| Domestic Violence and Domestic Disturbances | Derrick Burmaster | 10-222-19 | | Instructor-Led | Successful | 09-MAY-2019 | 0 | 01:00 | MIGRATION_ |
| Domestic Violence - Core In Service 2017 | Derrick Burmaster | 13-205-CE | | Instructor-Led | Successful | 07-FEB-2017 | 0 | 04:00 | MIGRATION_ |
| Domestic Violence Risk Matrix | Derrick Burmaster | 06-268-CE | | Instructor-Led | Successful | 16-MAR-2018 | 0 | 01:00 | MIGRATION_ |
| Driving | Derrick Burmaster | 16-01 | | Instructor-Led | Successful | 02-APR-2013 | 0 | 24:00 | MIGRATION_ |
| Driving | Derrick Burmaster | 16-01 | | Instructor-Led | Successful | 19-FEB-2016 | 0 | 24:00 | MIGRATION_ |
| Driving- Police Training | Derrick | 16-01-CORE | | Instructor-Led | Successful | 07-MAR-2017 | 0 | 04:00 | MIGRATION_ |

CITY DEFENDENTS - 003626

| Course | Instructor | Code | Code2 | Type | Status | Date | Score | Duration | User |
|---|---|---|---|---|---|---|---|---|---|
| (NAPD) 2017 | Burmaster | | | | | | | | |
| Driving Simulator Core 2017 | Derrick Burmaster | 16-01SIM D | | Instructor-Led | Successful | 07-MAR-2017 | 0 | 02:00 | MIGRATION_ |
| E-INSIGHT System Applications 2020 On Line for Officers | Derrick Burmaster | 11-220-ONL | | Web-Based | Successful | 22-SEP-2020 | 0 | 01:00 | MIGRATION_ |
| EPIC 2016 | Derrick Burmaster | EPIC 2016 | | Instructor-Led | Successful | 16-JUN-2016 | 0 | 08:00 | MIGRATION_ |
| Fair and Impartial Policing | Derrick Burmaster | 11-209-CE | | Instructor-Led | Successful | 21-JUN-2016 | 0 | 04:00 | MIGRATION_ |
| Feb 2022 DTB - LEP Chapter 55.4 | Derrick Burmaster | 0000009840 | 0000005420 | Web-Based | Successful | 16-MAR-2022 | 90 | 01:00 | dburmaster |
| FEBRUARY DTB 2017 | Derrick Burmaster | FEB2017DTB | | Web-Based | Successful | 02-JAN-2018 | 89 | 02:00 | MIGRATION_ |
| Fingerprint Training | Derrick Burmaster | 856 | | Instructor-Led | Successful | 14-DEC-2011 | 0 | 00:00 | MIGRATION_ |
| Firearms Qualifications | Derrick Burmaster | 107-CORE | | Instructor-Led | Successful | 21-MAR-2017 | 0 | 08:00 | MIGRATION_ |
| Firearms Qualifications and Glock Refresher 2018 | Derrick Burmaster | 107-2018 | | Instructor-Led | Successful | 20-FEB-2018 | 0 | 04:00 | MIGRATION_ |
| Firearms Qualifications and Glock Refresher 2019 | Derrick Burmaster | 107-2019 | | Instructor-Led | Successful | 04-FEB-2019 | 0 | 04:00 | MIGRATION_ |
| Firearms Qualifications and Glock Refresher 2020 | Derrick Burmaster | 107- 2020 | | Instructor-Led | Successful | 03-APR-2020 | 0 | 04:00 | MIGRATION_ |
| Firearms Qualifications Only | Derrick Burmaster | 107 | | Instructor-Led | Successful | 29-FEB-2016 | 0 | 00:00 | MIGRATION_ |
| Firearms Simulator (FATS) | Derrick Burmaster | 05-216-CE | | Instructor-Led | Successful | 19-FEB-2015 | 0 | 04:00 | MIGRATION_ |
| Firearms Simulator (FATS) 2018 | Derrick Burmaster | FATS-2018 | | Instructor-Led | Successful | 19-FEB-2018 | 0 | 02:00 | MIGRATION_ |
