```
PIB Control NumbOccurred date Firearm diFirst namepLast name

              08/29/2012    Animal   Demond    Davis       31434
                            Animal                         43027
ASI # 2015-02  01/25/2015   Animal   Ryan      Morgan      33237
ASI # 2015-03  04/28/2015   Animal   Bruce     Adams       25740
ASI # 2016-02  04/09/2016   Animal   Travis    Stokes      25724
ASI # 2016-04  07/30/2016   Animal   Nigel     Daggs       27644
ASI # 2018-03  08/08/2018   Animal   Jerome    Newsome     38435
ASI # 2018-03  08/08/2018   Animal   Emilio    Aleman      38435
ASI # 2021-03  04/10/2021   Animal   Derrick   Burmaster   43016
ASI2012-0001   01/01/2012   Animal   Derrick   Burmaster   8444
FTN2020-0003   01/03/2020   Animal   Gregory   Rotton      39703
```

Number of records displayed: 11
Report created on Jul 13, 2022 at: 12:44 by: POLICE LIEUTENANT John Helou

CITY DEFENDANTS - 001790