CITY DEFENDENTS - 003637

CITY DEFENDENTS - 003640

CITY DEFENDENTS - 003643

CITY DEFENDENTS - 003644

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019-10-OCT-OTB | Edward.Reynolds | Edward | Reynolds | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Joshua.Stelzer | Joshua | Stelzer | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Baher.Arain | Muhammad Baher | Alram Arain | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | iwreicke | Brall | Aereicke | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | wdiaz | William | Diaz | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Derek.Johnton | Derek | Johnton | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Preston.Leblanc | Preston | LeBlanc | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Adam.Zoefler | Adam | Zoefler | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Iorherz-pagan | Ingrid | Rherro-Pagan | ISB - CE & CL - CRIME LAB | Civilian | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | jscott | Jeremy | Scott | ISB - CE & CL - CRIME LAB | Civilian | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | ecrum | Cheyenne | Crum | ISB - CE & CL - CRIME LAB | Technician | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | John.Clark | John | Clark IV | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Alton.Conelly | Alton | Conelly | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Amanda.Meyer | Amanda | Meyer | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Alijah.OConner | Alijah | OConner | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Vanessa.Ortiz | Vanessa | Ortiz | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Samuel.Pope | Samuel | Pope | MSB - EDUCATION AND TRAINING RECRUITS | POLICE RECRUIT | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | dhaller | David | Haller | US DOJ | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | djones | Devin | Jones | Orleans DA | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | Mmartin | Margaret | Matlin | Orleans DA | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | dleblanc | David | LeBlanc | Orleans DA | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | epelviteyn | Elizabeth | Pelviter | US DOJ | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | ipetrovich | Inga | Petrovich | US Attorney's Office | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | breed | Brittany | Reed | US DOJ | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | pgigfa | Payton | Pigfa | Gretna Police Department | Visitor | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | dpritchett | Desiree | Pritchett | NOFD | | Direct Assignment | Yes | Not Taken | | |
| 2019-10-OCT-OTB | pgsamer | Patrick | Gamer | Involuntary Termination | RESERVE OFFICERS | Direct Assignment | No | Fail | 75 | 10/21/2019 6:18 |
| 2019-10-OCT-OTB | pcgamer | Patrick | Gamer | Involuntary Termination | RESERVE OFFICERS | Direct Assignment | No | Pass | 100 | 10/21/2019 0:07 |
| 2019-10-OCT-OTB | jdupree | Jennifer | Dupree | NOPD | POLICE LIEUTENANT | Direct Assignment | No | Pass | 95 | 10/7/2019 0:00 |
| 2019-10-OCT-OTB | drachon | Desmond | Rachon | MSB - EDUCATION AND TRAINING STAFF | Senior Police Officer | Direct Assignment | No | Pass | 100 | 10/1/2019 7:51 |
| 2019-10-OCT-OTB | dstaylor | Dylan | Taylor | FOB - 3rd District | Police Officer | Direct Assignment | No | Pass | 85 | 10/16/2019 3:17 |
| 2019-10-OCT-OTB | shwilliams | Sharon | Williams | Deceased | Senior Police Officer | Direct Assignment | No | Pass | 80 | 10/21/2019 10:35 |
| 2019-10-OCT-OTB | mlyons | Michael | Lyons | Retired | Senior Police Officer | Direct Assignment | No | Pass | 95 | 10/4/2019 9:44 |
| 2019-10-OCT-OTB | rhfuller | Robert | Fuller | FOB - 4th District | POLICE SERGEANT | Direct Assignment | No | Pass | 95 | 10/23/2019 17:05 |
| 2019-10-OCT-OTB | wpowers | Walter | Powers, Jr | Out | Separated | Direct Assignment | No | Pass | 95 | 9/24/2019 11:16 |
| 2019-10-OCT-OTB | kcgreen | Kiehl | Green | FOB - 1st District | Police Officer | Direct Assignment | No | Pass | 90 | 11/20/2019 20:59 |
| 2019-10-OCT-OTB | mplynch | Mark | Lynch | FOB - 2nd District | Senior Police Officer | Direct Assignment | No | Pass | 80 | 10/5/2019 9:16 |
| 2019-10-OCT-OTB | rshideman | Robert | Hideman, Jr | RESERVE OFFICERS | | Direct Assignment | No | Pass | 80 | 9/30/2019 9:25 |
| 2019-10-OCT-OTB | psburras | Phill | Burras, Jr | FOB - RESERVES | Police Officer | Direct Assignment | No | Pass | 100 | 11/16/2019 11:26 |
| 2019-10-OCT-OTB | jburkart | Joshua | Burkart | FOB - RESERVES | Police Officer | Direct Assignment | No | Pass | 100 | 9/30/2019 18:00 |
| 2019-10-OCT-OTB | dsmathers | David | Smathers | 1st District | Police Officer | Direct Assignment | No | Pass | 95 | 10/18/2019 4:57 |

CITY DEFENDANTS - 003645