**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

**************************************************************************************

**SHAUN FERGUSON'S AND CITY OF NEW ORLEANS' OBJECTIONS TO EXHIBITS**

Defendants, Shaun Ferguson and the City of New Orleans (the "City Defendants"), pursuant to Doc. 63-1, make objections to the following exhibits.

**Exhibits P2 – P5, P8-P10, P17**. These are all photographs of the dog, Apollo. Other photographs will be admitted without objection. These photographs are cumulative and any probative value of showing multiple pictures of Apollo weeks before his death will be substantially outweighed by the prejudice caused by the appeal to emotion Plaintiffs will make in connection to these many pictures. Fed. R. Evid. 401, 403.

**Exhibit P6**. This is Apollo's adoption contract. It contains a birthdate for Apollo, although Apollo was picked up as a stray and no one was present at his birth. The birth date constitutes hearsay and is excludable under Fed. R. Evid. 801, 802.

**Exhibit P14, 24, P32, P33**. These documents list prior disciplines of Officer Burmaster. These documents are covered by the City Defendants' Second Motion *in Limine* numbers 2, 3, and 4. See Doc. 123-1, p 4-5. The documents contain prior allegedly bad acts of Officer Burmaster and contain information regarding complaints that are substantially different from the incident in the instant case. The documents are excludable under Fed. R. Evid. 401, 403, and 404(b).

1

**Exhibit P20**. This is an NOPD investigation into whether Officer Burmaster violated NOPD policies in shooting Plaintiffs dog. The report is objectionable in that it contains hearsay. In addition, there is little relevance to the investigator's mere compilation of facts in the report. In addition, the opinion that Officer Burmaster violated policies is int relevant because the standards are different from whether a Fourth Amendment violation occurred. In addition, the jury will likely give the report undue weight. The report is excludable under Fed. R. Evid. 401, 403, 801, 802.

**Exhibit P22**. This video contains statements of many persons who will not be available at trial. In addition, the subject matter – whether Officer Burmaster violated NOPD's policy on use of force – is of marginal relevance in comparison to the undue weight that a jury may give. In addition, the video will add no new evidence. The video is excludable under Fed. R. Evid. 401,403, 801, 802.

**Exhibit P27**. This is a case opinion of the reported case *State v. Loicana*, 254 So.3d 761, in which the Louisiana Court of Appeals reversed a conviction  and in doing so ruled that a warrantless search of an automobile by Officer Burmaster was conducted without probable case. This exhibit is the subject of City Defendants' Second Motion *in Limine* number 5. See Doc 123-1, p.5-6. The opinion is excludable under Fed. R. of Evid. 401, 403, and 404(a) and (b).

**Exhibit P29**. This document contains the conclusion of members of NOPD's Use of Force Review Board. It contains the conclusions of many persons who will not be witnesses in this case. In addition, the findings related to whether Officer Burmaster violated NOPD policies, so there is great risk that the jury would give this document undue weight and prejudice the City Defendants. The document is excludable under Fed. R. Evid. 401, 403, 801, 802.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

***Counsel for Shaun Ferguson and the City
of New Orleans***