UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * *

## DERRICK BURMASTER'S OPPOSITION TO PLAINTIFFS' THIRD MOTION *IN LIMINE* (REC. DOC. 125)

**MAY IT PLEASE THE COURT:**

Defendant, Derrick Burmaster, opposes Plaintiffs' Third Motion *in Limine* (Rec. Doc. 125 for the same reasons set forth in Shaun Ferguson's and City of New Orleans' Opposition to Plaintiffs' Third Motion *in Limine* (Rec. Doc. 138) and incorporates same as if set forth herein, *in extenso*.

Officer Burmaster respectfully requests that this Honorable Court deny Plaintiffs' Motion.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:     (504) 529-4141
Facsimile:     (504) 561-0326
Email:     cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**