UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| versus | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## DERRICK BURMASTER'S SUGGESTED JURY CHARGES

Defendant, Derrick Burmaster, adopts the Proposed Jury Instructions of Shaun Ferguson and the City of New Orleans (Rec. Doc. 142) and the Proposed Jury Instructions (Rec. Doc. 142-1) submitted therewith. As set forth in Rec. Doc. 142, the proposed instructions are identical to Plaintiffs' proposed instructions except where a strike-though of the text indicates language that is not agreed to by Burmaster. Text that is bolded and underlined is language that the Plaintiffs have not reviewed or consented to.

 Respectfully submitted:

 /s/ C. Theodore Alpaugh, III
 **C. THEODORE ALPAUGH, III, T.A. (#02430)**
 **CLAUDE A. SCHLESINGER (#15042)**
 GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
 639 Loyola Avenue, Suite 2130
 New Orleans, Louisiana 70113-7103
 Telephone: (504) 529-4141
 Facsimile: (504) 561-0326
 Email: cta@gustebarnett.com

 **Attorneys for Defendant,**
 **DERRICK BURMASTER**