UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DERRICK BURMASTER'S PROPOSED VOIR DIRE QUESTIONS

**MAY IT PLEASE THE COURT:**

Counsel has reviewed the Plaintiffs' Proposed Voir Dire Questions of Plaintiffs. Defendant Burmaster would suggest the following additional questions:

1. Do you think police officers play an important role in a community?

2. Why do you feel that way?

3. How do you think the police are doing in terms of dealing with crime – do you think the police do an excellent job, a good job, a fair job or a bad job?

4. What are your feelings about police officers as individuals?

5. What kind of person becomes a police officer?

6. What kinds of mistakes might a police officer make in performing his duties?

7. Should police officers be held to a different standard because they put their lives on the line for the good of the community? Why or why not?

8. Should police officers be held to a higher standard or should their conduct be excused (held to a lower standard) because of the nature of the job?

9. What are your general thoughts/feelings about claims of excessive force against a

    police officer?

10. Why do you think someone might bring this type of claim?

11. How would you distinguish between "reasonable force" and "excessive force"?

12. Do you or have you owned a dog?

13. Do you know people who own or have owned a dog?

14. How to you feel about dogs?

15. Have you ever had to "put down" or kill a dog? Why?

        Respectfully submitted:

        */s/ C. Theodore Alpaugh, III*
        **C. THEODORE ALPAUGH, III, T.A. (#02430)**
        **CLAUDE A. SCHLESINGER (#15042)**
        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
        639 Loyola Avenue, Suite 2130
        New Orleans, Louisiana 70113-7103
        Telephone: (504) 529-4141
        Facsimile: (504) 561-0326
        Email:  cta@gustebarnett.com

        **Attorneys for Defendant,**
        **DERRICK BURMASTER**