UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW COMES** Defendant, Derrick Burmaster, and upon representing to this Honorable Court that Defendants wish to have the opportunity to respond to certain of the contentions of Plaintiffs in their Memorandum in Opposition to Motion for Summary Judgment, and upon further representing to this Honorable Court that the Reply Memorandum will assist this Honorable Court in resolving this matter, **HEREBY MOVES** this Honorable Court for leave to file the attached Reply Memorandum in Support of Motion for Summary Judgment (Rec. Doc. 105).

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:  (504) 529-4141
Facsimile:  (504) 561-0326
Email:  cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**