## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## <u>ORDER</u>

Considering the Motion for Leave to File Reply Memorandum:

**IT IS HEREBY ORDERED** that the Motion is Granted.

**IT IS FURTHER ORDERED THAT** the Reply Memorandum in Support of Motion for Summary Judgment and all exhibits be filed into the record of this Civil Action.

New Orleans, Louisiana this _____ day of March, 2023.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**