## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## ORDER

**CONSIDERING THE FOREGOING MOTION FOR LEAVE,**

**IT IS ORDERED THAT** the reply of Shaun Ferguson and the City of New Orleans, to Plaintiffs' Memorandum in Opposition to City of New Orleans and Chief Ferguson's Motion for Summary Judgment (Doc. 122) and in support of the City Defendants' Motion for Summary Judgment (Doc. 109) shall be filed into the court record for consideration.

Signed in New Orleans, Louisiana on this 27th day of March, 2023.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE