## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L |
| VERSUS | * <br> * | <br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON,  and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * | <br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the motion for leave to file reply memorandum in further support of motion for partial summary judgment on liability submitted by Plaintiffs Derek Brown and Julia Barecki-Brown;

IT IS HEREBY ORDERED that the motion is granted and that Plaintiffs' reply memorandum in further support of their motion for partial summary judgment on liability be and is hereby is filed into the record.

New Orleans, Louisiana, this 27th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE ELDON E. FALLON

#100972706v1