UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER

**CONSIDERING** the motion filed by Plaintiffs seeking leave to file a Sur Reply Memorandum;

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED** and the Plaintiffs' *Sur Reply Memorandum* shall be filed with the Court.

New Orleans, Louisiana, this 27th day of March, 2023.

_____
JUDGE

1