## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br> <br> VERSUS <br> <br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 22-00847 <br> <br> SECTION: L <br> <br> HONORABLE ELDON E. FALLON <br> <br> DIVISION: 4 <br> <br> HONORABLE KAREN WELLS ROBY |

**************************************************************************

## CONSENT MOTION TO DISMISS
## INDIVIDUAL CAPACITY CLAIMS AGAINST DEFENDANT SHAUN FERGUSON

NOW INTO COURT, through undersigned counsel, come Plaintiffs Derek Brown and Julia Barecki-Brown. In this case, Defendant Shaun Ferguson has been sued in both his official and individual capacity.

By agreement of the parties, Plaintiffs respectfully request that their claims against Defendant Shaun Ferguson in his individual capacity should be dismissed with prejudice.

WHEREFORE, Plaintiffs pray that Defendants Shaun Ferguson in his individual capacity should be dismissed with prejudice.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com