UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER GRANTING CONSENT MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS AGAINST DEFENDANT SHAUN FERGUSON

Having duly considered Plaintiff's *Consent Motion to Dismiss Individual Capacity Claims Against Defendant Shaun Ferguson* and the arguments regarding it, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant Shaun Ferguson in his individual capacity is dismissed with prejudice.

New Orleans, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA