UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum:

**IT IS HEREBY ORDERED** that the Motion is Granted.

**IT IS FURTHER ORDERED THAT** the Reply Memorandum in Support of Motion for Summary Judgment and all exhibits be filed into the record of this Civil Action.

New Orleans, Louisiana this 28th day of March, 2023.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**