# In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

---

## Officer Derrick Burmaster

March 10, 2023

---

**EXHIBIT A**

                UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF LOUISIANA



DEREK BROWN and JULIA     Civil Action No.
BARECKI-BROWN             22-847

VERSUS                         SECTION: L

DERRICK BURMASTER,        HONORABLE ELDON E.
SHAWN FERGUSAN,           FALON
and the CITY OF
NEW ORLEANS    DIVISION:  4

                          HONORABLE KAREN WELLS
                          ROBY


* * * * * * * * * * * * * * * * * * * * * *


                    PUBLIC VERSION


     Videotaped deposition of OFFICER DERRICK
P. BURMASTER, 505 North Sibley, Metairie,
Louisiana 70003, taken at the CITY ATTORNEY'S
OFFICE, located at 1300 Perdido Street, 5E03,
New Orleans, Louisiana 70112, commencing at
9:58 A.M., on Friday, the 10th day of March,
2023.


APPEARANCES:


     JONES WALKER
     (By:  Tarak Anada, Esquire)
     201 St. Charles Avenue
     51st Floor
     New Orleans, Louisiana  70170

          - AND -

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1    APPEARANCES (continued):

 2

 3        MOST & ASSOCIATES
          (By:  William Most, Esquire)
 4        201 St. Charles Avenue
          Suite 114 PMB 101
 5        New Orleans, Louisiana  70170
             (Attorneys for the Plaintiffs,
 6             Derek Brown and Julia Barecki-Brown)

 7        GUSTE, BARNETT, SCHLESINGER, HENDERSON
          & ALPAUGH, L.L.P.
 8        (By:  C. Theodore Alpaugh, III, Esquire)
          639 Loyola Avenue
 9        Suite 2130
          New Orleans, Louisiana  70113
10           (Attorneys for the Defendant,
               Officer Derrick P. Burmaster)
11

12        CITY OF NEW ORLEANS
          (By:  James Roquemore, Esquire)
13        1300 Perdido Street
          5E03
14        New Orleans, Louisiana
             (Attorneys for the Defendants,
15             City of New Orleans and Shaun
               Ferguson)
16

