UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER GRANTING CONSENT MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS AGAINST DEFENDANT SHAUN FERGUSON

Having duly considered Plaintiff's *Consent Motion to Dismiss Individual Capacity Claims Against Defendant Shaun Ferguson* and the arguments regarding it, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant Shaun Ferguson in his individual capacity is dismissed with prejudice.

New Orleans, this 29th day of March, 2023.

_____
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA