MINUTE ENTRY
FALLON, J.
MARCH 30, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **BURMASTER, ET AL** | **SECTION "L" (4)** |

    A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. William Brock Most and Tarak Anada participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. Chester Theodore Alpaugh, III participated on behalf of Defendant Derrick Burmaster. James Roquemore participated on behalf of Shaun Ferguson and the City of New Orleans.

    The Court discussed with the parties the notice of appeal filed by Defendant Derrick Burmaster following the denial of his Motion for Summary Judgment. The Court heard arguments by Defendants in support of Burmaster's request for a stay and objections by Plaintiffs to this stay. For the reasons stated on the record,

    **IT IS ORDERED** that the trial in this matter be **STAYED** pending the ruling from the Fifth Circuit Court of Appeals, and that the trial set for April 5, 2023 be **CONTINUED**.

    **IT IS FURTHER ORDERED** that the following motions be **DENIED AS MOOT**: R. Doc 94, R. Doc. 102, R. Doc. 109, R. Doc. 121, R. Doc. 123, R. Doc. 125, R. Doc 128. This denial is without prejudice, and the parties reserve the right to re-file these motions when a new trial date in this matter is set.

JS10 (00:18)