UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | NO. 22-847 |
| versus | * | |
| | * | SECTION "L" |
| **DERRICK BURMASTER, SHAUN** | * | JUDGE FALLON |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | MAGISTRATE DIVISION "4" |
| | * | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUGGESTION OF PENDENCY OF
BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE BE ADVISED** that on July 7, 2023, Derrick P. Burmaster (the "Debtor"), commenced a bankruptcy case in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court") by filing a voluntary petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, et seq. (the "Bankruptcy Code"). The Debtor's chapter 13 case is now pending before The Honorable Judge Laurie Meredith S. Grabill, United States Bankruptcy Judge, under the caption *In re Derrick P. Burmaster*, Case 23-11081, Chapter 13, Section "A". The Notice of Bankruptcy Case Filing is attached.

**PLEASE BE FURTHER ADVISED** that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtor's chapter 13 case, the above-captioned action has been automatically stayed as against the Debtor-defendant. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 13 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 13], or to recover a claim against

the debtor that arose before the commencement of the case under [chapter 13]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case. . . ." 11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Debtor's chapter 13 case may be obtained by reviewing the docket of the chapter 13 case, which is available electronically at: https://ecf.laeb.uscourts.gov (PACER login and password required), or at the Clerk's Office, Eastern District of Louisiana, Hale Boggs Federal Building, 500 Poydras Street, Suite B-601, New Orleans, LA 70130 or by contacting the bankruptcy counsel for the Debtor: William G. Cherbonnier, Jr., The Caluda Group, LLC, 2550 Belle Chasse Hwy, Ste 215, Gretna, LA 70053.

    Respectfully submitted:

    */s/ C. Theodore Alpaugh, III*
    **C. THEODORE ALPAUGH, III, T.A. (#02430)**
    **CLAUDE A. SCHLESINGER (#15042)**
    GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
    639 Loyola Avenue, Suite 2130
    New Orleans, Louisiana 70113-7103
    Telephone:  (504) 529-4141
    Facsimile:  (504) 561-0326
    Email:  cta@gustebarnett.com

    **Attorneys for Defendant,**
    **DERRICK BURMASTER**

United States Bankruptcy Court
Eastern District of Louisiana

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 07/07/2023 at 11:52 AM and filed on 07/07/2023.

**Derrick P. Burmaster**
505 N Sibley St
Metairie, LA 70003
SSN / ITIN: xxx-xx-8075

The case was filed by the debtor's attorney:  The bankruptcy trustee is:

**William G. Cherbonnier, Jr.**            **S. J. Beaulieu, Jr.**
The Caluda Group, LLC                     433 Metairie Road
2550 Belle Chasse Hwy, Ste 215            Suite 307
Gretna, LA 70053                          Metairie, LA 70005
504-309-3304                              (504) 831-1313

The case was assigned case number 23-11081 to Judge Meredith S. Grabill.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.laeb.uscourts.gov/cgi-bin/login.pl or at the Clerk's Office, Eastern District of Louisiana, Hale Boggs Federal Building, 500 Poydras Street, Suite B-601, New Orleans, LA 70130.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Denise Fredricks**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/07/2023 11:59:25 | | | |
| **PACER Login:** | CD0024BC | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-11081 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |