UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L |
| VERSUS | * <br> * | <br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * | <br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*************************************************************************

# PLAINTIFFS' MOTION TO SET SCHEDULING CONFERENCE TO ASSIGN TRIAL DATE

Plaintiffs Derek Brown and Julia Barecki-Brown respectfully move the Court to set a scheduling conference to assign a prompt trial date. As discussed in the attached Memorandum, now that Burmaster's appeal has been dismissed and the bankruptcy stay has been lifted, Plaintiffs respectfully ask the Court to reset this matter for trial on an expedited basis.

WHEREFORE, Plaintiffs Derek Brown and Julia Barecki-Brown pray that the Court set a scheduling conference to assign a new trial date at the Court's earliest convenience.

Respectfully submitted,

*/s/Tarak Anada*_____
TARAK ANADA (La. Bar No. 31598)
JONES WALKER LLP
201 St. Charles Avenue
Suite 4900
New Orleans, LA 70170
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswalker.com

*/s/William Most*_____
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La Bar No. 37764)
MOST & ASSOCIATES
201 Saint Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiffs Derek Brown and Julia Barecki-Brown*