# GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.

William J. Guste, III
Claude A. Schlesinger
C. Theodore Alpaugh, III (P.L.C.)*

*ALSO ADMITTED IN TEXAS

ATTORNEYS AND COUNSELORS AT LAW
639 LOYOLA AVENUE
SUITE 2500
NEW ORLEANS, LOUISIANA
70113-3157

William J. Guste (1893-1957)
Herman L. Barnett (1893-1982)

William M. Barnett
Retired

Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Direct Line: (504) 681-4542
email: cta@gustebarnett.com

October 4, 2023

Hon. Lyle W. Cayce
Clerk of Court
United States Court of Appeal
Fifth Circuit
600 S. Maestri Pl.
New Orleans, LA 70130-3408

Re: Brown v. Burmaster
No. 23-30180
USDC, EDLA No. 2:22-CV-847
Our File No. 9404

Dear Mr. Cayce:

Pursuant to your correspondence of July 17, 2023, this is to advise that the bankruptcy case involving Appellant, Derrick Burmaster, is still pending. An consent Order lifting the automatic stay to allow this litigation to proceed was entered on today. A copy of the Order is attached.

The automatic stay is, accordingly, no longer in effect with regard to this litigation.

Very truly yours,

/s/ C. Theodore Alpaugh, III

C. Theodore Alpaugh, III

CTA/at

cc: Mr. Tarak Anada
Mr. William Brock Most

Exhibit B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 23-11081 |
| | § | |
| DERRICK P. BURMASTER, | § | CHAPTER 13 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

**STIPULATED ORDER**

  Before the Court is the Motion to Lift Stay, (the "Motion"), [ECF Doc. 56], filed by Derek Brown and Julia Barecki-Brown, (together, the "Movants"). The Debtor has consented to the relief sought in the Motion.

  Considering the record and pleadings, the applicable law, and finding good cause,

  **IT IS ORDERED** that the automatic stay imposed by 11 U.S.C. § 362(a) is lifted to allow Movants to prosecute, and the United States District Court for the Eastern District of Louisiana to adjudicate and proceed with the case captioned *Brown, et al. v. Burmaster, et al*, Case No. 22-cv-00847 (E.D. La.) and all corresponding appeals with the United States Court of Appeals for the Fifth Circuit including case number 23-30180.

  **IT IS FURTHER ORDERED** that the fourteen (14) day stay of the Order granting stay relief pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

  **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**IT IS FURTHER ORDERED** that the Movants shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 4, 2023.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE