## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br> <br> VERSUS <br> <br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 22-00847 <br> <br> SECTION: L <br> <br> HONORABLE ELDON E. FALLON <br> <br> DIVISION: 4 <br> <br> HONORABLE KAREN WELLS ROBY |

******************************************************************************

### NOTICE OF SUBMISSION

Plaintiffs Derek Brown and Julia Barecki-Brown respectfully request that their Motion to Set Scheduling Conference to Assign Trial Date be submitted before the Honorable United States District Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom C468, New Orleans, Louisiana 70130. Movants request (and provide notice) that this Motion be set for submission at the Court's next available submission date, which is February 5, 2025 at 9:00 A.M.

Respectfully submitted,

| | |
|---|---|
| */s/Tarak Anada* <br> TARAK ANADA (La. Bar No. 31598) <br> JONES WALKER LLP <br> 201 St. Charles Avenue, Ste. 4900 <br> New Orleans, LA 70170 <br> Telephone: (504) 582-8322 <br> Facsimile: (504) 589-8322 <br> Email: tanada@joneswalker.com | */s/William Most* <br> WILLIAM MOST (La. Bar No. 36914) <br> DAVID LANSER (La Bar No. 37764) <br> MOST & ASSOCIATES <br> 201 Saint Charles Ave., Ste. 114 #101 <br> New Orleans, LA 70170 <br> Tel: (504) 509-5023 <br> Email: williammost@gmail.com |

***Counsel for Derek Brown and Julia Barecki-Brown***

#103455747v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 17, 2025, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tarak Anada*
TARAK ANADA

#103455747v1