UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 22-847** |
| | * | |
| **DERRICK BURMASTER, ET AL** | * | **SECTION L(4)** |

## ORDER

Considering Plaintiffs' Motion to Set Scheduling Conference to Assign Trial Date, R. Doc. 172;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. A telephone status conference is **SET** for Monday, January 27, 2025 at 3:30 P.M. Counsel are to be on the line 5 minutes before the scheduled start time and to use the following dial-in information:

Dial-In: (571) 353-2301

Access Code: 130486756

New Orleans, Louisiana, this 21st day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE