MINUTE ENTRY
FALLON, J.
JANUARY 27, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN, ET AL** | CIVIL ACTION |
| **VERSUS** | NO. 22-847 |
| **DERRICK BURMASTER, ET AL** | SECTION "L" (4) |

    A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Hope Phelps and Tarak Anada participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. James Roquemore participated on behalf of Defendants Derrick Burmaster, Shaun Ferguson, and the City of New Orleans. The Court discussed new trial dates with the parties. Accordingly;

    **IT IS HEREBY ORDERED** that trial is scheduled for Monday, June 9, 2025 at 8:30 A.M.

    **IT IS FURTHER ORDERED** that a pretrial conference is scheduled for Friday, May 30, 2025 at 9:00 A.M.

    **IT IS FURTHER ORDERED** that a telephone status conference is scheduled for Wednesday, March 5, 2025 at 8:30 A.M. The parties are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

    Dial-In: (571) 353-2301

    Access Code: 130486736

    A scheduling order based on these dates is forthcoming.

JS10 (00:08)