UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION : L (4) |

## SCHEDULING ORDER

A Telephone Status Conference was held on January 27, 2025.

Participating were:
Hope Phelps, Esq. and Tarak Anada, Esq. for plaintiffs
James Roquemore, Esq. for defendants

At the telephone status conference held this date, the Court discussed new trial dates with the parties and the new dates and deadlines selected at the conference are set forth as follows:

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than March 3, 2025.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than March 31, 2025.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than March 31, 2025.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits,

without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed not later than April 30, 2025.

All non-evidentiary pretrial motions may be filed as soon as practicable but must be filed and served not later than April 22, 2025, and served in sufficient time to permit submission on May 7, 2025.  Any motions filed in violation of this Order shall be deemed waived unless good cause is shown.  Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF. All attachments submitted in support of motions must be legible.

Motions *in limine* regarding the admissibility of expert testimony shall also be filed and served as soon as practicable but must be filed and served no later than  May 6, 2025,  to permit submission on  May 21, 2025, and responses thereto shall be filed on or before May 13, 2025.  Replies, if any, shall be filed by no later than May 16, 2025.  Motions filed in violation of this order will not be considered unless good cause is shown.

All other motions in limine and memoranda in support shall be filed two weeks before trial, and responses thereto shall be filed one week before trial.  Replies, if any, shall be filed no later than three days after opposing party's response deadline.

This case does not involve extensive documentary evidence, depositions or other discovery.  [No] [S]pecial discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established [as follows:]

A Status Conference will be held on WEDNESDAY, MARCH 5, 2025, AT 8:30AM. This conference shall be held BY TELEPHONE unless otherwise ordered. Please use the following dial-in information: **Phone number 833-990-9400 (Toll Free) OR 571-353-2301, Guest Call ID 342767621.**

      A Final Pretrial Conference will be held on FRIDAY, MAY 30, 2025, AT 9:00AM. Counsel will be prepared in accordance with the final Pretrial Notice attached.

      Trial will commence on MONDAY, JUNE 9, 2025, 8:30AM, before the District Judge WITH, a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 3-4 day(s).

      Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

      New Orleans, Louisiana, this January 29, 2025.

      ELDON E. FALLON
      UNITED STATES DISTRICT JUDGE

      Issued for the Court by:
      Dean N. Oser
      Case Manager - Section L
      504-589-7686