

Certified as a true copy and issued
as the mandate on Feb 10, 2025

Attest:
*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
## for the Fifth Circuit

———————

No. 23-30180
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit
**FILED**
January 17, 2025
Lyle W. Cayce
Clerk

Derek Brown; Julia Barecki-Brown,

*Plaintiffs—Appellees*,

*versus*

Derrick Burmaster,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-847

———————————————————

Before Richman, Graves, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 23-30180

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.