## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **DOCKET NUMBER: 22-00847** |
| **VERSUS** | * | |
| | * | **SECTION: L** |
| **DERRICK BURMASTER, SHAUN** | * | **HONORABLE ELDON E. FALLON** |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | |
| | * | **DIVISION: 4** |
| | * | **HONORABLE KAREN WELLS ROBY** |

*******************************************************************************

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT DERRICK BURMASTER

For the reasons more fully stated in the attached memorandum, Defendant Derrick Burmaster respectfully moves to withdraw C. Theodore Alpaugh (La. Bar No. 02430) as counsel of record and to enroll James M. Roquemore (La. Bar No. 40035), Corwin St. Raymond (La. Bar No. 31330) and Donesia D. Turner (La. Bar No. 23338), as his attorneys in this case.

Plaintiffs' counsel does not consent to this Motion.

Respectfully submitted,

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSBA #40035**
DEPUTY CITY ATTORNEY
Email: james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSBA #31330**
CHIEF OF LITIGATION
Email: cmstraymond@nola.gov
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
Email: donesia.turner@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:  (504) 658-9868

*Counsel for the City of New Orleans*

And

 */s/ C. Theodore Alpaugh,_III*
**C. Theodore Alpaugh, III**, **LSBA # 02430**
Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113
(504) 529-4141 Office
(504) 561-0326 Facsimile
cta@gustebarnett.com E-mail