UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | CIVIL ACTION |
| **JULIA BARECKI-BROWN** | * | |
| | * | DOCKET NUMBER: 22-00847 |
| **VERSUS** | * | |
| | * | SECTION: L |
| **DERRICK BURMASTER, SHAUN** | * | HONORABLE ELDON E. FALLON |
| **FERGUSON, and the CITY OF** | * | |
| **NEW ORLEANS** | * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT DERRICK BURMASTER

Defendant Derrick Burmaster represents that he wishes to change his counsel of record in this case from C. Theodore Alpaugh to James M. Roquemore, Corwin St. Raymond and Donesia D. Turner of the New Orleans City Attorney's Office and consents to substitution of said attorneys on the rolls of this case. Defendant Burmaster acknowledges and has agreed that the City Attorney's Office will not assert any claim he might have against the City of New Orleans in this case and the City Attorney's Office will not assert any legal argument in this case on behalf of Defendant Burmaster that conflicts with a legal position taken by the City of New Orleans. Accordingly, Defendant Burmaster respectfully moves to withdraw C. Theodore Alpaugh (La. Bar No. 02430) as counsel of record and to enroll James M. Roquemore (La. Bar No. 40035), Corwin St. Raymond (La. Bar No. 31330) and Donesia D. Turner (La. Bar No. 23338), as his attorneys in this case.

Plaintiffs' counsel does not consent to this Motion.

**WHEREFORE**, Defendant Burmaster respectfully prays that this Honorable Court grant this Motion and that C. Theodore Alpaugh be withdrawn as counsel of record in this matter and James M. Roquemore, Corwin St. Raymond and Donesia D. Turner be enrolled.

Respectfully submitted,

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSBA #40035**
DEPUTY CITY ATTORNEY
Email: james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSBA #31330**
CHIEF OF LITIGATION
Email: cmstraymond@nola.gov
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
Email: donesia.turner@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*

And

*/s/ C. Theodore Alpaugh, III*
**C. Theodore Alpaugh, III**, LSBA # 02430
Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113
(504) 529-4141 Office
(504) 561-0326 Facsimile
cta@gustebarnett.com E-mail