**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## **ORDER**

**CONSIDERING** the Motion to Withdraw and Substitute Counsel of Record for Defendant Derrick Burmaster:

**IT IS ORDERED** that the motion is **GRANTED**. C. Theodore Alpaugh (La. Bar No. 02430) is and shall be removed as counsel of record for Derrick Burmaster, and James M. Roquemore (La. Bar No. 40035), Corwin St. Raymond (La. Bar No. 31330) and Donesia D. Turner (La. Bar No. 23338) are enrolled as counsels of record for Derrick Burmaster.

New Orleans, Louisiana, this ___ day of _____, 2025.

_____
HONORABLE KAREN WELLS ROBY
U.S. MAGISTRATE JUDGE