UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 22-847** |
| | * | |
| **DERRICK BURMASTER, ET AL** | * | **SECTION L(4)** |

## ORDER

Considering Plaintiffs' concern with a potential conflict of interest between the City and Officer Burmaster, R. Doc. 180;

**IT IS HEREBY ORDERED** that Plaintiffs' counsel proceed with the filing of their motion to determine conflict-free counsel according to the protocol used in *Lou v. Lopinto, Rogers v. Smith, et al*. The Court will reserve any ruling on the Defendants' Motion to Substitute, R. Doc. 179, until after this issue has been fully addressed.

New Orleans, Louisiana, this 13th day of February, 2025.

_____
United States District Judge