## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

**************************************************************************

**Motion to Re-Urge Plaintiff's Motions *in Limine* (R. Docs. 94, 102, and 125)**

Now into Court through undersigned counsel, come Plaintiffs Derek Brown and Julia Barecki-Brown, who, following the U.S. Fifth Circuit's dismissal of Defendant Derrick Burmaster's appeal, file this Motion to re-urge their Motions *in Limine* (R. Docs. 94, 102, and 125) that this Court denied as moot due to the appeal (R. Doc. 167).

For the reasons more fully set forth in the accompanying memorandum in support, Plaintiff requests that this Court reconsider and grant their Motions *in Limine*.

Respectfully Submitted:

*/s/ Hope Phelps*
HOPE PHELPS (La. Bar No. 37259)
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com