UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

**Memorandum in Support of Motion to Re-Urge
Plaintiff's Motions *in Limine* (R. Docs. 94, 102, and 125)**

Now into Court through undersigned counsel, come Plaintiffs Derek Brown and Julia Barecki-Brown, who, following the U.S. Fifth Circuit's dismissal of Defendant Derrick Burmaster's appeal, file this Motion to re-urge their Motions *in Limine* (R. Docs. 94, 102, and 125) that this Court denied as moot due to the appeal (R. Doc. 167).

On March 15, 2023, Plaintiffs filed a *Motion in Limine First Set* (R. Doc. 94). Defendants filed their oppositions on March 21, 2023 (R. Docs. 118, 120).

On March 17, 2023, Plaintiffs filed a *Motion in Limine to Bar Evidence of Burmaster's Financial Status* (R. Doc. 102). Defendant Burmaster filed an opposition on March 23, 2023 (R. Doc. 127).

On March 23, 2023, Plaintiffs filed a *Third Motion in Limine to Exclude Sgt. Pruitt's Conclusions About Burmaster's Criminal Liability* (R. Doc. 125). The City filed an opposition on March 23, 2023 (R. Doc. 138), and Defendant Burmaster filed an opposition on March 26, 2023 (R. Doc. 144).

On March 30, 2023, the Court held a telephone status conference, ordered that the trial be stayed pending ruling from the U.S. Fifth Circuit Court of Appeals, and denied several motions,

including Plaintiffs' Motions in Limine, as moot (R. Doc. 167). The denial was without prejudice and the parties have the right to re-file when a new trial date is set (R. Doc. 167).

On January 17, 2025, the U.S. Fifth Circuit Court of Appeals dismissed Defendant Burmaster's appeal.

On January 29, 2025, this Court issued a Scheduling Order setting the trial to commence on June 9, 2025 (R. Doc. 175).

In accordance with the Court's March 30, 2023 order denying the motions as moot without prejudice, Plaintiffs re-urge their Motions *in Limine* (R. Docs. 94, 102, and 125) because a new trial date is now set.

For the foregoing reasons, Plaintiffs respectfully request that this Court reconsider and, after reconsideration, grant Plaintiffs' Motions in Limine (R. Docs. 94, 102, and 125).


Respectfully Submitted:

*/s/ Hope Phelps*
HOPE PHELPS (La. Bar No. 37259)
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com