UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having duly considered Plaintiffs' *Motion to Re-Urge Plaintiff's Motions in Limine (R. Docs. 94, 102, and 125)* and the arguments regarding it, IT IS HEREBY ORDERED that the Motion is GRANTED. The Court will reconsider Plaintiffs' Motions *in Limine* (R. Docs. 94, 102, and 125).

New Orleans, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA