## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br><br> VERSUS <br><br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L <br><br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*****************************************************************************

### Motion to Determine Conflict-Free Counsel

NOW INTO COURT, through undersigned counsel, come Plaintiffs Derek Brown and Julia Barecki-Brown, to ask that this Court take steps to ensure that Defendants have conflict-free counsel. In R. Doc. 179, Defendants moved to substitute Officer Burmaster's independent counsel with the City Attorney's Office.

In "section 1983 cases, the interests of a municipality and the interests of its employees are adverse to one another."[1] That structural conflict applies particularly to the City of New Orleans and its employee defendants in their individual capacities, like Defendant Derrick Burmaster in this case.

To ensure the integrity of the case, these actual or potential conflicts should be addressed before this case proceeds to trial. Plaintiff suggests that one of two things should happen. Either (1) the City of New Orleans and Derrick Burmaster should obtain separate counsel; or (2) the conflict should be eliminated through the procedure ordered by Judge Currault in *Lou v. Lopinto,* Case No. 21-80, (E.D. La.) and Judge Milazzo in *Rogers v. Smith,* 20-cv-00517-JTM-JVM, (E.D. La.).

As detailed in the memorandum in support, Plaintiffs ask that this motion be granted.

---

[1] *Nagle v. Gusman, et al.*, No. CIV.A. 12-1910, 2015 WL 1525827, at *1 (E.D. La. Apr. 2, 2015).

Respectfully Submitted:

*/s/ Hope Phelps*
HOPE PHELPS (La. Bar No. 37259)
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswaker.com