UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

### *EX PARTE* MOTION TO ENROLL PATRICK M. VAN BURKLEO AS ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS

NOW INTO COURT, respectfully comes the undersigned, who moves pursuant to Local Rule 83(b)(14) that Patrick M. Van Burkleo, of Jones Walker LLP, be enrolled as additional counsel of record for Plaintiffs Derek Brown and Julia Barecki-Brown in the above-captioned matter.

Mr. Van Burkleo's contact information is as follows:

> Patrick M. Van Burkleo (La. Bar No. 41471)
> 201 St. Charles Ave, 4900
> New Orleans, LA 70170
> T: (504) 582-8464
> E: pvanburkleo@joneswalker.com

William Most, Hope Phelps, Tarak Anada, and David Lanser will remain as counsel for Plaintiffs.

Respectfully Submitted,

| | |
|---|---|
| */s/Tarak Anada*_____ | */s/William Most*_____ |
| TARAK ANADA (La. Bar No. 31598) | WILLIAM MOST (La. Bar No. 36914) |
| JONES WALKER LLP | DAVID LANSER (La Bar No. 37764) |
| 201 St. Charles Avenue, Ste. 4900 | MOST & ASSOCIATES |
| New Orleans, LA 70170 | 201 Saint Charles Ave., Ste. 114 #101 |
| Telephone: (504) 582-8322 | New Orleans, LA 70170 |
| Facsimile: (504) 589-8322 | Tel: (504) 509-5023 |
| Email: tanada@joneswalker.com | Email: williammost@gmail.com |

#103496439v1