UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 <br><br> SECTION: L |
| VERSUS | * <br> * | <br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * | <br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER

Considering the foregoing *Ex Parte Motion to Enroll Patrick M. Van Burkleo as Additional Counsel of Record for Plaintiffs* by Plaintiffs' counsel, and for the reasons state therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the *Ex Parte Motion to Enroll Patrick M. Van Burkleo as Additional Counsel of Record for Plaintiffs* is hereby GRANTED. Patrick M. Van Burkleo, of Jones Walker LLP, shall be and is hereby enrolled as additional counsel of record for Plaintiffs in the above-captioned matter.

Signed in New Orleans, Louisiana on this _____ of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

#103521904v1