UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL.** | * | **SECTION L(4)** |

### ORDER

Considering the Plaintiffs' Motion to Determine Conflict-Free Counsel, R. Doc. 183;

**IT IS HEREBY ORDERED** that a telephone status conference is set for Monday, February 24, 2025 at 3:30 P.M. The parties are instructed to be on the line <u>5 minutes before</u> the scheduled start time and use the following dial-in information:

  Dial-In: (571) 353-2301

  Access Code: 34276762

New Orleans, Louisiana, this 20th day of February, 2025.

_____
United States District Judge