**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER

Considering the foregoing *Ex Parte Motion to Enroll Patrick M. Van Burkleo as Additional Counsel of Record for Plaintiffs* by Plaintiffs' counsel, and for the reasons state therein, R. Doc. 186,

**IT IS HEREBY ORDERED** that the *Ex Parte Motion to Enroll Patrick M. Van Burkleo as Additional Counsel of Record for Plaintiffs* is **GRANTED**. Patrick M. Van Burkleo, of Jones Walker LLP, shall be and is hereby enrolled as additional counsel of record for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this 21st day of February, 2025.

_____
United States District Judge