MINUTE ENTRY
FALLON, J.
FEBRUARY 24, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN, ET AL** | CIVIL ACTION |
| **VERSUS** | NO. 22-847 |
| **DERRICK BURMASTER, ET AL** | SECTION "L" (4) |

     A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. William Most and Tarak Anada participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. Chester Alpaugh, III participated on behalf of the Defendant Derrick Burmaster. James Roquemore participated on behalf of Defendants Shaun Ferguson and the City of New Orleans. The Court discussed the Plaintiffs' Motion to Determine Conflict-Free Counsel. Counsel for the Defendants informed the Court that they intended to oppose the motion. Accordingly, the Court instructed the parties to proceed with the set filing deadlines in accordance with the motion's submission date of March 12, 2025.

JS10 (00:04)