UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 22-847** |
| | * | |
| **DERRICK BURMASTER, ET AL** | * | **SECTION L(4)** |

## ORDER

Considering the recent telephone status conference in this matter;

**IT IS HEREBY ORDERED** that the conference presently set for Wednesday, March 5, 2025 is continued to Tuesday, April 8, 2025 at 3:30 P.M. The parties are instructed to join the line **five minutes before** the scheduled start time and use the following the dial-in information:

Dial-In: (571) 353-2301

Access Code: 342767621

New Orleans, Louisiana, this 27th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE