# DEPARTMENT OF POLICE
## INTEROFFICE CORRESPONDENCE

**TO:** Superintendent Anne E. Kirkpatrick
Superintendent of Police

**FROM:** Chief Deputy Superintendent Hans Ganthier
Field Operations Bureau

**SUBJECT:** Disciplinary Hearing Documents (Amended)
Officer Derrick Burmaster 2021-0238-R

**DATE:** 9/28/2023

Superintendent Anne E. Kirkpatrick,

This memo is being authored to correct the signature line for FDI# 2021-0238-R.

This Disciplinary Hearing encompassed former Superintendent Michelle Woodfork's signature line. This memo is to amend the previous Disciplinary Hearing Documents and reflect current Superintendent Anne Kirkpatrick's signature line where she is to "Concur" or "Do Not Concur" with imposed discipline listed in the attached hearing documents.

*[signed] 9/28/23*
Hans Ganthier
Chief Deputy Superintendent
Field Operations Bureau

CONCUR / DOES NOT CONCUR

*[signed]*
Anne E. Kirkpatrick
Superintendent of Police

## DEPARTMENT OF POLICE
## INTEROFFICE CORRESPONDENCE

**TO:** Michelle M. Woodfork  
Superintendent of Police  
**FROM:** Hans Ganthier  
Chief Deputy Superintendent  
Field Operations Bureau  
**SUBJECT:** Disciplinary Mitigating Circumstances  
FDI 2021-0238-R Officer Derrick Burmaster  

**DATE:** 09/11/2023

Superintendent Michelle M. Woodfork,

On Wednesday, June 15, 2023, Chief Deputy Superintendent Hans Ganthier, Deputy Superintendent Keith Sanchez, and Deputy Superintendent Ryan Lubrano held a Bureau Superintendent's Disciplinary Hearing under FDI #2021-0238-R involving Officer Derrick Burmaster assigned to FOB/Seventh District. Officer Burmaster was accused of the following **SUSTAINED** violations:

- **V1. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11**
- **V2. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 13 (a)**
- **V3. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 32**
- **V4. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.10 Uniform Specifications, Paragraph 29**
- **V5. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.11 Body Armor, Paragraph 8 (c)**

During the hearing the following facts were learned:

On Saturday, April 14, 2021, Officers Derrick Burmaster and John Roussel, assigned to the 6th District responded to a domestic disturbance at 1420 Felicity Street. The Officers arrived and entered the front yard of the residence. Once inside the gate the Officers heard dogs barking. Officer Roussel ran and exited the front yard, while Officer Burmaster removed his weapon from the holster. Two dogs ran from the upstairs apartment. The larger dog ran towards the exit, toward Officer Roussel, while the smaller dog ran toward Officer Burmaster. Officer Burmaster fired three shots, fatally wounding the dog.

Officer Burmaster stated when he fired his weapon, he observed the larger dog running towards Officer Roussel, upon observing the larger dog, Officer Burmaster fired his weapon at the dog closest to him fatally wounding it. Officer Burmaster stated the dog was barking and running toward him, which made him believe the dog was aggressive and would bite him. Officer Burmaster stated he did not have sight of the dog when he removed his weapon. Officer Burmaster stated the dog did not harm him and he could not recall the dog's actions. Officer Burmaster stated the first and third shots were a blur.

Officer Burmaster was not equipped with his PR24/Expandable Baston or ASP. Officer Burmaster was not wearing his department issued Body Armor.

After reviewing the facts involved, the panel recommended the following:

- **V1. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11- EXONERATED**
- **V2. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 13 (a)- EXONERATED**
- **V3. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 32- EXONERATED**
- **V4. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.10 Uniform Specifications, Paragraph 29- SUSTAINED**
- **V5. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.11 Body Armor, Paragraph 8 (c)- SUSTAINED**

The panel believed the following facts justified the recommended dispositions:

Officer Derrick Burmaster entered the front yard and proceeded to go to the residence. Once half-way in the gate, Officer Burmaster heard barking sounds coming fast towards him. He removed his weapon because he did not observe a way out. He didn't think he was fast enough to make it out the gate before the dogs arrived. He did not observe a platform or car to jump on to escape. He didn't believe he could jump the fence because of the spikes on top of it. He prepared himself and once he observed the dog, he believed it was vicious and coming fast towards him. Officer Burmaster believed the dog would bite him on the leg or pelvis area. Officer Burmaster then shot the dog that was a threat to him. Officer Burmaster believed the dog was ferocious and was going to bite without provocation. He then attempted to deescalate the situation by apologizing to the owners on the scene. Officer Burmaster stated he just wanted to get out safely without injuring himself or the dog.

