## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' SUPPLEMENTAL WITNESS AND EXHIBIT LIST

Plaintiffs Derek Brown and Julia Barecki-Brown ("Plaintiffs") supplement their previously filed Witness and Exhibit List (R. Doc. 100)—which is fully incorporated herein by reference—as follows:

### EXHIBITS

1. All Exhibits listed in Plaintiffs' previously filed Witness and Exhibit List (R. Doc. 100).

2. OCDM Email (CITY DEFENDANTS - 5280-5281)

3. OCDM Comments (CITY DEFENDANTS - 005262-005279)

### MAY CALL WITNESSES

1. All Witnesses listed in Plaintiffs' previously filed Witness and Exhibit List (R. Doc. 100).

2. Superintendent Anne Kirkpatrick

    a. Contact through Defendants' counsel

    b. Will testify regarding NOPD's review of Officer Burmaster's actions in using lethal force on Apollo.

3. Nicholas Gernon

    a. Contact through Defendants' counsel

#103650410v1

    b.    Will testify regarding NOPD's review of Officer Burmaster's actions in using lethal force on Apollo.

4. Corporate Representative of the City of New Orleans on the topic when NOPD has found a shooting to be unjustified after a civil suit about the shooting has been filed.

    a.    Contact through Defendants' counsel

    b.    Will testify regarding when or whether NOPD has found a shooting to be unjustified after a civil suit about the shooting has been filed.

Respectfully submitted,

*/s/Tarak Anada*  
TARAK ANADA (31598)  
PATRICK VAN BURKLE0 (41471)  
JONES WALKER LLP  
201 St. Charles Avenue, Ste. 4900  
New Orleans, LA 70170  
Telephone: (504) 582-8322  
Facsimile: (504) 589-8322  
Email: tanada@joneswalker.com

*/s/William Most*  
WILLIAM MOST (La. Bar No. 36914)  
HOPE PHELPS (La. Bar No. 37259)  
DAVID LANSER (La Bar No. 37764)  
MOST & ASSOCIATES  
201 Saint Charles Ave., Ste. 114 #101  
New Orleans, LA 70170  
Tel: (504) 509-5023  
Email: williammost@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 31, 2025 the foregoing was sent to all counsel of record by email.

    */s/ Tarak Anada*

#103650410v1