UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DERRICK BURMASTER'S AND THE CITY OF NEW ORLEANS' AMENDED AND SUPERSEDING WITNESS AND EXHIBIT LIST

Defendants, Derrick Burmaster and the City of New Orleans ("Defendants"), in accordance with the Court's scheduling order [Doc. 175], file the following list of witnesses who may or will be called to testify at trial and a list of exhibits that may or will be used at trial.

### A. WITNESS LIST

a. Defendants' Will-Call:

i. Derrick Burmaster
715 S. Broad Street New Orleans, Louisiana 70113
Officer Burmaster is a party to this lawsuit and will testify regarding his background, experience, training and events relating to the claims of the plaintiff herein.

ii. David Duplantier
Contact through counsel for Defendants.
Sgt. Duplantier will testify as a fact witness and a non-retained expert regarding his background, training, role and history at the NOPD Training Academy, the findings of the Public Integrity Bureau regarding same, NOPD training in use of force, including against animals, the level of threat, and the level of force justified his review of the incident made the basis of this lawsuit, his meeting with Officer Burmaster, the level of force used and its reasonableness; and, whether Officer Burmaster violated any training or policy of the NOPD and his observations and recommendations and the basis therefor.

    iii. John Helou
>Address: Contact through counsel for City of New Orleans. Will testify as a fact witness and non-retained expert about the following: Officer Burmaster's employment history and NOPD's supervision of Officer Burmaster; Officer Burmaster's use of force; and prior incidents by NOPD with animals.

    iv. Chief Deputy Superintendent Hans Ganthier,
>Address: Contact though counsel for City of New Orleans
>Chief Ganthier will testify as to the bases of the recommendations made in the memorandum dated September 11, 2023, to the NOPD superintendent, and the evaluation of Officer Burmaster's conduct in this case.

    v. Superintendent Anne Kirkpatrick
>Address: Contact through counsel for City of New Orleans.
>Superintendent Kirkpatrick will testify as to the bases for the disciplinary letter dated October 23, 2023, and NOPD policies relevant to this case.

b. <u>City's May-Call:</u>

    i. Deputy Superintendent Ryan A. Luburano
>Address: Contact though counsel for City of New Orleans
>Deputy Superintendent Lubrano may testify as to the bases of the recommendations made in the memorandum dated September 11, 2023, to the NOPD superintendent, and the evaluation of Officer Burmaster's conduct in this case.

    ii. Deputy Superintendent Keith A. Sanchez
>Address: Contact though counsel for City of New Orleans
>Deputy Superintendent Sanchez may testify as to the bases of the recommendations made in the memorandum dated September 11, 2023, to the NOPD superintendent, and the evaluation of Officer Burmaster's conduct in this case

    iii. Debra Pruitt
>1. Address: Contact through counsel for City of New Orleans.
>2. Sgt. Pruitt may testify concerning her investigation conducted in this case and her conclusions.

    iv. John Roussel
>715 S. Broad Street New Orleans, Louisiana 70113
>Officer Roussel may testify regarding his background, experience and events relating to the claims of the plaintiff herein. Deborah

        Pruitt 715 S. Broad Street New Orleans, Louisiana 70113 Sgt. Pruitt.

c. Any witness listed or called by any other party.

## B. EXHIBIT LIST

1. Joint Exhibits

| Number | Description | Bates Range |
|---|---|---|
| J1 | **Burmaster Body Worn Camera Footage** <br> *Filename: 18. (Clip_1.1)_1420_FELICITY_STREET-2 (Burmaster BWC)* | |
| J2 | **Roussel Body Worn Camera Footage** <br> *Filename: 43. Roussel BWC (Clip_1.1)_1420_Felicity_Street* | |
| J3 | **Photo of Apollo After Shooting** <br> *Filename: 28 (Old 25). LRR_0007 (1)* | |
| J4 | **NOPD Operations Manual Chapter 1.3** <br> *Filename: Chapter-1-3-Use-of-Force-Effective-4-1-2018* <br> *Revised: 04/01/2018* | JOINT 000001-10 |
| J5 | **NOPD Operations Manual Chapter 1.7.1** <br> *Filename: 32 (Old 22). Chapter-1-7-1-Conducted-Energy-Weapon-EFFECTIVE-12-6-20* | JOINT 000011-26 |
| J6 | **NOPD Operations Manual Chapter 41.10** <br> *Filename: 33. Uniform Policy* | JOINT 000027-30 |
| J7 | **NOPD Operations Manual Chapter 41.11** <br> *Filename: 34. Chapter-41-11-Body-Armor-EFFECTIVE-1-14-18* | JOINT 000031-33 |

