UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 22-847** |
| | * | |
| **DERRICK BURMASTER, ET AL** | * | **SECTION L(4)** |

## ORDER

Considering the Motion to Re-Urge Plaintiffs' Motions in Limine filed by Derek Brown and Julia Barecki-Brown, R. Doc. 183;

**IT IS HEREBY ORDERED** that the motion is **DENIED** without prejudice. The Court agrees with the Defendants that Plaintiffs' motions in limine are premature and should not be considered until after the deadline for discovery and depositions has ended. At that time, Plaintiffs may re-raise their motion for the Court's consideration.

New Orleans, Louisiana, this 3rd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE