MINUTE ENTRY
FALLON, J.
APRIL 8, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-0847 |
| DERRICK BURMASTER, ET AL | SECTION: L (4) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Jennifer Limjuco for Dean Oser
Court Reporter: Alexis Vice

Appearances:   William B. Most, Esq., for Plaintiffs
Chester T. Alpaugh III, Esq., for Defendant Derrick Burmaster
James M. Roquemore, Esq., for Defendants Shaun Ferguson & New Orleans City

Hearing to Determine Conflict-Free Counsel

Defendant, Derrick Burmaster, confirmed understanding and waived any conflict that may arise from representation by the City Attorney.

A transcript of this hearing is to be sent to attorney to obtain Defendant Burmaster's signature. A signed copy of the transcript is to be returned to this Court as soon as possible.

The previously scheduled Status Conference was held in open court immediately following the hearing to determine conflict-free counsel.


JS10:00:14