**MINUTE ENTRY**
**FALLON, J.**
**APRIL 9, 2025**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN, ET AL** | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| **DERRICK BURMASTER, ET AL** | SECTION "L" (4) |

     A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. William Most participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. Chester Alpaugh, III participated on behalf of the Defendant Derrick Burmaster. James Roquemore participated on behalf of Defendants Shaun Ferguson and the City of New Orleans. The Court discussed with the parties the issue of Superintendent Anne Kirkpatrick's availability for trial as a witness in this matter and clarified that it will not continue the trial on this basis. Accordingly;

     **IT IS HEREBY ORDERED** that the parties take Superintendent Kirkpatrick's video deposition for perpetuation purposes to be introduced in lieu of testimony at the trial.

JS10 (00:05)