# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br><br> VERSUS <br><br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 <br><br> SECTION: L <br><br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## ORDER

**CONSIDERING** the Motion to Withdraw and Substitute Counsel of Record for Defendant Derrick Burmaster, R. Doc. 179;

**IT IS ORDERED** that the motion is **GRANTED**. C. Theodore Alpaugh (La. Bar No. 02430) is and shall be removed as counsel of record for Derrick Burmaster, and James M. Roquemore (La. Bar No. 40035), Corwin St. Raymond (La. Bar No. 31330) and Donesia D. Turner (La. Bar No. 23338) are enrolled as counsels of record for Derrick Burmaster.

New Orleans, Louisiana, this 14th day of April, 2025.

_____
United States District Judge