MINUTE ENTRY
FALLON, J.
APRIL 16, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN, ET AL** | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| **DERRICK BURMASTER, ET AL** | SECTION "L" (4) |

 A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. William Most participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. James Roquemore participated on behalf of Defendants Derrick Burmaster, Shaun Ferguson, and the City of New Orleans. The Court discussed with the parties an issue with scheduling remaining depositions, and counsel indicated they would file a joint motion to continue the deposition deadline date of April 30, 2025.

JS10 (00:04)