# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * * | HONORABLE ELDON E. FALLON |
| | * | DIVISION: 4 |
| | * * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, come the City of New Orleans (the "City") and Derrick Burmaster ("Defendants") who respectfully submit this Motion for Partial Summary Judgment (the "Motion"). In this Motion, Defendants seek judgment on the following claims asserted in Plaintiff's Second Amended Complaint (R. Doc. 60):

- Second Cause of Action – State Torts of Negligence and Negligent Infliction of Emotional Distress: the City and Officer Burmaster move for summary judgment on the claims asserted in the Second Amended Complaint, paragraph 90 (claim for negligent infliction of emotional distress).

- Third Cause of Action – Negligent Hiring, Training, Retention, and Supervision: the City moves for summary judgment on all claims asserted in the Second Amended Complaint, paragraphs 94 through 101.

- Sixth Cause of Action – *Monell* Liability; the City moves for summary judgment on all claims asserted in the Second Amended Complaint, paragraphs 113 through 137.

1

In support of this Motion, the Defendants submit the attached Memorandum and the following exhibits:

Exhibit 1 - Affidavit of Debra Pruitt

Exhibit 2 - Excerpts of transcript of deposition of John Helou

Exhibit 3 - New Orleans Police Department Operations Manual, Chapter 1.3, Use of Force, Rev. 2018

Exhibit 4 - Excerpts of transcript of Deposition of David Duplantier

Exhibit 5 - Excerpts of Deposition of Derrick Burmaster

Exhibit 6 - Excerpts of transcript of Deposition of David Barnes

Exhibit 7 – May 2017 Daily Training Bulletin ("DTB") notification

Exhibit 8 – May 2017 DTB test

Exhibit 9 – May 2017 DTB confirmations

Exhibit 10 – October 2019 DTB

Exhibit 11 – October 2019 DTB test

Exhibit 12 – October 2019 DTB confirmation

Exhibit 13 – October 27, 2023, letter from NOPD Sup. Anne Kirkpatrick to Officer Burmaster regarding final result of discipline charges relating to use of force (exoneration for charge of unlawful use of force)

Exhibit 14 - Excerpts of Deposition Transcript of Elizabeth Berk

Exhibit 15 - Excerpt of Transcript of Deposition of Derek Brown

Exhibit 16 - Excerpts of Deposition Transcript of Julia Barecki-Brown

Exhibit 17 - Report of NOPD animal shootings form 2012 to 2022

Exhibit 18 - Officer Burmaster's Employee Summary Report, (CITY DEFENDANTS 3806))

Exhibit 19 - Officer Involved A.S.I. Report (CITY DEFENDANTS 2016)

Exhibit 20 – 2012 NOPD Report regarding Officer Burmaster's prior dog shooting.

WHEREFORE, Defendants pray that this Motion be granted and the specified claims of the Plaintiffs be dismissed, with prejudice, and at Plaintiffs' costs.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Derrick Burmaster and the City of New Orleans*

3