UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## AFFIDAVIT OF SERGEANT DEBRA PRUITT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

DEBRA PRUITT

who after being duly sworn, did depose and say the following based upon personal knowledge and belief:

1. I am employed by the New Orleans Police Department ("NOPD") Public Integrity Bureau's ("PIB").

2. The PIB is responsible for the implementation of the disciplinary process within the NOPD, and receives public and internal initiated disciplinary complaints against NOPD officers, investigates such complaints, coordinates investigations with appropriate outside law enforcement agencies as needed, and makes recommendations regarding disposition of disciplinary charges to the NOPD Superintendent, who makes the final decision as to whether an officer's action violated NOPD policy.

3. The FIT team is the NOPD unit within PIB tasked with conducting investigations of certain uses of force by NOPD police officers.

4. I am familiar with Officer Derrick Burmaster, Officer Burmaster uses of force while a NOPD police officer, and NOPD's supervision, retention and discipline of Officer Burmaster.

5. Each of Officer Burmaster's uses of force from 2016 to April 9, 2021 was reviewed by the NOPD and was determined by the NOPD to have been a "justified" or "authorized" use of force.

6. Other than the instance relating to this lawsuit, none of Officer Burmaster's uses of force from 2016 to 2021 involved a discharge of a firearm.

7. Other than the instance relating to this lawsuit, none of Officer Burmaster's uses of force from 2016 to 2021, involved using force against an animal.

8. Exhibit A to this affidavit is NOPD's record of Officer Burmaster's discharges of his firearm. From 2000 to 2016, Officer Burmaster discharged a firearm three times. In 2007 and 2009, Officer Burmaster discharged his firearm at a human. In 2012, Officer Burmaster shot a dog. Officer Burmaster was not charged with violation of NOPD as a result of any of the incidents in 2007, 2009 or 2012 in which he discharged his firearm.

9. Exhibit B (CITY DEFENDANTS 1791-92) is NOPD's report of the incident in which Officer Burmaster shot a dog in 2012. This report states that Officer Burmaster was charged by two dogs in an aggressive manner; Officer Burmaster said "Get Back," and then discharged his firearm two times, killing one dog.

10. From 2000 to 2016, Officer Burmaster was investigated for possible violations of NOPD policy relating to use of force on seven occasions. None of these incidents involved

discharging a firearm. Each of these incidents was investigated by the NOPD and resulted in a disposition of "not sustained" or "exonerated."

_____
Sgt. Debra Pruitt


SWORN TO BEFORE ME ON THIS THE __22__ DAY OF April, 2025

_____    Michael Hughes
NOTARY PUBLIC                      #175396

CONFIDENTIAL

# OFFICER INVOLVED A.S.I. REPORT

| LAST NAME | FIRST NAME | ASI NUMBER | Date | TYPE SHOOTING | INJURY/FATALITY | OBJECT/HUMAN FIRED AT |
|---|---|---|---|---|---|---|
| **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** | | | | | | |
| BURMASTER | DERRICK | 2007-010 | 4/19/2007 | INTENTIONAL | NONE | HUMAN |
| Burmaster | Derrick | 2009-005 | 2/11/2009 | INTENTIONAL | UNKNOWN | human |
| Burmaster | Derrick | 2012-001 | 1/1/2012 | INTENTIONAL | NONE | DOG |

Tuesday, August 3, 2021

Page 1 of 1

CITY DEFENDANTS - 002016



EXHIBIT
Pruitt Aff
Ex A

CONFIDENTIAL

Page: 1

**Firearm discharge**     **PIB Control Number: ASI2012-0001**     Received: Jan 01, 2012 17:35

Item Number:

**Classification/Sub-classification: Weapon(s) Discharge / Intentional On-Duty - Hit**

**Officers / employees involved:**

   SENIOR POLICE OFFICER Derrick Burmaster [00961/012743]

      Officer / employee current info:

      Bureau: FOB - Field Operations Bureau
      District / Division: 6th District
      Division Assignment: Reassignment/LTD

      Snapshot - Officer / employee information at time of incident:

      Windows Username: 012743
      Bureau: Field Operations Bureau
      District / Division: Districts
      Division Assignment: 5th District
      Unit Assignment: Patrol
      Working Status: Regular Working
      Shift Hours: Between 3pm-11pm
      Rank/title: POLICE OFFICER 4
      Age: 33   Years of employment: 11   Years with unit:
      Off duty: No   Off duty employed: No

**Officer / employee witnesses:**

   SENIOR POLICE OFFICER Oscar A Ortiz [01836/008144]

      Officer / employee current info:

      Bureau: MSB - Management Services Bureau
      District / Division: ADD
      Division Assignment: Extended Sick

   POLICE TECHNICAL SPECIALIST II Veronica G Manuel [/013096]

      Officer / employee current info:

      Bureau: ISB - Investigative Services Bureau
      District / Division: CE & CL
      Division Assignment: Evidence

**Witnesses:**

   Veronica Manuel

      Linked address(s):
      Citizen address:
      Home Address:


Pruitt Aff. Ex B

CONFIDENTIAL

Page: 2

Linked phone(s):
Work phone:
home telephone:

## Summary:

Officer Burmaster was investigating an incident of aggravated criminal damage to property. He requested the assistance of a Crime Lab. Technician Manuel arrived to process the scene. She observed two dogs and informed Officer Burmaster she was afraid. Officer Burmaster went to the yard of the residence to request that the owner of the dogs secure them. Officer Burmaster was charged by the dogs in an aggressive manner. Officer Burmaster feared great bodily harm and discharged his firearm two times at the dog, striking him and killing him.

Officer Ortiz was inside the residence and did not observe the shooting, but heard Officer Burmaster saying, "Get Back" before hearing the gunshots.

Technician Manuel observed Officer Burmaster walk toward the yard and a few seconds later she heard two gunshots from the direction of the yard. Manuel did not observe the incident.

The owner of the dog did not observe the incident.

## When/where:

Date/time occurred: Jan 01 2012  17:35

Incident Location: 1418 St. Ferdinand Street  New Orleans La 70117  Precinct: 5th District
County: Orleans Parish

## Status/assignment information:

Status: Active

Opened: 01/01/2012  Assigned: 01/01/2012  Due:  Completed:

Disposition:

Unit assigned: PIB OIS
Handled at field/unit level: No
Investigator assigned: POLICE SERGEANT Leroy Joseph Smith
Supervisor assigned: POLICE LIEUTENANT LaSalle Rattler
Source of information: NOPD Employee
Extension Due Date:

## Organizational component(s):

Bureau: No Longer Employed
District / Division: Districts
Division Assignment: 5th District
Unit Assignment: Patrol
Working Status: Regular Working
Shift Hours: Between 3pm-11pm

Entered by: POLICE SERGEANT Andre Leblanc on Mar 05, 2012 at 10:43