# In the Matter of:

*Derek Brown and Julia Barecki-Brown*

*vs.*

*Derrick Burmaster, Shawn Fergusan, and the City of New Orleans*

## Officer Derrick Burmaster

March 10, 2023

**HIGHLY SENSITIVE PROTECTED MATERIAL**

```
         UNITED STATES DISTRICT COURT

         EASTERN DISTRICT OF LOUISIANA
```

DEREK BROWN and JULIA        Civil Action No.
BARECKI-BROWN               22-847

VERSUS                       SECTION: L

DERRICK BURMASTER,           HONORABLE ELDON E.
SHAWN FERGUSAN,              FALON
and the CITY OF
NEW ORLEANS     DIVISION: 4

                             HONORABLE KAREN WELLS
                             ROBY

* * * * * * * * * * * * * * * * * * *

HIGHLY SENSITIVE PROTECTED MATERIAL

Videotaped deposition of OFFICER DERRICK P. BURMASTER, 505 North Sibley, Metairie, Louisiana 70003, taken at the CITY ATTORNEY'S OFFICE, located at 1300 Perdido Street, 5E03, New Orleans, Louisiana 70112, commencing at 9:58 A.M., on Friday, the 10th day of March, 2023.

APPEARANCES:

  JONES WALKER
  (By: Tarak Anada, Esquire)
  201 St. Charles Avenue
  51st Floor
  New Orleans, Louisiana  70170

        - AND -

```
 1   APPEARANCES (continued):
 2
     MOST & ASSOCIATES
 3   (By:  William Most, Esquire)
     201 St. Charles Avenue
 4   Suite 114 PMB 101
     New Orleans, Louisiana  70170
 5      (Attorneys for the Plaintiffs,
         Derek Brown and Julia Barecki-Brown)
 6
 7   GUSTE, BARNETT, SCHLESINGER, HENDERSON
     & ALPAUGH, L.L.P.
 8   (By:  C. Theodore Alpaugh, III, Esquire)
     639 Loyola Avenue
 9   Suite 2130
     New Orleans, Louisiana  70113
10      (Attorneys for the Defendant,
         Officer Derrick P. Burmaster)
11
12   CITY OF NEW ORLEANS
     (By:  James Roquemore, Esquire)
13   1300 Perdido Street
     5E03
14   New Orleans, Louisiana
        (Attorneys for the Defendants,
15       City of New Orleans and Shaun
         Ferguson)
16
17
18   ALSO PRESENT:
19
     Derek Brown
20
     Tammy Hupin, Videographer
21
22
     REPORTED BY:
23
24   KATHY ELLSWORTH SHAW, CCR, RPR
     Certified Court Reporter
25   (No. 049519)
```

Officer Derrick Burmaster
March 10, 2023

Page 3

```
 1              E X A M I N A T I O N   I N D E X
 2
 3                                                      PAGE
 4
 5   EXAMINATION BY MR. MOST.........................6
             RE-EXAMINATION.......................263
 6
 7   EXAMINATION BY MR. ROQUEMORE.................251
 8
 9                 E X H I B I T   I N D E X
10
     EXHIBIT NO. 2.................................197
11
     EXHIBIT NO. 3.................................200
12
     EXHIBIT NO. 6.................................201
13
     EXHIBIT NO. 7.................................205
14
     EXHIBIT NO. 9.................................114
15
     EXHIBIT NO. 19................................192
16
     EXHIBIT NO. 23B...............................147
17
     EXHIBIT NO. 24.................................28
18
     EXHIBIT NO. 28................................117
19
     EXHIBIT NO. 30................................221
20
     EXHIBIT NO. 47................................182
21
22   SEALED TESTIMONY
23
     PAGE 236 LINE 14 THROUGH PAGE 238 LINE 16
24
25                  *     *     *     *     *
```

Officer Derrick Burmaster
March 10, 2023

Page 4

```
 1              S T I P U L A T I O N
 2          It is stipulated and agreed by
 3   and among counsel for the parties hereto that
 4   the deposition of the aforementioned witness is
 5   hereby being taken under the Federal Rules of
 6   Civil Procedure, for all purposes, in
 7   accordance with law;
 8          That the formalities of reading and
 9   signing are specifically waived.
10          That the formalities of filing, sealing,
11   and certification are specifically waived;
12          That all objections, save those
13   as to the form of the question and the
14   responsiveness of the answer, are hereby
15   reserved until such time as this
16   deposition, or any part thereof, may be
17   used or sought to be used in evidence.
18          *       *       *       *       *
19          KATHY ELLSWORTH SHAW, certified
20   Court Reporter, State of Louisiana,
21   officiated in administering the oath to
22   the witness.
23
24
25
```

```
 1   no risk to Roussell or anyone else either from
 2   your rounds being fired or from ricochet?
 3        A.   I had -- It was a downward -- I
 4   fired downward.
 5        Q.   Okay. Right. Because from what you
 6   described earlier, the dog was about 18 inches
 7   from you and so you pointed down to shoot at
 8   it?
 9        A.   Yeah. That's where the dog was.
10        Q.   Okay.
11        A.   I believe it was one handed, too.
12   It wasn't --
13        Q.   Okay. Do you have a cat? Have you
14   ever had a cat?
15        A.   I do.
16        Q.   You currently have a cat? Do you
17   know roughly what your cat weighs?
18        A.   Probably ten pounds.
19        Q.   Okay. Have you ever seen a cat
20   that -- that weighs about 20 pounds?
21        A.   I don't know how much -- I don't
22   know how much cats weigh.
23        Q.   Okay.
24        A.   So I'm -- I'm sure I have.
25        Q.   In terms of your training about
```

```
1    animals -- In terms of your NOPD training about
2    encountering animals on the job, do you recall
3    being trained about encountering animals on the
4    job during academy?
5         A.   Yeah.
6         Q.   Do you recall the content of that
7    training?
8         A.   From the academy?
9         Q.   Uh-huh (indicating affirmatively).
10        A.   Oh, we were instructed to forget all
11   training from that era.
12        Q.   Okay.  And you -- What other
13   training have you received since that era about
14   interacting with animals on the job?
15        A.   Be safe.
16        Q.   Uh-huh (indicating affirmatively).
17             Let me -- Maybe I can be a little
18   more specific.
19        MR. MOST:
20             Mark this as --
21        THE WITNESS:
22             We had a guy, Beau Gast, years ago.
23        Beau Gast was his name.  He did the
24        training.
25        MR. ALPAUGH:
```

```
 1   in their persons, places, and things -- The
 2   right of a person to be secure in their
 3   persons, places, and things against
 4   unreasonable search and seizure shall not be
 5   violated unless by probable cause.
 6        Q.   And you understand that that can
 7   apply to a dog as a thing?
 8        A.   Yes.
 9        Q.   Okay.  Had -- Were you given any
10   training by NOPD about how to follow the Fourth
11   Amendment as regards people's animals?
12        A.   Yeah, we probably discussed that.
13        Q.   Okay.  In the context of the -- the
14   document we looked at earlier?
15        MR. ALPAUGH:
16             Which document?
17        MR. MOST:
18             Yeah.
19   EXAMINATION BY MR. MOST:
20        Q.   The -- The training -- The training
21   document that we looked at earlier?
22        A.   Yeah, this (indicating).
23        Q.   Okay.  But you don't recall anything
24   else?
25        A.   (No response.)
```