**From:** PolicyandPlanning <PolicyandReview@nola.gov>
**Sent:** Thursday, April 27, 2017 3:14 PM
**To:** NopdAll <NOPDALL@nola.gov>
**Subject:** May 2017 DTB Special Instructions
**Importance:** High

All,

The May 2017 DTB's have been posted in the Power DMS system.  Please read the attached instructions on how to complete the DTB's as you must go to an outside website for instructional videos.

Respectfully,

New Orleans Police Department

Policy Standards Section

Office: 504-658-5210

CITY DEFENDANTS - 5282

# May 2017 Daily Training Bulletin Instructions

1. Follow the address below to the ASPCA Login Site and create an account. This takes about three minutes to complete and your username will be your first name followed by a period and then your last name (e.g. John.Doe)



CITY DEFENDANTS - 5283

2. Next click on the "Catalog" button.



3. Once inside the catalog, click on the "launch" button for the "Officer Safety – Dog Bite Prevention" course.



4. Next, watch the three video lessons under the "Officer Safety – Dog Bite Prevention" section by clicking on the "launch" buttons next to each subject.



5. Next, log into the Power DMS system and take the May 2017 DTB's as normal. It is suggested you take notes while watching the videos.