Test Preview forPrinted by Kevin Seuzeneau

Question #1
True/False

You are likely to encounter dogs in at least 1 of 4 residential locations. Most of these dogs are protective, but not vicious or dangerous.

○ True
○ False

Question #2
Multiple Choice

Some dogs are vicious or dangerous as result of:

○ Training
○ Abuse
○ Neglect
○ All the above

Question #3
True/False

By learning why dogs show aggression, and how they communicate their intention to bite, officers can become skilled at "reading" an encounter and selecting an appropriate response that is appropriate without needlessly endangering themselves, other people, or animals.

○ True
○ False

Question #4
True/False

Dogs are not protective of their territory, possessions and people they regard as members of their "pack." They will not attempt to defend someone who is being restrained and may be protective of someone injured or unconscious.

○ True
○ False

Question #5
True/False

Dogs show aggression if they are frightened and feel that attack is the only way to protect themselves from imminent harm. Given time to calm down, many such animals will become easier to control.

○ True
○ False

Question #6
True/False

CITY DEFENDANTS - 5306

A friendly, well-socialized animal will not bite if injured. Injured dogs need not be muzzled before being examined, handled or moved. Leashes or belts can be used as an emergency muzzle.

○ True
○ False

Question #7
True/False

The truly dangerous dog is not inherently aggressive or have been trained to be aggressive. Owner behavior will not alert you of the need for caution. The best course of action is to not require the owner to secure, restrain or handle their own dog.

○ True
○ False

Question #8
Multiple Choice
Some factors inherent in the dog and others are the result of how it has been raised, trained, socialized and supervised. The behavior of the person encountering a dog will affect the outcome of an encounter. Contributing factors include:

○ Biological factors
○ Socialization
○ Training
○ Victim behavior
○ All of the above

Question #9
True/False

The nature of the dog will play a role in determining whether it is more likely to bite. Unneutered dogs account for the majority serious and fatal attacks.

○ True
○ False

Question #10
True/False

The practice of cropping ears and docking tails of fighting dogs makes it much easier to assess the dogs' mood or intention.

○ True
○ False

Question #11
True/False

How dogs are socialized and trained will have a major influence on the risk they might present. Many dogs involved in fatal or severe attacks are chained at the time. Chaining is usually a sign of poor socialization to

CITY DEFENDANTS - 5307

people and other dogs.

○ True
○ False

Question #12
True/False

How you read and respond to a dog's behavior is often the least important factor in determining whether a dog will attack or withdraw.

○ True
○ False

Question #13
True/False

Dogs communicate a "bite intention" by exposing teeth, particularly their upper canines. They may also snap, again demonstrating their willingness to use their teeth. Often the mouth appears "puckered" while displaying bared teeth.

○ True
○ False

Question #14
True/False

Making direct eye contact is a sign of a challenge or threat to dogs. Avoiding eye contact is a sign of submission or desire to avoid conflict. Many dogs will interpret a stare as a threat or challenge. You may or may not want to present a threat depending on the circumstances such as the dog's willingness to back down.

○ True
○ False

Question #15
True/False

Widely dilated pupils are a sign of high arousal, either threat or fear, and can indicate a dog that is strongly motivated to fight or flee. Other face and body signs will indicate the choice the dog is likely to make.

○ True
○ False

Question #16
True/False

A dog's body language follows the same principles as facial expression. Fearful or submissive animals show defensive body postures designed to protect vulnerable areas and make them appear small or harmless. Aggressive postures are the opposite, making the animal appear large and is not afraid of exposing tail, ears etc. to possible harm. They also convey an intent to charge.

CITY DEFENDANTS - 5308

○ True

○ False

Question #17
True/False

In general dogs make low, raspy sounds as a way of sending the message "stay away." This includes growling and barking. High pitched sounds, such as whining, yelping and high pitched barks indicate a desire for closer contact, help, food, or attention.

○ True

○ False

Question #18
Multiple Choice
A good bite prevention tool is:

○ Effective

○ Safe and humane

○ Easily deployed

○ Familiar to user and acceptable or defensible to the public

○ All of the above

Question #19
True/False

If you are bitten avoid the impulse to pull away. If the dog has bitten your hand, move into the bite, forcing your hand into his mouth, his instinct will be to release.

○ True

○ False

Question #20
True/False

If you are knocked down, curl into a ball with your hands locked behind your neck and arms protecting your neck and throat and lie still. Most dogs rapidly lose interest if you stop moving.

○ True

○ False

This report has been generated using PowerDMS™

CITY DEFENDANTS - 5309