OCTOBER 2019 DTB'S

1      S.A.R.A., Scanning, Analysis, Response and Assessment, is a problem solving model to assist in Identifying and Resolving problems

**T** or F

2      Almost all dogs will try to bluff or threaten before resorting to actual contact.

**T** or F

3      How an officer reads and responds to a dog's behavior is often not the most important factor in determining whether a dog will bite, attack, or withdraw.

T or **F**

4      It is not equally important to assess the dog's environment.

T or **F**

5      Many dogs, like people, can be territorial.

**T** or F

6      Officers shall be vigilant for:

- Signs, posters, or window stickers that alert people to the presence of a dog
- Food or water bowls in the yard
- Dog toys or bones
- Worn trails along the fence line
- Chains or tie-outs
- Dog waste
- Barking, whining, or growling

**ALL OF THE ABOVE**

7.     Before doing a careful assessment of the environment, an officer should assess the risk.

**T** or F

8.     First, scan the surroundings for escape routes, and look for barriers that can be used for protection in case escalation.

T or **F**

CITY DEFENDANTS - 5115

9. Second, give attention to the behavior of the dog(s) and the situation

    T or **F**

10. Dogs are extremely adept at reading human body language

    **T** or F

11. Dogs respond to us by communicating through their own body postures, facial expressions, and vocalizations.

    **T** or F

12. Staring at the dog's face is encouraged, as this will not create an eye contact challenge

    T or **F**

13. Shooting the dog: Shooting a dog should always be the option of last resort.

    **T** or F

14. If a responding officer shoots at a dog, however, other harms can result, including bystanders and other officers being shot by friendly fire.

    **T** or F

15. When an officer kills or injures a dog that is not a serious threat, other significant harms can result.

    **T** or F

16. When an officer kills or injures a dog that is not a serious threat, such incidents often do serious damage to community trust and the department is opened to potential lawsuits and other legal action

    **T** or F

17. Officers are not authorized to use firearms to stop an animal in circumstances in which the animal reasonably appears to pose an imminent threat to human safety and alternative methods are not reasonably available or would likely be ineffective.

    T or **F**

18. The officer must not be cognizant of the surroundings when shooting at an animal and ensure there is no risk to people in the area.

    T or **F**

19. Under circumstances in which officers have sufficient advance notice that a potentially dangerous animal may be encountered, officers should develop reasonable contingency plans for dealing with the animal (e.g., fire extinguisher, CEW, animal control officer).

    **T** or F

20. Nothing in this Chapter (1.3 – Use of Force) shall prohibit any officer from shooting a dangerous animal if circumstances reasonably dictate that a contingency plan has failed or becomes impractical.

    **T** or F