```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and          *   CIVIL ACTION
     JULIA BARECKI-BROWN      *
 4                            *   DOCKET NUMBER: 22-00847
     VERSUS                   *
 5                            *   SECTION: L
     DERRICK BURMASTER,       *
 6   SHAUN FERGUSON, and      *   HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS  *
 7                            *   DIVISION:  4
                              *
 8                            *   HONORABLE KAREN WELLS ROBY

 9   ************************************************

10

11      Deposition of DEREK BROWN, taken via Zoom with

12   the witness located in New Orleans, Louisiana, on

13   Wednesday, the 19th day of December 2022, beginning

14                       at 9:00 a.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002

25
```

New Orleans 504.522.2101                                North Shore 985.206.9303
Toll Free 800.526.8720         SerpasCourtReporting.com    Baton Rouge 225.332.3040

New Orleans 504.522.2101                                North Shore 985.206.9303
Toll Free 800.526.8720         SerpasCourtReporting.com    Baton Rouge 225.332.3040

```
 1                    APPEARANCES:
 2   FOR THE PLAINTIFF (S):   DEREK BROWN and JULIA
 3   BARECKI-BROWN
 4        TARAK ANADA, ESQUIRE
 5        JONES WALKER, LLP
 6        201 ST. CHARLES AVENUE
 7        NEW ORLEANS, LOUISIANA 70170-5100
 8        PHONE:  (504) 582-8322
 9        EMAIL:  tanada@joneswalker.com
10   FOR THE DEFENDANT (S):   SHAUN FERGUSON and the CITY
11   OF NEW ORLEANS
12        JAMES M. ROQUEMORE, ESQUIRE
13        ASSISTANT CITY ATTORNEY
14        1300 PERDIDO STREET, SUITE 5E03
15        NEW ORLEANS, LOUISIANA 70112
16        PHONE:  504-658-9800
17        EMAIL:  james.roquemore@nola.gov
18   FOR THE DEFENDANT (S):   DERRICK BURMASTER
19        C. THEODORE ALPAUGH III, ESQUIRE
20        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
21        639 LOYOLA AVE STE 2130
22        NEW ORLEANS, LA 70113-3157
23        PHONE:  (504) 529-4141
24        EMAIL:  cta@gustebarnett.com
25   ALSO PRESENT:   JULIA BARECKI-BROWN
```

```
 1                    S T I P U L A T I O N
 2              It is hereby stipulated by and between
 3      counsel of record for the parties hereto that the
 4      oral deposition of DEREK BROWN, is hereby taken
 5      pursuant to notice and in accordance with the
 6      Louisiana Code of Civil Procedure, and for all uses
 7      and purposes thereby provided, via Zoom at New
 8      Orleans, Louisiana, on December 19, 2022, commencing
 9      at or about 9:29 a.m.
10              `That all formalities in connection with the
11      taking of the deposition are hereby waived with the
12      exception of the swearing of the witness and
13      reduction of the questions and answers to typewritten
14      form, and the right of the witness to read and sign
15      the completed transcript of testimony was WAIVED;
16              That all objections, save those as to the
17      form of the questions and the responsiveness of the
18      answer, are hereby reserved until such time as this
19      deposition, or any part thereof, may be used or
20      sought to be used in evidence, such objections as
21      might have been made had the testimony been given in
22      open court.
23              That Jill Cox, CVR, CCR, officiated in
24      administering the oath to the above-named witness.
25
```

DEREK BROWN on 12/19/2022

New Orleans 504.522.2101                                North Shore 985.206.9303
Toll Free 800.526.8720      SerpasCourtReporting.com    Baton Rouge 225.332.3040

New Orleans 504.522.2101                                North Shore 985.206.9303
Toll Free 800.526.8720      SerpasCourtReporting.com    Baton Rouge 225.332.3040

DEREK BROWN on 12/19/2022

INDEX

|   |   | PAGE |
|---|---|---|
| Stipulations | | 3 |
| Reporter's Page | | 71 |
| Reporter's Certificate | | 72 |

EXAMINATIONS

| Examination By Mr. Roquemore | 5 |
| Examination By Mr. Anada | 68 |

EXHIBITS (NOT PROVIDED TO COURT REPORTER)

| Exhibit 1. | Notice of Deposition | 9 |
| Exhibit 2. | Adoption form | 30 |
| Exhibit 3. | Photos | 36 |
| Exhibit 4. | Report of vet autopsy | 40 |
| Exhibit 5. | Psych evaluation | 51 |

1   significance, but when it comes to emotional it was
2   traumatic.  Physically, I didn't -- I wasn't injured
3   by that.
4        Q.   Did it affect you physically at all?
5        A.   Well, I couldn't sleep for sure.  Like, it
6   certainly impacted my ability to get a good night's
7   sleep.  Being productive to feel healthy, physically
8   and emotionally.
9        Q.   Tell me about in your own words how it has
10  affected you mentally?
11       A.   Well, it created massive amounts of
12  anxiety for me, massive amounts of depression.  I
13  had a lot of anger and rage over it.  It has
14  impacted my day-to-day life, my ability to do my
15  job, my overall happiness.
16       Q.   How has it affected your day-to-day life
17  tell me about that?
18       A.   Well, it's -- you know, when you're
19  dwelling on something, when you're stressed about
20  something it affects your ability to concentrate and
21  focus.  When you are distracted and obsessing over
22  something it affects your ability to do the things
23  that you normally do.
24       Q.   Did you seek any mental health,
25  professional help for these issues?

```
 1       A.   Yeah.  I sought out the services of a
 2   psychiatrist for a psychiatric evaluation and a
 3   friend of ours is a licensed clinical social worker.
 4       Q.   The evaluation, is that the evaluation
 5   from Elizabeth Burke?
 6       A.   Yes.
 7       Q.   Tell me about any other?
 8            MR. ANADA:  Object to form.  Go
 9            ahead.
10       A.   No.  Not formally.  I called my healthcare
11   provider, I was attempting to get services and we
12   did like some things over the phone.
13   BY MR. ROQUEMORE:
14       Q.   Tell me about the therapy that you have
15   had and by whom?
16       A.   Social or a licensed clinical social
17   worker was referred to me by Doctor Elizabeth Burke.
18   And I had an initial consultation with her, five
19   months ago, maybe six months ago was the initial
20   consultation and then had biweekly sessions with her
21   for the most part since.  I did schedule, shuffle
22   our schedules here and there, but a biweekly
23   telephonic one on one sessions.
24       Q.   Two times a week by telephone?
25       A.   Every other week.
```

```
 1      Q.   For six months?
 2      A.   Yes, five or six months.
 3      Q.   Are you continuing to do that?
 4      A.   Yes.
 5      Q.   When is your next session scheduled?
 6      A.   Not tomorrow, but this Tuesday coming up.
 7   Holiday contingent.
 8      Q.   Tell me what kind of progress you have
 9   made as a result of these sessions?
10           MR. ANADA:  Object to form.  Go
11           ahead.
12      A.   Primarily me talking or listening and then
13   coming up with tools and strategies to deal with
14   PTSD.  We talk about what's working what's not.  But
15   mostly it's just me talking about the challenges
16   that I'm having and trying to overcome them.
17      Q.   Have you made any progress as a result of
18   the therapy sessions?
19           MR. ANADA:  Object to form.  Go
20           ahead.
21      A.   I would say they have been helpful.  I
22   think I have made progress for, I mean, I'm doing
23   better now than I was two months after the shooting.
24   BY MR. ROQUEMORE:
25      Q.   Are you taking any medications as a result
```