JULIA BARECKI-BROWN on 12/19/2022

```
 1                UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and          *   CIVIL ACTION
     JULIA BARECKI-BROWN      *
 4                            *   DOCKET NUMBER: 22-00847
     VERSUS                   *
 5                            *   SECTION: L
     DERRICK BURMASTER,       *
 6   SHAUN FERGUSON, and      *   HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS  *
 7                            *   DIVISION: 4
                              *
 8                            *   HONORABLE KAREN WELLS ROBY

 9   **********************************************

10

11        Deposition of JULIA BARECKI-BROWN, taken via

12      Zoom with the witness located in New Orleans,

13    Louisiana, on Wednesday, the 19th day of December

14               2022, beginning at 1:00 p.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002
```

25 New Orleans 504.522.2101                    North Shore 985.206.9303
   Toll Free 800.526.8720    SerpasCourtReporting.com   Baton Rouge 225.332.3040

New Orleans 504.522.2101                       North Shore 985.206.9303
Toll Free 800.526.8720      SerpasCourtReporting.com   Baton Rouge 225.332.3040

```
 1                    APPEARANCES:
 2   FOR THE PLAINTIFF (S):   DEREK BROWN and JULIA
 3   BARECKI-BROWN
 4        TARAK ANADA, ESQUIRE
 5        JONES WALKER, LLP
 6        201 ST. CHARLES AVENUE
 7        NEW ORLEANS, LOUISIANA 70170-5100
 8        PHONE:   (504) 582-8322
 9        EMAIL:   tanada@joneswalker.com
10   FOR THE DEFENDANT (S):   SHAUN FERGUSON and the CITY
11   OF NEW ORLEANS
12        JAMES M. ROQUEMORE, ESQUIRE
13        ASSISTANT CITY ATTORNEY
14        1300 PERDIDO STREET, SUITE 5E03
15        NEW ORLEANS, LOUISIANA 70112
16        PHONE:   504-658-9800
17        EMAIL:   james.roquemore@nola.gov
18   FOR THE DEFENDANT (S):   DERRICK BURMASTER
19        C. THEODORE ALPAUGH III, ESQUIRE
20        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
21        639 LOYOLA AVE STE 2130
22        NEW ORLEANS, LA 70113-3157
23        PHONE:   (504) 529-4141
24        EMAIL:   cta@gustebarnett.com
25   ALSO PRESENT:   DEREK BROWN
```

```
 1                  S T I P U L A T I O N
 2              It is hereby stipulated by and between
 3    counsel of record for the parties hereto that the
 4    oral deposition of JULIA BARECKI-BROWN, is hereby
 5    taken pursuant to notice and in accordance with the
 6    Louisiana Code of Civil Procedure, and for all uses
 7    and purposes thereby provided, via Zoom at New
 8    Orleans, Louisiana, on December 19, 2022, commencing
 9    at or about 11:42 a.m.
10              That all formalities in connection with the
11    taking of the deposition are hereby waived with the
12    exception of the swearing of the witness and
13    reduction of the questions and answers to typewritten
14    form, and the right of the witness to read and sign
15    the completed transcript of testimony was WAIVED;
16              That all objections, save those as to the
17    form of the questions and the responsiveness of the
18    answer, are hereby reserved until such time as this
19    deposition, or any part thereof, may be used or
20    sought to be used in evidence, such objections as
21    might have been made had the testimony been given in
22    open court.
23              That Jill Cox, CVR, CCR, officiated in
24    administering the oath to the above-named witness.
25
```

JULIA BARECKI-BROWN on 12/19/2022

INDEX

| | PAGE |
|---|---|
| Stipulations | 3 |
| Reporter's Page | 43 |
| Reporter's Certificate | 44 |

EXAMINATIONS

| | |
|---|---|
| Examination By Mr. Roquemore | 5 |
| Examination By Mr. Anada | 30 |
| Re-Examination By Mr. Roquemore | 35 |
| Examination By Mr. Alpaugh | 37 |
| Re-Examination By Mr. Anada | 39 |

EXHIBITS (NOT PROVIDED TO COURT REPORTER)

| | |
|---|---|
| Exhibit 6.  Psych evaluation of Ms. Barecki | 33 |

New Orleans 504.522.2101    SerpasCourtReporting.com    North Shore 985.206.9303
Toll Free 800.526.8720                                   Baton Rouge 225.332.3040

New Orleans 504.522.2101    SerpasCourtReporting.com    North Shore 985.206.9303
Toll Free 800.526.8720                                   Baton Rouge 225.332.3040

```
 1      Q.   As a result of this incident have you been
 2   prescribed any medication?
 3      A.   No.
 4      Q.   As a result of the mental trauma that you
 5   have had, you have been receiving counseling
 6   thought; is that true or not true?
 7      A.   Not formal.
 8      Q.   Tell me what you have been receiving or
 9   what you have had?
10      A.   I have consulted with some social workers
11   and a physician.
12      Q.   Social workers that you have consulted
13   with as a result of this incident, who are they?
14      A.   Do you want names?
15      Q.   Yes.
16      A.   Jenelle Slobof.
17      Q.   How do you spell that name?
18      A.   S-L-O-B-O-F-F.
19      Q.   Ms. Slobof is affiliated with what
20   organization?
21      A.   She is self-employed.
22      Q.   And what was Ms. Slobof doing for you?
23      A.   She is someone who I am friends with, and
24   made some suggestions.
25      Q.   So this was an informal?
```

```
 1      A.   Informal.
 2      Q.   So you have met with her on how many
 3 occasions?
 4      A.   She is somewhat I am friends with.  She
 5 was immediate support afterwards.
 6      Q.   Who else besides Ms. Slobof?
 7      A.   Another friend Linda Flynn.
 8      Q.   Flynn, F-L-Y-N-N.?
 9      A.   Yes.
10      Q.   Is that another social worker?
11      A.   Yes.
12      Q.   She is self-employed also?
13      A.   Yes.
14      Q.   She is a friend that you consulted with,
15 right?
16      A.   Yes.
17      Q.   Did either of those make any documentation
18 of your therapy or any kind of consultation or
19 diagnosis?
20      A.   No.
21      Q.   Did you pay them any money?
22      A.   No.
23      Q.   Okay.  Anybody else that you have received
24 any kind of counseling from as a result of this
25 incident?
```