| PIB Control Numb | Occurred date | Firearm di | First name | Last name | |
|---|---|---|---|---|---|
| | 08/29/2012 | Animal | Demond | Davis | 31434 |
| | | Animal | | | 43027 |
| ASI # 2015-02 | 01/25/2015 | Animal | Ryan | Morgan | 33237 |
| ASI # 2015-03 | 04/28/2015 | Animal | Bruce | Adams | 25740 |
| ASI # 2016-02 | 04/09/2016 | Animal | Travis | Stokes | 25724 |
| ASI # 2016-04 | 07/30/2016 | Animal | Nigel | Daggs | 27644 |
| ASI # 2018-03 | 08/08/2018 | Animal | Jerome | Newsome | 38435 |
| ASI # 2018-03 | 08/08/2018 | Animal | Emilio | Aleman | 38435 |
| ASI # 2021-03 | 04/10/2021 | Animal | Derrick | Burmaster | 43016 |
| ASI2012-0001 | 01/01/2012 | Animal | Derrick | Burmaster | 8444 |
| ETN2020-0003 | 01/03/2020 | Animal | Gregory | Rotton | 39703 |

Number of records displayed: 11
Report created on Jul 13, 2022 at: 12:44 by: POLICE LIEUTENANT John Helou

CITY DEFENDANTS - 001790

EXHIBIT
31