CONFIDENTIAL

# OFFICER INVOLVED A.S.I. REPORT

| LAST NAME | FIRST NAME | ASI NUMBER | Date | TYPE SHOOTING | INJURY/FATALITY | OBJECT/HUMAN FIRED AT |
|---|---|---|---|---|---|---|
| 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 | | | | | | |
| BURMASTER | DERRICK | 2007-010 | 4/19/2007 | INTENTIONAL | NONE | HUMAN |
| Burmaster | Derrick | 2009-005 | 2/11/2009 | INTENTIONAL | UNKNOWN | human |
| Burmaster | Derrick | 2012-001 | 1/1/2012 | INTENTIONAL | NONE | DOG |

Tuesday, August 3, 2021

Page 1 of 1