UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 |
| VERSUS | * <br> * | <br> SECTION: L |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * | <br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*******************************************************************************

## DEFENDANTS' SECOND MOTION *IN LIMINE* TO EXCLUDE OPINION OF JAMES W. CROSBY

Defendants, Derrick Burmaster and the City of New Orleans ("Defendants") respectfully request the Court to issue an order precluding James W. Crosby, M.S., Plaintiffs' expert, from testifying subjects contained in his expert report, topics 4 and 17. In particular, the Defendants seek a ruling precluding the following testimony:

1. That James W. Crosby will not be permitted to testify that Officer Burmaster's conduct on April 10, 2021, in shooting Plaintiffs' dog was "reckless" or "unreasonable" or "excessive."

2. That James W. Crosby will not be permitted to testify as to any matter touching upon Opinion 17 of his expert report, in which he provided an opinion that the disciplinary history of Officer Burmaster should have resulted in Officer Burmaster's termination from service with the New Orleans Police Department, and that the New Orleans Police Department wrongly retained Officer Burmaster before and after the incident on April 10, 2021.

As is more fully explained in the attached memorandum the question of whether a police officer's conduct was "reasonable" or "excessive" under the Fourth Amendment are questions of law and Mr. Crosby's opinion on such subjects would invade the province of the jury. With respect to matters touching on the New Orleans Police Department's supervision and retention of Officer

1

Burmaster, Mr. Crosby failed to support his opinion and lacks sufficient expertise to provide a helpful opinion. Mr. Crosby's proposed testimony on these subjects is therefore neither relevant nor reliable and should be excluded pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993) and *Kumho Tire Company v. Carmichael*, 526 U.S. 137, 119 S.Ct. 1167, 143 L.Ed.2d 238 (1999).

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
james.roquemore@nola.gov
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Shaun Ferguson and the City of New Orleans*