UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## NOTICE OF SUBMISSION

The submission date for this motion is May 7, 2025.

        Respectfully submitted:

        */s/ James M. Roquemore*
        **JAMES M. ROQUEMORE, LSB #40035**
        ASSISTANT CITY ATTORNEY
        james.roquemore@nola.gov
        **CORWIN ST. RAYMOND, LSB #31330**
        CHIEF DEPUTY CITY ATTORNEY
        **DONESIA D. TURNER, LSB #23338**
        CITY ATTORNEY
        1300 PERDIDO STREET, SUITE 5E03
        NEW ORLEANS, LOUISIANA 70112
        TEL: (504) 658-9800
        FACSIMILE: (504) 658-9868

        *Counsel for Derrick Burmaster and the*
        *City of New Orleans*