# James W. Crosby M.S. CBCC-KA

*Jacksonville FL USA *
canineaggression@gmail.com

James W. Crosby is a Certified Behavior Consultant, a recognized expert in canine behavior, dog bites and attacks, and shelter management and operations. He is a retired Police Lieutenant from Jacksonville, Florida, and former Animal Control Division Manager in Bay County, Florida. He has combined his police experience and his animal specific experience to train Animal Control and Police agencies on animal issues, including dangerous dog cases and criminal cruelty investigations. Mr. Crosby has taught the Florida Animal Control Certification curriculum and, as Director for Canine Encounters for the National Law Enforcement Center on Animal Abuse, has developed a nation-wide curriculum for Police and Law Enforcement regarding the proper use of force in canine encounters. He is a regular consultant and expert witness regarding legal cases in local, State, and US Federal Courts.

Mr. Crosby has earned a Master of Science Degree in Veterinary Medical Science, specializing in Veterinary Forensics, from the College of Veterinary Medicine at the University of Florida. Mr. Crosby is currently a fully accepted active Candidate for the degree of Doctor of Philosophy from the University of Florida, Graduate School, College of Veterinary Medicine, in Veterinary Medical Science. Mr. Crosby is currently writing his Doctoral Dissertation.

Mr. Crosby actively served under contract as the Division Management Consultant for the City of Jacksonville Animal Care and Protective Services from March 2016 until December 31, 2016. Mr. Crosby re-entered contract service with the City of Jacksonville effective March 2017, and continues to provide expert consulting to the Animal Care and Protective Services Department.

Mr. Crosby has trained Animal Control and Police Officers across the US, in Canada, Italy, and Australia, and spent the summers of 2013 and 2014 in England training and working with the London Metropolitan Police. In 2013 Mr. Crosby trained police, behaviorists, and shelter personnel, while also assisting in the evaluation of five dogs that killed a grandmother in her home. While in England in 2014 he assisted the West Mercia Police investigating and preparing prosecution in a near fatal dog attack. Mr. Crosby has also cooperated with the RSPCA, advising and assisting with animal investigation issues. In 2016 Mr. Crosby conducted three days of basic and advanced behavior seminars in Warsaw, Poland. In 2017 Mr. Crosby assisted the Government of the Australian Capital Territory and the Australian Federal Police in the on-scene investigation of a human fatality by dog attack.

Mr. Crosby has extensive experience in animal crime investigation and teaches crime scene and other investigative procedures to Law Enforcement and Animal Control agencies. He has substantial training and experience in the investigation of animal fighting cases and has extensive experience in the evaluation and rehabilitation of former fighting dogs. He has conducted many behavioral evaluations on former fighting dogs, aggressive and dangerous dogs, and those with mild to severe dog-dog reactivity. Mr. Crosby consulted with the U.S. Marshalls' Service, the U.S. Attorney's Office and the Department of Homeland Security on an international dogfighting case in the Caribbean.

In 2017 Mr. Crosby spent over two weeks in the province of Ontario, Canada, evaluating a group of seized fighting dogs for the Ontario Society for Prevention of Cruelty to Animals and Dog Tales Animal Sanctuary. Because of those evaluations, over 30 dogs were transferred to a facility in Florida for behavioral rehabilitation, a first for Ontario. Mr. Crosby assisted Law Enforcement in a dogfighting case in Polk County, GA wherein 107 dogs were seized. His expert testimony led to conviction, and the suspect was sentenced to 50 years, the longest such sentence in the United States to date.

1



Mr. Crosby has extensive court experience, both as a prosecution expert and a defense expert in dog related cases. Mr. Crosby has been accepted in many local and municipal courts, multiple State Circuit courts, and multiple Federal District courts as an expert witness.

Mr. Crosby is the Working Group Chair for Police Dog Encounter Training for the National Coalition on Violence Against Animals and is the subject matter expert on Police Dog Encounters and dog behavior for the National Sheriffs' Association. Mr. Crosby is Director, Canine Encounter Training, for the National Law Enforcement Center on Animal Abuse. Mr. Crosby has been elected to serve on the Board of Directors of the Certification Council for Professional Dog Trainers, the only professionally accredited certification organization for dog training professionals in the U.S.

**Director, Canine Encounter Training, National Law Enforcement Center on Animal Abuse.**
**Current**

Duties include development and implementation of a national curriculum for Law Enforcement Canine Encounters, presentation of the training to Law Enforcement command and staff, and informing Law Enforcement and governmental agencies of the need for a consistent response by working Law Enforcement to canine encounters. The program stresses safety of Officers, animals, and the public. Serve as a subject matter expert for collaborative efforts to develop commercial training products to be included in widely used police Law Enforcement use of force training, including virtual simulations.

**Subject Matter Expert for the National Sheriffs' Association on Canine Issues, Canine Aggression, and Canine interaction with police officers and agency.**
**2013 to present**

**Division Management Consultant, Animal Care and Protective Services, City of Jacksonville, Florida.**                                                 **March 21, 2016 – 31 December 2016.**

Duties included overall operation and management of the agency, including Shelter Operations, Adoptions and Placement, Behavior and Outreach Services, and Investigation and Enforcement activities. Enforcement activities include municipal Code violations, civil enforcement of State Statutes, and criminal cases that include animal cruelty, abuse, and animal fighting. Current duties include providing expert consulting for the Animal Care and Protective Services Division on the City of Jacksonville on an as-needed basis.

**Professional Dog Trainer/Behavior Consultant/Expert in Dog Aggression and Dog Related Fatalities, Jacksonville, FL**                                                 **1999 - Present**
Certified Behavior Consultant-Canine-Knowledge Assessed. Work with dog owners on behavior and aggression issues in pet dogs.  Act as Consultant to owners, Veterinarians and Animal Control agencies on various matters such as training and obedience.  Train dogs for obedience, hunting and tracking.  Expert witness in cases of dog bite, dog attack, and dog related fatalities. Consulting on dog aggression and dangerous dog cases in US, UK, Canada and India.  Expert evaluation of dangerous and potentially dangerous dogs for civil, criminal, and other cases. Consultant to Bahamas Humane Society, Nassau, The Bahamas. Board of Consultants, National Dog Trainers' Federation (Australia).

**Bay County Animal Control, Division Manager, Panama City, FL**                                **2008-2010**
Daily oversight of all Animal Control Operations for Bay County and contracted municipalities within Bay County. Lead investigator for all criminal cruelty cases.  Issued findings regarding Dangerous Dogs as defined by local Ordinance Codes and Florida Statutes.  Prepared and presented court cases for Dangerous Dog Hearings and appeals.  Interfaced with local Law Enforcement agencies on criminal cases and otherwise assisted Law Enforcement with animal related issues.

**Jacksonville Sheriff's Office, Police Officer/Sergeant/Lieutenant, Jacksonville, FL**        **1977-1999**
1977-1987, Police Officer, Patrol Division
1987-1993, Police Sergeant, Patrol Division

1993-1999, Police Lieutenant and Midnight Watch Commander, Zone 4, Patrol Division

Conducted daily police patrol duties; investigated violations of local ordinances and State Statutes; responded to emergency calls; supervised Patrol Squad (as Sergeant), served as Patrol Watch Commander (Lieutenant), including performing employee evaluations and training, investigating complaints on employees, counseling employees, overseeing day-to-day operations and coordinating and scheduling training, administering discipline and serving on disciplinary boards. Ensured employee compliance with Departmental Regulations and guided employee action within the Mission Statement of the Jacksonville Sheriff's Office; responded to and directed critical incident responses. Extensive experience and training in securing and controlling crime scenes, collection of evidence, evidence submission procedures, and evaluating crime scenes for investigative purposes.

