UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN AND JULIA BARECKI-BROWN** | CIVIL ACTION NO. 2:22-CV-00847 |
| | SECTION: L |
| *Plaintiffs*, | |
| v. | JUDGE: HONORABLE ELDON E. FALLON |
| | DIVISION: 4 |
| | MAGISTRATE: HONORABLE KAREN WELLS ROBY |
| **DERRICK BURMASTER, SHAUN FERGUSON,** AND THE **CITY OF NEW ORLEANS** | |
| *Defendants.* | |

### UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE ON DEFENDANTS BURMASTER AND CITY OF NEW ORLEANS' SECOND MOTION TO EXCLUDE EXPERT TESTIMONY OF JAMES CROSBY (REC. DOC. 209)

Plaintiffs Derek Brown and Julia Barecki-Brown respectfully move this Court to continue the May 7, 2025 submission date for Defendant Burmaster and the City of New Orleans' ("Defendants") *Second Motion to Exclude Expert Testimony of James Crosby* (Rec. Doc. 209) to May 21, 2025 at 9:00 a.m. This continuance will not delay the progress of this proceeding, as the Court's Scheduling Order (Rec. Doc. 175) provides that "motions *in limine* regarding the admissibility of expert testimony shall … be filed and served no later than May 6, 2025, to permit submission on May 21, 2025, and responses thereto shall be filed on or before May 13, 2025."

Counsel for Plaintiffs has conferred with Defendants' counsel, and Defendants' counsel consents to the relief sought herein.

1

Respectfully Submitted,

| | |
|---|---|
| */s/Tarak Anada*_____ <br> TARAK ANADA (La. Bar No. 31598) <br> PATRICK M. VAN BURKLEO (La. Bar No. 41471) <br> JONES WALKER LLP <br> 201 St. Charles Avenue, Ste. 4900 <br> New Orleans, LA 70170 <br> Telephone: (504) 582-8322 <br> Facsimile: (504) 589-8322 <br> Email: tanada@joneswalker.com <br> Email: pvanburkleo@joneswalker.com | */s/William Most*_____ <br> WILLIAM MOST (La. Bar No. 36914) <br> DAVID LANSER (La Bar No. 37764) <br> MOST & ASSOCIATES <br> 201 Saint Charles Ave., Ste. 114 #101 <br> New Orleans, LA 70170 <br> Tel: (504) 509-5023 <br> Email: williammost@gmail.com |

*Counsel for Plaintiffs Derek Brown and Julia Barecki-Brown*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the parties have conferred on April 24, 2025 and that the foregoing motion is unopposed.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on all counsel of record by CM/ECF on April 24, 2025.

 */s/   Tarak Anada*_____
 Tarak Anada

2