## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN AND JULIA BARECKI-BROWN** | **CIVIL ACTION NO. 2:22-CV-00847** |
| | **SECTION: L** |
| *Plaintiffs*, | |
| v. | **JUDGE: HONORABLE ELDON E. FALLON** |
| **DERRICK BURMASTER, SHAUN FERGUSON, AND THE CITY OF NEW ORLEANS** | **DIVISION: 4** |
| | **MAGISTRATE: HONORABLE KAREN WELLS ROBY** |
| *Defendants.* | |

## ORDER

Considering the forgoing *Unopposed Motion to Continue Submission Date on Defendants Burmaster and City of New Orleans' Second Motion to Exclude Expert Testimony of James Crosby (Rec. Doc. 209)* filed by Plaintiffs Derek Brown and Julia Barecki-Brown,

IT IS HEREBY ORDERED that the motion is GRANTED and that the Submission Date for Defendants' *Second Motion to Exclude Expert Testimony of James Crosby* (Rec. Doc. 209) is continued from May 7, 2025 to May 21, 2025 at 9:00 AM.

New Orleans, Louisiana this _____ day of April, 2025.

_____
THE HONORABLE JUDGE ELDON E. FALLON

#103820568v1