UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN AND JULIA BARECKI-BROWN** <br><br> *Plaintiffs*, <br><br> v. <br><br> **DERRICK BURMASTER, SHAUN FERGUSON,** AND THE **CITY OF NEW ORLEANS** <br><br> *Defendants.* | CIVIL ACTION NO. 2:22-CV-00847 <br><br> SECTION: L <br><br> JUDGE: HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> MAGISTRATE: HONORABLE KAREN WELLS ROBY |

**ORDER**

Considering the forgoing *Unopposed Motion to Continue Submission Date on Defendants Burmaster and City of New Orleans' Second Motion to Exclude Expert Testimony of James Crosby (Rec. Doc. 209)* filed by Plaintiffs Derek Brown and Julia Barecki-Brown, R. Doc. 210;

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the Submission Date for Defendants' *Second Motion to Exclude Expert Testimony of James Crosby* (Rec. Doc. 209) is continued from May 7, 2025 to May 21, 2025 at 9:00 AM.

New Orleans, Louisiana this 24th day of April, 2025.

_____
United States District Judge