## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN<br><br>VERSUS<br><br>DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | *  Civil Action No. 22-00847<br>*<br>*  SECTION: L<br>*<br>*  HONORABLE ELDON E. FALLON<br>*<br>*  DIVISION: 4<br>*<br>*  HONORABLE KAREN WELLS ROBY |

*****************************************************************************

### Consent Motion to Extend Deposition Deadline

In R. Doc. 175, the Court ordered that "Depositions for trial use shall be taken and all discovery shall be completed not later than April 30, 2025."

On April 16, 2025, the Court held a status conference with the parties, during which the "Court discussed with the parties an issue with scheduling remaining depositions, and counsel indicated they would file a joint motion to continue the deposition deadline date of April 30, 2025." R. Doc. 207. Subsequently, the parties worked to develop the following deposition schedule of NOPD officers:

- April 30, 2025: Hans Ganthier
- May 1, 2025: Anne Kirkpatrick
- May 7, 2025: Keith Sanchez
- May 14, 2025: Ryan Lubrano

Accordingly, Plaintiffs ask the Court to extend the deposition deadline until May 15, 2025 (the planned schedule plus one day in case of unexpected changes). Defendants consent to this motion.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com

1