## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN | * <br> * <br> * | Civil Action No. 22-00847 |
| VERSUS | * <br> * <br> * | SECTION: L <br><br> HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN <br> FERGUSON, and the CITY OF <br> NEW ORLEANS | * <br> * <br> * <br> * | DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Considering the foregoing *Consent Motion to Extend Deposition Deadline*, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. Depositions in this case shall be completed by May 15, 2025.

Signed in New Orleans, Louisiana, on this _____ of _____, 2025.

_____ <br>
ELDON E. FALLON <br>
UNITED STATES DISTRICT JUDGE