## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

Considering the foregoing *Consent Motion to Extend Deposition Deadline*, and for the reasons stated therein, R. Doc. 212;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Depositions in this case shall be completed by May 15, 2025.

New Orleans, Louisiana, this 28th of April, 2025.

_____
United States District Judge