```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and          *  CIVIL ACTION
     JULIA BARECKI-BROWN      *
 4                            *  DOCKET NUMBER: 22-00847
     VERSUS                   *
 5                            *  SECTION: L
     DERRICK BURMASTER,       *
 6   SHAUN FERGUSON, and      *  HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS  *
 7                            *  DIVISION:  4
                              *
 8                            *  HONORABLE KAREN WELLS ROBY

 9   ****************************************************

10

11       Deposition of JULIA BARECKI-BROWN, taken via

12     Zoom with the witness located in New Orleans,

13    Louisiana, on Wednesday, the 19th day of December

14              2022, beginning at 1:00 p.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002

25
```

**EXHIBIT A**

```
 1                    APPEARANCES:
 2   FOR THE PLAINTIFF (S):  DEREK BROWN and JULIA
 3   BARECKI-BROWN
 4        TARAK ANADA, ESQUIRE
 5        JONES WALKER, LLP
 6        201 ST. CHARLES AVENUE
 7        NEW ORLEANS, LOUISIANA 70170-5100
 8        PHONE:  (504) 582-8322
 9        EMAIL:  tanada@joneswalker.com
10   FOR THE DEFENDANT (S):  SHAUN FERGUSON and the CITY
11   OF NEW ORLEANS
12        JAMES M. ROQUEMORE, ESQUIRE
13        ASSISTANT CITY ATTORNEY
14        1300 PERDIDO STREET, SUITE 5E03
15        NEW ORLEANS, LOUISIANA 70112
16        PHONE:  504-658-9800
17        EMAIL:  james.roquemore@nola.gov
18   FOR THE DEFENDANT (S):  DERRICK BURMASTER
19        C. THEODORE ALPAUGH III, ESQUIRE
20        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
21        639 LOYOLA AVE STE 2130
22        NEW ORLEANS, LA 70113-3157
23        PHONE:  (504) 529-4141
24        EMAIL:  cta@gustebarnett.com
25   ALSO PRESENT:  DEREK BROWN
```

```
 1                   S T I P U L A T I O N
 2               It is hereby stipulated by and between
 3      counsel of record for the parties hereto that the
 4      oral deposition of JULIA BARECKI-BROWN, is hereby
 5      taken pursuant to notice and in accordance with the
 6      Louisiana Code of Civil Procedure, and for all uses
 7      and purposes thereby provided, via Zoom at New
 8      Orleans, Louisiana, on December 19, 2022, commencing
 9      at or about 11:42 a.m.
10               That all formalities in connection with the
11      taking of the deposition are hereby waived with the
12      exception of the swearing of the witness and
13      reduction of the questions and answers to typewritten
14      form, and the right of the witness to read and sign
15      the completed transcript of testimony was WAIVED;
16               That all objections, save those as to the
17      form of the questions and the responsiveness of the
18      answer, are hereby reserved until such time as this
19      deposition, or any part thereof, may be used or
20      sought to be used in evidence, such objections as
21      might have been made had the testimony been given in
22      open court.
23               That Jill Cox, CVR, CCR, officiated in
24      administering the oath to the above-named witness.
25
```

```
 1        Q.   Did you talk to Heather about what she
 2   saw?
 3        A.   I have, it was a similar situation where
 4   she heard gunshots and that's when she looked
 5   outside.
 6        Q.   What did she tell you that she saw?
 7        A.   I don't remember.  The next thing I
 8   remember is her telling the police to not come back
 9   in to the gate.
10        Q.   Other than hearing the police officers at
11   the scene saying they were sorry or somebody saying
12   they were sorry, did they say anything else to you
13   at that time?
14        A.   They were speaking, and I don't recall
15   what they said.
16        Q.   After this incident did any other officers
17   at the scene say anything to you with regard to, I
18   guess, the incident?
19        A.   After several hours they interviewed us.
20   When they were on the property, the investigative
21   officers that came later, they were joking around a
22   lot and I asked them to please take it seriously
23   with what had happened to us.  I was very upset.
24        Q.   And what did they say in response to that?
25        A.   They did not say anything, but they
```

```
 1   stopped joking around.
 2        Q.   On the night of the incident did the
 3   police officers, did you hear the police officers or
 4   anybody from the city saying anything else?
 5        A.   It was all very procedural after that.
 6   They spoke to us, but I don't entirely remember
 7   what.
