UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | Civil Action No. 22-00847 |
| **JULIA BARECKI-BROWN** | * | |
| | * | SECTION: L |
| **VERSUS** | * | |
| | * | HONORABLE ELDON E. FALLON |
| **DERRICK BURMASTER, SHAUN** | * | |
| **FERGUSON, and the CITY OF** | * | DIVISION: 4 |
| **NEW ORLEANS** | * | |
| | * | HONORABLE KAREN WELLS ROBY |
| | * | |

*****************************************************************************

### MOTION TO EXCLUDE EXPERT TESTIMONY OF SERGEANT DAVID DUPLANTIER

Defendants' proposed expert witness, Sergeant David Duplantier, seeks to provide opinions at trial that will (1) mislead the jury as to the applicable legal standard governing liability in this case and (2) impose on the exclusive province of the jury to determine "reasonableness." His testimony should therefore be excluded under *Daubert* and the Federal Rules of Evidence, as detailed in the attached memorandum.

WHEREFORE, Plaintiffs Derek Brown and Julia Barecki-Brown pray that their motion be granted and that the Court exclude Sgt. Duplantier's testimony from the trial of this matter.

Respectfully submitted,

| | |
|---|---|
| */s/Tarak Anada* | */s/William Most* |
| TARAK ANADA (La. Bar No. 31598) | WILLIAM MOST (La. Bar No. 36914) |
| JONES WALKER LLP | DAVID LANSER (La Bar No. 37764) |
| 201 St. Charles Avenue, Ste. 4900 | MOST & ASSOCIATES |
| New Orleans, LA 70170 | 201 Saint Charles Ave., Ste. 114 #101 |
| Telephone: (504) 582-8322 | New Orleans, LA 70170 |
| Facsimile: (504) 589-8322 | Tel: (504) 509-5023 |
| Email: tanada@joneswalker.com | Email: williammost@gmail.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/EFC system, which will send a notice of electronic filing to all counsel of record.

*/s/ Tarak Anada*
TARAK ANADA