## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **Civil Action No. 22-00847** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **SECTION: L** |
| **VERSUS** | * | |
| | * | **HONORABLE ELDON E. FALLON** |
| **DERRICK BURMASTER, SHAUN** | * | |
| **FERGUSON, and the CITY OF** | * | **DIVISION: 4** |
| **NEW ORLEANS** | * | |
| | * | **HONORABLE KAREN WELLS ROBY** |
| | * | |

*****************************************************************************

## NOTICE OF SUBMISSION

Plaintiffs Derek Brown and Julia Barecki-Brown request that their Motion to Exclude Expert Testimony of Sergeant. David Duplantier be submitted before the Honorable United States District Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom C468, New Orleans, Louisiana 70130. Plaintiffs request (and provide notice) that this Motion be heard at the next available submission date which is May 21, 2025 at 9:00 A.M.

Respectfully submitted,

*/s/Tarak Anada*_____  
TARAK ANADA (La. Bar No. 31598)  
JONES WALKER LLP  
201 St. Charles Avenue, Ste. 4900  
New Orleans, LA 70170  
Telephone: (504) 582-8322  
Facsimile: (504) 589-8322  
Email: tanada@joneswalker.com

*/s/William Most*_____  
WILLIAM MOST (La. Bar No. 36914)  
DAVID LANSER (La Bar No. 37764)  
MOST & ASSOCIATES  
201 Saint Charles Ave., Ste. 114 #101  
New Orleans, LA 70170  
Tel: (504) 509-5023  
Email: williammost@gmail.com

#103886667v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/EFC system, which will send a notice of electronic filing to all counsel of record.

                                         */s/ Tarak Anada*
                                         TARAK ANADA

#103886667v1