UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

**Plaintiffs'** *Ex Parte* **Motion for Leave to File Partial Summary Judgment Motion**

Now comes Plaintiff to seek leave of Court to file a partial motion for summary judgment based on the deposition testimony of Superintendent Kirkpatrick, given that Kirkpatrick's deposition was delayed as a courtesy to Defendants, and the transcript was not received until May 7, 2025.

**A.     Background**

In R. Doc. 175, this Court ordered that all "non-evidentiary pretrial motions may be filed as soon as practicable but must be filed and served not later than April 22, 2025, and served in sufficient time to permit submission on May 7, 2025."

Here, Plaintiffs noticed Superintendent Kirkpatrick for deposition on April 10, 2025. As a courtesy to defendants' counsel, that deposition was delayed until May 1, 2025. *See* Ex. A (Corr. of Counsel). At that deposition, Superintendent Kirkpatrick testified that she approved of Burmaster's decision and the basis for it, which meets the Fifth Circuit's test for *Monell* by ratification.

For that reason, Plaintiffs wishes to file a motion for partial summary judgment on the ratification issue. Good cause exists for the delay because Plaintiffs did not receive the deposition transcript until today, May 7, 2025. And no unfairness to Defendants exist because the only

1

reason for the delay was that the deposition was rescheduled as a courtesy to their counsel. Furthermore, the issue in the motion is a narrow one, and should not require extensive briefing. And granting this motion will promote judicial efficiency, because it has the possibility of narrowing the issues for trial. Plaintiffs will consent to any expedited briefing schedule if that is helpful to the Court.

**B.    Conclusion**

Plaintiffs should be given leave to file the attached Motion for Partial Summary Judgment.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com