William Most <williammost@gmail.com>

## Brown v. Burmaster: Tomorrow's Deps

**William Most** <williammost@gmail.com>                                                          Wed, Apr 9, 2025 at 3:22 PM
To: "Anada, Tarak" <tanada@joneswalker.com>, Hope Phelps <hopeaphelps@outlook.com>, "C. Theodore Alpaugh III" <cta@gustebarnett.com>, James M Roquemore <James.Roquemore@nola.gov>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, "Van Burkleo, Patrick" <pvanburkleo@joneswalker.com>

Jim,

Thanks for talking to me. You said you wouldn't consent to using Zoom to record Kirkpatrick's deposition, but you agreed that the City would split the cost of a videographer.

You asked as a courtesy that we reschedule Kirkpatrick, but keep Gernon on for tomorrow. I agreed. I asked that you get us alternative Kirkpatrick dates by Friday (or we'll just pick one).

Please let me know ASAP when Gernon can start tomorrow, so that I can let the court reporter know.

Thanks!

William

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023