**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

**ORDER**

Considering the foregoing *Plaintiffs' Ex Parte Motion for Leave to File Partial Summary Judgment Motion*, and for the reasons stated therein, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiffs' attached motion shall be filed into the record. Defendants' opposition is due on _____ and Plaintiffs' reply is due on _____.

Signed in New Orleans, Louisiana, on this _____ of _____, 2025.

_____