UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

**Plaintiffs' Motion for Partial Summary Judgment on Ratification**

Now come Plaintiffs to move for partial summary judgment against the City of New Orleans on the *Monell* theory of ratification.

When a subordinate officer's action is sufficiently extreme and the final policymaker approves the subordinate's decision and basis for it, a city itself will be liable under the *Monell* doctrine of ratification.[1] Here, those elements are met. First, Burmaster's action in shooting to death an eighteen-week-old puppy was extreme – so extreme that the Fifth Circuit agreed with this Court that the shooting could be the basis for punitive damages.

Second, on May 1, 2025, the final policymaker – Superintendent Anne Kirkpatrick – testified that she approved of Burmaster's decision and the basis for it.

There is therefore no factual issue for trial on the ratification question. For that reason, the Court should grant partial summary judgment on *Monell* ratification. If granted, it would still be up to the jury whether Burmaster violated the Constitution. But if the jury were to so find, then both Burmaster and the City should be liable because of ratification.

For the reasons above and as described in the attached memorandum, this Court should grant Plaintiffs' Motion for Partial Summary Judgment.

---

[1] *City of St. Louis v. Praprotnik*, 485 U.S. 112, 127 (1988); *World Wide Street Preachers v. Town of Columbia*, 591 F.3d 747, 755 (5th Cir. 2009).

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswalker.com