UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

**Plaintiffs' Statement of Material Facts**

1. Officer Burmaster chose to aim at, shoot, and kill the smaller of two dogs on residential property.[1]

2. The dog was a sixteen-week-old puppy that weighed just over 22 pounds and was less than a foot and a half tall.[2]

3. The video evidence "shows that Officer Roussel tapped Burmaster on the shoulder indicating they should leave through the gate and Burmaster chose not to leave."[3]

4. The Fifth Circuit affirmed that this conduct was such that the "district court did not err in not dismissing the Plaintiffs' claims for punitive damages."[4]

5. On May 1, 2025, Superintendent Anne Kirkpatrick testified as follows:[5]

```
        Q.    And with your signature on the
disciplinary document, you approved of Burmaster's
decision to shoot the dog and his basis for it;
correct?
        A.    I think it's reasonable that he fell
within that range of what would be deemed
reasonable.
        Q.    And so you approved of the decision?
        A.    Yes.
        Q.    And his basis for making the decision?
        A.    His and the weight of all the others who
weighed it along the way, which were all those
deputy chiefs, everyone who assisted us.
```

---

[1] *Brown v. Burmaster*, 2025 U.S. App. LEXIS 1129 (5th Cir. Jan. 17, 2025) ("Two dogs, Bucho (larger dog) and Apollo (smaller dog) came down the stairs to the courtyard.")
[2] *Id.* ("Apollo was 16 weeks old and weighed approximately 22 pounds.")
[3] *Id.*
[4] *Id.* at fn. 3 (5th Cir. Jan. 17, 2025).
[5] Ex. A (Kirkpatrick Dep.) at 77:9-21.

Respectfully Submitted:

| | |
|---|---|
| */s/ William Most* | */s/ Tarak Anada* |
| WILLIAM MOST (La. Bar No. 36914) | TARAK ANADA (#31598) |
| HOPE PHELPS (La. Bar No. 37259) | JONES WALKER LLP |
| DAVID LANSER (La. Bar No. 37764) | 201 St. Charles Avenue |
| MOST & ASSOCIATES | New Orleans, Louisiana 70170-5100 |
| 201 St. Charles Ave., Ste. 2500, # 6825 | Telephone: (504) 582-8322 |
| New Orleans, LA 70170 | Facsimile: (504) 589-8322 |
| Tel: 504.509-5023 | E-Mail: tanada@joneswaker.com |
| Email: williammost@gmail.com | |