# Exhibit 1

CV of Dr. James W. Crosby

# James W. Crosby M.S., PhD.
## Canine Aggression Consulting
1435 Oak Haven Rd. Jacksonville FL USA
904-476-7655
canineaggression@gmail.com

---

Dr. James W. Crosby is a Certified Behavior Consultant, a recognized expert in canine behavior, dog bites and attacks, and shelter management and operations. His primary work has been focused on human fatalities from dog bite related causes. He is a retired Police Lieutenant from Jacksonville, Florida, and former Animal Control Division Manager in Bay County, Florida. He has combined his police experience and his animal specific experience to train Animal Control and Police agencies on animal issues, including dangerous dog cases and criminal cruelty investigations.

Dr. Crosby taught the Florida Animal Control Certification curriculum and is the Director for Canine Encounters for the National Law Enforcement Center on Animal Abuse. Dr. Crosby developed a nation-wide curriculum for Police and Law Enforcement addressing police encounters with domestic dogs and the proper and proportionate use of force.

Dr. Crosby has served as an expert witness in multiple local, State, and US Federal Courts.

Dr. Crosby earned a Master of Science in Veterinary Medical Science specializing in Veterinary Forensics from the College of Veterinary Medicine at the University of Florida. His peer-reviewed and accepted Masters thesis is titled "The Specific Use of Evidence in the Investigation of Fatal Dog Attacks" and is available through the library at the University of Florida.

Dr. Crosby also earned a PhD in Veterinary Medical Science from the Graduate School of the College of Veterinary Medicine at the University of Florida. His peer reviewed dissertation titled "A Scientific Study of Human Dog-Bite Related Fatalities" is likewise available through the University library. Dr. Crosby has received appointment as a Research Associate in the Canine Brain Project being conducted within the Department of Human Evolutionary Biology at Harvard University and serves as the lead for the Canine Aggression Initiative there.

Professionally, Dr. Crosby served under contract as the Division Management Consultant for the City of Jacksonville Animal Care and Protective Services from March 2016 until December 31, 2016, and served as the Animal Control Division Manager for Bay County, Florida from February 2008 through September 2010. Dr. Crosby trains Animal Control and Police Officers across the US, and has done so in The Bahamas, Canada, Italy, Singapore, the United Kingdom, Ireland, and Australia. Dr. Crosby has assisted various

investigative agencies including the U.S. Marshall's office, the United States Attorney's Office and Homeland Security on animal behavior and other legal animal issues.

As specifically listed below, Dr. Crosby has been accepted and testified as an expert in local, State, and United States District Courts for both the prosecution and the defense.

## EMPLOYMENT

**Consultant, Republic of Singapore National Parks Forensic Expert Panel, 2024-current**

This is a new Board/Panel developed with the Government of the Republic of Singapore. Duties include consulting on the development of a Veterinary Forensics program in Singapore: training Singapore Animal Services and associated enforcement bodies on animal investigations; assisting with the establishment of animal training professional standards and licensing; and providing expert input and assistance in Veterinary Forensic investigations on cases occurring in the Republic of Singapore.

**Research Associate, Canine Brain Project/Canine Aggression Project, Department of Human Evolutionary Biology, Harvard University 2023-current.**

Duties include the investigation and documentation of dog bite related human fatalities. This documentation also involves the properly regulated collection of biological samples from dogs that have killed humans for the purpose of imaging, genetic examination, and establishment of potential biological and behavioral commonalities amongst these dogs. Duties also include sharing information with appropriate groups, publishing related documents for peer-review, and educating others involved in the investigation of dog-bite related human fatalities.

**Division Management Consultant, Animal Care and Protective Services, City of Jacksonville, Florida.    March 21, 2016 – 31 December 2016.**

Duties included overall operation and management of the agency, including Shelter Operations, Adoptions and Placement, Behavior and Outreach Services, and Investigation and Enforcement activities. Enforcement activities include municipal Code violations, civil enforcement of State Statutes, and criminal cases that include animal cruelty, abuse, and animal fighting. Current duties include providing expert consulting for the Animal Care and Protective Services Division on the City of Jacksonville on an as-needed basis.

