UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

### ORDER

Considering the foregoing *Plaintiffs' Ex Parte Motion for Leave to File Partial Summary Judgment Motion*, and for the reasons stated therein, R. Doc. 218,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiffs' attached motion shall be filed into the record. Defendants' opposition is due on Friday, May 23rd, 2025 and Plaintiffs' reply is due on Wednesday, May 28th, 2025.

Signed in New Orleans, Louisiana, on this 16th of May, 2025.

_____
United States District Judge