UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## ORDER

Having duly considered Plaintiffs' Motion *in Limine* Regarding Defense Witnesses Lubrano, Sanchez, Ganthier, and Kirkpatrick, and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED. It is ordered that Defense Witnesses Lubrano, Sanchez, Ganthier, and Kirkpatrick shall not testify at trial, and the memoranda/letters containing their conclusions shall not be admitted at trial

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA