1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | CIVIL ACTION NO. 22-00847 |
| VERSUS | SECTION: L DIVISION: 4 |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | HON. ELDON FALLON HON. KAREN W. ROBY |

DEPOSITION OF ASSISTANT SUPERINTENDENT HANS GANTHIER, given in the above-entitled cause, pursuant to the following stipulation, before Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana at the Office of the City Attorney, 1300 Perdido Street, Room 5E03, New Orleans, Louisiana, on the 14th day of May, 2025, commencing at 2:25 PM.

```
                                                                    2
 1    APPEARANCES:

 2
      REPRESENTING THE PLAINTIFFS:
 3
              JONES, WALKER
 4            BY:  TARAK ANADA,
              ATTORNEY AT LAW -and-
 5            PATRICK M. VANBURKLEO,
              ATTORNEY AT LAW
 6            201 St. Charles Avenue
              New Orleans, Louisiana  70170-5100
 7            (pvanburkleo@joneswalker.com)

 8
      REPRESENTING DERRICK BURMASTER, SHAUN FERGUSON,
 9    and the CITY OF NEW ORLEANS:

10            OFFICE OF THE CITY ATTORNEY
              BY:  JAMES ROQUEMORE,
11            ATTORNEY AT LAW
              1300 Perdido Street
12            Suite 5E03
              New Orleans, Louisiana  70112
13            (James.Roquemore@nola.gov)

14

15
      Reported By:
16
              Sandra P. DiFebbo
17            Certified Shorthand Reporter
              State of Louisiana
18

19

20

21

22

23

24

25
```

```
                                                            3
 1        E X A M I N A T I O N          I N D E X
 2
 3                                       Page
 4    BY MR. ANADA:               5
 5
 6        E X H I B I T            I N D E X
 7
 8                       Page
 9
10    Exhibit L1                            45
11    Exhibit L2                            20
12    Exhibit L3                            37
13    Exhibit L4                            44
14    Exhibit L5                            48
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                           4
 1                    S T I P U L A T I O N
 2
 3              It is stipulated and agreed by and
 4   between Counsel for the parties hereto that the
 5   deposition of ASSISTANT SUPERINTENDENT HANS
 6   GANTHIER is hereby being taken pursuant to the
 7   Federal Rules of Civil Procedure for all purposes
 8   in accordance with law;
 9              That the formalities of reading and
10   signing are specifically waived;
11              That the formalities of sealing,
12   certification, and filing are hereby specifically
13   waived.
14              That all objections, save those as to
15   the form of the question and responsiveness of the
16   answer are hereby reserved until such time as this
17   deposition or any part thereof is used or sought to
18   be used in evidence.
19                    *  *  *  *  *
20              Sandra P. DiFebbo, Certified Shorthand
21   Reporter, in and for the State of Louisiana,
22   officiated in administering the oath to the
23   witness.
24
25
```

```
                                                              40
 1        Q.    Do you believe that police officers
 2   should not shoot a dog unless it appears -- let me
 3   state that again.  Do you believe that "Police
 4   officers should not shoot a dog unless it
 5   reasonably appears to pose an imminent threat of
 6   serious bodily harm or death?"
 7        A.    Yes.  I agree with that.
 8        Q.    Do you believe that police officers
 9   should ensure there was no risk to people in the
10   area before shooting a dog?
11        A.    As far as identifying their target and
12   making sure they are responsible for their rounds,
13   yes.
14        Q.    Were you aware that Officer Roussel was
15   struck by some sort of shrapnel?
16        A.    No.  I was not aware of that, nor did I
17   hear that.
18        Q.    Does that matter to you?
19        A.    Well, of course, it matters.  Was he hurt
20   from that?  I have never heard that.
21        Q.    You never heard that he had to be taken
22   to the emergency room to have shrapnel removed from
23   his arm?
24        A.    I didn't hear that, no.
25        Q.    Do you believe that to be a false
```