UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

**Plaintiffs' Motions *in Limine***

This case is about the use of excessive force and killing of Plaintiffs' sixteen-week-old puppy by New Orleans Police Department officer Derrick Burmaster. At the trial of this matter, this Court should exclude the following by Defendants:

1. Any evidence or reference to Plaintiffs' *other* dog biting people, because Burmaster did not know the other dog's history, and so it could not have been relevant to his decision to shoot the puppy.

2. Any evidence or reference to Plaintiff Derek Brown's alcohol use as irrelevant and prejudicial.

3. Any evidence of or reference to Defendant Derrick Burmaster's military service and service-related trauma as irrelevant.

4. Any reference to the term or argument that Defendant Derrick Burmaster was "exonerated" as misleading.

5. Any testimony about NOPD academy training and a 2017 "Daily Training Bulletin" because Defendants do not know anything about the content of those trainings.

The Court should also grant Plaintiffs' prior Motions *in Limine* (R. Docs. 94, 102, and 125), re-urged in R. Doc. 182, and re-urged herein. Specifically, the Court should:

6. Bar any intimations of criminal conduct by Plaintiffs or reference to domestic violence, as NOPD cleared them of any wrongdoing.

7. Include Apollo's height and weight in the stipulated facts, given that the autopsy report is a joint exhibit.

8. Bar any reference to Burmaster's finances or financial status, because Burmaster failed to

1

#103959587v1

disclose information on that topic until after his deposition.

9. Bar Sgt. Pruitt from saying the shooting was "justified" because she was using that word "strictly limited to whether or not [Burmaster] committed a crime."

For the reasons described in the attached memorandum in support, the Court should grant the motion.

Respectfully Submitted:

*/s/ William Most*

| | |
|---|---|
| WILLIAM MOST (La. Bar No. 36914) | TARAK ANADA (#31598) |
| HOPE PHELPS (La. Bar No. 37259) | PATRICK VAN BURKLEO (#41471) |
| DAVID LANSER (La. Bar No. 37764) | JONES WALKER LLP |
| MOST & ASSOCIATES | 201 St. Charles Avenue |
| 201 St. Charles Ave., Ste. 2500, # 6825 | New Orleans, Louisiana 70170-5100 |
| New Orleans, LA 70170 | Telephone: (504) 582-8322 |
| Telephone: (504) 509-5023 | Facsimile: (504) 589-8322 |
| E-Mail: williammost@gmail.com | E-Mail: tanada@joneswalker.com |