### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

### ORDER

Having duly considered Plaintiffs' Motion *in Limine,* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED. It is ordered that Defendants are excluded from offering:

1. Any evidence or reference to Plaintiffs' other dog's history.
2. Any evidence or reference to Plaintiff Derek Brown's alcohol use.
3. Any evidence of or reference to Defendant Derrick Burmaster's military service and service-related trauma.
4. Any reference to the term or argument that Defendant Derrick Burmaster was "exonerated."
5. Any testimony about NOPD academy training and a 2017 "Daily Training Bulletin."
6. Any intimations of criminal conduct by Plaintiffs or reference to domestic violence.
7. Any reference to Burmaster's finances or financial status.
8. Bar Sgt. Pruitt from saying the shooting was "justified" because she was using that word "strictly limited to whether or not [Burmaster] committed a crime."

Furthermore, the parties shall include Apollo's height and weight in inches and pounds in the stipulated facts, given that the autopsy report is a joint exhibit.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA