**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*******************************************************************************

**Notice of Submission for Plaintiffs' Motion *in Limine***

Plaintiff's motion in limine is noticed for submission according to this Court's order in R.

Doc. 175, which reads: "All other motions in limine and memoranda in support shall be filed two

weeks before trial, and responses thereto shall be filed one week before trial. Replies, if any, shall

be filed no later than three days after opposing party's response deadline."

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)          TARAK ANADA (#31598)
HOPE PHELPS (La. Bar No. 37259)           PATRICK VAN BURKLEO (#41471)
DAVID LANSER (La. Bar No. 37764)          JONES WALKER LLP
MOST & ASSOCIATES                         201 St. Charles Avenue
201 St. Charles Ave., Ste. 2500, # 6825   New Orleans, Louisiana 70170-5100
New Orleans, LA 70170                      Telephone: (504) 582-8322
Telephone: (504) 509-5023                  Facsimile: (504) 589-8322
E-Mail: williammost@gmail.com             E-Mail: tanada@joneswalker.com