```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and       *  CIVIL ACTION
     JULIA BARECKI-BROWN    *
 4                          *  DOCKET NUMBER: 22-00847
     VERSUS                 *
 5                          *  SECTION: L
     DERRICK BURMASTER,     *
 6   SHAUN FERGUSON, and    *  HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS *
 7                          *  DIVISION:  4
                            *
 8                          *  HONORABLE KAREN WELLS ROBY

 9   ****************************************************

10

11       Deposition of DEREK BROWN, taken via Zoom with

12    the witness located in New Orleans, Louisiana, on

13   Wednesday, the 19th day of December 2022, beginning

14                   at 9:00 a.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002

25
```

DEREK BROWN on 12/19/2022

```
 1                    MR. ANADA:  Jim, could I ask the

 2                    court reporter -- Ms. Court

 3                    Reporter, I promise when I would

 4                    object I would say my name and then

 5                    I try -- I have been forgetting to

 6                    do that.  Is it, okay.

 7                    MADAM COURT REPORTER:  Yes, sir.

 8                    MR. ANADA:  You know who is

 9                    objecting.

10                    MADAM COURT REPORTER:  I do.  I can

11                    hear you and I can see it, as well.

12                    So you're good.

13                    MR. ANADA:  Thank you.  Sorry for

14                    the interruption.

15     BY MR. ROQUEMORE:

16         Q.   So I asked you about Bucho after April

17     10th.  Tell me about Bucho before April 10th.

18     Did he bark at the door?  Did he run at the gate?

19     Tell me about those incidents that you remember?

20         A.   Yes.  Yes.  He -- this is the main reason

21     why we have dogs, you know, to protect our -- one of

22     the main reasons is to protect our home.  And having

23     a dog that barks when someone is there is a good

24     thing to have in New Orleans.  And he had done that,

25     our dog before had done that.  He learned that trait
```

```
 1   from our previous dog, Jezebel, who had barked a lot
 2   at the door.  She was very barky and I'm sure he
 3   learned that from her when people arrived to bark a
 4   few times.
 5        Q.   Okay.  Have you ever observed him to run
 6   at a person who has entered the gate before
 7   April 2021?
 8        A.   Yes, I'm sure he did.  I can't give you a
 9   specific, but he is a playful dog and most people
10   that come into our yard he wants to play with.
11        Q.   Have you ever had an incident where Bucho
12   bit anybody?
13        A.   Yes.
14        Q.   Tell me about that?
15        A.   There's been a couple of incidents where
16   he bit people recently, two I can remember in
17   particular were a gentleman walking by our front
18   yard while I was doing some yard work.  He was
19   intoxicated.  He stuck his hand through the gate and
20   I didn't see it happen, I just heard.  And he said
21   that Bucho bit him and he was like bleeding.
22           And then another incident was several, i
23   don't know, five months ago.  A friend of mine was,
24   he was housesitting for us.  And he was going to dog
25   sit for us, and he came to the door and let himself
```

1   in the door.  We weren't there, again I didn't see

2   it.  From what I was told, Bucho bit him as well.

3       Q.   That was about five months ago?

4       A.   Correct.  I think it was about five months

5   ago.

6       Q.   Who was the person that was housesitting

7   that got bit?

8       A.   A friend neighbor named Matt Ryan.

9       Q.   Was there a report or complaint made to

10  any person in authority about the bite?

11      A.   No.

12      Q.   Did you have an insurance claim made

13  against your homeowners policy or any kind of

14  lawsuit or anything like that?

15      A.   No.

16      Q.   And with regard to the hand that got bit

17  in the gate, do you remember about when that was?

18      A.   Around the same time, I want to say like a

19  month or two before.  But it was really hot out,

20  maybe August.

21      Q.   What happened afterwards with regard to

22  complaints or anything like that?

23      A.   Nothing.  I saw the individual, I see him

24  int he neighborhood.  We say hi.  He's not --

25      Q.   He's not pursued that --

1       A.    -- any further, no.

2       Q.    Was there an incident where Bucho bit a

3  person before April of 2021?

4       A.    I believe he had an incident where, I

5  think he nipped my dad.

