```
              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF LOUISIANA

***************************************************

DEREK BROWN AND              * CIVIL ACTION
JULIA BARECKI-BROWN          * DOCKET NUMBER:
                             * 22-00847
versus                       * SECTION: L
                             * HONORABLE
                             * ELDON E. FALLON
DERRICK BURMASTER, SHAUN     * DIVISION: 4
FERGUSON, AND THE CITY OF    * HONORABLE
NEW ORLEANS                  * KAREN WELLS ROBY

***************************************************
```

        The deposition of DR. ELIZABETH BERK, taken on FRIDAY, APRIL 4, 2025, commencing at 2:00 PM via videoconference.

                          * * *

```
 1            THE WITNESS:  I'm sorry, go ahead.  I          2:44PM
 2       asked about the relationship.  I -- I --            2:44PM
 3   BY MR. ROQUEMORE:                                       2:44PM
 4       Q    What exactly did you ask?                      2:44PM
 5       A    I couldn't probably recall the exact           2:44PM
 6   wording, but I wanted to know prior to the events       2:44PM
 7   were they getting along?  Were they, you know,          2:44PM
 8   were they living together?  Were they coparenting       2:44PM
 9   together?  Did they socialize together?  And the        2:44PM
10   answers to those things were, Yes.                      2:44PM
11       Q    So he said they were getting along?            2:44PM
12       A    In general.  It didn't seem like there         2:44PM
13   were any major issues other than like normal            2:44PM
14   levels of disagreements, arguing.                       2:44PM
15       Q    Was there anything unusual about the           2:45PM
16   argument that happened on this particular night?        2:45PM
17       A    It didn't seem to be.                          2:45PM
18       Q    Are you aware that the police were             2:45PM
19   called because somebody heard screaming?                2:45PM
20       A    Yes.  I didn't know exactly what               2:45PM
21   happened.  I -- from both of them, that he              2:45PM
22   believed that one of the neighbors called the           2:45PM
23   police.                                                 2:45PM
24       Q    Is it -- would you consider to be a            2:45PM
25   normal amount of fighting to be so loud that the        2:45PM
```

```
 1   neighbors called the police?                              2:45PM
 2           MR. ANADA:  Object to form.  Calls for            2:45PM
 3        speculation.  Go ahead, you can answer.              2:45PM
 4           THE WITNESS:  Yeah.  I'm not -- I'm not           2:45PM
 5        really sure what would cause someone, it             2:45PM
 6        would depend on who's hearing it.  What              2:45PM
 7        would be their level of concern.  I                  2:45PM
 8        think some people might hear screaming               2:46PM
 9        and never call the police.  Some people              2:46PM
10        might hear something and call.                       2:46PM
11   BY MR. ROQUEMORE:                                         2:46PM
12        Q   Okay.  So you have no opinion about              2:46PM
13   whether or not it's an unusual amount of arguing          2:46PM
14   to argue to the level where people feel it's              2:46PM
15   necessary to call the police?                             2:46PM
16           MR. ANADA:  Object to form.  Go ahead.            2:46PM
17           THE WITNESS:  I -- what I would say is            2:46PM
18        that I wouldn't find it unusual for                  2:46PM
19        people to fight and raise their voices               2:46PM
20        and scream at each other.  I think that              2:46PM
21        that is common in families.                          2:46PM
22   BY MR. ROQUEMORE:                                         2:46PM
23        Q   All right.  But you did ask, at some             2:46PM
24   point, Mr. Brown, about the amount that he was            2:46PM
25   drinking on a regular basis before this happened,         2:46PM
```

```
 1   right?                                                          2:46PM
 2        A    Yes.                                                  2:46PM
 3        Q    So before his dog was shot, his response              2:47PM
 4   was he had one to two drinks every day; is that                 2:47PM
 5   fair?                                                           2:47PM
 6        A    Most days, yes, every day.                            2:47PM
 7        Q    Okay.  And what did he mean by one to                 2:47PM
 8   two drinks?                                                     2:47PM
 9             MR. ANADA:  Object to form.                           2:47PM
10   BY MR. ROQUEMORE:                                               2:47PM
11        Q    Was it one to two beers, was it one to                2:47PM
12   two liquor drinks, or what?                                     2:47PM
13        A    I believe -- I'm not totally sure that I              2:47PM
14   recall.  I'm not sure.                                          2:47PM
15        Q    Okay.  So you don't know what he was                  2:47PM
16   drinking, one to two drinks most days.                          2:47PM
17        A    No.                                                   2:47PM
18        Q    Is that correct?                                      2:47PM
19        A    Correct.                                              2:47PM
20        Q    And he also told you he would smoke only              2:47PM
21   one cigarette a day?                                            2:47PM
22        A    Yes, he did.                                          2:47PM
23        Q    Okay. And you believed him on that one?               2:47PM
24        A    Yes.                                                  2:48PM
25        Q    In talking to him, he said that after                 2:48PM
```

