UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and JULIA | CIVIL ACTION |
| BARECKI-BROWN | NO. 22-00847 |
| VERSUS | SECTION: L |
| | DIVISION: 4 |
| DERRICK BURMASTER, SHAUN | HON. ELDON FALLON |
| FERGUSON, and the CITY OF | HON. KAREN W.ROBY |
| NEW ORLEANS | |

DEPOSITION OF SERGEANT DAVID A. BARNES, individually, and as the 30(b)(6) representative of the City of New Orleans, given in the above-entitled cause, via Zoom videoconferencing, pursuant to the following stipulation, before Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana on the 31st day of March, 2025, commencing at 1:00 PM.

1              there is, obviously, also, the
2              PowerPoint.  So I reviewed that.  I
3              reviewed the e-mail that had been sent
4              out providing instructions for the May
5              2017 DTB and the two chapters.
6  BY MR. MOST:
7     Q.   Okay.  For the May 2017 DTB, did you
8  review the videos themselves?
9     A.   I did not.
10    Q.   So then is it fair to say that the
11 entirety of NOPD's training regarding interacting
12 with dogs in the field consists of the May 2017
13 e-mail DTB, the videos associated with that, the
14 test associated with that, and then May 2019 a
15 PowerPoint and then a test associated with the
16 PowerPoint; is that accurate?
17            MR. ROQUEMORE:
18                Objection, form.
19            THE WITNESS:
20                So I wouldn't say that's 100 percent
21            accurate.  I would say the DTBs
22            themselves are some of the training,
23            but NOPD also puts all their recruits
24            through training, actually, in-
25            classroom training regarding responding

```
 1                     to animals and dealing with dogs on
 2                     scenes, things like that.
 3   BY MR. MOST:
 4        Q.   Would that be during the academy or
 5   during inservice training?
 6        A.   It's during the academy.
 7        Q.   Did you review what the training is
 8   during the academy?
 9        A.   I did not review exactly what the
10   training is during the academy.  I know it's
11   changed over the years.  It was taught specifically
12   by members of Louisiana SPCA for a time, and now
13   it's transitioned to an online module.
14        Q.   Do you know anything about the contents
15   of the academy training at any time for NOPD?
16        A.   I don't know the specifics of the
17   contents of the academy training, just that it is
18   the -- it is now a DOJ and COPS training through an
19   online training that they do that is, I think, five
20   modules.
21        Q.   Is there also inservice training about
22   interacting with dogs other than the DTBs?
23        A.   I do know that this year is, and it's
24   another set of online courses through the DOJ COPS
25   portal.
```

1   Q.   Prior to this year, has there been any
2   inservice training other than the DTBs related to
3   officer interaction with dogs?
4   A.   To the best of my memory, I believe there
5   was at one point, but I wasn't able to find any
6   records indicating that it took place in inservice.
7   Q.   So based on your investigation into
8   NOPD's training about officers interacting with
9   dogs, prior to 2025, that consisted of some academy
10   training, but you're not sure of the contents of
11   it, and then DTBs or associated documents and a
12   test in 2017 and 2019; is that correct?
13   A.   That's correct.
14   Q.   Have you brought any documents to today's
15   deposition?
16   A.   I have not.
17   Q.   Did you take any notes to prepare for
18   today's deposition?
19   A.   I did not.
20   Q.   What is your job title currently?
21   A.   Currently I'm a sergeant in charge of our
22   Legal Research and Planning Division, which
23   encompasses all of our Daily Training Bulletins.
24   Just to clarify, you'll hear me sometimes use the
25   term maybe, "Departmental Training," because it has

```
 1       A.   I'll have to double-check, but I think
 2   it's in a taser PowerPoint.  The original taser
 3   PowerPoint or the initial taser PowerPoint when you
 4   first go through the training.  I think it is -- if
 5   it's in that, then it will likely be in the form of
 6   a lesson plan.
 7       Q.   Let's move on to the -- we don't have a
 8   ton left. We are getting close to the end.
 9            MR. MOST:
10                 Jim, I think Lieutenant Helou will
11              be much shorter, I would expect.
12   BY MR. MOST:
13       Q.   Turning to the other inservice training
14   provided to officers, which was the May 2017 one,
15   the May 2017 DTB.  You are familiar with that?
16       A.   Yes.  I'm familiar with that.
17       Q.   We're looking at Deposition Exhibit 53
18   here.  It looks like an e-mail.  I guess it was
19   actually an e-mail that went out in April, and it
20   says May 2017 DTB.  It told officers to go to a
21   certain website and watch three videos, right, and
22   then take the test?
23       A.   That's correct.
24       Q.   The officers were asked to do this one
25   time in 2017, not each year or anything like that,
```

```
 1   right?
 2        A.   That is correct, to my knowledge.
 3        Q.   Does NOPD have these videos?
 4        A.   Not that I'm aware of.  I believe the
 5   videos were on the ASPCA site.  I don't know that
 6   anybody from NOPD had downloaded or captured any of
 7   those videos.  I don't have any record of us having
 8   the actual videos.
 9        Q.   So you don't know anything about the
10   contents of these videos, right?
11        A.   That's correct.  I don't know the
12   specific content of the videos.
13        Q.   When I've been saying you during this
14   deposition, you are our 30(b)(6) deposition witness
15   for the city, so when I say you, you understand
16   through this deposition I mean the city, not you
17   personally, Mr. Barnes, right?
18        A.   That's correct.
19        Q.   So you don't know if these were one-
20   minute videos or hour long videos?
21        A.   No.  I don't know, again, the specifics
22   of the content of the videos.
23        Q.   You watched these videos, though, as an
24   officer?
25        A.   As an officer back in 2017, when it would
```

```
 1   have gone through, yeah.
 2        Q.   Do you have any recollection of the
 3   contents of these videos?
 4        A.   Not specifically, other than just
 5   responding to dog bites, right, and responding to
 6   calls where there may be a dog on scene.
 7        Q.   Do you remember if they were animated or
 8   live videos or -- not live video, but whether they
 9   were animated or videos of a real person, anything
10   like that?
11        A.   No.  I don't recall any of the specific
12   content of those videos.
13        Q.   So, Sergeant Barnes, talking about --
14   going back to the DOJ document and the NOPD's
15   training, you would agree with me that there was a
16   large amount of content in the DOJ document about
17   the dangerousness of dogs, specifically that they
18   are not that dangerous, that was omitted from
19   NOPD's training, right?
20             MR. ROQUEMORE:
21                  Objection, form.
22             THE WITNESS:
23                  So there was -- obviously, the NOPD
24             training in 2019 was condensed to the
25             Departmental Training Bulletin, so
```

C E R T I F I C A T E

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, SANDRA P. DIFEBBO, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that SERGEANT DAVID BARNES, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 102 pages;

That the testimony was reported by me in stenotype, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, that I have acted in compliance with the prohibition on contractual relationships as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board;

That I am not related to Counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

_Sandra P. DiFebbo_
Sandra P. DiFebbo,
Certified Shorthand Reporter

Date: 4/14/25