UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-847 |
| DERRICK BURMASTER, ET AL | SECTION "L" (4) |

**ORDER**

Due to a conflict with the Court's schedule;

**IT IS HEREBY ORDERED** that the pretrial conference in this matter is **RESET** to Monday, June 2, 2025 at 1:30 P.M.

New Orleans, Louisiana, on this 27th of May, 2025.

_____
United States District Judge