UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br> <br> VERSUS <br> <br> DERRICK BURMASTER, SHAUN <br> FERGUSON, and the CITY OF <br> NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 22-00847 <br> <br> SECTION: L <br> <br> HONORABLE ELDON E. FALLON <br> <br> DIVISION: 4 <br> <br> HONORABLE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DESIGNATION OF NON-RETAINED EXPERT

Given the testimony provided by Mr. Goodly on March 6, 2023, and pursuant to Federal Rule of Civil Procedure 26, Plaintiffs hereby designate Former Chief Deputy Superintendent Christopher Goodly as a non-retained expert. Goodly is expected to provide expert testimony regarding the issues, investigation, and findings related to Defendant Derrick Burmaster's shooting of Apollo, Plaintiffs' 18-week-old Catahoula puppy. He is expected to provide expert testimony regarding his knowledge of the investigation and findings of the New Orleans Police Department's internal affairs division, the Public Integrity Bureau. He is expected to opine as to the level of threat Apollo posed to Burmaster, and what level of force was justified by the threat in existence.

Plaintiffs are still awaiting the non-rough transcript of Mr. Goodly's deposition testimony, but provide this designation at this time given the impending nature of trial. Plaintiffs reserve the right to also designate Mr. Goodly as a rebuttal expert.

This designation is not intended to provide a complete disclosure of Plaintiffs' experts.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com

*Counsel for Plaintiffs*

## *Certificate of Service*

I hereby certify that the above document was served on counsel for all parties by email on March 9, 2023.

/s/ William Most
William Most
