Gmail                                      **William Most <williammost@gmail.com>**

---

## Brown v. Burmaster: Designation of Goodly as Non-Retained Expert

---

**James M Roquemore** <James.Roquemore@nola.gov>                    Fri, Mar 10, 2023 at 9:21 AM
To: "C. Theodore Alpaugh III" <cta@gustebarnett.com>, William Most <williammost@gmail.com>, "Anada, Tarak"
<tanada@joneswalker.com>, Hope Phelps <hopeaphelps@outlook.com>, "Mauer, Christine" <cmauer@joneswalker.com>

William and Ted,

The City designates as non-retained experts the following: Debra Pruitt, Chris Goodley, Shannon Brewer, David
Duplantier, and John Helou.

Jim

## James M. Roquemore

### Assistant City Attorney

City of New Orleans | Law Department

1300 Perdido St., Room 5E03 | New Orleans, LA 70112

O: 504.658.9800 | F: 504.658.9868

james.roquemore@nola.gov



**NOTICE TO PUBLIC**: Please note that any documents or correspondence submitted to the City of New Orleans may
become public record pursuant to the provisions of the Louisiana Public Records Law. See La. Rev. Stat. §§ 44:1 – 44:41.

**CONFIDENTIALITY NOTICE**:  The information contained in this electronic mail transmission may be attorney/client
privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the
intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in
error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic
message.

**From:** C. Theodore Alpaugh III <cta@gustebarnett.com>
**Sent:** Friday, March 10, 2023 8:53 AM
**To:** James M Roquemore <James.Roquemore@nola.gov>; William Most <williammost@gmail.com>; Anada, Tarak <tanada@joneswalker.com>; Hope Phelps <hopeaphelps@outlook.com>; Mauer, Christine <cmauer@joneswalker.com>
**Subject:** RE: Brown v. Burmaster: Designation of Goodly as Non-Retained Expert

> **EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

[Quoted text hidden]