## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and<br>JULIA BARECKI-BROWN<br><br>VERSUS<br><br>DERRICK BURMASTER, SHAUN<br>FERGUSON, and the CITY OF<br>NEW ORLEANS | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>DOCKET NUMBER: 22-00847<br><br>SECTION: L<br><br>HONORABLE ELDON E. FALLON<br><br>DIVISION: 4<br><br>HONORABLE KAREN WELLS ROBY |

*******************************************************************************

### SHAUN FERGUSON'S AND THE CITY OF NEW ORLEANS' DESIGNATION OF NON-RETAINED EXPERTS

NOW INTO COURT, through undersigned counsel, come Defendants Shaun Ferguson and the City of New Orleans (the "City Defendants") who pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), hereby designate as non-retained experts the following:

- Sgt. Debra Pruitt, who may testify as to any matter touching upon her testimony at her deposition of March 6, 2023, including testimony regarding the issues, investigation and findings regarding the shooting at issue herein; the findings of the Public Integrity Bureau regarding same; the level of threat; and the level of force justified.

- Former Chief Chris Goodley, who may testify as to any matter touching upon his testimony at his deposition of March 6, 2023, including NOPD policies and training regarding use of force, tactics available to NOPD with respect to animal encounters, equipment authorized and/or mandated by NOPD policy, and supervision of Derrick Burmaster.

- Sgt. Shannon Brewer, who may testify as to any matter touching upon her testimony at her deposition of March 8, 2023, including testimony regarding PIB's investigatory and discipline process.

- Sgt. David Duplantier, who may testify as to any matter touching upon his testimony at his deposition of March 8, 2023, including NOPD policies and training of officers regarding use of force with respect to animal encounters and an evaluation of the use of force by Derrick Burmaster with respect to the incident in this case.

- Lt. John Helou, who may testify as to any matter touching upon his testimony at his deposition of March 10, 2023, including NOPD's supervision of Derrick Burmaster, Derrick Burmaster's prior disciplines and uses of force as a NOPD officer.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Shaun Ferguson and the City of New Orleans*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was transmitted to all parties in this case, through their respective counsels of record, via electronic mail, this 13th day of March, 2023.

*/s/ James M. Roquemore*
**James M. Roquemore**