UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | CIVIL ACTION |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | HONORABLE ELDON E. FALLON |
| | * | DIVISION: 4 |
| | * * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

### THE CITY OF NEW ORLEANS'[1]
### DESIGNATION OF NON-RETAINED EXPERTS

The City of New Orleans (the "City") who pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), hereby designate as non-retained experts the following:

- Sgt. David Duplantier, who may testify as to the bases of the report he authored dated July 14, 2021, concerning Officer Burmaster's actions in shooting Plaintiffs dog, any matter touching upon his testimony at his deposition of March 8, 2023, including NOPD policies and training of officers regarding use of force with respect to animal encounters and an evaluation of the use of force by Derrick Burmaster with respect to the incident in this case.

- Lt. John Helou, who may testify as to any matter touching upon his testimony at his deposition of March 10, 2023, including NOPD's supervision of Derrick Burmaster, Derrick Burmaster's prior disciplines and uses of force as a NOPD officer.

---

[1] This designation supersedes and replaces any previous designation made by the City.

Page **1** of **2**

- Chief Deputy Superintendent Hans Ganthier, who may testify as to the bases of the recommendations made in the memorandum dated September 11, 2023, to the NOPD superintendent.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Derrick Burmaster and the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted to all parties in this case, through their respective counsels of record, via electronic mail, this 28th day of March, 2025.

*/s/ James M. Roquemore*
**James M. Roquemore**