

William Most <williammost@gmail.com>

## Brown v. Burmaster

**Jonathan Aronie** <JAronie@sheppardmullin.com>  Tue, Mar 18, 2025 at 8:37 PM
To: William Most <williammost@gmail.com>
Cc: David Douglass <DDouglass@sheppardmullin.com>

William-

Thank you for your call earlier today. I understand you are looking to meet with and/or depose members of the Monitoring Team in relation to a civil lawsuit you have lodged against the City of New Orleans. As I mentioned, the Consent Decree, which is a Federal Court Order, precludes the Monitoring Team from testifying "in any other litigation or proceeding with regard to any act or omission of the City or any of its agents, representatives, or employees related to this Agreement or regarding any matter or subject that the Monitor may have received knowledge of as a result of its performance under this Agreement."  CD Para. 463. Further, we cannot "disclose non-public information provided to the Monitor pursuant to the Agreement." CD Para. 462. I'm sorry we cannot be more helpful to you in this matter.

Be well.

-Jonathan

### Jonathan Aronie

Consent Decree Monitor, NOPD
Leader, Sheppard Mullin Governmental Practice
+1 202-747-1902 | direct
+1 202-302-4855 | cell

JAronie@sheppardmullin.com | Bio

### SheppardMullin

2099 Pennsylvania Avenue, NW, Suite 100
Washington,  DC 20006-6801
+1 202-747-1900 | main

www.sheppardmullin.com | LinkedIn



**From:** William Most <williammost@gmail.com>
**Sent:** Tuesday, March 18, 2025 2:18 PM
**To:** Jonathan Aronie <JAronie@sheppardmullin.com>
**Cc:** Anada, Tarak <tanada@joneswalker.com>; Hope Phelps <hopeaphelps@outlook.com>; Veronica Barnes <veronicasuzannebarnes@gmail.com>; Van Burkleo, Patrick <pvanburkleo@joneswalker.com>
**Subject:** Brown v. Burmaster

Jonathan,

Thanks for speaking with me just now. As I mentioned, we represent the plaintiffs in the civil suit involving NOPD Officer Derrick Burmaster's shooting of a puppy.

Recently the City disclosed some records to us (attached) showing that Chet and Mitch provided comments on the PIB shooting investigation report, and met with PIB to discuss OCDM's findings.

I explained we'd like to talk with or depose Chet about those comments and findings. You said you'd check about what the judge's position is on that and get back to us. (I think that's what you said; the connection was a little unstable.)

Thank you!

William


--

William Most

Most & Associates

mostandassociates.com

(504) 509-5023

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.