UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN and** <br> **JULIA BARECKI-BROWN** <br><br> **VERSUS** <br><br> **DERRICK BURMASTER, SHAUN** <br> **FERGUSON, and the CITY OF** <br> **NEW ORLEANS** | * Civil Action No. 22-00847 <br> * <br> * SECTION: L <br> * <br> * HONORABLE ELDON E. FALLON <br> * <br> * DIVISION: 4 <br> * <br> * HONORABLE KAREN WELLS ROBY <br> * |

*******************************************************************************

**Plaintiffs' Proposed Verdict Form**

1. By examining the totality of the circumstances, do you find that Derrick Burmaster unreasonably killed Apollo in violation of Plaintiffs' constitutional rights because killing Apollo was **avoidable**?[1]

   Yes _____   No _____ *(Check one box. Proceed to the next question)*

2. By examining the totality of the circumstances, do you find that that Derrick Burmaster unreasonably killed Apollo in violation of Plaintiffs' constitutional rights because Apollo did not pose an **immediate danger** to Burmaster?[2]

   Yes _____   No _____ *(Check one box. Proceed to next question.)*

3. Do you find the City of New Orleans / New Orleans Police Department liable for a violation of Plaintiffs' **constitutional rights** for any of the following reasons: **improperly training, supervising, or retaining Derrick Burmaster**?

---

[1] *Ramirez v. Killian*, 113 F.4th 415, 429 (5th Cir. 2024) ("Therefore, 'consistent with [] every other circuit court to have addressed the issue,' we recognize that the 'killing of a pet dog can be a seizure.' . . . **Such a seizure** is reasonable **only if** [1] the dog 'poses an immediate danger and [2] the use of force in unavoidable.'"); *id.* at 428 ("Where the killing is done by a police officer while on-duty, the Fourth Amendment analysis centers on whether [1] the pet dog posed an immediate danger and [2] whether killing it was unavoidable.").
[2] *Id.*

1

    Yes _____   No _____ *(Check one box. Proceed to next question.)*

4. Do you find Derrick Burmaster liable for **negligently** killing Apollo?

    Yes _____   No _____ *(Check one box. Proceed to next question.)*

5. Do you find Derrick Burmaster liable for **negligent infliction of emotional distress** on Plaintiffs?

    Yes _____   No _____ *(Check one box. Proceed to next question.)*

6. Do you find Derrick Burmaster liable for **conversion** (in other words, the wrongful destruction of Apollo)?

    Yes _____   No _____ *(Check one box. Proceed to next question.)*

*(Check one box. If you checked at least one "Yes" anywhere in Questions 1 to 6, proceed to Question 7. If you checked "No" to all the questions in Questions 1 to 6, stop and turn this sheet in to the Judge.)*

7. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Derek Brown for the harm he suffered? *(Enter a sum in dollars for each line if appropriate, and then proceed to the next question.)*

    Mental Anguish and Emotional Distress

    $_____

    Loss of Enjoyment of Life

    $_____

8. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Julia Barecki-Brown for the harm she suffered? *(Enter a sum in dollars for each line if appropriate, and then proceed to the next question.)*

#103979762v1

Mental Anguish and Emotional Distress

$_____

Loss of Enjoyment of Life

$_____

9. Do you find that Derrick Burmaster acted with reckless or callous disregard or indifference to Plaintiffs' constitutional rights, thereby entitling Plaintiffs to an award of punitive damages?

Yes _____   No _____ *(Check one box. If Yes is checked, proceed to Question 10. If No is checked, stop and turn this sheet in to the Judge.)*

10. What total amount of punitive damages do you award against Derrick Burmaster?

$_____ *(Enter a sum in dollars, and then stop and turn this sheet in to the Judge.)*

Respectfully Submitted:

| | |
|---|---|
| */s/ William Most* | */s/ Tarak Anada* |
| WILLIAM MOST (La. Bar No. 36914) | TARAK ANADA (#31598) |
| HOPE PHELPS (La. Bar No. 37259) | PATRICK VAN BURKLEO (#41471) |
| DAVID LANSER (La. Bar No. 37764) | JONES WALKER LLP |
| MOST & ASSOCIATES | 201 St. Charles Avenue |
| 201 St. Charles Ave., Ste. 2500, # 6825 | New Orleans, Louisiana 70170-5100 |
| New Orleans, LA 70170 | Telephone: (504) 582-8322 |
| Telephone: (504) 509-5023 | Facsimile: (504) 589-8322 |
| E-Mail: williammost@gmail.com | E-Mail: tanada@joneswalker.com |

#103979762v1