# DEPARTMENT OF POLICE
## INTEROFFICE CORRESPONDENCE

**TO:** Michelle M. Woodfork  
Superintendent of Police  
**FROM:** Hans Ganthier  
Chief Deputy Superintendent  
Field Operations Bureau  
**SUBJECT:** Disciplinary Mitigating Circumstances  
FDI 2021-0238-R Officer Derrick Burmaster  

**DATE:** 09/11/2023

Superintendent Michelle M. Woodfork,

On Wednesday, June 15, 2023, Chief Deputy Superintendent Hans Ganthier, Deputy Superintendent Keith Sanchez, and Deputy Superintendent Ryan Lubrano held a Bureau Superintendent's Disciplinary Hearing under FDI #2021-0238-R involving Officer Derrick Burmaster assigned to FOB/Seventh District. Officer Burmaster was accused of the following **SUSTAINED** violations:

- **V1. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11**
- **V2. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 13 (a)**
- **V3. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 32**
- **V4. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.10 Uniform Specifications, Paragraph 29**
- **V5. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.11 Body Armor, Paragraph 8 (c)**

CITY DEFENDANTS - 5091

PIB CTN# 2021-0238-R                                                                                                  Page 2 of 3

During the hearing the following facts were learned:

On Saturday, April 14, 2021, Officers Derrick Burmaster and John Roussel, assigned to the 6th District responded to a domestic disturbance at 1420 Felicity Street. The Officers arrived and entered the front yard of the residence. Once inside the gate the Officers heard dogs barking. Officer Roussel ran and exited the front yard, while Officer Burmaster removed his weapon from the holster. Two dogs ran from the upstairs apartment. The larger dog ran towards the exit, toward Officer Roussel, while the smaller dog ran toward Officer Burmaster. Officer Burmaster fired three shots, fatally wounding the dog.

Officer Burmaster stated when he fired his weapon, he observed the larger dog running towards Officer Roussel, upon observing the larger dog, Officer Burmaster fired his weapon at the dog closest to him fatally wounding it. Officer Burmaster stated the dog was barking and running toward him, which made him believe the dog was aggressive and would bite him. Officer Burmaster stated he did not have sight of the dog when he removed his weapon. Officer Burmaster stated the dog did not harm him and he could not recall the dog's actions. Officer Burmaster stated the first and third shots were a blur.

Officer Burmaster was not equipped with his PR24/Expandable Baston or ASP. Officer Burmaster was not wearing his department issued Body Armor.

After reviewing the facts involved, the panel recommended the following:

- **V1. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 11- EXONERATED**
- **V2. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 13 (a)- EXONERATED**
- **V3. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 1.3 Use of Force, Paragraph 32- EXONERATED**
- **V4. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.10 Uniform Specifications, Paragraph 29- SUSTAINED**
- **V5. Rule 4: Performance of Duty, Paragraph 4, Neglect of Duty; subparagraph (c6) Failing to comply with instruction, oral or written, from any authoritative source to wit NOPD Chapter 41.11 Body Armor, Paragraph 8 (c)- SUSTAINED**

CITY DEFENDANTS - 5092

PIB CTN# 2021-0238-R                                                                                                    Page 3 of 3

The panel believed the following facts justified the recommended dispositions:

Officer Derrick Burmaster entered the front yard and proceeded to go to the residence. Once half-way in the gate, Officer Burmaster heard barking sounds coming fast towards him. He removed his weapon because he did not observe a way out. He didn't think he was fast enough to make it out the gate before the dogs arrived. He did not observe a platform or car to jump on to escape. He didn't believe he could jump the fence because of the spikes on top of it. He prepared himself and once he observed the dog, he believed it was vicious and coming fast towards him. Officer Burmaster believed the dog would bite him on the leg or pelvis area. Officer Burmaster then shot the dog that was a threat to him. Officer Burmaster believed the dog was ferocious and was going to bite without provocation. He then attempted to deescalate the situation by apologizing to the owners on the scene. Officer Burmaster stated he just wanted to get out safely without injuring himself or the dog.

The panel believed the outcome of the incident would not have been affected by Officer Burmaster having the PR24/Expandable Baton and/or the department issued Body Armor.

Respectfully submitted,

_[signature]_  9/13/23
Hans Ganthier
Chief Deputy Superintendent
Field Operations Bureau

_[signature]_  9.15.23
Concur / Do Not Concur
Ryan A. Lubrano
Deputy Superintendent
Investigation & Support Bureau

_[signature]_  9/18/23
Concur / Do Not Concur
Keith A. Sanchez
Deputy Superintendent
Public Integrity Bureau

_[signature]_
Concur / Do Not Concur
~~Michelle M. Woodfork~~ KIRKPATRICK
Superintendent of Police