UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | CIVIL ACTION |
| JULIA BARECKI-BROWN | * | |
| | * | DOCKET NUMBER: 22-00847 |
| VERSUS | * | |
| | * | SECTION: L |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | HONORABLE ELDON E. FALLON |
| NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## DEFENDANTS' OBJECTIONS TO EXHBITS

NOW INTO COURT, come Derrick Burmaster and City of New Orleans ("Defendants") who respectfully submit the following objections to exhibits.

Defendants object to the following Plaintiffs' exhibits.

1. Exhibit P12 – DOJ Training. This is a white paper issued by a third party. It is inadmissible hearsay, since it is being introduced to support the propositions contained therein.

2. Exhibit P14, P24 – Burmaster Short Form and Long Form. This shows Burmaster's previous disciplinary actions against him, whether charges were found true or not. These are inadmissible as being irrelevant, and under FRE 403 and 404b.

3. Exhibit P20, P21, P22, P29 – Administrative Shooting Investigation, UFRB PPT, Video, and UFRB Minutes and Recommendation. These NOPD reports and presentations contains hearsay, impermissible opinion testimony, and would be given undue weight by the jury, and contain conclusions about whether Officer Burmaster violated NOPD policy which are not true in that Superintendent Kirkpatrick, the final word on policy,

determined that Officer Burmaster did not violate NOPD policy in his use of force. The exhibits should be excluded under the rule against hearsay and FRE 403.

4. Exhibit P27 – State v. Loicana – this Court of Appeal opinion is irrelevant and would be given outsized importance by a jury, and should be excluded under FRE 403 and 404b.

5. Exhibits P40, P41 – OCDM email and draft report. These reports are communications between the Office of the Consent Decree Monitor and the NOPD Force Integrity Team regarding Burmaster. The email and draft (with comments) are hearsay. Further, they are not relevant in that the OCDM does not set NOPD policy. Further, to the extent that there is opinion in this material, Defendants are unfairly prevented from determining the basis or even what the opinion is. These exhibits should be excluded based on hearsay and FRE 403.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for Derrick Burmaster and the City of New Orleans*