## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

*************************************************************************

## PLAINTIFFS' PROPOSED SPECIAL VOIR DIRE QUESTIONS

COME NOW, Plaintiffs, by and through undersigned counsel, who respectfully request that the Court, in addition to asking the Court's standard voir dire questions, question jurors about the following special topics:

1. To inquire whether they own any firearms / are licensed to carry any firearms / are trained in the use of firearms / have ever fired a gun or rifle.

2. To inquire whether they have any feelings regarding government intrusion on private property rights.

3. To inquire whether they or any member of their family or friends ever had any significant contact with police officers, correction officers, or any other type of law enforcement officers (and, if so, what were the circumstances and the outcome).

4. Whether the prospective jurors have ever been employed in any capacity by any law enforcement agency (and, if so, to describe). If not, whether the prospective jurors, or any members of their family or their friends, have ever applied for a job in law enforcement (and, if so, to describe, including detailing the identity of the person(s), and, if other(s) and, the nature of the relationship to you, the position held or sought, and how long it was or has been held, as well as stating whether any complaints of unnecessary or excessive force, or violation of rights to free speech, or other misconduct, have been filed against the person(s), and the resolution of those complaints)

5. To inquire whether the prospective jurors believe that individuals who are police officers are more courageous / honest / reliable / trustworthy than people generally. To inquire whether the prospective jurors believe that individuals who are police officers are less cowardly than people generally.

1

6. To inquire whether the prospective jurors believe that police officers should be given the benefit of the doubt (and why or why not). And, if so, could, if the Court instructed them to put such aside, could they do so. And how would they go about doing so given their initial belief that the police officer is entitled to the benefit of the doubt.

7. To inquire whether the prospective jurors believe that police officers can make mistakes, and whether police officers can intentionally harm others or otherwise behave inappropriately or impermissibly.

8. To inquire whether the prospective jurors believe that police officers might intentionally lie about something.

9. To inquire whether the prospective jurors believe police officers' conduct should be governed by the rule of law.

10. Do you belong to any political or social associations which support law enforcement?

11. If you do not belong to any political or social associations which support law enforcement, do you support those associations privately or by monetary contribution?

12. To inquire of the prospective jurors what their immediate reaction is when they hear or read that someone is accusing the police of misconduct. And to inquire what high-profile incidents of alleged police misconduct they have heard or read about (and, of those, which they have followed closely, and what their opinions are as to those incidents), and whether those matters and their views about such would affect their abilities to sit fairly in this case.

13. To inquire of the prospective jurors whether they feel that citizens who believe that they have been treated illegally and unfairly by police officers should have a right to bring lawsuits against those officers and the government that employs them.

14. To inquire of the prospective jurors whether they feel that citizens who have been treated illegally and unfairly by police officers should be entitled to receive monetary damages to compensate them for the harms they have experienced.

15. To inquire of the prospective jurors whether they have any hesitation about or disagreement with the principle of American law that provides money compensation for violations of people's rights by their government or agents of their government which occurred in the course of the performance of the government agent's duties and functions for the government entity which has employed that agent.

16. Do the prospective jurors believe that the New Orleans police are, as a general rule, polite and courteous to the people with whom they come in contact, and why or why not.

17. To inquire whether they have ever been the victim of a crime and, if so, what crime, and did they report it, and was anyone arrested, and what was the outcome, and did they testify.

18. To inquire whether they or any member of their family or friends have ever sued anyone, or been sued by somebody else, or otherwise been closely involved in a lawsuit (and, if so, what were the circumstances and what was the outcome, and were they or their family members or friends satisfied or dissatisfied with the result, and why.

19. To inquire whether they would have any reservations whatsoever in publicly stating that a police officer acted wrongly and violated an individual's rights if the evidence provided to them led them to that conclusion.

20. To inquire whether the prospective jurors own any pets, and if so what species and breed?

21. Have you or someone you know ever been attacked by a dog, or involved in a dog biting incident, either as a victim, the dog owner, witness, or neighbor?

22. Do the prospective jurors have any feelings about animal rights?

23. Do you have any experience with mental illness or psychological trauma?

24. What is your opinion on people with mental illness or psychological trauma?

25. What is your opinion on individuals who receive treatment for Post-Traumatic Stress Disorder?

26. Have you or someone you know been diagnosed with Post-Traumatic Stress Disorder?

27. Have you or someone you know ever experienced a traumatic event?

28. Have you or someone you know ever received psychological counseling or therapy services?

29. Do the prospective jurors have any opinions on individuals who receive psychological counseling or therapy services?

30. To inquire of the prospective jurors whether they have any hesitation about or disagreement with the principle of American law that provides money compensation for mental anguish and emotional distress.

4

Respectfully Submitted:

| | |
|---|---|
| */s/ William Most* | */s/ Tarak Anada* |
| WILLIAM MOST (La. Bar No. 36914) | TARAK ANADA (#31598) |
| HOPE PHELPS (La. Bar No. 37259) | JONES WALKER LLP |
| DAVID LANSER (La. Bar No. 37764) | 201 St. Charles Avenue |
| MOST & ASSOCIATES | New Orleans, Louisiana 70170-5100 |
| 201 St. Charles Ave., Ste. 114, # 101 | Telephone: (504) 582-8322 |
| New Orleans, LA 70170 | Facsimile: (504) 589-8322 |
| Tel: 504.509-5023 | E-Mail: tanada@joneswaker.com |
| Email: williammost@gmail.com | |

4

#103981649v1