MINUTE ENTRY
FALLON, J.
JUNE 2, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

A pretrial conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. William Most, Tarak Anada, and Patrick van Burkleo participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. James Roquemore and Corwin St. Raymond participated on behalf of Defendants Derrick Burmaster, Shaun Ferguson, and the City of New Orleans. The Court discussed with the parties the pretrial order, plan for trial, and pending motions.

At the conference, among other things, the Court expressed some concern with regard to the expert testimony of Sergeant David Duplantier that Defendants seek to elicit at trial. More specifically, the Court informed the parties that at present, it is unlikely to allow Duplantier to testify as indicated pursuant to Federal Rule of Evidence 701, given he would be impermissibly opining as to "other specialized knowledge within the scope of 702." Fed. R. Civ. P. 701(c). The Court noted that no written reports have been submitted as required by Federal Rule of Civil Procedure 26. The Court, however, will allow the parties to brief the issue of whether Officer Duplantier's testimony may be admissible under Federal Rule of Evidence 702 in light of the disclosure and written report requirements for experts delineated in Federal Rule of Civil

JS10 (00:43)

Procedure 26. The parties shall have until Thursday, June 5, 2025 to submit their briefs, and they are limited to a maximum of five pages.

The parties are also **ORDERED** to meet and confer to discuss whether to dismiss or substitute Shaun Ferguson.

JS10 (00:43)