William Most <williammost@gmail.com>

## Brown v. Burmaster - Joint Bench Book

**James M Roquemore** <James.Roquemore@nola.gov>     Sat, Mar 25, 2023 at 3:54 PM
To: "Anada, Tarak" <tanada@joneswalker.com>, "C. Theodore Alpaugh III" <cta@gustebarnett.com>, "Smith, Meghan" <msmith@joneswalker.com>
Cc: William Most <williammost@gmail.com>, Hope Phelps <hopeaphelps@outlook.com>, "Mauer, Christine" <cmauer@joneswalker.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, Kelley Wierman <Kelley.Wierman@nola.gov>, "Corwin M. St Raymond" <cmstraymond@nola.gov>

Tarak,

I'll agree to the stipulation that **no experts may use the terms reason, reasonableness, reasonable, unreasonable, or unconstitutional, and no experts may directly opine as to whether or not the Fourth Amendment was violated.**

I think "reckless" is too close in meaning to reasonable to be allowed but I'll take that up with he judge later.

Jim

**James M. Roquemore**

**Assistant City Attorney**

City of New Orleans | Law Department

1300 Perdido St., Room 5E03 | New Orleans, LA 70112

O: 504.658.9800 | F: 504.658.9868

james.roquemore@nola.gov



**NOTICE TO PUBLIC**: Please note that any documents or correspondence submitted to the City of New Orleans may become public record pursuant to the provisions of the Louisiana Public Records Law. See La. Rev. Stat. §§ 44:1 – 44:41.

**CONFIDENTIALITY NOTICE**: The information contained in this electronic mail transmission may be attorney/client privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic

mail transmission in error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic message.

---

**From:** Anada, Tarak <tanada@joneswalker.com>
**Sent:** Saturday, March 25, 2023 3:47 PM
**To:** James M Roquemore <James.Roquemore@nola.gov>; C. Theodore Alpaugh III <cta@gustebarnett.com>; Smith, Meghan <msmith@joneswalker.com>
**Cc:** William Most <williammost@gmail.com>; Hope Phelps <hopeaphelps@outlook.com>; Mauer, Christine <cmauer@joneswalker.com>; Veronica Barnes <veronicasuzannebarnes@gmail.com>; Kelley Wierman <Kelley.Wierman@nola.gov>; Corwin M. St Raymond <cmstraymond@nola.gov>
**Subject:** RE: [EXTERNAL] Re: Brown v. Burmaster - Joint Bench Book

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

[Quoted text hidden]