CONFIDENTIAL

Court: **N/A**
Parish/County: N/A
Case No.: D-13802-21

118 City Park Ave
New Orleans, LA 70119
(504) 671-3911

Tyrell T. Morris
Executive Director

## CERTIFICATION OF AUTHENTICITY OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY BY THE CUSTODIAN OF RECORDS OR ANOTHER QUALIFIED PERSON

In lieu of testimony and in accordance with Fed. R. Evid. 902(11), La. C.E. 902(11) and La. R.S. 13:3733 et seq, I do hereby certify that the provided record(s) was made and kept in the course of the regularly conducted activity of a business[1] by someone with contemporaneous knowledge thereof, and pursuant to the regular practice of that business activity. Further, the record(s) provided is a true and correct copy of the original thereof, consisting of:

**6** page(s), AND/OR

**725** MB(s) of digital records,

being a reproduction thereof from the regularly kept records on file with the business.

This the **12** day of **April** 20**21**.

Signed: Darlene Ferdinand   *Digitally signed by Darlene Ferdinand Date: 2021.04.12 12:13:37 -05'00'*

Name: **Darlene Ferdinand**

Public Records Specialist

---

[1] As used here, the term "business" includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit

CONFIDENTIAL

## PremierOne Report
### Incident Details
### Incident #: LNP21041000013802

Incident Status: Closed status

Incident Date: 4/10/2021 9:31:37 PM

Last Updated: 4/11/2021 3:49:53 AM

### INCIDENT INFORMATION

| Incident Type Code: | 103 | Inc Type Description: | DISTURBANCE (OTHER) |
|---|---|---|---|
| Priority: | 1C | Incident Status: | Closed status |
| Created By: | OPCD325 | Beat: | 6E01 |
| Device ID | 19 | Dispositions: | RTF |

### INCIDENT LOCATION

| Location Name: | | | |
|---|---|---|---|
| Address: | 1420 FELICITY ST | Apartment: | |
| City: | NO | Cross Street: | 1800 PRYTANIA ST / 1800 COLISEUM ST |
| Latitude: | 29.934488 | Longitude: | -90.075894 |

### CALLER RECEIPT

| Caller Name: | ▮▮▮ | Caller Phone Number: | ▮▮▮ | |
|---|---|---|---|---|
| Caller Location: | | Caller City: | NO | |
| Contact Caller: | May | | | |

### TIME STAMPS

| Event | Date Time | User | Event | Elapsed Time |
|---|---|---|---|---|
| ANI/ALI Received: | | | Received to In Queue: | N/A |
| Phone Pickup: | | | Call Taking: | N/A |
| Incident Created: | 4/10/2021 9:31:37 PM | OPCD325 | Call Rcv'd to 1st Assign: | N/A |
| 1st Unit Assigned: | 4/10/2021 9:33:35 PM | opcd104 | Created to 1st Assign: | 00:01:58 |

4/12/2021 11:55:07 AM          Incident Detail          Page: 1 of 5

CONFIDENTIAL

## PremierOne Report
### Incident Details
### Incident #: LNP21041000013602

| | | | | |
|---|---|---|---|---|
| 1st Unit Enroute: | 4/10/2021 9:33:35 PM | opcd104 | Assigned to 1st Enroute: | 00:00:00 |
| 1st Unit Arrived: | 4/10/2021 9:40:28 PM | opcd104 | Enroute to 1st Arrived: | 00:06:53 |
| Closed: | 4/11/2021 3:49:17 AM | opcd104 | Incident Duration: | 06:17:40 |

