```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3    DEREK BROWN and          *   CIVIL ACTION
      JULIA BARECKI-BROWN      *
 4                             *   DOCKET NUMBER: 22-00847
      VERSUS                   *
 5                             *   SECTION: L
      DERRICK BURMASTER,       *
 6    SHAUN FERGUSON, and      *   HONORABLE ELDON E. FALLON
      the CITY OF NEW ORLEANS  *
 7                             *   DIVISION:  4
                               *
 8                             *   HONORABLE KAREN WELLS ROBY
 9    ****************************************************
10
11         Deposition of DEREK BROWN, taken via Zoom with
12     the witness located in New Orleans, Louisiana, on
13     Wednesday, the 19th day of December 2022, beginning
14                       at 9:00 a.m.
15
16
17
18
19
20
21    Reported by:
22    Jill Cox, CVR, CCR
23    NVRA CVR #7553
24    LA CCR #2019002
25
```

```
 1                    APPEARANCES:

 2   FOR THE PLAINTIFF (S):   DEREK BROWN and JULIA

 3   BARECKI-BROWN

 4        TARAK ANADA, ESQUIRE

 5        JONES WALKER, LLP

 6        201 ST. CHARLES AVENUE

 7        NEW ORLEANS, LOUISIANA 70170-5100

 8        PHONE:  (504) 582-8322

 9        EMAIL:  tanada@joneswalker.com

10   FOR THE DEFENDANT (S):   SHAUN FERGUSON and the CITY

11   OF NEW ORLEANS

12        JAMES M. ROQUEMORE, ESQUIRE

13        ASSISTANT CITY ATTORNEY

14        1300 PERDIDO STREET, SUITE 5E03

15        NEW ORLEANS, LOUISIANA 70112

16        PHONE:  504-658-9800

17        EMAIL:  james.roquemore@nola.gov

18   FOR THE DEFENDANT (S):   DERRICK BURMASTER

19        C. THEODORE ALPAUGH III, ESQUIRE

20        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP

21        639 LOYOLA AVE STE 2130

22        NEW ORLEANS, LA 70113-3157

23        PHONE:  (504) 529-4141

24        EMAIL:  cta@gustebarnett.com

25   ALSO PRESENT:   JULIA BARECKI-BROWN
```

```
 1                S T I P U L A T I O N
 2              It is hereby stipulated by and between
 3     counsel of record for the parties hereto that the
 4     oral deposition of DEREK BROWN, is hereby taken
 5     pursuant to notice and in accordance with the
 6     Louisiana Code of Civil Procedure, and for all uses
 7     and purposes thereby provided, via Zoom at New
 8     Orleans, Louisiana, on December 19, 2022, commencing
 9     at or about 9:29 a.m.
10              That all formalities in connection with the
11     taking of the deposition are hereby waived with the
12     exception of the swearing of the witness and
13     reduction of the questions and answers to typewritten
14     form, and the right of the witness to read and sign
15     the completed transcript of testimony was WAIVED;
16              That all objections, save those as to the
17     form of the questions and the responsiveness of the
18     answer, are hereby reserved until such time as this
19     deposition, or any part thereof, may be used or
20     sought to be used in evidence, such objections as
21     might have been made had the testimony been given in
22     open court.
23              That Jill Cox, CVR, CCR, officiated in
24     administering the oath to the above-named witness.
25
```

DEREK BROWN on 12/19/2022

```
 1                    INDEX
                 DEREK BROWN on 12/19/2022
 2                                                       PAGE

 3      Stipulations ....................................3

 4      Reporter's Page ................................71

 5      Reporter's Certificate .........................72

 6   EXAMINATIONS

 7      Examination By Mr. Roquemore ....................5

 8      Examination By Mr. Anada .......................68

 9   EXHIBITS (NOT PROVIDED TO COURT REPORTER)

10      Exhibit 1.  Notice of Deposition ................9

11      Exhibit 2.  Adoption form ......................30

12      Exhibit 3.  Photos .............................36

13      Exhibit 4.  Report of vet autopsy ..............40

14      Exhibit 5.  Psych evaluation ...................51

15

16

17

18

19

20

21

22

23

24
         New Orleans 504.522.2101              North Shore 985.206.9303
25       Toll Free 800.526.8720   SerpasCourtReporting.com    Baton Rouge 225.332.3040
```

```
 1          Q.   Okay.  Is it fair to say that after you
 2    arrived home around 9:00, a disagreement arose
 3    between you and your wife?
 4          A.   Yes.
 5          Q.   Tell me, describe that disagreement as
 6    best you can?
 7          A.   The disagreement was about our
 8    communication, the disagreement was about our
 9    communication or lack of it with each other.  She
10    was -- Julia was at Courtyard Brewery with the group
11    and had left with, she got a ride home with a
12    friend, earlier half hour, 15 minutes, 20 minutes
13    earlier then me.  And when she was home she was
14    calling me and I didn't answer the phone.  I didn't
15    pick up.  I believe there was something wrong with
16    one of our phones.  She was wanting to know when I
17    was going to be back and I was responding.  So I
18    came home and she was upset with me for not having
19    responded and that's what our argument was about.
20          Q.   And where were you when you were arguing,
21    were you inside?
22          A.   Yeah.  We were inside the house.  We had
23    stepped out onto the porch, and went back inside the
24    house.  We were pacing some through the main floor
25    of our house.
```

```
 1      Q.   Do you remember anything in particular
 2   that you said or that she said to each other?
 3      A.   I do not remember anything in particular.
 4   It was just a lot of husband-wife arguing about lack
 5   of communication, and of not being supportive.  I
 6   don't recall any specific words or sentences that we
 7   used that night.
 8      Q.   Tell me how, what the volume of your
 9   disagreement was?
10           MR. ANADA:  Object to form.  Go
11           ahead.
12      A.   It was probably loud.  I don't -- I'm not
13   the type to raise my voice.  Julia is more vocal
14   then me.  But, yes, I'm guessing it was loud enough
15   for someone to have called 911 and reported a noise
16   disturbance.  It must have been loud.
17      Q.   Right.  You understand that somebody did
18   call the police about the disturbance between you
19   and your wife on that night; is that right?
20      A.   Yes.
21      Q.   Okay.  And at some point, from what I
22   understand, at some point in time from what I
23   understand you were arguing out front, on your front
24   porch; is that right?
25      A.   Yes.
```