```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3   DEREK BROWN and          *   CIVIL ACTION
     JULIA BARECKI-BROWN      *
 4                            *   DOCKET NUMBER: 22-00847
     VERSUS                   *
 5                            *   SECTION: L
     DERRICK BURMASTER,       *
 6   SHAUN FERGUSON, and      *   HONORABLE ELDON E. FALLON
     the CITY OF NEW ORLEANS  *
 7                            *   DIVISION:  4
                              *
 8                            *   HONORABLE KAREN WELLS ROBY

 9   ****************************************************

10

11       Deposition of JULIA BARECKI-BROWN, taken via

12     Zoom with the witness located in New Orleans,

13   Louisiana, on Wednesday, the 19th day of December

14              2022, beginning at 1:00 p.m.

15

16

17

18

19

20

21   Reported by:

22   Jill Cox, CVR, CCR

23   NVRA CVR #7553

24   LA CCR #2019002
```

25  New Orleans 504.522.2101                                   North Shore 985.206.9303
    Toll Free 800.526.8720        SerpasCourtReporting.com     Baton Rouge 225.332.3040

New Orleans 504.522.2101                                       North Shore 985.206.9303
Toll Free 800.526.8720            SerpasCourtReporting.com     Baton Rouge 225.332.3040

```
 1                    APPEARANCES:

 2   FOR THE PLAINTIFF (S):   DEREK BROWN and JULIA

 3   BARECKI-BROWN

 4        TARAK ANADA, ESQUIRE

 5        JONES WALKER, LLP

 6        201 ST. CHARLES AVENUE

 7        NEW ORLEANS, LOUISIANA 70170-5100

 8        PHONE:  (504) 582-8322

 9        EMAIL:  tanada@joneswalker.com

10   FOR THE DEFENDANT (S):   SHAUN FERGUSON and the CITY

11   OF NEW ORLEANS

12        JAMES M. ROQUEMORE, ESQUIRE

13        ASSISTANT CITY ATTORNEY

14        1300 PERDIDO STREET, SUITE 5E03

15        NEW ORLEANS, LOUISIANA 70112

16        PHONE:  504-658-9800

17        EMAIL:  james.roquemore@nola.gov

18   FOR THE DEFENDANT (S):   DERRICK BURMASTER

19        C. THEODORE ALPAUGH III, ESQUIRE

20        GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP

21        639 LOYOLA AVE STE 2130

22        NEW ORLEANS, LA 70113-3157

23        PHONE:  (504) 529-4141

24        EMAIL:  cta@gustebarnett.com

25   ALSO PRESENT:   DEREK BROWN
```

```
 1                    S T I P U L A T I O N
 2              It is hereby stipulated by and between
 3      counsel of record for the parties hereto that the
 4      oral deposition of JULIA BARECKI-BROWN, is hereby
 5      taken pursuant to notice and in accordance with the
 6      Louisiana Code of Civil Procedure, and for all uses
 7      and purposes thereby provided, via Zoom at New
 8      Orleans, Louisiana, on December 19, 2022, commencing
 9      at or about 11:42 a.m.
10              That all formalities in connection with the
11      taking of the deposition are hereby waived with the
12      exception of the swearing of the witness and
13      reduction of the questions and answers to typewritten
14      form, and the right of the witness to read and sign
15      the completed transcript of testimony was WAIVED;
16              That all objections, save those as to the
17      form of the questions and the responsiveness of the
18      answer, are hereby reserved until such time as this
19      deposition, or any part thereof, may be used or
20      sought to be used in evidence, such objections as
21      might have been made had the testimony been given in
22      open court.
23              That Jill Cox, CVR, CCR, officiated in
24      administering the oath to the above-named witness.
25
```

```
 1                        INDEX
                JULIA BARECKI-BROWN on 12/19/2022
 2                                                          PAGE

 3       Stipulations .....................................3

 4       Reporter's Page .................................43

 5       Reporter's Certificate ..........................44

 6    EXAMINATIONS

 7       Examination By Mr. Roquemore ....................5

 8       Examination By Mr. Anada .......................30

 9       Re-Examination By Mr. Roquemore ................35

10       Examination By Mr. Alpaugh .....................37

11       Re-Examination By Mr. Anada ....................39

12    EXHIBITS (NOT PROVIDED TO COURT REPORTER)

13       Exhibit 6.  Psych evaluation of Ms. Barecki ...33

14

15

16

17

18

19

20

21

22

23

24
      New Orleans 504.522.2101              North Shore 985.206.9303
25    Toll Free 800.526.8720   SerpasCourtReporting.com   Baton Rouge 225.332.3040
```

```
 1      A.   Closer to 9:00.
 2      Q.   Tell me what you did between 8:00 and 9:00
 3 during that time?
 4      A.   I fed the dogs.  Gave the dogs some
 5 treats.  Let the dogs out.
 6      Q.   Was there anything unusual about how the
 7 dogs were during that time?
 8      A.   No.
 9      Q.   I understand that there was an argument
10 that happened between you and your husband during
11 that night after he arrived back home; is that fair?
12      A.   Yes.
13      Q.   Okay.  Tell me what the argument was
14 about?
15      A.   He was not answering his phone and I got
16 upset.  And when he came home I started arguing with
17 him about where he was at.
18      Q.   What was -- what exactly do you remember
19 saying to him?
20      A.   Why can't you answer you phone?  What are
21 you doing?
22      Q.   He said what?
23      A.   I don't recall.
24      Q.   And how long did the argument last?
25      A.   Maybe 10, 12 minutes.
```

```
 1      Q.   And, apparently, somebody heard the
 2   argument in the neighborhood, right?
 3      A.   Someone made a call.
 4      Q.   So somebody heard something, right?
 5      A.   Yes.
 6      Q.   Do you know what they heard?
 7      A.   Us arguing with each other.  I can be
 8   pretty loud sometimes.
 9      Q.   Where you loud that night?
10      A.   Yes.
11      Q.   You don't remember what you were saying?
12      A.   Not exactly, no.
13      Q.   And tell me you were inside, outside; tell
14   me about that.
15      A.   We were inside in the hallway that the
16   door is on.  I went outside to let the dogs out.
17      Q.   Then?
18      A.   And then we went back inside, and we're
19   continuing to talk.  And we were not loud at that
20   point.  And I do recall looking out the window and
21   seeing Bucho laying on the porch, and Apollo laying
22   kind of on him.  And then I heard the door and Bucho
23   barked and a bunch of gunshots.
24      Q.   You heard the door, what do you mean by
25   that?
```