MINUTE ENTRY
FALLON, J.
JUNE 4, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

A telephone status conference conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Tarak Anada and Patrick van Burkleo participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. James Roquemore and Corwin St. Raymond participated on behalf of Defendants Derrick Burmaster, Shaun Ferguson, and the City of New Orleans. The Court discussed with the parties the use of exhibits during opening statements. A transcript of the conference is available upon request from Court Reporter Karen Ibos.

JS10 (00:09)