## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * | Civil Action No. 22-00847 |
| | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * | |
| | * | DIVISION: 4 |
| | * | |
| | * | HONORABLE KAREN WELLS ROBY |
| | * | |

******************************************************************************

### ORDER

Considering the foregoing *Plaintiffs' Motion to Strike Defendants' Request to Have the Jury Decide Qualified Immunity at Trial*, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. Any reference to qualified immunity or a "no reasonable officer" standard shall not be included in the verdict form or jury instructions.

Signed in New Orleans, Louisiana, on this _____ of _____, 2025.

_____