MINUTE ENTRY
FALLON, J.
JUNE 9, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO: 22-847 |
| DERRICK BURMASTER, ET AL | SECTION: L(4) |

<u>JURY TRIAL</u>
Day 1

COURT REPORTER: Alexis Vice
CASE MANAGER: Jennifer Limjuco and Cherice Suer
LAW CLERK: Cameron Ott

APPEARANCES:   William B. Most, Hope A. Phelps, Patrick M. Van Burkleo, and Tarak Anada, Counsel for plaintiffs
James M. Roquemore, Corwin St. Raymond, and Donesia D. Turner, Counsel for defendants

Prospective jurors present at 8:50 a.m. All present and ready. Case called.
Counsel makes appearances for the record.
Prospective jurors sworn on voir dire.
Jury selected and jury sworn to try the case.
Jury instructed by Court.
Opening statements made by counsel.

Plaintiff's Witnesses sworn and testified:
Derek Brown
Christopher Goodly – Expert
Sgt. Shannon Jones-Brewer
Ofc. John Roussel

Joint exhibits 1, 4, 5, and 8 offered and admitted.
Plaintiff's exhibits 3, 4, 6, 8, 10, 17, 18, 20, 29, and 34 offered and admitted.
Defendant's exhibit 6 was offered and admitted.

Trial recessed at 4:11 p.m. to resume Tuesday, June 10, 2025, at 9:00 a.m.

JS-10: 6:06