MINUTE ENTRY
FALLON, J.
JUNE 10, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO: 22-847 |
| DERRICK BURMASTER, ET AL | SECTION: L(4) |

## JURY TRIAL
Day 2

COURT REPORTER: Alexis Vice
CASE MANAGER: Jennifer Limjuco and Cherice Suer
LAW CLERK: Cameron Ott

APPEARANCES:  William B. Most, Hope A. Phelps, Patrick M. Van Burkleo, and Tarak Anada, Counsel for plaintiffs
James M. Roquemore, Corwin St. Raymond, and Donesia D. Turner, Counsel for defendants

Trial resumed from June 9, 2025.
All present and ready at 9:13 a.m.
Court is opened and trial is resumed.

Witnesses sworn and testified:
Lt. John Helou
Dr. Elizabeth Burke – Expert
Sgt. Debra Pruitt
Derrick Burmaster
Dr. James Crosby - Expert

Plaintiff's exhibits 12, 13, 14, 24, 30, 31, 33, 36, 40, and 41 offered and admitted.
Defendant's exhibits D4, and D18 (parts 1,2, & 3) were offered and admitted.

Trial recessed at 4:50 p.m. to resume Wednesday, June 11, 2025, at 9:00 a.m.

JS-10:  6:22