# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | Civil Action No. 22-00847 |
| **JULIA BARECKI-BROWN** | * | |
| | * | SECTION: L |
| **VERSUS** | * | |
| | * | HONORABLE ELDON E. FALLON |
| **DERRICK BURMASTER, SHAUN** | * | |
| **FERGUSON, and the CITY OF** | * | DIVISION: 4 |
| **NEW ORLEANS** | * | |
| | * | HONORABLE KAREN WELLS ROBY |
| | * | |

*****************************************************************************

## Plaintiffs' Comments on Draft Jury Instructions

Now come Plaintiffs to provide their comments on the Court's draft jury instructions.

Those comments are attached as Exhibit A.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
Telephone: (504) 509-5023
E-Mail: williammost@gmail.com

*/s/ Tarak Anada*
TARAK ANADA (#31598)
PATRICK VAN BURKLEO (#41471)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswalker.com