## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **Civil Action No. 22-00847** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **SECTION: L** |
| **VERSUS** | * | |
| | * | **HONORABLE ELDON E. FALLON** |
| **DERRICK BURMASTER, SHAUN** | * | |
| **FERGUSON, and the CITY OF** | * | **DIVISION: 4** |
| **NEW ORLEANS** | * | |
| | * | **HONORABLE KAREN WELLS ROBY** |
| | * | |

*****************************************************************************

## NOTICE OF SUBMISSION

Plaintiffs Derek Brown and Julia Barecki-Brown request that their Rule 50 Motion for Judgment as a Matter of Law on Defendant Derrick Burmaster's Comparative Fault Affirmative Defenses be submitted before the Honorable United States District Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom C468, New Orleans, Louisiana 70130. Plaintiffs request (and provide notice) that this Motion be heard on June 12, 2025 at 9:00 A.M.

                        Respectfully submitted,

*/s/Tarak Anada*                        */s/William Most*
TARAK ANADA (La. Bar No. 31598)      WILLIAM MOST (La. Bar No. 36914)
JONES WALKER LLP                       DAVID LANSER (La Bar No. 37764)
201 St. Charles Avenue, Ste. 4900         MOST & ASSOCIATES
New Orleans, LA 70170                      201 Saint Charles Ave., Ste. 114 #101
Telephone: (504) 582-8322              New Orleans, LA 70170
Facsimile: (504) 589-8322               Tel: (504) 509-5023
Email: tanada@joneswalker.com         Email: williammost@gmail.com

#104011235v1