UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 22-847** |
| | * | |
| **DERRICK BURMASTER, ET AL** | * | **SECTION L(4)** |

## ORDER

Considering the reasons stated on the record at trial;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Defendants' Request to Have the Jury Decide Qualified Immunity, R. Doc. 258, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Judgment as a Matter of Law on Defendant Burmaster's Comparative Fault Affirmative Defense, R. Doc. 264, is **DENIED**.

New Orleans, Louisiana, this 13th day of June, 2025.

_____
United States District Judge