MINUTE ENTRY
FALLON, J.
JUNE 11, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO: 22-847 |
| DERRICK BURMASTER, ET AL | SECTION: L(4) |

### JURY TRIAL
Day 3

COURT REPORTER: Alexis Vice
CASE MANAGER: Jennifer Limjuco
LAW CLERK: Cameron Ott

APPEARANCES:   William B. Most, Hope A. Phelps, Patrick M. Van Burkleo, and Tarak Anada, Counsel for plaintiffs
James M. Roquemore, Corwin St. Raymond, and Donesia D. Turner, Counsel for defendants

Trial resumed from June 10, 2025.
All present and ready at 9:14 a.m.
Jurors returned to courtroom and trial continues.
Plaintiff's Witnesses sworn and testified:
Julia Barecki-Brown
Plaintiffs rest.

Out of the presence of the jury, Plaintiffs' oral Rule 50 Motion for Directed Verdict on Monell claims and punitive damages was DENIED.

Defendant's Witnesses sworn and testified:
Sgt. David Duplantier - Expert
Lt. David Barnes
Asst. Superintendent Hans Ganthier - Expert
Defendants rest.

Out of the presence of the jury, oral motions made by both plaintiffs and defendants were denied.

Joint exhibit 2 was offered and admitted.
Defendant's exhibits D1, D3, D19, D20, D21, D23, and D24 were offered and admitted.

Trial recessed at 3:47 p.m. to resume Thursday, June 12, 2025, at 9:00 a.m.

JS-10: 5:03