MINUTE ENTRY
FALLON, J.
JUNE 12, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO: 22-847 |
| DERRICK BURMASTER, ET AL | SECTION: L(4) |

<u>JURY TRIAL</u>
Day 4

COURT REPORTER: Alexis Vice
CASE MANAGER: Jennifer Limjuco
LAW CLERK: Cameron Ott

APPEARANCES:   William B. Most, Hope A. Phelps, Patrick M. Van Burkleo, and Tarak Anada, Counsel for plaintiffs
James M. Roquemore, Corwin St. Raymond, and Donesia D. Turner, Counsel for defendants

Trial resumed from June 11, 2025.
All present and ready at 10:12 a.m.
Outside the presence of the jury, the (264) Motion for Judgment as a matter of law was DENIED.
The jury charges were addressed by the Court and objections were ruled on accordingly.
Jurors returned to courtroom.
Closing arguments by Plaintiffs and Defendants
Jury charged and instructed by the Court.
Jury retires for deliberation at 12:45 p.m.
Jury Questions received at 3:12 p.m. and answered at 3:22 p.m.
Jury returns to continue deliberations.
Jury returned from deliberations at 4:41 p.m.
Verdict is taken and read to the court.
VERDICT: - See verdict form attached.
The Court orders that the verdict be entered into the record and be made judgment of the Court.
The Jury is thanked and excused

Trial adjourned at 4:58 p.m.

JS-10:  5:46