UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO: 22-847 |
| DERRICK BURMASTER, ET AL | SECTION: "L" |

### CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATION

I have reviewed the exhibits admitted during the trial of this matter and certify that those being sent to the Jury Room should be used by the Jury during their deliberation in this case.

6/12/2025
Date

_____
Plaintiff's counsel

6/12/2025
Date

_____
Defendant's counsel