Is what the jury recommends for damages final/binding or can be changed later?

Can we stipulate in the reward an allocation of funds to the training academy for additional training in animal/pet handeling ~~care~~ and deesculation techniques?

Date: 6/12/25

Dear Jury:                    Time: 3:22 PM

In answer to your first Q.: Your verdict is final unless appealed & reversed on appeal.

In answer to Your second Q.: The answer is no.