# United States District Court
## Eastern District of Louisiana

EXHIBIT LIST

DEREK BROWN, ET AL     CIVIL ACTION

VERSUS     NO: 22-847

DERRICK BURMASTER, ET AL     SECTION: L(4)

| PRESIDING JUDGE<br>Eldon E. Fallon | PLAINTIFF'S ATTORNEYS<br>William B. Most, Hope A. Phelps, Patrick M. Van Burkleo, and Tarak Anada | DEFENDANT'S ATTORNEYS<br>James M. Roquemore, Corwin St. Raymond, and Donesia D. Turner |
|---|---|---|
| TRIAL DATE<br>6/9/2025 – 6/12/2025 | COURT REPORTER<br>Alexis Vice | COURTROOM DEPUTY<br>Jennifer Limjuco |

| Exhibit No. | Date Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|
| J1 | 6/9/2025 | Burmaster body worn camera footage |
| J2 | 6/11/2025 | Roussel body worn camera footage |
| J4 | 6/9/2025 | NOPD Operations Manual, Chapter 1.3 |
| J5 | 6/9/2025 | NOPD Operations Manual, Chapter 1.7.1 |
| J8 | 6/9/2025 | Autopsy of Apollo |
|  |  |  |
| P3 | 6/9/2025 | Photo of Apollo dated 2/20/2021 |
| P4 | 6/9/2025 | Photo of Apollo dated 2/20/2021 |
| P6 | 6/9/2025 | Adoption Contract |
| P8 | 6/9/2025 | Photo of Apollo and cat dated 3/21/2021 |
| P10 | 6/9/2025 | Photo of Apollo dated 4/1/2021 |
| P12 | 6/10/2025 | DOJ Training |
| P13 | 6/10/2025 | NOPD Training |
| P14 | 6/10/2025 | Burmaster PIB Short Form |
| P17 | 6/9/2025 | Crime scene photo of Apollo dead |
| P18 | 6/9/2025 | Crime scene photo of gate and chicken wire |
| P20 | 6/9/2025 | PIB Administrative Shooting Investigation |
| P24 | 6/10/2025 | PIB Burmaster Long Form |
| P29 | 6/9/2025 | UFRB Minutes and Recommendations |
| P30 | 6/10/2025 | Animal Firearm Discharge List |
| P31 | 6/10/2025 | PIB Criminal Investigatory Report |

| | | |
|---|---|---|
| P33 | 6/10/2025 | Burmaster List of Shootings |
| P34 | 6/9/2025 | NOPD Diagrams |
| P36 | 6/10/2025 | Photo of Roussel Injury |
| P40 | 6/10/2025 | 8/16/2021 Email correspondence between Helou and OCDM |
| P41 | 6/10/2025 | Draft version of ASI Report with OCDM Comments |
| | | |
| D1 | 6/11/2025 | NOPD Educ & Training Division, Training Action Plan, dated 10/12/2020 |
| D3 | 6/11/2025 | 9/28/23 interoffice correspondence from Ganthier to Kirkpatrickre Disciplinary Hrg. |
| D4 | 6/10/2025 | 10/23/23 letter from Kirkpatrick to Burmaster re PIB control tracking no:2021-0238-R |
| D6 | 6/9/2025 | LSU lab invoice |
| D18 | 6/10/2025 | Officer Burmaster's training records (in three parts) |
| D19 | 6/11/2025 | May 2017 DTB – ASPCA Content |
| D20 | 6/11/2025 | May 2017 DTB – content test |
| D21 | 6/11/2025 | May 2017 DTB – attendance roster / test results |
| D23 | 6/11/2025 | October 2019 DTB – attendance roster / test results |
| D24 | 6/11/2025 | October 2019 DTB – attendance roster / test results |
| | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.