UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO: 22-847 |
| DERRICK BURMASTER, ET AL | SECTION: "L" |

## ORDER

**IT IS ORDERED** that the Clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

**IT IS FURTHER ORDERED** that the Clerk pay Majoria's Commerce Restaurant, 300 Camp St., New Orleans, LA, the sum of $137.25 for meals purchased June 12, 2025, for the jury in this matter.

New Orleans, Louisiana, this 18th day of June, 2025.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Copy: Procurement