```
          MAJORIA'S COMMERCE RESTAURANT
                   300 CAMP ST
                NEW ORLEANS, LA 70130
                   (504) 561-9239
                WWW.WWW.COMMERCEREST.COM
               Jun 12, 2025 at 11:12 AM

                    Order #33030

                 Customer Information:
                       Tony Leard
                  Phone: (504) 589-7545
                 Address: 500 Poydras C-456

-------------------------------------------------
                       Delivery
                   Guest: Tony Leard
                        Looco

CLASSIC BURGER                              13.00
   Add Cheese: American                      1.00
   Meat Temps: Well done                     0.00
   Sandwich Remove: Tomato                   0.00
CLASSIC BURGER                              13.00
   Add Cheese: American                      1.00
   Meat Temps: Well done                     0.00
CLASSIC BURGER                              13.00
   Add Cheese: Cheddar                       1.00
   Meat Temps: Medium                        0.00
Shrimp Po-Boy                               15.00
   Add Po-boy Side: French Fries             2.75
CLASSIC BURGER                              13.00
   Meat Temps: Well done                     0.00
Fried Oyster PoBoy                          19.00
   Sandwich Remove: Pickles                  0.00
   Add Po-boy Side: French Fries             2.75
Shrimp Po-Boy                               15.00
   Add Po-boy Side: French Fries             2.75
Shrimp Po-Boy                               15.00
Open Food                                   10.00
-------------------------------------------------

Subtotal                                   137.25
Tax                                          0.00

Total (Cash)                               137.25
Total (Non-Cash)                           142.74

-------------------------------------------------

Suggested tip amounts    15%: $20.59: $157.84
     are provided        20%: $27.45: $164.70
 for your convenience.   25%: $34.31: $171.56
-------------------------------------------------

             Receipt Code: 0332765325754

               Thank you for visiting!
                   Come back soon!
```