UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL.** | * | **SECTION L(4)** |

## ORDER & REASONS

Before the Court is a Motion for Reconsideration of the Jury Verdict Form filed by Plaintiffs Julia Barecki-Brown and Derek Brown. R. Doc. 272. The Court finds, however, that the motion is procedurally improper at this stage in the proceedings. Federal Rule of Civil Procedure 54(b) provides that district courts "possess[] the inherent procedural power to reconsider, rescind, or modify *an interlocutory order* for cause seen by it to be sufficient." *Melancon v. Texaco*, 659 F.2d 551, 552 (5th Cir. 1981) (emphasis added). Here, the Browns ask this Court to reconsider the jury verdict form, which is plainly not an interlocutory order subject to the purview of Rule 54.

Accordingly;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration of the Jury Verdict Form, R. Doc. 272, is **DENIED** as **MOOT**. Plaintiffs may reraise the merits of their arguments raised in the present motion after the judgment is rendered in this matter by utilizing the proper post-judgment motion procedure as contemplated by the Federal Rules.

New Orleans, Louisiana this 8th day of July, 2025.

_____
United States District Judge