UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | DIVISION: 4 |
| | * | HONORABLE KAREN WELLS ROBY |
| | * | |

******************************************************************************

**Plaintiffs' Rule 49 Motion**

In this motion, Plaintiffs ask this Court to amend the judgment or order a limited new trial per Rule 49 (or in the alternative, under Rule 59) for two reasons: (1) the verdict form improperly included both steps of qualified immunity in contravention of Fifth Circuit caselaw and the stipulated Pre-Trial Order; and (2) the verdict form double-counted municipal causation, leading to an irreconcilably inconsistent verdict on *Monell* liability.

Given the facts and law as detailed in the attached memorandum, the motion should be granted. The Court should render the judgment to reflect the verdict form after taking out jury questions three and five, and order a limited new trial on punitive damages.

Respectfully submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
Telephone: (504) 509-5023
E-Mail: williammost@gmail.com

TARAK ANADA (#31598)
PATRICK VAN BURKLEO (#41471)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswalker.com