UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and JULIA BARECKI-BROWN | * * | Civil Action No. 22-00847 |
| | * | SECTION: L |
| VERSUS | * * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * * * | DIVISION: 4 |
| | * * | HONORABLE KAREN WELLS ROBY |

**********************************************************************

### ORDER

Considering the foregoing *Plaintiffs' Rule 49 Motion*, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. The Court will amend the judgment to reflect the verdict form after taking out jury questions three and five. The Court will set a scheduling conference for a limited new trial on the issue of punitive damages.

The judgment shall be amended as follows:

### JUDGMENT

The above-captioned case was tried by a jury on June 9, 2025 – June 12, 2025 before District Judge Eldon E. Fallon. The jury returned a verdict in favor of Plaintiffs on the 42 U.S.C. § 1983 constitutional claim, finding that Defendant Burmaster violated Plaintiff's Fourth Amendment rights. The jury also found that Defendant Burmaster was entitled to qualified immunity, but that is a legal question that the Court will disregard as not properly before the jury. The jury also found Defendant City of New Orleans liable for a violation of Plaintiffs' constitutional rights. The jury's question regarding City causation will be disregarded as irreconcilable with the finding of liability. The jury returned a verdict in favor of Plaintiffs Derek Brown and Julia Barecki-Brown on the state law negligence, negligent infliction of emotional distress, and conversion claims. With the above

caveats, the Court has adopted the jury's verdict as its own judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Plaintiffs Derek Brown and Julia Barecki-Brown and against Defendants Derrick Burmaster and the City of New Orleans in the amount of $10,000.00 in compensatory damages and $400.00 in economic loss, for a total award of $10,400.00, plus reasonable attorney's fees and legal interest and costs. Plaintiffs shall file an attorney fee petition within 30 days of this judgment.

Signed in New Orleans, Louisiana, on this _____ of _____, 2025.

_____