UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |

******************************************************************************

**DECLARATION OF WILLIAM MOST**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case.

2. I understand that per 28 U.S. Code § 1920, the following costs are compensable: (1) Fees of the clerk and marshal; (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) Fees and disbursements for printing and witnesses; (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case; (5) Docket fees under section 1923 of this title; (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

3. The following table shows the costs incurred in this case falling within 28 U.S. Code § 1920:

| Description | Amount |
|---|---|
| John Helou and David Barnes Depositions | $645.00 |
| John Helou[1] Deposition | $201.50 |
| Nicholas Gernon Deposition | $242.20 |
| Keith Sanchez Deposition | $432.50 |
| Anne Kirkpatrick Deposition | $1,147.15 |
| Derrick Burmaster and John Helou Depositions | $5,764.48 |
| David Duplantier Deposition | $1,816.54 |
| Debra Pruitt Deposition | $1,354.05 |
| John Roussel & Chris Goodley Depositions | $3,348.16 |
| Shannon Jones-Brewer Deposition | $2,158.47 |
| Derek Brown Deposition | $245.50 |
| Precious Banks Deposition | $323.55 |
| Julie Brown Deposition | $168.50 |
| Fee for Exemplification and Printing Costs to Crescent City Litigation Support (Demonstratives and Bench Books) | $731.50 |
| Fee for Docusource Exemplification (Demonstrative) | $1,760.00 |
| Fee to Docusource for Exemplification (Demonstrative) | $514.42 |
| Hans Ganthier and Ryan Lubrano Deposition | $967.75 |
| Fee for Exemplification to Workshop Enzo (Demonstrative) | $800.00 |
| Fee for Exemplification to Tulane Fabrication Labs (Demonstrative) | $920.00 |
| Complaint Filing Fee | $402.00 |
| **Total:** | **$23,943.27** |

4.  I certify that the items are correct and that the costs have been necessarily incurred and that the services for which fees have been charged were actually and necessarily performed.

5.  True and correct copies of invoices are attached.

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

---

[1] John Helou was deposed multiple times because he was a 30(b)(6) witness identified by the City as a City representative at different stages of the case for different topics.

2