ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Invoice No.: 20250058

William B. Most
Most & Associates
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170

**MAKE CHECKS PAYABLE TO:**
Alexis A Vice, RPR, CRR
500 Poydras Street, HB-275
New Orleans, LA 70130
(504) 589-7777
Alexis_Vice@laed.uscourts.gov

| __ CRIMINAL  X CIVIL | DATE ORDERED: 07-23-2025 | DATE DELIVERED: 07-30-2025 |
|---|---|---|

**In the matter of:** 22-847, Derek Brown, et al v Derrick Burmaster, et al

Transcript of trial testimony of Derrick Burmaster heard June 10, 2025

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 83 | 4.40 | 365.20 | | 1.10 | | | 0.75 | | 365.20 |
| 14-Day | | 5.10 | | | 1.10 | | | 0.75 | | |
| 7-Day | | 5.85 | | | 1.10 | | | 0.75 | | |
| 3-Day | | 6.55 | | | 1.30 | | | 0.90 | | |
| Next-Day | | 7.30 | | | 1.45 | | | 1.10 | | |
| 2-Hour | | 8.70 | | | 1.45 | | | 1.10 | | |
| Realtime | | 3.70 | | | 2.55 | | | 1.80 | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 365.20 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 365.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/Alexis A. Vice | DATE: 07-30-2025 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# *SOUTHERN COURT REPORTERS, INC.*

Tax ID – 74-2840296

*Sandra P. DiFebbo, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana   70124*
*504 488-1112*

---

April 14, 2025

MOST & ASSOCIATES
ATTORNEYS AT LAW
201 ST. CHARLES AVENUE, SUITE 2500 #9685
NEW ORLEANS, LOUISIANA  70170                    INVOICE NO.  042580

ATTN: WILLIAM MOST, ESQ.

IN RE:  UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA,
DEREK BROWN, ET AL VS. DERRICK BURMASTER, ET AL, CA NO. 22-00847, SECTION

Furnishing original and one copy each of the depositions of DAVID BARNES AND JOHN
        HELOU, taken on the 31st day of March 2025.

**$645.00**

**PLEASE MAKE PAYMENTS TO:**
**SOUTHERN COURT REPORTERS, INC.**
**5819 GEN. DIAZ STREET**
**NEW ORLEANS, LA 70124**
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

# *SOUTHERN COURT REPORTERS, INC.*

Tax ID – 74-2840296

*Sandra P. DiFebbo, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana   70124*
*504 488-1112*

---

April 17, 2025

MOST & ASSOCIATES
ATTORNEYS AT LAW
201 ST. CHARLES AVENUE,  SUITE 2500, #9685
NEW ORLEANS, LOUISIANA  70170                    INVOICE NO.  042585

ATTN: WILLIAM MOST, ESQ.

_____

 IN  RE:  UNITED  STATES  DISTRICT  COURT,  EASTERN  DISTRICT  OF  LOUISIANA,
DEREK BROWN, ET AL VS. DERRICK BURMASTER, ET AL, CA NO. 22-00847, SECTION

Furnishing original and one copy of the 30(b)(6) deposition of the City of New Orleans through
        its designated representative JOHN HELOU, taken on the 19th day of April 2025.

**$201.50**

**PLEASE MAKE PAYMENTS TO:**
**SOUTHERN COURT REPORTERS, INC.**
**5819 GEN. DIAZ STREET**
**NEW ORLEANS, LA 70124**
ANY QUESTIONS  ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

# *SOUTHERN COURT REPORTERS, INC.*

Tax ID – 74-2840296

*Lori L. Marino, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana  70124*
*504 488-1112*

-----------------------------------------------------------------------------------------------------------------

April 28, 2025

MOST & ASSOCIATES
ATTORNEYS AT LAW
201 ST. CHARLES AVENUE,  SUITE 2500, #9685
NEW ORLEANS, LOUISIANA  70170                    INVOICE  NO.  042594

