UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br><br> VERSUS <br><br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> DOCKET NUMBER: 22-00847 <br><br> SECTION: L <br><br> HONORABLE ELDON E. FALLON <br><br> DIVISION: 4 <br><br> HONORABLE KAREN WELLS ROBY |

*****************************************************************************

## MOTION AND APPLICATION FOR TAXATION OF COSTS OF DEFENDANT, THE CITY OF NEW ORLEANS

Defendant City of New Orleans ("Defendant"), following the Judgment entered in Defendant's favor on July 8, 2025 (R. Doc. 277), submits this application and moves this Court for an Order taxing costs against Plaintiffs, Derek Brown and Julia Barecki-Brown, in the amount of $15,106.75. In support of this Motion, and pursuant to Local Rule 54.3, Defendant offers the attached Bill of Costs, on the forms prescribed by the Court, a memorandum in support of this motion, invoices supporting each item of cost attached as Exhibit A. For the reasons set forth in the attached memorandum, the above-stated costs should be taxed against Plaintiffs, Derek Brown and Julia Barecki-Brown.

Respectfully submitted:

*/s/ James M. Roquemore*
**JAMES M. ROQUEMORE, LSB #40035**
DEPUTY CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
James.Roquemore@nola.gov
*Counsel for the City of New Orleans*