

**Serpas COURT REPORTING**

381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

James Roquemore, Esq.
City of New Orleans
1300 Perdido Street
Suite 5E03
New Orleans, LA 70112

# Invoice #74985

| Date | Terms |
|---|---|
| 01/17/2023 | Net 30 |

## PAST DUE

| Job #20333 on 12/19/2022 |
|---|

Case: Derek Brown, et al v. Derrick Burmaster, et al

Shipped On: 01/17/2023
Shipped Via: USPS Priority Mail

| Description | Amount |
|---|---|
| **Original Transcript Deposition of Derek Brown - E-TRANSCRIPT** 1 Original; 1 Condensed Transcript - Via Zoom | $ 403.90 |
| | $ 403.90 |
| **Original Transcript Deposition of Julia Barecki-Brown - E-TRANSCRIPT** 1 Original; 1 Condensed Transcript - Via Zoom | $ 300.30 |
| | $ 300.30 |
| Amount Due: | $ 704.20 |
| Paid: | $ 0.00 |
| **Balance Due:** | $ 704.20 |
| **Payment Due:** | 02/16/2023 |

Mail payment to Serpas Court Reporting 381 Highway 21 Suite 202 Madisonville, LA 70447 - TAX ID 20-1318855
Please reference invoice number when remitting payment.
3% WILL BE ADDED to the invoice when invoice is paid via a credit Card
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com * 800-526-8720

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1017890 | 3/26/2023 | 941620 |
| Job Date | Case No. | |
| 3/6/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

1 CERTIFIED COPY OF TRANSCRIPT OF:
Debra N. Pruitt

|  |  |  |  |  |
|---|---:|---|---:|---:|
| | 94.00 Pages | @ | 5.200 | 488.80 |
| 6 Day Expedited Delivery | | | | 244.40 |
| Exhibit Handling | 1.00 | @ | 5.950 | 5.95 |
| Exhibits - Scanned | 1.00 | @ | 0.250 | 0.25 |
| Video Pages | 94.00 Pages | @ | 0.500 | 47.00 |
| Rough Draft | 82.00 Pages | @ | 2.000 | 164.00 |
| GoGreenScripts Lit Package | 1.00 | @ | 45.000 | 45.00 |
| Shipping | 1.00 Delivery | @ | 19.950 | 19.95 |

TOTAL DUE  >>>   $1,015.35

Location of Job   : New Orleans City Hall
1300 Perdido St
New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Tax ID: 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.      : 941620           BU ID      : PHILA
Case No.     :
Case Name    : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1017890          Invoice Date : 3/26/2023
Total Due    : $1,015.35

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1017890 | 3/26/2023 | 941620 |
| Job Date | Case No. | |
| 3/6/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

| | |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,015.35 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.      : 941620          BU ID     : PHILA
Case No.     :
Case Name    : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1017890         Invoice Date : 3/26/2023
**Total Due**   : **$1,015.35**

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1017919 | 3/16/2023 | 941621 |
| Job Date | Case No. | |
| 3/7/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|    John Roussel | 128.00 | Pages | @ | 5.200 | 665.60 |
|       4-Day Expedited Delivery | | | | | 465.92 |
|       Exhibit | 87.00 | Pages | @ | 0.500 | 43.50 |
|       Rough Draft | 114.00 | Pages | @ | 2.000 | 228.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|    Chris Goodly | 126.00 | Pages | @ | 5.200 | 655.20 |
|       4-Day Expedited Delivery | | | | | 458.64 |
|       Exhibit | 1.00 | Pages | @ | 0.500 | 0.50 |
|       Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
|       Rough Draft | 108.00 | Pages | @ | 2.000 | 216.00 |
|       Depo Disk/Lit Package | 1.00 | | @ | 45.000 | 45.00 |
|       Shipping | 1.00 | Delivery | @ | 19.950 | 19.95 |

**TOTAL DUE >>>**     **$2,804.26**

Location of Job : New Orleans City Hall
                        1300 Perdido St
                        New Orleans, LA 70112

Thank you, we appreciate your business!

