**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEREK BROWN and | * | Civil Action No. 22-00847 |
| JULIA BARECKI-BROWN | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | HONORABLE ELDON E. FALLON |
| DERRICK BURMASTER, SHAUN | * | |
| FERGUSON, and the CITY OF | * | DIVISION: 4 |
| NEW ORLEANS | * | |
| | * | HONORABLE KAREN WELLS ROBY |
| | * | |

**************************************************************************

<u>**NOTICE OF SUBMISSION**</u>

Plaintiffs Derek Brown and Julia Barecki-Brown respectfully request that their Motion to Strike City's Bill of Costs be submitted before the Honorable United States District Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom C468, New Orleans, Louisiana 70130. Movants request (and provide notice) that this Motion be set for submission at the Court's next available submission date, which is September 17, 2025 at 9:00 A.M.

Respectfully submitted,

/s/William Most

| | |
|---|---|
| TARAK ANADA (La. Bar No. 31598) | WILLIAM MOST (La. Bar No. 36914) |
| JONES WALKER LLP | DAVID LANSER (La Bar No. 37764) |
| 201 St. Charles Avenue, Ste. 4900 | MOST & ASSOCIATES |
| New Orleans, LA 70170 | 201 Saint Charles Ave., Ste. 114 #101 |
| Telephone: (504) 582-8322 | New Orleans, LA 70170 |
| Facsimile: (504) 589-8322 | Tel: (504) 509-5023 |
| Email: tanada@joneswalker.com | Email: williammost@gmail.com |

***Counsel for Derek Brown and Julia Barecki-Brown***