# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK BROWN and <br> JULIA BARECKI-BROWN <br><br> VERSUS <br><br> DERRICK BURMASTER, SHAUN FERGUSON, and the CITY OF NEW ORLEANS | * Civil Action No. 22-00847 <br> * <br> * SECTION: L <br> * <br> * HONORABLE ELDON E. FALLON <br> * <br> * DIVISION: 4 <br> * <br> * HONORABLE KAREN WELLS ROBY <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

Plaintiffs Derek Brown and Julia Barecki-Brown hereby appeal to the United States Court of Appeal for the Fifth Circuit the Court's:

(1) July 8, 2025 Judgment to the extent it did not cast Defendants Derrick Burmaster and the City of New Orleans in Judgment on Plaintiffs' 42 U.S.C. § 1983 constitutional violation claims; and

(2) August 27, 2025 Order and Reasons (R. Doc. 288) denying Plaintiffs' Motion to Alter Judgment or Order Limited New Trial.

Respectfully submitted,

*/s/Tarak Anada*
TARAK ANADA (#31598)
PATRICK VAN BURKLEO (#41471)
JONES WALKER LLP
201 St. Charles Avenue, Ste. 4900
New Orleans, LA 70170
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswalker.com

*/s/William Most*
WILLIAM MOST (# 36914)
DAVID LANSER (# 37764)
HOPE PHELPS
MOST & ASSOCIATES
201 Saint Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Derek Brown and Julia Barecki-Brown*

#104268730v2