# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 26, 2025
Lyle W. Cayce
Clerk

No. 25-30543

───────────────

Derek Brown; Julia Barecki-Brown,

*Plaintiffs—Appellees,*

versus

New Orleans City,

*Defendant—Appellant.*

───────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-847

───────────────

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of November 26, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT