# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 31, 2025
Lyle W. Cayce
Clerk

No. 25-30541

---

Derek Brown; Julia Barecki-Brown,

*Plaintiffs—Appellants,*

*versus*

Derrick Burmaster; Shaun Ferguson; New Orleans City,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-847

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of December 31, 2025, for want of prosecution. The appellant failed to timely file record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT