# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 31, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-30541   Brown v. Burmaster
                     USDC No. 2:22-CV-847

Enclosed is an order entered in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _Rebecca Andry_
                     Rebecca Andry, Deputy Clerk
                     504-310-7638

Mr. Tarak Anada
Ms. Carol L. Michel
Mr. William Brock Most
Mr. James M. Roquemore
Mr. Claude A. Schlesinger