**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEREK BROWN, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 22-847** |
| | * | |
| **DERRICK BURMASTER, ET AL** | * | **SECTION L(4)** |

## ORDER

To discuss the ramifications of the United States Fifth Circuit Court of Appeals' recent opinion issued in the above-captioned action;

**IT IS ORDERED t**hat a telephone status conference is hereby **SET** for Thursday, July 23, 2026 at 8:30 A.M. The parties are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

 **Dial-In: (571) 353-2301**

**Access Code: 342767621**

New Orleans, Louisiana, this 14th day of, 2026.

_____
UNITED STATES DISTRICT JUDGE