**MINUTE ENTRY**
**FALLON, J.**
**JULY 23, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Tarak Anada, William Most, and Patrick van Burkleo participated on behalf of Plaintiffs Derek Brown and Julia Barecki Brown. James Corwin St. Raymond participated on behalf of Defendants Derrick Burmaster, Shaun Ferguson, and the City of New Orleans. The Court discussed with the parties the Fifth Circuit's recent ruling in this matter. As discussed during the conference;

**IT IS ORDERED** that trial by jury in this matter is hereby set to begin on November 23, 2026, at 8:30 A.M. Trial is anticipated to last two to three days.

**IT IS FURTHER ORDERED** that an in-person pretrial conference will be held on November 10, 2026, at 1:30 P.M.

**IT IS FURTHER ORDERED** that Plaintiffs submit briefing to the Court on the issue of the availability of damages no later than September 1, 2026, and that Defendants submit responsive briefing no later than September 8, 2026. If requested by the parties or deemed necessary by the Court, oral argument will be held on this issue on September 16, 2026, at 9:00 A.M.

JS10 (00:18)