**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEREK BROWN, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 22-847** |
| | * | |
| **DERRICK BURMASTER, ET AL** | * | **SECTION L(4)** |

**ORDER**

Due to a conflict on the Court's calendar;

**IT IS ORDERED** that the pretrial conference and trial in the above-captioned action, presently set for November 10, 2026, and November 23, 2026, are hereby **CONTINUED** to Wednesday, December 16, 2026, at 8:30 a.m., and Tuesday, January 12, 2027, at 8:30 a.m., respectively.

New Orleans, Louisiana, this 24th day of September, 2026.

Eldon E. Fallon

UNITED STATES DISTRICT JUDGE