**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

**Plaintiffs' Motion for Limited Discovery**

In this motion, Plaintiffs ask the Court for limited discovery to investigate certain facts relevant to Plaintiffs' *Monell* claim and Burmaster's credibility. These facts were revealed in the context of Officer Burmaster's recent arrest for threatening his roommate with a service weapon.

This case is about the killing of Plaintiffs' puppy Apollo by NOPD Officer Derrick Burmaster. On July 14, 2026, the Fifth Circuit issued an opinion remanding this case for a "new trial on municipal liability."[1] The new trial on municipal liability is set to begin January 12, 2027. R. Doc. 309. This Court has allowed *Monell* theories of municipal liability including failure to supervise and failure to train to proceed to trial. R. Doc. 245.

As described more fully in the attached memorandum, undersigned counsel recently learned that Defendant Burmaster failed to disclose relevant information in his responses to Plaintiffs' discovery requests and during his deposition. This information is relevant to Plaintiffs' *Monell* theory of failure-to-supervise, as well as to Burmaster's credibility.

Plaintiffs respectfully request that discovery be reopened for the limited purpose of conducting discovery on the past incidents Defendants failed to disclose.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)

TARAK ANADA (#31598)
JONES WALKER LLP

[1] *Brown v. Burmaster,* 25-30541 (5th Cir. 2026).

DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com