**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

# <u>DECLARATION OF WILLIAM MOST</u>

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case.

2. Earlier this month, I was notified of a Facebook post circulating online reflecting that Derrick Burmaster drunkenly threatened his roommate with a service weapon

3. The Facebook post is as follows:



4. In the comments on the Facebook post, a person named Michael Burden wrote the following comment:




5. I spoke to Mr. Burden on the telephone.

6. Mr. Burden reported to me that he used to live on the same street as Burmaster in Kenner. He described Burmaster as a “raging alcoholic” who would start drinking as soon as he got home.

7. Burden reported that Burmaster would drive drunk all the time, and Burden said he would see Burmaster visibly “hammered” as he exited the squad car he was driving.

8. Burden told me that one time, Burmaster beat up his then-wife badly, and the Kenner police was called. When the officer who responded went to put handcuffs on Burmaster, Burmaster engaged in a battery on an officer by doing a maneuver to escape the cuffs and put them on the officer.

9. Burden reported that a whole fleet of Kenner police units were dispatched to deal with Burmaster. The charges were dropped, but Burmaster was demoted from narcotics detective to demoted to traffic cop.

10. Burden reported that all of the neighbors on the 1900 block of Idaho St. were terrified of Burmaster.

11. I reviewed the discovery in this case, and could not any evidence of these facts in the files the City produced to us, despite our RFP NO. 3 that asked the City to "Produce the entire personnel and PIB files for Derrick Burmaster."

12. Burden also reported that [redacted].

13. [redacted].

14. [redacted].

15. [redacted].

16. [redacted].

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

Date: Oct. 30, 2022