**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

**ORDER**

**CONSIDERING** the motion filed by Plaintiffs seeking limited discovery, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED**. Plaintiffs have leave to engage in discovery limited to the issues identified in their motion and the attached declaration.

____________________________________
JUDGE