**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

**Plaintiffs' *Ex Parte* Motion to File Declaration Under Seal**

In this motion, Plaintiffs ask the Court per Local Rule 5.6 for leave to file an unredacted version of a declaration under seal.

The document sought to be filed under seal is a declaration in support of Plaintiffs' Motion for Limited Discovery (R. Doc. 310). As directed by L.R. 5.6, plaintiffs filed into the public record a version of the declaration (R. Doc. 310-2) with only the sensitive material redacted. Only paragraphs 12 to 16 have been redacted from that version.

A review of the content of those paragraphs in the unredacted version should indicate to the Court the basis for this motion to file under seal. Sealing is necessary to protect the rights and safety of persons not party to this case. *See, e.g., United States v. Campbell*, 19-cv-25, R. Doc. 25 (S.D. Ohio, May 18, 2021) (granting leave to file redacted document based on "potentially compelling interest" of the ""safety of the witnesses referenced"). The document is requested to be sealed until such a time as the referenced third-party consents to the unsealing of the document.

Wherefore, Plaintiffs ask that the Court grant their motion for leave to file the document under seal.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322

Tel: 504.509-5023
Email: williammost@gmail.com

E-Mail: tanada@joneswaker.com