**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

## ORDER

**CONSIDERING** the motion filed by Plaintiffs for leave to file a document under seal, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED**. The Court finds that the proposed sealed material (Paragraphs 12-16) is of such a sensitive nature that sealing is appropriate, given the risks attendant to public disclosure of the contents of those paragraphs.

The proffered document shall be filed under seal.

____________________________________
JUDGE