**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L" (4)** |

**ORDER**

Consiering the Motion filed by Plaintiffs for leave to file a document under seal, R. Doc. 311;

**IT IS ORDERED** that that the Motion is **GRANTED** and that the proposed pleading, R. Doc. 311-2, shall be filed **UNDER SEAL** until further order of this Court. The Court finds that the proposed sealed material (Paragraphs 12-16) is of such a sensitive nature that sealing is appropriate, given the risks attendant to public disclosure of the contents of those paragraphs.

New Orleans, Louisiana, this 2nd day of November, 2026.

UNITED STATES DISTRICT JUDGE