**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L"** |

**Consent Motion for Status Conference**

Now come Plaintiffs to request a status conference with the Court to discuss the upcoming trial.

In particular, Plaintiffs suggest that it would be helpful to discuss whether damages will be re-opened or not,[1] as that will affect which witnesses need to attend trial and when Plaintiffs' expert might need to fly to New Orleans. The parties can also discuss with the Court any other logistical issues that might be useful in advance of trial.

Wherefore, the Plaintiffs request a status conference. The Defendant City of New Orleans does not object to the request for a status conference.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
Tel: 504.509-5023
Email: williammost@gmail.com

TARAK ANADA (#31598)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com

[1] In a status conference, the Court asked for briefing on this topic. R. Doc. 306. On September 1, 2026, Plaintiffs filed their brief (R. Doc. 307), and on September 8, 2026 the Defendants filed theirs (R. Doc. 308).