**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEREK BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-847** |
| **DERRICK BURMASTER, ET AL** | **SECTION "L"** |

**Order on Consent Motion for Status Conference**

Considering the foregoing *Consent Motion for Status Conference,* and the reasons stated therein, it is hereby ordered that the motion is GRANTED. A status conference shall be held in person / by telephone on __________ at ________ a.m. / p.m.

Signed in New Orleans, Louisiana, on this __________ of _______________, 2026.

________________________________
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE