**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEREK BROWN and JULIA BARECKI-BROWN** | * | **CIVIL ACTION NO. 22-847** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **DERRICK BURMASTER ET AL.** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

* * * * * * * *

**ORDER**

Considering Plaintiffs' Motion for Status Conference, R. Doc. 315;

**IT IS ORDERED** that the Motion is **GRANTED**, and a telephone status conference is hereby **SET** for Thursday, December 3, 2026, at 9:30 a.m. Counsel are instructed to use the following call-in information and to join in the line five minutes before the scheduled time:

Dial-in: 571-353-2301

ID code: 342 767 621

New Orleans, Louisiana, this 23rd day of November, 2026.

Eldon E. Fallon

THE HONORABLE ELDON E. FALLON