| Firearms Training Simulator ( FATS ) 2017 Core In Service | Derrick Burmaster | FATS-CORE | | Instructor-Led | Successful | 07-MAR-2017 | 0 | 04:00 | MIGRATION_ |
| First Amendment Online Training | Derrick Burmaster | 257 | | Instructor-Led | Successful | 28-JAN-2011 | 0 | 01:00 | MIGRATION_ |
| Friday Core 2022 In Service Week( Performance Eval., Procedural Just, Susilcious,Vehicle Stops, Field Cards) | Derrick Burmaster | FRIDAY CORE | 11-FRI | Instructor-Led | Successful | 17-JUN-2022 | 0 | 08:35 | qtlewis |
| FTO Simulation Role Playing | Derrick Burmaster | 0000003621 | FTO Sims Role Playing 4/5 | FTO SIMULATION PART 2 4/6/2021 | Instructor-Led | Successful | 22-APR-2021 | 0 | 08:35 | qtlewis |
| Homeless Assistance-CIT | Derrick Burmaster | 09-914-CIT | | Instructor-Led | Successful | 28-MAR-2019 | 0 | 01:30 | MIGRATION_ |
| Impact of Trauma Upon Children | Derrick Burmaster | 06-728-CE | | Instructor-Led | Successful | 09-MAY-2019 | 0 | 01:00 | MIGRATION_ |
| In Service Training Certificate | Derrick Burmaster | 108 | | Instructor-Led | Successful | 24-JUN-2016 | 0 | 00:00 | MIGRATION_ |
| In Service Training Certificate | Derrick Burmaster | 108 | | Instructor-Led | Successful | 20-MAR-2015 | 0 | 00:00 | MIGRATION_ |
| In Service Training Certificate | Derrick Burmaster | 108 | | Instructor-Led | Successful | 18-OCT-2013 | 0 | 00:00 | MIGRATION_ |
| In Service Training Certificate | Derrick Burmaster | 108 | | Instructor-Led | Successful | 26-APR-2013 | 0 | 00:00 | MIGRATION_ |
| In Service Training Certificate | Derrick Burmaster | 108 | | Instructor-Led | Successful | 16-MAR-2012 | 0 | 00:00 | MIGRATION_ |
| In Service Training Certificate | Derrick Burmaster | 108 | | Instructor-Led | Successful | 18-MAR-2011 | 0 | 00:00 | MIGRATION_ |
| In Service Training Certificate | Derrick Burmaster | 108 | | Instructor-Led | Successful | 15-AUG-2014 | 0 | 00:00 | MIGRATION_ |
| Insight Familiarization"Session" | Derrick Burmaster | 11-319-CE | | Instructor-Led | Successful | 24-JUN-2016 | 0 | 00:30 | MIGRATION_ |
| Introduction to Crisis Intervention Training and Policy | Derrick Burmaster | 09-901-CIT | | Instructor-Led | Successful | 25-MAR-2019 | 0 | 01:30 | MIGRATION_ |
| Jan 2022 DTB - CEW's | Derrick Burmaster | 0000009020 | 0000005220 | Web-Based | Successful | 16-MAR-2022 | 95 | 01:00 | dburmaster |
| Jul. 2021 DTB | Derrick Burmaster | 0000006400 | 0000004320 | Web-Based | Successful | 28-JUL-2021 | 95 | 01:00 | KSEUZENEA |
| July 2017 DTB | Derrick | JUL2017DTB | | Web-Based | Successful | 06-DEC-2017 | 100 | 02:00 | MIGRATION_ |

CITY DEFENDENTS - 003627

| Course | Name | Code | Code 2 | Type | Status | Date | Score | Duration | User |
|---|---|---|---|---|---|---|---|---|---|
| Jun. 2021 DTB - | Derrick Burmaster | 0000005897 | 0000004140 | Web-Based | Successful | 02-JUN-2021 | 95 | 01:00 | KSEUZENEA |
| June 2017 DTB | Derrick Burmaster | JUN2017DTB | | Web-Based | Unsuccessful | 06-DEC-2017 | 95 | 02:00 | MIGRATION_ |