17

18    ALSO PRESENT:

19
          Derek Brown
20
          Tammy Hupin, Videographer
21

22
      REPORTED BY:
23

24        KATHY ELLSWORTH SHAW, CCR, RPR
          Certified Court Reporter
25        (No. 049519)
```

**Officer Derrick Burmaster**
**March 10, 2023**

1               E X A M I N A T I O N   I N D E X

2

3                                              PAGE

4

5   EXAMINATION BY MR. MOST......................6
            RE-EXAMINATION...................263

6

7   EXAMINATION BY MR. ROQUEMORE...............251

8

9               E X H I B I T   I N D E X

10

    EXHIBIT NO. 2..............................197

11

    EXHIBIT NO. 3..............................200

12

    EXHIBIT NO. 6..............................201

13

    EXHIBIT NO. 7..............................205

14

    EXHIBIT NO. 9..............................114

15

    EXHIBIT NO. 19.............................192

16

    EXHIBIT NO. 23B............................147

17

    EXHIBIT NO. 24.............................28

18

    EXHIBIT NO. 28.............................117

19

    EXHIBIT NO. 30.............................221

20

    EXHIBIT NO. 47.............................182

21

22  HIGHLY SENSITIVE PROTECTED MATERIAL

23

    PAGE 236 LINE 14 THROUGH PAGE 238 LINE 16

24

25              *       *       *       *       *

**Officer Derrick Burmaster**
**March 10, 2023**

1    Q.   Okay.  Could you give us the very

2    short version of your educational and

3    professional background?

4    A.   I have a high school diploma.  I

5    have -- I'm -- I'm taking classes with LSU,

6    but I'm pausing right now.

7    Q.   Okay.  And how long have you been a

8    police officer?

9    A.   Twenty-three years.

10   Q.   Entirely with the New Orleans Police

11   Department?

12   A.   (Witness nods head affirmatively.)

13   Q.   And it will help for the record

14   if --

15   A.   Yes.

16   Q.   Yeah.  And this is a -- a question I

17   ask of all witnesses.  It's not specific to

18   you, but have you ever been arrested?

19   A.   Yes.

20   Q.   What were you arrested for?

21   A.   Simple battery, domestic.

22   Q.   And when was that?

23   A.   I would have to look that up.

24   Q.   Was it in the last two years?

25   A.   No.  It was many years ago.  My

**Officer Derrick Burmaster**
**March 10, 2023**

1   dog should always be the la -- option of last

2   resort?

3        A.    Yes.

4        Q.    Okay.

5        A.    Certainly.

6        Q.    Do you recall the events of the

7   night of the shooting?

8        A.    Say that again.

9        Q.    Do you recall the events of the

10  night of the shooting?

11       A.    Yes.

12       Q.    And my understanding is that on that

13  night, you were answering a -- a call for

14  service at the -- at the Browns' home?

15       A.    Yes.

16       Q.    You arrived by yourself in a one-man

17  car?

18       A.    Yes.  I was sitting in front of the

19  Brothers on St. Charles Avenue.  It was 9:30 at

20  night and I was ready to get off.  I did not

21  want to go to the Browns' house because I don't

22  like taking domestics passed 9 o'clock because

23  it makes you get off late, and I'm always

24  interested in getting off on time.  But, you

25  know, I was close.  I was like, Man, let me

**Officer Derrick Burmaster**
**March 10, 2023**

1  see.  Let me go handle it, 'cuz it sounded like

2  it was a domestic even though it came out as a

3  fight.

4          So I got there way before Roussell

5  and I parked down the street.  I got out the

6  car and I started smoking a cigarette while I

7  was waiting for Roussell to pull up.  A man

8  from on the other side -- across the street, on

9  the other side of a fence, told me that he

10 could hear a woman yelling.  This is what he

11 tells me.  But he couldn't hear the male.  And

12 he heard things breaking.  So I -- I considered

13 that it was a domestic, you know, and then I

14 waited for Roussell.

15         And then when Roussell pulled up, I

16 broke -- Usually what I like to do is tell the

17 responding officers what information I've

18 learned before they arrived so that we could

19 all be prepared.  The man told me -- I believe

20 I also told Roussell that it was the bottom

21 apartment.  So that's where we were headed

22 at -- at the time when this happened.

23         I train all my recruits to -- to

24 avoid shooting dogs, to avoid coming in contact

25 with dogs.  And I tell them what to look for

**Officer Derrick Burmaster**
**March 10, 2023**

1  when going to a -- a house that is surrounded

2  by a fence.  You look for food and water bowls,

3  anything that would indicate that the -- a dog.

4  And what I did was, you know, I was approaching

5  the house, I went (indicating kissing noises),

6  to see if I could summon a dog to come out if

7  there was a dog behind the fence.

8          Also, things he had to consider is

9  this is -- looks like an apartment complex to

10  me.  I don't know.  Maybe it's a four-plex or

11  something.  So I would -- I considered that at

12  the same time because why would somebody have a

13  loose animal on the other side of that fence if

14  other people had to live there and go there?

15  I didn't see any dog crap or anything like

16  that.  Nothing indicated that there was a dog.

17          So with that, I decided to go into

18  the fence.  I have to go there.  They're

19  calling the police.  It's a domestic.  I had --

20  If I were to not go inside the fence, I'd get

21  written up for not doing my job.  And I don't

22  know if, you know, he's dead because she was

23  the one that was told to be -- you know, that I

24  would consider to have been the aggressor, the

25  aggressive person because I can't -- I don't

1    hear any domestic violence noises going on

2    right now.

3           So what if -- what if he -- I have

4    to go check.  You see what I'm saying?  I have

5    to be there.  I didn't want to.  Like I said,

6    make me get off late from work when I get off

7    at -- it's 9:30 at night and then I get off at

8    11.  I -- I'm a big fan of getting off on time.

9    So usually around 10 o'clock, you want to shut

10   down, but this is a call that I can't -- I

11   have -- You have to take the call.  Domestic

12   violence, you know.  So I went in -- inside the

13   fence.  And there's video of it, so --

14       Q.   Okay.  So you described the -- the

15   female as the aggressor?

16       A.   Well, the man across the street said

17   he could hear a woman's voice yelling and items

18   breaking.  So I -- I -- I took that information

19   and considered that the woman may possibly be

20   the aggressor because he said he couldn't hear

21   the -- the man.

22       Q.   Uh-huh (indicating affirmatively).

23          So as you're approaching the house,

24   you -- you had concluded that the -- the female

25   was the likely aggressor?

**Officer Derrick Burmaster**
**March 10, 2023**

1      A.    Well, I was going to learn, but in

2    my mind, I'm thinking that the female was the

3    possible aggressor and that they lived at the

4    bottom.  But I -- you know, I still have to do

5    an investigation.  So regardless of how I think

6    or what I think at this point, I still -- I'm

7    going to find out.

8      Q.    And why did you think they lived at

9    the bottom?

10     A.    I believe the man pointed to the

11   bottom left apartment, if I can remember

12   correctly, but it's on -- like I had body-worn

13   camera activated.

14     Q.    You captured the discussion with

15   the -- the caller on your body-worn camera?

16     A.    Yes.

17     Q.    Okay.

18     A.    We had to turn our body-worn cameras

19   on when we arrive.

20     Q.    And so you said that although

21   dispatch described it as a fight, you

22   interpreted it as a domestic violence?

23     A.    Because when I got there, like I

24   said, the man said it was a woman screaming

25   and -- and items could be heard breaking.

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1           Q.   Uh-huh (indicating affirmatively).
 2           A.   So I -- I considered that it could
 3      possibly be a domestic violence.
 4           Q.   But I think you said that when you
 5      got the call at -- at Brothers, it was called
 6      in as a fight, but you concluded at that time
 7      that it might be domestic violence?
 8           A.   I -- I -- I got to recall what the
 9      comments were of the call because if she's --
10      she might put it out as a fight, but in the
11      comments, it will say male and female fighting
12      at the location.  So then although it came out
13      as a fight, maybe I -- I don't know what was on
14      my mind at that point, but I would have to read
15      what the comments of the call were --
16           Q.   Uh-huh (indicating affirmatively).
17           A.   -- to -- to -- to know exactly
18      how -- what spot my -- my head was in.
19           Q.   It sounds to me like you have a -- a
20      very precise recollection of that night.  You
21      described exactly where you were and when it
22      was that you got the call.  Is -- Is it true
23      that you have a precise recollection of the
24      events that night?
25           A.   Yes.
```