The panel believed the outcome of the incident would not have been affected by Officer Burmaster having the PR24/Expandable Baton and/or the department issued Body Armor.


Respectfully submitted,

_____ 9/13/23
Hans Ganthier
**Chief Deputy Superintendent**
**Field Operations Bureau**


_____ 9.15.23
~~Concur / Do Not Concur~~
Ryan A. Lubrano
**Deputy Superintendent**
**Investigation & Support Bureau**


_____ 9/18/23
Concur / ~~Do Not Concur~~
Keith A. Sanchez
**Deputy Superintendent**
**Public Integrity Bureau**


_____
Concur / ~~Do Not Concur~~
~~Michelle M. Woodfork~~ KIRKPATRICK
**Superintendent of Police**

*2021-0238-R/ Derrick Burmaster*

☐Superintendent                                    ☐Bureau Commander

☒Bureau Commander's Committee       ☐Commander

To: Superintendent Michelle M. Woodfork       Date: 6/15/2023
                                                PIB Control#: 2021-0238-R

From: Chief Deputy Superintendent Hans Ganthier- Field Operations Bureau
      Deputy Superintendent- Keith A. Sanchez- Public Integrity Bureau
      Deputy Superintendent Ryan A. Lubrano- Investigation & Support Bureau

On Wednesday, **June 15, 2023,** a Disciplinary Hearing was held on the above referenced PIB case **2021-0238-R**. As the Hearing Officers, we reviewed the charge(s) against **Officer Derrick Burmaster, Employee # 012743,** assigned to the Field Operation Bureau- Seventh District. After consideration of the evidence presented, it is our opinion that the charge(s) should be classified as follows:

Check ☐ if additional sustained violation(s) (ASV)

| RULE NUMBER & NAME | A | DISPOSITION |
|---|---|---|
| V1. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11 | ☐ | EXONERATED |
| V2. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 13 (a) | ☐ | EXONERATED |
| V3. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 32 | ☐ | EXONERATED |
| V4. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.10 Uniform Specifications, Paragraph 29 | ☐ | SUSTAINED |

| | | |
|---|---|---|
| V5. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.11 Body Armor, Paragraph 8 (c) | ☐ | SUSTAINED |
| Rule IX, Section 1, Paragraph 1.1, of the city Civil Service Rule relative to Maintaining Standards of Service | ☐ | SUSTAINED |

As a result, it is our recommendation that **Officer Derrick Burmaster** should be disciplined as follows:

| RULE NUMBER & NAME | A | PENALTY/CATEGORY |
|---|---|---|
| V1. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11 | ☐ | NO PENALTY |
| V2. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 13 (a) | ☐ | NO PENALTY |
| V3. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 32 | ☐ | NO PENALTY |
| V4. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.10 Uniform Specifications, Paragraph 29 | ☐ | Level A/ 1st Offense O-R-1<br><br>Oral Reprimand |
| V5. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.11 Body Armor, Paragraph 8 (c) | ☐ | Level A/ 1st Offense O-R-1<br><br>Oral Reprimand |

| Rule IX, Section 1, Paragraph 1.1, of the city Civil Service Rule relative to Maintaining Standards of Service | ☐ | NO PENALTY |
|---|---|---|

**Comments (optional):**

*If an additional sustained violation(s) is recommended, a 105 articulating how the additional violation(s) was determined shall be attached, and made a part of this form.*
*If the recommended penalty deviates from the presumptive penalty, a 105 articulating the reasons for the deviation shall be attached and made a part of this form.*

**Signature of Hearing Officer:**

_____     Date: 9/8/23
Hans Ganthier
Chief Deputy Superintendent

_____     Date: 9-12-23
~~Concur~~ / ~~Do Not Concur~~
Deputy Superintendent
Ryan A. Lubrano

_____     Date: 9-12-23
Concur / ~~Do Not Concur~~
Deputy Superintendent
Keith A. Sanchez

_____     Date: 10/19/2023
Concur / Do Not Concur
~~Michelle M. Woodfork~~ ANNE E. KIRKPATRICK
Superintendent of Police

**INSTRUCTIONS:** The Hearing Officer shall be responsible for forwarding to PIB, via the appropriate chain of command, both the original Hearing Notification and the original Hearing Disposition forms, along with the entire investigative report.