2. Defendants' Exhibits

| Number | Description and Anticipated Witness | Bates Range |
|---|---|---|
| D1 | New Orleans Police Department, Education and Training Division, Training Action Plan (TAP), PTTR # Item D-13802-21, date 10-12-2020, Anticipated Witness(s): Duplantier, Burmaster. | City Defendants 002711 – 002714 or 3646-3650. |
| D2 | 9/11/2023 Interoffice Correspondence from Hans Ganthier to Michelle M. Woodfork, re: Disciplinary Mitigating Circumstances, FDI 2021-0238-R, Officer Derrick Burmaster <br> Anticipated Witness(s): Ganthier, Lubrano, Sanchez, Kirkpatrick. | City Defendants 5030-5037 |
| D3 | 9/28/2023 Interoffice Correspondence from Hans Ganthier to Anne E. | City Defendants 5029 |

|     |     |     |
| --- | --- | --- |
|     | Kirkpatrick, re Disciplinary Hearing Documents (Amended), Officer Derrick Burmaster 2021-0238-R<br>Anticipated Witness(s): Ganthier, Lubrano, Sanchez, Kirkpatrick. |     |
| D4  | 10/23/2023 letter from Anne Kirkpatrick to SPO Derrick Burmaster, re PIB Control Tracking Number: 2021-0238-R<br>Anticipated Witness(s): Burmaster, Kirkpatrick. | City Defendants 5076-5081 |
| D5  | Necropsy of Plaintiff's Dog<br>Anticipated Witness(s): Derrick Brown, Jim Crosby | Brown 000004-11 |
| D6  | LSU lab invoice<br>Anticipated Witness(s): Derrick Brown, Julie Brown | Brown 1272 |
| D7  | Derrick Burmaster short form<br>Anticipated Witness(s): Burmaster, Helou. | City Defendants 2018-2026 |
| D8  | Derrick Burmaster Employee Summary Report<br>Anticipated Witness(s): Burmaster, Helou. | City Defendants 3806-3847 |
| D9  | Derrick Burmaster PIB Employee Resume<br>Anticipated Witness(s): Burmaster, Helou | City Defendants 3666-3684 |
| D10 | Derrick Burmaster Officer Involved A.S.I Report | City Defendants 5118 |
| D11 | List of NOPD uses of force against animals since 2012 (City Defendants – 1790).<br>Anticipated Witness(s): Helou, Burmaster. | City Defendants 1790, 1791-2015, 003651-003665 |
| D12 | Records relating to I-16870-12 (2012 - Demond) Davis animal use of force)<br>Anticipated Witness(s): Helou. | City Defendants 001791-001792 |
| D13 | Records relating to ASI # 2015-02 (2015 – Ryan Morgan use of force on animal)<br>Anticipated Witness(s): Helou. | City Defendants 002209-002219 |
| D14 | Records relating to ASI # 2016-02 (2016 – Travis Stokes use of force on animal)<br>Helou. | City Defendants 001793-001804 |
| D15 | Records relating to ASI # 2016-04 (2016 – Nigel Daggs use of force on animal)<br>Helou. | City Defendants 001822-001852 |
| D16 | Records relating to ASI # 2018-03 (2018 Jerome D. Newsome use of force upon animal)<br>Anticipated Witness(s): Helou. | City Defendants 001853-001890 |
| D17 | Records relating to PIB Control Number FTN2020-0003 (2020 Gregory C. Rotton use of force upon an animal)<br>Anticipated Witness(s): Helou. | City Defendants 001891-001949, 1950-1974 |
| D18 | Officer Burmaster's training records.<br>Anticipated Witness(s): Duplantier, Helou, Barnes, Burmaster | City Defendants 003646-003650, 5119, 5242-5261 |
| D19 | May 2017 DTB – ASPCA content<br>Anticipated Witness(s): Duplantier, Barnes, Burmaster | City Defendants 5282-5286 |
| D20 | May 2017 DTB – content test<br>Anticipated Witness(s): Barnes, Burmaster | City Defendants 5306-5309 |
| D21 | May 2017 DTB – attendance roster / test results<br>Anticipated Witness(s): Barnes, Burmaster | City Defendants 5287-5305 |
| D22 | October 2019 DTB – The Problem of Dog-Related Incidents and Encounters.<br>Anticipated Witness(s): Barnes, Duplantier, Burmaster. | City Defendants 003625-003630 |

| | | |
|---|---|---|
| D23 | October 2019 DTB – attendance roster / test results<br>Anticipated Witness(es): Barnes, Burmaster | City Defendants 5115-5117 |
| D24 | October 2019 DTB – attendance roster / test results<br>Anticipated Witness(es): Barnes, Burmaster | City Defendants 5310-5344, 3631-3645 |
| | Any document listed or used as an exhibit by any other party.<br><br>Any document needed for impeachment, rebuttal or refreshing a witness' recollection. | |
| | | |
| | | |
| | | |
| | | |

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Derrick Burmaster and the City of New Orleans*

And

 */s/ C. Theodore Alpaugh, III*
**C. Theodore Alpaugh, III**, LSBA # 02430
Guste, Barnett, Schlesinger & Alpaugh, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113
(504) 529-4141 Office
(504) 561-0326 Facsimile
cta@gustebarnett.com E-mail
*Counsel for Derrick Burmaster*