## EDUCATION:

Bachelor of Science Degree, Charter Oak State College (Psychology)
Master's Degree in Veterinary Medical Science, specializing in Veterinary Forensics from the Graduate School, College of Veterinary Medicine, University of Florida.
Accepted candidate, PhD program, University of Florida College of Veterinary Medicine/Graduate School.

## PROFESSIONAL ORGANIZATIONS:

Associate Member, American Academy of Forensic Sciences (2018-current)
Charter Member, International Veterinary Forensic Science Association
Board of Directors, Council for Certification of Professional Dog Trainers (current)
Member, National Sheriffs' Association
Member, President's Committee on Animal Abuse, National Sheriffs' Association
Member, National Animal Care and Control Association
Member, Training Advisory Committee, National Animal Control Association
Member, International Association of Animal Behavior Consultants
Member, Animal Behavior Society
Professional Member, Association of Pet Dog Trainers (APDT)
Professional Member, Animal Behavior Management Alliance
Member, Florida Association for Behavior Analysis
Working Groups Chair, Police Dog Encounter Training section, National Coalition Against Violence Against Animals.
Board of Directors, Florida Animal Control Association (2008-2010)
Chairman, Board of Directors, Gertrude Maxwell Save-a-Pet Direct Service Organization (Dept. of Agriculture, State of Florida, 2008-2012)
Member, Curly-Coated Retriever Club of America
President, Curly-Coated Retriever Club of America, 2000-2006
Former professional member, Professional Retriever Trainers' Association

## CERTIFICATIONS AND TRAINING:

Certified Behavior Consultant Canine-Knowledge Assessed (2011-current)
Certified Animal Control Officer (Florida)
Certified Euthanasia Technician (Florida)
Certified Pet Dog Trainer (2005-2008)
American Kennel Club Canine Good Citizen Evaluator # 15403 (current)
American Kennel Club Temperament Testing Evaluator #107364 (current)
Clandestine Graves Investigation, University of Florida Veterinary Forensics (Oct 2008)
Bite Marks Investigation, University of Florida Veterinary Forensics, (Sept. 2008)
"Applied Forensic Behavior Analysis", University of Florida College of Veterinary Medicine, Masters' Degree Program in Veterinary Forensics.
"Animal Cruelty and Interpersonal Violence", University of Florida College of Veterinary Medicine, Masters' Degree Program in Veterinary Forensics.
"Animal Crime Scenes", University of Florida College of Veterinary Medicine, Master's Degree Program in Veterinary Forensics

"Veterinary Forensic Pathology", University of Florida College of Veterinary Medicine, Master's Degree Program in Veterinary Forensics

"Veterinary Forensic Medicine", University of Florida College of Veterinary Medicine, Master's Degree Program in Veterinary Forensics

"Forensic Veterinary Osteology", University of Florida College of Veterinary Medicine, Master's Degree Program in Veterinary Forensics

"Skeletal Trauma Analysis", University of Florida College of Veterinary Medicine, Master's Degree Program in Veterinary Forensics

"Forensic Entomology", University of Florida College of Veterinary Medicine, Master's Degree Program in Veterinary Forensics

"Shelter Animal Behavior and Welfare", University of Florida College of Veterinary Medicine, Doctoral Program in Veterinary Medical Science

"Veterinary Radiology and Imaging", University of Florida College of Veterinary Medicine, Doctoral Program in Veterinary Medical Science

"Pathology in Practice-Advanced Forensic Pathology and Necropsy", University of Florida College of Veterinary Medicine, Doctoral Program in Veterinary Medical Science

Federal Emergency Management Agency certificate, Disaster Response/Animals in Disaster: Awareness and Preparedness, Community Planning

Federal Emergency Management Agency certificate, Livestock in Disasters

Federal Emergency Management Agency certificate, Emergency Program Manager

Federal Emergency Management Agency certificate, Disaster Mitigation

HSUS, Dog Bite Prevention for Law Enforcement

Certificate, HSUS "Evaluating your shelter".

Certificate, Advanced Obedience Instructor

Certificate, "Behavior Evaluation", Puppyworks/Sue Sternberg

Certificate, "Muzzling Dangerous Dogs-Is Canine Profiling Effective", PetSmart Charities/ASPCA

American Temperament Testing Society

"Psychological Aspects of Maltreatment of Animals", ASPCA (April 2012)

**Publications:**

Public Service announcements broadcast on WKGC Radio, Panama City, Florida, as part of a recurring program giving pet advice from 2008 through 2009.

Master's Thesis Research (Publication August 2016) "The Use of Specific Evidence in the Investigation of Human Dog Bite Related Fatalities".

Chapter "Investigation of Human Dog Bite Related Fatalities" in Dog Bites: A Multidisciplinary Approach, Carri Westgarth PhD and Daniel Mills, PhD, editors, The University of Lincoln Press, Lincoln, Lincolnshire, England, 2017.

Chapter "Anatomy and Morphology of Dog Bites", in Dog Bites: A Multidisciplinary Approach, Carri Westgarth PhD and Daniel Mills, PhD, editors, The University of Lincoln Press, Lincoln, Lincolnshire, England, 2017.

Blog "Canine Aggression Blog", canineaggression.blogspot.com

Crosby, James W., and Chelsea Rider. 2017. *Changing the Narrative: Improving Law Enforcement and Dog Encounters to Reduce Lethal Incidents and Improve Community Relations with Pet Owners: Literature Review.* Washington, DC: Office of Community Oriented Policing Services.

 "Law Enforcement Dog Encounters Training", a full instruction course on safe interactions between police officers and domestic dogs, supported by the National Sheriffs' Association and the National Law Enforcement Center on Animal Abuse and currently under review for approval by the Department of Justice-Office of Community Oriented Policing Services (COPS).

"Dangerous Dog Investigations" in Humane Animal Control: Effective Enforcement, Shelter Management, Local Government Support and Community Engagement, Best Friends Animal Society Publications, Kanab, Utah, 2018.