 8        Q.   After -- I asked your husband this, in the
 9   months afterwards you had occasion to encounter, or
10   did you have an occasion to encounter any other
11   police officers with regard to this incident?
12        A.   (Shakes head side to side.)
13        Q.   You didn't go with your husband to look at
14   the body worn camera?
15        A.   I did go to that, but I did not watch the
16   video.  I stepped out of the room.
17        Q.   Okay.  Did you -- and so I'm assuming that
18   you didn't hear any kind of conversation or any
19   commentary by any Police Department person at that
20   time?
21        A.   No.  Again that was a very procedural
22   meeting.
23        Q.   In your own words tell me how the shooting
24   of Apollo has affected you mentally and emotionally?
25        A.   It was horrible.  He was just a little
```

1  baby.  I feel horrible guilt.  I feel anxious.  I'm
2  scared of the police.  I was scared during Mardi
3  Gras because of all the police presence.  I can't
4  believe it could even happen.  It gives me
5  nightmares.  I have anxiety.  Every time I have to
6  talk about it, it opens it up again.
7       Q.   Tell me how it has affected you
8  physically?
9       A.   It's made it hard for me to sleep.  It
10 makes me feel sick to my stomach.  I feel sick to my
11 stomach right now.  I physically couldn't eat after
12 that.
13      Q.   How long did that last?
14      A.   It was hard to eat for a couple of weeks.
15      Q.   Any other physical results that you
16 remember?
17      A.   (Shakes head side to side.)  Just an
18 overwhelming sense of dread.
19      Q.   Now, you were evaluated by Dr. Burke too;
20 is that right?
21      A.   Yes.
22      Q.   And that was June 2021; is that right?
23      A.   Yes.
24      Q.   Do you remember any diagnosis that you
25 were given at that time as a result of that

```
 1   evaluation?
 2        A.   PTSD.  Anxiety.
 3        Q.   Anything else?
 4        A.   I don't think so.
 5        Q.   Not to pry, but have you ever had any
 6   other evaluations done for your mental health?
 7        A.   I wouldn't call this completely formal,
 8   but in 2010 my dad was diagnosed with metastic (sic)
 9   melanoma me and he died three weeks later.  And I
10   had, shortly thereafter, an anxiety attack that
11   lasted for several days.  And I went to my doctor
12   who prescribed me some Valium.
13        Q.   Did you receive any kind of counseling as
14   a result of that episode, or that time losing your
15   dad?
16        A.   No.
17        Q.   In April of 2021, did you have any
18   lingering effects because of losing your dad?
19        A.   No.
20        Q.   Okay.  Any other evaluations before this
21   Dr. Burke one?
22        A.   No.
23        Q.   Any diagnosis other than the episode with
24   your dad?
25        A.   (Shakes head side to side.)  No.
```

```
 1      Q.   As a result of this incident have you been
 2   prescribed any medication?
 3      A.   No.
 4      Q.   As a result of the mental trauma that you
 5   have had, you have been receiving counseling
 6   thought; is that true or not true?
 7      A.   Not formal.
 8      Q.   Tell me what you have been receiving or
 9   what you have had?
10      A.   I have consulted with some social workers
11   and a physician.
12      Q.   Social workers that you have consulted
13   with as a result of this incident, who are they?
14      A.   Do you want names?
15      Q.   Yes.
16      A.   Jenelle Slobof.
17      Q.   How do you spell that name?
18      A.   S-L-O-B-O-F-F.
19      Q.   Ms. Slobof is affiliated with what
20   organization?
21      A.   She is self-employed.
22      Q.   And what was Ms. Slobof doing for you?
23      A.   She is someone who I am friends with, and
24   made some suggestions.
25      Q.   So this was an informal?
```

```
 1      A.   Informal.
 2      Q.   So you have met with her on how many
 3 occasions?
 4      A.   She is somewhat I am friends with.  She
 5 was immediate support afterwards.
 6      Q.   Who else besides Ms. Slobof?
 7      A.   Another friend Linda Flynn.
 8      Q.   Flynn, F-L-Y-N-N.?
 9      A.   Yes.
10      Q.   Is that another social worker?
11      A.   Yes.
12      Q.   She is self-employed also?
13      A.   Yes.
14      Q.   She is a friend that you consulted with,
15 right?