**Bay County Animal Control, Division Manager, Panama City, FL 2008-2010**

Daily oversight of all Animal Control Operations for Bay County and contracted municipalities within Bay County. Lead investigator for all criminal cruelty cases. Issued findings regarding Dangerous Dogs as defined by local Ordinance Codes and Florida Statutes. Prepared and presented court cases for Dangerous Dog Hearings and appeals. Interfaced with local Law Enforcement agencies on criminal cases and otherwise assisted Law Enforcement with animal related issues.

**Professional Dog Trainer/Behavior Consultant/Expert in Dog Aggression and Dog Related Fatalities, Jacksonville, FL, 1999 - present.**

Certified Behavior Consultant-Canine-Knowledge Assessed (CCPDT). Certified Dog Behavior Consultant (IAABC). Works with dog owners on behavior and aggression issues in pet dogs. Acts as Consultant to owners, Veterinarians and Animal Control agencies on various matters such as training and obedience. Train dogs for obedience, hunting and tracking. Expert witness in cases of dog bite, dog attack, and dog related fatalities. Consulting on dog aggression and dangerous dog cases in US, UK, Canada and India. Expert evaluation of dangerous and potentially dangerous dogs for civil, criminal, and other cases. Consultant to Bahamas Humane Society, Nassau, The Bahamas. Member, Board of Consultants, National Dog Trainers' Federation (Australia). See CV for further memberships and certifications.

**Jacksonville Sheriff's Office, Police Officer/Sergeant/Lieutenant, Jacksonville, FL 1977-1999**
1977-1987, Police Officer, Patrol Division
1987-1993, Police Sergeant, Patrol Division
1993-1999, Police Lieutenant and Midnight Watch Commander, Zone 4, Patrol Division

Conducted daily police patrol duties; investigated violations of local ordinances and State Statutes; responded to emergency calls; supervised Patrol Squad (as Sergeant), served as Patrol Watch Commander (Lieutenant), including performing employee evaluations and training, investigating complaints on employees, counseling employees, overseeing day-to-day operations and coordinating and scheduling training, administering discipline and serving on disciplinary boards. Ensured employee compliance with Departmental Regulations and guided employee action within the Mission Statement of the Jacksonville Sheriff's Office; responded to and directed critical incident responses. Extensive experience and training in securing and controlling crime scenes, collection of evidence, evidence submission procedures, and evaluating crime scenes for investigative purposes.

ACADEMIC EDUCATION:

PhD in Veterinary Medical Science, University of Florida College of Veterinary Medicine/Graduate School.

3

Master's degree in veterinary medical science, specializing in Veterinary Forensics, from the Graduate School, College of Veterinary Medicine, University of Florida.
Bachelor of Science Degree, Charter Oak State College (Psychology)

## PROFESSIONAL ORGANIZATIONS:

Associate Member, American Academy of Forensic Sciences (2018-current)
Charter Member, International Veterinary Forensic Science Association
Full Member, International Society for Animal Forensic Science (current)
Vice President of the Board of Directors, Council for Certification of Professional Dog Trainers (current)
Member, National Sheriffs' Association
Member, President's Committee on Animal Abuse, National Sheriffs' Association
Former Member, National Animal Care and Control Association
Former Member, Training Advisory Committee, National Animal Control Association
Member, International Association of Animal Behavior Consultants
Member, Animal Behavior Society
Professional Member, Association of Pet Dog Trainers (APDT)
Professional Member, Animal Behavior Management Alliance
Member, Florida Association for Behavior Analysis
Working Groups Chair, Police Dog Encounter Training section, National Coalition Against Violence Against Animals.
Board of Directors, Florida Animal Control Association (2008-2010)
Chairman, Board of Directors, Gertrude Maxwell Save-a-Pet Direct Service Organization (Dept. of Agriculture, State of Florida, 2008-2012)
Member, Curly-Coated Retriever Club of America
President, Curly-Coated Retriever Club of America, 2000-2006 and current
Former professional member, Professional Retriever Trainers' Association

## CERTIFICATIONS:

Certified Dog Behavior Consultant (2022 – present)
Certified Behavior Consultant Canine-Knowledge Assessed (2011-current)
Certified Animal Control Officer (Florida)
Certified Euthanasia Technician (Florida)
Certified Pet Dog Trainer (2005-2008)
American Kennel Club Canine Good Citizen Evaluator # 15403 (current)
American Kennel Club Temperament Testing Evaluator #107364 (current)

# PUBLICATIONS AUTHORED BY DR. CROSBY THROUGH JANUARY 2024

Public Service announcements broadcast on WKGC Radio, Panama City, Florida, as part of a recurring program giving pet advice from 2008 through 2009.