6       Q.    When was that?

7       A.    I think it was like the 4th of July, three

8  or four years ago.  It was up in Michigan.  We took

9  him to Michigan for a big family event.

10      Q.    Fourth of July 2019, 2018, something

11 around those?

12      A.    I think it was 2020, July of 2020.

13      Q.    Tell me some more details about that

14 situation, tell me what happened?

15      A.    It was a large group, 30 plus people come

16 up to my nieces home, lake home for Fourth of July.

17 We always bring our pets.  We've driven up there for

18 the weekend, with our other dog.  They were running

19 around and playing and I think he just got

20 overexcited.  My dad's a large guy with a deep

21 voice, and I think he just got excited and my dad's

22 hand got in the way.

23      Q.    When you say he nipped him, like, describe

24 that?

25      A.    I didn't see that either.  My mom told me

1   about it later.

2       Q.   Was there bleeding?

3       A.   There was like a Band-Aid on my dad's

4   hand.

5       Q.   Any other incidents where Bucho bit or

6   nipped anybody?

7       A.   No.

8       Q.   You mentioned having, Jezebel, when did

9   you have -- what was Jezebel's period or life with

10  you, when was that about?

11      A.   So she died November of 2019.  We would

12  have had her for about 14 years.  We got her when

13  she was probably six months old.  We've had two dogs

14  pretty much since our daughter was born.  We usually

15  have two dogs so they can socialize with each other.

16      Q.   So how old is your daughter, your second

17  daughter is 17.  So for 17 years you've, basically,

18  had two dogs?

19      A.   Yes.  That sounds accurate.

20      Q.   All right.  So you had Jezebel who passed

21  away in 2019, and then after Jezebel you had, you

22  adopted Apollo; is that correct?

23      A.   Correct.

24      Q.   Before Jezebel tell me about the dogs that

25  you had over the last five years, I guess?

27

```
 1        A.   The first dog we got shortly a few years
 2   after we moved here in 2001, that was -- his name
 3   was Henri.  And he was also, he was a black mouth
 4   cur pit bull mix.  And he was a large dog.  And we
 5   had him, he lived for approximately 14 years.  So he
 6   died in 2014, 2015.  We got Jezebel when he was
 7   maybe six years old.
 8        Q.   Jezebel's a boy?
 9        A.   Jezebel's a girl.
10        Q.   A girl, okay.
11        A.   So we had Henri and Jezebel.  And when
12   Henri passed we waited about a year or so then we
13   got Bucho.  So we had Bucho and Jezebel.  And then
14   Jezebel passed and we got Apollo, so we had Apollo
15   and Bucho.
16        Q.   And are all of these rescue dogs or where
17   did you get them from?
18        A.   Yeah.  We adopted Henri from the
19   neighborhood, at local pub.  I think just someone
20   passing by.  We adopted Jezebel from a friend in the
21   neighborhood.  Bucho we adopted from, we found him
22   on Craig's list.  I sought him out particularly for
23   that breed.  We adopted Apollo from Trampled Rose.
24   We adopted Apollo's brother after Apollo was killed
25   from Trampled Rose.
```

```
 1                    REPORTER'S PAGE

 2           I, Jill Cox, Certified Court Reporter in

 3    and for the State of Louisiana, the officer, as

 4    defined in Rule 28 of the Federal Rules of Civil

 5    Procedure and/or Article 1434 (B) of the Louisiana

 6    Code of Civil Procedure, before whom this proceeding

 7    was taken, do hereby state on the Record:

 8           That due to the interaction in the

 9    spontaneous discourse of this proceeding, dashes (--)

10    have been used to indicate pauses, changes in

11    thought, and/or talkovers; that same is the proper

12    method for a Court Reporter's transcription of

13    proceeding, and that the dashes (--) do not indicate

14    that words or phrases have been left out of this

15    transcript;

16           That any words and/or names which could not

17    be verified through reference material have been

18    denoted with the phrase "(spelled phonetically)."

19

20

21           _____

22                    Jill Cox, CVR, CCR

23                    NVRA CVR #7553

24                    LA CCR #2019002

25
```