| | | |
|---|---|---|
| 1 | the shooting he was drinking more, right? | 2:48PM |
| 2 | A   Yes. | 2:48PM |
| 3 | Q   Okay.  Did he tell you what he meant by | 2:48PM |
| 4 | that? | 2:48PM |
| 5 | A   He did not say a consistent amount, but | 2:48PM |
| 6 | that he would drink, like, in the evening before, | 2:48PM |
| 7 | but then would drink throughout the day, for those | 2:48PM |
| 8 | few weeks after the incident. | 2:48PM |
| 9 | Q   So after the incident he was drinking | 2:48PM |
| 10 | during the day, right? | 2:48PM |
| 11 | A   Yes. | 2:48PM |
| 12 | Q   He was drinking to a level that was | 2:48PM |
| 13 | affecting his ability in different ways, right? | 2:48PM |
| 14 |          MR. ANADA:  Object to form. | 2:48PM |
| 15 |          THE WITNESS:  Yeah, I'm not sure how he | 2:48PM |
| 16 |          was impaired. | 2:49PM |
| 17 | BY MR. ROQUEMORE: | 2:49PM |
| 18 | Q   Well, he mentioned difficulty | 2:49PM |
| 19 | concentrating, right? | 2:49PM |
| 20 | A   Yes. | 2:49PM |
| 21 | Q   Alcohol would affect your ability to | 2:49PM |
| 22 | concentrate; is that true? | 2:49PM |
| 23 |          MR. ANADA:  Object to form. | 2:49PM |
| 24 |          THE WITNESS:  It would be one thing that | 2:49PM |
| 25 |          would affect your ability to | 2:49PM |

| | | |
|---|---|---|
| 1 | concentrate. | 2:49PM |
| 2 | BY MR. ROQUEMORE: | 2:49PM |
| 3 | Q   In your experience as a counselor, in | 2:49PM |
| 4 | your training as a psychologist, you would agree | 2:49PM |
| 5 | that somebody who's drinking during the day, | 2:49PM |
| 6 | that's going to affect their ability to | 2:49PM |
| 7 | concentrate? | 2:49PM |
| 8 | A   If they were self-medicating it may or | 2:49PM |
| 9 | may not.  There are many fully functional | 2:49PM |
| 10 | alcoholics who drink all day and still do their | 2:49PM |
| 11 | jobs, so it really depends on the person. | 2:49PM |
| 12 | Q   Are you saying, though, that Mr. Brown | 2:49PM |
| 13 | may have been a functional alcoholic? | 2:49PM |
| 14 | A   No.  I have no indication of that. | 2:50PM |
| 15 | Q   You don't have an indication or you just | 2:50PM |
| 16 | don't know if he was a functional alcoholic? | 2:50PM |
| 17 | A   He did not report that.  It did not | 2:50PM |
| 18 | appear that he was.  He was sober when he came to | 2:50PM |
| 19 | the appointment as far as I could assess. | 2:50PM |
| 20 | Q   So difficulty concentrating, if he was a | 2:50PM |
| 21 | functional alcoholic it wouldn't be related to | 2:50PM |
| 22 | alcohol, correct? | 2:50PM |
| 23 | MR. ANADA:  Object to form. | 2:50PM |
| 24 | THE WITNESS:  Yeah, not necessarily.  I | 2:50PM |
| 25 | mean it could be, it couldn't be.  I | 2:50PM |