### UNITS ASSIGNED

| Unit | Assigned | Enroute | Arrived | Clear |
|---|---|---|---|---|
| NP/6132 | 4/10/2021 10:34:24 PM | 4/10/2021 10:34:24 PM | | 4/11/2021 2:03:09 AM |
| NP/6135 | 4/10/2021 10:51:13 PM | 4/10/2021 10:51:13 PM | 4/10/2021 10:57:25 PM | 4/11/2021 2:03:16 AM |
| NP/611C | 4/10/2021 9:58:25 PM | 4/10/2021 9:58:25 PM | 4/10/2021 10:21:55 PM | 4/10/2021 10:51:39 PM |
| NP/615B | 4/10/2021 9:58:25 PM | 4/10/2021 9:58:31 PM | 4/10/2021 10:21:55 PM | 4/11/2021 1:42:20 AM |
| NP/620B | 4/10/2021 9:42:03 PM | 4/10/2021 9:42:25 PM | 4/10/2021 9:49:02 PM | 4/11/2021 3:49:17 AM |
| NP/629B | 4/10/2021 9:44:12 PM | 4/10/2021 9:44:14 PM | 4/10/2021 9:44:22 PM | 4/10/2021 9:53:46 PM |
| NP/629B | 4/10/2021 9:58:25 PM | 4/10/2021 9:58:25 PM | 4/10/2021 10:07:50 PM | 4/11/2021 1:42:31 AM |
| NP/633C | 4/10/2021 11:10:23 PM | 4/10/2021 11:10:23 PM | 4/10/2021 11:10:57 PM | 4/11/2021 1:12:54 AM |
| NP/635B | 4/10/2021 10:46:18 PM | 4/10/2021 10:46:22 PM | | 4/10/2021 10:56:28 PM |
| NP/637B | 4/10/2021 9:33:50 PM | 4/10/2021 9:33:54 PM | 4/10/2021 9:40:28 PM | 4/11/2021 3:49:17 AM |
| NP/641C | 4/10/2021 10:02:20 PM | 4/10/2021 10:02:29 PM | 4/10/2021 10:05:57 PM | 4/11/2021 1:39:05 AM |
| NP/647B | 4/10/2021 9:33:35 PM | 4/10/2021 9:33:35 PM | 4/10/2021 9:42:51 PM | 4/11/2021 1:34:04 AM |

### PERSONNEL ASSIGNED

| Unit | Officer Id | Officer Name |
|---|---|---|
| NP/611C | | |
| | SHERR25840 | SHERR, JORDAN |
| NP/615B | | |
| | FRANKLIN18774 | FRANKLIN, MICHAEL |
| NP/620B | | |
| | MITCHELL07838 | MITCHELL, CLARENCE |
| NP/629B | | |
| | BERRINCHA26809 | BERRINCHA, DANIEL |

CITY DEFENDANTS - 002131

CONFIDENTIAL

## PremierOne Report
### Incident Details
**Incident #: LNP21041000013802**

**NP/633C**

| | MCELVEEN30307 | MCELVEEN, ANNA |

**NP/635B**

| | VANLEW30438 | VANLEW, ALYSSA |

**NP/637B**

| | ROUSSEL26352 | ROUSSEL, JOHN |

**NP/641C**

| | SCOTT26308 | SCOTT, JAMEL |

### INCIDENT COMMENTS REPORT

| Comment Date | Cons | Comments |
|---|---|---|
| 4/10/2021 9:31:37 PM | | PROBLEM- COMP CAN HEAR HIS NEIGHBORS ACROSS THE STREET FIGHTING |
| | 19 | DISPATCH LEVEL- 114D02 (VERBAL DOMESTIC DISTURBANCE)   CAD RESPONSE- . |
| | | 4. IT IS NOT KNOWN IF WEAPONS WERE INVOLVED OR MENTIONED.   5. IT IS NOT KNOWN IF ANYONE HAS ACCESS TO WEAPONS.  2. THE 2ND PARTY CALLER IS ON SCENE.   6. THIS INCIDENT INVOLVES A VERBAL DOMESTIC DISTURBANCE. |
| 4/10/2021 9:32:18 PM | 19 | 7. TWO PEOPLE ARE INVOLVED.   8. THE SUSPECT/PERSON IS ON SCENE.   9. THE SUSPECT'S DESCRIPTION IS NOT KNOWN, |
| 4/10/2021 9:33:07 PM | G4 | BC NUA |
| 4/10/2021 9:42:19 PM | G4 | 647B ADV DISCHARGED FIREARM ON A DOG |
| 4/10/2021 9:43:04 PM | G4 | NO INJURIES...JUST THE DOG |
| 4/10/2021 9:47:32 PM | C1 | <Incid #:MEM21041000001974  Incid Type: 4800A(NOEMS)  Priority: 2(1)> |
| 4/10/2021 9:51:22 PM | G4 | 620B ADV DOG SHOOTING AND 1 OFFICER HAS POSS SHRAPNEL |
| 4/10/2021 10:29:46 PM | G4 | 620B REQ C/LAB |
| 4/10/2021 10:30:11 PM | H2 | #1 ON CRIME LAB LIST |
| 4/10/2021 10:32:55 PM | H2 | 5130 NTFY |
| 4/10/2021 10:44:13 PM | 50 | LEFT MESSAGE FOR LT CUTNO |
| 4/10/2021 10:46:18 PM | 50 | LEFT MESSAGE WITH CMDR GANTHIER |
| 4/10/2021 10:47:33 PM | G4 | 620B REQ SPCA BE NTFD |
| 4/10/2021 10:47:56 PM | 50 | CMD OF FIT HELOU NTFYD |
| 4/10/2021 10:49:10 PM | 50 | CMD OF PIB RICHARDSON NTFYD |
| 4/10/2021 10:52:33 PM | F3 | < NO ANS W/ SPCA KELLEY.. MESSAGE LEFT > |