ATTN: WILLIAM MOST, ESQ.
_____

IN  RE:  USDC,  EASTERN  DISTRICT  OF  LOUISIANA,  DEREK  BROWN,  ET  AL  VS.
DERRICK BURMASTER, ET AL, CA NO. 22-00847, SECTION L-4

Furnishing original and one copy of the deposition of NICHOLAS GERNON, taken on the 10th
     day of April 2025

                                        **$254.20**

**PLEASE MAKE PAYMENTS TO:**
**SOUTHERN COURT REPORTERS, INC.**
**5819 GEN. DIAZ STREET**
**NEW ORLEANS, LA 70124**
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

# SOUTHERN COURT REPORTERS, INC.

Tax ID – 74-2840296

*Sandra DiFebbo, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana 70124*
*504 488-1112*

---

May 21, 2025

MOST & ASSOCIATES
ATTORNEYS AT LAW
201 ST. CHARLES AVENUE
SUITE 2500 #9685
NEW ORLEANS, LOUISIANA    70170                    INVOICE NO. 052640

ATTN: WILLIAM MOST, ESQ.

---

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, DEREK BROWN, ET AL VS. DERRICK BURMASTER, ET AL, CIVIL ACTION NO. 22-00847, SECTION L, DIVISION 4

Furnishing original and one copy each (expedited) of the depositions of HANS GANTHIER and RYAN LUBRANO, taken on the 14th day of May 2025.

**$967.75**

**PLEASE MAKE PAYMENTS TO:**
**SOUTHERN COURT REPORTERS, INC.**
**5819 GEN. DIAZ STREET**
**NEW ORLEANS, LA 70124**
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-11129

# STATEMENT

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Account No. | Date |
|---|---|
| C245212 | 8/2/2023 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $323.55 | $0.00 | **$323.55** |

William Most
Most and Associates
201 St. Charles St. Suite 114
New Orleans, LA 70170

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 4/13/2023 | 1038752 | 323.55 | 951821 | 3/28/2023 | Captain Precious Banks | Derek Brown and Julia Barecki-Brown v. Derrick Burmaster, et al |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

William Most
Most and Associates
201 St. Charles St. Suite 114
New Orleans, LA 70170

Account No. : C245212
Date        : 8/2/2023

**Total Due** : **$323.55**

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1038752 | 4/13/2023 | 951821 |

| Job Date | Case No. |
|---|---|
| 3/28/2023 | 22-00847 |

| Case Name |
|---|
| Derek Brown and Julia Barecki-Brown v. Derrick Burmaster, et al |

| Payment Terms |
|---|
| Due upon receipt |

William Most
Most and Associates
201 St. Charles St. Suite 114
New Orleans, LA 70170

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Captain Precious Banks | 43.00 | Pages | @ | 5.200 | 223.60 |
| VC/Zoom pages (complimentary) | 43.00 | Pages | @ | 0.000 | 0.00 |
| MLV Connect | 1.00 | Access | @ | 35.000 | 35.00 |
| Depo Disk/Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| Delivery of Sealed Original/Hard Copy | 1.00 | | @ | 19.950 | 19.95 |
| **TOTAL DUE  >>>** | | | | | **$323.55** |

Location of Job   : VIRTUAL
                   REQUESTED , LA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$323.55** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

William Most
Most and Associates
201 St. Charles St. Suite 114
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 951821 | BU ID | : PHILA |
| Case No. | : 22-00847 | | |
| Case Name | : Derek Brown and Julia Barecki-Brown v. Derrick Burmaster, et al | | |
| Invoice No. | : 1038752 | Invoice Date | : 4/13/2023 |
| **Total Due** | : **$323.55** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# INVOICE