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.   : 941621      BU ID     : PHILA
Case No.   :
Case Name   : Brown v. NOPD, Derrick Brumaster

Invoice No.   : 1017919      Invoice Date : 3/16/2023
**Total Due**   : **$2,804.26**

Remit To: **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD    AMEX   MasterCard   VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:             Phone#: |
| Billing Address: |
| Zip:          Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1017919 | 3/16/2023 | 941621 |
| Job Date | Case No. | |
| 3/7/2023 | | |
| Case Name | | |
| Brown v. NOPD, Derrick Brumaster | | |
| Payment Terms | | |
| Due upon receipt | | |

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.      : 941621         BU ID    : PHILA
Case No.     :
Case Name    : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1017919        Invoice Date : 3/16/2023
**Total Due** : **$2,804.26**

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1016211 | 3/13/2023 | 941623 |
| Job Date | Case No. | |
| 3/8/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Shannon Jones | 138.00 | Pages | @ | 5.200 | 717.60 |
| Next Day Delivery | | | | | 717.60 |
| Exhibit | 52.00 | Pages | @ | 0.500 | 26.00 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Video Pages | 138.00 | Pages | @ | 0.500 | 69.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| Delivery of Sealed Original/Hard Copy | 1.00 | | @ | 19.950 | 19.95 |

**TOTAL DUE   >>>**    **$1,601.10**

Location of Job   : New Orleans City Hall
                   1300 Perdido St
                   New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:    0.00

Tax ID: 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.     : 941623        BU ID    : PHILA
Case No.    :
Case Name   : Brown v. NOPD, Derrick Brumaster

Invoice No. : 1016211       Invoice Date : 3/13/2023
Total Due   : $1,601.10

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD    AMEX  MC  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                 Phone#: |
| Billing Address: |
| Zip:           Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1016211 | 3/13/2023 | 941623 |
| Job Date | Case No. | |
| 3/8/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

(+) Finance Charges/Debits:   0.00
(=) New Balance:   $1,601.10

---

**Tax ID:** 83-2616308

Please detach bottom portion and return with payment.

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.      : 941623          BU ID      : PHILA
Case No.     :
Case Name    : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1016211         Invoice Date : 3/13/2023
Total Due    : $1,601.10

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

PAYMENT WITH CREDIT CARD     AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1019625 | 3/16/2023 | 941623 |
| Job Date | Case No. | |
| 3/8/2023 | | |

| Case Name |
|---|
| Brown v. NOPD, Derrick Brumaster |

| Payment Terms |
|---|
| Due upon receipt |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| David Duplantier | 168.00 | Pages | @ | 5.200 | 873.60 |
| 2 Day Expedited Delivery | | | | | 786.24 |
| Video Pages | 168.00 | Pages | @ | 0.500 | 84.00 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Exhibits - Scanned | 87.00 | | @ | 0.250 | 21.75 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE   >>>**                                                    **$1,816.54**

Location of Job    : New Orleans City Hall
                     1300 Perdido St
                     New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:                    0.00
(+) Finance Charges/Debits:              0.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.      : 941623          BU ID      : PHILA
Case No.     :
Case Name    : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1019625         Invoice Date : 3/16/2023
**Total Due**    : **$1,816.54**

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1019625 | 3/16/2023 | 941623 |
| Job Date | Case No. | |
| 3/8/2023 | | |
| Case Name | | |
| Brown v. NOPD, Derrick Brumaster | | |
| Payment Terms | | |
| Due upon receipt | | |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

(=) New Balance:                     $1,816.54

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.      : 941623          BU ID       : PHILA
Case No.     :
Case Name    : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1019625         Invoice Date : 3/16/2023
**Total Due** : **$1,816.54**

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



**Serpas Court Reporting**
381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

James Roquemore, Esq.
City of New Orleans
1300 Perdido Street
Suite 5E03
New Orleans, LA 70112

## Invoice #87973

| Date | Terms |
|---|---|
| 04/15/2025 | Net 30 |

**Job #30325 on 04/04/2025**

Case: Derek Brown, et al v. Derrick Burmaster, et al

Shipped On: 04/15/2025
Shipped Via: Electronic Delivery

| Description | Amount |
|---|---|
| Original Transcript Deposition of Elizabeth Berk, M.D. 1 Original; 1 Condensed Transcript- Expert- Zoom | $ 659.55 |
| | $ 659.55 |

| | |
|---|---|
| Amount Due: | $ 659.55 |
| Paid: | $ 0.00 |
| Balance Due: | $ 659.55 |
| Payment Due: | 05/15/2025 |

Mail payment to Serpas Court Reporting 381 Highway 21 Suite 202 Madisonville, LA 70447 - TAX ID 20-1318855
Please reference invoice number when remitting payment.
3.5% WILL BE ADDED to the invoice when invoice is paid via a Credit Card
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com * 800-526-8720