| Legal Issues and Mental Health -CIT | Derrick Burmaster | 09-906-CIT | | Instructor-Led | Successful | 27-MAR-2019 | 0 | 01:00 | MIGRATION_ |
| Legal Policy/Taser Lecture | Derrick Burmaster | 04-216-CE | | Instructor-Led | Successful | 24-JUN-2016 | 0 | 04:00 | MIGRATION_ |
| Legal Review-2019 for Officers | Derrick Burmaster | 04-267-CE | | Instructor-Led | Successful | 09-MAY-2019 | 0 | 03:00 | MIGRATION_ |
| Legal Update-Stop Search and Arrest-2018 | Derrick Burmaster | 04-266-CE | | Instructor-Led | Successful | 14-MAR-2018 | 0 | 03:00 | MIGRATION_ |
| March 2017 DTB | Derrick Burmaster | MAR2017DTB | | Web-Based | Successful | 02-JAN-2018 | 100 | 02:00 | MIGRATION_ |
| March 2022 DTB - Firearms Safety | Derrick Burmaster | 0000010380 | 0000005440 | Web-Based | Successful | 16-MAR-2022 | 85 | 01:00 | DABARNES |
| May 2021 DTB | Derrick Burmaster | 0000004700 | 0000003880 | Web-Based | Successful | 11-MAY-2021 | 80 | 01:00 | KSEUZENEA |
| MDTS Handcuffing Control/Weapon Retention | Derrick Burmaster | 10-270-CE | | Instructor-Led | Successful | 16-MAR-2018 | 0 | 05:00 | MIGRATION_ |
| MDTS Handcuffing, Search & Control/Defensive Tactics | Derrick Burmaster | 10-213-17 | | Instructor-Led | Successful | 22-JUN-2016 | 0 | 08:00 | MIGRATION_ |
| Medical Conerns and Psychopharmacology | Derrick Burmaster | 09-909-CIT | | Instructor-Led | Successful | 27-MAR-2019 | 0 | 01:30 | MIGRATION_ |
| Monday Core 2022 In Service Week( Problem. Community, Crisis, OAP) | Derrick Burmaster | DAY ONE | 11-CORE | Instructor-Led | Successful | 13-JUN-2022 | 0 | 06:35 | qllewis |
| NAPD Driving- SUV 2018- Core In Service | Derrick Burmaster | DRIVING'18 | | Instructor-Led | Successful | 19-FEB-2018 | 0 | 08:00 | MIGRATION_ |
| Night Fire | Derrick Burmaster | 107.3-CORE | | Instructor-Led | Successful | 21-MAR-2017 | 0 | 02:00 | MIGRATION_ |
| Night Fire | Derrick Burmaster | 05-207-CE | | Instructor-Led | Successful | 29-FEB-2016 | 0 | 02:00 | MIGRATION_ |
| Night Fire 2018 | Derrick Burmaster | 107.3 2018 | | Instructor-Led | Successful | 20-FEB-2018 | 0 | 02:00 | MIGRATION_ |
| Night Fire 2019 | Derrick Burmaster | 107.3-2019 | | Instructor-Led | Successful | 04-FEB-2019 | 0 | 02:00 | MIGRATION_ |
| Night Fire 2020 | Derrick Burmaster | 107.3 2020 | | Instructor-Led | Successful | 31-MAR-2020 | 0 | 02:00 | MIGRATION_ |
| NOPD Annual Driving Requalification 2021 | Derrick Burmaster | DRIVE 2021 | | Instructor-Led | Successful | 01-FEB-2021 | 0 | 06:00 | MIGRATION_ |
| NOPD Core In Service Survey & Certificate 2019 | Derrick Burmaster | 108-2019 | | Instructor-Led | Successful | 10-MAY-2019 | 85 | 00:00 | MIGRATION_ |
| NOPD Driving 2019 & Driving Simulator | Derrick Burmaster | DRIVING'19 | | Instructor-Led | Successful | 05-FEB-2019 | 0 | 08:00 | MIGRATION_ |
| NOPD e- Learning Procedural Justice Solutions 2020 | Derrick Burmaster | 11-123-ONL | | Web-Based | Successful | 22-SEP-2020 | 100 | 02:00 | MIGRATION_ |