**Officer Derrick Burmaster**
**March 10, 2023**

1  present, you're thinking about that.  If

2  there's no dogs, you're thinking about the

3  absence of dogs?  Would you agree?

4      A.   Uh-huh (indicating affirmatively).

5      Q.   Is that a yes?

6      A.   Yeah.

7      Q.   The only reason I say yes is because

8  "uh-huh" sometimes doesn't show up well on the

9  transcript.

10     A.   Okay.

11     Q.   And then once you were inside the

12 gate, you heard barking; correct?

13     A.   Yes, after I was well inside the

14 gate.

15     Q.   Did you hear the barking of one dog

16 or more than one dog?

17     A.   More than -- I don't recall.  I

18 heard barking.  I can't say.

19     Q.   Well, you started to say more and

20 then you said you don't recall.  Which is it?

21     A.   I mean, I don't -- I don't remember

22 how many dogs I heard -- I heard barking.  I

23 heard barking.

24     Q.   Uh-huh (indicating affirmatively).

25     A.   And it put -- It got me scared and

**Officer Derrick Burmaster**
**March 10, 2023**

1   it even got -- well, Roussell got scared, too.

2   So from the point of view of two different

3   officers, this was a bad situation to be in.

4   And I don't like getting bit by dogs and that

5   would have been a penetrating wound.

6       Q.   And when you heard the barking, you

7   thought, Oh, my Lord, I'm going to get

8   attacked?

9       A.   Yes.

10      Q.   And you thought that when you heard

11  the barking but before you saw the dogs?

12      A.   The moment I heard barking.

13      Q.   Could you see the --

14      A.   I was like -- 'Cuz I'm now in a

15  confined space with two -- with one or more

16  dogs and I can't escape.  They had no platform

17  or anything for me to jump on top of.  I'll

18  jump on top of a police car if a police car was

19  there.  They had noth -- no platform.  I

20  couldn't jump over the fence.  'Cuz of the way

21  the fence is, I'd have got injured jumping over

22  that fence even though it was short, but it's

23  got those decorative whatever on top of them.

24  It's a steel iron fence.

25      Q.   Uh-huh (indicating affirmatively).

**Officer Derrick Burmaster**
**March 10, 2023**

```
 1        A.    And Roussell could escape out, but I
 2   don't have any options.
 3        Q.    Right, because Roussell was --
 4        A.    Roussell was close to the -- to the
 5   entrance.  I was far -- deeper in.
 6        Q.    Uh-huh (indicating affirmatively).
 7        A.    I was making my way to this, what I
 8   perceived was the bottom left apartment to try
 9   to see what was going on with the -- the people
10   that were occupying that place.
11        Q.    Right.  So Roussell was close to the
12   gate and you were much further into the --
13        A.    Yes.  So I couldn't get out.
14        Q.    When you say you were much
15   further --
16        A.    And plus, if I -- from where I was,
17   if I would have starting running towards that
18   gate, that would have been running towards the
19   dog.  I would have had to run by both of the
20   dogs.
21        Q.    Uh-huh (indicating affirmatively).
22              So --
23        A.    Trust me.  I was -- I hated that --
24   that this happened.  Absolutely hated.  And
25   what hurt even more was these two come out
```

**Officer Derrick Burmaster**
**March 10, 2023**

1  yelling and I'm like, Damn.  Their fucking dog

2  is gone.  Fuck!  And that's what I was

3  thinking.  And my first -- I said, "I'm sorry,"

4  like I was trying to deescalate 'cuz they were

5  so -- Man, it was a bad situation to be in.

6  And I hate it.  I wish I'd have never gone on

7  that call, man.  But I had to.

8      Q.   Why did you have to go on that call?

9      A.   Because I was nearby and it's my

10  job.  And I'm -- I'm -- I'm -- I'm -- I'm --

11  I'm good at handling disturbances.  I'm a

12  crisis officer as well.

13      Q.   So you -- you've taken crisis

14  intervention training?

15      A.   Yes.  I'm a -- I'm a CIT officer.

16      Q.   Okay.

17      A.   So when I said, "I'm sorry," I --

18  I -- I was trying to deescalate, you know.

19      Q.   Right, because you weren't actually

20  sorry, but you said that to deescalate it?

21      A.   And also I announced, "Police,"

22  because I didn't want any -- You know, after I

23  shot the dog, I announced that I was police

24  because I didn't want whoever was inside the

25  house to come out shooting thinking it's some