Original – PIB investigative report file

# PREDISPOSITION CONFERENCE AND DISCIPLINARY HEARING NOTIFICATION
## Forum (check one)

☐ Captain   ☒ Deputy Superintendent   ☐ Superintendent's Committee   ☐ Superintendent

DATE: 6/5/2023
P.I.B. CTN #: 2021-0238-R

TO:   Officer Derrick Burmaster/ #012743 / FOB, 7th District

FROM:   **Chief Deputy Superintendent Hans Ganthier,** Field Operations Bureau
**Deputy Superintendent Keith Sanchez,** Public Integrity Bureau
**Deputy Superintendent Ryan Lubrano,** Investigation & Support Bureau

An investigation was conducted by Sergeant Shannon Brewer, assigned to the Public Integrity Bureau, Force Investigation Team. The investigation determined that by a preponderance of the evidence that the following occurred:

On Saturday, April 14, 2021, Officers Derrick Burmaster and John Roussel, assigned to the 6th District responded to a domestic disturbance at 1420 Felicity Street. The Officers entered the front yard of the residence and heard dogs barking. Officer Roussel ran and exited the front yard, while Officer Burmaster removed his weapon from the holster. Two dogs ran from the upstairs apartment. The larger dog ran towards the exit, toward Officer Roussel, while the smaller dog ran toward Officer Burmaster. Officer Burmaster fired three shots, fatally wounding the dog.

Officer Burmaster stated when he fired his weapon, he observed the larger dog running towards Officer Roussel, upon observing the larger dog, Officer Burmaster fired his weapon at the dog closest to him fatally wounding it. Officer Burmaster stated the dog was barking and running toward him, which made him believe the dog was aggressive and would bite him. Officer Burmaster stated he did not have sight of the dog when he removed his weapon. Officer Burmaster stated the dog did not harm him and he could not recall the dog's actions. Officer Burmaster stated the first and third shots were a blur.

Officer Burmaster was not equipped with his PR24/Expandable Baston or ASP. Officer Burmaster was not wearing his department issued Body Armor.

Such conduct is a violation of:

**V1. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c) 6 Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11……………………………………………………………………… SUSTAINED**

**V2. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c) 6 Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 13 (a)……………………………………………………………………… SUSTAINED**

**V3. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c) 6 Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 32……………………………………………………………………… SUSTAINED**

**V4. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c) 6 Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.10 Uniform Specifications, Paragraph 29……………………………………………………………… SUSTAINED**

**V5. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c) 6 Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.11 Body Armor, Paragraph 8 (c)……………………………………………………………………… SUSTAINED**

P.I.B. CTN: 2021-0238-R

As well as a violation of:

Rule IX, Sect. 1, Para. 1.1 of the City Civil Service Rule relative to Maintaining Standards of Service.

Rule IX prescribes:

### RULE IX
### DISCIPLINARY ACTIONS
### SECTION 1. MAINTAINING STANDARDS OF SERVICE

1.1   When an employee in the classified service is unable or unwilling to perform the duties of his/her position in a satisfactory manner, or has committed any act to the prejudice of the service, or has omitted to perform any act it was his/her duty to perform, or otherwise has become subject to corrective action, the appointing authority shall take action warranted by the circumstances to maintain the standards of effective service. The action may include one or more of the following:
(a) termination from the service. (amended January 21, 1988, effective February 1, 1988);
(b) involuntary retirement. (adopted June 10, 1982);
(c) reduction in pay within the pay grade for the employee's classification, subject to the provisions of Rule IV, Section 3. A reduction in pay includes involuntary time away from work without pay, no matter how brief (e.g., involuntary leave without pay). (amended September 27, 1990, amended February 17, 2014);
(d) demotion to any position of a lower classification that the employee is deemed by the Appointing Authority and the Director to be competent to fill, accompanied by a reduction in pay which is within the pay grade range for the lower classification, subject to the provisions of Rule IV, Section 3. (amended September 27, 1990);
(e) suspension without pay not exceeding one hundred twenty (12) calendar days;
(f) fine;
(g) letters of reprimand
as defined in amended 1. (amended February 17, 2014); (Section 1.1. (a)-(f) and amended June 10, 1982, effective June 10, 1982, Section 1.1 (c) and (g), amended February 17, 2014, effective March 1, 2014)

You are hereby instructed to appear in the uniform of the day, or coat and tie or appropriate dress for female employees, UNARMED, on **Thursday, June 15, 2023, at 11:00AM at 715 S. Broad Street Headquarters 5th Floor Large Conference Room** for a Predisposition Conference followed by a Disciplinary Hearing before **Chief Deputy Superintendent Hans Ganthier, FOB, Deputy Superintendent Keith Sanchez, PIB, and Deputy Superintendent Ryan Lubrano, ISB.** At that time, you will be afforded an opportunity to present any mitigating circumstances or justification you may have to offer. You may also have legal counsel or other representative, or both, present at the pre-disciplinary hearing in the capacity of an observer to the proceedings.