**COURT CASES JAMES W. CROSBY HAS TESTIFIED IN OR PROVIDED EXPERT OPINION IN DURING THE PAST FOUR (4) YEARS:**

2014

Criscuolo v. City of Moses Lake (case sent for trial by appeals court)                Washington
    Federal          Plaintiff Police Shooting

Gonzalez v. City of Pico Rivera            California          Federal          Plaintiff          Police Shooting

Russel and Hope Lane v. The City of Round Rock, Texas and the Round Rock Police DepartmentTexas
    Federal          Plaintiff          Police Shooting

Hinkley v. H.M. Montgomery and H.M. Montgomery Trucking        Virginia Circuit          Plaintiff          Dog Bite

2015

Branson v. The City of Commerce City, Colorado          Colorado          Federal          Plaintiff
    Police Shooting

Moore v. The City of Erie, Colorado          Colorado          Federal          Plaintiff          Police Shooting

Fisher v. Adams County, Colorado                Colorado          Federal          Plaintiff
    Police Shooting

Rochelle Goodsell v. American Family Mutual Insurance          Washington     Circuit          Plaintiff Dog Bite

2016

R v McGarrity & Dickson [2016] North Tyneside MC, (unreported)  UK Magistrates' Court          Defendant
    Dog bite

Bradley Ray Beck Jr. vs Ryan Smith, Spokane County Sheriff's Department et al. Washington          Federal
    Plaintiff          Police Shooting

State of Florida v. Javon Dade    Florida              Circuit (criminal)          Defendant      Fatal dog attack

Faibvre v. Murphy (LA).                  Louisiana      Circuit          Plaintiff Dog bite

Jessica Marquez v. Officer Michael Robinson (Pleasant Hill, CA PD)          California          Federal
    Plaintiff Police Shooting

Bryan and Katherine Thomas v. Ric Bradshaw as Sheriff of Palm Beach County, FL
    Florida          Federal          Plaintiff Police Shooting

2017

Bonnie Lee v. Kern County Probation Department          California          Federal          Plaintiff Police
Shooting

Steven Cunningham v. United Parcel Service, et al.          Alabama          Circuit  Plaintiff Dog Bite

Ian Anderson v. City of San Diego          California          Federal          Plaintiff          Police Shooting

Almendarez v. the City of Hollywood (FL) et al.    Florida            Federal            Plaintiff Police Shooting

Ksenia Benz v. Andrew Kaupert et al.        Maryland        Circuit            Defendant        Dog Bite

2018

Walker v. North Las Vegas Police Dept.            Nevada        Federal            Plaintiff            Police
Shooting.

Wheeler v. City Of Henderson Police Department            Nevada        Federal        Plaintiff
      Police Shooting

Paul Szvoren and Vianna Stewart v. Ohana Animal Rescue and Maricopa County, Maricopa County Animal
Care    Arizona        Superior        Plaintiff        Dog Bite

Aliado v. Souza and Souza        Hawai'i Circuit        Plaintiff        Fatal dog attack

State of Colorado v. John Doe at large subject (Fremont County Sheriff's Office    Colorado        Superior
      Criminal Homicide

2019

Bradshaw v. Moreton Bay Regional Council [2018] QCATA 140    Queensland, Australia    Queensland Civil and
Administrative Tribunal  Dog Bite

Villalpando v. Don Bell D/B/A Pencils ETC., et al            Texas    Civil/County    Plaintiff            Dog Attack

James v. Maricopa County Animal Services        Arizona        Federal        Defendant        Dog Bite

Travis County Texas v. Hector Luis Guzman            Texas    Circuit        Plaintiff    (State    Prosecutor)
      Criminal Deadly Conduct-Dangerous Dog

State of Texas v. Peter Scott Lucas        Texas    Circuit        Defendant (Public Defender)    Negligent
Homicide

City of Aurora v. Tracy Prim        Colorado        Municipal        Defendant        Dangerous Dog

Zorich v. Zavorka and St. Louis County Police    Missouri        Federal        Plaintiff        Police
shooting

Medieros v. Albert Duperre, Chief of Police of the City of Fall River            Massachusetts
      District Court            Plaintiff Dangerous Dog

Azurdia v. City of New York Police Department    New York        Federal        Plaintiff        Police
Shooting

Wilk v. the City of Concord Animal Services    New York        Municipal        Defendant        Dangerous
Dog

McAfee v. Town of Marlborough Massachusetts        Massachusetts        County        Defendant
      Dangerous Dog

Barbara Schneider, as custodian of the estate of Klonda Richey, v. Mark Kumpf, Montgomery Animal Service
Center        Ohio        Federal        Plaintiff        Fatal Dog Attack

6

Alvarez v. City of Philadelphia Animal Care and Control Team     Pennsylvania    Circuit   Defendant         Dog Bite

2020

| | | | | |
|---|---|---|---|---|
| Jensen v. Douglas County, Colorado | Colorado | County | Defendant | Dangerous Dog |
| McAfee v Douglas County, Colorado | Colorado | County | Defendant | Dangerous Dog |
| State of Georgia vs. Samuel Brown and Angel Brown Dog Attack (Criminal Homicide) | Georgia | Circuit | Prosecution | Fatal |
| Karen May v. The Town of Abington, MA Dangerous Dog | Massachusetts | Municipal | Defense | |
| Meer, Meer, and Meer v. County of Erie, Erie County Sheriffs' Office et.al. Plaintiff Police Shooting | New York | Circuit | | |
| Friedel vs. Park Place Community Eviction | Florida | Circuit | Defendant | Dangerous Dog/Civil |
| Boring v. City of Worthington, Dubuque Regional Humane Society | Iowa | District | Cruelty | |
| Vaseleros-Stevenson v. Calvert County, Maryland Police Shooting | Maryland | Federal | Plaintiff | |
| Marie v. Aldritch and Deryckx | Washington | Superior | Plaintiff | Dog bite. |
| Ressler v. Heisel | Florida | Circuit | Plaintiff | Dangerous Dog/Dog Bite |
| Paradise Island Property vs. George | | Circuit | Plaintiff | Dangerous Dog/Civil Eviction |

These cases include cases in which I have appeared both for and against the owners of dogs.


**Summary, selected consulting, 2012-present:**

2020: Presenter, International Association of Animal Behavior Consultants, "Aggression and Dog Bite Investigations".

2020: Presentation, Animal Behavior Society, "Efficacy of the use of the "fake dog" in evaluating dog-dog aggression."

2020: Consult on scene with Crawford County GA Sheriff's Office on dog bite related homicide investigation.

2019: Presenter, National Animal Care and Control Association 2019 Conference, Orlando, FL.

2019: Hurricane response, Bahamas Humane Society, Nassau, Bahamas (Hurricane Dorian).

2019: Shelter Review and Assessment, Desert Haven Animal Society, Pahrump, NV.

2019: Dangerous Dog Evaluation, Chicago Animal Control Department, Chicago, IL

2019: Presenter, 2019 Annual Conference, International Association of Animal Behavior Consultants, Houston, Texas.

2019: On site consult with Bahamas Humane Society, Nassau, Bahamas, regarding training staff, oversight, and shelter improvements.

2019: Consult with and provide training regarding aggressive dogs and investigations, Philadelphia Animal Care and Control, Philadelphia, PA.

2019:Instructor, LEDET, Converse County Sheriff's Office, Converse County, WY.

2018: Appointed to President's Committee on Animal Abuse, National Sheriffs' Association, Washington, DC.

2018: On scene investigation, Police shooting, Henderson, NV re: Wheeler v. City of N. Las Vegas and City of Henderson Police.

2018: Instructor, LEDET, Regional Police Academy, Nye County Sheriff's Office, Nye County, NV.