16      A.   Yes.
17      Q.   Did either of those make any documentation
18 of your therapy or any kind of consultation or
19 diagnosis?
20      A.   No.
21      Q.   Did you pay them any money?
22      A.   No.
23      Q.   Okay.  Anybody else that you have received
24 any kind of counseling from as a result of this
25 incident?
```

```
 1      A.   No.
 2      Q.   So tell me the -- as we're sitting here
 3 what you would consider to be the, if any, the
 4 permanent effects of the incident that you have?
 5           MR. ANADA:  Object to form.  Go
 6           ahead.
 7      A.   I mean it's pretty permanent that it
 8 happened.  It's a very vivid horrible memory.
 9      Q.   I don't have any other questions for you,
10 Ms. Barecki?
11           MR. ALPAUGH:  I don't have any
12           questions.
13                    EXAMINATION
14 BY MR. ANADA:
15      Q.   Ms. Barecki, I just have a few questions.
16 You attended the meeting with the NOPD Public
17 Integrity Bureau along with your husband, Mr. Brown,
18 correct?
19      A.   Yes.
20      Q.   Were you also in the room when the officer
21 told Mr. Brown, I have a problem with the shooting?
22           MR. ROQUEMORE:  Objection to form.
23      A.   Yes.
24 BY MR. ANADA:
25      Q.   Let me rephrase that.  Do you remember any
```

```
 1   statements made by any NOPD personnel at that
 2   meeting?
 3                MR. ROQUEMORE:  Objection to form.
 4        A.   I remember a statement that they were
 5   disturbed.  A woman made that statement.
 6        Q.   Can you describe her any more than just a
 7   woman, African-American, white, Asian?
 8        A.   Yes.  It was -- she, I believe, is head of
 9   the PIB, and an African-American female.
10        Q.   Do you remember her approximate age or
11   anything like that?
12        A.   I'm bad at that.  I would guess maybe
13   50s.
14        Q.   After this incident, I think, I heard you
15   testify that you had the occasion to observe officer
16   Burmaster's demeanor?
17        A.   Yes.
18        Q.   I believe you testified a little bit about
19   that, but I just want to make sure I have a complete
20   picture of that.  Can you tell me exactly what you
21   observed officer Burmaster's demeanor to be in the
22   aftermath of the shooting?
23        A.   Yes.  After the other cruisers had gotten
24   there and the investigators, other police walked up
25   and it was like nothing had happened.  He was
```

```
 1   high-fiving people.  He was joking around with them.
 2   It just made it so much worse even.
 3                     MR. ANADA:  I know you attached
 4                     Mr. Brown's psychological evaluation
 5                     as an exhibit, did you attach
 6                     Ms. Barecki's.
 7                     MR. ROQUEMORE:  No.
 8                     MR. ANADA:  Okay.  I'm going to
 9                     attach Ms. Barecki's, I have it here
10                     electronically.  I'm going to e-mail
11                     it to you guys and the court
12                     reporter.  I have the un-Bates
13                     version up of my screen.
14                     MR. ROQUEMORE:  I'm not going to
15                     belabor the point.  Just go ahead
16                     and email it to me.
17                     MR. ANADA:  Do you know what Exhibit
18                     we are on?
19                     MR. ROQUEMORE:  I believe it's
20                     number six.  Mr. Brown's exhibits
21                     highest number --
22                     MR. ANADA:  I'm sorry.
23                     MR. ROQUEMORE:  -- Bates number.
24                     MR. ANADA:  I'm putting the
25                     number 6.  Oh, look, it does have a
```

```
 1                      Bates stamp.  I'm going to mark this
 2                      as Exhibit 6, the psychological
 3                      evaluation report dated June 16,
 4                      2021, bearing Bates number Brown
 5                      underscore 1278.
 6                           (Psych evaluation of Ms.
 7                      Barecki attached as Exhibit
 8                      6.)
 9     BY MR. ROQUEMORE:
10          Q.   Ms. Barecki have you seen that document
11     before?
12          A.   Yes.
13          Q.   If you could just look through it and
14     review it I'm going to ask you some questions about
15     the symptoms that are discussed in this document?
16          A.   Where are the symptoms, on what page?
17          Q.   So it's going to be --
18          A.   -- results --
19          Q.   -- on page 2 of the document.  I am going
20     to direct you to the first full paragraph on page 2
21     and it starts with the word, following the event?