Contributor/subject matter expert, California Commission on Peace Officer Standards and Training, training program "Dog Encounters: Keeping Officers Safe" video course, 2015.

Master's Thesis Research (2016) "The Use of Specific Evidence in the Investigation of Human Dog Bite Related Fatalities".

Chapter "Investigation of Human Dog Bite Related Fatalities" in <u>Dog Bites: A Multidisciplinary Approach</u>, Carri Westgarth PhD and Daniel Mills, PhD, editors, The University of Lincoln Press, Lincoln, Lincolnshire, England, 2017.

Chapter "Anatomy and Morphology of Dog Bites", in <u>Dog Bites: A Multidisciplinary Approach</u>, Carri Westgarth Ph.D. and Daniel Mills, Ph.D., editors, The University of Lincoln Press, Lincoln, Lincolnshire, England, 2017.

Blog "Canine Aggression Blog", canineaggression.blogspot.com

Crosby, James W., and Chelsea Rider. 2017. *Changing the Narrative: Improving Law Enforcement and Dog Encounters to Reduce Lethal Incidents and Improve Community Relations with Pet Owners: Literature Review.* Washington, DC: Office of Community Oriented Policing Services.

"*Final Report: Independent Review into the Management of Dogs in the ACT*", April 2018, Transport Canberra and City Services, Canberra, Australian Capital Territory.

 "Law Enforcement Dog Encounters Training", a full instruction course on safe interactions between police officers and domestic dogs, supported by the National Sheriffs' Association and the National Law Enforcement Center on Animal Abuse approved by the Department of Justice-Office of Community Oriented Policing Services (COPS).

"Dangerous Dog Investigations" in <u>Humane Animal Control: Effective Enforcement, Shelter Management, Local Government Support and Community Engagement</u>, Best Friends Animal Society Publications, Kanab, Utah, 2018.

"Dog Bite Investigations for the Animal Control Officer", <u>Animal Care and Control </u>Today, National Animal Control Association (2022).

Doctoral dissertation "Dog Bite Related Human Fatalities: A Scientific Study", University of Florida, Graduate School, College of Veterinary Medicine (2023).

# COURT CASES IN WHICH DR. JAMES W. CROSBY HAS TESTIFIED IN OR PROVIDED EXPERT OPINION.

This list is not exhaustive as to testimony before Animal Control Hearing Boards or other quasi-judicial hearings.

## 2019

*Bradshaw v. Moreton Bay Regional Council* QCATA 140 Queensland, Australia Queensland Civil and Administrative Tribunal Dog Bite

*Villalpando v. Don Bell D/B/A Pencils etc., et al* Texas Civil/County Plaintiff Dog Attack

*James v. Maricopa County Animal Services*  Arizona Federal Defendant Dog Bite

*Travis County Texas v. Hector Luis Guzman* Texas Circuit Plaintiff (State Prosecutor) Criminal Deadly Conduct-Dangerous Dog

*State of Texas v. Peter Scott Lucas* Texas Circuit Defendant (Public Defender) Negligent Homicide

*City of Aurora v. Tracy Prim* Colorado Municipal Defendant Dangerous Dog

*Zorich v. Zavorka and St. Louis County Police* Missouri Federal Plaintiff Police shooting

*Medieros v. Albert Duperre*, Chief of Police of the City of Fall River Massachusetts District Court Plaintiff Dangerous Dog

*Azurdia v. City of New York Police Department* New York Federal Plaintiff Police Shooting

*Wilk v. the City of Concord Animal Services* New York   Municipal    Defendant Dangerous Dog

*McAfee v. Town of Marlborough*, Massachusetts County Defendant Dangerous Dog

*Barbara Schneider, as custodian of the estate of Klonda Richey, v. Mark Kumpf, Montgomery Animal Service Center* Ohio Federal   Plaintiff Fatal Dog Attack