ELIZABETH BERK, M.D. on 04/04/2025

42

| | | |
|---|---|---|
| 1 | think it would be an individual | 2:50PM |
| 2 | case-by-case basis. | 2:50PM |
| 3 | BY MR. ROQUEMORE: | 2:50PM |
| 4 | Q   Being forgetful, he often reported that, | 2:50PM |
| 5 | right? | 2:50PM |
| 6 | A   Yes. | 2:50PM |
| 7 | Q   And that very well could be alcohol | 2:50PM |
| 8 | related? | 2:50PM |
| 9 | A   Potentially.  I think the -- the sort | 2:50PM |
| 10 | of, like, chicken and the egg sometimes is that if | 2:50PM |
| 11 | you are experiencing any of these other symptoms, | 2:51PM |
| 12 | you might drink to cope with them, not necessarily | 2:51PM |
| 13 | that the alcohol is causing the symptoms. | 2:51PM |
| 14 | Q   The question is, if you're drinking, | 2:51PM |
| 15 | drinking is going to make it -- you more forgetful | 2:51PM |
| 16 | than if you weren't.  Is that fair? | 2:51PM |
| 17 | MR. ANADA:  Object to form.  Calls for | 2:51PM |
| 18 | speculation.  Go ahead. | 2:51PM |
| 19 | THE WITNESS:  It would depend on what | 2:51PM |
| 20 | you were drinking I would say. | 2:51PM |
| 21 | BY MR. ROQUEMORE: | 2:51PM |
| 22 | Q   Okay. Explain that. | 2:51PM |
| 23 | A   If you, you know, are a regular drinker | 2:51PM |
| 24 | and had two beers and had a high tolerance, I | 2:51PM |
| 25 | would guess that you would probably be able to go | 2:51PM |

```
 1   about your daily life.  If you had five              2:51PM
 2   margaritas, you probably would be more forgetful.    2:51PM
 3        Q    We're going to -- I'm just trying to get   2:51PM
 4   an idea of where Mr. Brown fell in between five      2:51PM
 5   margaritas and being a regular drinker?              2:52PM
 6             MR. ANADA:  Object to form.                2:52PM
 7   BY MR. ROQUEMORE:                                    2:52PM
 8        Q    Do you have any idea?                      2:52PM
 9        A    I do not.                                  2:52PM
10        Q    He also said sleeping more after this      2:52PM
11   event.  Again, sleeping more could very well be      2:52PM
12   alcohol related, right?                              2:52PM
13             MR. ANADA:  Object to form.                2:52PM
14             THE WITNESS:  It could be.  It could be    2:52PM
15        related to a number of things.                  2:52PM
16   BY MR. ROQUEMORE:                                    2:52PM
17        Q    Someone who was drinking during the day,   2:52PM
18   you would agree that's going to affect their         2:52PM
19   ability to sleep well?                               2:52PM
20             MR. ANADA:  Object to form.  Calls for     2:52PM
21        speculation.  Asked and answered.               2:52PM
22             THE WITNESS:  Yeah, it could.  It might    2:52PM
23        not; it might.                                  2:52PM
24   BY MR. ROQUEMORE:                                    2:52PM
25        Q    And for these -- a couple of other         2:52PM
```

| | | |
|---|---|---|
| 1 | things; eating poorly, isolating himself socially; | 2:52PM |
| 2 | you would agree that drinking would make somebody | 2:53PM |
| 3 | eat less, eat more poorly, right? | 2:53PM |
| 4 |     MR. ANADA:  Object to form.  Calls for | 2:53PM |
| 5 |     speculation. | 2:53PM |
| 6 |     THE WITNESS:  No, not necessarily. | 2:53PM |
| 7 | BY MR. ROQUEMORE: | 2:53PM |
| 8 |    Q   Having a headache; often people have | 2:53PM |
| 9 | headaches after drinking a lot, right? | 2:53PM |
| 10 |     MR. ANADA:  Object to form.  Calls for | 2:53PM |
| 11 |     speculation. | 2:53PM |
| 12 | BY MR. ROQUEMORE: | 2:53PM |
| 13 |    Q   You do understand what I mean by having | 2:53PM |
| 14 | a headache -- | 2:53PM |
| 15 |    A   I do understand.  They may. | 2:53PM |
| 16 |    Q   So if you were drinking everyday for two | 2:53PM |
| 17 | weeks -- hey, can we take a -- take a quick break? | 2:53PM |
| 18 | I'm going to put you guys on pause. | 2:53PM |
| 19 |     MR. ANADA:  Sure. | 2:53PM |
| 20 |     (At this time, a brief recess was | 2:56PM |
| 21 |     taken.) | 2:56PM |
| 22 | BY MR. ROQUEMORE: | 2:56PM |
| 23 |    Q   So when you met Mr. Brown June 15, 2021, | 2:56PM |
| 24 | this was a full two months after the shooting of | 2:56PM |
| 25 | the dog.  Is that what your understanding was? | 2:56PM |