CITY DEFENDANTS - 002132

CONFIDENTIAL

## PremierOne Report
### Incident Details
### Incident #: LNP21041000013802

| Comment Date | Cons | Comments |
|---|---|---|
| 4/10/2021 10:56:10 PM | 54 | LEFT MESSAGE FOR STEVE FOX/ACADEMY |
| 4/10/2021 10:56:41 PM | 54 | PIO HOLMES NTYFD |
| 4/10/2021 10:59:14 PM | 54 | LEFT MESSAGE FOR DESMOND ROCHON/ACADEMY |
| 4/10/2021 11:00:31 PM | 54 | LEFT MESSAGE FOR DUPLANTIER/ACADEMY |
| 4/10/2021 11:01:41 PM | 54 | LEFT MESSAGE FOR SGT HENRY/ACADEMY NTYFD |
| 4/10/2021 11:26:20 PM | F9 | STEVE FOX/ACADEMY NTYFD |
| 4/11/2021 12:02:24 AM | 60 | LEFT MESSAGE FOR SPCA/KEELEN |
| 4/11/2021 12:21:34 AM | D9 | STILL WORKING ITEM (NP/633C) |
| 4/11/2021 12:21:35 AM | D9 | STILL WORKING ITEM (NP/641C) |
| 4/11/2021 12:25:12 AM | F9 | SGT GIVENS/PIB REQ CANINE BALLISTIC DOG...LEFT MESSAGE FOR SGT.GIROR/CANINE |
| 4/11/2021 12:29:11 AM | D9 | STILL WORKING ITEM (NP/615B) |
| 4/11/2021 12:29:11 AM | D9 | STILL WORKING ITEM (NP/629B) |
| 4/11/2021 12:29:22 AM | D9 | STILL WORKING ITEM (NP/620B) |
| 4/11/2021 12:29:38 AM | D9 | STILL WORKING ITEM (NP/637B) |
| 4/11/2021 12:32:44 AM | F9 | LEFT MESSAGE FOR BETH/SPCA SUPERVISOR |
| 4/11/2021 12:34:35 AM | F9 | LEFT MESSAGE FOR BRANDI/SPCA |
| 4/11/2021 12:36:01 AM | F9 | LEFT MESSAGE FOR RAYSHAWN/SPCA |
| 4/11/2021 12:39:48 AM | F9 | LEFT MESSAGE FOR ON CALL SPCA/ KELLEN |
| 4/11/2021 12:46:03 AM | F9 | LEFT MESSAGE FOR KATHERINE/SPCA |
| 4/11/2021 12:55:20 AM | 50 | IPM SUSAN HUDSON NTFYD |
| 4/11/2021 12:55:32 AM | D9 | STILL WORKING ITEM (NP/641C) |
| 4/11/2021 12:55:44 AM | D9 | STILL WORKING ITEM (NP/647B) |
| 4/11/2021 2:44:09 AM | 50 | CHIEFS GROUP, FIT GROUP,FCOM, CHRIS ABBOTT, DIU LTS, IPM NOTIFIED VIA EVERBRIDGE |
| 4/11/2021 3:49:17 AM | G4 | DISPO RTF;WITH FIT TEAM |

### PRE-SCHEDULED INFORMATION

Date/Time Scheduled

CITY DEFENDANTS - 002133

CONFIDENTIAL

## ADDRESS CHANGES

| Date Time | User | From | To |
|---|---|---|---|

## PRIORITY CHANGES

| Date Time | User | From | To |
|---|---|---|---|
| 4/10/2021 9:32:50 PM | opcd104 | 2C | 2D |
| 4/11/2021 3:48:58 AM | opcd104 | 2D | 1C |

## INCIDENT TYPES CHANGES

| Date Time | User | From | To |
|---|---|---|---|
| 4/10/2021 9:32:50 PM | opcd104 | 103D | 103F |
| 4/11/2021 3:48:58 AM | opcd104 | 103F | 103 |

**End of Report**

CITY DEFENDANTS - 002134