**Nicholas LiCausi**
licausi.nicholas@gmail.com; Website: nicholaslicausi.com

**Invoice No#**: 0019
**Invoice Date**: May 22, 2025
**Due Date**: May 22, 2025


Scan.Pay.Go

## $800.00 USD
**AMOUNT DUE**

**BILL TO**
William Most
williammost@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Dog 3D Print Invoice<br>3D Printed Dog, Post-produced and painted. | 1 | $800.00 | $800.00 |
|   | | Subtotal | | $800.00 |
|   | | **TOTAL** | | **$800.00 USD** |

**ATTACHMENTS**
20250522 William Most 3D Print.pdf



# TO:

**3D Printed Dog**

Jones Walker

W. Murray, Matter No. 18097600

6/6/2025

| DESCRIPTION | QTY | PRICE | PRICE |
|---|---|---|---|
| 3D Model Editing | 1 | $100 | $100 |
| 3D Prints | 6 | $120 | $720 |
| Post-Processing Model | 1 | $100 | $100 |

**$920**

# INVOICE

Tulane School of Architecture, Richardson Memorial Hall
6823 St. Charles Ave. New Orleans, LA 70118

tulanearchlabs@tulane.edu
www.architecture.tulane.edu/fablabs

# *SOUTHERN COURT REPORTERS, INC.*

Tax ID – 74-2840296

*Raynel E. Schule, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana  70124*
*504 488-1112*

-------------------------------------------------------------------------------------------------------------------

May 14, 2025

MOST & ASSOCIATES
ATTORNEYS AT LAW
201 ST. CHARLES AVENUE, SUITE 2500
NEW ORLEANS,  LOUISIANA      70170                    INVOICE  NO.  052631

ATTN: WILLIAM MOST, ESQ.

_____

IN  RE:  USDC,  EASTERN  DISTRICT  OF  LOUISIANA,  DEREK  BROWN  AND  JULIA
BARECKI-BROWN  VS. DERRICK BURMASTER, ET AL, CA NO. 22-00847

Furnishing original and one copy (expedited) of the deposition of KEITH SANCHEZ, taken on
the 7th day of May 2025.

**$432.50**

**TRANSCRIPT TO BE READ & SIGNED**
**PLEASE MAKE PAYMENTS TO:**
**SOUTHERN COURT REPORTERS, INC.**
**5819 GEN. DIAZ STREET**
**NEW ORLEANS, LA 70124**
ANY QUESTIONS  ABOUT THIS INVOICE?
PLEASE CALL (504) 488-11129



Payment receipt

# You paid $731.50

to Crescent City Litigation Support on 5/21/2025

| | |
|---|---|
| Invoice no. | 8507 |
| Invoice amount | $731.50 |
| **Total** | **$731.50** |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0249054060 |

Thank you



**Crescent City Litigation Support**

5045093358

Chris@crescentcitylit.com

1100 Poydras St, Suite 2780, New Orleans, LA 70163

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

# I N V O I C E

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1017921 | 3/16/2023 | 941621 |
| **Job Date** | **Case No.** | |
| 3/7/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| John Roussel | 128.00 | Pages @ | 5.200 | 665.60 |
| 4-Day Expedited Delivery | | | | 465.92 |
| Exhibit | 87.00 | Pages @ | 0.500 | 43.50 |
| Exhibit Handling | 1.00 | @ | 5.950 | 5.95 |
| Rough Draft | 114.00 | Pages @ | 2.000 | 228.00 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Chris Goodly | 126.00 | Pages @ | 5.200 | 655.20 |
| 4-Day Expedited Delivery | | | | 458.64 |
| Exhibit | 37.00 | Pages @ | 0.500 | 18.50 |
| Exhibit Handling | 1.00 | @ | 5.950 | 5.95 |
| Rough Draft | 108.00 | Pages @ | 2.000 | 216.00 |
| Attendance Fee | 1.00 | @ | 350.000 | 350.00 |
| In-Person Fee | 1.00 | Days @ | 150.000 | 150.00 |
| Depo Disk/Lit Package | 1.00 | @ | 45.000 | 45.00 |
| Shipping | 2.00 | Delivery @ | 19.950 | 39.90 |