7

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1043444 | 4/24/2023 | 941633 |
| **Job Date** | **Case No.** | |
| 3/10/2023 | | |
| **Case Name** | | |
| Brown v. NOPD, Derrick Brumaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Lt. John Helou | 53.00 | Pages | @ | 5.200 | 275.60 |
| Exhibit | 23.00 | Pages | @ | 0.500 | 11.50 |
| Exhibit -Tabbed | 5.00 | | @ | 0.650 | 3.25 |
| Rough Draft | 53.00 | Pages | @ | 2.000 | 106.00 |
| Condensed Copy, Bound and Certified | 53.00 | Pages | @ | 0.250 | 13.25 |
| Administrative Fee | 1.00 | | @ | 50.000 | 50.00 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Officer Derrick Burmaster | 267.00 | Pages | @ | 5.200 | 1,388.40 |
| Exhibit | 45.00 | Pages | @ | 0.500 | 22.50 |
| Exhibit -Tabbed | 11.00 | | @ | 0.650 | 7.15 |
| CD with Exhibits | 1.00 | | @ | 15.000 | 15.00 |
| Rough Draft | 267.00 | Pages | @ | 2.000 | 534.00 |
| Condensed Copy, Bound and Certified | 267.00 | Pages | @ | 0.250 | 66.75 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Video Pages | 267.00 | Pages | @ | 0.500 | 133.50 |
| Editing Public Version | 1.00 | Hours | @ | 50.000 | 50.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.      : 941633           BU ID      : PHILA
Case No.     :
Case Name    : Brown v. NOPD, Derrick Brumaster

Invoice No.  : 1043444          Invoice Date : 4/24/2023
**Total Due** : **$2,733.80**

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

PAYMENT WITH CREDIT CARD    



Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1043444 | 4/24/2023 | 941633 |
| Job Date | Case No. | |
| 3/10/2023 | | |
| Case Name | | |
| Brown v. NOPD, Derrick Brumaster | | |
| Payment Terms | | |
| Due upon receipt | | |

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

TOTAL DUE  >>>   $2,733.80

Location of Job   : New Orleans City Hall
                    1300 Perdido St
                    New Orleans, LA 70112

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:          $2,733.80

Tax ID: 83-2616308

*Please detach bottom portion and return with payment.*

James M. Roquemore, Esquire
City of New Orleans Legal Department
1300 Perdido Street
New Orleans, LA 70112

Job No.     : 941633         BU ID      : PHILA
Case No.    :
Case Name   : Brown v. NOPD, Derrick Brumaster

Invoice No. : 1043444        Invoice Date : 4/24/2023
Total Due   : $2,733.80

Remit To: **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

PAYMENT WITH CREDIT CARD
Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# SOUTHERN COURT REPORTERS, INC.

Tax ID – 74-2840296

*Sandra DiFebbo, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana 70124*
*504 488-1112*

---

May 21, 2025

OFFICE OF THE CITY ATTORNEY
ATTORNEYS AT LAW
1300 PERDIDO STREET
SUITE 5E03
NEW ORLEANS, LOUISIANA    70112           INVOICE NO. 052641

ATTN: JAMES ROQUEMORE, ESQ.

---

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, DEREK BROWN, ET AL VS. DERRICK BURMASTER, ET AL, CIVIL ACTION NO. 22-00847, SECTION L, DIVISION 4

Furnishing one copy each (expedited) of the depositions of HANS GANTHIER and RYAN LUBRANO, taken on the 14th day of May 2025.

**$693.00**

PLEASE MAKE PAYMENTS TO:
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-11129

# SOUTHERN COURT REPORTERS, INC.

Tax ID – 74-2840296

*Lori L. Marino, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana 70124*
*504 488-1112*

---

April 28, 2025

JAMES ROQUEMORE, ESQ.
THE OFFICE OF THE CITY ATTORNEY
1300 PERDIDO STREET, ROOM SE03
NEW ORLEANS, LOUISIANA 70112            INVOICE NO. 042596

ATTN: JAMES ROQUEMORE, ESQ.

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, DEREK BROWN, ET AL VS. DERRICK BURMASTER, ET AL, CA NO. 22-00847, SECTION L-4

Furnishing one copy of the deposition of NICHOLAS GERNON, taken on the 10th day of April 2025

$182.20

PLEASE MAKE PAYMENTS TO:
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

L: 115.20

# SOUTHERN COURT REPORTERS, INC.

Tax ID – 74-2840296

*Sandra P. DiFebbo, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana 70124*
*504 488-1112*

---

April 14, 2025

JAMES ROQUEMORE, ESQ.
THE OFFICE OF THE CITY ATTORNEY
1300 PERDIDO STREET, ROOM SE03
NEW ORLEANS, LOUISIANA 70112          INVOICE NO. 042581

ATTN: JAMES ROQUEMORE, ESQ.