| NOPD e- NEOGOV Performance Evaluation Process 2020 | Derrick Burmaster | 11-410-ONL | | Web-Based | Successful | 22-SEP-2020 | 0 | 01:00 | MIGRATION_ |
| NOPD e-Self - Assessment Evaluation Training & Course | Derrick Burmaster | 11-303-ONL | | Web-Based | Successful | 22-SEP-2020 | 0 | 01:00 | MIGRATION_ |
| NOPD Field Training Officer(FTO) In Service Certificate | Derrick Burmaster | 00-500-FTO | | Instructor-Led | Successful | 18-NOV-2020 | 0 | 40:00 | MIGRATION_ |
| NOPD Firearms Qualification, Stress & Night Fire 2021 | Derrick Burmaster | 107-2021 | | Instructor-Led | Successful | 03-FEB-2021 | 0 | 08:00 | MIGRATION_ |
| NOPD First Aid/CPR 2021 | Derrick Burmaster | CPR/FIRST AID RECERT 2021 | FIRSTAIDCPR21-265 | Instructor-Led | Successful | 28-JUL-2021 | | 00:30 | jmbrooks |
| NOPD First Aid/CPR ONLINE 2021 | Derrick Burmaster | FA/CPR ONLINE | 0000004421 | Blended | Successful | 29-SEP-2021 | | 07:30 | jmbrooks |
| NOPD First Aid Training & Tourniquet Application 2019 | Derrick Burmaster | 02-201-CE | | Instructor-Led | Successful | 16-MAY-2019 | 0 | 08:00 | MIGRATION_ |
| NOPD First Report of Injury | Derrick Burmaster | 11-421-ONL | | Web-Based | Successful | 22-SEP-2020 | 100 | 01:00 | MIGRATION_ |
| NOPD Patrol Rifle | Derrick | 107.7 2021 | 21-09 | Instructor-Led | Successful | 05-MAR-2021 | | 04:00 | jetallant |

CITY DEFENDENTS - 003628

| Course | Instructor | Course ID | Session ID | Type | Status | Date | Score | Duration | User |
|---|---|---|---|---|---|---|---|---|---|
| Recertification 2021 | Burmaster | | | | | | | | |
| NOPD TASER & MDTS COMBO TRAINING | Derrick Burmaster | 14-109-RECERT | 09-2021 | Instructor-Led | Successful | 11-MAR-2021 | 0 | 08:00 | fbpalmer |
| Nov. 2021 DTB | Derrick Burmaster | 0000006260 | 0000005000 | Web-Based | Successful | 15-NOV-2021 | 85 | 01:00 | KSEUZENEA |
| Oct. 2021 DTB-Chapter 41.12 | Derrick Burmaster | 0000007240 | 0000004800 | Web-Based | Successful | 09-OCT-2021 | 100 | 01:00 | KSEUZENEA |
| October 2017 DTB | Derrick Burmaster | OCT2017DTB | | Web-Based | Successful | 06-DEC-2017 | 90 | 02:00 | MIGRATION_ |
| Office Assistance and Support 2017 - In Service | Derrick Burmaster | 11-125-CE | | Instructor-Led | Successful | 08-FEB-2017 | 0 | 01:00 | MIGRATION_ |
| Officer Support Services 2019 | Derrick Burmaster | 11-208-CE | | Instructor-Led | Successful | 06-MAY-2019 | 0 | 02:00 | MIGRATION_ |
| Officer Support Services 2020 On Line | Derrick Burmaster | 11-206-ONL | | Web-Based | Successful | 22-SEP-2020 | 0 | 01:00 | MIGRATION_ |
| Officer Survival Tactical Training | Derrick Burmaster | 10-209-CE | | Instructor-Led | Successful | 07-MAY-2019 | 0 | 02:00 | MIGRATION_ |
| Patrol Rifle Qualification | Derrick Burmaster | 107.7 2018 | | Instructor-Led | Successful | 23-FEB-2018 | 0 | 04:00 | MIGRATION_ |
| Patrol Rifle Qualification | Derrick Burmaster | 107.7 2018 | | Instructor-Led | Successful | 22-JUN-2018 | 0 | 04:00 | MIGRATION_ |