SIGNATURE of HEARING OFFICER: _____ Date: 6/5/23

SIGNATURE of EMPLOYEE: _____ Date: 6-5-2023

original:      Employee
photocopy:   P.I.B. investigative report file

NOPD Form 219 (revised 6/2016)

**PIB Officer Complaint History Short Report**

**SENIOR POLICE OFFICER Derrick Burmaster [00961/012743]**

Windows Username: 012743   Hire date: Aug 13, 2000
Current assignment(s):
    Bureau: FOB - Field Operations Bureau
    District / Division: 7th District
    Division Assignment: Night Watch


**Public Initiated**                              **PIB Control Number: 2007-0375-C**
**Received:**      May 28, 2007
                                                  **Item Number: 070375**
                                                  **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 05 - VERBAL INTIMIDATION -  - SUSTAINED -
            Final Disposition: CHARGES PROVEN -
        RULE 3: PROF CONDUCT: PARAGRAPH 01 - PROFESSIONALISM -  - SUSTAINED -
            Final Disposition: CHARGES PROVEN -
    Actions taken:
            Aug 30, 2007 - Letter Of Reprimand   Days/hrs suspended:
            Aug 30, 2007 - Letter Of Reprimand   Days/hrs suspended:

**Public Initiated**                              **PIB Control Number: 2008-0306-C**
**Received:**      Apr 24, 2008
                                                  **Item Number: 080306**
                                                  **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - NOT SUSTAINED -
            Final Disposition: CHARGES DISPROVEN -
        RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
 - NOT SUSTAINED -
            Final Disposition: CHARGES DISPROVEN -
    Actions taken:
            - None   Days/hrs suspended:
            - None   Days/hrs suspended:

**Rank Initiated**                                **PIB Control Number: 2009-0131-R**
**Received:**      Feb 13, 2009
                                                  **Item Number: 090131**
                                                  **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 01 - ADHERENCE TO LAW -  - NOT SUSTAINED -
            Final Disposition: CHARGES DISPROVEN -
    Actions taken:
            - None   Days/hrs suspended:

        RELATIVE TO SIMPLE BATTERY


**Public Initiated**                              **PIB Control Number: 2010-0673-C**
**Received:**      May 14, 2010
                                                  **Item Number: 100673**
                                                  **Priority: DI-1**
    Allegations:
        RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - NOT SUSTAINED -
Dec 03, 2010
            Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
          Actions taken:

            Dec 03, 2010 - None   Days/hrs suspended:
        RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - Dec
03, 2010
            Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
          Actions taken:

            Dec 03, 2010 - None   Days/hrs suspended:

```
               RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- NOT SUSTAINED - Dec 03, 2010
                  Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
               Actions taken:

                    Dec 03, 2010 - None   Days/hrs suspended:
               RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY -  - NOT SUSTAINED - Dec
03, 2010
                  Final Disposition: CHARGES DISPROVEN - Dec 03, 2010
               Actions taken:

                    Dec 03, 2010 - None   Days/hrs suspended:
```

**Rank Initiated**                                         **PIB Control Number: 2012-0201-R**
**Received:       Feb 28, 2012**
                                                            **Item Number:**
                                                            **Priority: DI-1**
```
        Allegations:
              RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- SUSTAINED - Jun 04, 2012
                  Final Disposition: SUSTAINED - Dec 06, 2012
               Actions taken:

                    Dec 06, 2012 - Suspended   Days/hrs suspended: 1
```

**Rank Initiated**                                         **PIB Control Number: 2012-0521-R**
**Received:       May 22, 2012**
                                                            **Item Number:**
                                                            **Priority: DI-1**
```
        Allegations:
              RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- SUSTAINED - Aug 29, 2012
                  Final Disposition: sus - Feb 19, 2013
               Actions taken:

                    Feb 19, 2013 - Suspended   Days/hrs suspended: 3

               RULE 4, Performance of Duty, Paragraph 2: Instructions from an Authoritative
               Source. To Wit: NOPD Operations Manual Chapter 17.2, Department Property;
               Paragraphs 9a, 11, & 12; Replacement Cost for the Lost/Stolen Departmental
               Property will be paid by the accused officer.
```