2018: Instructor, Law Enforcement Dog Encounters Training (LEDET), Las Vegas Metro Police Civil and Constable Division, Las Vegas, Nevada.
2018: Presenter, "Use of Force and Police/Dog Encounters", Animal Prosecution Summit, Baltimore, MD.
2018: Presenter, "Use of Force, Dogs and Police", Association of Prosecuting Attorneys Animal Abuse Prosecution Conference, Louisville, KY.
2018: Speaker, Canine Encounter Training, International Association of Chiefs of Police, 2018 Conference, Orlando, FL.
2018: Speaker, Animal Law Conference, State of Georgia Bar Association, Atlanta, GA.
2018: On site response, dog bite related fatality, Jacksonville, FL.
2018: On site consultation, Homicide Investigation, Fremont County (CO) Sheriff's Office.
2018: Chair, expert panel advising Division of Animal Services, Australian Capital Territory (Canberra, Australia) regarding Animal Services policy and procedure including dog attacks, Dangerous Dogs, dog bite investigations, community outreach, and legislative policies.
2018: Featured speaker, Georgia Animal Control Association 2018 Conference.
2017: Presenter, Association of Prosecuting Attorneys, Portland, OR, "Police Use of Force in Dog Encounters".
2017: Assist on scene Australian Federal Police in Canberra, Australian Capital Territory, Australia, on a human fatality and serious injury to a second victim by dog attack.
2017: Presenter and keynote speaker, three days of seminars on canine aggression, animal cruelty investigation, and fatal dog attack investigation in Melbourne, Victoria, Australia for the Australian Institute of Animal Management.
2017: Presenter, "Anatomy of Fatal Dog Attacks", Colorado Animal Welfare Conference, Black Hawk, Colorado.
2017: Assist Polk County (GA) Police and Animal Control on scene, Cedartown, GA, regarding dog fighting seizure of 109 dogs, evaluation and processing of dogs.
2017: Presenter, "Police Officers and Canine Encounters: Changing the Narrative", National Sheriffs' Association 2017 Conference, Reno, NV.
2017: Evaluated 44 fighting dogs from three different criminal dogfighting cases, various locations in the Province of Ontario, Canada, for the Ontario Society for the Prevention of Cruelty to Animals and Dog Tales Animal Sanctuary, King City, Ontario, Canada.
2017: Presenter, Georgia Society for Prevention of Cruelty to Animals, "Canine Aggression" and "Handling Aggressive Dogs", Atlanta, GA.
2017: Presenter, "Investigation of Fatal and Serious Dog Attacks", Atlanta, GA, CEU Credit of 6 hours granted by the Georgia Bar Association and the Georgia Commission on Police Standards and Training.
2017: Presenter, Florida Animal Control Association Conference, "Dangerous Dog Law" and "Investigation of Fatal Dog Attacks", Orlando, FL.
2017: Co-Chair, working group "Police and Dog Encounters", National Coalition on Violence Against Animals.
2016: Hurricane Response and Animal Issues oversight, Hurricane Matthew, Jacksonville, FL.
2016: Assist Law Enforcement on life threatening dog attack on child, Putnam County, FL.
2016: On scene investigation of human fatality, Jacksonville, FL.
2016: Presenter. Participant and keynote speaker at the Department of Justice Community Oriented Policing Service Summit on Law Enforcement Use of Force Against Animals, Washington DC.
2016: Consulting with Federal Law Enforcement on multi-national dog fighting investigation and arrest (open investigation, location confidential until trial).
2016: Presented basic and advanced seminars, Canine Aggression and Dangerous Dogs, Warsaw, Poland.
2015: Presenter, National Coalition on Violence Against Animals, National Sheriff's Association Winter 2016 Conference, "Use of Force Against Companion Animals by Police-Legal Concerns and Investigations", Washington, DC.
2015: Presenter, Association of Prosecuting Attorneys National Animal Law Prosecution Conference, "Use of Force by Police on Companion Animals by Police", Pittsburg, PA
2015: On scene response, The Bahamas (southern islands of Longs Island, Acklins Island, San Salvador, Crooked Island), animal conditions and recovery plans, Hurricane Joaquin
2015: Emergency response, Putnam County (FL) Animal Services, regarding evaluation of fifty-four (54) severely neglected and behaviorally challenged Chow dogs: evaluate and assess all 54 dogs, guide rescue efforts, interact with Rescue groups. Handle and assist in the Veterinary examination and spay or neuter of all 54 dogs.
2015: Presenter, Georgia Bar Association Conference on Animal Law and Legislation, Atlanta, GA.
2015: Training consultant, First Coast No More Homeless Pets, Jacksonville, FL on four (4) prison-based dog training programs for placement of shelter dogs.
2015 Presenter, Southeast Animal Control Association 2015 Conference, Atlanta, GA on "Dangerous and Aggressive Dogs".
2015: Present series of seminars on Dog Aggression for Veterinary Practice, Southern New Jersey, sponsored by NJ Aid for Animals.
2015: Present seminar, Cornell University, Utica, NY, Dog Aggression.

2015: Presenter, "Dangerous and Aggressive Dogs" Florida Animal Control Association yearly conference, Lake Buena Vista, FL

2015: Expert Consultant, development of California Commission on Peace Officer Standards and Training course on Officer Safety and Dog Encounters, CA POST, San Diego, California.

2015: Expert Participant, Roundtable on Use of force in Dog Encounters, National Sheriff's Association/National Coalition On Violence Against Animals, National Sheriff's Association Winter Conference, Washington DC

2014: On scene forensic investigation of police involved pet shooting in New York City.

2014: Present Law Enforcement Training Seminar, "Investigating Serious and Fatal Dog Attacks", Dayton Police Department and Montgomery County Animal Services, Dayton, Ohio

2014: On site investigations of police involved shootings in Round Rock, Texas and Canyon, Texas.

2014: On site investigation of police involved shooting of a dog in Charlotte, NC.

2014: Nassau, The Bahamas. On site (July 2014) at the Bahamas Humane Society addressing a nation-wide outbreak of Canine Distemper Virus. Coordinating assistance from the University of Florida Maddie's Fund Shelter Medicine Program regarding testing, tissue sampling, and disease containment. Guiding the Bahamas Veterinary Medical Association in establishing sanitary and containment protocols. Obtained assistance from Humane Society International, supplying 1000 doses of Canine Distemper Vaccine. Leading mass-vaccination mission in Nassau, expecting to expand mission to out islands of The Bahamas. Assisting epidemiology experts in Florida in trying to trace the origin of what may be a vaccine-resistant strain of CDV.

2014: Present seminar "Dog Bite Prevention", Folkestone, Kent, England.

2014: Present seminar, "Advanced Investigation of Dog Bite Fatalities", Wood Green Animal Sanctuary, Cambridgeshire, England.

2014: Assist West Mercia Police, Herefordshire, England in the investigation of a life-threatening dog attack, including participation in forensic necropsy with the Royal Veterinary College, Hawkshead, Hertfordshire, England.

2014: Expert Presenter "First National Bite Prevention Conference", RAF Odiham, Hampshire, England with Victoria Stilwell.

2014: Present series of seminars "Handling Aggressive Dogs", New Jersey and Pennsylvania, sponsored by New Jersey Aid for Animals.

2014: Present seminar "Handling Dangerous Dogs for Animal Care Professionals", Alfred State College, State University to New York (SUNY), Alfred, New York.

2014: Present advanced seminar for Law Enforcement, "Dangerous Dog Investigations for Law Enforcement", Alfred State College, State University to New York (SUNY), Alfred, New York.