22          A.   Okay.
23          Q.   In that paragraph that you just read, is
24     Dr. Burke's description of your symptoms correct as
25     you described them to her in that paragraph?
```

```
 1       A.   Yes.
 2       Q.   Have those symptoms resolved as of today?
 3       A.   They have, but this is just bringing it
 4  all up again.
 5       Q.   Are you still suffering from anxiety or
 6  depression stemming from this event?
 7       A.   I keep pictures out of Apollo, and yes,
 8  every day I look at those pictures.  Yes, it still
 9  is very painful.
10       Q.   Are you presently afraid of the police?
11       A.   Unfortunately, mostly I am.  Not the
12  police officers that I know personally, but as a
13  whole, yes.  Absolutely.
14       Q.   I heard you testify that speaking about
15  the event is troublesome for you; is that correct?
16       A.   It is.  It is very, very hard.
17       Q.   Has that affected the treatment that you
18  have sought out to date?
19       A.   It has.  I have a job where I am in front
20  of people all the time, and to constantly be
21  reliving this and be a mess I can't do my job if I'm
22  like that.
23       Q.   As of this stage can you tell us whether
24  or not you will have individual psychotherapy or do
25  treatment in the future?
```

1    A.   Yes, I am planning on it. I have looked
2  into another type of therapy that is directly
3  related to trauma. It is an eye movement therapy
4  that helps you to disconnect, kind of, from an event
5  without denying that it happened. And this was
6  recommended to me by a friend whose aunt is a social
7  worker. And that same friend was recently hit by a
8  car while riding her bike. And I am pursuing some
9  appointments with the therapist she has used, and
10  then a traditional therapist as well.
11    Q.   Thank you. Those are all the questions I
12  have.
13                 RE-EXAMINATION
14  BY MR. ROQUEMORE:
15    Q.   I have some follow-up. Ms. Barecki, if I
16  could take a look at the evaluation, Exhibit 6. I
17  am going to refer you to page 4, the last paragraph.
18  There is a sentence that makes a recommendation for
19  treatment, do you see that?
20    A.   I do.
21    Q.   Can you read that sentence?
22    A.   It is recommended that Ms. Barecki engage
23  in weekly individual psychotherapy to help process
24  the trauma that she has experienced.
25    Q.   Have you undergone any weekly

```
 1   psychotherapy?
 2        A.   I have not.
 3        Q.   And is there any other recommendations
 4   after that sentence?
 5        A.   You should also seek a consultation with a
 6   psychiatrist for medication management of her
 7   symptoms of PTSD.  If -- I think it's supposed to be
 8   if.  If her symptoms persist despite therapy
 9   sessions, and she and her therapist feel that
10   therapy alone is not helping to resolve her symptoms
11   quickly enough.
12        Q.   Have you had occasion to follow that
13   recommendation?
14        A.   I have not.
15        Q.   This evaluation was conducted in June of
16   2021; is that right?
17        A.   Correct.
18        Q.   Is there any reason why you have not had
19   the opportunity to follow up on those
20   recommendations?
21        A.   Traditional talk therapy it's too much for
22   me right now.  I am willing to go forward in the
23   future.  I'm extremely sensitive to medication and
24   often have very horrible reactions to a lot of
25   medications.  I only take medication when it's an
```

```
 1                REPORTER'S CERTIFICATE
 2        This certification is valid only for a
 3   transcript accompanied by my original signature and
 4   original required seal on this page.
 5        I, Jill Cox, Certified Court Reporter in and for
 6   the State of Louisiana, as the officer before whom
 7   the deposition of JULIA BARECKI-BROWN was taken, do
 8   hereby certify that this testimony was reported by me
 9   in the stenomask verbatim reporting method; was
10   prepared and transcribed by me or under my personal
11   direction and supervision, and is a true and correct
12   transcript to the best of my ability and
13   understanding;
14        That the transcript has been prepared in
15   compliance with transcript format guidelines required
16   by statute or by the Rules of the Louisiana Certified
17   Shorthand Reporter Board;
18        That I am not of counsel, not related to counsel
19   or the parties herein, nor am I otherwise interested
20   in the outcome of this matter.
21
22                          _____
23                          Jill Cox, CVR, CCR
24                          NVRA CVR #7553
25                          LA CCR #2019002
```