*Alvarez v. City of Philadelphia Animal Care and Control Team* Pennsylvania Circuit Defendant Dog Bite

**2020**

*Jensen v. Douglas County*, Colorado   Colorado County Defendant Dangerous Dog

*McAfee v Douglas County*, Colorado   Colorado County Defendant   Dangerous Dog

*State of Georgia vs. Samuel Brown and Angel Brown* Georgia Circuit  Prosecution  Fatal Dog Attack (Criminal Homicide)

*Karen May v. The Town of Abington*, MA Massachusetts Municipal Defense Dangerous Do

*Meer, Meer, and Meer v. County of Erie, Erie County Sheriff's Office et.al.*   New York Circuit Plaintiff Police Shooting

*Friedel vs. Park Place Community* Florida Circuit Defendant Dangerous Dog/Civil Eviction

*Boring v. City of Worthington*, Dubuque Regional Humane Society Iowa District Cruelty

*Vaseleros-Stevenson v. Calvert County*, Maryland  Maryland Federal Plaintiff Police Shooting

*Marie v. Aldritch and Deryckx*   Washington Superior Plaintiff Dog bite.

*Ressler v. Heisel*    Florida Circuit Plaintiff Dangerous Dog/Dog Bite

*Paradise Island Property vs. George* Circuit Plaintiff Dangerous Dog/Civil Eviction

**2021**

*Ruslander v. Randomph Towers Condominium Association* Maryland Circuit  Defendant Dangerous Dog/Dog Bite

*Villar v. City of San Diego Animal Services et. al.*  California Superior Plaintiff Fatality/Animal Services Practices and Policy

*Wendy Love and Jay Ham v. Officer Matthew Grashorn and the City of Loveland,* Colorado Federal Plaintiff Police Shooting

*Munson v. Contra Costa County Animal Services* California Superior Defendant Dangerous Dog

## 2022

*Lavergne v. The Princeton and Excess Lines Insurance* (for Rapides Parish Sheriff's Department) Louisiana Federal  Plaintiff Police Shooting

*Jones and Tinsley v. City of North Las Vegas* Nevada Federal Plaintiff Police Shooting

*Kabir v. City of Elk Grove*, California California Municipal DefendantDangerous dog

*Jacobsen v. Deaterly* Florida Circuit Plaintiff Civil

*Sarah Clark v. Dewitt* Clark Florida Circuit Plaintiff Dangerous Dog/Child Custody

## 2023

*Prosser v El Dorado County Animal Services* California County Defendant Dangerous Dog

*Sonoma County (CA) v. Reid* California Superior Defendant Dangerous Dog

*Regional Animal Services of King County, Washington v Lisa Peyer, and the dog "Wonder"* Washington County Defendant Dangerous Dog

*Goode v. D. Smith and the Boston Police Department* Massachusetts Federal Plaintiff Police Shooting

## 2024

*Anne Arundel County Maryland v. Janet Koletty* Maryland County Appellant Dangerous Dog

*State of Texas v. Christian Moreno and Abilene Schneider* Texas District Defendant Criminal Homicide and Possession of Dangerous Dog

## 2025

*State of Massachusetts v. Karen Read* Massachusetts Superior Prosecution Criminal Homicide

These are cases that include cases in which I have appeared both for and against the owners of dogs.

# SPEAKING ENGAGEMENT HISTORY FOR DR. CROSBY 2019 THROUGH 2024

2025: Training courses for the Government of The Bahamas, Department of Agriculture and Marine Resources and the Royal Bahamian Police Force on "Humane Animal Care" and "Dog Bite and Animal Cruelty Investigations".

2025: Training class, "Dog Bite Related Fatalities and Dog Bite Investigations" for Animal Control and Rescue personnel, sponsored by Better Together Georgia.

2024: Training course on Investigating Dog Bite Related Fatalities, Office of the Medical Examiner, Volusia County, Florida

2024: Presenter, "Dog Bite Related Fatalities", II International Virtual Meeting in Animal Forensic Sciences, 28 October 2024, sponsored by the University of Alcalá, Alcalá, Spain.

2024: Presenter, "Dog Bite Investigations and Dog Aggression", Southeast Animal Control Association, Canton, GA

9

2024: Presenter, "Dog Bites, Prevention and Investigations", Orange County Animal Services (FL), Orlando FL.