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 2:56PM |
| 2 | Q | Okay. And when he met with you, was he | 2:56PM |
| 3 | | currently doing what he said, drinking more? | 2:56PM |
| 4 | A | No. He reported that was for the first | 2:56PM |
| 5 | | three weeks to a month. | 2:56PM |
| 6 | Q | So he was no longer drinking alcohol any | 2:56PM |
| 7 | | more than a one to two drinks on a regular basis, | 2:56PM |
| 8 | | right? | 2:57PM |
| 9 | A | Correct. | 2:57PM |
| 10 | Q | You understand that one of the things | 2:57PM |
| 11 | | that Mr. Brown and Mr. Barecki did after the dog | 2:57PM |
| 12 | | got shot was to go out and adopt another dog, | 2:57PM |
| 13 | | right? | 2:57PM |
| 14 | A | Yes. | 2:57PM |
| 15 | Q | And do you know why they did that? | 2:57PM |
| 16 | A | I can speculate that they were trying to | 2:57PM |
| 17 | | heal in some way by doing that. | 2:57PM |
| 18 | Q | Is that a recognized way for somebody to | 2:57PM |
| 19 | | heal from the loss of a pet, to get another pet? | 2:57PM |
| 20 | | MR. ANADA: Object to form. | 2:57PM |
| 21 | | THE WITNESS: Yeah, I guess I'm not sure | 2:58PM |
| 22 | | of everyone, but in my life it's quite | 2:58PM |
| 23 | | common, I would say. I don't know if I | 2:58PM |
| 24 | | can make a professional opinion on that; | 2:58PM |
| 25 | | but, yes I know many people who have | 2:58PM |

```
 1                gotten a dog before or right after          2:58PM
 2                losing another dog or cat.                   2:58PM
 3   BY MR. ROQUEMORE:                                         2:58PM
 4        Q    In your professional work have you ever         2:58PM
 5   recommended that somebody who has lost a pet go           2:58PM
 6   out and get another pet?                                  2:58PM
 7        A    I don't normally give recommendations           2:58PM
 8   like that, or I'm not going to tell people what to        2:58PM
 9   do.  I might ask them is that something that would        2:58PM
10   be helpful.                                               2:58PM
11        Q    Have you ever asked somebody if getting         2:58PM
12   another pet would be helpful?                             2:58PM
13        A    Yes.                                            2:58PM
14        Q    But you've never actually recommended           2:58PM
15   getting another pet, right?                               2:58PM
16        A    Only because it's not my therapeutic            2:58PM
17   style to do that.                                         2:58PM
18        Q    Mr. Brown also said that after this             2:59PM
19   event he put a lock on his gate?                          2:59PM
20        A    Yes, he did say that.                           2:59PM
21        Q    Do you know why he put a lock on his            2:59PM
22   gate?                                                     2:59PM
23        A    So that people couldn't come in the yard        2:59PM
24   was one reason.  The other was that he was very           2:59PM
25   nervous that the dogs were going to get out, and I        2:59PM
```

```
                    C E R T I F I C A T E
```

     This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

     I, Cynthia LeBlanc, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that, DR. ELIZABETH BERK, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 84 pages; that this testimony was reported by me in the stenomask reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter, nor is there any such relationship between myself and a party litigant; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

     Dated this 14th day of April, 2025.


                    _____
                    Cynthia S. LeBlanc, CCR
                    Louisiana Certification No. 2019006