**TOTAL DUE  >>>**                    **$3,348.16**

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Job No.    : 941621          BU ID        : PHILA-DS
Case No.   :
Case Name  : Brown v. NOPD, Derrick Brumaster

Invoice No. : 1017921        Invoice Date : 3/16/2023
**Total Due** : **$3,435.80**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1017921 | 3/16/2023 | 941621 |
| Job Date | Case No. | |
| 3/7/2023 | | |
| Case Name | | |
| Brown v. NOPD, Derrick Brumaster | | |
| Payment Terms | | |
| Due upon receipt | | |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Location of Job    : New Orleans City Hall
1300 Perdido St
New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 500.00 |
| (+) Finance Charges/Debits: | 587.64 |
| (=) New Balance: | $3,435.80 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No.    : 941621 | | BU ID     : PHILA-DS | |
| Case No.   : | | | |
| Case Name  : Brown v. NOPD, Derrick Brumaster | | | |
| Invoice No. : 1017921 | | Invoice Date : 3/16/2023 | |
| **Total Due  : $3,435.80** | | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1018137 | 3/14/2023 | 941623 |

| Job Date | Case No. |
|---|---|
| 3/8/2023 | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Shannon Jones-Brewer (VIDEO)

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | 1.00 | Hours @ | 325.000 | 325.00 |
| Video Service Additional Hours | 2.00 | Hours @ | 125.000 | 250.00 |
| Master - Archived | 1.00 | @ | 20.000 | 20.00 |

**TOTAL DUE  >>>**                           **$595.00**

Location of Job    : New Orleans City Hall
1300 Perdido St
New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **( - ) Payments/Credits:** | 595.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 941623 | BU ID | : PHILA-DS |
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1018137 | Invoice Date | : 3/14/2023 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1018249 | 3/16/2023 | 941633 |
| **Job Date** | **Case No.** | |
| 3/10/2023 | | |
| **Case Name** | | |
| Brown v. NOPD, Derrick Brumaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Derrick Burmaster (video)

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | 1.00 | Hours | @ | 325.000 | 325.00 |
| Video Service Additional Hours | 3.50 | Hours | @ | 125.000 | 437.50 |
| Master - Archived | 1.00 | | @ | 20.000 | 20.00 |
| Download Link Sent | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE  >>>**                   **$782.50**

Location of Job    : New Orleans City Hall
1300 Perdido St
New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**( - ) Payments/Credits:**                782.50
**(+) Finance Charges/Debits:**            0.00
**(=) New Balance:**                       **$0.00**

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Job No.       : 941633          BU ID        : PHILA-DS
Case No.      :
Case Name     : Brown v. NOPD, Derrick Brumaster

Invoice No.   : 1018249        Invoice Date : 3/16/2023
**Total Due   : $0.00**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1019627 | 3/16/2023 | 941623 |
| **Job Date** | **Case No.** | |
| 3/8/2023 | | |
| **Case Name** | | |
| Brown v. NOPD, Derrick Brumaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| David Duplantier | 168.00 | Pages | @ | 5.200 | 873.60 |
| 2 Day Expedited Delivery | | | | | 786.24 |
| Video Pages | 168.00 | Pages | @ | 0.500 | 84.00 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Exhibits - Scanned | 87.00 | | @ | 0.250 | 21.75 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| | | **TOTAL DUE   >>>** | | | **$1,816.54** |

Location of Job    : New Orleans City Hall
                      1300 Perdido St
                      New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 1,816.54 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 941623 | BU ID | : PHILA-DS |
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1019627 | Invoice Date | : 3/16/2023 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1019627 | 3/16/2023 | 941623 |
| **Job Date** | **Case No.** | |
| 3/8/2023 | | |
| **Case Name** | | |
| Brown v. NOPD, Derrick Brumaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