---

IN RE: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DEREK BROWN, ET AL VS. DERRICK BURMASTER, ET AL, CA NO. 22-00847, SECTION

Furnishing one copy each of the depositions of DAVID BARNES AND JOHN HELOU, taken on the 31st day of March 2025.

$422.50

PLEASE MAKE PAYMENTS TO:
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

S: 286.00



**Serpas Court Reporting**
381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

James Roquemore, Esq.
City of New Orleans
1300 Perdido Street
Suite 5E03
New Orleans, LA 70112

## Invoice #87625

| Date | Terms |
|---|---|
| 03/27/2025 | Net 30 |

Job #30171 on 03/19/2025

Case: Derek Brown, et al v. Derrick Burmaster, et al
Shipped On: 03/27/2025
Shipped Via: USPS Priority Mail

| Description | Amount |
|---|---|
| Original Transcript Deposition of James Crosby | |
| 1 Certified E-tran copy w/scanned exh - Expert | $ 1,483.50 |
| | $ 1,483.50 |

| | | |
|---|---|---|
| | Amount Due: | $ 1,483.50 |
| | Paid: | $ 0.00 |
| | Balance Due: | $ 1,483.50 |
| | Payment Due: | 04/26/2025 |

Mail payment to Serpas Court Reporting 381 Highway 21 Suite 202 Madisonville, LA 70447 - TAX ID 20-1318855
Please reference invoice number when remitting payment.
3% WILL BE ADDED to the invoice when invoice is paid via a Credit Card
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com * 800-526-8720

*CK –
Jim
Roquemore*

# SOUTHERN COURT REPORTERS, INC.

Tax ID – 74-2840296

*Sandra P. DiFebbo, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana 70124*
*504 488-1112*

April 17, 2025

JAMES ROQUEMORE, ESQ.
THE OFFICE OF THE CITY ATTORNEY
1300 PERDIDO STREET, ROOM SE03
NEW ORLEANS, LOUISIANA 70112          INVOICE NO. 042584

ATTN: JAMES ROQUEMORE, ESQ.

IN RE: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DEREK BROWN, ET AL VS. DERRICK BURMASTER, ET AL, CA NO. 22-00847, SECTION

Furnishing one copy of the 30(b)(6) deposition of the City of New Orleans through its designated representative JOHN HELOU, taken on the 19th day of April 2025.

**$136.75**

PLEASE MAKE PAYMENTS TO:
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

S: 81.40



381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

James Roquemore, Esq.
City of New Orleans
1300 Perdido Street
Suite 5E03
New Orleans, LA 70112

## Invoice #88548

| Date | Terms |
|---|---|
| 05/15/2025 | Net 30 |

Job #30909 on 05/01/2025

Case: Derek Brown, et al v. Derrick Burmaster, et al    Shipped On: 05/15/2025
Shipped Via: USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of Anne Kirkpatrick - video depo**<br>   1 Copy; 1 Condensed Transcript | $ 544.00 |
| | $ 544.00 |

| | |
|---|---|
| Amount Due: | $ 544.00 |
| Paid: | $ 0.00 |
| Balance Due: | $ 544.00 |
| Payment Due: | 06/14/2025 |

Mail payment to Serpas Court Reporting 381 Highway 21 Suite 202 Madisonville, LA 70447 - TAX ID 20-1318855
Please reference invoice number when remitting payment.
3.5% WILL BE ADDED to the invoice when invoice is paid via a Credit Card
Louisiana Court Reporter - owned firm covering all of Louisiana.
                    Contact us: SerpasCourtReporting.com * 800-526-8720

# SOUTHERN COURT REPORTERS, INC.

*Raynel E. Schule, CSR*
*5819 General Diaz Street*
*New Orleans, Louisiana 70124*
*504 488-1112*

Tax ID – 74-2840296

---

May 14, 2025

CITY OF NEW ORLEANS LAW DEPARTMENT
ATTORNEYS AT LAW
1300 PERDIDO STREET, ROOM 5E03
NEW ORLEANS, LOUISIANA   70112            INVOICE NO. 052632

ATTN: JAMES ROQUEMORE, ESQ.

---

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, DEREK BROWN AND JULIA BARECKI-BROWN VS. DERRICK BURMASTER, ET AL, CA NO. 22-00847

Furnishing one copy (expedited) of the deposition of KEITH SANCHEZ, taken on the 7th day of May 2025.

                                                    **$310.00**

**TRANSCRIPT TO BE READ & SIGNED**
**PLEASE MAKE PAYMENTS TO:**
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-11129

R: 241.50