| Patrol Rifle Recertification | Derrick Burmaster | 107.7 2019 | | Instructor-Led | Successful | 15-FEB-2019 | 0 | 08:00 | MIGRATION_ |
| Patrol Rifle Recertification | Derrick Burmaster | 107.7 2019 | | Instructor-Led | Successful | 13-SEP-2019 | 0 | 08:00 | MIGRATION_ |
| Patrol Rifle Recertification 2020 | Derrick Burmaster | 107.7 2020 | | Instructor-Led | Successful | 17-JUL-2020 | 0 | 04:00 | MIGRATION_ |
| Personality Disorders | Derrick Burmaster | 09-903-CIT | | Instructor-Led | Successful | 25-MAR-2019 | 0 | 01:00 | MIGRATION_ |
| Principles of Active Shooter Response | Derrick Burmaster | 14-312-CE | | Instructor-Led | Successful | 15-MAR-2018 | 0 | 06:00 | MIGRATION_ |
| Proactive Policing & Community Trust | Derrick Burmaster | 11-516-CE | | Instructor-Led | Successful | 12-MAR-2018 | 0 | 03:00 | MIGRATION_ |
| Problem Oriented Policing | Derrick Burmaster | 11-264-CE | | Instructor-Led | Successful | 07-MAY-2019 | 0 | 05:00 | MIGRATION_ |
| Professional Performance Enhancement Program | Derrick Burmaster | 269 | | Instructor-Led | Successful | 30-AUG-2013 | 0 | 00:00 | MIGRATION_ |
| Professional Performance Enhancement Program | Derrick Burmaster | 269 | | Instructor-Led | Successful | 21-NOV-2014 | 0 | 00:00 | MIGRATION_ |
| Professional Performance Enhancement Program | Derrick Burmaster | 269 | | Instructor-Led | Successful | 22-JUN-2012 | 0 | 00:00 | MIGRATION_ |
| PTSD and Veterans Mental Health | Derrick Burmaster | 09-916-CIT | | Instructor-Led | Successful | 28-MAR-2019 | 0 | 01:45 | MIGRATION_ |
| Responses to Sexual Assault | Derrick Burmaster | 07-709-CE | | Instructor-Led | Successful | 09-MAY-2019 | 0 | 01:00 | MIGRATION_ |
| Role Play Scenarios-CIT | Derrick Burmaster | 09-926-CIT | | Instructor-Led | Successful | 28-MAR-2019 | 0 | 03:30 | MIGRATION_ |
| September 2017 DTB | Derrick Burmaster | SEP2017DTB | | Web-Based | Successful | 06-DEC-2017 | 100 | 02:00 | MIGRATION_ |
| Sexual Assault 2017 - Core In Service 2017 | Derrick Burmaster | 06-206-CE | | Instructor-Led | Successful | 07-FEB-2017 | 0 | 04:00 | MIGRATION_ |
| Signs and Symptoms of Chronic Mental Illness | Derrick Burmaster | 09-902-CIT | | Instructor-Led | Successful | 25-MAR-2019 | 0 | 02:30 | MIGRATION_ |
| Stop, Search And Arrest - Core In Service 2017 | Derrick Burmaster | 04-202-CE | | Instructor-Led | Successful | 06-FEB-2017 | 0 | 04:00 | MIGRATION_ |
| Stop, Search and Arrest & Gist Statements 2016 | Derrick Burmaster | 10-202-CE1 | | Instructor-Led | Successful | 21-JUN-2016 | 0 | 04:00 | MIGRATION_ |
| Stress Fire 2016 | Derrick Burmaster | 05-206-CE | | Instructor-Led | Successful | 29-FEB-2016 | 0 | 02:00 | MIGRATION_ |
| Stress Fire 2018 | Derrick Burmaster | 107.2 2018 | | Instructor-Led | Successful | 20-FEB-2018 | 0 | 02:00 | MIGRATION_ |
| Stress Fire 2019 | Derrick Burmaster | 107.2-2019 | | Instructor-Led | Successful | 04-FEB-2019 | 0 | 02:00 | MIGRATION_ |