**Rank Initiated**                                         **PIB Control Number: 2012-0513-R**
**Received:       May 23, 2012**
                                                            **Item Number:**
                                                            **Priority: DI-1**
```
        Allegations:
              RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - NOT SUSTAINED -
May 31, 2012
                  Final Disp: <Not yet entered>
```

**Rank Initiated**                                         **PIB Control Number: 2012-0531-R**
**Received:       Jun 02, 2012**
                                                            **Item Number:**
                                                            **Priority: DI-1**
```
        Allegations:
              RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- SUSTAINED - Sep 12, 2012
                  Final Disposition: SUSTAINED - Feb 19, 2013
               Actions taken:

                    Feb 19, 2013 - Suspended   Days/hrs suspended: 1

               RULE 4, Performance of Duty, Paragraph 2: Instructions from an Authoritative
                 Source. To Wit: NOPD Operations Manual Chapter 13.15: Overtime

              RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE -
- NOT SUSTAINED - Sep 12, 2012
```

```
                    Final Disposition: NOT SUSTAINED - Sep 12, 2012
                 Actions taken:

                    Feb 19, 2013 - None    Days/hrs suspended:
```

**Rank Initiated**                                      **PIB Control Number: 2012-1048-R**
**Received:      Nov 09, 2012**
                                                        **Item Number:**
                                                        **Priority: DI-1**

```
         Allegations:
            RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Verbal Instructions - SUSTAINED - Apr 12, 2013
                    Final Disposition: SUSTAINED - Apr 12, 2013
                 Actions taken:

                    Apr 12, 2013 - Suspended    Days/hrs suspended: 10
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY -  - SUSTAINED - Apr 12,
2013
                    Final Disposition: SUSTAINED - Apr 12, 2013
                 Actions taken:

                    Apr 12, 2013 - Suspended    Days/hrs suspended: 3
```

**Rank Initiated**                                      **PIB Control Number: 2013-0234-R**
**Received:      Mar 24, 2013**
                                                        **Item Number:**
                                                        **Priority: DI-1**

```
         Allegations:
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C:
Subparagraph 3 - Failing To Advise the Dispatcher on each occasion of his absence from the
patrol vehicle. - SUSTAINED - Oct 07, 2013
                    Final Disposition: SUSTAINED - Oct 07, 2013
                 Actions taken:

                    Oct 07, 2013 - Letter of Reprimand    Days/hrs suspended:

            RULE 4: Performance of Duty; Paragraph 4(c)(3) Neglect of Duty
```

**Public Initiated**                                    **PIB Control Number: 2013-0398-C**
**Received:      May 19, 2013**
                                                        **Item Number:**
                                                        **Priority: DI-1**

```
         Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - Jul
23, 2013
                    Final Disposition: NOT SUSTAINED - Jul 23, 2013
                 Actions taken:

                    Jul 23, 2013 - None    Days/hrs suspended:
            RULE 2: MORAL CONDUCT: PARAGRAPH 02 - COURTESY -  - NOT SUSTAINED - Jul 23,
2013
                    Final Disposition: NOT SUSTAINED - Jul 23, 2013
                 Actions taken:

                    Jul 23, 2013 - None    Days/hrs suspended:
            RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE -  - EXONERATED - Jul
23, 2013
                    Final Disposition: EXONERATED - Jul 23, 2013
                 Actions taken:

                    Jul 23, 2013 - None    Days/hrs suspended:
```

**Public Initiated**                                    **PIB Control Number: 2014-0124-C**
**Received:      Feb 26, 2014**
                                                        **Item Number:**
                                                        **Priority: DI-1**

Allegations:
RULE 2: MORAL CONDUCT: PARAGRAPH 05 - VERBAL INTIMIDATION -  - NOT SUSTAINED - Jul 11, 2014
Final Disposition: NOT SUSTAINED - Jul 11, 2014
Actions taken:

Jul 11, 2014 - None - Not Sustained   Days/hrs suspended:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - Policy # 400 - Patrol Operations; Policy 440 - PR 440 - Contacts-Detentions and Photographing Detainees, Paragraph PR440.3 - Reporting, Subparagraph a - SUSTAINED - Jul 11, 2014
Final Disposition: SUSTAINED - Feb 05, 2015
Actions taken:

Feb 05, 2015 - Suspension   Days/hrs suspended: 1

**Public Initiated**                                          **PIB Control Number: 2014-0307-C**
**Received:       Apr 24, 2014**
                                                              **Item Number:**
                                                              **Priority: DI-1**
Allegations:
RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - Aug 29, 2014
Final Disposition: NOT SUSTAINED - Aug 29, 2014
Actions taken:

Aug 29, 2014 - None - Not Sustained   Days/hrs suspended:
RULE 2: MORAL CONDUCT: PARAGRAPH 05 - VERBAL INTIMIDATION -  - NOT SUSTAINED - Aug 29, 2014
Final Disposition: NOT SUSTAINED - Aug 29, 2014
Actions taken:

Aug 29, 2014 - None - Not Sustained   Days/hrs suspended:
RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C: Subparagraph 8 - Failing to thoroughly search for, collect, preserve, and identify evidence in an arrest or investigative situation. - UNFOUNDED - Aug 29, 2014
Final Disposition: UNFOUNDED - Aug 29, 2014
Actions taken:

Aug 29, 2014 - None - Unfounded   Days/hrs suspended:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - Policy # 400 - Patrol Operations; Policy 402 - PR 402 - Discriminatory Policing-Racial Bias-Based Profiling, Paragraph PR402.1 - Members Responsibility - NOT SUSTAINED - Aug 29, 2014
Final Disposition: NOT SUSTAINED - Aug 29, 2014
Actions taken:

Aug 29, 2014 - None - Not Sustained   Days/hrs suspended:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - Policy # 300 - Procedures; Policy 344 - PR344 - Report Preparation; Paragraph 344.1.1 - Report Preparation - Sustained - Aug 29, 2014
Final Disposition: SUSTAINED -
Actions taken:

Dec 08, 2014 - Letter of Reprimand   Days/hrs suspended:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - Policy # 400 - Patrol Operations; Policy 446 - PR 446 - Digital Mobile Video Audio Recordings; Paragraph 446.3.1 - Required Activation of the DMVAR - SUSTAINED - Aug 29, 2014
Final Disposition: SUSTAINED -
Actions taken:

Dec 08, 2014 - Letter of Reprimand   Days/hrs suspended:

**Rank Initiated**                                            **PIB Control Number: 2014-0377-R**
**Received:       May 22, 2014**
                                                              **Item Number:**
                                                              **Priority: DI-1**
Allegations:

RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - Policy # 300 - Procedures; Policy 348 - PR348 - Court Appearance and Subpoenas - SUSTAINED - Jul 01, 2014
    Final Disposition: SUSTAINED -
    Actions taken:

    Feb 26, 2015 - Suspension   Days/hrs suspended: 1

Served suspension 10/7/15


**Public Initiated**                           **PIB Control Number: 2016-0137-P**
**Received:**      Feb 24, 2016 10:
                                          **Item Number:**
                                            **Priority: DI-1**
   Allegations:
      RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - May 24, 2016
        Final Disposition: NOT SUSTAINED -
        Actions taken:

        May 24, 2016 - None - Not Sustained   Days/hrs suspended:


**Rank Initiated**                            **PIB Control Number: 2016-0625-R**
**Received:**      Sep 23, 2016
                                          **Item Number: I-21755-16**
                                            **Priority: DI-1**
   Allegations:
      RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C: Subparagraph 8 - Failing to thoroughly search for, collect, preserve, and identify evidence in an arrest or investigative situation. - NEGOTIATED SETTLEMENT  - Sep 29, 2016
        Final Disposition: NEGOTIATED SETTLEMENT - Mar 26, 2018
        Actions taken:

        Mar 26, 2018 - NSA  - Letter of Reprimand   Days/hrs suspended:

   Negotiated Settlement

   Letter received 3/12/2018

      RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C: Subparagraph 6 - Failing to comply with instructions, oral or written, from any authoritative source to wit NOPD Policy 804 Evidence and Property;804.3 Evidence and Property Intake - NEGOTIATED SETTLEMENT  - Sep 29, 2016
        Final Disposition: NEGOTIATED SETTLEMENT - Mar 26, 2018
        Actions taken:

        Mar 26, 2018 - NSA  - Letter of Reprimand   Days/hrs suspended:

   Negotiated Settlement
   Letter received 3/12/2018


**Rank Initiated**                            **PIB Control Number: 2016-0727-R**
**Received:**      Nov 10, 2016
                                          **Item Number:**
                                            **Priority: DI-1**
   Allegations:
      RULE 4: PERF OF DUTY: PARAGRAPH 01 - REPORTING FOR DUTY -  - NEGOTIATED SETTLEMENT  - Dec 20, 2016
        Final Disposition: NEGOTIATED SETTLEMENT -
        Actions taken:

```
                    Dec 20, 2016 - NSA - Suspension   Days/hrs suspended: 1

            Negotiated Settlement
```

**Public Initiated**                                    **PIB Control Number: 2017-0059-P**
**Received:       Jan 30, 2017**
                                                        **Item Number:**
                                                        **Priority: DI-1**
```
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - May
15, 2017
                Final Disposition: NOT SUSTAINED - May 16, 2017
              Actions taken:

                    May 16, 2017 - None - Not Sustained   Days/hrs suspended:
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C:
Subparagraph 4 - Failing To Make A Written Report When Such Is Indicated - SUSTAINED - May
26, 2017
                Final Disposition: SUSTAINED - May 09, 2018
              Actions taken:

                    May 09, 2018 - Suspension   Days/hrs suspended: 2

            via cover letter

            Letter received 4/30/2018
            Served Suspension 5/15-16/2018
```

**Rank Initiated**                                      **PIB Control Number: 2017-0164-R**
**Received:       Mar 29, 2017 20:**
                                                        **Item Number:**
                                                        **Priority: DI-1**
```
        Allegations:
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C:
Subparagraph 6 - Failing to comply with instructions, oral or written, from any
authoritative source to wit NOPD Procedure 344.4.1 Authorized delay in completing reports -
SUSTAINED - Jul 07, 2017
                Final Disposition: SUSTAINED - Mar 26, 2018
              Actions taken:

                    Mar 26, 2018 - Suspension   Days/hrs suspended: 5

              Letter received 3/12/2018

              Served suspension 3/18-22/2018

            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - SUSTAINED - Jul 07,
2017
                Final Disposition: SUSTAINED - Mar 26, 2018
              Actions taken:

                    Mar 26, 2018 - Letter of Reprimand   Days/hrs suspended:

              Letter received  3/12/2018

              RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE
- Policy # 200 - Department Directives; Poilicy 212 - Elecontric Mail, para 2 Management of
Email - NOT SUSTAINED - Jul 07, 2017
                Final Disposition: NOT SUSTAINED - Jul 11, 2017
              Actions taken:

                    Jul 11, 2017 - None - Not Sustained   Days/hrs suspended:
```
**Public Initiated**                                    **PIB Control Number: 2017-0208-P**

**Received:**     Apr 25, 2017
                                        **Item Number:**
                                        **Priority: DI-1**
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 13 - Social Networking Websites....etc. - -
SUSTAINED - Aug 18, 2017
                Final Disposition: SUSTAINED - Jan 16, 2018
                Actions taken:

                    Jan 16, 2018 - Suspension    Days/hrs suspended: 2

                cover letter attached
                Suspension served 10/14-15/2018

            RULE 2: MORAL CONDUCT: PARAGRAPH 04 - DISCRIMINATION -  - UNFOUNDED - Aug 18,
2017
                Final Disp: <Not yet entered>

**Rank Initiated**                                      **PIB Control Number: 2020-0133-R**
**Received:**     Mar 12, 2020
                                        **Item Number:**
                                        **Priority: DI-1**
        Allegations:
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter
42.16 - Preliminary Forensic Drug Testing - SUSTAINED - Jul 27, 2020
                Final Disposition: SUSTAINED - Sep 02, 2020
                Actions taken:

                    Aug 21, 2020 - Awaiting Disciplinary Letter    Days/hrs suspended:

**Rank Initiated**                                      **PIB Control Number: 2020-0170-R**
**Received:**     Apr 17, 2020
                                        **Item Number:**
                                        **Priority: DI-1**
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - SUSTAINED - Aug 07,
2020
                Final Disposition: SUSTAINED - Aug 27, 2020
                Actions taken:

                    Sep 10, 2020 - Awaiting Disciplinary Letter    Days/hrs suspended:

**Rank Initiated**                                      **PIB Control Number: 2020-0241-R**
**Received:**     Jun 01, 2020
                                        **Item Number:**
                                        **Priority: DI-1**
        Allegations:
            RULE 5: REST ACTIVITIES: PARAGRAPH 01 - FICTITIOUS ILLNESS OR INJURY -  - NOT
SUSTAINED - Jul 08, 2020
                Final Disposition: NOT SUSTAINED - Sep 21, 2020
                Actions taken:

                    Sep 21, 2020 - None - Not Sustained    Days/hrs suspended:

**Rank Initiated**                                      **PIB Control Number: 2021-0238-R**
**Received:**     Apr 14, 2021
                                        **Item Number: D-13802-21**
                                        **Priority: DI-1**
        Allegations:

        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 1.3 Use of Force - SUSTAINED - Aug 04, 2021
            Final Disposition: SUSTAINED - Aug 04, 2021
            Actions taken:

                Apr 18, 2023 - Awaiting Hearing   Days/hrs suspended:

        Level B /1st Offense
        R-1-3

        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 1.3 Use of Force - SUSTAINED - Aug 04, 2021
            Final Disposition: SUSTAINED - Aug 04, 2021
            Actions taken:

                Apr 18, 2023 - Awaiting Hearing   Days/hrs suspended:

        Level B/ 1st Offense
        R-1-3

        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 1.3 Use of Force - SUSTAINED - Aug 04, 2021
            Final Disposition: SUSTAINED - Aug 04, 2021
            Actions taken:

                Apr 18, 2023 - Awaiting Hearing   Days/hrs suspended:

        Level B/ 1st Offense
        R-1-3

        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 41.10 - Uniform Specifications - SUSTAINED - Aug 04, 2021
            Final Disposition: SUSTAINED - Aug 04, 2021
            Actions taken:

                Apr 18, 2023 - Awaiting Hearing   Days/hrs suspended:

        Level A/ 1st Offense
        O-R-1

        RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 41.11 - Body Armor, Paragraph 8 (c)  - SUSTAINED - Aug 04, 2021
            Final Disposition: SUSTAINED - Aug 04, 2021
            Actions taken:

                Jun 06, 2023 - Awaiting Hearing   Days/hrs suspended:

        Level A/ 1st Offense
        O-R-1

**Public Initiated**                                            **PIB Control Number: 2021-0395-P**
**Received:**      **Jul 14, 2021**
                                                              Item Number: F-19262-21
                                                              **Priority: DI-1**
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - SUSTAINED - Sep 29, 2021
                Final Disposition: SUSTAINED - Apr 26, 2023
                Actions taken:

                    Apr 26, 2023 - Sustained - Pending Disciplinary Letter   Days/hrs suspended:
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter 41.3.10 - Body Worn Camera, Paragraph 11 - SUSTAINED - Sep 29, 2021
                Final Disposition: SUSTAINED - Apr 26, 2023

```
              Actions taken:

                      Apr 26, 2023 - Sustained - Pending Disciplinary Letter   Days/hrs
suspended:
```

**Rank Initiated**                        **PIB Control Number: 2021-0329-R**
**Received:**     Oct 26, 2021
                                   **Item Number:**
                                   **Priority: DI-1**

```
        Allegations:
            RULE 4: PERF OF DUTY: PARAGRAPH 01 - REPORTING FOR DUTY -  - PENDING
INVESTIGATION - Oct 26, 2021
                Final Disp: <Not yet entered>
```

**Rank Initiated**                        **PIB Control Number: 2021-0707-R**
**Received:**     Dec 20, 2021
                                   **Item Number:**
                                   **Priority: DI-1**

```
        Allegations:
            RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - NOPD Policy: Chapter
61.7 Traffic Crash Response and Reporting - NOT SUSTAINED - Mar 07, 2022
                Final Disposition: NOT SUSTAINED - Apr 25, 2022
              Actions taken:

                      Apr 25, 2022 - None - Not Sustained   Days/hrs suspended:
```

**Public Initiated**                      **PIB Control Number: 2022-0008-P**
**Received:**     Jan 06, 2022 11:
                                   **Item Number:**
                                   **Priority: DI-1**

```
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - NOT SUSTAINED - May
06, 2022
                Final Disp: <Not yet entered>
```

**Rank Initiated**                        **PIB Control Number: 2022-0220-R**
**Received:**     May 14, 2022
                                   **Item Number:**
                                   **Priority: DI-1**

```
        Allegations:
            RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism -  - SUSTAINED - Aug 23,
2022
                Final Disp: <Not yet entered>


Printed: Jun 06, 2023 05:58   By: SR Special Investigator Audrey Thomas
```