2014: Expert Presenter "Aggressive Dogs", Georgia Regents' University Medical Center, Augusta, Georgia

2014: Expert witness for plaintiff, Criscuolo vs City of Moses Lake, WA, Federal District Court. Plaintiff alleged excessive use of force by police in shooting of dog. Jury trial found in favor of plaintiff.

2014: Expert report for plaintiff, Gonzalez vs City of Pico Rivera, Central District of California regarding use of force by police shooting dog. Settlement in favor of plaintiff.

2014: Presenter, "Dangerous Dogs and Dangerous Dog Law", Florida Animal Control Association yearly conference, Cocoa Beach, FL.

2014: Provide expert training for entire Department, Holly Hill Police Department, Holly Hill, FL regarding appropriate use of force and less-lethal use of force options in dog encounters.

2013: July 2 – current: Bahamas Humane Society, Nassau, The Bahamas. Consulting regarding restructuring of agency operations, policies, procedures. Training staff. Oversight of daily operations and shelter management. Interface with Government officials and departments regarding animal issues in the islands of The Bahamas. Conduct cruelty and neglect investigations and train/guide existing Inspectorate Officers regarding professional investigations. Guide physical facility improvements.

2013: Consult on alleged dog bite case regarding a Labrador mix named Phineas in Salem, Missouri. Prepare expert report for trial. Testify in Circuit Court as Expert.

2013: Present Dangerous and Aggressive Dog and Bite Investigation Training Seminar, Smerillo, Fermo, Italy, June 8 and 9, 2013

2013: Respond and investigate fatal dog attack, 2-year-old victim, Atlanta, GA.

2013: Expert Presenter, Miami Dog Bite Prevention Conference, April 26th, Miami, FL with Victoria Stilwell

2013: Expert Presenter, Miami FL, Law Enforcement Seminar, "Investigating Serious and Fatal Dog Attacks", April 25th

2013: Nassau, Bahamas, April 13-24th, 2013 consulting with the Bahamas Humane Society.

2013: Cambridgeshire, England, April 8 and 9, presented a two-day seminar on Dangerous Dogs, Dog Aggression, and Fatal Dog Bite Investigation for trainers, Behaviorists, Police and Dangerous Dog Officers.

2012: Consult and train with personnel of the Bahamas Humane Society, Nassau, The Bahamas

2012: Consult and assist in investigation of fatal dog attack on 83-year-old man with Leeds, Alabama P.D. in Leeds, Alabama.

2012: Present Law Enforcement training seminar at Jeff Davis Environmental Training Center, Hazelhurst, GA., regarding Investigation of Serious and Fatal Dog Attacks.

2012: Respond to and assist GBI and Seminole County (GA) S.O. on investigation of fatal attack on 4-year-old child, Donalsonville, GA.

2012: Consult on dog evaluation, Bloomfield, New Jersey

2012: On scene investigation and evaluation of dogs involved in human fatality, Philadelphia, PA.

2012: Expert Presenter of seminar for Law Enforcement Officers, "Investigating Fatal Dog Attacks", Springfield, Missouri

2012: Featured speaker, National Dog Bite Investigation, Treatment and Prevention Conference, Atlanta, GA

2012: On scene investigation and evaluation of involved dog, fatal attack on infant, McKeesport, PA.

# James W. Crosby MS CBCC-KA
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

## EXPERT FEE SCHEDULE

Fatal dog bite investigations, bite consultation, use of force review, dangerous dog, shelter audit and assistance: all cases are billed as follows:

Initial investigation, review of facts, consultations, and all other duties through the issuance of a final incident/investigation report, except for travel and lodging is at a flat rate of $5000.00, to be paid at a rate of $2500.00 at acceptance of the case and $2500.00 at case conclusion unless otherwise negotiated (usually for Government billing procedures).

Depositions for opposing counsel are billed at $200.00 per hour, three (3) hour minimum payment. Preparation for deposition is billed as two hours ($400.00) for a total minimum deposition fee of $1000.00. Payment for deposition by opposing counsel is expected within thirty (30) days of the deposition. Cancellation of deposition by opposing counsel with less than 48 hours' notice will be billed the two-hour preparation fee.

Air travel will be in standard (not Basic Economy or its equivalent) Coach or better class as agreed upon. Bag fees may apply as expenses, depending on airline. Separate seat upgrades are the responsibility of the expert and are not part of billed travel expenses.

Dangerous Dog evaluations, which include separate hands-on behavioral evaluation and report of observations and recommendations including video of the evaluation are $1000.00 per dog plus travel if needed.

Court testimony, if needed, is billed at $1,000.00 per day of testimony plus travel and lodging expenses. If desired by the client, one day pre-trial preparation, and any other days of observation and attendance at non-testimony days as an advisor to counsel will be billed at $500.00 per day.

Checks should be payable to Canine Aggression Consulting LLC.

Respectfully,

James W. Crosby
Jacksonville, FL

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

Tarak Anada, Esq
Jones, Walker LLP
201 St. Charles Ave.
51st Floor
New Orleans, LA 70170

10 February 2023

PRELIMINARY EXPERT REPORT

RE: DEREK BROWN and JULIA BARECKI-BROWN v.
DERRICK BURMASTER, SHAUN FERGUSON, and the
CITY OF NEW ORLEANS, Civil Action No. 22-00847

**NOTE: THIS REPORT IS PRELIMINARY. FURTHER DETAILED OPINIONS MAY
FOLLOW AS ADDITIONAL INFORMATION IS PRESENTED. EXPERT OPINIONS
ARE NOT LIMITED TO THE OPINIONS PRESENTED BELOW. I EXPLICITLY
RESERVE THE RIGHT TO AMEND, EXPAND, AMPLIFY OR CLARIFY THESE
OPINIONS IF MORE DATA IS PRESENTED AND AFTER FURTHER DETAILED
ANALYSIS.**

I have been retained to examine the circumstances surrounding the case of Brown v. Burmaster
wherein Officer Burmaster of the New Orleans Police Department Office shot and killed the pet
dog known as Apollo belonging to Derek Brown and Julia Barecki at their home located at 1420
Felicity Street, New Orleans, Louisiana on April 10th, 2021.

QUALIFICATIONS:

To summarize my qualifications regarding forming opinions about this case: I am a court-
recognized expert on dog behavior, dog aggression, and dog bite investigation in a variety of
municipalities, states, and in the United States District Court, based on my extensive experience
and training. I am a Certified Behavior Consultant-Canine-Knowledge Assessed. I have been
working with aggressive and dangerous dogs for over ten years. I actively provide training for
police departments and animal control agencies regarding dangerous dogs, dog aggression, use
of force in canine encounters and the investigation of serious and fatal dog attacks on human
victims. Agencies that I have instructed have included the Florida Animal Control Association,
the Alabama Animal Control Association, the National Animal Control Association, the Alberta
Animal Control and Bylaw Officers' Association, the London Metropolitan Police and their
Status Dog Unit, and other public and private conferences. I have directly investigated over 20
human fatalities by dogs with on-scene investigations, several of which have resulted in
successful criminal prosecution. When unable to respond personally I have consulted on
investigation of human fatalities in the United States, the United Kingdom, and India wherein I
have rendered opinions. As a result of these investigations, I have performed hands-on direct

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

behavioral evaluations of over forty (50) dogs that have killed human victims. My sworn reports and testimony have been accepted as expert materials in many states, US Federal District Courts, and in the Crown Court of the United Kingdom.