2024: Presenter, five (5) days of seminars in The Republic of Singapore, hosted by NPARKS and Singapore Government. Topics covered canine aggression, investigations, Veterinary Forensics for Veterinarians, general canine behaviour and advice for trainers.

2024: Presenter, UF Animal Forensic Investigations Conference, University of Florida College of Veterinary Medicine, Gainesville FL.

2024: Presenter, International Association of Animal Behavior Consultants Conference 2024, Asheville, North Carolina.

2024: Present full day course to Austin Animals Services, Austin Texas, on canine aggression, dog bite evaluation, and dog bite investigation.

2023: Presenter, two class sessions, Animal Control Association of Massachusetts, "Dog Bite Investigations", Dedham Massachusetts and N. Grafton Massachusetts.

2023: Presenter, "Forensics of Aggression", Glenelg, South Australia, Australia

2023: Keynote speaker and presenter, "Big Hairy People and Pets Summit", Gold Coast, Queensland, Australia, sponsored by the Australian Institute of Animal Management and Animal Management in Rural and Remote Indigenous Communities

2023: Present two-day course "The Forensics of Aggression", Dublin, Ireland.

2023: Lecture, University of Liverpool, Liverpool, England on "Investigation of Serious and Fatal Dog Bite Incidents".

2023: Panelist/speaker, "Multi-species Families on the Streets Symposium", University of Victoria, Victoria, British Colombia, Canada.

2023: Featured speaker, International Association of Animal Behavior Consultants 2023 Conference, Houston, Texas.

2022: Featured speaker, Association of Professional Dog Trainers 2022 Conference, Daytona Beach, FL

2022: Presenter, Animal Law Source/Georgia Bar Association/Georgia Veterinary Medical Association 2022 Conference, Atlanta, GA.

2022: Seminar instructor, "Veterinary Forensics", Virginia Tech/Virginia-Maryland College of Veterinary Medicine

2022: Train Miami-Dade Police Department, "Law Enforcement Dog Encounter Training" certification class, Miami-Dade Police Training Academy.

2022: Presenter, Georgia Animal Control Association 2022 Conference.

2021: Presenter, Florida Association of Medical Examiners Annual Conference

2020: Presenter, International Association of Animal Behavior Consultants, "Aggression and Dog Bite Investigations".

2020: Presentation, Animal Behavior Society, "Efficacy of the use of the "fake dog" in evaluating dog-dog aggression."

2019: Presenter, National Animal Care and Control Association 2019 Conference, Orlando, FL.

2019: Presenter, 2019 Annual Conference, International Association of Animal Behavior Consultants, Houston, Texas.

2019: Consult with and provide training regarding aggressive dogs and investigations, Philadelphia Animal Care and Control, Philadelphia, PA.

2019: Instructor, LEDET, Converse County Sheriff's Office, Converse County, WY.

2019: Presenter, National Animal Care and Control Association 2019 Conference, Orlando, FL.

## SUMMARY, SELECTED CONSULTING DUTIES, THROUGH 2024

2025: On-scene response to dog bite fatality case, Deland (Volusia County) Florida regarding the death of an 8 year old male with Volusia County Animal Services, the Volusia County Sheriff's Office, and the Office of the Medical Examiner, Volusia County.

2025: Consult, criminal homicide by dog attack, Kansas City MO with Animal Services and Kansas City Police.

2024: On-scene investigation, dog bite and child abuse, Macon, Georgia with local police and prosecutor.

2024: On-scene investigation, criminal homicide, Albany, New York with local Law Enforcement and Prosecutors' Office

2024: On-scene investigation, criminal homicide, Brooks County Georgia with local Sheriff and Georgia Bureau of Investigation

2024: Consult on criminal homicide (*Massachusetts v. Karen Read*), Norwalk District Attorney's Office, Norwalk, Massachusetts.

2023: Consult, on scene, criminal homicide investigation with Miami-Dade Animal Services and Office of the Medical Examiner, Miami-Dade.

2023: Consult on criminal homicide investigation, Deschutes County District Attorney, Bend, Oregon.

2020: Consult on scene with Crawford County GA Sheriff's Office on dog bite related homicide investigation.