**(=) New Balance:**                    **$0.00**

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Job No.      : 941623          BU ID        : PHILA-DS
Case No.     :
Case Name  : Brown v. NOPD, Derrick Brumaster

Invoice No. : 1019627          Invoice Date : 3/16/2023
**Total Due** : **$0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1027102 | 3/26/2023 | 941620 |
| **Job Date** | **Case No.** | |
| 3/6/2023 | | |
| **Case Name** | | |
| Brown v. NOPD, Derrick Brumaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Debra N. Pruitt | 94.00 | Pages | @ | 5.200 | 488.80 |
| 6 Day Expedited Delivery | | | | 244.40 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Exhibits - Scanned | 76.00 | | @ | 0.250 | 19.00 |
| Attendance Fee | 1.00 | | @ | 150.000 | 150.00 |
| Rough Draft | 82.00 | Pages | @ | 2.000 | 164.00 |
| Video Pages | 94.00 | Pages | @ | 0.500 | 47.00 |
| In-Person Fee | 1.00 | Days | @ | 150.000 | 150.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| Shipping | 2.00 | Delivery | @ | 19.950 | 39.90 |

**TOTAL DUE  >>>**   **$1,354.05**

Location of Job    : New Orleans City Hall
1300 Perdido St
New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Job No.      : 941620          BU ID       : PHILA-DS
Case No.     :
Case Name  : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1027102        Invoice Date : 3/26/2023
**Total Due**  : **$0.00**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# I N V O I C E

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1027102 | 3/26/2023 | 941620 |
| **Job Date** | **Case No.** | |
| 3/6/2023 | | |
| **Case Name** | | |
| Brown v. NOPD, Derrick Brumaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 1,354.05 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 941620 | BU ID | : PHILA-DS |
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1027102 | Invoice Date | : 3/26/2023 |
| **Total Due** | **: $0.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1043439 | 4/24/2023 | 941633 |
| Job Date | Case No. | |
| 3/10/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Lt. John Helou | 53.00 | Pages | @ | 5.200 | 275.60 |
| 4-Day Expedited Delivery | | | | | 192.92 |
| Condensed Copy, Bound and Certified | 53.00 | Pages | @ | 0.250 | 13.25 |
| Rough Draft | 53.00 | Pages | @ | 2.000 | 106.00 |
| Exhibit -Tabbed | 5.00 | | @ | 0.650 | 3.25 |
| Exhibits - Scanned | 5.00 | | @ | 0.250 | 1.25 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Travel - Parking | 1.00 | Entry | @ | 15.000 | 15.00 |
| Administrative Fee | 1.00 | | @ | 100.000 | 100.00 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Officer Derrick Burmaster | 267.00 | Pages | @ | 5.200 | 1,388.40 |
| Next Day Delivery | | | | | 1,388.40 |
| Hourly Attendance | 7.00 | Hours | @ | 50.000 | 350.00 |
| Condensed Copy, Bound and Certified | 267.00 | Pages | @ | 0.250 | 66.75 |
| Rough Draft | 267.00 | Pages | @ | 2.000 | 534.00 |
| Exhibit -Tabbed | 11.00 | | @ | 0.650 | 7.15 |
| Exhibits - Scanned | 11.00 | | @ | 0.250 | 2.75 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 941633 | BU ID | : PHILA-DS |
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1043439 | Invoice Date | : 4/24/2023 |
| **Total Due** | : **$5,764.48** | | |

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# I N V O I C E

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1043439 | 4/24/2023 | 941633 |
| **Job Date** | **Case No.** | |
| 3/10/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| **Payment Terms** |
|---|
| Due upon receipt |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | | |
|---|---|---|---|---|
| Video Pages | 267.00 | Pages | @ | 0.500 | 133.50 |
| In-Person Fee | 1.00 | Days | @ | 150.000 | 150.00 |
| Editing Public Version & Furnishing extra copy of transcript | 1.00 | Hours | @ | 100.000 | 100.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| | **TOTAL DUE  >>>** | | | | **$4,885.12** |