| Stress Fire 2020 | Derrick Burmaster | 107.2 2020 | | Instructor-Led | Successful | 31-MAR-2020 | 0 | 02:00 | MIGRATION_ |
| Stress Fire - Core In Service | Derrick Burmaster | 107.2-CORE | | Instructor-Led | Successful | 21-MAR-2017 | 0 | 02:00 | MIGRATION_ |
| Substance Abuse - CIT | Derrick Burmaster | 09-908-CIT | | Instructor-Led | Successful | 27-MAR-2019 | 0 | 01:00 | MIGRATION_ |
| Tactical Community Policing for Homeland | Derrick Burmaster | 11-261-CE | | Instructor-Led | Successful | 13-MAR-2018 | 0 | 02:00 | MIGRATION_ |

CITY DEFENDENTS - 003629

| Course | Instructor | Code | | Type | Status | Date | | Duration | Source |
|---|---|---|---|---|---|---|---|---|---|
| Security | | | | | | | | | |
| Tactical De-escalation Core In Service 2017 | Derrick Burmaster | 14-110-CE | | Instructor-Led | Successful | 08-FEB-2017 | 0 | 01:30 | MIGRATION_ |
| Taser 2017 ( Controlled Electronic Weapon) Core In Service | Derrick Burmaster | 14-109CE17 | | Instructor-Led | Successful | 10-FEB-2017 | 0 | 04:00 | MIGRATION_ |
| TASER Certification | Derrick Burmaster | 109 | | Instructor-Led | Successful | 24-JUN-2016 | 0 | 00:00 | MIGRATION_ |
| TASER Certification | Derrick Burmaster | 109 | | Instructor-Led | Successful | 16-OCT-2013 | 0 | 00:00 | MIGRATION_ |
| TASER Certification | Derrick Burmaster | 109 | | Instructor-Led | Successful | 13-AUG-2014 | 0 | 00:00 | MIGRATION_ |
| TASER Certification | Derrick Burmaster | 109 | | Instructor-Led | Successful | 24-APR-2013 | 0 | 00:00 | MIGRATION_ |
| TASER Certification | Derrick Burmaster | 109 | | Instructor-Led | Successful | 23-MAY-2012 | 0 | 00:00 | MIGRATION_ |
| TASER Certification | Derrick Burmaster | 109 | | Instructor-Led | Successful | 18-MAR-2015 | 0 | 00:00 | MIGRATION_ |
| Thursday Core 2022 In Service Week( UOF, Sexual Assault, ABLE, Insight) | Derrick Burmaster | DAY FOUR | 11-THURS | Instructor-Led | Successful | 17-JUN-2022 | 0 | 08:35 | qtlewis |
| Tuesday Core 2022 In Service Week ( Narcan & MDTS) | Derrick Burmaster | DAY TWO | 11-TUES | Instructor-Led | Successful | 15-JUN-2022 | 0 | 08:35 | qtlewis |
| Use of Force Decisions | Derrick Burmaster | 14-265-CE | | Instructor-Led | Successful | 13-MAR-2018 | 0 | 02:00 | MIGRATION_ |
| Use of Force Model Policy- Firearms | Derrick Burmaster | 107.1-CORE | | Instructor-Led | Successful | 21-MAR-2017 | 0 | 01:00 | MIGRATION_ |
| VALOR- T3 Tact, Tactics, Trust | Derrick Burmaster | 14-130-CE | | Instructor-Led | Successful | 08-MAY-2019 | 0 | 07:30 | MIGRATION_ |
| Victims of Sexual Assault | Derrick Burmaster | 06-269-CE | | Instructor-Led | Successful | 16-MAR-2018 | 0 | 01:00 | MIGRATION_ |
| Weapons Transition Drills | Derrick Burmaster | 10-123-CE | | Instructor-Led | Successful | 08-FEB-2017 | 0 | 01:00 | MIGRATION_ |
| Wednesday Core 2022 In Service Week( DV,Child Abuse & Taser) | Derrick Burmaster | DAY THREE | 11-WED | Instructor-Led | Successful | 16-JUN-2022 | 0 | 08:35 | qtlewis |

CITY DEFENDENTS - 003630