As to training received regarding animal behavior, I have attended many seminars and training sessions addressing canine behavior. These are listed in the attached CV and include, but are not limited to, advanced canine behavior training, obedience instructor training, dog behavior evaluation, Forensic Animal Behavior Analysis, Bite Prevention for Law Enforcement Officers, and course work taken through the University of Florida as part of my master's degree work and my doctoral level work and research as an accepted PhD candidate within the Graduate School of the College of Veterinary Medicine.

I received my master's degree in Veterinary Forensics from the College of Veterinary Medicine, the University of Florida in 2016. In fulfillment of that degree, I completed coursework in Forensic Animal Behavior Analysis, Interpersonal Violence and Animal Abuse, Veterinary Forensic Pathology, Veterinary Forensic Osteology, Animal Law, Scientific and Legal Principles of Evidence, and Forensic Crime Scene Analysis. I have taught canine behavior and assessing behavior problems and aggression across the United States, England, Italy, Poland and Canada. I am currently completing my Doctoral Degree in Veterinary Medical Science, specializing in Veterinary Forensics, at the College of Veterinary Medicine, the University of Florida, Gainesville, Florida, and anticipate being awarded said degree in May 2023 after defense of my submitted and accepted dissertation.

I am a Certified Animal Control Officer in the State of Florida and I served as the Animal Control Division Manager for Bay County, Florida, from February 2008 to September 2010. During my tenure at Bay County Animal Control my duties included daily shelter management, assuring the safe handling and humane treatment of animals in the care of Bay County Animal Control, investigating complaints of animal neglect and cruelty, overseeing and assisting in animal rescue and capture, response to calls to assist police in animal related calls, and performing investigations and making findings of fact regarding the declaration of Dangerous Dogs under Florida Statute.

I have taught portions of the Florida Animal Control Association curriculum for the certification of Animal Control Officers' including perception of threat and use of legal force in animal cases. I was a member of the Board of Directors of the Florida Animal Control Association and, as such, was privy to the discussions regarding establishment of Standards regarding the curriculum. I continue to provide training to members of the Florida Animal Control Association and other agencies. I am a Charter Member of the International Veterinary Forensic Science Association.

I have taught courses and provided training on techniques to safely and effectively interact with dogs encountered in the line of duty to law enforcement officers across the U.S., including to officers and deputies in Orleans Parish, Beauregard Parish, St. Tammany Parish, and East Baton Rouge Parish, Louisiana. Additionally, I hold a master's degree from the College of

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

Veterinary Medicine Graduate School at the University of Florida. In obtaining this degree, I have taken courses on canine behavior.

From 2016 to 2019, at the behest of the National Sheriffs' Association, I authored the police-dog encounter course "Law Enforcement Dog Encounters Training" (LEDET) that addresses dog behavior, officer safety, tactics, and best practice techniques about dog encounters. That publication (video, PowerPoint and Manual) was approved by the United Stated Department of Justice Office of Community Policing in 2019 and was made available at no cost to agencies. LEDET is still available and DOJ approved.

I served as a Police Officer with the Jacksonville Sheriff's Office from 1977 to 1999, performing twenty-two years of active service. During that period of time, I served as a Patrolman, a Sergeant, and a Lieutenant. My duties as a Patrolman included patrol duties, emergency response, and investigations.

As a Sergeant, my duties involved day to day on-scene supervision of call response, major calls and investigations, allegations of misconduct, critical incident response and accountability, and investigating complaints regarding use of force by my officers. Some of these investigations did result in administering or recommending disciplinary action against officers for violating Departmental guidelines and proper procedures for said use of force. I was also extensively trained in the use and regulations of less- and non-lethal force options, including various chemical deterrent materials. These included the use of MACE, CS and CN type tear gasses, and oleoresin capsicum spray, and foggers.

As a Lieutenant, my immediate span of control as a Watch Commander ranged up to four (4) Sergeants and forty (40) officers, plus officers in training, at any one time. I served on the Firearms Review Board for the Jacksonville Sheriff's Office, the designated Board that determined whether a discharge of firearms case was justified and reasonable under Florida Statute and Department guidelines. I have attached a CV to this report detailing my work experience.

As both a Sergeant and a Lieutenant I was trained and designated as a Field Training Officer Supervisor, and had day to day responsibility to oversee the training of new officers and new supervisors in Department procedures, job tasks, and supervisory issues including the use of force and investigating cases thereof.

I have directly witnessed the effectiveness of both a Conducted Electrical Weapon (Taser and similar manufacturers), and batons, both collapsible and single-piece, when used to deter a potentially charging or threatening dog(s). Specifically, in my decades-long career as a law enforcement officer and an animal control officer, I have personally observed non-lethal tools such as Tasers, OC Spray, tranquilizer darts and batons effectively used on canines by police officers and animal control officers on numerous occasions. Additionally, when I was working in the field as the Animal Control Division Manager for Bay County, Florida, I personally observed a Taser to be effective in stopping an over 200 lb. wild boar (feral pig) from charging a police

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

officer and myself.

LIST OF PUBLICATIONS AUTHORED BY JAMES W. CROSBY

Canine Aggression Blog-online at canineaggression.blogspot.com

Public Service announcements broadcast on WKGC Radio, Panama City, Florida, as part of a
recurring program giving pet advice from 2008 through 2009.

Multiple interviews on television, radio and Internet platforms regarding dog behavior,
aggression, and police use of force.

Numerous expert presentations and trainings presented to the Association of Prosecuting
Attorneys, the Georgia Institute for Continuing Legal Education, the Animal Behavior Society,
various police departments and Sheriffs' Offices, and other professional Law Enforcement and
Animal Control associations.

Chapters "Investigating Serious and Fatal Dog Attacks" and "Bite Mark Analysis and
Interpretation" for the book Dog Aggression, edited by Mills and Westgarth, published by the
University of Lincoln Press, Lincoln, Lincolnshire, England (2016).

"The Specific Use of Evidence in the Investigation of Dog Bite Related Human Fatalities",
submitted in partial fulfillment of the Degree of Master of Science, majoring in Veterinary
Forensics, to the University of Florida, 2016. Available through the University of Florida Library
and ProQuest Publishing online.

"Law Enforcement Dog Encounters Training" curriculum and manual, produced for and
approved by the US Department of Justice Community Policing Services division, and funded
and endorsed by the National Sheriffs' Association. Approved by the U.S. Department of Justice
Office of Community Policing and released by the National Sheriffs'
Association and the Department of Justice in 2019. This training is approved by the Department
of Justice, the National Sheriffs' Association, and the National Law Enforcement Center on
Animal Abuse.

"Dog Bite Related Fatalities: A Scientific Study", presented 6 February 2023 in partial fulfilment
of the requirements for the degree of Doctor of Philosophy, majoring in Veterinary Medical
Science - in press.

MATERIALS EXAMINED AND UTILIZED IN FORMING OPINIONS IN THIS REPORT:

1. Necropsy report dated 5/5/21 from the Louisiana Animal Disease Diagnostic
   Laboratory, Louisiana State University, regarding the dog Apollo.