Location of Job    : New Orleans City Hall
                     1300 Perdido St
                     New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 879.36 |
| **(=) New Balance:** | **$5,764.48** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 941633 | BU ID | : PHILA-DS |
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1043439 | Invoice Date | : 4/24/2023 |
| **Total Due** | : **$5,764.48** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA 19182-2804**



381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Tarak Anada, ESQ.
Jones Walker, L.L.P. - N.O.
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170

## *Invoice #74987*

| Date | Terms |
|------|-------|
| 01/17/2023 | Net 30 |

**Job #20333 on 12/19/2022**

**Case:** Derek Brown, et al v. Derrick Burmaster, et al

**Shipped On:** 01/17/2023
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|-------------|--------|
| **Copy Transcript Deposition of Derek Brown** | |
| 1 E-tran copy only with scanned exhibits | $ 245.50 |
| | $ 245.50 |
| **Copy Transcript Deposition of Julia Barecki-Brown** | |
| 1 E-tran copy only with scanned exhibits | $ 168.50 |
| | $ 168.50 |

| | |
|---|---|
| Amount Due: | $ 414.00 |
| Paid: | $ 414.00 |
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **02/16/2023** |

**Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447 - TAX ID 20-1318855**
**Please reference invoice number when remitting payment.**
**3.5% WILL BE ADDED to the invoice when invoice is paid via a Credit Card**
**Louisiana Court Reporter - owned firm covering all of Louisiana.**
                    **Contact us:  SerpasCourtReporting.com  *  800-526-8720**



381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

William B. Most, Esq.
Most & Associates
201 St. Charles Ave.
Suite 2500
New Orleans, LA 70170

## *Invoice #88547*

| Date | Terms |
|------|-------|
| 05/15/2025 | Net 30 |

## **PAST DUE**

| Job #30909 on 05/01/2025 |
|---|

**Case:** Derek Brown, et al v. Derrick Burmaster, et al     **Shipped On:** 05/15/2025
     **Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Original Transcript Deposition of Anne Kirkpatrick** | |
|     1 Original ; 1 Condensed Transcript - Video | $ 1,147.15 |
| | $ 1,147.15 |

| | |
|---|---|
| Amount Due: | $ 1,147.15 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 1,147.15** |
| **Payment Due:** | **06/14/2025** |

**Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447 - TAX ID 20-1318855**
**Please reference invoice number when remitting payment.**
**3.5% WILL BE ADDED to the invoice when invoice is paid via a Credit Card**
**Louisiana Court Reporter - owned firm covering all of Louisiana.**
     **Contact us: SerpasCourtReporting.com  *  800-526-8720**



381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

William B. Most, Esq.
Most & Associates
201 St. Charles Ave.
Suite 2500
New  Orleans, LA 70170

*Statement*

| Statement Date | 07/07/2025 |
|---|---|

| Sent Date | Due Date | Invoice# | Job Date | Witness/Case | Law Firm Case# | Amount |
|---|---|---|---|---|---|---|
| 05/15/2025 | 06/14/2025 | 88547 | 05/01/2025 | Anne Kirkpatrick<br>Derek Brown, et al v. Derrick Burmaster, et al | | $ 1,147.15 |

| Total Amount | $ 1,147.15 |
|---|---|

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 180 Days | Over 180 Days |
|---|---|---|---|---|---|
| $1,147.15 | $0.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 |