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

2. Presentation titled "The Problem of Dog-Related Incidents and Encounters" provided in discovery.
3. The original publication (2011) "The Problem of Dog-Related Incidents and Encounters".
4. New Orleans Police Department policy Chapter 1.3 "Use of Force".
5. New Orleans Police Department policy Chapter 1.7.1 "Conducted Electrical Weapons".
6. Document "Department of Police Interoffice Correspondence" dated 07/29/21, labeled "Burmaster ESI-015" prepared by Detective Shannon Brewer.
7. Body-worn camera video from Officer Burmaster labeled 04/10/21.
8. Body-worn video from Officer Roussel labeled 04/10/21.
9. Various documents regarding past discipline and performance issues with Burmaster provided in discovery.

SUMMARY OF EVENTS:

According to allegations, reports, Body-Worn Camera videos and other documentation, on 10 April 2021, Officer Derrick Burmaster of the New Orleans Police Department shot and killed a pet dog belonging to plaintiffs Brown and Barecki while in the front yard at the Brown and Barecki home in the Garden District of New Orleans, Louisiana. Officer Burmaster and Officer John Roussel answered a service call regarding a possible disturbance at 1420 Felicity St., New Orleans, Louisiana. They approached the home on foot from across the street and then entered the front yard. The front yard at 1420 Felicity St. was fenced with wrought-iron type fencing and, when the officers approached, the gate was closed and secure.

The officers entered the yard and a dog barked. As soon as the dog began to bark Officer Roussel fled on foot out of the yard. Two dogs ran down the front stairs of the home, the larger one running in the direction of Officer Roussel. The second, much smaller dog, a small puppy, exited the stairs and went generally and briefly toward Burmaster's position. Officer Burmaster drew his sidearm immediately and fired three rounds at the puppy, killing him. Burmaster did not attempt any use of less- or non-lethal means of deterrence toward either dog. Roussel merely ran away at the sound of the first bark and did not even consider the use of deadly force. At the sound of the first shot the other larger dog ran back up the entrance stairs back into the home. Shrapnel from Officer Burmaster's bullets struck Officer Roussel, requiring Roussel to obtain medical treatment.

PERSONAL EXAMINATION AND EFFORTS

As part of this case, on 15 April 2021 I visited the scene of the shooting at 1420 Felicity Street, New Orleans, LA. While there I was permitted to examine the entire scene. I also took a series of color digital photos of the scene as part of my examination.

I also attended and witnessed the necropsy of the victim dog Apollo conducted at the Louisiana

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

Animal Disease Laboratory at Louisiana State University in Baton Rouge, Louisiana on the same day. Also present at that necropsy was Dr. Kristin Vyhnal of Louisiana State University, Dr. Daniel Paulson of Louisiana State University, Dr. Maria Mitchell of Louisiana State University, , and Sgt. Debra Pruitt of the New Orleans Police Department. I was directly present at all times during the necropsy and was permitted by the performing Veterinary staff of the Louisiana State University to be within the necropsy lab and to be at examination table-side to witness the findings at close range. My observations  and ensuing opinions resulting from the necropsy are and were based on my extensive Veterinary Forensic training and experience.

I viewed the body-worn camera footage of both Burmaster and Roussel. My examination revealed the following.

1. Burmaster's Axon Body 3 video footage (taken 04/10/21 beginning at 21:39:33) shows that at clip time mark 1:30, while Burmaster was still outside the fence of the Browns' residence at 1420 Felicity St., he briefly made what he described as "kissy" sounds (see Burmaster Interrogatory responses).
2. Neither Burmaster nor Roussel rattled the yard gate to attempt to draw any response had there been a dog(s) present, as commonly and usually recommended and taught to officers to see if there are dog(s) at a property.
3. At the sound of the first dog bark (time mark 1:52) Roussel ran away (1:53) and Burmaster immediately drew his sidearm, failing to consider or prepare to use any less lethal means of intervention.
4. The first (larger) dog ran into view by the body worn camera at mark 1:55. Apollo first became visible at time mark 1:56.
5. Burmaster fired his first round at Apollo at time mark 1:57, one second after Apollo became visible at the bottom of the stairs.
6. Burmaster was equipped with a Conducted Electrical Weapon (Taser) and similar manufacturers) at the time of the shooting, but did not (according to the Body Worn Camera video, consider using it prior to resorting to lethal force.
7. Burmaster was require by NOPD's policies to carry a baton on his person, but, in violation of NOPD's policies, was not carrying one at the time of the shooting. The use of a baton would have been another effective means of non-lethal force at Officer Burmaster's disposal had he been carrying one. Burmaster was cited by NOPD for a "Uniform Violation" for failing to carry a baton at the time of this incident.

REVIEW OF NOPD POLICY

I have studied the policies and procedures of the New Orleans Police Department ("NOPD") as they relate to the use of force against animals encountered in the line of duty. Chapter 1.3 ("Use of Force") of the NOPD Operations manual provides that (1) firearms should only be used on animals when non-lethal alternative methods are not reasonably available or would be ineffective and (2) in circumstances where there is sufficient advance notice that a potentially dangerous animal may be encountered, officers should develop reasonable contingency plans for dealing

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

with the animal (e.g., enlisting the support of an animal control officer, using a Taser or using a fire extinguisher):

> *Officers are authorized to use firearms to stop an animal in circumstances in which the animal reasonably appears to pose an imminent threat to human safety **and alternative methods are not reasonably available or would likely be ineffective**. The officer must be cognizant of the surroundings when shooting at an animal and ensure there is no risk to people in the area. Under circumstances in which officers have sufficient advance notice that a potentially dangerous animal may be encountered, **officers should develop reasonable contingency plans for dealing with the animal (e.g., fire extinguisher, CEW, animal control officer).***

Chapter 1.3, Sec. 32 (emphasis added).

I have also studied the policies and procedures of the NOPD as they relate to training officers on the use of Tasers on animals encountered in the line of duty. Chapter 1.7.1 ("Conducted Energy Weapon (CEW)") of the NOPD Operations manual provides that:

> ***The CEW [a.k.a. Taser] has proven to be an effective tool against dangerous animals and may reduce the need for greater, more injurious force against such animals. The use of a CEW on an animal is a safer, more humane, and less traumatic conclusion to the incident.***
>
> *A CEW may be deployed against a potentially dangerous animal, such as a dog, when alternative methods are not reasonably available or likely to be effective and the animal: (a) Appears to pose an imminent threat to the safety of a human, another animal, or (b) Has attacked a human or another animal.*

Chapter 1.7.1, Sections 62-63 (emphasis added).

OPINIONS: The opinions that I render in this matter are based on my professional experience, training, education and personal observations, and my application of those items to my review of the materials from this case.

My opinions in this case at this time are as follows. **This is not an exhaustive list and may be amended, changed, or added to if or when further evidence and information may be presented.**

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

1.   According to the report titled "Department of Police, Interoffice Correspondence" provided as exhibit "Burmaster ESI-015", the statement from Detective Shannon Brewer of the NOPD Public Integrity Unit states that "A review of the officer's BWC revealed that Officer Burmaster failed to recognize the animal did not present an imminent threat of serious bodily harm to the officer and failed to re-holster his weapon upon recognizing that the situation was not a deadly force incident. Upon observing Officer Roussel, Officer Burmaster fired his weapon at the dog closest to him." I agree with this opinion.