**Mail payment to: Serpas Court Reporting 381 Highway 21  Suite 202  Madisonville, LA 70447**

**Please call: 800-526-8720 with any questions you may have.**

# I N V O I C E

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1016210 | 3/13/2023 | 941623 |

| Job Date | Case No. |
|---|---|
| 3/8/2023 | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Shannon Jones | 138.00 Pages | @ | 5.200 | 717.60 |
| Next Day Delivery | | | | 717.60 |
| Exhibit | 52.00 Pages | @ | 0.500 | 26.00 |
| Hourly Attendance | 3.00 Hours | @ | 50.000 | 150.00 |
| Exhibit Handling | 1.00 | @ | 5.950 | 5.95 |
| In-Person Fee | 1.00 Days | @ | 150.000 | 150.00 |
| Video Pages | 138.00 Pages | @ | 0.500 | 69.00 |
| GoGreenScripts Lit Package | 1.00 | @ | 45.000 | 45.00 |
| Delivery of Sealed Original/Hard Copy | 1.00 | @ | 19.950 | 19.95 |
| Errata Compliance Delivery | 1.00 | @ | 97.220 | 97.22 |
| Waiting Time | 1.00 Hours | @ | 65.000 | 65.00 |
| Parking/Toll | 1.00 | @ | 10.000 | 10.00 |
| Travel Mileage | 130.00 Miles | @ | 0.655 | 85.15 |
| | **TOTAL DUE  >>>** | | | **$2,158.47** |

Location of Job  : New Orleans City Hall
1300 Perdido St
New Orleans, LA 70112

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| Job No. | : 941623 | BU ID | : PHILA-DS |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1016210 | Invoice Date | : 3/13/2023 |
| **Total Due** | : **$0.00** | | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1016210 | 3/13/2023 | 941623 |
| **Job Date** | **Case No.** | |
| 3/8/2023 | | |
| **Case Name** | | |
| Brown v. NOPD, Derrick Brumaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 2,158.47 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 941623 | BU ID | : PHILA-DS |
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1016210 | Invoice Date | : 3/13/2023 |
| **Total Due** | **: $0.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**



# DOCUSOURCE
## litigation support solutions
INVOICE

DOCUSOURCE
LITIGATION SUPPORT SOLUTIONS

INVOICE NO 133106

DATE
3|23|23

Bill To Customer # 38       QP:   JONE    Originals From

Firm/Co: JONES WALKER ET AL                Name:
   Name: CHRISTINE MAUER                  Address:
Address: 201 ST.CHARLES AVE.
         SUITE 4800
     City:NEW ORLEANS, St:LA Zip: 70170      Phone:
Phone: 5045828000    AM :

SR: TA

Reference Number: 182140-00                      | 79446

============= Special Instructions =============
PLEASE BLOW UP AND MOUNT

| ORIG | COPIES | Description | Unit Price | Total |
|------|--------|-------------|------------|-------|
| 3 | 1 | 2X3 B&W BLOW UP AND MOUNT | $60.0000 | 180.00 |
| 1 | 1 | 45X72 B&W BLOW UP AND MOUNT | $230.0000 | 230.00 |
| 1 | 1 | 18X26 CUT OUT | $60.0000 | 60.00 |

NOW ACCEPTING PAY BY PHONE 504.908.0081.
INVOICE IS DUE UPON RECEIPT.
      ****NO STATEMENT WILL BE SENT****
A FINANCE CHARGE OF 5% PER MONTH
WILL BE ASSESSED AFTER 30 DAYS.

Sub-Total:    470.00
Freight:
Tax:    44.42
Total:    514.42

**REMIT PAYMENT TO:**
201 ST. CHARLES AVE. • SUITE 1401 • NEW ORLEANS, LOUISIANA 70170-1401 • (504) 588-2679 • FAX (504) 588-2689

NET 15 DAYS



# DOCUSOURCE
## litigation support solutions
INVOICE

DATE **LITIGATION SUPPORT SOLUTIONS**

3/23/23

INVOICE NO 133106

Bill To Customer # 38        QP:  JONE     Originals From

Firm/Co: JONES WALKER ET AL
   Name: CHRISTINE MAUER
Address: 201 ST.CHARLES AVE.
         SUITE 4800
   City:NEW ORLEANS, St:LA Zip: 70170
Phone: 5045828000      AM :

Name:
Address:

Phone:

SR: TA

Reference Number: ·182140-00                                79446

============================ Special Instructions ============================
PLEASE BLOW UP AND MOUNT

| ORIG | COPIES | Description | Unit Price | Total |
|------|--------|-------------|------------|-------|
| 3 | 1 | 2X3 B&W BLOW UP AND MOUNT | $60.0000 | 180.00 |
| 1 | 1 | 45X72 B&W BLOW UP AND MOUNT | $230.0000 | 230.00 |
| 1 | 1 | 18X26 CUT OUT | $60.0000 | 60.00 |

NOW ACCEPTING PAY BY PHONE 504.908.0081.
INVOICE IS DUE UPON RECEIPT.
     ****NO STATEMENT WILL BE SENT****
A FINANCE CHARGE OF 5% PER MONTH
WILL BE ASSESSED AFTER 30 DAYS.

Sub-Total:        470.00
Freight:
     Tax:          44.42
   Total:         514.42

**REMIT PAYMENT TO:**
201 ST. CHARLES AVE. • SUITE 1401 • NEW ORLEANS, LOUISIANA 70170-1401 • (504) 588-2679 • FAX (504) 588-2689

NET 15 DAYS

**Docusource**
*Discovery Management - Trial Support*

# INVOICE

201 St. Charles Ave
Suite 1401
New Orleans LA  70170
Phone (504) 588-2679
Accounting:  Jana@docusource.us
Support: Lspooner@docusource.us



DOCUSOURCE

| | |
|---|---|
| **DATE:** | June 9, 2025 |
| **INVOICE #** | 062025.07 |
| **FILE:** | Bareki / Brown - Apollo |

**BILL TO:**

Jones Walker
Tarak Anada
201 St Charles Ave, Ste 5100
New Orleans, LA 70170

**DESCRIPTION OF SERVICES:  Please create board for trial of catahoula leopard hound (Apollo) per measurements from autopsy report. Measurements must match autopsy measurements.**

| Date | Description of Services | Hours/Units | Amount | Total |
|---|---|---|---|---|
| | Technician Time - Create template from measurements; Revise and edit  template per additional information received; Revise and edit per exact measurements and new photograph used. | 7.50 | $150.00 | $1,125.00 |
| | Technician Time - Cut final board per template | 0.50 | $150.00 | $75.00 |
| | Oversize Template - Copies of template created for review and measurements | 25.00 | $10.00 | $250.00 |
| | Final Board - Color | 1.00 | $150.00 | $150.00 |
| | | | | |
| | | | | |
| | | | Sub Total | $1,600.00 |
| | | | Tax Rate | 10.00% |
| | | | Tax | $160.00 |

*Make all checks payable to Docusource. THANK YOU FOR YOUR BUSINESS!*

*A Finance Charge of 1.5% per month will be assessed after 30 days.*

| **TOTAL** | **$1,760.00** |
|---|---|

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1017504 | 3/16/2023 | 941620 |

| Job Date | Case No. |
|---|---|
| 3/6/2023 | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

Debra N. Pruitt (VIDEO) , Chris Goodley (Video)

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | 1.00 | Hours | @  325.000 | 325.00 |
| Video Service Additional Hours | 1.00 | Hours | @  125.000 | 125.00 |
| Master - Archived | 2.00 | | @  20.000 | 40.00 |
| Download Link Sent | 1.00 | | @  0.000 | 0.00 |
| Parking/Toll | 1.00 | | @  12.980 | 12.98 |
| **TOTAL DUE  >>>** | | | | **$502.98** |

Location of Job    : New Orleans City Hall
1300 Perdido St
New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **( - ) Payments/Credits:** | 502.98 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Tarak Anada, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 941620 | BU ID | : PHILA-DS |
| Case No. | : | | |
| Case Name | : Brown v. NOPD, Derrick Brumaster | | |
| Invoice No. | : 1017504 | Invoice Date | : 3/16/2023 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**