2.   The dog Apollo was the smaller dog, showed no threatening behavior, and was less apt to be a threat to either officer. Yet Burmaster shot the non-threatening dog.

3.   Burmaster, instead of utilizing effective, practical and less- or non-lethal tools to protect himself and other deputies, fired his service weapon and killed the resident dog that was simply, in a species appropriate and positive manner, approaching a visitor. This was objectively unnecessary, avoidable, and inhumane. By firing his sidearm, Burmaster also endangered and exposed civilians and the other officer to the possibility of ricochet, misfire, or misdirection of the projectiles.

4.   The use of a Taser for the purpose of driving back the dog Apollo, although unnecessary, would have certainly been effective if Burmaster had used such. In addition, the simple use of a baton to keep distance between himself would have been equally effective, safe, and humane. Yet Burmaster did not deploy his Taser. Burmaster was not carrying his PR 24/Expandible Baton or ASP as defined in NOPD policy as required equipment. Considering the state of professional best practices and available training in 2021, Burmaster failed to follow overall best practices and the policy and procedure of the New Orleans Police Department in his reckless deployment of deadly force against this dog. This opinion, as above stated, concurs with the opinion of Detective Brewer as stated in the Public Integrity Unit report.

5.   Burmaster claimed that he tried to determine if there was any dog in the yard by making "kissy" noises. At the time he completed the series of noises he was still fully outside the gate and fence of the Browns' yard, having not yet passed the trash cans. At this distance there is no reason to believe, based on my training and behavioral experience, that a dog within the yard would have heard or noticed the sounds Burmaster made. This was a completely ineffective tactic to determine whether there were dog(s) present.

6.   Burmaster fired three (3) times at Apollo. Based on the cries of the dog it appears Burmaster hit the dog with the first shot. The dog tumbled down at the first shot and presented no further potential for contact. Yet Burmaster continued to fire two more times at the recumbent dog. This was an excessive and unnecessary use of force that risked hitting civilians or Roussel with one or more ricochets.

7.   I attended the necropsy of Apollo at Louisiana State University and I agree and concur with the scientific findings of the necropsy. I agree and concur with the conclusions reached as to wound source, wound trajectory, and other characteristics of the wounds noted and documented by the Veterinary staff.

8.   The results of the necropsy of the dog Apollo support the conclusion that Apollo was not a credible threat to Burmaster when he fired his sidearm at Apollo. Then entry wound was on the dorsal midline of the mid-cervical region, entering into the thorax on

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

the dog's left side at the level of rib 5. The exit of the bullet was on the dog's right side at the level of rib 7. This indicates that the dog was nearly fully sideways to the officer, with the bullet progressing almost directly across the dog's thorax. This is substantially different from a valid defensive wound that would, if fired as described, would have struck the dog more frontally and then passed longitudinally through the dog's body. Thus Burmaster's perception of an "attack" is not supported by the physical evidence and is factually incorrect.

9. The body-worn camera video of the incident supports the finding of the necropsy as to the orientation and spatial relationship between Burmaster and Apollo. Apollo was not objectively "attacking" Burmaster nor was Apollo within direct biting distance.

10. The training materials titled "The Problem of Dog-Related Incidents and Encounters" states "**Force-continuum principles can also be applied to dogs**. Officers should understand that no single dog presents a plausible risk of fatality to an able-bodied adult accompanied by other humans. " (*sic*) I agree completely with this statement. Public records indicate that no Police Officer has been killed in a dog attack in the United States since 1932. A single officer did die within the last ten years, but cause of death was an allergic reaction to materials in the post-exposure rabies vaccine. Burmaster therefore did not, in any manner, face a threat even remotely likely to cause death.

11. Burmaster's shooting of Apollo is in direct conflict with the statement in the training that "Shooting the dog: Shooting a dog should always be the option of **last resort**." (*sic*)

12. The slide file presented as representative of the NOPD dog encounter training is not in accord with the actual materials "The Problem of Dog-Related Incidents and Encounters." In the original material ("The Problem of Dog-Related Incidents and Encounters" by Cynthia Bathurst PhD et al., 2011), observations are explicitly made that detail the rarity of serious dog bites, the fact that "...dogs are seldom dangerous.", and omits the statement that "Absent any of the warning signals described below, **an approaching dog is almost always** friendly." (*sic*). This crucial material was specifically omitted from the presented course material and likely contributed to Burmaster's incorrect perception of Apollo as a threat. Other materials illustrative of positive behavior of dogs is likewise omitted from the offered presentation.

13. NOPD also omitted the material from the "Problem" based training detailed specific tactics in the training on how officers should deal with an approaching dog.

14. Regarding the training provided to Burmaster by the New Orleans Police Department, the document "The Problem of Dog-Related Incidents and Encounters" was never produced as a training course. It was written and disseminated by the authors and the US Department of Justice Office of Community Policing as a guide to dog-related incidents and encounters, summarizing best practices and policies. The document states "This guide discusses the tools, practices, and procedures that contribute to effective responses to dog related incidents and encounters where dogs happen to be present." An actual training course, with its included series of videos and detailed information and strategies, was made available at no cost in 2013 by the Department of Justice Office of Community Policing, by some of the same officers, titled "Police & Dog Encounters". This series of videos contains far more complete strategies and methods than the NOPD

# James W. Crosby M.S.

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

adaptation of a portion of the other guide and represents much more effective and comprehensive actual training. Thus, by presenting a partial set of excerpts from a document not intended to be an actual training course the New Orleans Police Department failed to meet recognized best practices regarding police-dog encounter training.

15. In 2019, two years before this incident, the U.S. Department of Justice approved "Law Enforcement Dog Encounters Training", a full video-based dog encounters training course sponsored by the National Sheriffs' Association. That course and full manual is and has been available at no cost since then and presents a full, behavior and tactics based training that would have, if used, been far above the training that the NOPD provided. NOPD apparently failed to be aware of or make use of the LEDET training. This was deficient on the part of NOPD. The LEDET course would have provided more constructive, Department of Justice approved training directly applicable to this incident.

16. Other presentations were/are available dealing with police encounters with dogs that are more suitable, accurate, and informative than the incomplete and inadequate "training" provided by NOPD. This is a deficiency that flies in the face of best practices and provision of adequate training.

17. In my experience as a Supervisor and Commanding Officer with the Jacksonville Sheriff's Office, the disciplinary history of Officer Burmaster documents his poor decision making, lack of professional conduct, and should have, in my experience, resulted in his termination from service. Thus, it appears that the New Orleans Police Department wrongly retained Burmaster prior to this shooting, and wrongfully retained him again in the aftermath of this incident.

Overall, it is therefore my opinion, based on my training, extensive experience, and knowledge of best practices and safety, that the fatal shooting of the dog Apollo, belonging to Brown and Barecki, by Officer Burmaster, was needless, cruel, without justification, and unnecessary. The "training" provided by NOPD regarding police-dog encounters was also deficient.

I explicitly reserve the right and ability to amend, modify, or expand this opinion based on the introduction of additional evidence or items including not in my possession. I also reserve the right to research and examine other materials not listed above to assist in establishing further opinions as such may become known or necessary.

Respectfully submitted,

James W. Crosby, CBCC-KA, Consultant

#100994155v1